SHORT RECORD
No. 25-2298
Filed: 07/30/2025

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |

This Document Relates To:

*End-User Consumer Plaintiffs Action*

## END-USER CONSUMER PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS GIVEN that the End-User Consumer Plaintiffs, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting End-User Consumer Plaintiffs' Motion for Final Approval of Class Action Settlements entered on June 30, 2025 (Dkt. No. 7790), the Judgment entered on July 7, 2025 (Dkt. No. 7796), and all interlocutory orders and rulings merging therein.[1]

---

[1] Specifically, Plaintiffs-Appellants End-User Consumer Plaintiffs are: Ian Adams, Angela Ashby, Linda Cheslow, Kenneth Cote, Kristin Davis, Abraham Drucker, James Flasch, Christina Hall, Matthew Hayward, Richard Heftel, Stephen Holt, Joshua Madsen, William Marino, Dorothy Monahan, Dina Morris, Alison Pauk, Daniel Pearcy, Michael Perry, Catherine Senkle, Diane Spell, Margo Stack, Marilyn Stangeland, Eric Thomas, Leslie/David Weidner, and Natalie Wilbur.

DATED: July 29, 2025

Respectfully submitted,

*/s/ Shana E. Scarlett*

SHANA E. SCARLETT
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman (IL Bar No. 3126833)
Breanna Van Engelen (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Co-Lead Counsel for End-User Consumer Plaintiff Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on July 29, 2025, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will cause notice to be sent to all counsel of record.

DATED: July 29, 2025          /s/ Shana E. Scarlett
                        SHANA E. SCARLETT



**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

Date: 7/30/2025

Re: In re Broiler Chicken Antitr
USDC Case Number: 1:16-cv-08637
Judge: Jeffrey T. Gilbert

The attached copy of the Notice of Appeal is being mailed to all parties pursuant to F.R.A.P.3(d).
Circuit Rule 10 provides that the entire record be electronically accessible to the Court of Appeals.
Counsel must ensure that Trial Exhibits to be included in the record which are not listed on the
District Court docket and/or in the possession of the District Court Clerk are furnished to the Clerk
on or before 8/13/2025                              , together with an exhibit list.

F.R.A.P. 10(b) requires that within fourteen (14) days of the filing of the Notice of Appeal, the
appellant order a transcript of such parts of the proceedings not already on file which he/she deems
necessary for the record.  Should appellant order less than the entire transcript, he/she is required
to file and serve on appellee a description of the parts he/she intends to order.  Under such
circumstances, appellee has fourteen (14) days after service within which to order any additional
parts of the transcript.

In the event it becomes necessary to supplement, modify, correct, or strike documents that are to
be considered as part of the record on appeal, a court order must be issued and sent to the Court of
Appeals.

Sincerely yours,
Thomas G. Bruton, Clerk
By: /s/ B. Irizarry
    Deputy Clerk

Enclosure

Rev. 06/20/2018

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | No. 1:16-cv-08637 |
| This Document Relates To: | Honorable Thomas M. Durkin |
| *End-User Consumer Plaintiffs Action* | |

**ORDER GRANTING END-USER CONSUMER PLAINTIFFS'**
**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS**

This matter comes before the Court on the End-User Consumer Plaintiffs' ("EUCPs")

Motion for Final Approval of Class Action Settlements ("Motion") between EUCPs and the

following Defendants: Norman W. Fries, Inc. d/b/a Claxton Poultry Farms ("Claxton"); Foster

Farms, LLC and Foster Poultry Farms LLC ("Foster Farms"); Harrison Poultry, Inc. ("Harrison

Poultry"); House of Raeford Farms, Inc. ("House of Raeford"); Koch Foods Incorporated, JCG

Foods of Alabama LLC, JCG Foods of Georgia LLC, and Koch Meat Co., Inc. ("Koch");

Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc.

("Mountaire"); O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. ("O.K. Foods");

Perdue Farms, Inc. and Perdue Foods LLC ("Perdue"); Sanderson Farms, LLC (f/k/a Sanderson

Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)),

Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and

Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)),

excluding Wayne Farms, LLC ("Sanderson"); Simmons Foods, Inc. and Simmons Prepared

Foods, Inc. ("Simmons"); and Wayne Farms, LLC, excluding Sanderson Farms, LLC (f/k/a

Sanderson Farms, Inc.), Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods

Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production

Division)), and Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing

Division)) ("Wayne") (collectively, "Settling Defendants").

The Court has reviewed the memorandum submitted by the EUCPs in support of their

motion and has reviewed the various declarations and submissions relating to that motion. The

Court has also reviewed the EUCPs' Corrected Second Motion for Attorneys' Fees, Expenses,

and Class Representative Service Awards ("Fee Request", Dkt. No. 7706) and has reviewed the

various declarations and submissions relating to that motion. The Court has also reviewed the

objection of John M. Andren (Dkt. No. 7716). The Court held a hearing on June 30, 2025, and

appearances were noted on the record.

Based on the record and proceedings before the Court, it is hereby **ORDERED**:

**A.    Final approval of the settlements is granted.**

1.    This Court has jurisdiction over this action and each of the parties to the

settlement agreements. Upon review of the record, the Court finds that the settlement agreements

are fair, reasonable, and adequate settlements for the Settlement Class within the meaning of

Federal Rules of Civil Procedure 23 and in accordance with the factors identified by the Seventh

Circuit in *Synfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 653 (7th Cir. 2006).

2.    For the settlements with Defendant families Claxton, Foster Farms, Harrison

Poultry, House of Raeford, Koch, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and

Wayne Farms, the Settlement Class is defined as:

> All persons and entities who indirectly purchased the following types of
> raw chicken, whether fresh or frozen: whole birds (with or without
> giblets), whole cut-up birds purchased within a package, breast cuts or
> tenderloin cuts, but excluding chicken that is marketed as halal, kosher,
> free range, organic, diced, minced, ground, seasoned, flavored or

breaded—from defendants or co-conspirators for personal consumption in Repealer Jurisdictions from January 1, 2012 to July 31, 2019.[1]

3.      The Court preliminarily approved this Settlement Class (Dkt. Nos. 6676, 7500) and it is the same class set forth in each of the eleven settlement agreements.

4.      The Court appointed the law firms of Hagens Berman Sobol Shapiro LLP and Cohen Milstein Sellers & Toll PLLC as Co-Lead Counsel for the Settlement Class.

5.      In granting final approval of the settlements, the Court considered all of the factors identified by Rule 23(e) and the Seventh Circuit:

      a.      **Rule 23(e)(2)(A)**: The Court finds that Class Counsel and Class Representatives adequately represented the class.

            i.      Class Counsel spent nearly 90,000 hours in pursuit of these claims, overcame over two dozen summary judgment motions, and navigated almost 200 depositions, in addition to leading discovery and preparing for trial. Likewise, each named plaintiff has adequately represented the class – spending more than 40 hours on tasks such as responding to discovery, preparing for and sitting for depositions, and reviewing and providing input for each settlement. Each named plaintiff has provided a declaration describing their efforts and certifying that they considered the interests of all class members before approving of the settlements and noting that they understood that they could disagree with Class Counsel about the merits of the settlements. None of the named plaintiffs have any business relationship with Class Counsel, nor do any have familial relationships.

---

[1] The "Repealer Jurisdictions" are California, District of Columbia, Florida, Hawaii, Illinois, Iowa, Kansas, Maine, Massachusetts, Michigan, Minnesota, Missouri, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Utah, and Wisconsin.

b.    **Rule 23(e)(2)(B)**: The Court finds that the settlements were negotiated at arm's length. EUCPs engaged in lengthy, protracted negotiations with each defendant before agreeing to a settlement. Many of the settlements required the assistance of a mediator, either Hon. Daniel Weinstein (Ret.) or his colleague Simone Lelchuk. There are no terms in the settlement that would suggest collusion.

c.    **Rule 23(e)(2)(C)**: The Court finds that relief for the class is adequate.

i.    The costs, risks, and delay of trial and appeal favor settlement here, where parties have engaged in over eight years of vigorous litigation and have yet to see trial.

ii.    EUCPs have proposed a distribution plan and claims form that are claimant-friendly, efficient, cost-effective, proportional and reasonable, and generally accepted as effective.

iii.    Class Counsel's proposed fee award of 30% comports with the standard for fee awards in antitrust cases in the Seventh Circuit. Further, there are no "clear sailing" provisions or other provisions in the settlements that relate to attorneys' fees that would cause concern for the Court.

iv.    All agreements have been identified in accordance with Rule 23(e)(3). EUCPs have publicly filed copies of the executed settlement agreements with their motions for preliminary approval. There are no other agreements with the Settling Defendants.

d.    **Rule 23(e)(2)(D)**: The settlements treat class members equitably to each other. After the claims period closes (on July 31, 2025), EUCPS will move the Court for a distribution order, and will provide additional detail on the plan of distribution, the number of claimants, and the method by which class members will be paid. EUCPs propose to distribute the

settlement funds to class members on a *pro rata* basis, based on the amount of purchases that claimants made from January 1, 2012 to July 31, 2019.

      e.     The settlements offer significant compensation to class members, especially in light of risks the class faces. The Seventh Circuit states that the most important factor for Courts to consider is "the strength of plaintiff's case on the merits balanced against the amount offered in the settlement." *Synfuel*, 463 F.3d 646, 653 (7th Cir. 2006) (quoting *Isby v. Bayh*, 75 F.3d 1191, 1199 (7th Cir. 1996)). Here, EUCPs have negotiated $22.35 million in settlements with seven defendants, in addition to waiver-based settlements with four additional defendants. Including the first round of settlements, EUCPs have recovered a total of $203 million. While damages in this case are estimated to be in the billions, the risks of non-recovery have been significant. As this Court has previously recognized, the Court's 92-page decision denying the motions to dismiss was a relatively close call. Furthermore, issues raised in the motions to dismiss show that success on class certification and summary judgment, let alone trial, is no guarantee.

      f.     Another factor courts are instructed to consider is whether experienced counsel recommends granting final approval of settlements. *See Isby v. Bayh*, 75 F.3d 1191, 1200 (7th Cir. 1996). Here, Class Counsel recommends granting final approval of these settlements and this factor weighs in support of granting final approval of the settlements.

      g.     The positive reaction of the class supports granting final approval of the settlements. The reaction of the class has been extraordinarily positive. Over 10.4 million class members have already filed claims. Despite the extraordinary number of claims, only four class members have timely opted out of the settlement, bringing the total to 22 people opting out at each stage of the case. Only one class member has partially objected to the settlement. The opt

outs and objector represent just 0.0002% percent of all claimants. "Such a low percentage of opposition favors a finding that the settlement is fair, reasonable, and adequate under Rule 23." *In re Cap. One Tel. Consumer Prot. Act Litig.*, 80 F. Supp. 3d 781, 792 (N.D. Ill. 2015).

h.    The stage of the proceedings favors granting final approval of the settlements. The classes have engaged in extensive, rigorous discovery, as reflected in the more than 7,000 docket entries that comprise this case. Years of robust discovery have ensured that Class Counsel and the Court can fully evaluate the merits of the claims. *In re AT & T Mobility Wireless Data Servs. Sales Tax Litig.*, 789 F. Supp. 2d 935, 966 (N.D. Ill. 2011) ("This factor is relevant because it determines how fully the district court and counsel are able to evaluate the merits of plaintiffs' claims.").

i.    Defendants have complied with the Class Action Fairness Act (28 U.S.C. § 1715(d)). The Settling Defendants have confirmed that they provided CAFA notice to all Attorneys General and the U.S. Department of Justice. No Attorneys General have submitted statements of interest or objections in response to these notices.

ii.    **Rule 23(c)**: the class was provided with adequate notice of the settlements. Direct notice was emailed to more than 28 million potential class members. Publication notice was disseminated widely, with digital banner advertisements and social media advertisements generating 330 million impressions. The notice itself informed class members of the nature of the action, the terms of the proposed settlements, the effect of the action and the release of claims, as well as class members' right to exclude themselves from the action and their right to object to the proposed settlements.

**B.**    **EUCPs' claims against Claxton, Foster Farms, Harrison Poultry, House of Raeford, Koch, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms are hereby dismissed with prejudice.**

6.      Having found that the settlements are fair, adequate, and reasonable, the Court hereby dismisses with prejudice EUCPs' claims against the Settling Defendants, with each party to bear their own costs and fees, including attorneys' fees, except as provided in the settlement agreements.

7.      The Court incorporates the releases defined in the settlement agreements. The releasing parties are hereby and forever barred from commencing or continuing against the Settling Defendants any of the released claims, as defined in the settlement agreements.

8.      Any member of the Settlement Class who failed to timely and validly request to be excluded from the Settlement Class shall be subject to and bound by the provisions of the settlement agreements, and the released claims as defined by these agreements, regardless of whether such members of the class seek or obtain any distribution from any settlement fund. All class members who validly requested to be excluded from the Settlement Class are listed in **Exhibit F** in the Declaration of Brian Devery in Support of EUCPs' Motion for Final Approval of Settlement (filed June 16, 2025). These individuals are not entitled to any recovery from the settlement fund. Furthermore, nothing in this Order shall be construed as a determination by this Court that any person or entity satisfies the criteria for membership in the Settlement Class merely because they filed a request for exclusion.

9.      The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that judgment should be entered and further finds that there is no just reason for delay in the entry of final judgment as to the parties to the settlement agreements. Accordingly, the Clerk is hereby directed to enter this Final Judgment forthwith.

10.     Without affecting the finality of the Final Judgment in any way, this Court hereby retains continuing exclusive jurisdiction over: (a) consummation, administration and implementation of the settlement agreements and any allocation or distribution to the Settlement Class pursuant to further orders of this Court; (b) disposition of any settlement fund; (c) hearing and determining applications by plaintiffs for attorneys' fees, costs, expenses, and interest; (d) the actions until the Final Judgment has become effective and each and every act agreed to be performed by the parties all have been performed pursuant to the settlement agreements; (e) hearing and ruling on any matters relating to any plan of allocation or distribution of proceeds from the settlements; and (f) the parties to the settlement agreements for the purpose of enforcing and administering the settlement agreements and the releases contemplated by, or executed in connection with the settlement agreements.

**C.     Class Counsel's request for expenses and service awards is granted, and the request for attorneys' fees is stayed.**

11.     The Court has considered EUCPs' request for expenses in the amount of $9,914,092.86 and their request of $2,000 for each of the 25 Class Representatives (totaling $50,000 for the Class Representatives). The Court has also considered the cost estimates of notice and administration provided by the claims administrator.

12.     The Court has considered the relevant case law and authority and finds that reimbursement of expenses to the EUCPs and their counsel are appropriate under Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2). Notice of the request for reimbursement of expenses was provided to the potential class members via direct and published notice and a settlement web site that identified relevant documents and pleadings.

13.     ***Class Counsel's Request for Costs is Reasonable.*** It is well-established that "a litigant or a lawyer who recovers a common fund for the benefit of persons other than himself or

his client is entitled to a reasonable attorney's fee from the fund as a whole." *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980); *see also* Fed. R. Civ. P. 23(h). This includes "such things as expert witness costs; computerized research; court reports; travel expense; copy, phone and facsimile expenses and mediation." *Hale v. State Farm Mut. Auto. Ins. Co.*, No. 12-0660-DRH, 2018 WL 6606079, at *14 (S.D. Ill. Dec. 16, 2018). Here, Class Counsel seeks reimbursement of up to $9,750,000 for out-of-pocket expenses, many of which related to retaining experts and consultants ($4,229,349.65). This includes up to $1,850,000 for all future notice and administrative costs. In light of how fiercely contested this case has been, the Court finds these expenses reasonable.

14.     ***The Service Awards are Reasonable.*** Finally, EUCPs request service awards of $2,000 for each of the 25 named plaintiff Class Representatives. *See Matter of Cont'l Illinois Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992) ("Since without a named plaintiff there can be no class action, such compensation . . . may be necessary[.]"). As demonstrated by their declarations, each of them has invested time and resources in this litigation by, among other things: reviewing pleadings, responding to discovery requests, producing documents, sitting for depositions, preparing for trial, remaining in contact with counsel, and overseeing the litigation. The named plaintiffs have also collectively sat through more 97 hours of depositions, which lasted an average of four hours – with some going up to seven hours. These depositions were attended by multiple defense counsel. Given their considerable work on this case, the Court finds that a $2,000 incentive award is reasonable, in addition to the $2,000 service award requested in the first fee motion. These Class Representatives have served admirably for almost a decade, making these service awards warranted. *See In re TikTok, Inc., Consumer Priv. Litig.*, 617 F. Supp. 3d 904, 949 (N.D. Ill. 2022), *appeal dismissed sub nom. In re Tiktok Inc., Consumer Priv.*

*Litig.*, No. 22-2682, 2022 WL 19079999 (7th Cir. Oct. 12, 2022) (finding persuasive an empirical study concluding the median incentive award across all case types in 2021 was $6,450 per plaintiff and the mean per plaintiff was $14,371).

15.     The Court has further considered Mr. Andren's objection regarding attorneys' fees. Mr. Andren does not object to the payment of expenses, future notice costs, or Class Representative service awards. The parties previously stipulated that Mr. Andren may fully brief his objection "within 60 days after the mandate returns from the Seventh Circuit in Appeal No. 24-2307." The Court will not consider Class Counsel's request for attorneys' fees until the Seventh Circuit has had the opportunity to resolve the appeal, and Mr. Andren has had an opportunity to present his objection.

16.     For the reasons set forth below, the Court awards the following:

      a.     $1,850,000 of the settlement fund will be set aside to pay the claims administrator's future notice and administration costs.

      b.     Class Counsel's request for a reimbursement of expenses in the amount of $9,914,092.86 is granted.

      c.     Class Counsel's request for $2,000 for each of the 25 Class Representatives (totaling $50,000 for the Class Representatives) is granted.

      d.     Class Counsel's request for attorneys' fees and interest is stayed pending resolution of the Seventh Circuit Appeal No. 24-2307.

IT IS SO ORDERED.

DATED: June 30, 2025

_____
HONORABLE THOMAS M. DURKIN
UNITED STATES DISTRICT COURT JUDGE

Case: 1:16-cv-08637 Document #: 7831 Filed: 07/30/25 Page 16 of 503 PageID #:685704
ILND 450 (Rev. 10/13) Judgment in a Civil Action
Case: 25-2298    Document: 1-1    Filed: 07/30/2025    Pages: 1101

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE BROILER CHICKEN ANTITRUST LITIGATION | Case No.  1:16-cv-08637<br>Judge Thomas M. Durkin |

## <u>JUDGMENT IN A CIVIL CASE</u>

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Agri Stats, Inc.
and against plaintiff(s) End-User Class Plaintiffs.

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion for summary judgment.

Date:   7/7/2025                    Thomas G. Bruton, Clerk of Court

                                   E. Wall, Deputy Clerk

APPEAL,CASREF,GILBERT,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:16-cv-08637
## Internal Use Only

In re Broiler Chicken Antitrust Litigation
Assigned to: Honorable Thomas M. Durkin
Referred to: Honorable Jeffrey T. Gilbert
related Cases: 1:18-cv-04000
1:18-cv-04534
1:18-cv-05351
1:18-cv-05341
1:18-cv-05345
1:18-cv-05877
1:18-cv-06673
1:18-cv-06316
1:18-cv-06693
1:18-cv-07284
1:16-cv-09490
1:16-cv-09421
1:16-cv-08931
1:16-cv-08851
1:16-cv-09007
1:16-cv-08737
1:16-cv-09589
1:16-cv-09684
1:16-cv-08874
1:16-cv-09912
1:16-cv-09900
1:17-cv-07176
1:17-cv-08850
1:18-cv-00245
1:18-cv-00702
1:18-cv-00700
1:18-cv-08511
1:19-cv-00530
1:19-cv-00638
1:19-cv-00390
1:19-cv-00354
1:19-cv-01283
1:19-cv-02805
1:19-cv-02758
1:19-cv-02190
1:19-cv-03915
1:19-cv-04194

Date Filed: 09/02/2016
Jury Demand: Both
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

1:18-cv-04822
1:18-cv-04616
1:20-cv-05204
1:19-cv-05114
1:19-cv-05229
1:19-cv-05424
1:19-cv-06141
1:19-cv-06955
1:20-cv-02013
1:20-cv-01943
1:20-cv-02278
1:20-cv-03450
1:20-cv-03454
1:18-cv-03471
1:20-cv-03458
1:22-cv-03046
1:20-cv-03459
1:20-cv-05253
1:20-cv-05257
1:20-cv-05259
1:20-cv-06123
1:20-cv-06179
1:20-cv-06201
1:20-cv-06176
1:20-cv-06292
1:20-cv-06347
1:20-cv-06481
1:20-cv-06904
1:20-cv-07205
1:20-cv-07191
1:20-cv-07419
1:20-cv-07423
1:20-cv-07734
1:20-cv-07831
1:20-cv-07834
1:21-cv-00054
1:21-cv-00268
1:21-cv-00486
1:21-cv-00693
1:21-cv-00781
1:21-cv-00689
1:21-cv-00892
1:21-cv-01009
1:21-cv-01170
1:21-cv-01008
1:21-cv-01207
1:21-cv-01907
1:21-cv-02693
1:21-cv-02844

1:21-cv-03663
1:21-cv-03668
1:21-cv-03666
1:21-cv-03667
1:21-cv-04358
1:21-cv-04401
1:21-cv-04354
1:21-cv-04557
1:21-cv-04611
1:21-cv-04658
1:21-cv-04674
1:22-cv-00360
1:22-cv-02121
1:20-cv-03450
1:21-cv-00261
1:21-cv-00573

Case in other court:  Seventh Circuit Court of Appeals, 22-01858
                      Seventh Circuit Court of Appeals, 22-01994
                      22-02889
                      24-01030
                      24-02100
                      24-02202
                      24-02387
                      24-02422
                      25-01110

Cause: 28:1331 Fed. Question: Anti-trust

**Special Master**

**Maura R. Grossman**                    represented by  **Maura R. Grossman**
                                                         Maura Grossman Law
                                                         Special Master
                                                         Suite 1400, #233
                                                         50 Fountain Plaza
                                                         Buffalo, NY 14202
                                                         (212) 861-8097
                                                         Fax: Pro Hac Vice
                                                         Email: maura.grossman@uwaterloo.ca
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maplevale Farms, Inc.**                represented by  **Brian D. Clark**
*individually and on behalf of all others*              Lockridge Grindal Nauen P.l.l.p.
*similarly situated*                                     100 Washington Ave S
                                                         Suite 2200
                                                         Minneapolis, MN 55401
                                                         (612) 339-6900
                                                         Fax: Pro Hac Vice
                                                         Email: bdclark@locklaw.com
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniel Warshaw**
Pearson Warshaw, LLP
15165 Ventura Blvd.
Suite 400
Sherman Oaks, CA 91403
818-788-8300
Email: dwarshaw@pwfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Allen Lienhardt , Jr.**
The Miller Law Firm, P.C.
Suite 300
950 W. University Dr.
Rochester, MI 48307
(248) 841-2200
Fax: Pro Hac Vice
Email: dal@millerlawpc.com
*TERMINATED: 03/29/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Devon Paul Allard**
The Miller Law Firm, P.C.
Suite 300
950 W. University Drive
Rochester, MI 48307
248-841-2200
Fax: 248-652-2852
Email: dpa@millerlawpc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth R. Odette**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: Pro Hac Vice
Email: erodette@locklaw.com
*TERMINATED: 03/30/2020*
*LEAD ATTORNEY*

**Gabrielle Sliwka**
Gustafson Gluek PLLC
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
(612) 333-8844
Fax: Pro Hac Vice

Email: gshwka@gustafsongluek.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
Saveri & Saveri
706 Sansome Street
San Francisco, CA 94111-3600
(415) 217-6810
Fax: Not a member
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi M. Silton**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: Pro Hac Vice
Email: hmsilton@locklaw.com
*TERMINATED: 12/14/2017*
*LEAD ATTORNEY*

**Jacob Michael Saufley**
Lockridge Grindal Nauen P.l.l.p.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: Not a member
Email: jmsaufley@locklaw.com
*TERMINATED: 02/26/2021*
*LEAD ATTORNEY*

**Joseph C Kohn**
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700
Fax: Pro Hac Vice
Email: jkohn@kohnswift.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Naveed Abaie**
Pearson Warshaw, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
818-788-8300
Email: nabaie@pwfirm.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert John McLaughlin**
Hart McLaughlin & Eldridge
1 S. Dearborn
Ste 1400
Chicago, IL 60603
312-955-0545
Fax: Active
Email: rmclaughlin@hmelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
Hart McLaughlin & Eldridge, LLC
1 S. Dearborn
Suite 1400
Chicago, IL 60603
312-955-0545
Fax: Active
Email: shart@hmelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronica W Glaze**
Pearson, Simon & Warshaw LLP
15165 Ventura Blvd
Ste 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: Pro Hac Vice
Email: vglaze@pswlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612)339-6900
Fax: Pro Hac Vice
Email: wjbruckner@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Ernest Hoese**
Kohn, Swift & Graf
1600 Market Street
Suite 2500
Philadelphia, PA 19103-7225

7 13 238 2700
Fax: Not a member
Email: whoese@kohnswift.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron M. Sheanin**
Pearson, Simon & Warshaw LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
(415) 433-9000
Fax: Pro Hac Vice
Email: asheanin@pswlaw.com
*TERMINATED: 06/12/2017*
*PRO HAC VICE*

**Adam J Pessin**
Fine, Kaplan and Black, RPC
One South Broad Street
23rd Floor
Philadelphia, PA 19107
(215) 567-6565
Fax: Pro Hac Vice
Email: apessin@finekaplan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Michael Shrader**
Hart McLaughlin & Eldridge, LLC
22 W. Washington Street
Suite 1600
Chicago, IL 60602
(312) 955-0545
Fax: Active
Email: bshrader@hmelegal.com
*ATTORNEY TO BE NOTICED*

**Blake Stubbs**
DiCello Levitt LLP
10 North Dearborn Street
Ste 6th FL
Chicago, IL 60602
312-214-7900
Email: bstubbs@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
Pearson Warshaw, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks
Sherman Oaks, CA 91403

Email: bpouya@pwfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Breanna LE Van Engelen**
Hagens Berman Sobol Shapiro LLP
C/O Andrew SanAgustin
1301 2nd Ave
Ste 2000
Seattle, WA 98101
206-623-7292
Email: breannav@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian H Eldridge**
Hart McLaughlin & Eldridge
1 S. Dearborn
Ste 1400
Chicago, IL 60603
312-955-0545
Fax: Active
Email: beldridge@hmelegal.com
*ATTORNEY TO BE NOTICED*

**Bruce L Simon**
Pearson Warshaw, LLP
555 Montgomery Street
Suite 1205
San Francisco, CA 94111
415-433-9000
Fax: 415-433-9008
Email: bsimon@pwfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
Saveri & Saevri, Inc.
706 Sansome St.
San Francisco, CA 94111
(415) 217-6810
Fax: Pro Hac Vice
Email: czirpoli@saverilawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clifford Harris Pearson**
Pearson, Simon & Warshaw LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: Pro Hac Vice
Email: cpearson@pwfirm.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Jeffrey Mont**
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: Pro Hac Vice
Email: emont@pwfirm.com
*TERMINATED: 06/16/2025*
*PRO HAC VICE*

**Garrett D Blanchfield , Jr.**
Reinhardt Wendorf & Blanchfield
80 South 8th Street
Suite 900
Minneapolis, MN 55402
651-287-2100
Email: g.blanchfield@rwblawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goldich A. Marc**
Axler Goldich Llc
1520 Locust Street, Suite 301
Philadelphia, PA 19102
(267) 207-2920
Fax: Not a member
Email: mgoldich@axgolaw.com
*ATTORNEY TO BE NOTICED*

**Hugh Daniel Sandler**
Nussbaum Law Group, P.C.
40th Floor
1211 Avenue of the Americas
New York, NY 10036
(917) 438-9201
Fax: Pro Hac Vice
Email: hsandler@nussbaumpc.com
*TERMINATED: 04/22/2019*
*PRO HAC VICE*

**Jeffrey J. Corrigan**
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street
Suite 3420
Philadelphia, PA 19103
(215) 496-0300
Fax: Pro Hac Vice
Email: jcorrigan@srkattorneys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Spector**
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street
Suite 3420
Philadelphia, PA 19103
(215) 496-0300
Fax: Pro Hac Vice
Email: jspector@srkattorneys.com
*ATTORNEY TO BE NOTICED*

**John Shannon Marrese**
Hart, McLaughlin & Eldridge
1 S. Dearborn
Suite 1400
60603
Chicago, IL 60606-6448
312-955-0545
Email: JMarrese@hmelegal.com
*ATTORNEY TO BE NOTICED*

**Jonathan M Jagher**
Freed Kanner London & Millen
923 Fayette Street
Conshohocken, PA 19428
United Sta
6102346487
Fax: Pro Hac Vice
Email: jjagher@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Kyle Pozan**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
(612) 596-4078
Fax: Active
Email: kjpozan@locklaw.com
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
Nussbaum Law Group, P.C.
1133 Avenue of the Americas
31th Floor
New York, NY 10036-6710
917-438-9189
Email: lnussbaum@nussbaumpc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
W1050 First National Bank Building

332 Minnesota Street
St. Paul, MN 55101
(651) 287-2100
Fax: Pro Hac Vice
Email: m.reinhardt@rwblawfirm.com
*ATTORNEY TO BE NOTICED*

**Mark A Wendorf**
Reinhardt Wendorf & Blanchfield
332 Minnesota St.
E1250 First National Bank Bldg.
St. Paul, MN 55101
(651) 287-2100
Fax: Pro Hac Vice
Email: m.wendorf@rwblawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
(415) 217-6810
Fax: Pro Hac Vice
Email: mheaphy@saveri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Pearson**
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: Pro Hac Vice
Email: mapearson@pwfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael H. Pearson**
Pearson Warshaw, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks
Sherman Oaks, CA 91403
818-788-8300
Email: mpearson@pwfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neil J Swartzberg**
Pearson Warshaw, LLP
555 Montgomery Street
Suite 1205
San Francisco, CA 94111

Fax: 415-433-9008
Email: nswartzberg@pwfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Axler**
Axler Goldich Llc
1520 Locust Street
Philidelphia, PA 19102
(267) 534-7400
Fax: Not a member
Email: naxler@axgolaw.com
*ATTORNEY TO BE NOTICED*

**RACHEL ELLEN KOPP**
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street
Suite 3420
PHILADELPHIA, PA 19103
(215) 496-0300
Fax: Pro Hac Vice
Email: rkopp@srkattorneys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
(415) 217-6810
Fax: Pro Hac Vice
Email: rick@saveri.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roberta D. Liebenberg**
Fine, Kaplan and Black, R.P.C.
One South Broad Street
23rd Floor
Philadelphia, PA 19107
(215) 567-6565
Fax: Pro Hac Vice
Email: rliebenberg@finekaplan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
Zelle LLP
CA
Zelle LLP
555 12th Street
Suite 1230
Oakland, CA 94607

Email: svanculin@zellelaw.com
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
Hagens Berman Sobol Shapiro LLP
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 300
Berkeley, CA 94710
510-725-3000
Email: shanas@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharon S Almonrode**
The Miller Law Firm, P.C.
950 W. University Dr.
Suite 300
Rochester, MI 48307
(248) 841-2200
Fax: Active
Email: ssa@millerlawpc.com
*ATTORNEY TO BE NOTICED*

**Simeon Andrew Morbey**
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
(612) 339-6900
Fax: Pro Hac Vice
Email: samorbey@locklaw.com
*ATTORNEY TO BE NOTICED*

**Stephen M Owen**
Meagher & Geer, PLLP
33 South 6th Street, Suite 4300
Minneapolis, MN 55402
612-371-1311
Fax: 612-338-8384
Email: sowen@meagher.com
*TERMINATED: 09/26/2024*

**Stephen J Teti**
Lockridge Grindal Nauen P.L.L.P.
Suite 2200
265 Franklin Street
Ste 1702
Boston, MA 02110
617-456-7701
Fax: 612-339-0981
Email: sjteti@locklaw.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Steven Ellis Serdikoff**
Lockridge Grindal Nauen P.l.l.p.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: Not a member
Email: seserdikoff@locklaw.com
*ATTORNEY TO BE NOTICED*

**Stewart M. Weltman**
Hme Legal
Hart, McLaughlin & Eldridge
1 S. Dearborn, Suite 1400
Suite 1600
60603
Chicago, IL 60603
312-955-0545
Fax: Active
Email: sweltman@hmelegal.com
*ATTORNEY TO BE NOTICED*

**Thomas Jerome Nolan**
Law Office of Thomas J. Nolan
530 South Lake Avenue
Suite 546
Pasadena, CA 91101
818-928-1115
Fax: 818-928-1122
Email: tnolan@nolanlaw.com
*TERMINATED: 06/28/2022*
*PRO HAC VICE*

**Plaintiff**

**Daniel M. Percy**                    represented by   **Bobby Pouya**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel J. Kurowski**
                                                        Hagens Berman Sobol Shapiro LLP
                                                        455 North Cityfront Plaza Drive
                                                        Suite 2410
                                                        Chicago, IL 60611
                                                        708-628-4960
                                                        Fax: Not a member
                                                        Email: dank@hbsslaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elizabeth A. Fegan**

Fegan Scott, LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
Fax: Not a member
Email: beth@feganscott.com
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
708 628 4966
Fax: Not a member
Email: jeannie@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Barton Goplerud**
Hudson Mallaney Shindler & Anderson, P.c.
5015 Grand Ridge Dr. Ste 100
West Des Moines, IA 50265
(515) 265-5911
Fax: Pro Hac Vice
Email: goplerud@sagwlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 2nd Ave.
Suite 2000
Seattle, WA 98101
(206) 623-7292
Fax: Active
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon McCaull Bohlman**
Shindler, Anderson, Goplerud & Weese,
P.C.
5015 Grand Ridge Dr.
Ste 100
West Des Moines, IA 50265
(515) 223-4567
Fax: Pro Hac Vice
Email: bohlman@sagwlaw.com
*TERMINATED: 07/02/2021*
*PRO HAC VICE*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria J. Lathen**                      represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonas Dimas**                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Gross and Company, Inc.**          represented by **Naveed Abaie**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Dewitt Kullar**
Steyer Lowenthal Boodrookas Alvarez &
Smith LLP
1 California Street
Suite 300
San Francisco, CA 94111
(415) 421-3400
Fax: Pro Hac Vice
Email: akullar@steyerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allan Howard Steyer**
Steyer, Lowenthal, Boodrookas Alvarez &
Smith LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
(415) 421-3400
Fax: Pro Hac Vice
Email: asteyer@steyerlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clifford Harris Pearson**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**D. Scott Macrae**
Steyer Lowenthal Boodrookas Alvarez &
Smith LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104
(415) 421-3400
Fax: Pro Hac Vice
Email: smacrae@bamlawlj.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Devon Paul Allard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Douglas A Millen**
Freed Kanner London & Millen LLC
100 Tri-State International
Ste 128
Lincolnshire, IL 60069
224-632-4500
Fax: 224-632-4521
Email: doug@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Eric Jeffrey Mont**
(See above for address)
*TERMINATED: 06/16/2025*
*PRO HAC VICE*

**Goldich A. Marc**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill M. Manning**
The Manning Law Firm
50 California Street
Suite 1500
San Francisco, CA 94111
415-439-5393
Email: jill@manning-lawfirm.com
*TERMINATED: 11/01/2024*
*PRO HAC VICE*

**Kevin B Love**
Criden & Love, P.A.
7301 SW 143 Street
Suite 515
South Miami, FL 33143
(305) 357-9000
Fax: Pro Hac Vice

Email: kaove@crubsnove.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Pearson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Jerry Freed**
Freed Kanner London & Millen
100 Tri-State International
Ste 128
Lincolnshire, IL 60069
224-632-4511
Fax: Active
Email: mfreed@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Michael E. Moskovitz**
Freed Kanner London & Millen
100 Tri-State International
Ste 128
Lincolnshire, IL 60069
224-632-4500
Fax: 224-632-4521
Email: mike@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Neil J Swartzberg**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Axler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rick A. Decker**
The Miller Law Firm, P.C.
Suite 300
950 W. University Drive
Rochester, MI 48307
(248) 841-2200
Fax: Pro Hac Vice
Email: rad@millerlawpc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J. Wozniak**
Freed Kanner London & Millen, LLC
100 Tri-State International
Suite 128
Lincolnshire, IL 60069
224-632-4500
Email: rwozniak@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Simeon Andrew Morbey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M Owen**
(See above for address)
*TERMINATED: 09/26/2024*

**Steven A Kanner**
Freed Kanner London & Millen LLC
100 Tri-State International
Ste 128
Lincolnshire, IL 60069
224-632-4500
Email: skanner@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Veronica W Glaze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fargo Stopping Center LLC**                 represented by   **Adam J. Trott**
Cotchett, Pitre & McCarthy, LLP
Suite 200
840 Malcolm Road
Burlingame, CA 94010
(650) 697-6000
Fax: MDL
Email: atrott@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam John Zapala**
Cotchett, Pitre & Mccarthy

840 Malcolm Road
Burlingame, CA 94010
(650) 697-6000
Fax: Pro Hac Vice
Email: azapala@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E Gustafson**
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
(612)333-8844
Fax: Pro Hac Vice
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
612 333-8844
Fax: Pro Hac Vice
Email: dhedlund@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce Chang**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000
Fax: Pro Hac Vice
Email: jchang@cpmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Francis Ram**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697-6000
Fax: Pro Hac Vice
Email: mram@cpmlegal.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven N. Williams**
Steven Williams Law, P.C.
201 Spear Street
Ste 1100
San Francisco, CA 10005
415-260-7909
Email: swilliams@stevenwilliamslaw.com
*TERMINATED: 01/05/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Alexander E. Barnett**
Dicello Levitt LLP
485 Lexington Avenue
Suite 1001
New York, NY 10017
646-933-1000
Fax: 646-494-9648
Email: abarnett@dicellolevitt.com
*TERMINATED: 11/05/2024*

**Andrew Douglas Welker**
Jackson Lewis P.C.
150 N. Michigan, Suite 2500
Suite 3450
Chicago, IL 60601
(312) 787-4949
Fax: Not a member
Email: andrew.welker@jacksonlewis.com
*TERMINATED: 09/30/2019*

**Brian Douglas Penny , Penny**
Goldman Scarlato & Penny
Eight Tower Bridge
161 Washington Street, Suite 1025
Conshohocken, PA 19428
(484) 342-0700
Fax: Pro Hac Vice
Email: penny@lawgsp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany N. Resch**
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
Email: bresch@straussborrelli.com
*TERMINATED: 02/07/2022*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David A. Goodwin**
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
612-333-8844
Fax: Not a member
Email: dgoodwin@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, PA 19107
215-923-9300
Fax: Pro Hac Vice
Email: dnast@nastlaw.com
*ATTORNEY TO BE NOTICED*

**Erin C. Burns**
Hagens Berman Sobol Shaprior LLP
1 Faneuil Hall Square
Ste 5th Floor
Boston, MA 02109
617-482-3700
Email: eburns@ecblawllc.com
*TERMINATED: 08/01/2019*
*PRO HAC VICE*

**James Gerard Beebe Dallal**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: jdallal@cpmlegal.com
*TERMINATED: 11/05/2024*

**Joseph M. Alioto , Jr.**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
(650) 697-6000
Email: jalioto@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Joshua J. Rissman**
Gustafson Gluek PLLC
120 So. 6th St., Ste. 2600
Canadian Pacific Plaza
Minneapolis, MN 55402
(612) 333-8844
Fax: Pro Hac Vice
Email: jrissman@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Kenneth A. Wexler**
Wexler Boley & Elgersma LLP
311 S. Wacker Drive
Suite 5450
Chicago, IL 60606
312-346-2222
Fax: Active
Email: kaw@wbe-llp.com
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melinda J. Morales**
Wexler Boley & Elgersma LLP
311 S. Wacker Drive
Suite 5450
Chicago, IL 60606
312-346-2222
Fax: 312-346-0022
Email: mjm@wbe-llp.com
*ATTORNEY TO BE NOTICED*

**Michelle J. Looby**
Gustafson Gluek PLLC
120 So. 6th St., Ste. 2600
Canadian Pacific Plaza
Minneapolis, MN 55402
(612) 333-8844
Fax: Pro Hac Vice
Email: mlooby@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Michelle Perkovic**
Wexler Wallace Llp
55 W. Monroe St.
Suite 3300
Chicago, IL 60603
(312) 346-2222
Fax: Not a member
Email: mp@wexlerwallace.com

**Richard Michael Hagstrom**
Richard M Hagstrom
376 N Owasso Blvd.
Shoreview, MN 55126
612-619-3134
Fax: 239-234-4877
Email: rmh@rhagstromlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tamarah P Prevost**
Altair Law
465 California Street
5th Floor
San Francisco, CA 94104
415-988-9828
Fax: 415-988-9815
Email: tprevost@altairlaw.com
*TERMINATED: 04/01/2025*

**Thomas Arthur Doyle**
Chicago Board of Education
1 N Dearborn Street
9th Floor
Chicago, IL 60602
(773) 553-1720
Fax: Active
Email: tadoyle2@cps.edu
*TERMINATED: 09/06/2019*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sargent's**                    represented by  **Adam J. Trott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam John Zapala**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E Gustafson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Goodwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce Chang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Francis Ram**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven N. Williams**
(See above for address)
*TERMINATED: 01/05/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Alexander E. Barnett**
(See above for address)
*TERMINATED: 11/05/2024*

**Brittany N. Resch**
(See above for address)
*TERMINATED: 02/07/2022*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dianne M Nast**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erin C. Burns**
(See above for address)
*TERMINATED: 08/01/2019*
*PRO HAC VICE*

**James Gerard Beebe Dallal**
(See above for address)
*TERMINATED: 11/05/2024*

**Joseph M. Alioto , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua J. Rissman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth A. Wexler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle J. Looby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Michael Hagstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tamarah P Prevost**
(See above for address)
*TERMINATED: 04/01/2025*

**Plaintiff**

**Dorothy Monohan**                represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Coe**                                represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**

(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lester Patterson**                    represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Monahan**                    represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Tierney**                    represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Cheslow**                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Wilbur**                        represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Jeannie Y Evans**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bodega Brew Pub, Inc.**                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy D Battin**
Straus & Boies, LLP
4041 University Drive
Fairfax, VA 22030
(703) 764-8700
Fax: Pro Hac Vice
Email: tbattin@straus-boies.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Le**
BoiesBattin LLP

4041 University Drive
Suite 500
Fairfax, VA 22030
703-764-8700
Email: cle@boiesbattin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Zemans**
Law Offices of Daniel Zemans, LLC
2023 W. Berteau Avenue
Chicago, IL 60618
(773) 706-7767
Fax: Not a member
Email: dzemans@zemans-law.com
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan Cihlar**
BoiesBattin LLP
4041 University Dr.
Fifth Floor
Fairfax, VA 22030
703-764-8700
Email: ncihlar@boiesbattin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Chavas Mexican Restaurant, Inc.**
*TERMINATED: 11/13/2018*

represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher G Glover**                 represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
Wolf Haldenstein Adler Freeman & Herz
LLC
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604
312-984-0000
Fax: 212-686-0114
Email: malmstrom@whafh.com
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
Isquith Law PLLC
103 E 84th Street
New York, NY 10028
718-775-6478
Email: isquithlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*

*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
Mason LLP
5335 Wisconsin Avenue NW
Suite 640
Washington, DC 20015
202-429-2290
Email: tbell@masonllp.com
*TERMINATED: 07/01/2022*

**Plaintiff**

**Christopher Vallaro**                    represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*

*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Barters International LLC**          represented by  **Bobby Pouya**
*TERMINATED: 11/17/2020*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lisa M. Sriken**
                                                      Bernstein Liebhard LLP
                                                      10 East 40th Street
                                                      New York, NY 10801
                                                      (212) 779-1414
                                                      Fax: Pro Hac Vice
                                                      Email: lsriken@bernlieb.com
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Cadio Zirpoli**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Dana Statsky Smith**
                                                      Bernstein Liebhard LLP
                                                      10 East 40th Street
                                                      New York, NY 10016
                                                      (212) 779-1414
                                                      Fax: Pro Hac Vice
                                                      Email: dsmith@bernlieb.com
                                                      *TERMINATED: 01/11/2019*
                                                      *PRO HAC VICE*

                                                      **Goldich A. Marc**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew Dickinson Heaphy**
                                                      (See above for address)
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Noah Axler**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald J. Aranoff**
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
14th Floor
New York, NY 10110
212-382-3300
Fax: Pro Hac Vice
Email: raranoff@wmd-law.com
*TERMINATED: 03/02/2017*
*PRO HAC VICE*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William E. Stack**                      represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terry Rose Saunders**
The Saunders Law Firm
120 N LaSalle St
Suite 2000
IL, Suite 2000
Chicago, IL 60602
312-444-9656
Email: tsaunders@saunders-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cedar Farms Co., Inc.                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goldich A. Marc**
(See above for address)
*TERMINATED: 08/27/2021*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Axler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Thomas Cusack Cronin**
Cronin & Co., Ltd.
120 North LaSalle Street
20th Floor
Chicago, IL 60602
312 500 2100
Fax: Active
Email: tcc@cronincoltd.com
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ferraro Foods, Inc.**                     represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goldich A. Marc**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Noel Servais**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Ste #2200
Minneapolis, MN 55401
612-596-4042
Email: jnservais@locklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Axler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
Grant & Eisenhofer P.A.
123 Justison Street

Wilmington, DE 19801
(302) 622-7000
Fax: Not a member
Email: reisler@gelaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent J Esades**
Heins Mills & Olson, P.L.C.
310 Clifton Ave.
Minneapolis, MN 55403
(612) 338-4605
Fax: Pro Hac Vice
Email: vesades@heinsmills.com
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ferraro Foods of North Carolina, LLC          represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goldich A. Marc**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Noel Servais**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Axler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vincent J Esades**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joe Christiana Food Distributors, Inc.**       represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Goldich A. Marc**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Axler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert G. Eisler**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Alan Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sullott Corporation**                    represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin S Landau**
Taus, Cebulash & Landau, LLP
123 William Street
Suite 1900a
New York, NY 10038
646-873-7654
Email: klandau@tcllaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Drucker**                           represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Ilana Harwayne-Gidansky**                 represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Sabrina Majernik**                 represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Christopher Nelson**                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Amy Veaner**                               represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carl V. Malmstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fred T Isquith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Cheryl Brenchley**                    represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Hayward**                     represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Deshotel**                     represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Newman**                    represented by **Alison Deich**
Cohen Milstein Sellers & Toll
1100 New York Avenue, NW
Ste 800 West
Washington, DC 20005
202-408-4600
Email: adeich@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
Cohen Milstein Sellers & Toll PLLC
5290 Denver Tech Center Parkway
Ste 150
Greenwood Village, CO 80111

Fax: Pro Hac Vice
Email: ccormier@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Matthew W. Ruan**
Cohen Milstein Sellers & Toll PLLC
88 Pine St. 14th Floor
New York, NY 10005
(212) 838-7797
Fax: Pro Hac Vice
Email: mruan@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
Cohen Milstein Sellers & Toll
District of Columbia
1100 New York Ave NW
Eighth Floor
Washington
Washington, DC 20005
804-814-3910
Email: zglubiak@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW
Fifth Floor
Washington, DC 20005
(202) 408-4600
Fax: Pro Hac Vice
Email: zkrowitz@cohenmilstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
Cohen Milstein Sellers & Toll Pllc

1100 New York Ave. N.w.
Suite 500 West
Washington, DC 20005
(202) 408-4600
Fax: Pro Hac Vice
Email: bbrown@cohenmilstein.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 800
Washington, DC 20005
202-408-4600
Email: bjohnson@cohenmilstein.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
Cohen Milstein Sellers & Toll, PLLC
769 Centre Street
Suite 207
Boston, MA 02130
202-408-4628
Email: dsilverman@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
Cohen Milstein Sellers & Toll Pllc
1100 New York Ave, N.w.
Suite 500 West
Washington, DC 20005
(202) 408-4600
Fax: Pro Hac Vice
Email: kpierson@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW
Fifth Floor
Washington, DC 20005
(202) 408-4600
Fax: Pro Hac Vice
Email: lkatz@cohenmilstein.com
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ray Wieters**                    represented by   **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Stangeland**                    represented by  **Alison Deich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Matthew W. Ruan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
(See above for address)
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Liebich**                    represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carmen Ocasio                        represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**

*(See above for address)*
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Debra Piette                              represented by   **Bobby Pouya**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Daniel J. Kurowski**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Elizabeth A. Fegan**
                                                           (See above for address)
                                                           *TERMINATED: 06/10/2019*
                                                           *LEAD ATTORNEY*

                                                           **Steve W. Berman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Cadio Zirpoli**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Matthew Dickinson Heaphy**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sarah Jane Van Culin**
                                                           (See above for address)
                                                           *TERMINATED: 04/20/2023*
                                                           *PRO HAC VICE*

                                                           **Shana Scarlett**
                                                           (See above for address)
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

Steve Mizera                              represented by   **Bobby Pouya**
                                                           (See above for address)

*TO BE ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Madsen**                    represented by **Bobby Pouya**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *PRO HAC VICE*
                                     *ATTORNEY TO BE NOTICED*

                                     **Daniel J. Kurowski**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Elizabeth A. Fegan**
                                     (See above for address)
                                     *TERMINATED: 06/10/2019*

*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vern Peter Gardner**                  represented by   **Alison Deich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew W. Ruan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
(See above for address)
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Perry**                    represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kirk Evans**                    represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Weidner**                               represented by   **Alison Deich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)

*TERMINATED: 09/18/2019*
*LEAD ATTORNEY*

**Matthew W. Ruan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
(See above for address)
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Senkle**                    represented by  **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison Pauk**                    represented by    **Alison Deich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Matthew W. Ruan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
(See above for address)
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vern Gardner**                          represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Jennifer Wallace                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch , IV**
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Ave.
Suite 200
NASHVILLE, TN 37203
(615) 254-8801
Fax: Pro Hac Vice
Email: gstranch@stranchlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Glover**                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Evans** represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Gilbert** represented by **Alison Deich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Matthew W. Ruan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
(See above for address)
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Flasch**                    represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel J. Kurowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**

*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Weidner**                    represented by    **Alison Deich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J. Cormier**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*
*LEAD ATTORNEY*

**Matthew W. Ruan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary R. Glubiak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Zachary Ian Krowitz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Johnson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel H. Silverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kit A. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Robert Katz**
(See above for address)
*TERMINATED: 01/12/2023*
*PRO HAC VICE*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margo Stack**                represented by **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Fegan**
(See above for address)
*TERMINATED: 06/10/2019*

*LEAD ATTORNEY*

**Steve W. Berman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terry Rose Saunders**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alpine Special Treatment Center, Inc.**    represented by    **Bobby Pouya**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Dickinson Heaphy**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert J Gralewski , Jr.**
Kirby McInerney LLP
1420 Kettner Boulevard
Suite 100
San Diego, CA 92101
858-834-2044

Fax: 858-555-7713
Email: bgralewski@kmllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Jane Van Culin**
(See above for address)
*TERMINATED: 04/20/2023*
*PRO HAC VICE*

**Shana Scarlett**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indirect Purchaser Plaintiffs**          represented by   **Adam John Zapala**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Weill**
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
Fax: Pro Hac Vice
Email: rweill@preti.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Piggly Wiggly Alabama Distributing Co.,**          represented by   **Eric Lifvendahl**
**Inc.**
Lifvendahl Law, LLC
265 Latrobe Avenue
Northfield, IL 60093
847-830-7002
Fax: Not a member
Email: ericburton@liflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Philip Campisi**
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue
14th Floor
New York, NY 10022
212-687-1980

Fax: Not a member
Email: jcampisi@kaplanfox.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
212-687-1980
Email: mmccahill@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Mccahill**
Kaplan Fox & Kilsheimer Llp
850 Third Ave.
14th Floor
New York, NY 10022
(212) 687-1980
Fax: Pro Hac Vice
Email: mmccahill@kaplanfox.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
212-687-1980
Email: rkaplan@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
Cera LLP
201 California Street
Ste 1240
San Francisco, CA 94111
415-977-2230
Fax: 415-777-5189
Email: scera@cerallp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Andrew Dirksen**
Cera LLP
800 Boylston Street, 16th Floor
Boston, MA 02129
(857) 453-6555
Fax: Pro Hac Vice

Email: cdirksen@scrallp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Lyle Coffman**
The Coffman Law Firm
3355 West Alabama Street
Suite 240
Houston, TX 77098
(713) 528-6700
Fax: Pro Hac Vice
Email: rcoffman@coffmanlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Affiliated Foods, Inc.'s Plaintiffs**            represented by   **Charles Andrew Dirksen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Lifvendahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Philip Campisi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rick A. Decker**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arielle Frank**
Kaplan Fox & Kilsheimer LLP
800 Third Avenue
38th Floor
New York, NY 10022
212-687-1980
Fax: Not a member

Email: AFrank@kaplanfox.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs in 1:16-cv-08637**

**Plaintiff**

**Alex Lee, Inc.**                     represented by **Charles Andrew Dirksen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Lifvendahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Philip Campisi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Patrick Boyle**
Williams & John Ltd.
233 S. Wacker Dr. Ste. 6800
Chicago, IL 60606
(312) 443-3284
Fax: Not a member
Email: boylee@umich.edu
*TERMINATED: 10/22/2021*

**Jonathan Eric Grossman**
Williams Montgomery & John Ltd.
233 S. Wacker Drive
Suite 6800
Chicago, IL 60606
(312) 443-3858

Fax: *not a member*
Email: jeg@willmont.com
*TERMINATED: 06/04/2019*

**Plaintiff**

| **Merchants Distributors, LLC** | represented by | **Charles Andrew Dirksen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Eric Lifvendahl**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Philip Campisi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Powers McCahill**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert N. Kaplan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Solomon B Cera**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Associated Grocers of New England, Inc.** | represented by | **Charles Andrew Dirksen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Eric Lifvendahl**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Philip Campisi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew Powers McCahill** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Big Y Foods, Inc.**                    represented by **Charles Andrew Dirksen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Lifvendahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Philip Campisi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Patrick Boyle**
(See above for address)
*TERMINATED: 10/22/2021*

<u>**Plaintiff**</u>

**Fareway Stores, Inc.**                    represented by **Charles Andrew Dirksen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Eric Lifvendahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Philip Campisi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Woodman's Food Market, Inc.**              represented by **Charles Andrew Dirksen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Lifvendahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Philip Campisi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Powers McCahill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Solomon B Cera**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Evan Patrick Boyle**
(See above for address)
*TERMINATED: 10/22/2021*

**Plaintiff**

**Winn-Dixie Stores, Inc.**
*TERMINATED: 12/09/2019*

represented by **Lawrence S. Brandman**
Cadwalader Wickersham Taft LLP
200 Liberty St
New York, NY 10281
(212) 504-6365
Fax: Pro Hac Vice
Email: Lawrence.Brandman@cwt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick John Ahern**
Ahern and Associates, P.C.
8 S. Michigan Ave
Suite 3600
Chicago, IL 60603
(312) 404-3760
Fax: Delinquent
Email:
patrick.ahern@ahernandassociatespc.com
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
Cadwalader Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
212-504-6868
Fax: Pro Hac Vice
Email: philip.iovieno@cwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Sysco Corporation**

represented by **James J McGuire**
Greenspoon Marder LLP
Litigation
1345 Avenue of the Americas
Suite 2200
New York, NY 10105

Fax: 212-524-5050
Email: James.McGuire@gmlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda B Barkin**
Frankfurt Kurnit Klein & Selz
28 Liberty Street
New York, NY 10005
(212) 705-4880
Fax: Pro Hac Vice
Email: abarkin@fkks.com
*TERMINATED: 04/27/2023*
*PRO HAC VICE*

**Carter C. Simpson**
Paul Hastings LLP
2050 M Street NW
2050 M Street NW
Washington, DC 20036
843-618-7917
Email: cartersimpson@paulhastings.com
*TERMINATED: 06/23/2025*
*PRO HAC VICE*

**Christopher C. Brewer**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
202-551-1759
Email: chrisbrewer@paulhastings.com
*TERMINATED: 06/23/2025*
*PRO HAC VICE*

**Colleen Ann Harrison**
Boies Schiller Flexner LLP
26 South Main Street
Hanover, NH 03755
603-643-9090
Fax: 603-643-9010
Email: charrison@bsfllp.com
*TERMINATED: 04/27/2023*
*PRO HAC VICE*

**Craig Young Lee**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
202-551-1752
Email: craiglee@paulhastings.com
*TERMINATED: 06/23/2025*

**Erica Michelle Spevack**
Boies Schiller Flexner LLP
1401 New York Ave NW
Washington, DC 20005
(202) 237-2727
Fax: Pro Hac Vice
Email: espevack@bsfllp.com
*TERMINATED: 09/14/2020*
*PRO HAC VICE*

**Jared Samuel Kosoglad**
Jared S. Kosoglad, P.C.
111 N. Wabash
The Garland Building # 3166
Chicago, IL 60602
312-513-6000
Fax: Active
Email: jared@jaredlaw.com
*TERMINATED: 04/27/2023*

**Jonathan M. Shaw**
Boies, Schiller & Flexner Llp
1401 New York Ave., NW
Suite 1100
Washington, DC 20005
(202) 237-2727
Fax: Pro Hac Vice
Email: jshaw@bsfllp.com
*TERMINATED: 08/29/2022*
*PRO HAC VICE*

**Julie B. Porter**
Salvatore Prescott Porter & Porter PLLC
1010 Davis Street
Evanston, IL 60201
312-283-5711
Fax: Active
Email: porter@sppplaw.com
*ATTORNEY TO BE NOTICED*

**Nicole Hyland**
Frankfurt Kurnit Klein & Selz
28 Liberty Street
New York, NY 10005
212-826-5552
Email: nhyland@fkks.com
*TERMINATED: 04/27/2023*
*PRO HAC VICE*

**Ronald C. Minkoff**
Frankfurt Kurnit Klein & Selz P.C.
488 Madison Ave., 10th Flr.
New York, NY 10022
212-705-4837

Fax: Pro Hac Vice
Email: rminkoff@fkks.com
*TERMINATED: 04/27/2023*
*PRO HAC VICE*

**Ryan Thomas McAllister**
Boies Schiller Flexner LLP
30 South Pearl Street
Albany, NY 12207
(518) 434-0600
Fax: Pro Hac Vice
Email: rmcallister@bsfllp.com
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Ryan Patrick Phair**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
202-551-1751
Email: ryanphair@paulhastings.com
*TERMINATED: 06/23/2025*

**Scott Gant**
Boies Schiller Flexner LLP
1401 New York Ave NW
Washington, DC 20005
(202) 237-2727
Fax: Pro Hac Vice
Email: sgant@bsfllp.com
*TERMINATED: 05/14/2025*

**Plaintiff**

US Foods, Inc.                    represented by **Colleen Ann Harrison**
(See above for address)
*TERMINATED: 05/26/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daryl M. Schumacher**
Kopecky Schumacher Rosenburg PC
120 N. LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 380-6556
Fax: Not a member
Email: dschumacher@ksrpc.com
*ATTORNEY TO BE NOTICED*

**Douglas H Patton**
Kenny Nachwalter, P.A.
Suite 1100
1441 Brickell Avenue

Miami, FL 33131
(305) 373-1000
Fax: Pro Hac Vice
Email: dpatton@knpa.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erica Michelle Spevack**
(See above for address)
*TERMINATED: 09/14/2020*
*PRO HAC VICE*

**Jonathan M. Shaw**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*

**Kyle N Smith**
Paul Weiss Rifkind Wharton Garrison LLP
943 Steiner St
San Francisco, CA 94117
(202) 223-7407
Fax: Pro Hac Vice
Email: ksmith@dirllp.com
*TERMINATED: 08/24/2020*
*PRO HAC VICE*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Scott Gant**
(See above for address)
*TERMINATED: 05/14/2025*

**William J Blechman**
Sperling Kenny Nachwalter, LLC
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
305-373-1000
Fax: 305-372-1861
Email: wblechman@knpa.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Piggly Wiggly Alabama Distributing Co., Inc.**

represented by **Jeffrey Philip Campisi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **End-User Consumer Plaintiffs** | represented by | **Abigail D Pershing** |

Hagens Berman Sobol Shapiro LLP
301 N. Lake Ave.
Suite 920
Pasadena, CA 91101
213-330-7145
Fax: 213-330-7152
Email: abigailp@hbsslaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Breanna LE Van Engelen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elaine Teresa Byszewski**
Hagens Berman Sobol Shapiro Llp
301 N. Lake Ave.
Suite 920
Pasadena, CA 91101
(213) 330-7149
Fax: Not a member
Email: elaine@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Jason Zweig**
Bartko Pavia LLP
1100 Sansome Street
San Francisco, CA 94111
415-956-1900
Email: jzweig@bartkopavia.com
*TERMINATED: 01/15/2021*

**Rio Pierce**
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
(510) 725-3000
Fax: Pro Hac Vice
Email: riop@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Action Meat Distributors, Inc.**                   represented by **Eric Enrendahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jetro Holdings. LLC**                   represented by **Lawrence S. Brandman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark A. Singer**
Boies Schiller Flexner LLP
30 South Pearl Street
Albany, NY 12207
(518) 434-0600
Fax: Pro Hac Vice
Email: msinger@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
Boies Schiller Flexner
30 South Pearl Street
Albany, NY 12207
(518) 434-0600
Fax: Pro Hac Vice
Email: anardacci@bsfllp.com
*TERMINATED: 11/18/2022*

**Nicholas A Gravante , Jr**
Cadwalader Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
(212) 504-6500
Fax: Not a member
Email: nicholas.gravante@cwt.com
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Terence H. Campbell**
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street

Suite 3250
Chicago, IL 60603
312-263-0345
Fax: 312-263-4670
Email: tcampbell@cotsiriloslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WeLoveCaesar LLC**
*TERMINATED: 06/19/2018*

**Plaintiff**

**The Kroger Co.**                           represented by    **Brandon S Floch**
                                                               Kenny Nachwalter, P.A.
                                                               Suite 1100
                                                               1441 Brickell Avenue
                                                               Miami, FL 33131
                                                               (305) 373-1000
                                                               Fax: Pro Hac Vice
                                                               Email: bfloch@knpa.com
                                                               *TERMINATED: 01/11/2021*
                                                               *PRO HAC VICE*

                                                               **Douglas H Patton**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Samuel J. Randall**
                                                               Kenny Nachwalter, P.a.
                                                               1441 Brickell Avenue
                                                               Suite 1100
                                                               Miami, FL 33131
                                                               305-373-1000
                                                               Fax: Not a member
                                                               Email: srandall@knpa.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William J Blechman**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hy-Vee, Inc.**                             represented by    **Brandon S Floch**
                                                               (See above for address)
                                                               *TERMINATED: 01/11/2021*
                                                               *PRO HAC VICE*

                                                               **Douglas H Patton**
                                                               (See above for address)
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Samuel J. Randall**

(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Blechman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albertsons Companies, Inc.**                represented by    **Brandon S Floch**
(See above for address)
*TERMINATED: 01/11/2021*
*PRO HAC VICE*

**Douglas H Patton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel J. Randall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William J Blechman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Associated Grocers of the South, Inc.**         represented by    **David P Germaine**
Sperling Kenny Nachwalter, LLC
321 North Clark Street
Ste Floor 25
Chicago, IL 60654
312-224-1505
Fax: 312-641-6492
Email: dgermaine@sperling-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
Sperling & Slater, P.C.
55 W. Monroe St.
Suite 3200
Chicago, IL 60603
312-641-3200
Fax: Active
Email: jbergman@sperlingkenny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Paul Bjork**
Sperling Kenny Nachwalter, LLC
321 N. Clark Street
Ste 25th Floor
Chicago, IL 60654

Email: jbjork@sperlingkenny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
Sperling Kenny Nachwalter, LLC
321 N. Clark Street
Ste 25th Floor
Chicago, IL 60654
312-641-3200
Fax: 312-641-6492
Email: jvanek@sperlingkenny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
312-641-3200
Fax: Active
Email: pes@sperling-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
Sperling & Slater, P.C.
1221 Broadway
Suite 2140
Nashville, TN 37203
312-641-3200
Email: pcramer@sperling-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
Sperling Kenny Nachwalter, LLC
321 North Clark Street
Ste 25th Floor
Chicago, IL 60654
773-680-9936
Email: amargolies@sperlingkenny.com
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
United States Attorney's Office
312 N Spring St
Los Angeles, CA 90012
213-894-2475
Email: clopez@srvhlaw.com
*TERMINATED: 01/06/2023*

**Martin Amaro**
Sperling Kenny Knachwalter
Sperling Kenny Knachwalter
321 North Clark Street
Ste 25th Floor
Chicago, IL 60654
312-641-3200
Email: mamaro@sperling-law.com
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
Sherrard Roe Voigt & Harbison, Plc
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
(615) 742-4200
Fax: Not a member
Email: rholt@srvhlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meijer, Inc.**                    represented by **David P Germaine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Meijer Distribution, Inc.                    represented by  **David P Germaine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

OSI Restaurant Partners, LLC                 represented by  **David P Germaine**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Publix Super Markets, Inc.**                    represented by **David P Germaine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Supervalu Inc.**                    represented by **David P Germaine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wakefern Food Corporation**                    represented by    **David P Germaine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ahold Delhaize USA, Inc.**          represented by   **Martin F. Gaynor , III**
Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109
(617) 648-2741
Fax: Pro Hac Vice
Email: mgaynor@hunton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carter C. Simpson**
(See above for address)
*TERMINATED: 06/23/2025*
*PRO HAC VICE*

**Christopher C. Brewer**
(See above for address)
*TERMINATED: 06/23/2025*
*PRO HAC VICE*

**Christopher J Dufek**
Hunton Andrews Kurth, LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
Fax: Pro Hac Vice
Email: cdufek@hunton.com
*TERMINATED: 04/25/2025*
*PRO HAC VICE*

**Craig Young Lee**
(See above for address)
*TERMINATED: 06/23/2025*

**Emily K Bolles**
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
Fax: Pro Hac Vice
Email: ebolles@huntonAK.com
*TERMINATED: 02/01/2022*
*PRO HAC VICE*

**John S Martin**
Hunton Andrews Kurth
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8774

Fax: Pro Hac Vice
Email: martinj@huntonAK.com
*TERMINATED: 04/04/2022*
*PRO HAC VICE*

**Julie B. Porter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil Keith Gilman**
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1674
Fax: Not a member
Email: ngilman@hunton.com
*ATTORNEY TO BE NOTICED*

**Ryan Patrick Phair**
(See above for address)
*TERMINATED: 06/23/2025*

**Plaintiff**

**KJ 2019 Holdings, LLC**                represented by **Eric Lifvendahl**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregg Szilagyi**                       represented by **Eric Lifvendahl**
*as trustee for*                          (See above for address)
Estate of Central Grocers, Inc.          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BJ's Wholesale Club Inc.**             represented by **Lawrence S. Brandman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Philip J. Iovieno**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Anne M. Nardacci**
                                          (See above for address)
                                          *TERMINATED: 11/18/2022*

                                          **Mark A. Singer**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Nicholas A Gravante , Jr**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Terence H. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steeple Down River Ltd**
*TERMINATED: 09/12/2018*

**Plaintiff**

**Associated Wholesale Grocers, Inc.,**     represented by  **Daniel D. Owen**
*on behalf of itself and as assignee of*                    Polsinelli
*Affiliated Foods Midwest Cooperative,*                     900 W. 48th Place
*Inc.'s claims*                                             Ste. 900
                                                            Kansas City, MO 64112-1895
                                                            (816) 753-1000
                                                            Fax: Pro Hac Vice
                                                            Email: dowen@polsinelli.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Amy D. Fitts**
                                                            8915 Mohawk Lane
                                                            Leawood, KS 66206
                                                            816-726-0065
                                                            Email: amydfitts@yahoo.com
                                                            *TERMINATED: 02/13/2023*

                                                            **Guillermo Gabriel Zorogastua**
                                                            Polsinelli PC - 48th Street
                                                            900 W. 48th Place
                                                            Suite 900
                                                            Kansas City, MO 64112-1895
                                                            816-374-0537
                                                            Fax: Not a member
                                                            Email: gzorogastua@polsinelli.com
                                                            *TERMINATED: 05/17/2023*
                                                            *PRO HAC VICE*

                                                            **Mary Clare G. Bonaccorsi**
                                                            Polsinelli PC
                                                            150 North Riverside Plaza
                                                            Suite 3000
                                                            Suite 3000
                                                            Chicago, IL 60606
                                                            312-463-6310

Email: MBonaccorsi@Polsinelli.com
*ATTORNEY TO BE NOTICED*

**Rodney L. Lewis**
Polsinelli PC
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606
312 819 1900
Fax: Not a member
Email: rodneylewis@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| Maximum Quality Foods, Inc. | represented by | **Lawrence S. Brandman** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*TERMINATED: 11/18/2022*

**Mark A. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas A Gravante , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Terence H. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maximum Quality**

**Plaintiff**

| | | |
|---|---|---|
| United Supermarkets, LLC | represented by | **David Bedford Esau** |

Carlton Fields, P.A.
525 Okeechobee Blvd.

Suite 1200
West Palm Beach, FL 33401
(561) 659-7070
Fax: Not a member
Email: desau@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
Carlton Fields, P.a.
200 S. Orange Avenue
Suite 1000
Orlando, FL 32801
(407) 244-8229
Fax: Not a member
Email: aholman@carltonfields.com
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
202-719-3447
Email: ajesteadt@wiley.law
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
Carlton Fields P.A.
100 SE 2nd Street
Suite 4200
Miami, FL 33131
(305) 530-0050
Fax: Not a member
Email: abowers@carltonfields.com
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
Carlton Fields, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL 33401
(561) 659-7070
Fax: Not a member
Email: cmcgowan@carltonfields.com
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
Carlton Fields, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beachh, FL 33401
(561) 659-7070
Fax: Not a member
Email: gyearick@carltonfields.com

*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
TottisLaw
401 N. Michigan Avenue
Suite 530
Chicago, IL 60611
312-527-1400
Email: kstolte@tottislaw.com
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
TottisLaw
401 N. Michigan Avenue
Suite 530
Chicago, IL 60611
312-527-1400
Fax: Active
Email: ktottis@tottislaw.com
*ATTORNEY TO BE NOTICED*

**Kristin Alexandra Gore**
Carlton Fields, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
(561) 650-8046
Fax: Not a member
Email: kgore@carltonfields.com
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair**
Sperling Kenny Nachwalter, LLC
321 N. Clark Street
Ste 25th Floor
Chicago, IL 60654
312-641-3200
Email: mvs@sperlingkenny.com
*TERMINATED: 03/10/2021*

**Michael David Sloan**
Carlton Fields, P.a.
525 Okeechobee Boulevard
Suite 1200
West Palm Beachh, FL 33401
(561) 659-7070
Fax: Not a member
Email: msloan@carltonfields.com
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
TottisLaw
401 N. Michigan Avenue
Suite 530
Chicago, IL 60611

Fax: Active
Email: mthompson@tottislaw.com
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
Barton LLP
711 Third Avenue
Ste 14th Floor
New York, NY 10017
212-687-6262
Email: rkobert@bartonesq.com
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
Carlton Fields Jorden Burt, P.a.
525 Okeechobee Blvd.
Suite 1200
West Palm Beach, FL 33401
(561) 659-7070
Fax: Not a member
Email: scortvriend@carltonfields.com
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
Carlton Fields, LLP
2029 Century Park East
SUITE 1200
LOS ANGELES, CA 90067
United Sta
(310) 843-6326
Fax: Not a member
Email: smenger@carltonfields.com
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
Carlton Fields, P.A.
525 Okeechobee Boulevard
Suite 1200
West Palm Beach, FL 33401
(561) 650-0336
Fax: Not a member
Email: scohen@carltonfields.com
*TERMINATED: 01/03/2023*

**Plaintiff**
**Krispy Krunchy Foods, LLC**         represented by **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair**
(See above for address)
*TERMINATED: 03/10/2021*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**

(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Cheney Bros., Inc.**                    represented by    **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martin Vincent Sinclair**
(See above for address)
*TERMINATED: 03/10/2021*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**

(See above for address)
TERMINATED: 05/19/2025

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Commercial and Institutional Indirect**
**Purchaser Plaintiffs**

represented by **Abou B. Amara , Jr**
Gustafson Gluek PLLC
120 South Sixth Street
Ste 2600
Minneapolis, MN 55402
612-333-8844
Fax: Not a member
Email: aamara@gustafsongluek.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Clay Olson , 1:16-**
Harper Little PLLC
164 Market Street Suite 164
43 Broad Street Suite 202
Charleston, SC 29401
(843) 224-6676
Fax: Pro Hac Vice
Email: clay@harperlittlelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dennis Stewart**
Gustafson Gluek PLLC
600 W. Broadway
Suite 3300
San Diego, CA 92101
612-333-8844
Fax: 612-339-6622
Email: dstewart@gustafsongluek.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Quinby**
Preti, Flaherty, Beliveau & Pachios, LLP

One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
Fax: Pro Hac Vice
Email: equinby@preti.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory P Hansel**
Preti, Flaherty, Beliveau, Pachios & Haley,
L.L.C.
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
Fax: Pro Hac Vice
Email: ghansel@preti.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James David Harper**
Harper Little, PLLC
800 College Hill Road, Suite 5201
P. O. Box 3150
Oxford, MS 38655
(662) 234-0320
Fax: Pro Hac Vice
Email: james@harperlittlelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E Jacobs**
Hinkle Shanor LLP
218 Montezuma Avenue
Santa Fe, NM 87501
(505) 982-4554
Fax: Pro Hac Vice
Email: mjacobs@hinklelawfirm.com
*TERMINATED: 03/27/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Smith**
Preti, Flaherty, Beliveau & Pachios, LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
(207) 791-3000
Fax: Pro Hac Vice
Email: msmith@preti.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Patton Tift**
Barrett Johnston Martin & Garrison, LLC
414 Union Street, Suite 900
Philips Plaza
Nashville, TN 37219
(615) 244-2202
Fax: Pro Hac Vice
Email: stift@barrettjohnston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony J. Stauber**
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
Fax: Pro Hac Vice
Email: tstauber@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Hedlund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabrielle Sliwka**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara Anne Elgersma**
Wexler Boley & Elgersma LLP
311 S. Wacker Drive
Suite 5450
Chicago, IL 60606
312-346-2222
Fax: 312-346-0022
Email: kae@wbe-llp.com
*ATTORNEY TO BE NOTICED*

**Ling Wang**
Fegan Scott LLC
121 N. Washington Avenue
Ste 4th Floor
Minneapolis, MN 55401
651-432-4468
Fax: 312-264-0100
Email: lwang@gustafsongluek.com
*TERMINATED: 06/06/2022*

*PRO HAC VICE*

**Michelle Perkovic**
(See above for address)
*TERMINATED: 08/05/2021*

**Randall Weill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Jackson**
Wallace Miller
200 West Madison Street
Suite 3400
Chicago, IL 60606
312-261-6193
Fax: 312-275-8174
Email: tej@wallacemiller.com
*TERMINATED: 11/16/2021*

**Kenneth A. Wexler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Arthur Doyle**
(See above for address)
*TERMINATED: 09/06/2019*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quirch Foods, LLC, f/k/a Quirch Foods Co.**                represented by **Abigail Grieco Corbett**
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
Suite 2200
150 West Flagler Street
Miami, FL 33130
(305) 789-3463
Fax: Pro Hac Vice
Email: acorbett@stearnsweaver.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Szot**
Miller Law LLC
2910
53 W Jackson Boulevard
Suite 1320
Chicago, IL 60604
312-933-2265
Email: aszot@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Carlos Juan Canino**

Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
Suite 2200
150 West Flagler Street
Miami, FL 33130
(305) 789-3441
Fax: Pro Hac Vice
Email: ccanino@stearnsweaver.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jay Brian Shapiro**
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
Suite 2200
150 West Flagler Street
Miami, FL 33130
(305) 789-3229
Fax: Pro Hac Vice
Email: jshapiro@stearnsweaver.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marvin Alan Miller**
Miller Law LLC
53 W Jackson Boulevard
Suite 1320
Chicago, IL 60604
312-332-3400
Email: Mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Matthew E Van Tine**
Miller Law LLC
53 W Jackson Boulevard
Suite 1320
Chicago, IL 60604
312-332-3400
Email: mvantine@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Samuel Olds Patmore**
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
Suite 2200
150 West Flagler Street
Miami, FL 33130
(305) 789-4102
Fax: Pro Hac Vice
Email: spatmore@stearnsweaver.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darden Restaurants, Inc.**                    represented by **Lawrence S. Brandman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*TERMINATED: 11/18/2022*

**Mark A. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas A Gravante , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Terence H. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherwood Food Distributors, LLC**          represented by **Lawrence S. Brandman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*TERMINATED: 11/18/2022*

**Mark A. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas A. Gravante, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Terence H. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hooters of America, LLC**                     represented by     **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

<u>**Plaintiff**</u>

**Hooters of America, LLC**                represented by   **Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Associated Grocers, Inc.**

<u>**Plaintiff**</u>

**Brookshire Grocery Company**

<u>**Plaintiff**</u>

**Schnuck Markets, Inc.**                 represented by   **Evan Patrick Boyle**
(See above for address)
*TERMINATED: 10/22/2021*

<u>**Plaintiff**</u>

**Checkers Drive-In Restaurants, Inc.**   represented by   **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Direct Purchaser Plaintiffs**          represented by   **Arielle S. Wagner**
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Ave S
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: Pro Hac Vice
Email: aswagner@locklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis Manfredi**
Joseph Saveri Law Firm, LLP
601 california st
1000
san francisco, CA 94108

Fax: Pro Hac Vice
Email: tmanfredi@saverilawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allan Howard Steyer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**D. Scott Macrae**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Develyn Mistriotti**
Littler Mendelson
1300 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
612-313-7646
Email: dmistriotti@littler.com
*TERMINATED: 04/08/2024*

**Jill M. Manning**
(See above for address)
*TERMINATED: 11/01/2024*
*PRO HAC VICE*

**Leona Bridget Ajavon**
Lockridge Grindal Nauen, Pllp
100 Washington Ave S
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: Not a member
Email: lbajavon@locklaw.com
*ATTORNEY TO BE NOTICED*

**Mindee Reuben**
Hausfeld LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
215-309-7493
Fax: 215-985-3271
Email: mreuben@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Ellis Serdikoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Unified Grocers, Inc.**                      represented by   **Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P Germaine**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Associated Grocers of Florida, Inc.**         represented by   **Jeffrey Hoke Bergman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Ethan Slater**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip Frederick Cramer**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison G Margolies**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Rae Burgart Lopez**
(See above for address)
*TERMINATED: 01/06/2023*

**Martin Amaro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P Germaine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Save Mart Supermarkets**                represented by    **William J Blechman ,**
                                                            Sperling Kenny Nachwalter, LLC
                                                            1441 Brickell Avenue
                                                            Suite 1100
                                                            Miami, FL 33131
                                                            305-373-1000
                                                            Fax: 305-372-1861
                                                            Email: wblechman@knpa.com
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giant Eagle, Inc.**                      represented by    **Brian Hill**
                                                            Marcus & Shapira LLP
                                                            301 Grant Street
                                                            One Oxford Centre, 35th Floor
                                                            Pittsburgh, PA 15219-6401
                                                            (412) 338-5213
                                                            Fax: Pro Hac Vice
                                                            Email: hill@marcus-shapira.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Bernard D Marcus**
                                                            Marcus & Shapira, L.L.P.
                                                            301 Grant Street
                                                            35th Floor, One Oxford Centre
                                                            Pittsburgh, PA 15219-6401
                                                            (412) 471-3490
                                                            Fax: Not a member

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin Gibson Allen**
Marcus & Shapira LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219-6401
(412) 338-4682
Fax: Pro Hac Vice
Email: allen@marcus-shapira.com
*TERMINATED: 04/21/2023*
*PRO HAC VICE*

**Moira E. Cain-Mannix**
Marcus & Shapira LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219-6401
(412) 338-3344
Fax: Pro Hac Vice
Email: cain-mannix@marcus-shapira.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Anne Beckman**
Marcus & Shapira LLP
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219-6401
(412) 338-5223
Fax: Pro Hac Vice
Email: beckman@marcus-shapira.com
*TERMINATED: 02/11/2022*
*PRO HAC VICE*

**Plaintiff**

**Bi-Lo Holdings, LLC**                represented by   **Mark A. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theodore B. Bell**
(See above for address)
*TERMINATED: 07/01/2022*

**Plaintiff**

**Bashas' Inc.**

**Plaintiff**

**Walmart, Inc.**                    represented by **Neal S Manne**
Susman Godfrey, LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 653-7827
Fax: Not a member
Email: nmanne@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ravi Bhalla**
Susman Godfrey LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001
212-729-2009
Email: rbhalla@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
Susman Godfrey L.L.P.
One Manhattan West
Ste 50th Floor
New York, NY 10001
212-336-8330
Fax: 212-336-8340
Email: srabin@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Conagra Brands, Inc.**          represented by **David C. Eddy**
Antitrust Law Group, LLC
1601 Assembly Street, P.O. Box 8117
Columbia, SC 29202
(803) 253-8267
Fax: Not a member
Email: deddy@theantitrustlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis John Lynch**
Antitrust Law Group, Llc
1601 Assembly Street
P.o. Box 8117
Columbia, SC 29202
(803) 540-2056
Fax: Not a member
Email: dlynch@theantitrustlawgroup.com
*ATTORNEY TO BE NOTICED*

**Rachael Cecelia Brennan Blackburn**
Aronberg Goldgehn Davis & Garmisa
225 W. Washington Street
Ste 2800
Chicago, IL 60606
312-755-3165
Email: rblackburn@agdglaw.com
*TERMINATED: 11/26/2024*

**Robert M. Andalman**
Aronberg Goldgehn Davis & Garmisa
225 W. Washington Street
Ste 2800
Chicago, IL 60606
312-755-3161
Email: randalman@agdglaw.com
*TERMINATED: 11/26/2024*

<u>Plaintiff</u>

**Pinnacle Foods, Inc.**                    represented by **David C. Eddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis John Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachael Cecelia Brennan Blackburn**
(See above for address)
*TERMINATED: 11/26/2024*

**Robert M. Andalman**
(See above for address)
*TERMINATED: 11/26/2024*

<u>Plaintiff</u>

**Kraft Heinz Foods Company**                    represented by **David C. Eddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis John Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachael Cecelia Brennan Blackburn**
(See above for address)
*TERMINATED: 11/26/2024*

**Robert M. Andalman**
(See above for address)
*TERMINATED: 11/26/2024*

**Plaintiff**

Nestle USA, Inc.                                represented by **David C. Eddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis John Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachael Cecelia Brennan Blackburn**
(See above for address)
*TERMINATED: 11/26/2024*

**Robert M. Andalman**
(See above for address)
*TERMINATED: 11/26/2024*

**Plaintiff**

Nestle Purina Petcare Company                  represented by **David C. Eddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis John Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachael Cecelia Brennan Blackburn**
(See above for address)
*TERMINATED: 11/26/2024*

**Robert M. Andalman**
(See above for address)
*TERMINATED: 11/26/2024*

**Plaintiff**

United States of America

**Plaintiff**

Services Group of America, Inc.                represented by **Becky Leigh Caruso**
Greenberg Traurig
500 Campus Drive
Suite 400
Florham Park, NJ 07932
(609) 442-1196
Fax: Pro Hac Vice
Email: carusob@gtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron Seth Klein**

Greenberg Traurig, LLP
Litigation
360 North Green Street
Suite 1300
Chicago, IL 60607
312-456-8400
Email: kleina@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Brian Charles Miller**
Brian C. Miller Law Firm LLC
180 N Stetson Avenue
Suite 3500
Chicago, IL 60601
847-971-3727
Email: briancmillerlaw@outlook.com
*ATTORNEY TO BE NOTICED*

**Dominic Emil Draye**
Greenberg Traurig, LLP
2375 E. Camelback Road
Suite 700
Phoenix, AZ 85061
(602) 445-8425
Fax: Pro Hac Vice
Email: drayed@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erik Weber**
Greenberg Traurig, LLP
300 West 6th Street
Ste. 2050
Austin, TX 78701
(512) 320-7200
Fax: Pro Hac Vice
Email: weberer@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Gabriel Aizenberg**
Greenberg Traurig, LLP
360 North Green Street
Suite 1300
Chicago, IL 60607
312-456-8400
Email: aizenbergg@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Gregory J. Casas**
DLA Piper LLP (US)
303 Colorado Street
Suite 3000
Austin, TX 78701-4653
512-457-2790

Fax: 202-521-2390
Email: greg.casas@us.dlapiper.com
*TERMINATED: 01/27/2025*
*PRO HAC VICE*

**John F. Gibbons**
Greenberg Traurig, LLP
360 North Green Street
Suite 1300
Chicago, IL 60607
312-456-8400
Email: gibbonsj@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Thomas E. Dutton**
Greenberg Traurig, P.A
Greenberg Traurig LLP
77 W. Wacker Dr.
Ste 3100
Chicago, IL 60657
312-925-1489
Fax: Active
Email: tdutton2920@gmail.com
*TERMINATED: 11/30/2022*

**Plaintiff**

**WalMart, Inc.**                                  represented by **Elizabeth Ann Aronson**
Susman Godfrey L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
(212) 336-8330
Fax: Pro Hac Vice
Email: baronson@susmangodfrey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ravi Bhalla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WAL-MART STORES EAST, LP** represented by **Elizabeth Ann Aronson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wal-Mart Stores Arkansas, LLC** represented by **Elizabeth Ann Aronson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wal-Mart Stores Texas, LLC** represented by **Elizabeth Ann Aronson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wal-Mart Louisiana, LLC** represented by **Elizabeth Ann Aronson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sam's West, Inc.                          represented by  **Elizabeth Ann Aronson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Sam's East, Inc.                          represented by  **Elizabeth Ann Aronson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neal S Manne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shawn J. Rabin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Restaurants of America, Inc.              represented by  **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
Carlton Fields
200 S. Orange Ave
Suite 1000
Orlando, FL 32801
(407) 849-3588
Fax: Not a member
Email: lgiudice@carltonfields.com
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**LTP Management Group, Inc.**          represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Gibson, Greco & Wood, Ltd.**                    represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Hooters Management Corporation**         represented by   **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Anaheim Wings, LLC d/b/a Hooters of Anaheim**

represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**

*(See above for address)*
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Gaslamp Wings, LLC previously d/b/a Hooters of San Diego**

represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

**Mission Valley Wings, LLC d/b/a Hooters of Mission Valley**

represented by **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oceanside Wings, LLC previously d/b/a Hooters of Oceanside**               represented by **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa**
represented by **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos** | represented by | **David Bedford Esau** |

**David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ontario Wings, LLC d/b/a Hooters of Ontario**          represented by          **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hollywood Wings, LLC d/b/a Hooters of Hollywood**
    represented by    **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**South Gate Wings, LLC d/b/a Hooters of South Gate**          represented by          **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wings Over Long Beach, LLC d/b/a
Hooters of Long Beach**

represented by **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita**

represented by **David Bedford Esau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Giudice**
(See above for address)
*TERMINATED: 03/20/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Downtown Wings, LLC previously d/b/a**                represented by    **David Bedford Esau**
**Hooters of Downtown LA**                                                (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Aaron Asa Holman**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Amanda R Jesteadt**
                                                                          (See above for address)
                                                                          *TERMINATED: 10/25/2024*

                                                                          **Amy M. Bowers**
                                                                          (See above for address)
                                                                          *TERMINATED: 05/24/2021*

                                                                          **Casey Renee McGowan**
                                                                          (See above for address)
                                                                          *TERMINATED: 10/07/2021*

                                                                          **Garth Thomas Yearick**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Keith M. Stolte**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Kevin Tottis**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Lauren Giudice**
                                                                          (See above for address)

*TERMINATED: 09/28/2020*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Sarah Cortvriend**
(See above for address)
*TERMINATED: 09/30/2020*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Puerto Rico**                represented by   **Elena N Liveris**
*TERMINATED: 08/27/2020*                                        Law Offices of Michael M. Mulder
                                                                Suite 600
                                                                1603 Orrington Ave.
                                                                Evanston, IL 60201
                                                                (312) 263-0272
                                                                Fax: Not a member
                                                                Email: eliveris@mmulderlaw.com
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael M. Mulder**
                                                                Law Offices of Michael M. Mulder
                                                                1603 Orrington Avenue
                                                                Suite 600
                                                                Evanston, IL 60201
                                                                (312) 263-0272
                                                                Fax: Active
                                                                Email: mmmulder@mmulderlaw.com
                                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PJ Food Service, Inc.**                      represented by   **Lawrence S. Brandman**
                                                                (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*TERMINATED: 11/18/2022*

**Mark A. Singer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas A Gravante , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Scott R. Wilson**
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2370
Fax: Pro Hac Vice
Email: swilson@bsfllp.com
*TERMINATED: 08/24/2020*
*PRO HAC VICE*

**Plaintiff**

| **Sumner Country Restaurant and Creamery, LLC** | represented by | **Marc Edelson** |
| --- | --- | --- |
| | | Edelson Lechtzin LLP |
| | | 411 S. State Street |
| | | Ste N-300 |
| | | Newtown, PA 18940 |
| | | 215-867-2399 |
| | | Fax: 267-685-0676 |
| | | Email: medelson@edelson-law.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Independent Purchasing Cooperative, Inc.** | represented by | **Marvin Alan Miller** |
| --- | --- | --- |
| | | (See above for address) |
| | | *TERMINATED: 03/02/2023* |

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**El Pollo Loco, Inc**                    represented by   **Andrew Peter Bleiman**
Marks & Klein
1363 Shermer Road
Suite 318
Northbrook, IL 60062
312-206-5162
Fax: Not a member
Email: andrew@marksklein.com
*ATTORNEY TO BE NOTICED*

**Eric W. Buetzow**
Zelle LLP
555 12th St., Suite 1230
Oakland, CA 94607
415-693-0700
Fax: 415-693-0770
Email: ebuetzow@zellelaw.com
*TERMINATED: 03/15/2021*
*PRO HAC VICE*

**Judith A. Zahid**
Zelle LLP
555 12th Street
Suite 1230
Oakland, CA 94607
(415) 693-0700
Fax: Pro Hac Vice
Email: jzahid@zellelaw.com
*TERMINATED: 03/15/2021*
*PRO HAC VICE*

**Lori P Lustrin**
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL 33131
(305) 350-2385
Fax: Pro Hac Vice
Email: llustrin@bilzin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Ian Fishbein**
Marks & Klein, LLP
1363 Shermer Road
Suite 318
Northbrook, IL 60062
(847)239-7238
Fax: Not a member

Email: mark@maaskelein.com
*ATTORNEY TO BE NOTICED*

**Robert W Turken**
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL 33131
(305) 350-2381
Fax: Pro Hac Vice
Email: rturken@bilzin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott N Wagner**
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue
Suite 2300
Miami, FL 33131
(305) 350-7386
Fax: Pro Hac Vice
Email: swagner@bilzin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Boston Market Corporation                  represented by  **Lori P Lustrin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

Barbeque Integrated, Inc.                  represented by  **Lori P Lustrin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

Sun Ice Cream Finance II, L.P.             represented by  **Lori P Lustrin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

The Johnny Rockets Group, Inc.             represented by  **Lori P Lustrin**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

Pacific Agri-Products, Inc.

**Plaintiff**

Colorado Boxed Beef Co

**Plaintiff**

Bob Evans Farms, Inc.                    represented by  **Aaron Asa Holman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Amy M. Bowers**
                                                          (See above for address)
                                                          *TERMINATED: 05/24/2021*

                                                          **Casey Renee McGowan**
                                                          (See above for address)
                                                          *TERMINATED: 10/07/2021*

                                                          **Garth Thomas Yearick**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Keith M. Stolte**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Tottis**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael David Sloan**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Monica L. Thompson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Roger Steven Kobert**
                                                          (See above for address)
                                                          *TERMINATED: 05/19/2025*

                                                          **Scott Lee Menger**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

The Fresh Market, Inc.                   represented by  **Aaron Asa Holman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Amy M. Bowers**
                                                          (See above for address)
                                                          *TERMINATED: 05/24/2021*

                                                          **Casey Renee McGowan**
                                                          (See above for address)

*TERMINATED: 19/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wawa, Inc.**                    represented by  **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy M. Bowers**
(See above for address)
*TERMINATED: 05/24/2021*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WZ Franchise Corporation**                 represented by   **David S. Almeida**
Almeida Law Group LLC
849 W. Webster Avenue
Chicago, IL 60614
708-529-5418
Email: david@almeidalawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori P Lustrin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert W Turken**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott N Wagner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David K. Lietz**
Milberg Coleman Bryson Phillips
Grossman, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, DC 20015
866-252-0878
Fax: 202-686-2877
Email: dlietz@milberg.com

**Gary M. Klinger**
Milberg Coleman Bryson Phillips Grossman
PLLC
227 W. Monroe Street
Suite 2100
Chicago, IL 60606
866-252-0878
Fax: Active
Email: gklinger@milberg.com
*TERMINATED: 12/03/2020*

**Gary E. Mason**
Mason LLP
5335 Wisconsin Avenue NW
Suite 640
Washington, DC 20015
202-429-2290
Fax: 202-429-2294
Email: gmason@masonllp.com
*TERMINATED: 12/03/2020*

**Suzanne Marie Alton de Eraso**
Benesch Friedlander Coplan & Aronoff
71 S. Wacker Dr., 16th Floor
Chicago, IL 60606
312-212-4977
Fax: Not a member
Email: saltondeeraso@beneschlaw.com
*TERMINATED: 08/10/2021*

**Plaintiff**

**Mookie's Southern Cuisine LLC**         represented by   **Michael R Cashman**
Hellmuth & Johnson, PLLC
8050 West 78th Street
Edina, MN 55439
(952) 746-2118
Fax: Pro Hac Vice
Email: mcashman@hjlawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne T. Regan**
Hellmuth & Johnson
8050 W. 78th Street
Edina, MN 55439
(952) 941-4005
Fax: Not a member
Email: aregan@hjlawfirm.com
*ATTORNEY TO BE NOTICED*

**Nicholas Sophus Kuhlmann**

Helmuts & Johnson, PLLC
8050 W. 78th St.
Edina, MN 55439
(952) 746-2172
Fax: Pro Hac Vice
Email: nkuhlmann@hjlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Spartannash Company**                    represented by    **Eric Lifvendahl**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David Michael Woolf**
                                                             Lowis & Gellen Llp
                                                             175 West Jackson Blvd.
                                                             Suite 950
                                                             Chicago, IL 60604
                                                             (312) 364-2500
                                                             Fax: Not a member
                                                             Email: dwoolf@lowis-gellen.com
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brookshire Brothers, Inc.**              represented by    **David Michael Woolf**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Golden Corral Corporation**              represented by    **Lori P Lustrin**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**White Castle Purchasing Co.**            represented by    **Lori P Lustrin**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cracker Barrel Old Country Store, Inc.**  represented by    **Lori P Lustrin**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CBOCS Distribution, Inc.**               represented by    **Lori P Lustrin**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Captain D's, LLC**                          represented by **Lori P Lustrin**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**L. Hart, Inc.**                             represented by **Michael B Gratz , Jr**
                                              Gratz & Gratz
                                              312 N Green St
                                              Tupelo, MS 38804
                                              (662) 844-5531
                                              Fax: Pro Hac Vice
                                              Email: vicki@gratzandgratz.com
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Paul J Ripp**
                                              Williams Barber & Morel Ltd.
                                              233 S. Wacker Drive
                                              Ste 6800
                                              Chicago, IL 60606
                                              312-443-3205
                                              Fax: 312-630-8500
                                              Email: pjr@williamsbarbermorel.com
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**R & D Marketing, LLC**                      represented by **Michael B Gratz , Jr**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Paul J Ripp**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timber Lake Foods, Inc.**                   represented by **Michael B Gratz , Jr**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *PRO HAC VICE*
                                              *ATTORNEY TO BE NOTICED*

                                              **Paul J Ripp**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMA Foods Co., LLC**                        represented by **Michael B Gratz , Jr**
                                              (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul J Ripp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Campbell Soup Company, Campbell**              represented by    **Campbell Soup Company, Campbell**
**Soup Supply Company L.L.C., Pacific**                            **Soup Supply Company L.L.C., Pacific**
**Foods of Oregon, LLC**                                          **Foods of Oregon, LLC**
                                                                  Johnson & Bell, Ltd.
                                                                  33 West Monroe Street - Suite 2700
                                                                  Chicago, IL 60603
                                                                  3123720770
                                                                  Fax: 3123729818
                                                                  Email: owensk@jbltd.com
                                                                  PRO SE

                                                                  **Ryan Thomas McAllister**
                                                                  (See above for address)
                                                                  *TERMINATED: 01/22/2021*
                                                                  *PRO HAC VICE*

                                                                  **Scott Gant**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/14/2025*

**Plaintiff**

**ALDI Inc**                                      represented by    **Ryan Patrick Phair**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Christopher C. Brewer**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Christopher J Dufek**
                                                                  (See above for address)
                                                                  *TERMINATED: 04/25/2025*
                                                                  *PRO HAC VICE*

                                                                  **Craig Young Lee**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Emma Jane Hutchison**
                                                                  Paul Hastings LLP
                                                                  2050 M Street NW
                                                                  Washington, DC 20036
                                                                  (202) 551-1754

Fax: Pro Hac Vice
Email: emmahutchison@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Isabel Tuz**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1842
Fax: Pro Hac Vice
Email: isabeltuz@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Samuel J Thomas**
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700
Fax: Pro Hac Vice
Email: samthomas@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Chick-fil-A, Inc.** | represented by | **Matthew J. Calvert** |

Hunton Andrews Kurth LLP
600 Peachtree Street, NE
Suite 4100
Atlanta, GA 30308
(404) 888-4117
Fax: Pro Hac Vice
Email: mcalvert@hunton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher C. Brewer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher J Dufek**
(See above for address)
*TERMINATED: 04/25/2025*
*PRO HAC VICE*

**Craig Young Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emma Jane Hutchison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Tuz**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Patrick Phair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel J Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Target Corporation**                    represented by    **Target Corporation**
                                                            PRO SE

                                                            **Ryan Thomas McAllister**
                                                            (See above for address)
                                                            *TERMINATED: 01/22/2021*
                                                            *PRO HAC VICE*

                                                            **Scott Gant**
                                                            (See above for address)
                                                            *TERMINATED: 05/14/2025*

**Plaintiff**

**Carl Buddig & Co., Inc.**               represented by    **Floyd A. Mandell**
                                                            Katten Muchin Rosenman LLP
                                                            525 West Monroe Street
                                                            Chicago, IL 60661
                                                            (312) 902-5200
                                                            Fax: Active
                                                            Email: floyd.mandell@katten.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Mark T Ciani**
                                                            Katten Muchin Rosenman LLP
                                                            50 Rockefeller Plaza
                                                            New York, NY 10020-1605
                                                            (212) 940-6509
                                                            Fax: Pro Hac Vice
                                                            Email: mark.ciani@katten.com
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Catherine Elizabeth O'brien**
                                                            Katten Muchin Rosenman
                                                            525 West Monroe Street
                                                            Chicago, IL 60661
                                                            (312) 902-5368
                                                            Fax: Not a member
                                                            Email: catherine.obrien@katten.com
                                                            *ATTORNEY TO BE NOTICED*

Yonaton M. Rosenzweig
Davis Wright Tremaine LLP
350 South Grand Avenue
Ste 2700
Los Angeles, CA 90071
213-633-6800
Fax: 213-633-6899
Email: YoniRosenzweig@dwt.com
*TERMINATED: 03/29/2022*
*PRO HAC VICE*

**Plaintiff**

**Caesars Enterprise Services, LLC**          represented by  **Floyd A. Mandell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Catherine Elizabeth O'brien**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Mark T Ciani**
                                                              (See above for address)
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BOJANGLES' RESTAURANTS, INC.**          represented by  **Lori P Lustrin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BOJANGLES OPCO, LLC**          represented by  **Lori P Lustrin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pollo Operations, Inc.**          represented by  **William J Blechman**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**McLane Company, Inc.**          represented by  **Kathryn A Reilly**
                                                              Wheeler Trigg O'donnell Llp
                                                              370 17th Street
                                                              Suite 4500
                                                              Denver, CO 80202-5647
                                                              (303) 244-1800
                                                              Fax: Not a member
                                                              Email: reilly@wtotrial.com

*TERMINATED: 09/03/2021*
*LEAD ATTORNEY*

**Sarah Lauren Jones**
Boies Schiller & Flexner LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 895-7579
Fax: Pro Hac Vice
Email: sjones@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colleen Ann Harrison**
(See above for address)
*TERMINATED: 02/28/2025*
*ATTORNEY TO BE NOTICED*

**Heather Camille Papini-chapla**
Wheeler Trigg O'donnell Llp
370 17th Street
Suite 4500
Denver, CO 80202
(303) 244-1800
Fax: Not a member
Email: papinichapla@wtotrial.com
*TERMINATED: 05/06/2021*

**Jonathan M. Shaw**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*

**Judith Pace Youngman**
Wheeler Trigg O'donnell Llp
370 17th Street
Suite 4500
Denver, CO 80202
(303) 244-1865
Fax: Not a member
Email: youngman@wtotrial.com
*TERMINATED: 01/05/2022*

**Michael Roger Krantz**
Wheeler Trigg O'donnell Llp
370 17th Street
Suite 4500
Denver, CO 8020
(303) 244-1831
Fax: Not a member
Email: krantz@wtotrial.com
*TERMINATED: 01/05/2022*

**Nicole Jones**
Wheeler Trigg O'donnell Llp
370 17th Street
Suite 4500
Denver, CO 80202
(303) 244-1800
Fax: Not a member
Email: njones@wtotrial.com
*TERMINATED: 01/05/2022*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Scott Gant**
(See above for address)
*TERMINATED: 05/14/2025*

**Plaintiff**

**John Soules Foods, Inc.**               represented by    **Derek T. Ho**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M St. N.W.
Suite 400
Washington, DC 20036
(202) 326-7931
Fax: Pro Hac Vice
Email: dho@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alejandra Avila**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, DC 20036
(202) 367-7811
Fax: Pro Hac Vice
Email: aavila@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Collin R. White**
Kellogg, Hansen, Todd, Figel & Frederick,
P.L.L.C.
1615 M St., N.W., Suite 400
Washington, DC 20036
(202) 326-7925
Fax: Pro Hac Vice
Email: cwhite@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Jared M Stehle**

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
(202) 367-7824
Fax: Pro Hac Vice
Email: jstehle@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Kathleen W. Hickey**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, DC 20036
(202) 326-7900
Fax: Pro Hac Vice
Email: khickey@kellogghansen.com
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

**Mary Charlotte Y. Carroll**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, DC 20036
(202) 326-7900
Fax: Pro Hac Vice
Email: mcarroll@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Scott Gant**
(See above for address)
*TERMINATED: 05/14/2025*

**Travis G. Edwards**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street N.W.
Suite 400
Washington, DC 20036
(202) 326-7900
Fax: Pro Hac Vice
Email: tedwards@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Soules Acquisitions LLC**    represented by **Derek T. Ho**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alejandra Avila**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Collin R. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jared M Stehle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen W. Hickey**
(See above for address)
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

**Mary Charlotte Y. Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Thomas McAllister**
(See above for address)
*TERMINATED: 01/22/2021*
*PRO HAC VICE*

**Scott Gant**
(See above for address)
*TERMINATED: 05/14/2025*

**Travis G. Edwards**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Red Bird Farms Distribution Company**    represented by  **Michael B Gratz , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul J Ripp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Restaurant Services, Inc.**    represented by  **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garth Thomas Yearick**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Restaurant Services, Inc.                    represented by   **Keith M. Stolte**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kevin Tottis**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Monica L. Thompson**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

Zaxby's Franchising LLC                      represented by   **Lori P Lustrin**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

Cajun Operating Company d/b/a                represented by   **Aaron Asa Holman**
Church's Chicken                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Keith M. Stolte**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Buffalo Wild Wings, Inc.**                    represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonic Industries Services Inc.**                    represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CKE Restaurants Holdings, Inc.**     represented by  **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amanda R Jesteadt**
(See above for address)
*TERMINATED: 10/25/2024*

**Casey Renee McGowan**
(See above for address)
*TERMINATED: 10/07/2021*

**David Bedford Esau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garth Thomas Yearick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Alexandra Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger Steven Kobert**
(See above for address)
*TERMINATED: 05/19/2025*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Alexander Cohen**
(See above for address)
*TERMINATED: 01/03/2023*

**Plaintiff**

Focus Brands LLC                    represented by    **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Lee Menger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Feeser's Inc.                    represented by    **Terence H. Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thurston Foods, Inc.**                    represented by    **Terence H. Campbell**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Cheesecake Factory Incorporated**     represented by    **Aaron Asa Holman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Keith M. Stolte**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kevin Tottis**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael David Sloan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Monica L. Thompson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amory Investments LLC**                   represented by    **Alejandra Avila**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Collin R. White**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jared M Stehle**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Mark C. Hansen**
                                                            Kellogg, Hansen, Todd, Figel & Frederick,
                                                            P.L.L.C.
                                                            1615 M Street, N.W.
                                                            Suite 400
                                                            Washington, DC 20036-3209
                                                            202-326-7904
                                                            Email: mhansen@kellogghansen.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Charlotte Y. Carroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis G. Edwards**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher A Seeger**
Seeger Weiss LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
(212) 584-0700
Fax: Not a member
Email: cseeger@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin G. Graber**
Gibbs & Bruns LLP
1100 Louisiana St.
Suite 5300
Houston, TX 77002
713-650-8805
Fax: 713-750-0903
Email: dgraber@kellogghansen.com
*TERMINATED: 05/19/2025*

**Jared Samuel Kosoglad**
(See above for address)
*TERMINATED: 03/22/2023*

**Jennifer Scullion**
Seeger Weiss
55 Challenger Road, 600
Ridgefield Park, NJ 07660
(212) 584-0700
Fax: Pro Hac Vice
Email: jscullion@seegerweiss.com
*ATTORNEY TO BE NOTICED*

**Kathleen W. Hickey**

(See above for address)
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

**Scott Gant**
(See above for address)
*TERMINATED: 05/14/2025*

**Plaintiff**

**Direct-Action Plaintiffs**

**Plaintiff**

**Plaintiffs in related action 1:17-cv-08850**      represented by **Gregory K Arenson**
                                                                   Kaplan Fox & Kilsheimer LLP
                                                                   850 Third Ave.
                                                                   14th Floor
                                                                   New York, NY 10022
                                                                   (212) 687-1980
                                                                   Fax: Pro Hac Vice
                                                                   Email: garenson@kaplanfox.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Supply Management Services, Inc.**              represented by **Andrew Szot**
                                                                   Miller Law LLC
                                                                   53 W Jackson Boulevard
                                                                   Suite 1320
                                                                   Chicago, IL 60604
                                                                   312-933-2265
                                                                   Email: aszot@millerlawllc.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jay Brian Shapiro**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Marvin Alan Miller**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Abigail Grieco Corbett**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Carlos Juan Canino**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Samuel Olds Patmore**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pacific Foods of Oregon, L.L.C.**
*TERMINATED: 05/17/2021*

represented by **Scott Gant**
(See above for address)
*TERMINATED: 05/14/2025*

**Plaintiff**

**Whatabrands LLC**

represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Bedford Esau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Whataburger Restaurants LLC**

represented by **Aaron Asa Holman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith M. Stolte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Tottis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael David Sloan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Bedford Estate**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Campbell Soup Company**                represented by   **Campbell Soup Company**
                                                          PRO SE

                                                          **Scott Gant**
                                                          (See above for address)
                                                          *TERMINATED: 05/14/2025*

**Plaintiff**

**Campbell Soup Supply Company L.L.C.**  represented by   **Campbell Soup Supply Company L.L.C.**
                                                          PRO SE

                                                          **Scott Gant**
                                                          (See above for address)
                                                          *TERMINATED: 05/14/2025*

**Plaintiff**

**Aramark Food and Support Services
Group, Inc.**

**Plaintiff**

**Panda Restaurant Group, Inc.**

**Plaintiff**

**Quality Supply Chain Co-Op, Inc.**

**Plaintiff**

**Wood-Fruitticher Grocery Company, Inc.**

**Plaintiff**

**Poultry Products Company of New
England, LLC**

**Plaintiff**

**Poultry Products Company, LLC**

**Plaintiff**

**Poultry Products of Connecticut, LLC**

**Plaintiff**

**Poultry Products of Maine, LLC**

**Plaintiff**

**McDonald's Coporation**

**Plaintiff**

**Domino's Pizza LLC**

**Plaintiff**

**Domino's Pizza Distribution LLC**

**Plaintiff**

**Gordon Food Service, Inc.**

**Plaintiff**

**Glazier Foods Company**

**Plaintiff**

**Costco Warehouse**

**Plaintiff**

**Patterson TMP Operating, LLC**                    represented by **Cindy Reichline**
Brs LLP
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
310-295-9524
Email: creichline@brsllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Butler**
BRS LLP
12100 Wilshire Blvd
Suite 800
Los Angeles, CA 90025
(818) 292-8616
Fax: Pro Hac Vice
Email: kbutler@brsllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Louis Roth**
BRS, LLP
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
(310) -0295
Fax: Pro Hac Vice
Email: rroth@brsllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Christopher Brantley**
BRS LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
(310) 295-9524

Fax: Pro Hac Vice
Email: kbrantley@brsllp.com
*TERMINATED: 03/22/2023*
*PRO HAC VICE*

**Melissa A. Meister**
Kabat Chapman & Ozmer LLP
333 S. Grand Avenue
Suite 2225
Los Angeles, CA 90071
213-493-3980
Email: mmeister@kcozlaw.com
*TERMINATED: 11/09/2023*
*PRO HAC VICE*

**Plaintiff**

**Golden Tree Restaurants, LLC**          represented by    **Cindy Reichline**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Louis Roth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Christopher Brantley**
(See above for address)
*TERMINATED: 03/22/2023*
*PRO HAC VICE*

**Melissa A. Meister**
(See above for address)
*TERMINATED: 11/09/2023*
*PRO HAC VICE*

**Plaintiff**

**Biscuitville Inc.**          represented by    **Cindy Reichline**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Butler**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Louis Roth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Christopher Brantley**
(See above for address)
*TERMINATED: 03/22/2023*
*PRO HAC VICE*

**Melissa A. Meister**
(See above for address)
*TERMINATED: 11/09/2023*
*PRO HAC VICE*

**Plaintiff**

**Huddle House, Inc.**                     represented by **Cindy Reichline**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Louis Roth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Christopher Brantley**
(See above for address)
*TERMINATED: 03/22/2023*
*PRO HAC VICE*

**Melissa A. Meister**
(See above for address)
*TERMINATED: 11/09/2023*
*PRO HAC VICE*

**Plaintiff**

**Perkins LLC**                     represented by **Cindy Reichline**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Butler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Louis Roth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Christopher Brantley**
(See above for address)
*TERMINATED: 03/22/2023*
*PRO HAC VICE*

**Melissa A. Meister**
(See above for address)
*TERMINATED: 11/09/2023*
*PRO HAC VICE*

**Plaintiff**

**Costco Wholesale Corporation**                    represented by   **Philip J. Iovieno**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sodexo, Inc. and Sodexo Operations,**             represented by   **Timothy Johnson Fazio**
**LLC**                                                              Manning Gross & Massenburg LLP
                                                                     125 High Street
                                                                     Oliver Street Tower
                                                                     Ste 6th Floor
                                                                     Boston, MA 02110
                                                                     617-670-8800
                                                                     Email: tfazio@mgmlaw.com
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Christopher C. Brewer**
                                                                     (See above for address)
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Craig Young Lee**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Emma Jane Hutchison**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Isabel Tuz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Patrick Phair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel J Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Certco, Inc.**

**Plaintiff**

**Troyer Foods, Inc.**

**Plaintiff**

**Weinstein Wholesale Meats, Inc.**

**Plaintiff**

**Track 1 Plaintiffs**

**Plaintiff**

**Track 2 DAPs**                    represented by **Julie B. Porter**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Compass Group USA, Inc.**         represented by **David C. Eddy**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Dennis John Lynch**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Robert M. Andalman**
                                    (See above for address)
                                    *TERMINATED: 11/26/2024*

**Plaintiff**

**ARCOP, Inc.**                     represented by **Michael David Sloan**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

                                    **David Bedford Esau**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brinker International, Inc.**                    represented by  **Christopher C. Brewer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Craig Young Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emma Jane Hutchison**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Tuz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Patrick Phair**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel J Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harvest Meat Company, Inc.**

**Plaintiff**

**Western Boxed Meat Distributors, Inc.**

**Plaintiff**

**Hamilton Meat, LLC**

**Plaintiff**

**Track 1 Direct Action Plaintiffs**

**Plaintiff**

**COLUMBIA MEATS, INC.**

**Plaintiff**

**GREENVILLE MEATS, INC.**

**Plaintiff**

**W. Lee Flowers & Co., Inc.**

**Plaintiff**

**Carina Ventures LLC**                    represented by  **Alejandra Avila**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Christopher A Seeger**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Collin R. White**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared M Stehle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Scullion**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark C. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Charlotte Y. Carroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis G. Edwards**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin G. Graber**
(See above for address)
*TERMINATED: 05/19/2025*

**Kathleen W. Hickey**

(See above for address)
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

**Plaintiff**

**Amory Investments LLC**                    represented by   **Alejandra Avila**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Collin R. White**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared M Stehle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Charlotte Y. Carroll**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Travis G. Edwards**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dustin G. Graber**
(See above for address)
*TERMINATED: 05/19/2025*

**Kathleen W. Hickey**
(See above for address)
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

V.

**Defendant**

**Koch Foods, Inc.**                         represented by   **Serena Georgette Rabie**
Armstrong Teasdale LLP
100 N. Riverside Plaza
Ste 15th Floor
Chicago, IL 60606
312-419-6900

Email: xabie@atllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Novack**
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
312-419-6900
Fax: Active
Email: snovack@atllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Dylan Campbell**
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
312-419-6900
Fax: Active
Email: acampbell@atllp.com
*ATTORNEY TO BE NOTICED*

**Brian E. Cohen**
Dentons US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
312-876-3186
Email: brian.cohen@dentons.com
*TERMINATED: 05/12/2022*

**Christopher S. Moore**
Chris Moore Law LLC
220 North Green Street
Suite 4031
Chicago, IL 60607
312-704-4444
Email: chris@chrismoorelaw.com
*ATTORNEY TO BE NOTICED*

**Christopher E Thorsen**
Baker, Donelson, Bearman, Caldwell &
Berkowitz
1600 West End Avenue
Suite 2000
Nashville, TN 37203
(615) 726-5586
Fax: Pro Hac Vice
Email: cthorsen@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Devon Charles Holstad**

NOVACK AND MACEY LLP
100 North Riverside Plaza
15
Chicago, IL 60606
(312) 419-6900
Fax: Pro Hac Vice
Email: dholstad@novackmacey.com
*TERMINATED: 04/19/2021*
*PRO HAC VICE*

**Elizabeth Carlson Wolicki**
Armstrong Teasdale LLP
100 North Riverside Plaza
Ste 1500
Chicago, IL 60606
312-419-6900
Email: ewolicki@atllp.com
*ATTORNEY TO BE NOTICED*

**Joshua Edward Liebman**
Armstrong Teasdale LLP
100 North Riverside Plaza
Ste 15th Floor
Chicago, IL 60606
312-516-5664
Fax: 312-419-6928
Email: jliebman@atllp.com
*ATTORNEY TO BE NOTICED*

**Julie Ann Johnston-Ahlen**
Armstrong Teasdale LLP
100 North Riverside Plaza
Chicago, IL 60606
312-419-6900
Fax: 312-419-6928
Email: jja@atllp.com
*ATTORNEY TO BE NOTICED*

**Katherine I. Funk**
Baker Donelson Bearman Caldwell &
Berkowitz, P.C.
901 K Street NW
Suite 900
Washington, DC 20001
(202) 326-5042
Fax: Pro Hac Vice
Email: kfunk@bakerdonelson.com
*ATTORNEY TO BE NOTICED*

**Lally A Gartel**
Benesch, Friedlander, Coplan & Aronoff
LLP
71 S. Wacker
Suite 1600

Chicago, IL 60606
312-212-4949
Fax: Not a member
Email: lally.gartel@rate.com
*TERMINATED: 07/18/2018*

**Marie Velinda Lim**
Novack and Macey LLP
100 N. Riverside Plaza
15FL
Chicago, IL 60606
(312) 419-6900
Fax: Not a member
Email: MLim@novackmacey.com
*ATTORNEY TO BE NOTICED*

**Matthew Jason Singer**
Matt Singer Law, LLC
77 W. Wacker Dr.
Suite 4500
Chicago, IL 60601
3122489123
Fax: Active
Email: matt@mattsingerlaw.com
*TERMINATED: 02/21/2017*

**Richard George Douglass**
Douglass & Ladisch Douglass, P.C.
77 W. Wacker Drive
Suite 4500
Chicago, IL 60601
7737264983
Fax: Active
Email: rich@douglasspc.com
*TERMINATED: 04/01/2022*

**Stephen J. Siegel**
Armstrong Teasdale LLP
100 North Riverside Plaza
Suite 1500
Chicago, Suite 1500
Chicago, IL 60606
312-419-6900
Fax: Active
Email: ssiegel@atllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JCG Foods of Alabama, LLC**                represented by    **Serena Georgette Rabie**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Novack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Dylan Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian E. Cohen**
(See above for address)
*TERMINATED: 05/12/2022*

**Christopher S. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher E Thorsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Devon Charles Holstad**
(See above for address)
*TERMINATED: 04/19/2021*
*PRO HAC VICE*

**Elizabeth Carlson Wolicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Edward Liebman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie Ann Johnston-Ahlen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine I. Funk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lally A Gartel**
(See above for address)
*TERMINATED: 07/18/2018*

**Marie Velinda Lim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jason Singer**
(See above for address)
*TERMINATED: 02/21/2017*

**Richard George Douglass**
(See above for address)
*TERMINATED: 04/01/2022*

**Stephen J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JCG Foods of Georgia, LLC**          represented by  **Serena Georgette Rabie**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Novack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Dylan Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian E. Cohen**
(See above for address)
*TERMINATED: 05/12/2022*

**Christopher S. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher E Thorsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Devon Charles Holstad**
(See above for address)
*TERMINATED: 04/19/2021*
*PRO HAC VICE*

**Elizabeth Carlson Wolicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Edward Liebman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie Ann Johnston-Ahlen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine I. Funk**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lally A Gartel**
(See above for address)
*TERMINATED: 07/18/2018*

**Marie Velinda Lim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jason Singer**
(See above for address)
*TERMINATED: 02/21/2017*

**Richard George Douglass**
(See above for address)
*TERMINATED: 04/01/2022*

**Stephen J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koch Meats Co., Inc.**                    represented by  **Serena Georgette Rabie**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen Novack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Dylan Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian E. Cohen**
(See above for address)
*TERMINATED: 05/12/2022*

**Christopher S. Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher E Thorsen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Devon Charles Holstad**
(See above for address)
*TERMINATED: 04/19/2021*

*PRO HAC VICE*

**Elizabeth Carlson Wolicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Edward Liebman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie Ann Johnston-Ahlen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine I. Funk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lally A Gartel**
(See above for address)
*TERMINATED: 07/18/2018*

**Marie Velinda Lim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jason Singer**
(See above for address)
*TERMINATED: 02/21/2017*

**Richard George Douglass**
(See above for address)
*TERMINATED: 04/01/2022*

**Stephen J. Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyson Foods, Inc.**                    represented by    **Bradley David Justus**
Axinn, Veltrop & Harkrider LLP
950 F Street, NW
Fl. 7
Washington, DC 20004
(202) 469-3532
Fax: Pro Hac Vice
Email: bjustus@axinn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Suggs**
White & Case LLP
1155 Avenue of the Americas

New York, NY 10036
(212) 819-8200
Fax: Pro Hac Vice
Email: dsuggs@whitecase.com
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Denise Lynne Plunkett**
Axinn Veltrop & Harkrider, LLP
630 Fifth Avenue
Ste 33rd Floor
New York, NY 10111
212-728-2231
Fax: 212-728-2201
Email: dplunkett@axinn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Mark Gidley**
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
Fax: Pro Hac Vice
Email: mgidley@whitecase.com
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Jeremy K. Ostrander**
White & Case LLP
3000 El Camino Real, 5 Palo Alto Square
Palo Alto, CA 94306
(650) 213-0300
Fax: Pro Hac Vice
Email: jostrander@whitecase.com
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Kail J. Jethmalani**
Axinn Veltrop & Harkrider, LLP
Antitrust
630 Fifth Avenue
Ste 33rd Floor
New York, NY 10111
212-261-5649
Fax: 212-728-2201
Email: kjethmalani@axinn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
Axinn Veltrop & Harkrider, LLP
630 Fifth Avenue
Ste 33rd Floor
New York, NY 10111
212-728-2228
Email: ngaglio@axinn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Beth Manning**
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567
(312)849-8100
Fax: Not a member
Email: amanning@mcguirewoods.com
*TERMINATED: 08/09/2018*

**Bradley Charles Nahrstadt**
Lipe Lyons Murphy Nahrstadt & Pontikis,
Ltd.
230 West Monroe Street
Suite 2260
Chicago, IL 60606
312-448-6235
Fax: Active
Email: bcn@lipelyons.com
*TERMINATED: 12/11/2019*

**Carmel Rana Arikat**
Axinn, Veltrop & Harkrider
1901 L Street NW
Washington, DC 20036
(202) 469-3551
Fax: Pro Hac Vice
Email: carmel.arikat@usdoj.gov
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**Christina M. Egan**
McGuire Woods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
312 750 8644
Fax: Active
Email: cegan@mcguirewoods.com
*TERMINATED: 08/09/2018*

**Daniel K. Oakes**

Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
202-721-5403
Fax: Pro Hac Vice
Email: doakes@axinn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
860-275-8109
Fax: 860-275-8101
Email: jtaylor@axinn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Tanski**
Axinn, Veltrop & Harkrider LLP-HTFD
90 State House Square
9th Floor
Hartford, CT 06103-3702
860-275-8175
Fax: Not a member
Email: jmt@avhlaw.com
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
Lipe Lyons Murphy Nahrstadt & Pontikis
230 West Monroe Street
Suite 2260
Chicago, IL 60606
312-702-0586
Fax: Active
Email: jmt@lipelyons.com
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
(202) -0721
Fax: Pro Hac Vice
Email: klee@axinn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen J. Mcahren**
White & Case Llp
701 13th Street Nw
Washington, DC 20005
(202) 626-3600

Fax: Not a member
Email: kmcahren@whitecase.com
*TERMINATED: 07/02/2018*

**Michael J O'Mara**
Axinn, Veltrop & Harkrider LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5409
Fax: Pro Hac Vice
Email: momara@axinn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Carney**
White & Case LLP
701 13th Street, NW
Washington, DC 20005
(202) 626-3600
Fax: Pro Hac Vice
Email: pcarney@whitecase.com
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Rachel Johanna Adcox**
Axinn
1901 L Street NW
Washington, DC 20036
(202) 721-5406
Fax: Not a member
Email: radcox@adcoxstrategies.com
*TERMINATED: 12/20/2024*

**Robert A Milne**
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787
(212)819-8200
Fax: Pro Hac Vice
Email: rmilne@whitecase.com
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Defendant**

**Tyson Chicken, Inc.**                    represented by **Bradley David Justus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Suggs**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*

*PRO HAC VICE*

**Denise Lynne Plunkett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Mark Gidley**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Jeremy K. Ostrander**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Beth Manning**
(See above for address)
*TERMINATED: 08/09/2018*

**Bradley Charles Nahrstadt**
(See above for address)
*TERMINATED: 12/11/2019*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**Christina M. Egan**
(See above for address)
*TERMINATED: 08/09/2018*

**Daniel K. Oakes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen J. Mcahren**
(See above for address)
*TERMINATED: 07/02/2018*

**Michael J O'Mara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Carney**
(See above for address)
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Robert A Milne**
(See above for address)
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Defendant**

**Tyson Breeders, Inc.**                    represented by **Bradley David Justus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Suggs**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Denise Lynne Plunkett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Mark Gidley**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Jeremy K. Ostrander**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Beth Manning**
(See above for address)
*TERMINATED: 08/09/2018*

**Bradley Charles Nahrstadt**
(See above for address)
*TERMINATED: 12/11/2019*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**Christina M. Egan**
(See above for address)
*TERMINATED: 08/09/2018*

**Daniel K. Oakes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Suggs**
(See above for address)

*TERMINATED: 07/02/2018*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen J. Mcahren**
(See above for address)
*TERMINATED: 07/02/2018*

**Michael J O'Mara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Carney**
(See above for address)
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Robert A Milne**
(See above for address)
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Defendant**

**Tyson Poultry, Inc.**                    represented by **Bradley David Justus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David H Suggs**
(See above for address)

*TERMINATED: 06/05/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Denise Lynne Plunkett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Mark Gidley**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Jeremy K. Ostrander**
(See above for address)
*TERMINATED: 07/02/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Beth Manning**
(See above for address)
*TERMINATED: 08/09/2018*

**Bradley Charles Nahrstadt**
(See above for address)
*TERMINATED: 12/11/2019*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**Christina M. Egan**
(See above for address)
*TERMINATED: 08/09/2018*

**Daniel K. Oakes**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen J. Mcahren**
(See above for address)
*TERMINATED: 07/02/2018*

**Michael J O'Mara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter J. Carney**
(See above for address)
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Robert A Milne**
(See above for address)
*TERMINATED: 07/02/2018*
*PRO HAC VICE*

<u>**Defendant**</u>

**Pilgrim's Pride Corporation**          represented by **William Anthony Burck**
*TERMINATED: 03/29/2022*                              Quinn Emanuel Urquhart & Sullivan
                                                       1300 I Street NW
                                                       Suite 900
                                                       Washington, DC 20005
                                                       202-538-8000
                                                       Fax: 202-538-8100
                                                       Email: williamburck@quinnemanuel.com
                                                       *LEAD ATTORNEY*

**Adam C. Hemlock**
Weil, Gotshal & Manges Llp
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Fax: Not a member
Email: adam.hemlock@weil.com
*TERMINATED: 07/22/2021*

**Alli Genna Katzen**
Weil, Gotshal & Manges
1395 Brickell Ave
Ste 1200
Miami, FL 33131
(305) 577-3100
Fax: Pro Hac Vice
Email: Alli.Katzen@weil.com
*TERMINATED: 05/11/2023*
*PRO HAC VICE*

**Andrea Bari Levine**
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-3578
Fax: Not a member
Email: alevine@stblaw.com
*TERMINATED: 02/13/2017*
*PRO HAC VICE*

**Brian Liegel**
Weil Gotshal & Manges Llp
1395 Brickell Avenue
Ste. 1200
Miami, FL 33131
(305) 577-3180
Fax: Not a member
Email: brian.liegel@weil.com
*TERMINATED: 05/11/2023*

**Carrie C. Mahan**
Sidley Austin
1501 K Street NW
Suite 600
Washington, DC 20005
202-669-9179
Email: Carrie.mahan@sidley.com
*TERMINATED: 05/11/2023*
*PRO HAC VICE*

**Cecile L. Farmer**
Weil, Gotshal & Manges LLP
2001 M Street, NW, Ste. 600
Washington, DC 20036

Fax: Pro Hac Vice
Email: cecile.farmer@weil.com
*TERMINATED: 07/22/2021*
*PRO HAC VICE*

**Christopher J. Abbott**
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
202-639-6877
Email: christopher.abbott@jenner.com
*TERMINATED: 06/01/2022*
*PRO HAC VICE*

**Clayton E. Bailey**
Bailey Brauer PLLC
8350 N. Central Expy, Ste. 206
Dallas, TX 75206
(214) 360-7433
Fax: Pro Hac Vice
Email: cbailey@baileybrauer.com
*TERMINATED: 12/23/2020*
*PRO HAC VICE*

**Corey K Brady**
Weil, Gotshal & Manges LLP
1395 Brickell Ave
Suite 1200
Miami, FL 33131
(305) 577-3225
Fax: Pro Hac Vice
Email: corey.brady@weil.com
*TERMINATED: 05/11/2023*
*PRO HAC VICE*

**Daniel E. Antalics**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8756
Fax: Pro Hac Vice
Email: daniel.antalics@weil.com
*TERMINATED: 06/26/2019*
*PRO HAC VICE*

**Daniel Alan Baquet**
Weil, Gotshal & Manges LLP
2001 M St. NW
Ste. 600
Washington, DC 20036
(202) 682-7102
Fax: Pro Hac Vice

Email: Daniel.Baquet@weil.com
*TERMINATED: 05/11/2023*
*PRO HAC VICE*

**Debra Dawn Bernstein**
Quinn Emanuel Urquhart & Sullivan, LLP
1200 Abernathy Road
Ste 1500
Atlanta, GA 30328
404-482-3502
Email: debrabernstein@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Drew Kenneth Cypher**
Weil, Gotshal & Manges LLP
2001 M St. NW
Ste. 600
Washington, DC 20036
(202) 682-7000
Fax: Pro Hac Vice
Email: Drew.Cypher@weil.com
*TERMINATED: 05/11/2023*
*PRO HAC VICE*

**Eric A. Rivas**
Orrick, Herrington & Sutcliffe LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
949-852-7750
Email: erivas@orrick.com
*TERMINATED: 07/22/2021*
*PRO HAC VICE*

**Ethan Charles Glass**
Cooley LLP
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 20004
202-776-2244
Fax: Active
Email: eglass@cooley.com
*TERMINATED: 03/23/2022*

**Jessica L. Falk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8511
Fax: Pro Hac Vice
Email: jessica.falk@weil.com
*TERMINATED: 07/22/2021*
*PRO HAC VICE*

**Jonathan S. Goldsmith**
Weil, Gotshal & Manges LLP
2001 M Street, NW, Ste. 600
Washington, DC 20036
(202) 682-7143
Fax: Pro Hac Vice
Email: jonathan.goldsmith@weil.com
*TERMINATED: 07/22/2021*
*PRO HAC VICE*

**Kathleen Lanigan**
Quinn Emanuel Urquhart & Sullivan
1300 I St Nw
Suite 900
Washington, DC 20005
(202) 538-8000
Fax: Not a member
Email: katlanigan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Kevin J Arquit**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
212-506-1750
Fax: Pro Hac Vice
Email: KArquit@kasowitz.com
*TERMINATED: 05/04/2021*

**Lorell Guerrero**
Weil Gotshal & Manges
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
(305) 577-3145
Fax: Pro Hac Vice
Email: lorell.guerrero@weil.com
*TERMINATED: 07/22/2021*
*PRO HAC VICE*

**Michael Domenic Bonanno**
Quinn Emanuel Urquhart & Sullivan Llp
1300 I Street Nw, Suite 900
Washington, DC 20005
(202) 538-8000
Fax: Not a member
Email: mikebonanno@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Michael L. McCluggage**
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

(312) 705-7600
Fax: Active
Email: mmccluggage@eimerstahl.com
*ATTORNEY TO BE NOTICED*

**Michelle Schmit**
Quinn Emanuel Urquhart & Sullivan Llp
500 W Madison St.
Room 2450
Chicago, IL 60661
(312) 705-7400
Fax: Not a member
Email: michelleschmit@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Pravin R. Patel**
Weil, Gotshal & Manges Llp
1395 Brickell Avenue
Ste. 1200
Miami, FL 33131
(305) 577-3112
Fax: Not a member
Email: Pravin.Patel@weil.com
*TERMINATED: 05/11/2023*

**Rachel E. Crosswell**
Weil, Gotshal & Manges Llp
767 Fifth Avenue
New York, NY 10153
(212) 310-8158
Fax: Not a member
Email: rachel.crosswell@weil.com
*TERMINATED: 05/11/2023*

**Rachel A. Farnsworth**
Weil, Gotshal & Manges LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1121
Fax: Pro Hac Vice
Email: rachel.farnsworth@weil.com
*TERMINATED: 04/10/2020*
*PRO HAC VICE*

**Robert A Dahnke**
Weil, Gotshal & Manges LLP
2001 M Street NW
Suite 600
Washington DC, DC 20036
(202) 682-7084
Fax: Pro Hac Vice
Email: robert.dahnke@weil.com
*TERMINATED: 07/22/2021*
*PRO HAC VICE*

**Sandra Nicole Booth**
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005
202-736-8346
Email: nicole.booth@sidley.com
*TERMINATED: 05/11/2023*
*PRO HAC VICE*

**Defendant**

**Perdue Farms, Inc.**                    represented by **Andrew Thomas Hernacki**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(914) 907-9643
Fax: Pro Hac Vice
Email: ATHernacki@venable.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Blaine Dickson**
Vinson & Elkins LLP
Litigation
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
202-639-6503
Email: adickson@velaw.com
*TERMINATED: 04/24/2025*
*PRO HAC VICE*

**Benjamin P. Argyle**
Venable LLP
151 W. 42nd Street
49th Floor
New York, NY 10036
212-503-0665
Email: BPArgyle@Venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle R Foley**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4343
Fax: Pro Hac Vice
Email: drfoley@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah Leah Bessner**

Venable LLP
24th Floor
1270 Avenue of the Americas
New York, NY 10020
(212) 503-9818
Fax: Pro Hac Vice
Email: DBessner@Venable.com
*TERMINATED: 04/08/2021*
*PRO HAC VICE*

**James Douglas Baldridge**
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
202-344-4000
Email: jbaldridge@venable.com
*TERMINATED: 08/16/2023*

**Kirstin Beth Ives**
Falkenberg Ives LLP
230 W Monroe Street
Suite 2220
Chicago, IL 60606
312-566-4803
Fax: Active
Email: kbi@falkenbergives.com
*ATTORNEY TO BE NOTICED*

**Leonard L. Gordon**
Venable LLP
1270 Avenue of the Americas
24th floor
New York, NY 10020
(212) 307-5500
Fax: Pro Hac Vice
Email: LLGordon@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Jose Fales**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4349
Fax: Pro Hac Vice
Email: ljfales@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary M Gardner**
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
(202) 344-4398

Fax: Pro Hac Vice
Email: mmgardner@venable.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Paul Davis**
Venable LLP
600 Massachusetts Avenue, NW
Washington DC, DC 20001
(202) 344-4514
Fax: Pro Hac Vice
Email: rpdavis@venable.com
*TERMINATED: 09/29/2021*
*PRO HAC VICE*

**Zakariya Koorosh Varshovi**
Venable LLP
600 Mass. Ave. NW
600 Mass. Ave. NW
Washington, DC 20001
(202) 344-4266
Fax: Pro Hac Vice
Email: zkvarshovi@venable.com
*TERMINATED: 01/04/2022*
*PRO HAC VICE*

**Defendant**

Sanderson Farms, Inc.                    represented by **Matthew D. Rowen**
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
202-742-8900
Email:
matthew.rowen@clementmurphy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul D. Clement**
Bancroft PLLC
1919 M Street, N.W.
Suitte 470
Washington, DC 20036
202 234 0090
Fax: Pro Hac Vice
Email: pclement@bancroftpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy L Pepper**
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
(312) 862-2287

Fax: Not a member
Email: stacy.pepper@kirkland.com
*TERMINATED: 08/25/2021*
*LEAD ATTORNEY*

**Amelia H. Bailey**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2765
Email: amelia.bailey@kirkland.com
*TERMINATED: 04/07/2023*

**Anne Julie Esther Hudson**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-4111
Email: anne.hudson@kirkland.com
*TERMINATED: 04/07/2023*

**Barry Anton Frett**
Sperling Kenny Nachwalter LLC
321 North Clark Street
25th Floor
Chicago, IL 60654
312-641-3200
Email: bfrett@sperlingkenny.com
*TERMINATED: 10/22/2021*

**Camil Sanchez-palumbo**
Kirkland & Ellis Llp
300 N. Lasalle
Chicago, IL 60654
(312) 862-2000
Fax: Not a member
Email:
camil.sanchezpalumbo@kirkland.com
*TERMINATED: 10/22/2021*

**Christa Cynthia Cottrell**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-7075
Fax: Not a member
Email: ccottrell@kirkland.com
*TERMINATED: 04/07/2023*

**Daniel E. Laytin**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
(312)862-2000

Fax: Not a member
Email: dlaytin@kirkland.com
*TERMINATED: 04/07/2023*

**Erin E. Murphy**
Kirkalnd & Ellis
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
Fax: Pro Hac Vice
Email: erin.murphy@kirkland.com
*TERMINATED: 04/07/2023*
*PRO HAC VICE*

**Heather Ann Bartels**
McGuireWoods LLP
77 W. Wacker Dr.
Suite 4100
Chicago, IL 60601
312-750-8686
Email: hbartels@mcguirewoods.com
*TERMINATED: 04/07/2023*

**Jenna M. Stupar**
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-2000
Email: jenna.stupar@kirkland.com
*TERMINATED: 04/07/2023*

**Jennifer Mae Joslin**
Kirkland & Ellis LLP
95 State Street
Salt Lake City, UT 84111
801-877-8144
Email: jennifer.joslin@kirkland.com
*TERMINATED: 04/07/2023*

**Jessica Jean Giulitto**
Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
312-862-3685
Email: jessica.giulitto@kirkland.com
*TERMINATED: 04/07/2023*

**Joseph Schroeder**
Kirkland & Ellis Llp
1301 Pennsylvania Avenue, N.w.
Washington, DC 20004
(202) 389-5000
Fax: Not a member
Email: joseph.schroeder@kirkland.com
*TERMINATED: 04/07/2023*

**Joseph Benjamin Tyson , III**
Kirkland & Ellis Llp
300 North Lasalle
Chicago, IL 60654
(312) 862-2615
Fax: Not a member
Email: ben.tyson@kirkland.com
*TERMINATED: 01/31/2020*

**Kate Guilfoyle**
Kirkland & Ellis Llp
300 N. Lasalle
Chicago, IL 60654
(312) 862-2000
Fax: Not a member
Email: kate.guilfoyle@kirkland.com
*TERMINATED: 04/07/2023*

**Kathleen Murray**
Kirkland & Ellis
300 N. Lasalle
Chicago, IL 60654
(312) -0862
Fax: Not a member
Email: kathleen.murray@kirkland.com
*TERMINATED: 04/07/2023*

**Martin L. Roth**
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
312-862-7170
Email: rothm@kirkland.com
*TERMINATED: 04/07/2023*

**Molly Kelley**
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
312-862-2760
Fax: Not a member
Email: molly.kelley@kirkland.com
*TERMINATED: 04/07/2023*

**Rachel B. Haig**
Kirkland & Ellis Llp
300 North Lasalle
Chicago, IL 60654
(312) 862-2000
Fax: Not a member
Email: rachel.haig@kirkland.com
*TERMINATED: 04/07/2023*

**Sara Shaw Tatum**
Kirkland & Ellis LLP
1301 Pennsylvania Ave
Washington, DC 20001
(202) 389-5000
Fax: Pro Hac Vice
Email: sara.tatum@kirkland.com
*TERMINATED: 05/19/2022*
*PRO HAC VICE*

**Stephen M. Rees**
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
202-662-5262
Email: srees@cov.com
*TERMINATED: 03/21/2022*

**Theresa N. Horan**
Kirkland & Ellis LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
312-862-3297
Email: theresa.horan@kirkland.com
*TERMINATED: 04/07/2023*

**Tucker Robert Hunter**
Kirkland & Ellis Llp
300 N. Lasalle
Chicago, IL 60654
(312) 862-2000
Fax: Not a member
Email: tucker.hunter@kirkland.com
*TERMINATED: 03/21/2022*

**Defendant**

**Sanderson Farms, Inc. (Foods Division)**    represented by    **Matthew D. Rowen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul D. Clement**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy L Pepper**
(See above for address)
*TERMINATED: 08/25/2021*
*LEAD ATTORNEY*

**Amelia H. Bailey**
(See above for address)

*TERMINATED: 04/07/2023*

**Anne Julie Esther Hudson**
(See above for address)
*TERMINATED: 04/07/2023*

**Barry Anton Frett**
(See above for address)
*TERMINATED: 10/22/2021*

**Camil Sanchez-palumbo**
(See above for address)
*TERMINATED: 10/22/2021*

**Christa Cynthia Cottrell**
(See above for address)
*TERMINATED: 04/07/2023*

**Christopher E Ondeck**
Proskauer Rose LLP
Suite 600S
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 525-0865
Fax: Pro Hac Vice
Email: condeck@proskauer.com
*ATTORNEY TO BE NOTICED*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Erin E. Murphy**
(See above for address)
*TERMINATED: 04/07/2023*
*PRO HAC VICE*

**Heather Ann Bartels**
(See above for address)
*TERMINATED: 04/07/2023*

**Jenna M. Stupar**
(See above for address)
*TERMINATED: 04/07/2023*

**Jennifer Mae Joslin**
(See above for address)
*TERMINATED: 04/07/2023*

**Jessica Jean Giulitto**
(See above for address)
*TERMINATED: 04/07/2023*

**Joseph Schroeder**

(See above for address)
*TERMINATED: 04/07/2023*

**Joseph Benjamin Tyson , III**
(See above for address)
*TERMINATED: 01/31/2020*

**Kate Guilfoyle**
(See above for address)
*TERMINATED: 04/07/2023*

**Kathleen Murray**
(See above for address)
*TERMINATED: 04/07/2023*

**Martin L. Roth**
(See above for address)
*TERMINATED: 04/07/2023*

**Molly Kelley**
(See above for address)
*TERMINATED: 04/07/2023*

**Rachel B. Haig**
(See above for address)
*TERMINATED: 04/07/2023*

**Sara Shaw Tatum**
(See above for address)
*TERMINATED: 05/19/2022*
*PRO HAC VICE*

**Stephen M. Rees**
(See above for address)
*TERMINATED: 03/21/2022*

**Theresa N. Horan**
(See above for address)
*TERMINATED: 04/07/2023*

**Tucker Robert Hunter**
(See above for address)
*TERMINATED: 03/21/2022*

**Defendant**

**Sanderson Farms, Inc. (Production Division)**

represented by **Matthew D. Rowen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul D. Clement**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stacy L Pepper**
(See above for address)
*TERMINATED: 08/25/2021*
*LEAD ATTORNEY*

**Amelia H. Bailey**
(See above for address)
*TERMINATED: 04/07/2023*

**Anne Julie Esther Hudson**
(See above for address)
*TERMINATED: 04/07/2023*

**Barry Anton Frett**
(See above for address)
*TERMINATED: 10/22/2021*

**Camil Sanchez-palumbo**
(See above for address)
*TERMINATED: 10/22/2021*

**Christa Cynthia Cottrell**
(See above for address)
*TERMINATED: 04/07/2023*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Erin E. Murphy**
(See above for address)
*TERMINATED: 04/07/2023*
*PRO HAC VICE*

**Heather Ann Bartels**
(See above for address)
*TERMINATED: 04/07/2023*

**Jenna M. Stupar**
(See above for address)
*TERMINATED: 04/07/2023*

**Jennifer Mae Joslin**
(See above for address)
*TERMINATED: 04/07/2023*

**Jessica Jean Giulitto**
(See above for address)
*TERMINATED: 04/07/2023*

**Joseph Schroeder**
(See above for address)

*TERMINATED: 04/07/2023*

**Joseph Benjamin Tyson , III**
(See above for address)
*TERMINATED: 01/31/2020*

**Kate Guilfoyle**
(See above for address)
*TERMINATED: 04/07/2023*

**Kathleen Murray**
(See above for address)
*TERMINATED: 04/07/2023*

**Martin L. Roth**
(See above for address)
*TERMINATED: 04/07/2023*

**Molly Kelley**
(See above for address)
*TERMINATED: 04/07/2023*

**Rachel B. Haig**
(See above for address)
*TERMINATED: 04/07/2023*

**Sara Shaw Tatum**
(See above for address)
*TERMINATED: 05/19/2022*
*PRO HAC VICE*

**Stephen M. Rees**
(See above for address)
*TERMINATED: 03/21/2022*

**Theresa N. Horan**
(See above for address)
*TERMINATED: 04/07/2023*

**Tucker Robert Hunter**
(See above for address)
*TERMINATED: 03/21/2022*

**Defendant**

**Sanderson Farms, Inc. (Processing Division)**

represented by **Matthew D. Rowen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul D. Clement**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amelia H. Bailey**
(See above for address)
*TERMINATED: 04/07/2023*

**Anne Julie Esther Hudson**
(See above for address)
*TERMINATED: 04/07/2023*

**Barry Anton Frett**
(See above for address)
*TERMINATED: 10/22/2021*

**Camil Sanchez-palumbo**
(See above for address)
*TERMINATED: 10/22/2021*

**Christa Cynthia Cottrell**
(See above for address)
*TERMINATED: 04/07/2023*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Erin E. Murphy**
(See above for address)
*TERMINATED: 04/07/2023*
*PRO HAC VICE*

**Heather Ann Bartels**
(See above for address)
*TERMINATED: 04/07/2023*

**Jenna M. Stupar**
(See above for address)
*TERMINATED: 04/07/2023*

**Jennifer Mae Joslin**
(See above for address)
*TERMINATED: 04/07/2023*

**Jessica Jean Giulitto**
(See above for address)
*TERMINATED: 04/07/2023*

**Joseph Schroeder**
(See above for address)
*TERMINATED: 04/07/2023*

**Joseph Benjamin Tyson , III**
(See above for address)
*TERMINATED: 01/31/2020*

**Kate Guilfoyle**
(See above for address)
*TERMINATED: 04/07/2023*

**Kathleen Murray**
(See above for address)
*TERMINATED: 04/07/2023*

**Martin L. Roth**
(See above for address)
*TERMINATED: 04/07/2023*

**Molly Kelley**
(See above for address)
*TERMINATED: 04/07/2023*

**Rachel B. Haig**
(See above for address)
*TERMINATED: 04/07/2023*

**Sara Shaw Tatum**
(See above for address)
*TERMINATED: 05/19/2022*
*PRO HAC VICE*

**Stacy L Pepper**
(See above for address)
*TERMINATED: 08/25/2021*

**Stephen M. Rees**
(See above for address)
*TERMINATED: 03/21/2022*

**Theresa N. Horan**
(See above for address)
*TERMINATED: 04/07/2023*

**Tucker Robert Hunter**
(See above for address)
*TERMINATED: 03/21/2022*

**Defendant**

**Wayne Farms, LLC**                    represented by    **Jared M DuBosar**
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
202-416-5861
Email: jdubosar@proskauer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Alexander Casazza**

Proskauer Rose
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) 284-5677
Fax: Pro Hac Vice
Email: kcasazza@proskauer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
Proskaver Rose
11 Times Square
New York, NY 10036
(212)969-3688
Fax: Not a member
Email: pdoyle@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Arthur Eggers**
Proskauer Rose LLP (New York)
Eleven Times Square
New York, NY 10036
(212) 969-3412
Fax: Pro Hac Vice
Email: seggers@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Simona Weil**
Proskauer Rose LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) -0284
Fax: Pro Hac Vice
Email: sweil@proskauer.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adrian Fontecilla**
Proskauer Rose LLP
Suite 600S
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 416-5863
Fax: Pro Hac Vice
Email: Afontecilla@proskauer.com
*TERMINATED: 01/08/2019*
*PRO HAC VICE*

**Christopher E Ondeck**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin G. Cabral**
Proskauer Rose LLP
2029Century Park East Suite 2400
Los Angeles, CA 90067
(310) 284-5611
Fax: Pro Hac Vice
Email: ccabral@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc Eric Rosenthal**
Proskauer Rose LLP
70 West Madison, Suite 3800
Chicago, IL 60602
312 962 3530
Fax: Not a member
Email: mrosenthal@proskauer.com
*ATTORNEY TO BE NOTICED*

**Rucha A Desai**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3628
Fax: Pro Hac Vice
Email: rdesai@proskauer.com
*TERMINATED: 02/04/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon D McGowan**
Proskauer Rose
1001 Pennsylvania Ave NW
Washington, DC 20004
(202) 416-6824
Fax: Pro Hac Vice
Email: smcgowan@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shawn S Ledingham , Jr.**
Proskauer Rose LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) -0284
Fax: Pro Hac Vice
Email: sledingham@proskauer.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Stephen R Chuk**
Proskauer Rose LLP
Suite 600S
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 416-6697
Fax: Pro Hac Vice
Email: schuk@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mountainaire Farms, Inc.**                represented by **Lawrence Harris Heftman**
ArentFox Schiff LLP
233 S. Wacker Drive
Ste 7100
Chicago, IL 60606
312-258-5725
Email: lawrence.heftman@afslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Smith**
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201
(501) 375-9131
Fax: Pro Hac Vice
Email: nsmith@roselawfirm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Lee Hopkins**
Rose Law Firm
240 N. Block Ave
Ste. A
Fayetteville, AR 72702
(479) 856-6081
Fax: Pro Hac Vice
Email: ahopkins@roselawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda K. Wofford**
Mountaire Corporation
1901 Napa Valley Dr.
Little Rock, AR 72212
501-372-6524
Fax: 501-372-3972
Email: awofford@mountaire.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Amy L Stewart**
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201
501-377-0334
Fax: Pro Hac Vice
Email: astewart@roselawfirm.com
*TERMINATED: 02/25/2019*
*PRO HAC VICE*

**Bourgon Burnelle Reynolds**
Rose Law Firm, P.A.
120 East Fourth Street
Little Rock, AR 72201
(501) 377-0433
Fax: Pro Hac Vice
Email: breynolds@roselawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christel Mizell**
Rose Law Firm
120 E Fourth St.
Little Rock, AR 72201
(501) 377-0332
Fax: Pro Hac Vice
Email: emizell@roselawfirm.com
*TERMINATED: 02/22/2018*
*PRO HAC VICE*

**Jacob Dylan White**
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201
(501) 375-9131
Fax: Pro Hac Vice
Email: jwhite@roselawfirm.com
*TERMINATED: 01/17/2018*
*PRO HAC VICE*

**John W. Treece**
1135 West Montana Street
Chicago, IL 60614
(312) 961-7808
Fax: Active
Email: jtreece@jwtreece.com
*TERMINATED: 06/23/2025*

**Kevin James Whelan**
Schiff Hardin Llp
233 South Wacker Drive
Suite 6600

Chicago, IL 60602
(312) 258-5671
Fax: Not a member
Email: kevin.whelan@ilag.gov
*TERMINATED: 03/21/2022*

**Kylie Sue Wood**
ArentFox Schiff LLP
233 S. Wacker Dr.
Suite 7100
Chicago
Chicago, IL 60606
312-258-5607
Email: kwood@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Margaret A. Hickey**
Schiff Hardin LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5572
Fax: US Govt Attorney
Email: mhickey@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Robert J Wierenga**
Schiff Hardin Llp
350 South Main Street
Suite 210
Ann Arbor, MI 48104
(734) 222-1507
Fax: Active
Email: rwierenga@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Suzanne L Wahl**
ArentFox Schiff LLP
350 S. Main Street
Suite 210
Ann Arbor, MI 48104
734-222-1517
Fax: 734-222-1501
Email: suzanne.wahl@afslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Mountainaire Farms, LLC                    represented by **Lawrence Harris Heftman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Smith**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Lee Hopkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda K. Wofford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy L Stewart**
(See above for address)
*TERMINATED: 02/25/2019*
*PRO HAC VICE*

**Bourgon Burnelle Reynolds**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christel Mizell**
(See above for address)
*TERMINATED: 02/22/2018*
*PRO HAC VICE*

**Jacob Dylan White**
(See above for address)
*TERMINATED: 01/17/2018*
*PRO HAC VICE*

**John W. Treece**
(See above for address)
*TERMINATED: 06/23/2025*

**Kevin James Whelan**
(See above for address)
*TERMINATED: 03/21/2022*

**Kylie Sue Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Hickey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J Wierenga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne L Wahl**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mountainaire Farms of Delaware, Inc.**     represented by     **Lawrence Harris Heftman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam Lee Hopkins**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda K. Wofford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy L Stewart**
(See above for address)
*TERMINATED: 02/25/2019*
*PRO HAC VICE*

**Bourgon Burnelle Reynolds**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Christel Mizell**
(See above for address)
*TERMINATED: 02/22/2018*
*PRO HAC VICE*

**Jacob Dylan White**
(See above for address)
*TERMINATED: 01/17/2018*
*PRO HAC VICE*

**John W. Treece**
(See above for address)
*TERMINATED: 06/23/2025*

**Kevin James Whelan**
(See above for address)
*TERMINATED: 03/21/2022*

**Kylie Sue Wood**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret A. Hickey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert J Wierenga**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne L Wahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peco Foods, Inc.**                    represented by    **Boris Bershteyn**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-3834
Fax: Pro Hac Vice
Email: Boris.Bershteyn@skadden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brooke Anderson Winterhalter**
Skadden, Arps, Slate, Meagher & Flom Llp
155 N Wacker Drive
Chicago, IL 60606
(312) 407-0708
Fax: Not a member
Email: brooke.winterhalter@skadden.com
*TERMINATED: 10/22/2019*

**Gail E. Lee**
Skadden, Arps, Slate, Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
708-407-0700
Fax: 708-407-0711
Email: gail.lee@skadden.com
*TERMINATED: 06/20/2025*

**Lara A Flath**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212 735 3717
Fax: Active
Email: lara.flath@skadden.com
*ATTORNEY TO BE NOTICED*

**Patrick J Fitzgerald**
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
(312) 407-0508
Fax: Active
Email: patrick.fitzgerald@skadden.com
*TERMINATED: 03/28/2023*

**Peter Young-hyun Cheun**
Skadden Arps Slate Meagher & Flom LLP
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
312-407-0700
Fax: 312-407-0711
Email: peter.cheun@skadden.com
*TERMINATED: 07/23/2021*

**Sam Auld**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2044
Email: sam.auld@skadden.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Farms, LLC**                    represented by   **Carmine R. Zarlenga**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20009
(202) 263-3000
Fax: Active
Email: czarlenga@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Monks Bleicher**
Mayer Brown LLP
1999 K St NW
Washington, DC 20006
(202) 263-3748
Fax: Pro Hac Vice
Email: kbleicher@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Oral Pottinger**
Mayer Brown LLP

1999 K Street NW
Washington, DC 20006
(202) 263-3218
Fax: Pro Hac Vice
Email: opottinger@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen M. Medlock**
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW
Suite 500 West
Washington, DC 20037
202-639-6578
Email: smedlock@velaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Stallings**
Mayer Brown LLP
1999 K St NW
Washington, DC 20006
(202) 263-3000
Fax: Pro Hac Vice
Email: WStallings@mayerbrown.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

House of Raeford Farms, Inc.          represented by **Gregory Gene Wrobel**
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 609-7500
Fax: Active
Email: gwrobel@vedderprice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori P. Jones**
Jordan Price Wall Gray Jones & Carlton,
PLLC
1951 Clark Avenue
Raleigh, NC 27605
(919) 828-2501
Fax: Pro Hac Vice
Email: ljones@jordanprice.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry W. Jones , Junio**
Jordan Price Wall Gray Jones & Carlton

7730 Wycliff Road
Suite 310
Raleigh
Raleigh, NC 27607
919-828-2501
Fax: 919-834-8447
Email: HJones@jordanprice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Waters**
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
(312) 609-7500
Fax: Active
Email: mwaters@vedderprice.com
*TERMINATED: 05/23/2018*

**Defendant**

Simmons Foods, Inc.                    represented by  **Lynn Hagman Murray**
Shook, Hardy & Bacon LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
Fax: Active
Email: lhmurray@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Francis O'Neill**
Shook, Hardy & Bacon Llp
111 S. Wacker
Chicago, IL 60606
(312) 704-7710
Fax: Not a member
Email: pfoneill@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew M. Meerkins**
Shook, Hardy & Bacon LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
Fax: Not a member
Email: ameerkins@foley.com
*TERMINATED: 08/10/2017*

**John R Elrod**
Conner & Winters, LLP
4375 N. Vantage Dr.
Suite 405

Fayetteville, AR 72703
(479)582-5711
Fax: Not a member
Email: jelrod@cwlaw.com
*ATTORNEY TO BE NOTICED*

**Laurie A. Novion**
Shook, Hardy & Bacon
2555 Grand Boulevard
Suite 2800
Kansas City, MO 64108-6550
(816) 474-6550
Fax: Not a member
Email: lnovion@shb.com
*ATTORNEY TO BE NOTICED*

**Riley C. Mendoza**
Shook, Hardy & Bacon LLP
111 S. Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 704-7700
Fax: Not a member
Email: rmendoza@shb.com
*ATTORNEY TO BE NOTICED*

**Vicki D Bronson**
Conner & Winters
4375 N Vantage Dr
Suite 405
Fayetteville, AR 72703
(479) 582-5711
Fax: Pro Hac Vice
Email: vbronson@cwlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fieldale Farms Corporation**
*TERMINATED: 04/04/2020*

represented by **Aaron Karl Block**
The Block Firm LLC
4200 Northside Parkway NW
Building 1, Suite 200
Atlanta, GA 30327
(404) 997-8419
Fax: Pro Hac Vice
Email: aaron@blockfirmllc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Powell Grantham**
Alston & Bird LLP
1201 W Peachtree St NE
#4900

Atlanta, GA 30309
404-881-7471
Email: thomas.grantham@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alex Brown**
Alston & Bird LLP
1201 West Peachtree St NE
Suite 4900
Atlanta, GA 30309
(404) 881-7943
Fax: Pro Hac Vice
Email: alex.brown@alston.com
*TERMINATED: 04/22/2022*
*PRO HAC VICE*

**Anthony Thomas Greene**
Alston & Bird LLP
1201 West Peachtree Stree NE
Suite 4900
Atlanta, GA 30309
(404) 881-7887
Fax: Pro Hac Vice
Email: tony.greene@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brendan J. Healey**
Baron Harris Healey
150 South Wacker Drive
Suite 2400
Chicago, IL 60606
(312) 741-1030
Fax: Active
Email: bhealey@bhhlawfirm.com
*ATTORNEY TO BE NOTICED*

**Brian Parker Miller**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 3030
(404) 881-4970
Fax: Pro Hac Vice
Email: parker.miller@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Butler Cash , Jr.**
Alston & Bird LLP
Atlanta, GA 30309
(404) 881-7000
Fax: Pro Hac Vice

Email: james.cash@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max Paul Marks**
The Block Firm, LLC
4200 Northside Parkway NW
Building One, Suite 200
Atlanta, GA 30327
(614) 460-1055
Fax: Pro Hac Vice
Email: max.marks@blockfirmllc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roger Brent Hatcher , Jr.**
Smith, Gilliam, Williams & Miles, P.A.
P.O. Box 1098
301 Green Street Nw
Gainesville, GA 30503
(770) 536-3381
Fax: Pro Hac Vice
Email: bhatcher@sgwmfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**valarie cecile williams**
Alston & Bird
55 2nd Street
Suite 2100
San Francisco, CA 94105
415-243-1000
Fax: 415-243-1001
Email: valarie.williams@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George's Inc.**                    represented by  **David E. Lamb**
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55408
781-330-1341
Email: david.lamb@stinson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily M. Asp**
Stinson LLP
50 South Sixth Street, #2600
Minneapolis, MN 55402
(612) 335-1500

Fax: Pro Hac Vice
Email: emily.asp@stinson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kacie Jo Phillips**
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-1704
Fax: Pro Hac Vice
Email: kacie.phillips@stinson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William L. Greene**
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 335-1500
Fax: Pro Hac Vice
Email: william.greene@stinson.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary V Weeks**
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760
Fax: Pro Hac Vice
Email: gary.weeks@lawgroupnwa.com
*TERMINATED: 01/11/2024*
*PRO HAC VICE*

**Jaclyn Niccole Warr**
Stinson LLP
7700 Forsyth Blvd. Suite 1100
St. Louis, MO 63105
314.259.4570
Email: nicci.warr@stinson.com
*ATTORNEY TO BE NOTICED*

**John Conroy Martin**
Raines Feldman Littrell LLP
30 N. LaSalle St.
Suite 3100
Chicago, IL 60602
312-704-2172

Fax: Active
Email: jmartin@raineslaw.com
*ATTORNEY TO BE NOTICED*

**K.C. Dupps Tucker**
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760
Fax: Pro Hac Vice
Email: kc.tucker@lawgroupnwa.com
*TERMINATED: 06/30/2025*
*PRO HAC VICE*

**Kevin Parker Kitchen**
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 335-1500
Fax: Pro Hac Vice
Email: kevin.kitchen@stinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristy Elizabeth Boehler**
The Law Group of Northwest Arkansas LLP
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760
Fax: Pro Hac Vice
Email: kristy.boehler@lawgroupnwa.com
*TERMINATED: 06/30/2025*
*PRO HAC VICE*

**Lauren T. Fleming**
Stinson LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
(816) 691-2693
Fax: Pro Hac Vice
Email: lauren.fleming@stinson.com
*TERMINATED: 10/13/2022*
*PRO HAC VICE*

**Peter Joseph Schwingler**
Jones Day - Minneapolis
90 South Seventh Street
Ste 4900
Minneapolis, MN 55402
612-217-8866
Email: pschwingler@jonesday.com
*TERMINATED: 04/19/2023*
*PRO HAC VICE*

**Ruth S. Shnider**
Stinson Leonard Street
50 South Sixth Street
#2600
Minneapolis, MN 55402
(612) 335-1500
Fax: Pro Hac Vice
Email: Ruth.Shnider@stinson.com
*TERMINATED: 09/26/2018*
*PRO HAC VICE*

**Sondra A. Hemeryck**
Riley Safer Holmes & Cancila LLP
1 South Dearborn Street
Suite 2200
Chicago, IL 60603
773-407-7401
Fax: 312-471-8701
Email: shemeryck@rshc-law.com
*TERMINATED: 02/06/2018*

**Victoria Lee Smith**
Stinson Llp
1201 Walnut Street
Suite 2900
Kansas City, MO 64113
(816) 691-3360
Fax: Not a member
Email: vicki.smith@stinson.com
*ATTORNEY TO BE NOTICED*

**Zachary H Hemenway**
Stinson Leonard Street
1201 Walnut
Suite 2500
Kansas City, MO 64106
(816) 842-8600
Fax: Pro Hac Vice
Email: zachary.hemenway@stinson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George's Farms, Inc.**                     represented by **David E. Lamb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily M. Asp**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kacie Jo Phillips**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William L. Greene**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary V Weeks**
(See above for address)
*TERMINATED: 01/11/2024*
*PRO HAC VICE*

**Jaclyn Niccole Warr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Conroy Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**K.C. Dupps Tucker**
(See above for address)
*TERMINATED: 06/30/2025*
*PRO HAC VICE*

**Kevin Parker Kitchen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristy Elizabeth Boehler**
(See above for address)
*TERMINATED: 06/30/2025*
*PRO HAC VICE*

**Lauren T. Fleming**
(See above for address)
*TERMINATED: 10/13/2022*
*PRO HAC VICE*

**Peter Joseph Schwingler**
(See above for address)
*TERMINATED: 04/19/2023*
*PRO HAC VICE*

**Ruth S. Shnider**
(See above for address)
*TERMINATED: 09/26/2018*

*PRO HAC VICE*

**Sondra A. Hemeryck**
(See above for address)
*TERMINATED: 02/06/2018*

**Victoria Lee Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary H Hemenway**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**O.K. Foods, Inc.**                    represented by **Anna Forman**
                                        Kutak Rock LLP
                                        1650 Farnam Street
                                        Omaha, NE 68102
                                        (402) 346-6000
                                        Fax: Pro Hac Vice
                                        Email: anna.forman@kutakrock.com
                                        *LEAD ATTORNEY*
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

                                        **John P. Passarelli**
                                        Kutak Rock LLP
                                        1650 Farnam Street
                                        Omaha, NE 68102
                                        402-346-6000
                                        Fax: Pro Hac Vice
                                        Email: john.passarelli@kutakrock.com
                                        *LEAD ATTORNEY*
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

                                        **Robin Stewart**
                                        (816) 960-0090
                                        Fax: Pro Hac Vice
                                        Email: robin.stewart@kutakrock.com
                                        *LEAD ATTORNEY*
                                        *PRO HAC VICE*
                                        *ATTORNEY TO BE NOTICED*

                                        **J.R. Carroll**
                                        Kutak Rock, LLP
                                        234 East Millsap Road, Suite 200
                                        Fayetteville, AR 72703
                                        (479) 973-4200
                                        Fax: Pro Hac Vice
                                        Email: JR.Carroll@KutakRock.com
                                        *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
Kuak Rock LLP
1650 Farnam Street
Omaha, NE 66102
402-346-6000
Fax: Pro Hac Vice
Email: james.sulentic@kutakrock.com
*TERMINATED: 04/22/2024*
*PRO HAC VICE*

**Jeffrey Michael Fletcher**
Kutak Rock, LLP
234 E. MIllsa Road Suite 200
Fayetteville, AR 72703
(479) 973-4200
Fax: Pro Hac Vice
Email: Jeffrey.Fletcher@KutakRock.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Andrew Rice**
MoloLamken LLP
300 N. LaSalle Street
Suite 5350
Chicago, IL 60654
(312) 450-6700
Fax: Not a member
Email: jrice@mololamken.com
*TERMINATED: 01/22/2025*

**Kimberly Michelle Hare**
Kutak Rock Llp
One South Wacker Drive
Suite 3910
Chicago, IL 60606
312-602-4108
Fax: Active
Email: kimberly.hare@kutakrock.com
*ATTORNEY TO BE NOTICED*

**Lauren Frisch Dayton**
Mololamken Llp
430 Park Avenue
New York, NY 10022
(212) 607-8170
Fax: Not a member
Email: LDayton@mololamken.com
*ATTORNEY TO BE NOTICED*

**Maggie Benson**
Kutak Rock LLP
234 E. Millsap Road

Fayetteville, AR 72703
(479) 973-4200
Fax: Pro Hac Vice
Email: maggie.benson@kutakrock.com
*TERMINATED: 08/01/2019*
*PRO HAC VICE*

**Megan Cunniff Church**
MoloLamken LLP
300 N. LaSalle St., Suite 5350
Chicago, IL 60654
(312) 450-6716
Fax: Active
Email: mchurch@mololamken.com
*ATTORNEY TO BE NOTICED*

**Scott Jackson**
Kutak Rock LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703
(479) 973-4200
Fax: Pro Hac Vice
Email: Scott.Jackson@KutakRock.com
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Stephen Michael Dacus**
Kutak Rock LLP
1277 East Joyce Blvd.
Suite 300
Fayetteville, AR 72703
479-973-4200
Fax: 479-973-0007
Email: stephen.dacus@kutakrock.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas P. Schubert**
Mololamken Llp
300 N. Lasalle St.
Suite 5350
Chicago, IL 60654
(630) 234-5784
Fax: Not a member
Email: tschubert@mololamken.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**O.K. Farms, Inc.**                 represented by **Anna Forman**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *PRO HAC VICE*
                                      *ATTORNEY TO BE NOTICED*

**John V. Passarelli**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J.R. Carroll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
(See above for address)
*TERMINATED: 04/22/2024*
*PRO HAC VICE*

**Jeffrey Michael Fletcher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Andrew Rice**
(See above for address)
*TERMINATED: 01/22/2025*

**Kimberly Michelle Hare**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Frisch Dayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggie Benson**
(See above for address)
*TERMINATED: 08/01/2019*
*PRO HAC VICE*

**Megan Cunniff Church**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Jackson**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Stephen Michael Dacus**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas P. Schubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**O.K. Industries, Inc.**                    represented by   **Anna Forman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John P. Passarelli**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin Stewart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J.R. Carroll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James M. Sulentic**
(See above for address)
*TERMINATED: 04/22/2024*
*PRO HAC VICE*

**Jeffrey Michael Fletcher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Andrew Rice**
(See above for address)
*TERMINATED: 01/22/2025*

**Kimberly Michelle Hare**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Frisch Dayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maggie Benson**
(See above for address)
*TERMINATED: 08/01/2019*
*PRO HAC VICE*

**Megan Cunniff Church**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Jackson**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Stephen Michael Dacus**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas P. Schubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mar-Jac Poultry, Inc.**                    represented by **Edward C. Konieczny**
Edward C. Konieczny LLC
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309-3608
(404) 380-1430
Fax: Not a member
Email: ed@koniecznylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Haff**
Smith, Gambrell & Russell, LLP
Floor 21
1301 Avenue of the Americas
New York, NY 10019
(212) 907-9748
Fax: Pro Hac Vice
Email: nhaff@sgrlaw.com
*TERMINATED: 04/24/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amy E. Buice**
Smith Gambrell Russell
1105 W. Peachtree St N.E.
Suite 1000
Atlanta, GA 30309
(404) 815-3750
Fax: Pro Hac Vice

Email: aboice@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Gordon May**
Neal Gerber & Eisenberg LLP
225 W. Randolph St.
Ste 2800
Chicago, IL 60606
312-827-1473
Email: amay@nge.com
*TERMINATED: 12/12/2019*

**David C. Newman**
Smith, Gambrell & Russell, LLP
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309-3608
(404) 815-3500
Fax: Pro Hac Vice
Email: dnewman@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
Lynch Thompson LLP
150 South Wacker Drive
Suite 2550
Chicago, IL 60606
312-445-4623
Email: jthompson@lynchthompson.com
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
Neal Gerber & Eisenberg LLP
IL
225 W. Randolph St.
Ste 2800
Chicago, IL 60606
312-269-8000
Email: jquinn@nge.com
*TERMINATED: 12/12/2019*

**Pennington Philip John**
Smith, Gambrell & Russell, LLP
1055 Thomas Jefferson St. N.W. Suite 400
Washington, DC 20007
(202) 263-4360
Fax: Pro Hac Vice
Email: jpennington@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Youngblood**

Smith Gambrell Russell
1105 W. Peachtree ST N.E.
Suite 1000
Atlanta, GA 30309
(404) 815-3563
Fax: Pro Hac Vice
Email: syoungblood@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wm. Parker Sanders**
Smith Gambrell & Russell LLP
1105 W. Peachtree St. NE
Suite 1000
Atlanta, GA 30309-3608
(404) 815-3684
Fax: Pro Hac Vice
Email: psanders@sgrlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Harrison Poultry, Inc.** | represented by | **Christopher E Ondeck**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kaitlin Ann Carreno**
Eversheds Sutherland
Suite 2300
999 Peachtree St NE
Atlanta, GA 30309
(404) 853-8042
Fax: Pro Hac Vice
Email: KaitlinCarreno@eversheds-
sutherland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Boyd**
Eversheds Sutherland
999 Peachtree St NE
999 Peachtree St NE
Atlanta, GA 30309
(404) 853-8184
Fax: Pro Hac Vice
Email: NickBoyd@eversheds-
sutherland.com
*TERMINATED: 08/27/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Patricia Anne Gorham**

Eversheds Sutherland (US) LLP
Suite 2300
999 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 853-8298
Fax: Pro Hac Vice
Email: patriciagorham@eversheds-
sutherland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebekah Lee Whittington**
Eversheds Sutherland (US) LLP
999 Peachtree Street
Suite 2300
Atlanta, GA 30309
(404) 853-8283
Fax: Pro Hac Vice
Email: rebekahwhittington@eversheds-
sutherland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Clay H. Phillips**
SmithAmundsen LLC (Chgo)
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
(312) 543-2821
Fax: Active
Email: clayhphillips@gmail.com
*TERMINATED: 12/17/2020*

**Dylan Wilson de Fouw**
Eversheds Sutherland
999 Peachtree St NE Suite 2300
Atlanta, GA 30309
(404) 853-8231
Fax: Pro Hac Vice
Email: dylandefouw@eversheds-
sutherland.com
*TERMINATED: 08/19/2024*
*PRO HAC VICE*

**Eric L. Samore**
Amundsen Davis LLC
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601
312-894-3200
Fax: Active
Email: Esamore@amundsendavislaw.com

**James Robert McGibbon**
Eversheds Sutherland (US) LLP
Suite 2300
999 Peachtree Street, N.E.
Atlanta, GA 30309-3996
(404) 853-8122
Fax: Pro Hac Vice
Email: jimmcgibbon@eversheds-
sutherland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter M. Szeremeta**
Eversheds Sutherland (US) LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309-3996
(404) 853-8170
Fax: Pro Hac Vice
Email: peterszeremeta@eversheds-
sutherland.com
*TERMINATED: 04/17/2023*
*PRO HAC VICE*

**Ronald David Balfour**
Amundsen Davis, LLC
150 N. Michigan Ave.
Suite 3300
Chicago, IL 60601
312-894-3369
Email: rbalfour@amundsendavislaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Agri Stats, Inc.**                    represented by **Christopher Anton-Rashad Knight**
Miller Canfield Paddock and Stone, PLC
150 W. Jefferson Suite 2500
150 W. Jefferson Suite 2500
Detroit, MI 48226
(313) 496-8459
Fax: Pro Hac Vice
Email: knight@millercanfield.com
*TERMINATED: 06/26/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Kathryn Elizabeth Cahoy**
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square
10th Floor
Palo Alto, CA 94306

(630) 462-4735
Fax: Pro Hac Vice
Email: kcahoy@cov.com
*TERMINATED: 09/25/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Michael Collin Baker**
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-5833
Fax: Pro Hac Vice
Email: mbaker@cov.com
*TERMINATED: 09/25/2018*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Olga Fleysh**
Hogan Lovells US LLP
555 13th St NW
Washington, DC 20004
202-637-3204
Email: olga.fleysh@hoganlovells.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anne Yujin Lee**
Covington and Burling LLP
850 Tenth Street NW
One CityCenter
Washington, DC 20001
(202) 662-6000
Fax: Pro Hac Vice
Email: alee@cov.com
*TERMINATED: 09/25/2018*
*PRO HAC VICE*

**Jacob D Koering**
Miller, Canfield, Paddock & Stone, PLC
227 West Monroe Street
Suite 3600
Chicago, IL 60606
312-460-4272
Email: koering@millercanfield.com
*ATTORNEY TO BE NOTICED*

**Jeffrey Drake**
Litwin Kach LLP
401 N Michigan Ave
Suite 1200
Chicago, IL 60611

Email: jeffrey@litwinkach.com
*TERMINATED: 01/18/2022*

**Jennifer A. Fleury**
Hogan Lovells US LLP
Suite 4300
700 Louisiana
Houston, TX 77002
(713) 632-1451
Fax: Pro Hac Vice
Email: jennifer.fleury@hoganlovells.com
*TERMINATED: 01/22/2020*
*PRO HAC VICE*

**Justin Wade Bernick**
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5485
Fax: Pro Hac Vice
Email: justin.bernick@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Liam Edward Phibbs**
Hogan Lovells US LLP
555 Thirteenth StreetNW
Washington, DC 20004
(202) 637-6575
Fax: Pro Hac Vice
Email: liam.phibbs@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas O. Barnett**
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001
(202)662-5407
Fax: Pro Hac Vice
Email: tbarnett@cov.com
*TERMINATED: 09/25/2018*
*PRO HAC VICE*

**William L Monts , III**
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
202-637-6440
Fax: 202-637-5910
Email: william.monts@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Norman W. Fries, Inc., d/b/a Claxton**            represented by   **James Franklin Herbison**
**Poultry Farms, Inc.**                                              Winston & Strawn LLP
                                                                     35 West Wacker Drive
                                                                     Chicago, IL 60601-9703
                                                                     (312) 558-5600
                                                                     Fax: Active
                                                                     Email: jherbison@winston.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Brett Anthony Walker**
                                                                     Winston & Strawn Llp
                                                                     35 W. Wacker
                                                                     Chicago, IL 60601
                                                                     (312) 558-6445
                                                                     Fax: Not a member
                                                                     Email: bwalker@winston.com
                                                                     *TERMINATED: 10/15/2019*

                                                                     **Charles C. Murphy , Jr.**
                                                                     Vaughan & Murphy
                                                                     690 S. Ponce Ct., NE
                                                                     Atlanta, GA 30307
                                                                     (404) 667-0714
                                                                     Fax: Pro Hac Vice
                                                                     Email: cmurphy@vaughanandmurphy.com
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Michael P Mayer**
                                                                     Winston & Strawn LLP
                                                                     35 West Wacker Drive
                                                                     Chicago, IL 60601-9703
                                                                     (312) 558-5600
                                                                     Fax: Active
                                                                     Email: mmayer@winston.com
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Claxton Poultry Farms, Inc.**

**Defendant**

**Mar-Jac Poultry MS, LLC**                        represented by   **Edward C. Konieczny**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Nicole Haff**
                                                                     (See above for address)
                                                                     *TERMINATED: 04/24/2019*
                                                                     *LEAD ATTORNEY*
                                                                     *PRO HAC VICE*

**Amy E. Buice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Gordon May**
(See above for address)
*TERMINATED: 12/12/2019*

**David C. Newman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*TERMINATED: 12/12/2019*

**Pennington Philip John**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Youngblood**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wm. Parker Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mar-Jac Poultry AL, LLC**                    represented by **Edward C. Konieczny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Haff**
(See above for address)
*TERMINATED: 04/24/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amy E. Buice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Gordon May**
(See above for address)
*TERMINATED: 12/12/2019*

**David C. Newman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*TERMINATED: 12/12/2019*

**Pennington Philip John**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Youngblood**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wm. Parker Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mar-Jac AL/MS, Inc.**                    represented by **Edward C. Konieczny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Haff**
(See above for address)
*TERMINATED: 04/24/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amy E. Buice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Gordon May**
(See above for address)
*TERMINATED: 12/12/2019*

**David C. Newman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*TERMINATED: 12/12/2019*

**Pennington Philip John**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Youngblood**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wm. Parker Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

Mar-Jac Poultry, LLC              represented by  **Edward C. Konieczny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Haff**
(See above for address)
*TERMINATED: 04/24/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Amy E. Buice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Gordon May**
(See above for address)
*TERMINATED: 12/12/2019*

**David C. Newman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*TERMINATED: 12/12/2019*

**Pennington Philip John**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Youngblood**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wm. Parker Sanders**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mar-Jac Holdings, LLC**                represented by    **Edward C. Konieczny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Haff**
(See above for address)
*TERMINATED: 04/24/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Andrew Gordon May**
(See above for address)
*TERMINATED: 12/12/2019*

**David C. Newman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*TERMINATED: 12/12/2019*

**Pennington Philip John**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wm. Parker Sanders**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Perdue Foods LLC**                     represented by   **Danielle R Foley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrew Blaine Dickson**
                                                          (See above for address)
                                                          *TERMINATED: 04/24/2025*
                                                          *PRO HAC VICE*

                                                          **Benjamin P. Argyle**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Deborah Leah Bessner**
                                                          (See above for address)
                                                          *TERMINATED: 04/08/2021*
                                                          *PRO HAC VICE*

                                                          **James Douglas Baldridge**
                                                          (See above for address)
                                                          *TERMINATED: 08/16/2023*

                                                          **Kirstin Beth Ives**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mary M Gardner**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Zakariya Koorosh Varshovi**
                                                          (See above for address)
                                                          *TERMINATED: 01/04/2022*
                                                          *PRO HAC VICE*

**Defendant**

**Foster Poultry Farms**                 represented by   **Carmine R. Zarlenga**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Simmons Prepared Foods, Inc.**         represented by   **Lynn Hagman Murray**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Francis O'Neill**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Riley C. Mendoza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vicki D Bronson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amick Farms, LLC**          represented by    **Steven Howard Gistenson**
test
test
test
Chicago, IL test
312-627-2267
Fax: Active
Email: sgistenson@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cody D. Rockey**
Dykema Gossett PLLC
2723 South State Street
Suite 400
Ann Arbor, MI 48104
734 214 7655
Fax: Not a member
Email: crockey@dykema.com
*ATTORNEY TO BE NOTICED*

**Dante Andreas Stella**
Dykema Gossett Pllc
400 Renaissance Center
Detroit, MI 48243
(313) 568-6693
Fax: Not a member
Email: dstella@dykema.com
*ATTORNEY TO BE NOTICED*

**Howard Bruce Iwrey**
Dykema Gossett Pllc
39577 Woodward Ave.
Suite 300
Bloomfield Hills, MI 48304
(248) 203-0526
Fax: Not a member
Email: hiwrey@dykema.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Amick Company, Inc.**                    represented by **Steven Howard Gistenson**
*TERMINATED: 04/02/2019*                       (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Cody D. Rockey**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Dante Andreas Stella**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Howard Bruce Iwrey**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Amick-OSI Broilers, LLC**                    represented by **Steven Howard Gistenson**
*TERMINATED: 04/02/2019*                       (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Cody D. Rockey**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Dante Andreas Stella**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Howard Bruce Iwrey**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Amick-OSI Processing, LLC**                  represented by **Steven Howard Gistenson**
*TERMINATED: 04/02/2019*                       (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Cody D. Rockey**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Dante Andreas Stella**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

                                               **Howard Bruce Iwrey**
                                               (See above for address)
                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Case Foods, Inc.** represented by **Alexander J Messina**
Joseph D. Carney & Associates, LLC
1540 Peach Drive
Avon, OH 44011
(440) 249-0850
Fax: Pro Hac Vice
Email: ajm@jdcarney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph D Carney**
Joseph D. Carney & Associates, LLC
1540 Peach Drive
Avon, OH 44011
(440) 249-0860
Fax: Pro Hac Vice
Email: jdc@jdcarney.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Martin Feeney**
Miller Shakman Levine & Feldman LLP
30 West Monroe Street
Suite 1900
Chicago, IL 60603
312-759-7246
Fax: 312-263-3270
Email: dfeeney@millershakman.com
*ATTORNEY TO BE NOTICED*

**Daniel Richard Karon**
Karon LLC
631 West St. Clair Avenue
Cleveland, OH 44113
216-390-2594
Fax: 216-241-8175
Email: dkaron@karonllc.com
*TERMINATED: 10/04/2019*

**Deborah A Klar**
D. Klar Law
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077-1724
(310) 858-9500
Fax: Pro Hac Vice
Email: dklar@dklarlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Scott Marsalka**
Joseph D. Carney & Associates, LLC
1540 Peach Drive

Avon, OH 44011
(440) 249-0860
Fax: Pro Hac Vice
Email: ca3@jdcarney.com
*TERMINATED: 05/19/2020*
*PRO HAC VICE*

**Paul Lee Binder**
Paul L. Binder, Attorney at Law
20780 Brandywine
Fairview Park, OH 44126-2805
4403766850
Fax: Pro Hac Vice
Email: binderpl@yahoo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M. Staunton**
Miller Shakman Levine & Feldman LLP
30 West Monroe Street
Suite 1900
Chicago, IL 60603
312-759-7202
Fax: Active
Email: tstaunton@millershakman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Case Farms, LLC**                    represented by **Alexander J Messina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph D Carney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Martin Feeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Richard Karon**
(See above for address)
*TERMINATED: 10/04/2019*

**Deborah A Klar**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Scott Marsalka**

(See above for address)
*TERMINATED: 05/19/2020*
*PRO HAC VICE*

**Paul Lee Binder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M. Staunton**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Case Farms Processing, Inc.**          represented by  **Alexander J Messina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph D Carney**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Martin Feeney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Richard Karon**
(See above for address)
*TERMINATED: 10/04/2019*

**Deborah A Klar**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Scott Marsalka**
(See above for address)
*TERMINATED: 05/19/2020*
*PRO HAC VICE*

**Paul Lee Binder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas M. Staunton**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Mar-Jac Holdings, Inc.**                                represented by **Edward C. Konieczny**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Buice**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James L. Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen A. Youngblood**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keystone Foods LLC**                        represented by **Daniel K. Oakes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Denise Lynne Plunkett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J O'Mara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Sahrish Moyeed**
Lipe Lyons Murphy Nahrstadt & Pontikis
230 W. Monroe Street
Suite 2260
Chicago, IL 60606
(312) 448-7255
Fax: Not a member
Email: sm@lipelyons.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equity Group Eufaula Division LLC**                represented by    **Daniel K. Oakes**
*TERMINATED: 09/17/2022*                                                (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Denise Lynne Plunkett**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jarod G. Taylor**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Kail J. Jethmalani**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J O'Mara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Sahrish Moyeed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equity Group-Georgia Division LLC**     represented by     **Daniel K. Oakes**
*TERMINATED: 09/17/2022*                                     (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Denise Lynne Plunkett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J O'Mara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Sahrish Moyeed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Equity Group Kentucky Division LLC**          represented by          **Daniel K. Oakes**
*TERMINATED: 09/17/2022*                                                (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Denise Lynne Plunkett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jarod G. Taylor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenina J Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J O'Mara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicholas E. Gaglio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmel Rana Arikat**
(See above for address)
*TERMINATED: 10/21/2022*
*PRO HAC VICE*

**John M. Tanski**
(See above for address)
*TERMINATED: 04/20/2023*

**Jordan M. Tank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Johanna Adcox**
(See above for address)
*TERMINATED: 12/20/2024*

**Sahrish Moyeed**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Utrecht-America Holdings, Inc.**
*TERMINATED: 02/11/2022*

represented by **David James Doyle**
Smith Gambrell Russell LLP
311 South Wacker Drive
Ste 3000
Chicago, IL 60606
312-360-6824
Email: ddoyle@sgrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Nordahl**
Nordahl Law LLC
2765 Clara Ave.
Aurora, IL 60502
312-493-6389
Email: andrew@nordahl.law
*ATTORNEY TO BE NOTICED*

**Dylan D. Smith**
Cotsirilos, Poulos & Campbell, Ltd.
55 East Monroe Street
Ste 3250
Chicago, IL 60603
312-263-0349
Fax: 312-360-4670
Email: dsmith@cotsiriloslaw.com
*ATTORNEY TO BE NOTICED*

**Jill Christine Anderson**
Smith, Gambrell & Russell, LLP
311 S. Wacker Drive
Ste 3000
Chicago, IL 60606
312-360-6527
Fax: 312-360-6571
Email: janderson@sgrlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Connelly**
Fox, Swibel, Levin & Carroll LLP
200 W. Madison St.
Suite 3000
Chicago, IL 60606
312-224-1200
Email: connellym@sec.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rabo AgriFinance LLC**
*TERMINATED: 02/11/2022*

represented by **David James Doyle**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Nordahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan D. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Christine Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Rabobank USA Financial Corporation**
*TERMINATED: 06/01/2021*

represented by **David James Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan D. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Christine Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Utrecht-America Finance Co.**
*TERMINATED: 02/11/2022*

represented by **David James Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew C. Nordahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dylan D. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Christine Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Keystone Foods Corporation**          represented by  **Kail J. Jethmalani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rabobank**                            represented by  **David James Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Christine Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fieldale Farms Corporation**          represented by  **Kayla Butler**
Alston & Bird
1201 w peachtree st
atlanta, GA 30309
(404) 881-7971
Fax: Pro Hac Vice
Email: kayla.butler@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Powell Grantham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rabobank USA Financial Corporation**  represented by  **Andrew C. Nordahl**
*TERMINATED: 02/11/2022*                              (See above for address)
*ATTORNEY TO BE NOTICED*

**David James Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cooperatieve Rabobank U.A., N.Y.**    represented by  **Andrew C. Nordahl**
**Branch**                                            (See above for address)
*TERMINATED: 02/11/2022*                              *ATTORNEY TO BE NOTICED*

**David James Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Christine Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.)**                represented by   **Christopher E Ondeck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Alexander Casazza**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Arthur Eggers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Chuk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd J. Ohlms**
Proskauer Rose LLP
70 West Madison
Suite 3800
Chicago, IL 60602
(312) 962-3537
Fax: Active
Email: tohlms@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin G Cabral**
Proskauer Rose LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) 284-5611

Fax: Pro Hac Vice
Email: ccabral@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Marc Eric Rosenthal**
(See above for address)
*TERMINATED: 01/09/2024*

**Tabitha Joy De Paulo**
Kirkland & Ellis LLP
609 Main Street
Houston, TX 77002
(713) 836-3361
Fax: Not a member
Email: tabitha.atkin@skadden.com
*TERMINATED: 04/07/2023*

**Defendant**

**Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division))**      represented by      **Christopher E Ondeck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Alexander Casazza**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Arthur Eggers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Chuk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd J. Ohlms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin G Cabral**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Colin G. Cabral**
Proskauer Rose Llp
One International Place
Boston, MA 02110
(617) 526-9600
Fax: Pro Hac Vice
Email: ccabral@proskauer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Marc Eric Rosenthal**
(See above for address)
*TERMINATED: 01/09/2024*

**Shawn S Ledingham , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tabitha Joy De Paulo**
(See above for address)
*TERMINATED: 04/07/2023*

<u>Defendant</u>

**Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division))**     represented by     **Christopher E Ondeck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Alexander Casazza**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Arthur Eggers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Chuk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd J. Ohlms**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin G Cabral**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin G. Cabral**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Marc Eric Rosenthal**
(See above for address)
*TERMINATED: 01/09/2024*

**Shawn S Ledingham , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tabitha Joy De Paulo**
(See above for address)
*TERMINATED: 04/07/2023*

**Defendant**

**Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division))**

represented by **Christopher E Ondeck**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kyle Alexander Casazza**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Arthur Eggers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Chuk**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd J. Ohlms**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin G Cabral**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Colin G. Cabral**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel E. Laytin**
(See above for address)
*TERMINATED: 04/07/2023*

**Marc Eric Rosenthal**
(See above for address)
*TERMINATED: 01/09/2024*

**Shawn S Ledingham , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tabitha Joy De Paulo**
(See above for address)
*TERMINATED: 04/07/2023*

**Defendant**

**Pilgrim's Pride Corporation**                    represented by **Carl William Spilly**
Quinn Emanuel Urquhart & Sullivan
1300 I St NW
Suite 900
Washington, DC 20005
(202) 538-8277
Fax: Pro Hac Vice
Email: carlspilly@quinnemanuel.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Isabelle L. Sun**
Quinn Emanuel Urquhart & Sullivan
1300 I Street NW
Suite 900
Washington, DC 20005
(202) 538-8363
Fax: Pro Hac Vice
Email: isabellesun@quinnemanuel.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Domenic Bonanno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher G. Michel**
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW
Suite 900
Washington, DC 20005
(202) 538-8000
Fax: Pro Hac Vice
Email:
christophermichel@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew K. Wasserman**
Quinn Emanuel Urquhart & Sullivan, Llp
1300 I St. Nw
Suite 900
Washington, DC 20005
(202) 538-8000
Fax: Not a member
Email:
matthewwasserman@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Track 1 Defendants**

**Defendant**
**Rabobank US Financial Corporation**

**Defendant**
**Rabo Agrifinance LLC**

**Defendant**
**UTRECHT-AMERICA HOLDINGS, INC**

**Defendant**
**UTRECHT-AMERICA FINANCE CO.**

V.

**Respondent**

**R.W. Zant Co.**                          represented by **Joshua Erik Bidzinski**
                                                          Swanson, Martin & Bell, Llp

330 N. Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
Fax: Not a member
Email: jbidzinski@smbtrials.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shera D. Wiegler**
Swanson, Martin & Bell, LLP
330 N Wabash Ave
Ste 3300
Chicago, IL 60611
(312) 321-9100
Fax: Not a member
Email: swiegler@smbtrials.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Glaz LLC**                                represented by   **Michael Thomas Layden ,**
Croke Fairchild Duarte & Beres LLC
Illinois
191 N. Wacker Dr.
31st Floor
60606
Chicago, IL 60606
312-641-0881
Fax:
Email: mlayden@crokefairchild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Prendergast**
Croke, Fairchild, Duarte & Beres, LLC
191 N. Wacker Drive
31st Floor
Chicago, IL 60606
312-641-0881
Fax: Active
Email: rprendergast@crokefairchild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Posen Investments LP**                    represented by   **Michael Thomas Layden ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Prendergast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

Kenosha Investments LP                    represented by **Michael Thomas Layden ,**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Richard J. Prendergast**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**deponent**

The NPD Group, Inc

**deponent**

William Wade Lovette                      represented by **John Anderson Fagg , Jr.**
                                          Moore & Van Allen PLLC
                                          100 N. Tryon Street
                                          Suite 4700
                                          Charlotte, NC 28202
                                          (704) 331-1000
                                          Fax: Pro Hac Vice
                                          Email: johnfagg@mvalaw.com
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Mason N. Floyd**
                                          Clark Hill PLC
                                          130 East Randolph Street
                                          Suite 3900
                                          Chicago, IL 60601
                                          (312) 985-5900
                                          Fax: Active
                                          Email: mfloyd@clarkhill.com
                                          *ATTORNEY TO BE NOTICED*

                                          **Timothy Robert Herman**
                                          Clark Hill PLC
                                          130 E. Randolph St.
                                          Suite 3900
                                          Chicago, IL 60601
                                          (312) 985-5950
                                          Fax: Active
                                          Email: therman@clarkhill.com
                                          *ATTORNEY TO BE NOTICED*

**Service List**                          represented by **David C. Eddy**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Matthew P. Mccahill**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam A Hachikian**
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
312-224-1200
Fax: Active
Email: ahachikian@foxswibel.com
*TERMINATED: 01/05/2022*
*ATTORNEY TO BE NOTICED*

**Maura R. Grossman**
Maura Grossman Law
Suite 1400, #233
50 Fountain Plaza
Buffalo, NY 14202
(212) 861-8097
Fax: Pro Hac Vice
Email: maura.grossman@uwaterloo.ca
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick John Ahern**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachael Cecelia Brennan Blackburn**
(See above for address)
*TERMINATED: 11/26/2024*

**Robert M. Andalman**
(See above for address)
*TERMINATED: 11/26/2024*

**Ryan Manion**
Latimer Levay Fyock LLC
55 W Monroe Street
Suite 1100
Chicago, IL 60603
312-667-1361
Email: rmanion@llflegal.com
*TERMINATED: 01/21/2022*

V.

**Amicus**

| | | |
|---|---|---|
| **Hamilton Lincoln Law Institute's Center For Class Action Fairness** | represented by | **M. Frank Bednarz**<br>Hamilton Lincoln Law Institute<br>2713 S. Bonfield St.<br>60608<br>Chicago, IL 60608<br>801-706-2690<br>Email: frank.bednarz@hlli.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**

| | | |
|---|---|---|
| **Gerber's Poultry, Inc.** | represented by | **Emily Collins Fess**<br>Benesch Friedlander Coplan & Aronoff LLP<br>333 W. Wacker Dr.<br>Suite 1900<br>Chicago, IL 60606<br>(312) 624-6326<br>Fax: Not a member<br>Email: efess@beneschlaw.com<br>*TERMINATED: 01/04/2019*<br>*LEAD ATTORNEY* |
| | | **Charles B. Leuin**<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>71 S. Wacker Drive<br>Suite 1600<br>Chicago, IL 60606<br>(312) 212.4949<br>Fax: Active<br>Email: cleuin@beneschlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Shamrock Foods Company** | represented by | **Andrew Peter Bleiman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ilana Drescher**<br>Hammond Law PC<br>1201 Pacific Ave.<br>Suite 600<br>Tacoma, WA 98402<br>310-807-1666<br>Fax: 310-295-2385<br>Email: idrescher@hammondlawpc.com<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Jerry R Goldsmith**
Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue
2300
Miami, FL 33131
(305) 350-7275
Fax: Pro Hac Vice
Email: jgoldsmith@bilzin.com
*TERMINATED: 01/29/2021*
*PRO HAC VICE*

**Joshua Goldberg**
Patzik, Frank & Samotny Ltd.
200 S. Wacker Drive
Ste. 2700
Chicago, IL 60606
312-205-4418
Email: jgoldberg@pfs-law.com
*TERMINATED: 01/31/2020*

**Lori P Lustrin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Ian Fishbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Turken**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott N Wagner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Christopher Moeller**
Carpenter Lipps LLP
180 N. LaSalle Street
Ste. 2105
Chicago, IL 60601
312-777-4826
Email: moeller@carpenterlipps.com

**Movant**

**United Food Service, Inc.**                 represented by **Colleen Ann Harrison**
(See above for address)
*TERMINATED: 02/28/2025*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Peter Bleiman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ilana Drescher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jerry R Goldsmith**
(See above for address)
*TERMINATED: 01/29/2021*
*PRO HAC VICE*

**Joshua Goldberg**
(See above for address)

**Lori P Lustrin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Ian Fishbein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Turken**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott N Wagner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Christopher Moeller**
(See above for address)
*TERMINATED: 01/31/2020*

**Movant**

**Porky Products, Inc.**                   represented by **Ariel Schepers Wilson**
                                           Riley Safer Holmes & Cancila LLP
                                           2723 South State Street
                                           Suite 150
                                           Ann Arbor, MI 48104
                                           734-773-4914
                                           Fax: 734-773-4901
                                           Email: AWilson@rshc-law.com
                                           *TERMINATED: 11/21/2019*

**Edward Francis Malone**
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312)984-3100
Fax: Active
Email: edward.malone@bfkn.com
*ATTORNEY TO BE NOTICED*

**JORDAN DEREK WEINREICH**
Sherman Wells Sylvester & Stamelman LLP
210 Park Avenue
2nd Floor
Florham Park, NJ 07932
(973) 302-9695
Fax: Pro Hac Vice
Email: jweinreich@shermanwells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shermin Kruse**
Barack, Ferrazzano, Kirschbaum, Perlman
& Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606
(312) 984-3100
Fax: Not a member
Email: shermin.kruse@bfkpn.com
*TERMINATED: 10/03/2019*

**Movant**

**Quirch Foods, LLC, f/k/a Quirch Foods Co.**          represented by **Abigail Grieco Corbett**
(See above for address)
*TERMINATED: 03/02/2023*
*PRO HAC VICE*

**Carlos Juan Canino**
(See above for address)
*TERMINATED: 03/02/2023*
*PRO HAC VICE*

**Jay Brian Shapiro**
(See above for address)
*TERMINATED: 03/02/2023*
*PRO HAC VICE*

**Samuel Olds Patmore**
(See above for address)
*TERMINATED: 03/02/2023*
*PRO HAC VICE*

**Movant**

**Amigos Meat Distributors, LP**

**Movant**

**Amigos Meat & Poultry, LLC**

**Movant**

**Amigos Meat Distributors East, LP**

**Movant**

**Amigos Meat Distributors West, LP**

**Movant**

**The Golub Corporation**

**Movant**

**Latina Boulevard Foods, LLC**

**Movant**

**The Distribution Group, Inc. (d/b/a Van
Eerden Foodservice Company)**

**Movant**

**Supply Management Services**

**Movant**

**Jayson Penn**                          represented by  **Anna Pletcher**
                                         O'Melveny & Myers LLP
                                         Two Embarcadero Center
                                         28th Floor
                                         San Francisco, CA 94111-3823
                                         (415) -0984
                                         Fax: Pro Hac Vice
                                         Email: apletcher@omm.com
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Brian Patrick Quinn**
                                         O''Melveny & Myers LLP
                                         1625 I Street NW
                                         Washington, DC 20006
                                         (202) 383-5300
                                         Fax: Pro Hac Vice
                                         Email: bquinn@omm.com
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Kevin Buckley Duff**
                                         Rachlis Duff & Peel, LLC
                                         542 South Dearborn Street

Suite 4005
Chicago, IL 60605
(312) 733-3950
Fax: Active
Email: kduff@rdaplaw.net
*ATTORNEY TO BE NOTICED*

**Movant**

**Shiyang Huang**                          represented by **Shiyang Huang**
2800 SW Engler Ct
Topeka, KS 66614
314-669-1858
Email: defectivesettlement@gmail.com
PRO SE

**Movant**

**Glaz LLC**                               represented by **Michael Thomas Layden**
Croke Fairchild Duarte & Beres LLC
Illinois
191 N. Wacker Dr.
31st Floor
60606
Chicago, IL 60606
312-641-0881
Email: mlayden@crokefairchild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Prendergast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Posen Investments LP**                   represented by **Michael Thomas Layden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Prendergast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Kenosha Investments LP**                 represented by **Michael Thomas Layden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Prendergast**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Glaz LLC**                                   represented by   **Michael Thomas Layden**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*


V.

**Intervenor**

**United States of America**                   represented by   **Carolyn M Sweeney**
                                                                United States Department of Justice,
                                                                Antitrust Division
                                                                450 5th Street NW
                                                                Sutie 11000
                                                                Washington, DC 20530
                                                                (202) 598-8685
                                                                Fax: Pro Hac Vice
                                                                Email: carolyn.sweeney@usdoj.gov
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Heather Diefenbach Call**
                                                                U.S. Department of Justice
                                                                Antitrust Division, Washington Criminal II
                                                                Section
                                                                450 Fifth Street, NW
                                                                Washington, DC 20530
                                                                (202) 598-2623
                                                                Fax: US Govt Attorney
                                                                Email: heather.call@usdoj.gov
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael Thomas Koenig**
                                                                U.S. Department of Justice
                                                                Antitrust Division
                                                                450 Fifth Street, N.W.
                                                                Suite 4034
                                                                Washington, DC 20530
                                                                202 616 2165
                                                                Fax: US Govt Attorney
                                                                Email: michael.koenig@usdoj.gov
                                                                *TERMINATED: 06/11/2024*

                                                                **Paul John Torzilli**
                                                                United States Department of Justice,
                                                                Antitrust Division
                                                                450 Fifth Street, NW
                                                                Washington, DC 20530
                                                                (202) 297-6340
                                                                Fax: US Govt Attorney

Email: Paul.Torzilli@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Jayson Penn**                          represented by   **Anna Pletcher**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brian Patrick Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael F Tubach**
                                                          O'Melveny & Myers LLP
                                                          2 Embarcadero Center
                                                          28th Floor
                                                          San Francisco, CA 94111
                                                          (415) 984-8700
                                                          Fax: Pro Hac Vice
                                                          Email: mtubach@omm.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin Buckley Duff**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Intervenor**

**Timothy Stiller**                      represented by   **Kristen Michelle Frost**
                                                          Taft Stettinius & Hollister LLP
                                                          675 Fifteenth Street
                                                          Ste 2300
                                                          Denver, CO 80202
                                                          303-297-2900
                                                          Fax: 303-298-0940
                                                          Email: kfrost@taftlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick Ridley**
                                                          Ridley McGreevy & Winocur PC
                                                          303 16th Street
                                                          Suite 200
                                                          Denver, CO 80202
                                                          (303) 629-9700
                                                          Fax: Pro Hac Vice
                                                          Email: ridley@ridleylaw.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**William P. Murphy**
William P. Murphy & Associates
53 W. Jackson Blvd.
Suite 1615
Chicago, IL 60604
(312) 697-0022
Fax: Active
Email: defendermurphy@gmail.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
**Tyson Breeders, Inc.**

**ThirdParty Plaintiff**
**Tyson Foods, Inc.**

**ThirdParty Plaintiff**
**Tyson Chicken, Inc.**

**ThirdParty Plaintiff**
**Tyson Poultry, Inc.**

V.

**Third Party Defendant**

**Burford Capital LLC**                    represented by    **Alejandra Avila**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared M Stehle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Collin R. White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen W. Hickey**
(See above for address)
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

**Mary Charlotte G. Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Travis G. Edwards**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Tyson Breeders, Inc.**

**Counter Claimant**

**Tyson Foods, Inc.**

**Counter Claimant**

**Tyson Chicken, Inc.**

**Counter Claimant**

**Tyson Poultry, Inc.**

V.

**Counter Defendant**

**Carina Ventures LLC**                represented by  **Alejandra Avila**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher A Seeger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Collin R. White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek T. Ho**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jared M Stehle**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Scullion**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mark C. Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Charlotte Y. Carroll**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis G. Edwards**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dustin G. Graber**
(See above for address)
*TERMINATED: 05/19/2025*

**Kathleen W. Hickey**
(See above for address)
*TERMINATED: 07/01/2025*
*PRO HAC VICE*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2016 | 1 | COMPLAINT filed by Maplevale Farms, Inc.; Jury Demand. Filing fee $ 400, receipt number 0752-12325046.(Hart, Steven) (Entered: 09/02/2016) |
| 09/02/2016 | 2 | CIVIL Cover Sheet (Hart, Steven) (Entered: 09/02/2016) |
| 09/02/2016 | 3 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Steven Alan Hart (Hart, Steven) (Entered: 09/02/2016) |
| 09/02/2016 | 4 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Brian H Eldridge (Eldridge, Brian) (Entered: 09/02/2016) |
| 09/02/2016 | 5 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Benjamin Michael Shrader (Shrader, Benjamin) (Entered: 09/02/2016) |
| 09/02/2016 | 6 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Kyle Pozan (Pozan, Kyle) (Entered: 09/02/2016) |
| 09/02/2016 | | CASE ASSIGNED to the Honorable Thomas M. Durkin. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. (jn, ) (Entered: 09/02/2016) |
| 09/06/2016 | 7 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12331052. (Bruckner, W.) (Entered: 09/06/2016) |
| 09/06/2016 | 8 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12331121. (Silton, Heidi) (Entered: 09/06/2016) |
| 09/06/2016 | 9 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12331160. (Odette, Elizabeth) (Entered: 09/06/2016) |

| 09/06/2016 | 10 | MOTION for Leave to Appear Pro Hac Vice Filing fee $50, receipt number 0752-12331190. (Clark, Brian) (Entered: 09/06/2016) |
|---|---|---|
| 09/07/2016 | 11 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's applications to appear pro hac vice 7 8 9 10 are granted. Attorneys Brian D. Clark,Elizabeth R. Odette,Heidi M. Silton, and W. Joseph Bruckner for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 09/07/2016) |
| 09/07/2016 | 12 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by W. Joseph Bruckner (Bruckner, W.) (Entered: 09/07/2016) |
| 09/07/2016 | 13 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Heidi M. Silton (Silton, Heidi) (Entered: 09/07/2016) |
| 09/07/2016 | 14 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Elizabeth R. Odette (Odette, Elizabeth) (Entered: 09/07/2016) |
| 09/07/2016 | 15 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Brian D. Clark (Clark, Brian) (Entered: 09/07/2016) |
| 09/07/2016 | | SUMMONS Issued as to Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc., Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (pg, ) (Entered: 09/07/2016) |
| 09/09/2016 | | SUMMONS Issued as to Defendant George's Inc. (pg, ) (Entered: 09/09/2016) |
| 09/09/2016 | | SUMMONS Issued as to Defendant Tyson Foods, Inc. (pg, ) (Entered: 09/09/2016) |
| 09/13/2016 | | SUMMONS Issued as to Defendant Tyson Poultry, Inc.(different address) (pg, ) (Entered: 09/13/2016) |
| 09/16/2016 | 16 | MOTION by Plaintiffs Daniel M. Percy, Gloria J. Lathen, Jonas Dimas to reassign case *The Percy Plaintiffs' Motion Pursuant to Local Rule 40.4 to Reassign Cases as Related* (Berman, Steve) (Entered: 09/16/2016) |
| 09/16/2016 | 17 | NOTICE of Motion by Steve W. Berman for presentment of motion to reassign case 16 before Honorable Thomas M. Durkin on 9/22/2016 at 09:00 AM. (Berman, Steve) (Entered: 09/16/2016) |
| 09/19/2016 | 18 | ATTORNEY Appearance for Plaintiffs Jonas Dimas, Gloria J. Lathen, Daniel M. Percy by Steve W. Berman (Berman, Steve) (Entered: 09/19/2016) |
| 09/19/2016 | 19 | ATTORNEY Appearance for Plaintiffs Jonas Dimas, Gloria J. Lathen, Daniel M. Percy by Elizabeth A. Fegan (Fegan, Elizabeth) (Entered: 09/19/2016) |
| 09/19/2016 | 20 | MOTION by Plaintiffs Maplevale Farms, Inc., John Gross and Company, Inc., Fargo Stopping Center LLC, Sargent's to reassign case *and for finding of relatedness* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Hart, Steven) (Entered: 09/19/2016) |
| 09/19/2016 | 21 | *and for finding of relatedness* NOTICE of Motion by Steven Alan Hart for presentment of motion to reassign case, 20 before Honorable Thomas M. Durkin |

| 09/21/2016 | 22 | ATTORNEY Appearance for Defendant Simmons Foods, Inc. by Lynn Hagman Murray (Murray, Lynn) (Entered: 09/21/2016) |
| 09/21/2016 | 23 | ATTORNEY Appearance for Defendant Simmons Foods, Inc. by Andrew M. Meerkins (Meerkins, Andrew) (Entered: 09/21/2016) |
| 09/21/2016 | 24 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc. by Daniel E. Laytin (Laytin, Daniel) (Entered: 09/21/2016) |
| 09/22/2016 | 25 | MINUTE entry before the Honorable Thomas M. Durkin:Motion hearing held on 9/22/2016 regarding Plaintiffs' motions to reassign cases based on relatedness, 20 16 . The parties' joint status report as to whether there is any objection to the motions is to be filed by 10/6/2016. Any objecting party has to 10/13/2016 in which to file a brief. Mailed notice (srn, ) (Entered: 09/22/2016) |
| 09/22/2016 | 26 | MOTION by Plaintiff Maplevale Farms, Inc.Appear Pro Hac Vice *Receipt #0752-12392702 $50.00* (Liebenberg, Roberta) (Entered: 09/22/2016) |
| 09/22/2016 | 27 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12393087. (Pessin, Adam) (Entered: 09/22/2016) |
| 09/22/2016 | 28 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Christa Cynthia Cottrell (Cottrell, Christa) (Entered: 09/22/2016) |
| 09/22/2016 | 29 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Martin Louis Roth (Roth, Martin) (Entered: 09/22/2016) |
| 09/23/2016 | 30 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 26 27 are granted. Roberta Liebenberg and Adam Pessin added for Maplevale Farms, Inc. Mailed notice (srn, ) (Entered: 09/23/2016) |
| 09/23/2016 | 31 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by Sondra A. Hemeryck (Hemeryck, Sondra) (Entered: 09/23/2016) |
| 09/23/2016 | 32 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Stacy L Pepper (Pepper, Stacy) (Entered: 09/23/2016) |
| 09/26/2016 | 33 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12399347. (Boehler, Kristy) (Entered: 09/26/2016) |
| 09/26/2016 | 34 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12399470. (Weeks, Gary) (Entered: 09/26/2016) |
| 09/26/2016 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12399537. (Tucker, K.C.) (Entered: 09/26/2016) |
| 09/26/2016 | 36 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Robert John McLaughlin (McLaughlin, Robert) (Entered: 09/26/2016) |
| 09/26/2016 | 37 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by George's Farms, Inc., George's Inc. (Hemeryck, Sondra) (Entered: 09/26/2016) |

| 09/26/2016 | 38 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 33 34 35 are granted. Attorney Kristy Elizabeth Boehler,Gary V Weeks, and K.C. Dupps Tucker for George's Farms, Inc. and George's Inc. added. Mailed notice (srn, ) (Entered: 09/26/2016) |
|---|---|---|
| 09/26/2016 | 39 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by Kristy Elizabeth Boehler (Boehler, Kristy) (Entered: 09/26/2016) |
| 09/26/2016 | 40 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by Gary V Weeks (Weeks, Gary) (Entered: 09/26/2016) |
| 09/26/2016 | 41 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by K.C. Dupps Tucker (Tucker, K.C.) (Entered: 09/26/2016) |
| 09/27/2016 | 42 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12404541. *(for George's Inc. and George's Farms, Inc.)* (Greene, William) (Entered: 09/27/2016) |
| 09/27/2016 | 43 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12405488. (Shnider, Ruth) (Entered: 09/27/2016) |
| 09/27/2016 | 44 | MOTION by Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. Motion of All Direct Purchaser Plaintiffs to Appoint Interim Co-Lead and Liaison Class Counsel (Attachments: # 1 Declaration of W. Joseph Bruckner, # 2 Declaration of Bruce L. Simon, # 3 Declaration of Steven A. Hart)(Hart, Steven) (Entered: 09/27/2016) |
| 09/27/2016 | 45 | *Motion of All Direct Purchaser Plaintiffs to Appoint Interim Co-Lead and Liaison Class Counsel* NOTICE of Motion by Steven Alan Hart for presentment of motion for miscellaneous relief, 44 before Honorable Thomas M. Durkin on 10/5/2016 at 09:00 AM. (Hart, Steven) (Entered: 09/27/2016) |
| 09/27/2016 | 46 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Patrick Joseph Fitzgerald (Fitzgerald, Patrick) (Entered: 09/27/2016) |
| 09/27/2016 | 47 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 42 43 are granted. Attorney Ruth S. Shnider and William L. Greene for George's Farms, Inc. and George's Inc. added. Mailed notice (srn, ) (Entered: 09/27/2016) |
| 09/28/2016 | 48 | TRANSCRIPT OF PROCEEDINGS held on 9/22/16 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/19/2016. Redacted Transcript Deadline set for 10/31/2016. Release of Transcript Restriction set for 12/27/2016. (Renke, Laura) (Entered: 09/28/2016) |
| 09/28/2016 | 49 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12409186. (Hemenway, Zachary) (Entered: 09/28/2016) |

| 09/28/2016 | 50 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 49 is granted; Attorney Zachary H Hemenway for George's Farms, Inc. and George's Inc. added. Mailed notice (srn, ) (Entered: 09/28/2016) |
|---|---|---|
| 09/28/2016 | 51 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 09/28/2016) |
| 09/29/2016 | 52 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12413585. (Nussbaum, Linda) (Entered: 09/29/2016) |
| 09/29/2016 | 53 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 52 is granted; Attorney Linda P. Nussbaum for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 09/29/2016) |
| 09/29/2016 | 54 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12414725. (Bershteyn, Boris) (Entered: 09/29/2016) |
| 09/29/2016 | 55 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by William L. Greene (Greene, William) (Entered: 09/29/2016) |
| 09/29/2016 | 56 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12415088. (Auld, Sam) (Entered: 09/29/2016) |
| 09/29/2016 | 57 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 54 56 are granted; Attorneys Boris Bershteyn and Sam Auld for Peco Foods, Inc. added. Mailed notice (srn, ) (Entered: 09/29/2016) |
| 09/29/2016 | 58 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12418466. (Simon, Bruce) (Entered: 09/29/2016) |
| 09/29/2016 | 59 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12418485. (Sheanin, Aaron) (Entered: 09/29/2016) |
| 09/29/2016 | 60 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12418497. (Pearson, Michael) (Entered: 09/29/2016) |
| 09/30/2016 | 61 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Boris Bershteyn (Bershteyn, Boris) (Entered: 09/30/2016) |
| 09/30/2016 | 62 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Sam Auld (Auld, Sam) (Entered: 09/30/2016) |
| 10/01/2016 | 63 | ATTORNEY Appearance for Defendant Perdue Farms, Inc. by Kirstin Beth Ives (Ives, Kirstin) (Entered: 10/01/2016) |
| 10/03/2016 | 64 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Kristen J. Mcahren (Mcahren, Kristen) (Entered: 10/03/2016) |
| 10/03/2016 | 65 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12424946. (Gidley, John) (Entered: 10/03/2016) |
| 10/03/2016 | 66 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12424998. (Carney, Peter) (Entered: 10/03/2016) |
| 10/03/2016 | 67 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12425035. (Milne, Robert) (Entered: 10/03/2016) |

| 10/03/2016 | 68 | MOTION for Leave to Appear Pro Hac Vice Filing fee $50, receipt number 0752-12425083. (Suggs, David) (Entered: 10/03/2016) |
|---|---|---|
| 10/03/2016 | 69 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Gidley, John) (Entered: 10/03/2016) |
| 10/03/2016 | 70 | ATTORNEY Appearance for Defendant Perdue Farms, Inc. by James Douglas Baldridge (Baldridge, James) (Entered: 10/03/2016) |
| 10/03/2016 | 71 | ATTORNEY Appearance for Defendant Fieldale Farms Corporation by Brendan J. Healey (Healey, Brendan) (Entered: 10/03/2016) |
| 10/03/2016 | 72 | STIPULATION *OF THE PARTIES REGARDING RELATEDNESS, REASSIGNMENT, AND INITIAL CASE MANAGEMENT DEADLINES* (Hart, Steven) (Entered: 10/03/2016) |
| 10/04/2016 | 73 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 65 66 67 68 are granted; Attorneys David H Suggs, Peter J. Carney, Robert A. Milne, and J. Mark Gidley for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., and Tyson Poultry, Inc. added. Mailed notice (srn, ) (Entered: 10/04/2016) |
| 10/04/2016 | 74 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Fieldale Farms Corporation (Healey, Brendan) (Entered: 10/04/2016) |
| 10/04/2016 | 75 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by Ruth S. Shnider (Shnider, Ruth) (Entered: 10/04/2016) |
| 10/04/2016 | 76 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 58 59 60 are granted. Attorneys Bruce Simon, Aaron Sheanin, and Michael H. Pearson added for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 10/04/2016) |
| 10/04/2016 | 77 | MOTION by Plaintiffs Dorothy Monohan, Frank Coe, Lester Patterson, Dorothy Monahan, Pamela Tierney, Linda Cheslow, Natalie Wilbur for joinder *Notice of Monahan Plaintiffs' Joinder in the Percy Plaintiffs' Motion Pursuant to Local Rule 40.4 to Reassign Cases as Related* (Attachments: # 1 Exhibit 1 - Complaint (16-cv-09490))(Berman, Steve) (Entered: 10/04/2016) |
| 10/04/2016 | 78 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Christopher S. Moore (Moore, Christopher) (Entered: 10/04/2016) |
| 10/04/2016 | 79 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Stephen Novack (Novack, Stephen) (Entered: 10/04/2016) |
| 10/04/2016 | 80 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to George's Farms, Inc. on 9/20/2016, answer due 10/11/2016. (Bruckner, W.) (Docket Text Modified by Clerk's Office) Modified on 10/5/2016 (pk,). (Entered: 10/04/2016) |
| 10/04/2016 | 81 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to George's Inc. on 9/20/2016, answer due 10/11/2016. (Bruckner, W.) (Docket Text Modified by Clerk's Office) Modified on 10/5/2016 (pk,). (Entered: 10/04/2016) |
| 10/04/2016 | 82 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to JCG Foods of Alabama, LLC on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/04/2016) |

| 10/04/2016 | 83 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to JCG Foods of Georgia, LLC on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 84 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Koch Foods, Inc. on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 85 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Koch Meats Co., Inc. on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 86 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Peco Foods, Inc. on 9/20/2016, answer due 10/11/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 87 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Stephen J. Siegel (Siegel, Stephen) (Entered: 10/04/2016) |
| 10/04/2016 | 88 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Perdue Farms, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 89 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Pilgrim's Pride Corporation on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 90 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Sanderson Farms, Inc. (Foods Division) on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 91 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Sanderson Farms, Inc. (Processing Division) on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 92 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Sanderson Farms, Inc. (Production Division) on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 93 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Sanderson Farms, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 94 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Simmons Foods, Inc. on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 95 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Wayne Farms, LLC on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/04/2016) |
| 10/04/2016 | 96 | NOTICE by John Gross and Company, Inc., Maplevale Farms, Inc. *of Filing Various Notices of Joinder In Motion of All Direct Purchaser Plaintiffs to Appoint Interim Co-Lead and Liaison Class Counsel* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hart, Steven) (Entered: 10/04/2016) |
| 10/04/2016 | 97 | STIPULATION *Stipulation Regarding the Process and Deadlines for Lead and Liaison Counsel Applications in the Related Cases* (Berman, Steve) (Entered: 10/04/2016) |
| 10/04/2016 | 98 | ATTORNEY Appearance for Defendant Wayne Farms, LLC by Marc Eric Rosenthal (Rosenthal, Marc) (Entered: 10/04/2016) |

| 10/05/2016 | 99 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12435425. (Ondeck, Christopher) (Entered: 10/05/2016) |
|---|---|---|
| 10/05/2016 | 100 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 10/05/2016) |
| 10/05/2016 | 108 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to reassign case and for finding of relatedness 20 is granted. Monahan plaintiffs' motion for joinder in the Percy plaintiffs' motion pursuant to Local Rule 40.4 to reassign case as related 77 is granted. Percy plaintiffs' motion to reassign case pursuant to Local Rule 40.4 16 is granted. This Court finds that case numbers 16 C 8737 pending before the Honorable Judge Bucklo, 16 C 8851 pending before the Honorable Robert M. Dow, 16 C 8874 pending before the Honorable Robert W. Gettleman, 16 C 8931 pending before the Honorable Samuel Der-Yeghiayan, 16 C 9007 pending before the Honorable Manish S. Shah, 16 C 9490 pending before the Honorable Edmond E. Chang, and 16 C 9421 pending before the Honorable Andrea R. Wood are all related to case 16 C 8637. Motion hearing held on 10/5/2016. Plaintiff's motion to appoint interim co-lead and liaison class counsel 44 is entered and continued. The filing of responsive pleadings is deferred. Status hearing set for 10/21/2016 at 09:30 AM.Mailed notice (srn, ) (Entered: 10/06/2016) |
| 10/06/2016 | 101 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12438893. (Marks, Max) (Entered: 10/06/2016) |
| 10/06/2016 | 102 | TRANSCRIPT OF PROCEEDINGS held on 10/5/16 before the Honorable Thomas M. Durkin. Motion hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 10/27/2016. Redacted Transcript Deadline set for 11/7/2016. Release of Transcript Restriction set for 1/4/2017. (Renke, Laura) (Entered: 10/06/2016) |
| 10/06/2016 | 103 | ATTORNEY Appearance for Defendant House of Raeford Farms, Inc. by Gregory Gene Wrobel (Wrobel, Gregory) (Entered: 10/06/2016) |
| 10/06/2016 | 104 | ATTORNEY Appearance for Defendant House of Raeford Farms, Inc. by Michael James Waters (Waters, Michael) (Entered: 10/06/2016) |
| 10/06/2016 | 105 | ATTORNEY Appearance for Defendant Wayne Farms, LLC by Peter Duffy Doyle (Doyle, Peter) (Entered: 10/06/2016) |
| 10/06/2016 | 106 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12440089. (Adrian, Fontecilla) (Entered: 10/06/2016) |
| 10/06/2016 | 107 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12440113. (Chuk, Stephen) (Entered: 10/06/2016) |
| 10/06/2016 | 109 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 99 101 107 are granted. Attorney Max Paul Marks for Fieldale |

| | | Farms Corporation, and Stephen R. Chuk and Christopher Onderko for Wayne Farms, LLC added. Mailed notice (srn, ) (Entered: 10/06/2016) |
|---|---|---|
| 10/06/2016 | 110 | ATTORNEY Appearance for Plaintiff Fargo Stopping Center LLC by Thomas Arthur Doyle *and Attorney Appearance for Plaintiff Sargent's and Plaintiff Don Chavas Mexican Restaurant Inc.* (Doyle, Thomas) (Entered: 10/06/2016) |
| 10/07/2016 | 111 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12444048. (williams, valarie) (Entered: 10/07/2016) |
| 10/07/2016 | 112 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12445173. (Jones, Henry) (Entered: 10/07/2016) |
| 10/07/2016 | 113 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 10/07/2016) |
| 10/07/2016 | 114 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Peco Foods, Inc. (Fitzgerald, Patrick) (Entered: 10/07/2016) |
| 10/07/2016 | 115 | MOTION by Plaintiff Bodega Brew Pub, Inc. to reassign case *pursuant to local rule 40.4* (Attachments: # 1 Exhibit)(Zemans, Daniel) (Entered: 10/07/2016) |
| 10/07/2016 | 116 | MOTION for Appointment of Gustafson Gluek PLLC and Cotchett, Pitre & McCarthy, LLP as Interim Class Counsel and Wexler Wallace LLP as Liaison Counsel for Indirect Purchaser Plaintiffs by Fargo Stopping Center LLC, Maplevale Farms, Inc., Sargent's (Attachments: # 1 Declaration of Daniel E. Gustafson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Declaration of Steven N. Williams, # 8 Exhibit A)(Doyle, Thomas) Modified on 10/11/2016 (Docket Text Modified by Clerk's Office)(pk, ). (Entered: 10/07/2016) |
| 10/07/2016 | 117 | MOTION by Plaintiffs Dorothy Monahan, Daniel M. PercyApplication for Appointment of Steve W. Berman of Hagens Berman and Kit Pierson of Cohen Milstein as Co-Lead Counsel for the End-User Consumer Class (Attachments: # 1 Exhibit Ex. A Hagens Berman Resume, # 2 Exhibit Cohen Milstein Resume, # 3 Exhibit Trial Presentation re Pass-Through)(Berman, Steve) (Entered: 10/07/2016) |
| 10/10/2016 | 118 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12448794. (Miller, Brian) (Entered: 10/10/2016) |
| 10/11/2016 | 119 | NOTICE of Correction regarding docket entry 116 . (pk,) (Entered: 10/11/2016) |
| 10/11/2016 | 120 | MEMORANDUM motion for miscellaneous relief,, 116 by Don Chavas Mexican Restaurant, Inc. *In Support of the Motion for Appointment of Gustafson Gluek PLLC and Cotchett Pitre and McCarthy LLP as Interim Class Counsel and Wexler Wallace LLP as Liaison Counsel for Indirect Purchaser Plaintiffs* (Doyle, Thomas) (Entered: 10/11/2016) |
| 10/11/2016 | 121 | RESPONSE by Dorothy Monahan, Daniel M. Percyin Support of MOTION by Plaintiffs Dorothy Monahan, Daniel M. PercyApplication for Appointment of Steve W. Berman of Hagens Berman and Kit Pierson of Cohen Milstein as Co-Lead Counsel for the End-User Consumer Class 117 (Attachments: # 1 Exhibit Ex. A Transcript of Proceedings in In re Capacitators Antitrust Litig., # 2 Exhibit Ex. B Order Appointing Interim Co-Lead and Liaison Counsel in In re Automotive Wire Harness Systems Antitrust Litig., # 3 Exhibit Ex. C Notice of Voluntary Dismissal of end users claims in In re Capacitators Antitrust Litig.) (Berman, Steve) (Entered: 10/11/2016) |

| 10/11/2016 | 122 | RESPONSE by Fargo Stopping Center LLCin Support of MOTION 116 and *Response by Sargent's, Abraham Drucker, Ilana Harwayne-Gidansky, Sabrina Majernik, and Christopher Nelson in Support of the Motion for Appointment of Gustafson Gluek PLLC and Cotchett Pitre & McCarthy LLP as Interim Lead Counsel and Wexler Wallace LLP as Liaison Counsel for Indirect Purchaser Plaintiffs* (Doyle, Thomas) (Entered: 10/11/2016) |
|---|---|---|
| 10/11/2016 | 123 | ATTORNEY Appearance for Plaintiff Bodega Brew Pub, Inc. by Daniel Zemans (Zemans, Daniel) (Entered: 10/11/2016) |
| 10/11/2016 | 124 | RESPONSE by Bodega Brew Pub, Inc.in Support of MOTION 116 (Zemans, Daniel) (Entered: 10/11/2016) |
| 10/11/2016 | 129 | MINUTE entry before the Honorable Thomas M. Durkin:Bodega Brew Pub's motion to reassign case 16 C 9589 as related 115 is granted.Mailed notice (srn, ) (Entered: 10/12/2016) |
| 10/12/2016 | 125 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12455018. (Hatcher, Roger) (Entered: 10/12/2016) |
| 10/12/2016 | 126 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 118 125 are granted; Attorney Roger Brent Hatcher, Jr. and Brian Parker Miller for Fieldale Farms Corporation added. Mailed notice (srn, ) (Entered: 10/12/2016) |
| 10/12/2016 | 127 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 112 is granted; Attorney Henry W. Jones, Junio for House of Raeford Farms, Inc. added. Mailed notice (srn, ) (Entered: 10/12/2016) |
| 10/12/2016 | 128 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 111 is granted; Valarie C. Williams for Fieldale Farms Corp. added. Mailed notice (srn, ) (Entered: 10/12/2016) |
| 10/12/2016 | 130 | ORDER: Attorney Adrian Fontecilla is granted leave to appear pro hac vice on behalf of defendant Wayne Farms, LLC. 106 . Signed by the Honorable Thomas M. Durkin on 10/12/2016. Mailed notice. (pk,) (Entered: 10/12/2016) |
| 10/12/2016 | 131 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Fieldale Farms Corporation on 9/19/2016, answer due 10/10/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 132 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Foster Farms, LLC on 9/19/2016, answer due 10/10/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 133 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to House of Raeford Farms, Inc. on 9/20/2016, answer due 10/11/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 134 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Mountainaire Farms, Inc. on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 135 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Mountainaire Farms, LLC on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 136 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Mountainaire Farms of Delaware, Inc. on 9/15/2016, answer due 10/6/2016. (Bruckner, W.) (Entered: 10/12/2016) |

| 10/12/2016 | 137 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Tyson Breeders, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| --- | --- | --- |
| 10/12/2016 | 138 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Tyson Chicken, Inc. on 9/19/2016, answer due 10/10/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 139 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Tyson Foods, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/12/2016 | 140 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to Tyson Poultry, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 10/12/2016) |
| 10/13/2016 | 141 | MOTION by Plaintiff Maplevale Farms, Inc. to reassign case *and for finding of relatedness* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hart, Steven) (Entered: 10/13/2016) |
| 10/14/2016 | 142 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to reassign case 16 C 9684, pending on the calendar of Judge John Z. Lee, as related to 16 C 8637 141 is granted. Mailed notice (srn, ) (Entered: 10/14/2016) |
| 10/14/2016 | 143 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12467180. (Foley, Danielle) (Entered: 10/14/2016) |
| 10/14/2016 | 144 | ORDER: For the foregoing reasons, the (1) Motion of All Direct Purchaser Plaintiffs To Appoint Interim Co-Lead and Liaison Class Counsel, R. 44 , is granted; (2) the Motion for Appointment of Gustafson Gluek PLLC and Cotchett, Pitre & McCarthy, LLP as Interim Class Counsel, and Wexler Wallace LLP as Liaison Counsel For Indirect Purchaser Plaintiffs, R. 116 , is granted; and (3) the Application For Appointment Of Steve W. Berman of Hagens Berman Sobol Shapiro LLP and Kit A. Pierson of Cohen Milstein Sellers & Toll PLLC As Co-Lead Counsel For The Indirect Purchaser Consumer Class, R. 117 , is denied. Signed by the Honorable Thomas M. Durkin on 10/14/2016:Mailed notice(srn, ) (Entered: 10/14/2016) |
| 10/17/2016 | 145 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12469281. (Fales, Lisa) (Entered: 10/17/2016) |
| 10/17/2016 | 146 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12469597. (Blanchfield, Garrett) (Entered: 10/17/2016) |
| 10/17/2016 | 147 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12469670. (Reinhardt, Mark) (Entered: 10/17/2016) |
| 10/17/2016 | 148 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 146 147 are granted. Garrett Blanchfield and Mark Reinhardt added for Maplevale Farms, Inc. Mailed notice (srn, ) (Entered: 10/17/2016) |
| 10/17/2016 | 149 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 143 145 are granted. Danielle R. Foley and Lisa J. Fales added for Perdue Farms, Inc. Mailed notice (srn, ) (Entered: 10/17/2016) |
| 10/17/2016 | 150 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Garrett D Blanchfield, Jr (Blanchfield, Garrett) (Entered: 10/17/2016) |
| 10/17/2016 | 151 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Mark Reinhardt (Reinhardt, Mark) (Entered: 10/17/2016) |
| 10/17/2016 | 152 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Kenneth A. Wexler (Wexler, Kenneth) (Entered: 10/17/2016) |

| 10/18/2016 | 153 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Peter J. Carney (Carney, Peter) (Entered: 10/18/2016) |
|---|---|---|
| 10/18/2016 | 154 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by John Mark Gidley (Gidley, John) (Entered: 10/18/2016) |
| 10/18/2016 | 155 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Steven N. Williams (Williams, Steven) (Entered: 10/18/2016) |
| 10/18/2016 | 156 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Robert A Milne (Milne, Robert) (Entered: 10/18/2016) |
| 10/18/2016 | 157 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by David H Suggs (Suggs, David) (Entered: 10/18/2016) |
| 10/19/2016 | 158 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Kimberly Michelle Hare (Hare, Kimberly) (Entered: 10/19/2016) |
| 10/19/2016 | 159 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12480175. *for John Passarelli* (Hare, Kimberly) (Entered: 10/19/2016) |
| 10/19/2016 | 160 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12480226. *for James Sulentic* (Hare, Kimberly) (Entered: 10/19/2016) |
| 10/19/2016 | 161 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12480254. *for J.R. Carroll* (Hare, Kimberly) (Entered: 10/19/2016) |
| 10/19/2016 | 162 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12480273. *for Scott Jackson* (Hare, Kimberly) (Entered: 10/19/2016) |
| 10/19/2016 | 163 | ORDER: Motions for leave to appear pro hac vice 159 , 160 , 161 , and 162 are granted. Attorneys Scott Jackson, J.R. Carroll, James M. Sulentic, and John P. Passarelli added for O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. Signed by the Honorable Thomas M. Durkin on 10/19/2016. Mailed notice. (pk,) (Entered: 10/19/2016) |
| 10/19/2016 | 164 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Michael Jerry Freed (Freed, Michael) (Entered: 10/19/2016) |
| 10/19/2016 | 165 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Steven A Kanner (Kanner, Steven) (Entered: 10/19/2016) |
| 10/19/2016 | 166 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Robert J. Wozniak (Wozniak, Robert) (Entered: 10/19/2016) |
| 10/19/2016 | 167 | MINUTE entry before the Honorable Thomas M. Durkin:Any party wishing to participate telephonically at the status hearing set for 10/21/2016 at 9:30 is instructed to call telephone number 877-402-9757, access code 4410831. Mailed notice (srn, ) (Entered: 10/19/2016) |
| 10/20/2016 | 168 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by John P. Passarelli (Passarelli, John) (Entered: 10/20/2016) |
| 10/20/2016 | 169 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by James M. Sulentic (Sulentic, James) (Entered: |

| 10/20/2016 | 170 | Joint Agenda & Status Report for October 21, 2016 Status Conference by Maplevale Farms, Inc. (Hart, Steven) (Entered: 10/20/2016) |
|---|---|---|
| 10/21/2016 | 171 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by J.R. Carroll (Carroll, J.R.) (Entered: 10/21/2016) |
| 10/21/2016 | 172 | INITIAL Case Management Order: Status hearing held 10/21/2016. Status hearing set for 12/9/2016 at 9:30 a.m.Plaintiffs will file consolidated amended complaints in the direct purchaser and indirect purchaser actions by October 28, 2016. Defendants will answer or otherwise respond to those complaints pursuant to Rule 12 by December 21, 2016 [54 days]. If the responsive pleading is a motion to dismiss, Plaintiffs shall have until February 13, 2017 [54 days] to respond. Defendants shall have until March 13, 2017 [28 days] to reply.The Parties will hold a Rule 26(f) conference no later than January 11, 2017. Signed by the Honorable Thomas M. Durkin on 10/21/2016:Mailed notice(srn, ) (Entered: 10/21/2016) |
| 10/21/2016 | 173 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Scott Jackson (Jackson, Scott) (Entered: 10/21/2016) |
| 10/21/2016 | 174 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Matthew Jason Singer (Singer, Matthew) (Entered: 10/21/2016) |
| 10/24/2016 | 175 | TRANSCRIPT OF PROCEEDINGS held on 10/21/16 before the Honorable Thomas M. Durkin. Status hearing. Court Reporter Contact Information: Laura Renke, laura_renke@ilnd.uscourts.gov, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/14/2016. Redacted Transcript Deadline set for 11/28/2016. Release of Transcript Restriction set for 1/23/2017. (Renke, Laura) (Entered: 10/24/2016) |
| 10/24/2016 | 176 | MOTION by Plaintiffs Christopher G Glover, Christopher Vallaro to reassign case *as related* (Attachments: # 1 Exhibit A)(Bell, Theodore) (Entered: 10/24/2016) |
| 10/26/2016 | 177 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs' motion to reassign case pursuant to Local Rule 40.4 176 is granted. The Court finds that case number 16 C 9912 pending before the Honorable Judge Dow is related to case 16 C 8637. Mailed notice (jms, ) (Entered: 10/26/2016) |
| 10/28/2016 | 178 | *Direct Purchaser Plaintiffs' Amended and Consolidated Class Action Complaint* AMENDED complaint by John Gross and Company, Inc., Maplevale Farms, Inc. against All Defendants (Hart, Steven) (Entered: 10/28/2016) |
| 10/28/2016 | 179 | *Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaint* AMENDED complaint by Fargo Stopping Center LLC against All Defendants *(and by all Indirect Purchaser Plaintiffs)* (Doyle, Thomas) (Entered: 10/28/2016) |

| 10/31/2016 | 180 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Michael Lee McCluggage (McCluggage, Michael) (Entered: 10/31/2016) |
|---|---|---|
| 10/31/2016 | 181 | MINUTE entry before the Honorable Thomas M. Durkin:The Court, having been advised that an uploading error with the ECF system created an issue with certain charts within Direct Purchaser Plaintiffs Consolidated Amended Complaint, and having found that all parties otherwise received the Consolidated Amended Complaint, hereby grants Direct Purchaser Plaintiffs request to file their Consolidated Amended Complaint nunc pro tunc as if filed on Friday, October 28, 2016.Mailed notice (srn, ) (Entered: 10/31/2016) |
| 10/31/2016 | 182 | *Direct Purchaser Plaintiffs' Amended and Consolidated Class Action Complaint* AMENDED complaint by John Gross and Company, Inc., Maplevale Farms, Inc. against All Defendants (Hart, Steven) (Entered: 10/31/2016) |
| 11/02/2016 | 183 | ATTORNEY Appearance for Defendant Foster Farms, LLC by Carmine R. Zarlenga (Zarlenga, Carmine) (Entered: 11/02/2016) |
| 11/02/2016 | 184 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12529286. (Stallings, William) (Entered: 11/02/2016) |
| 11/02/2016 | 185 | MOTION for Leave to Appear Pro Hac Vice (Aranoff, Ronald) (Entered: 11/02/2016) |
| 11/02/2016 | 186 | MOTION for Leave to Appear Pro Hac Vice (Smith, Dana) (Entered: 11/02/2016) |
| 11/02/2016 | 187 | PAYMENT by Barters International LLC of Pro Hac Fee $ 50, receipt number 0752-12529828. (Smith, Dana) (Entered: 11/02/2016) |
| 11/02/2016 | 188 | PAYMENT by Barters International LLC of Pro Hac Fee $ 50, receipt number 0752-12529895. (Aranoff, Ronald) (Entered: 11/02/2016) |
| 11/02/2016 | 189 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12532482. (Levine, Andrea) (Entered: 11/02/2016) |
| 11/02/2016 | 190 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12532697. (Arquit, Kevin) (Entered: 11/02/2016) |
| 11/03/2016 | 191 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12532791. (Pottinger, Oral) (Entered: 11/03/2016) |
| 11/03/2016 | 192 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to O.K. Farms, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 11/03/2016) |
| 11/03/2016 | 193 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to O.K. Foods, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 11/03/2016) |
| 11/03/2016 | 194 | SUMMONS Returned Executed by Maplevale Farms, Inc. as to O.K. Industries, Inc. on 9/16/2016, answer due 10/7/2016. (Bruckner, W.) (Entered: 11/03/2016) |
| 11/04/2016 | 195 | ATTORNEY Appearance for Plaintiff Margo and William E. Stack by Terry Rose Saunders (Saunders, Terry) (Entered: 11/04/2016) |
| 11/04/2016 | 196 | ATTORNEY Appearance for Plaintiff Cedar Farms Co., Inc. by Thomas Cusack Cronin (Cronin, Thomas) (Entered: 11/04/2016) |
| 11/07/2016 | 197 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by John W. Treece (Treece, John) (Entered: 11/07/2016) |

| | | |
|---|---|---|
| 11/08/2016 | 198 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 185 186 are granted. Ronald Aranoff and Dana S. Smith added for Barters International LLC. Mailed notice (srn, ) (Entered: 11/08/2016) |
| 11/08/2016 | 199 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 184 is granted; William Stallings added for Foster Farms. Mailed notice (srn, ) (Entered: 11/08/2016) |
| 11/08/2016 | 200 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 189 190 are granted; Andrea Levine and Kevin Arquit added for Pilgrims Pride Corp. Mailed notice (srn, ) (Entered: 11/08/2016) |
| 11/08/2016 | 201 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 191 is granted; Oral Pottinger added for Foster Farms LLC.Mailed notice (srn, ) (Entered: 11/08/2016) |
| 11/08/2016 | 202 | AGREED CONFIDENTIALITY ORDER. Signed by the Honorable Thomas M. Durkin on 11/8/2016. Mailed notice. (pk,) (Entered: 11/09/2016) |
| 11/09/2016 | 203 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Amy Beth Manning (Manning, Amy) (Entered: 11/09/2016) |
| 11/09/2016 | 204 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Christina M. Egan (Egan, Christina) (Entered: 11/09/2016) |
| 11/10/2016 | 205 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Kevin J Arquit (Arquit, Kevin) (Entered: 11/10/2016) |
| 11/10/2016 | 206 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Andrea Bari Levine (Levine, Andrea) (Entered: 11/10/2016) |
| 11/14/2016 | 207 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12563503. (Le, Christopher) (Entered: 11/14/2016) |
| 11/14/2016 | 208 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12563622. (Cihlar, Nathan) (Entered: 11/14/2016) |
| 11/18/2016 | 209 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Moore, Christopher) (Entered: 11/18/2016) |
| 11/22/2016 | 210 | STIPULATION *REGARDING PLEADINGS* (Hart, Steven) (Entered: 11/22/2016) |
| 11/23/2016 | 211 | AGREED ORDER REGARDING PLEADINGS. Signed by the Honorable Thomas M. Durkin on 11/23/2016. Mailed notice. (pk,) (Entered: 11/23/2016) |
| 11/23/2016 | 212 | *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint* AMENDED complaint by John Gross and Company, Inc., Maplevale Farms, Inc. against All Defendants (Hart, Steven) (Entered: 11/23/2016) |
| 11/23/2016 | 213 | *Indirect Purchaser Plaintiffs' Second Consolidated and* AMENDED complaint by Fargo Stopping Center LLC against All Defendants *(and by Indirect Purchaser Class Plaintiffs)* (Doyle, Thomas) (Entered: 11/23/2016) |
| 11/29/2016 | 214 | ATTORNEY Appearance for Plaintiffs Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Joe Christiana Food Distributors, Inc. by Robert G. Eisler (Eisler, Robert) (Entered: 11/29/2016) |

| 11/30/2016 | 215 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12612138. (Hoese, William) (Entered: 11/30/2016) |
|---|---|---|
| 11/30/2016 | 216 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12612715. (Kohn, Joseph) (Entered: 11/30/2016) |
| 11/30/2016 | 217 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12615737. (Battin, Timothy) (Entered: 11/30/2016) |
| 11/30/2016 | 218 | MOTION by Plaintiffs Linda Cheslow, Frank Coe, Jonas Dimas, Gloria J. Lathen, Dorothy Monahan, Lester Patterson, Daniel M. Percy, Pamela Tierney, Natalie WilburAppoint Separate Interim Class Counsel for Indirect Purchaser Consumers *Renewed Motion to Appoint Separate Interim Class Counsel for Indirect Purchaser Consumers* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Berman, Steve) (Entered: 11/30/2016) |
| 11/30/2016 | 219 | NOTICE of Motion by Steve W. Berman for presentment of motion for miscellaneous relief, 218 before Honorable Thomas M. Durkin on 12/6/2016 at 09:00 AM. (Berman, Steve) (Entered: 11/30/2016) |
| 12/01/2016 | 220 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 215 is granted; Application to appear pro hac vice 216 is granted; Attorney Timothy D Battin for Bodega Brew Pub, Inc.,William Ernest Hoese,Joseph C Kohn for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 12/01/2016) |
| 12/01/2016 | 221 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 207 208 217 are granted; Christopher Le, Nathan Cihlar and Timothy Battin added for Bodega Brew Pub, Inc.Mailed notice (srn, ) (Entered: 12/01/2016) |
| 12/01/2016 | 222 | ATTORNEY Appearance for Plaintiffs Linda Cheslow, Frank Coe, Jonas Dimas, Gloria J. Lathen, Dorothy Monahan, Lester Patterson, Daniel M. Percy, Pamela Tierney, Natalie Wilbur by Jeannie Y Evans (Evans, Jeannie) (Entered: 12/01/2016) |
| 12/01/2016 | 223 | MINUTE entry before the Honorable Thomas M. Durkin: Motion Hearing set for 12/6/2016 is vacated and reset for 12/9/2016 at 09:30 AM.Mailed notice (dl, ) (Entered: 12/01/2016) |
| 12/02/2016 | 224 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12623110. (Bailey, Clayton) (Entered: 12/02/2016) |
| 12/05/2016 | 225 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 224 is granted; Attorney Clayton E. Bailey for Pilgrim's Pride Corporation added. Mailed notice (srn, ) (Entered: 12/05/2016) |
| 12/05/2016 | 226 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12626680. (Landau, Kevin) (Entered: 12/05/2016) |
| 12/05/2016 | 227 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Clayton E. Bailey (Bailey, Clayton) (Entered: 12/05/2016) |
| 12/06/2016 | 228 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Mark Francis Ram (Ram, Mark) (Entered: 12/06/2016) |
| 12/06/2016 | 229 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Daniel E Gustafson (Gustafson, Daniel) (Entered: 12/06/2016) |

| 12/06/2016 | 230 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Daniel C Hedlund (Hedlund, Daniel) (Entered: 12/06/2016) |
| 12/06/2016 | 231 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Michelle J. Looby (Looby, Michelle) (Entered: 12/06/2016) |
| 12/06/2016 | 232 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Joshua J. Rissman (Rissman, Joshua) (Entered: 12/06/2016) |
| 12/06/2016 | 233 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Brittany N. Resch (Resch, Brittany) (Entered: 12/06/2016) |
| 12/06/2016 | 234 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Allan Steyer (Steyer, Allan) (Entered: 12/06/2016) |
| 12/06/2016 | 235 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by D. Scott Macrae (Macrae, D.) (Entered: 12/06/2016) |
| 12/06/2016 | 236 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Jill M. Manning (Manning, Jill) (Entered: 12/06/2016) |
| 12/07/2016 | 237 | STATUS Report *JOINT STATUS REPORT AND LETTER BRIEF FOR DECEMBER 9, 2016 HEARING* by John Gross and Company, Inc., Maplevale Farms, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6A, # 7 Exhibit 6B, # 8 Exhibit 6C, # 9 Exhibit 6D, # 10 Exhibit 6E, # 11 Exhibit 6F, # 12 Exhibit 6G, # 13 Exhibit 6H, # 14 Exhibit 6I, # 15 Exhibit 7A, # 16 Exhibit 7B, # 17 Exhibit 7C, # 18 Exhibit 7D, # 19 Exhibit 7E, # 20 Exhibit 7F, # 21 Exhibit 7G, # 22 Exhibit 7H, # 23 Exhibit 7I)(Hart, Steven) (Entered: 12/07/2016) |
| 12/07/2016 | 238 | RESPONSE by Fargo Stopping Center LLC in Opposition to motion for miscellaneous relief, 218 *Indirect Purchaser Plaintiffs' Response in Opposition to Renewed Motion to Appoint Separate Interim Class Counsel for Indirect Purchaser Consumers* (Attachments: # 1 Exhibit A: Order from In re Disposable Contact Lens Antitrust Litigation, dated June 6, 2016)(Doyle, Thomas) (Docket Text Modified by Clerk's Office) Modified on 12/8/2016 (pk, ). (Entered: 12/07/2016) |
| 12/08/2016 | 239 | ATTORNEY Appearance for Plaintiffs Christopher G Glover, Christopher Vallaro, Abraham Drucker, Ilana Harwayne-Gidansky, Sabrina Majernik, Christopher Nelson, Amy Veaner by Theodore Beloyeannis Bell (Bell, Theodore) (Entered: 12/08/2016) |
| 12/08/2016 | 240 | ATTORNEY Appearance for Plaintiffs Abraham Drucker, Christopher G Glover, Ilana Harwayne-Gidansky, Sabrina Majernik, Christopher Nelson, Christopher Vallaro, Amy Veaner by Fred T Isquith (Isquith, Fred) (Entered: 12/08/2016) |
| 12/08/2016 | 241 | ATTORNEY Appearance for Plaintiffs Abraham Drucker, Christopher G Glover, Ilana Harwayne-Gidansky, Sabrina Majernik, Christopher Nelson, Christopher Vallaro, Amy Veaner by Carl V. Malmstrom (Malmstrom, Carl) (Entered: 12/08/2016) |
| 12/08/2016 | 242 | NOTICE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *NOTICE OF FILING CORRECTED EXHIBIT 2 TO THE JOINT STATUS REPORT AND LETTER BRIEF FOR DECEMBER 9, 2016 HEARING* (Attachments: # 1 Exhibit Corrected Ex. 2)(Laytin, Daniel) (Entered: 12/08/2016) |

| 12/09/2016 | 243 | Order: Status hearing held on 12/9/2016 and continued to 2/24/2017. The time for the status conference will be set in an order to follow. This action is referred to Magistrate Judge Gilbert for discovery supervision. Consumer plaintiffs' renewed motion to appoint separate interim class counsel for end user consumers is granted, but the issue of what firm(s) will be selected is entered and continued 218 . See statement for further details. Signed by the Honorable Thomas M. Durkin on 12/9/2016:Mailed notice(srn, ) (Entered: 12/09/2016) |
| --- | --- | --- |
| 12/09/2016 | 244 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: discovery supervision.(srn, )Mailed notice. (Entered: 12/09/2016) |
| 12/13/2016 | 245 | TRANSCRIPT OF PROCEEDINGS held on 12/9/16 before the Honorable Thomas M. Durkin and the Honorable Jeffrey T. Gilbert. Status hearing. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053. |
|  |  | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
|  |  | Redaction Request due 1/3/2017. Redacted Transcript Deadline set for 1/13/2017. Release of Transcript Restriction set for 3/13/2017. (Renke, Laura) (Entered: 12/13/2016) |
| 12/13/2016 | 246 | MOTION by Plaintiffs Abraham Drucker, Christopher G Glover, Ilana Harwayne-Gidansky, Sabrina Majernik, Christopher Nelson, Christopher Vallaro, Amy Veaner for Appointment as Interim Class Counsel for End User Consumer Plaintiffs *by Wolf Haldenstein Adler Freeman & Herz LLP* (Isquith, Fred) (Entered: 12/13/2016) |
| 12/13/2016 | 247 | MOTION by Plaintiffs Linda Cheslow, Frank Coe, Jonas Dimas, Gloria J. Lathen, Dorothy Monahan, Lester Patterson, Daniel M. Percy, Pamela Tierney, Natalie Wilbur for Appointment of Hagens Berman Sobol Shapiro LLP as Interim Class Counsel for End Purchaser Consumer Plaintiffs (Berman, Steve) (Entered: 12/13/2016) |
| 12/14/2016 | 248 | ORDER: For the foregoing reasons, the Application of Wolf Haldenstein AdlerFreeman & Merz LLP For Appointment As Interim Class Counsel For End UserConsumer Plaintiffs, R. 246 , is denied and the Application For Appointment Of Hagens Berman Sobeol Shapiro LLP As Interim Class Counsel For End PurchaserConsumer Plaintiffs, R. 247 , is granted. Signed by the Honorable Thomas M. Durkin on 12/14/2016:Mailed notice(srn, ) (Entered: 12/14/2016) |
| 12/15/2016 | 249 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12666505. (Love, Kevin) (Entered: 12/15/2016) |
| 12/15/2016 | 250 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12666523. (Davis, Robert) (Entered: 12/15/2016) |
| 12/15/2016 | 251 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 226 249 250 are granted; Attorney Kevin B Love for John Gross and Company, Inc.,Robert Paul Davis for Perdue Farms, Inc., and Kevin Landau for Sullott Corp., added. Mailed notice (srn, ) (Entered: 12/15/2016) |

| 12/16/2016 | [252](#) | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12673948. (Stewart, Amy) (Entered: 12/16/2016) |
| 12/16/2016 | [253](#) | *Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint* AMENDED complaint by Fargo Stopping Center LLC against All Defendants (Doyle, Thomas) (Entered: 12/16/2016) |
| 12/16/2016 | [254](#) | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12674392. (White, Jacob) (Entered: 12/16/2016) |
| 12/16/2016 | [255](#) | *End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* AMENDED complaint by Amy Veaner, Daniel M. Percy, Ilana Harwayne-Gidansky, Dorothy Monahan, Natalie Wilbur, Abraham Drucker, Lester Patterson, Jonas Dimas, Frank Coe, Linda Cheslow, Sabrina Majernik, Margo and William E. Stack, Christopher Vallaro, Pamela Tierney, Christopher Nelson, Gloria J. Lathen, Cheryl Brenchley, Matthew Hayward, Wayne Deshotel, Tracy Newman, Ray Wieters, Marilyn Stangeland, Jason Liebich, Carmen Ocasio, Debra Piette, Steve Mizera, Joshua Madsen, Vern Peter Gardner, Michael Perry, Kirk Evans, Leslie and David Weidner, Catherine Senkle, Alison Pauk, Vern Gardner, Jennifer Wallace, Jonathan Glover, Andrew Evans, Christopher Gilbert, James Flasch against All Defendants (Berman, Steve) (Entered: 12/16/2016) |
| 12/20/2016 | [256](#) | AGREED ORDER REGARDING LENGTH LIMITS OF THE BRIEFS ON THE MOTIONS TO DISMISS. Signed by the Honorable Thomas M. Durkin on 12/20/2016. Mailed notice. (pk, ) (Entered: 12/20/2016) |
| 12/20/2016 | [257](#) | ATTORNEY Appearance for Plaintiffs Christopher Gilbert, Alison Pauk, Marilyn Stangeland, Leslie and David Weidner by Brent W. Johnson (Johnson, Brent) (Entered: 12/20/2016) |
| 12/20/2016 | [258](#) | ATTORNEY Appearance for Plaintiffs Christopher Gilbert, Alison Pauk, Marilyn Stangeland, Leslie and David Weidner by Daniel H. Silverman (Silverman, Daniel) (Entered: 12/20/2016) |
| 12/20/2016 | [259](#) | ATTORNEY Appearance for Plaintiffs Christopher Gilbert, Alison Pauk, Marilyn Stangeland, Leslie and David Weidner by Kit A. Pierson (Pierson, Kit) (Entered: 12/20/2016) |
| 12/21/2016 | [260](#) | ATTORNEY Appearance for Plaintiffs Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, Leslie Weidner by Brent W. Johnson (Johnson, Brent) (Entered: 12/21/2016) |
| 12/21/2016 | [261](#) | ATTORNEY Appearance for Plaintiffs Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, Leslie Weidner by Daniel H. Silverman (Silverman, Daniel) (Entered: 12/21/2016) |
| 12/21/2016 | [262](#) | ATTORNEY Appearance for Plaintiffs Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, Leslie Weidner by Kit A. Pierson (Pierson, Kit) (Entered: 12/21/2016) |
| 12/21/2016 | [263](#) | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties have worked out the issues that were going to be discussed on the conference call scheduled for 12/22/16 at 2:00 p.m. Accordingly, the conference call is canceled. Enter Order Regarding Disclosure of Information. Mailed notice (ber, ) (Entered: 12/21/2016) |
| 12/21/2016 | [264](#) | ORDER Regarding Disclosure of Information. Signed by the Honorable Jeffrey T. Gilbert on 12/21/2016. Mailed notice (ber, ) (Entered: 12/21/2016) |

| | | |
|---|---|---|
| 12/23/2016 | 265 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 252 254 are granted; Amy Stewart and Jacob White added. Mailed notice (srn, ) (Entered: 12/23/2016) |
| 12/27/2016 | 266 | MOTION by Attorney Ronald J. Aranoff to withdraw as attorney for Barters International LLC. No party information provided (Aranoff, Ronald) (Entered: 12/27/2016) |
| 01/06/2017 | 267 | ATTORNEY Appearance for Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. by Goldich A. Marc (Marc, Goldich) (Entered: 01/06/2017) |
| 01/13/2017 | 268 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Dianne M Nast (Nast, Dianne) (Entered: 01/13/2017) |
| 01/13/2017 | 269 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Erin C. Burns (Burns, Erin) (Entered: 01/13/2017) |
| 01/24/2017 | 270 | NOTICE by Kevin J Arquit of Change of Address (Arquit, Kevin) (Entered: 01/24/2017) |
| 01/24/2017 | 271 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Pilgrim's Pride Corporation (McCluggage, Michael) (Entered: 01/24/2017) |
| 01/24/2017 | 272 | STIPULATION *REGARDING CLOSURE OF INDIVIDUAL ACTIONS FOR ADMINISTRATIVE PURPOSES ONLY* (Attachments: # 1 Exhibit A)(Hart, Steven) (Entered: 01/24/2017) |
| 01/25/2017 | 273 | ORDER Regarding Closure of Individual Actions for Administrative Purposes Only. Signed by the Honorable Thomas M. Durkin on 1/25/2017:Mailed notice(srn, ) (Entered: 01/25/2017) |
| 01/27/2017 | 274 | MOTION by Defendants Mountainaire Farms, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc. to dismiss (Treece, John) (Entered: 01/27/2017) |
| 01/27/2017 | 275 | MEMORANDUM by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC in support of motion to dismiss 274 (Treece, John) (Entered: 01/27/2017) |
| 01/27/2017 | 276 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc. (Foods Division) to dismiss *Direct Purchaser Plaintiffs Second Amended and Consolidated Class Action Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs Third Amended Consolidated Class Action Complaint, and End-User Consumer Plaintiffs Consolidated Amended Class Action Complaint* (Laytin, Daniel) (Entered: 01/27/2017) |
| 01/27/2017 | 277 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion to dismiss, 276 (Attachments: # 1 Exhibit A, May 24, 2011 Sanderson Farms 8-K, # 2 Exhibit B, March 7, 2016 Article re Top 10 US chicken producers grow in new direction, # 3 Exhibit C, May 6, 2010 Barron's Article, # 4 Exhibit D, May 15, 2008 BMO Capital Markets Conference Presentation Transcript)(Laytin, Daniel) (Entered: 01/27/2017) |
| 01/27/2017 | 278 | MOTION by Defendant Fieldale Farms Corporation to dismiss *Claims Based On The Production Or Sale Of Antibiotic Free Chicken* (Healey, Brendan) (Entered: |

| 01/27/2017 | 279 | MOTION by Defendants Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Breeders, Inc. to dismiss *All Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint* (Milne, Robert) (Entered: 01/27/2017) |
|---|---|---|
| 01/27/2017 | 280 | MEMORANDUM by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. in support of motion to dismiss, 279 /*Memorandum of Law in Support of All Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint* (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Milne, Robert) (Entered: 01/27/2017) |
| 01/27/2017 | 281 | MEMORANDUM by Fieldale Farms Corporation in support of motion to dismiss 278 *Based On The Production Or Sale Of Antibiotic Free Chicken* (Attachments: # 1 Exhibit 1 - 2012 Focus Management Report, # 2 Exhibit 2 - Pilgrim's Pride Q4 2013 Earnings Call Transcript, # 3 Exhibit 3 - Tyson Q1 2014 Earnings Call Transcript, # 4 Exhibit 4 - Pilgrim's Pride Q1 2016 Earnings Call, # 5 Exhibit 5 - Pilgrim's Pride Q2 2016 Earnings Call)(Healey, Brendan) (Entered: 01/27/2017) |
| 01/27/2017 | 282 | MOTION by Defendant Wayne Farms, LLC to dismiss *Plaintiffs' Complaints at Docket Numbers 212, 253 and 255* (Ondeck, Christopher) (Entered: 01/27/2017) |
| 01/27/2017 | 283 | MEMORANDUM by Wayne Farms, LLC in support of motion to dismiss 282 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ondeck, Christopher) (Entered: 01/27/2017) |
| 01/27/2017 | 284 | MOTION by Defendants George's Farms, Inc., George's Inc. to dismiss *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Hemeryck, Sondra) (Entered: 01/27/2017) |
| 01/27/2017 | 285 | MEMORANDUM by George's Farms, Inc., George's Inc. in support of motion to dismiss, 284 *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Hemeryck, Sondra) (Entered: 01/27/2017) |
| 01/27/2017 | 286 | MOTION by Defendant Perdue Farms, Inc. to dismiss (Baldridge, James) (Entered: 01/27/2017) |
| 01/27/2017 | 287 | MOTION by Defendant Foster Farms, LLC to dismiss *Plaintiffs' Complaints* (Zarlenga, Carmine) (Entered: 01/27/2017) |
| 01/27/2017 | 288 | MEMORANDUM by Perdue Farms, Inc. in support of motion to dismiss 286 *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Baldridge, James) (Entered: 01/27/2017) |
| 01/27/2017 | 289 | MEMORANDUM by Foster Farms, LLC in support of motion to dismiss 287 *The Plaintiffs' Complaints.* (Zarlenga, Carmine) (Entered: 01/27/2017) |

| 01/27/2017 | 290 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Novack, Stephen) (Entered: 01/27/2017) |
|---|---|---|
| 01/27/2017 | 291 | MEMORANDUM by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. in support of Motion to Dismiss for Failure to State a Claim, 290 *Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint, and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Novack, Stephen) (Entered: 01/27/2017) |
| 01/27/2017 | 292 | MOTION by Defendants Foster Farms, LLC, Tyson Chicken, Inc., George's Farms, Inc., Mountainaire Farms, LLC, Wayne Farms, LLC, O.K. Foods, Inc., Peco Foods, Inc., Pilgrim's Pride Corporation, Perdue Farms, Inc., O.K. Industries, Inc., Sanderson Farms, Inc., Sanderson Farms, Inc. (Processing Division), Mountainaire Farms of Delaware, Inc., Koch Foods, Inc., Mountainaire Farms, Inc., George's Inc., O.K. Farms, Inc., Sanderson Farms, Inc. (Production Division), Fieldale Farms Corporation, House of Raeford Farms, Inc., Simmons Foods, Inc., Sanderson Farms, Inc. (Foods Division), Tyson Foods, Inc., JCG Foods of Alabama, LLC, Tyson Poultry, Inc., Tyson Breeders, Inc., JCG Foods of Georgia, LLC, Koch Meats Co., Inc. to dismiss *Defendants Joint Motion to Dismiss Commercial and Institutional Indirect Purchaser Plaintiffs Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs Consolidated Amended Class Action Complaint* (McCluggage, Michael) (Entered: 01/27/2017) |
| 01/27/2017 | 293 | MEMORANDUM motion to dismiss,,, 292 by Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Defendants Memorandum of Law in Support of Their Joint Motion to Dismiss Commercial and Institutional Indirect Purchaser Plaintiffs Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs Consolidated Amended Class Action Complaint* (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(McCluggage, Michael) (Entered: 01/27/2017) |
| 01/27/2017 | 294 | MOTION by Defendant Pilgrim's Pride Corporation to dismiss (McCluggage, Michael) (Entered: 01/27/2017) |
| 01/27/2017 | 295 | MEMORANDUM motion to dismiss 294 by Pilgrim's Pride Corporation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McCluggage, Michael) (Entered: 01/27/2017) |
| 01/27/2017 | 296 | MOTION by Defendant Peco Foods, Inc. to dismiss *Plaintiffs' Complaints* (Fitzgerald, Patrick) (Entered: 01/27/2017) |

| 01/27/2017 | 297 | MEMORANDUM by Peco Foods, Inc. in support of motion to dismiss 296 (Fitzgerald, Patrick) (Entered: 01/27/2017) |
|---|---|---|
| 01/27/2017 | 298 | DECLARATION of Michael L. McCluggage regarding memorandum 295 *in Support of Defendant Pilgrim's Pride Corporation's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McCluggage, Michael) (Entered: 01/27/2017) |
| 01/31/2017 | 299 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12810351. *J. Gerard Stranch, IV* (Attachments: # 1 Exhibit Certificate of Good Standing)(Stranch, J) (Entered: 01/31/2017) |
| 02/01/2017 | 300 | MINUTE entry before the Honorable Thomas M. Durkin:The Agreed Order entered on December 20, 2016, R. 256 , is hereby amended to state that Defendants shall file only one motion to dismiss amongst them as to the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, and one motion to dismiss amongst them as to the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint, which two motions shall be joint motions that apply to all defendants and all arguments for dismissal of the Plaintiffs' claims in those complaints. The provisions regarding the filing of briefs ((1) up to two joint briefs not to exceed 50 pages in total in support of joint motion to dismiss Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint; (2) same with respect to joint motion to dismiss Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint; and (3) non-duplicative individual briefs not to exceed 9 pages per Defendant) shall remain the same. In accordance with this order, the Court will consider (a) the Joint Motion to Dismiss Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint, R. 279 , and (b) the Joint Motion to Dismiss the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint, R. 292 , to apply to all arguments made in all of the filed briefs, including the joint briefs and each of the individual briefs. Accordingly, the separate motions to dismiss filed by each Defendant, R. 274 , 276 , 278 , 282 , 284 , 286 , 287 , 290 , 294 , 296 , are hereby stricken. This action is taken for administrative purposes only, and does not affect the substantive positions and arguments of any of the defendants.Mailed notice (srn, ) (Entered: 02/01/2017) |
| 02/13/2017 | 301 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12851571. (Ostrander, Jeremy) (Entered: 02/13/2017) |
| 02/13/2017 | 302 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 299 301 are granted; Attorney Jeremy K. Ostrander for Tyson Breeders, Inc., Tyson Chicken, Inc.,Tyson Foods, Inc., Tyson Poultry, Inc. added. Attorney J. Stranch IV added for Jennifer Wallace. Mailed notice (srn, ) (Entered: 02/13/2017) |
| 02/13/2017 | 303 | MOTION by Attorney Andrea B. Levine to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (McCluggage, Michael) (Entered: 02/13/2017) |
| 02/13/2017 | 304 | NOTICE of Motion by Michael Lee McCluggage for presentment of motion to withdraw as attorney 303 before Honorable Thomas M. Durkin on 2/16/2017 at |

| 02/13/2017 | 305 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 303 is granted; Attorney Andrea Bari Levine terminated. No appearance required on 2/16/2017.Mailed notice (srn, ) (Entered: 02/13/2017) |
| --- | --- | --- |
| 02/13/2017 | 306 | REPORT of Rule 26(f) Planning Meeting (Attachments: # 1 Appendix A)(Hart, Steven) (Entered: 02/13/2017) |
| 02/14/2017 | 307 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12857025. *(for Defendant Pilgrim's Pride Corporation)* (Mahan, Carrie) (Entered: 02/14/2017) |
| 02/15/2017 | 308 | MINUTE entry before the Honorable Thomas M. Durkin:The parties' status report and agenda are to be submitted no later than noon on 2/17/2017. Mailed notice (srn, ) (Entered: 02/15/2017) |
| 02/15/2017 | 309 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 307 is granted; Attorney Carrie Mahan added for Pilgrim's Pride Corporation. Mailed notice (srn, ) (Entered: 02/15/2017) |
| 02/15/2017 | 310 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12865144. (Gralewski, Robert) (Entered: 02/15/2017) |
| 02/16/2017 | 311 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 310 is granted. Robert Gralewski is granted leave to file an appearance on behalf of the indirect purchaser plaintiffs.Mailed notice (srn, ) (Entered: 02/16/2017) |
| 02/16/2017 | 312 | ATTORNEY Appearance for Plaintiff Alpine Special Treatment Center, Inc. by Robert J Gralewski, Jr., Jr (Gralewski, Jr., Robert) (Entered: 02/16/2017) |
| 02/16/2017 | 313 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12869003. (PEARSON, CLIFFORD) (Entered: 02/16/2017) |
| 02/17/2017 | 314 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 313 is granted. Clifford Harris Pearson is granted leave to file an appearance on behalf of the direct purchaser plaintiffs.Mailed notice (srn, ) (Entered: 02/17/2017) |
| 02/17/2017 | 315 | ATTORNEY Appearance for Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. by CLIFFORD HARRIS PEARSON (PEARSON, CLIFFORD) (Entered: 02/17/2017) |
| 02/17/2017 | 316 | STATUS Report *Joint Status Report for February 24, 2017 Status Conference* by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Appendix A)(Hart, Steven) (Entered: 02/17/2017) |
| 02/17/2017 | 317 | ATTORNEY Appearance for Plaintiff Jennifer Wallace by J Gerard Stranch, IV (Stranch, J) (Entered: 02/17/2017) |
| 02/17/2017 | 318 | MINUTE entry before the Honorable Thomas M. Durkin:Because of an ongoing jury trial before Judge Durkin, the February 24, 2017 status hearing will be a telephonic status before Magistrate Judge Gilbert at 10:00 a.m. central time. Liaison counsel shall arrange a dial-in number for the call and circulate that number and the passcode to the Court and all counsel of record. No party shall appear in person. Mailed notice (srn, ) (Entered: 02/17/2017) |
| 02/17/2017 | 319 | MOTION by Attorney Matthew J. Singer to withdraw as attorney for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats |

| | | Co., Inc. No party information provided (Singer, Matthew) (Entered: 02/17/2017) |
|---|---|---|
| 02/17/2017 | 320 | NOTICE of Motion by Matthew Jason Singer for presentment of motion to withdraw as attorney 319 before Honorable Thomas M. Durkin on 3/7/2017 at 09:00 AM. (Singer, Matthew) (Entered: 02/17/2017) |
| 02/21/2017 | 321 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 319 is granted; Attorney Matthew Jason Singer terminated. No appearance is required on 3/7/2017.Mailed notice (srn, ) (Entered: 02/21/2017) |
| 02/22/2017 | 322 | MOTION by Plaintiffs Linda Cheslow, Frank Coe, Dorothy Monohan, Lester Patterson, Pamela Tierney, Natalie Wilbur to withdraw *Motion for Leave to Withdraw Counsel* (Fegan, Elizabeth) (Entered: 02/22/2017) |
| 02/22/2017 | 323 | NOTICE of Motion by Elizabeth A. Fegan for presentment of motion to withdraw 322 before Honorable Thomas M. Durkin on 3/6/2017 at 09:00 AM. (Fegan, Elizabeth) (Entered: 02/22/2017) |
| 02/23/2017 | 324 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) re notification of affiliates pursuant to local rule 3.2 51 (Laytin, Daniel) (Entered: 02/23/2017) |
| 02/23/2017 | 325 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion for attorney Andrew Gordon to withdraw in the related case 16 C 9490 322 is granted. No appearance is required on 3/6/2017. Mailed notice (srn, ) (Entered: 02/23/2017) |
| 02/24/2017 | 326 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12892209. (Murray, Lynn) (Entered: 02/24/2017) |
| 02/24/2017 | 327 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on February 24, 2017. All counsel participating in today's call shall identify themselves to liaison counsel and liaison counsel shall send to the Court's courtroom deputy, Brenda Rinozzi, the names and affiliations of all participants in today's call so that information can be given to the court reporter by March 1st. Liaison counsel will confirm with the Court's courtroom deputy their availability for an in-person conference on March 27 or March 29 as discussed on the conference call. After the conference call, the Court realized that week may be spring break for people who have school-aged children. Therefore, if meeting that week does not work, April 19th or April 21st are alternative dates.The pre-conference filing date will be adjusted depending upon the date of the in-person conference. Mailed notice (ber, ) (Entered: 02/24/2017) |
| 02/24/2017 | 328 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 326 is granted; Attorney John R Elrod for Simmons Foods, Inc. added. Mailed notice (srn, ) (Entered: 02/24/2017) |
| 02/27/2017 | 329 | NOTICE by James Douglas Baldridge of Change of Address (Baldridge, James) (Entered: 02/27/2017) |
| 02/27/2017 | 330 | NOTICE by Lisa Jose Fales of Change of Address (Fales, Lisa) (Entered: 02/27/2017) |
| 02/27/2017 | 331 | NOTICE by Danielle R Foley of Change of Address (Foley, Danielle) (Entered: 02/27/2017) |

| 02/28/2017 | 332 | NOTICE by Robert Paul Davis of Change of Address (Davis, Robert) (Entered: 02/28/2017) |
|---|---|---|
| 03/01/2017 | 333 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12912147. (Chang, Joyce) (Entered: 03/01/2017) |
| 03/02/2017 | 334 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 333 is granted; Attorney Joyce Chang for Fargo Stopping Center LLC and Sargent's added. Mailed notice (srn, ) (Entered: 03/02/2017) |
| 03/02/2017 | 335 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 266 is granted; Attorney Ronald J. Aranoff terminated.Mailed notice (srn, ) (Entered: 03/02/2017) |
| 03/02/2017 | 336 | TRANSCRIPT OF PROCEEDINGS held on February 24, 2017 before the Honorable Jeffrey T. Gilbert. Court Reporter Contact Information: Kelly M. Fitzgerald, kelly_fitzgerald@ilnd.uscourts.gov, 312-818-6626. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/23/2017. Redacted Transcript Deadline set for 4/3/2017. Release of Transcript Restriction set for 5/31/2017. (Fitzgerald, Kelly) (Entered: 03/02/2017) |
| 03/02/2017 | 337 | MINUTE entry before the Honorable Jeffrey T. Gilbert: All parties have confirmed an in-person conference for 4/21/17 at 9:30 a.m. The parties shall file their pre-conference report and proposed agenda by 4/5/17. Mailed notice (ber, ) (Entered: 03/02/2017) |
| 03/08/2017 | 338 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12940890. (Gordon, Leonard) (Entered: 03/08/2017) |
| 03/09/2017 | 339 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-12943806. (Hernacki, Andrew) (Entered: 03/09/2017) |
| 03/10/2017 | 340 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 338 is granted; Leonard L. Gordon added for Perdue Farms. Mailed notice (srn, ) (Entered: 03/10/2017) |
| 03/10/2017 | 341 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 339 is granted; Attorney Andrew Thomas Hernacki for Perdue Farms, Inc. added. Mailed notice (srn, ) (Entered: 03/10/2017) |
| 03/13/2017 | 342 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 100, receipt number 0752-12954373. (Cash, James) (Entered: 03/13/2017) |
| 03/15/2017 | 343 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Defendants Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Tyson Breeders, Inc. to dismiss *All Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complai* 279 *ALL PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS SECOND AMENDED AND CONSOLIDATED COMPLAINT AND SUPPORTING BRIEFS BY INDIVIDUAL DEFENDANTS* (Hart, Steven) (Entered: 03/15/2017) |

| 03/15/2017 | 344 | NOTICE by Cheryl Brenchley, Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Abraham Drucker, Andrew Evans, Kirk Evans, James Flasch, Vern Peter Gardner, Christopher Gilbert, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Steve Mizera, Dorothy Monahan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur *Notice of Filing Proof of Service of End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint on the State Attorneys General of Arizona, Rhode Island, and Hawaii* (Attachments: # 1 Exhibit A)(Berman, Steve) (Entered: 03/15/2017) |
| --- | --- | --- |
| 03/15/2017 | 345 | RESPONSE by Cheryl Brenchley, Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Abraham Drucker, Andrew Evans, Kirk Evans, James Flasch, Vern Peter Gardner, Christopher Gilbert, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Steve Mizera, Dorothy Monahan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilburin Opposition to MOTION by Defendants Foster Farms, LLC, Tyson Chicken, Inc., George's Farms, Inc., Mountainaire Farms, LLC, Wayne Farms, LLC, O.K. Foods, Inc., Peco Foods, Inc., Pilgrim's Pride Corporation, Perdue Farms, Inc., O.K. Industries, Inc., Sanderson 292 *Combined Opposition to Joint Motion to Dismiss Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* (Attachments: # 1 Appendices A-D, # 2 Exhibit 1)(Berman, Steve) (Entered: 03/15/2017) |
| 03/23/2017 | 346 | NOTICE by Fargo Stopping Center LLC *and the Commercial and Institutional Indirect Purchaser Plaintiffs of Filing their Notice Letters Regarding Arizona, Illinois, and Rhode Island* (Doyle, Thomas) (Entered: 03/23/2017) |
| 03/27/2017 | 347 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Lara A Flath (Flath, Lara) (Entered: 03/27/2017) |
| 04/05/2017 | 348 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties notified the Court that they have reached an impasse with respect to the End User Consumer Plaintiffs' ("EUCPs") request to issue third party preservation subpoenas to Defendants' customers. The EUCPs shall file a motion addressing that issue on or before 4/7/17. Defendants shall reply within 7 days of the filing of the EUCPs' motion, but no later than 4/14/17. The parties do not need to address this issue in their joint submission to the Court. Mailed notice (ber, ) (Entered: 04/05/2017) |
| 04/05/2017 | 349 | STATUS Report *JOINT STATUS REPORT AND LETTER BRIEF FOR APRIL 21, 2017 STATUS CONFERENCE (REDACTED VERSION) (MOTION FOR LEAVE TO FILE UNREDACTED VERSION UNDER SEAL PENDING)* by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Appendix Plaintiffs' Appendix of Unpublished Orders)(Hart, Steven) (Entered: 04/05/2017) |
| 04/05/2017 | 350 | STATUS Report */Tyson's Separate Status Report on Case Scheduling* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Milne, Robert) (Entered: 04/05/2017) |

| | | |
|---|---|---|
| 04/05/2017 | 351 | MOTION by Plaintiff Maplevale Farms, Inc. to seal *DKT. ENTRY # 349 (JOINT STATUS REPORT AND LETTER BRIEF FOR APRIL 21, 2017 STATUS CONFERENCE)* (Hart, Steven) (Entered: 04/05/2017) |
| 04/06/2017 | 352 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Joint Motion for Leave to File Joint Status Report and Letter Brief for April 21, 2017 Status Conference Under Seal 351 is granted. Mailed notice (ber, ) (Entered: 04/06/2017) |
| 04/06/2017 | 353 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *JOINT STATUS REPORT AND LETTER BRIEF FOR APRIL 21, 2017 STATUS CONFERENCE (UNREDACTED VERSION) (DKT. # 349) (FILED UNDER SEAL)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Appendix PLAINTIFFS APPENDIX TO JOINT STATUS REPORT FOR APRIL 21, 2017 STATUS CONFERENCE)(Hart, Steven) (Entered: 04/06/2017) |
| 04/07/2017 | 354 | MOTION by Plaintiffs Cheryl Brenchley, Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Abraham Drucker, Andrew Evans, Kirk Evans, James Flasch, Vern Gardner, Christopher Gilbert, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Steve Mizera, Dorothy Monahan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur to compel *End-User Consumer Plaintiffs' Motion to Compel Disclosure and Request for Leave to Issue Preservation Subpoenas to Halt Routine Destruction of Critical Data by Non-Parties* (Fegan, Elizabeth) (Entered: 04/07/2017) |
| 04/07/2017 | 355 | MEMORANDUM by Cheryl Brenchley, Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Abraham Drucker, Andrew Evans, Kirk Evans, James Flasch, Vern Gardner, Christopher Gilbert, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Steve Mizera, Dorothy Monahan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur in support of motion to compel,,, 354 *Memorandum of Law in Support of End-User Consumer Plaintiffs' Motion to Compel Disclosure and Request for Leave to Issue Preservation Subpoenas to Halt Routine Destruction of Critical Data by Non-Parties* (Fegan, Elizabeth) (Entered: 04/07/2017) |
| 04/07/2017 | 356 | DECLARATION of Elizabeth A. Fegan regarding memorandum in support of motion,,, 355 , motion to compel,,, 354 (Attachments: # 1 Exhibit 1 to Fegan Declaration, # 2 Exhibit 2 to Fegan Declaration, # 3 Exhibit 3 to Fegan Declaration, # 4 Exhibit 4 to Fegan Declaration, # 5 Exhibit 5 to Fegan Declaration, # 6 Exhibit 6 to Fegan Declaration)(Fegan, Elizabeth) (Entered: 04/07/2017) |
| 04/07/2017 | 357 | NOTICE of Motion by Elizabeth A. Fegan for presentment of motion to compel,,, 354 before Honorable Jeffrey T. Gilbert on 4/13/2017 at 09:15 AM. (Fegan, Elizabeth) (Entered: 04/07/2017) |
| 04/10/2017 | 358 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The motion hearing noticed for 4/13/17 at 9:15 a.m. on the End-User Consumer Plaintiffs' Motion to |

| | | Complaint is stricken in light of the briefing schedule set in the Court's order dated 4/5/17 [348] . Mailed notice (ber, ) (Entered: 04/10/2017) |
|---|---|---|
| 04/12/2017 | 359 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13063149. (Stewart, Robin) (Entered: 04/12/2017) |
| 04/12/2017 | 360 | REPLY by George's Farms, Inc., George's Inc. to response in opposition to motion,, 343 *All Plaintiffs Opposition to Defendants Motion to Dismiss the Direct Purchaser Plaintiffs Second Amended and Consolidated Complaint and Supporting Briefs by Individual Defendants* (Hemeryck, Sondra) (Entered: 04/12/2017) |
| 04/12/2017 | 361 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 359 is granted; Attorney Robin Stewart for O.K. Farms, Inc.,O.K. Foods, Inc., and O.K. Industries, Inc. added. Mailed notice (srn, ) (Entered: 04/12/2017) |
| 04/12/2017 | 362 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 342 is granted; Attorney James Cash added for Fieldale Farms Corp. Mailed notice (srn, ) (Entered: 04/12/2017) |
| 04/12/2017 | 363 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to response in opposition to motion,, 343 *and in support of all Sanderson Farms Defendants' Motions to Dismiss 277* (Laytin, Daniel) (Entered: 04/12/2017) |
| 04/12/2017 | 364 | REPLY by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., House of Raeford Farms, Inc., Simmons Foods, Inc. to MOTION by Defendants Mountainaire Farms, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc. to dismiss 274 *Reply Memorandum* (Treece, John) Modified on 4/12/2017 (tt, ). (Entered: 04/12/2017) |
| 04/12/2017 | 365 | REPLY by Wayne Farms, LLC to response in opposition to motion,, 343 *All Plaintiffs Opposition to Defendants Motion to Dismiss the Direct Purchaser Plaintiffs Second Amended and Consolidated Complaint and Supporting Briefs by Individual Defendants* (Ondeck, Christopher) (Entered: 04/12/2017) |
| 04/12/2017 | 366 | REPLY by Defendant Perdue Farms, Inc. to response in opposition to motion,, 343 *All Plaintiffs Opposition to Defendants Motion to Dismiss the Direct Purchaser Plaintiffs Second Amended and Consolidated Complaint and Supporting Briefs by Individual Defendants* (Baldridge, James) (Entered: 04/12/2017) |
| 04/12/2017 | 367 | REPLY by Foster Farms, LLC to response in opposition to motion,, 343 (Zarlenga, Carmine) (Entered: 04/12/2017) |
| 04/12/2017 | 368 | REPLY by Pilgrim's Pride Corporation to response in opposition to motion,, 343 *All Plaintiffs Opposition to Defendants Motion to Dismiss the Direct Purchaser Plaintiffs Second Amended and Consolidated Complaint and Supporting Briefs by Individual Defendants* (McCluggage, Michael) (Entered: 04/12/2017) |
| 04/12/2017 | 369 | REPLY by Fieldale Farms Corporation to response in opposition to motion,, 343 *All Plaintiffs Opposition to Defendants Motion to Dismiss the Direct Purchaser Plaintiffs Second Amended and Consolidated Complaint and Supporting Briefs by Individual Defendants* (Healey, Brendan) (Entered: 04/12/2017) |

| 04/12/2017 | 370 | REPLY by Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to response in opposition to motion,, 343 /Reply Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint (Suggs, David) (Entered: 04/12/2017) |
| --- | --- | --- |
| 04/12/2017 | 371 | REPLY by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to response in opposition to motion,, 343 (Moore, Christopher) (Entered: 04/12/2017) |
| 04/12/2017 | 372 | REPLY by Defendant Peco Foods, Inc. to response in opposition to motion,, 343 in Further Support of Peco Foods Inc.'s Motion to Dismiss (Attachments: # 1 Exhibit A - Chart, # 2 Exhibit B - News Article)(Fitzgerald, Patrick) (Entered: 04/12/2017) |
| 04/12/2017 | 373 | REPLY by Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to MOTION by Defendants Foster Farms, LLC, Tyson Chicken, Inc., George's Farms, Inc., Mountainaire Farms, LLC, Wayne Farms, LLC, O.K. Foods, Inc., Peco Foods, Inc., Pilgrim's Pride Corporation, Perdue Farms, Inc., O.K. Industries, Inc., Sanderson 292 , response in opposition to motion,,,,, 345 Defendants' Reply Memorandum in Support of their Joint Motion to Dismiss Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint and End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C)(Arquit, Kevin) (Entered: 04/12/2017) |
| 04/14/2017 | 374 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13071885. (Warshaw, Daniel) (Entered: 04/14/2017) |
| 04/14/2017 | 375 | MOTION by Defendant Wayne Farms, LLC to seal Exhibits A-H to Defendants' Memorandum of Law in Support of its Opposition to End-User Plaintiffs' Motion to Compel (Ondeck, Christopher) (Entered: 04/14/2017) |
| 04/14/2017 | 376 | MEMORANDUM by Wayne Farms, LLC in Opposition to motion to compel,,, 354 Defendants' Memorandum of Law in Opposition to End-User Plaintiffs' Motion to Compel (Ondeck, Christopher) (Entered: 04/14/2017) |
| 04/14/2017 | 377 | SEALED EXHIBIT by Defendant Wayne Farms, LLC Exhibits A-H regarding memorandum in opposition to motion 376 (Attachments: # 1 Exhibit B, # 2 |

| | | Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H)(Ondeck, Christopher) (Entered: 04/14/2017) |
|---|---|---|
| 04/17/2017 | 378 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 374 is granted; Attorney Daniel Warshaw for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 04/17/2017) |
| 04/18/2017 | 379 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Unopposed Motion for Leave to File Exhibits Under Seal to its Memorandum of Law in Support of its Opposition to End-User Consumer Plaintiffs' Motion to Compel 375 is granted. Defendants are given leave to file under seal Exhibits A-H in support of their Opposition. Mailed notice (ber, ) (Entered: 04/18/2017) |
| 04/18/2017 | 380 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13080963. *(for Defendant Pilgrim's Pride Corporation)* (Antalics, Daniel) (Entered: 04/18/2017) |
| 04/19/2017 | 381 | REPLY by Plaintiffs Cheryl Brenchley, Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Abraham Drucker, Andrew Evans, Kirk Evans, James Flasch, Vern Gardner, Christopher Gilbert, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Steve Mizera, Dorothy Monahan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur to motion to compel,,, 354 *End-User Consumer Plaintiffs' Reply In Support of Their Motion to Compel Disclosure and Request for Leave to Issue Preservation Subpoenas to Halt Routine Destruction of Critical Data by Non-Parties* (Fegan, Elizabeth) (Entered: 04/19/2017) |
| 04/21/2017 | 382 | ORDER: End-User Plaintiffs' Motion to Compel 354 is denied without prejudice. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 4/21/2017. Mailed notice(ber, ) (Entered: 04/21/2017) |
| 04/25/2017 | 383 | Removed per Court Order dated 4/25/2017 (Fitzgerald, Kelly) (Main Document 383 replaced on 4/25/2017) (rp, ). (Entered: 04/25/2017) |
| 04/25/2017 | 384 | REVISED TRANSCRIPT OF PROCEEDINGS held on April 21, 2017 before the Honorable Jeffrey T. Gilbert. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 5/16/2017. Redacted Transcript Deadline set for 5/26/2017. Release of Transcript Restriction set for 7/24/2017. (Fitzgerald, Kelly) (Entered: 04/25/2017) |
| 04/25/2017 | 385 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 380 is granted; Daniel E. Antalics is added for Pilgrims Pride Corp.Mailed notice (srn, ) (Entered: 04/25/2017) |

| 04/25/2017 | 386 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Clerk's Office is directed to remove entry 383 from the docket. Mailed notice (ber, ) (Entered: 04/25/2017) |
|---|---|---|
| 04/25/2017 | 387 | ORDER: Status hearing held on April 21, 2017. This Order memorializes some of the Court's rulings during that hearing. The parties are directed to the transcript 384 for a complete record of that hearing. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 4/25/2017. Mailed notice (ber, ) (Entered: 04/25/2017) |
| 04/27/2017 | 388 | INTERIM SCHEDULING ORDER on Agreed Dates No. 1. Signed by the Honorable Jeffrey T. Gilbert on 4/27/2017. Mailed notice(ber, ) (Entered: 04/27/2017) |
| 04/27/2017 | 389 | ORDER: The Court issues the following schedule on the End-User Plaintiffs' request to issue document preservation subpoenas and/or letters to Defendants' customers: 1. 5/1/2017 - Deadline for Defendants and EUPs to meet and confer by telephone. 2. 5/3/2017 - Deadline for Defendants and EUPs to notify the Court whether they have resolved the issue or whether EUPs will file a renewed motion to compel. 3. 5/10/2017 - Deadline for EUPs to file renewed motion to compel, to the extent necessary. 4. 5/24/2017 - Deadline for Defendants to file their opposition. 5. 5/31/2017 - Deadline for EUPs to file their reply. Signed by the Honorable Jeffrey T. Gilbert on 4/27/2017:Mailed notice (ber, ) (Entered: 04/27/2017) |
| 05/03/2017 | 390 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13135459. (Morbey, Simeon) (Entered: 05/03/2017) |
| 05/03/2017 | 391 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 390 is granted; Attorney Simeon Andrew Morbey for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 05/03/2017) |
| 05/03/2017 | 392 | ATTORNEY Appearance for Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. by Simeon Andrew Morbey (Morbey, Simeon) (Entered: 05/03/2017) |
| 05/04/2017 | 393 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the Court's Order entered on 4/27/17 389 , the End-User Plaintiffs and Defendants have notified the Court's courtroom deputy that they are unable to resolve the issues surrounding the End-User Plaintiffs' request to issue document preservation subpoenas and/or letters to Defendants' customers. Therefore, the briefing schedule set out in the Court's previous order 389 will govern. Defendants' request that the Court limit the End-User Plaintiffs' reply brief to 5 pages is denied. The parties shall comply with Local Rule 7.1 with respect to page limits for briefs. That Local Rule, of course, contains a maximum page limit for briefs, not a minimum. Counsel are reminded that, in the words of Shakespeare's Polonius in Hamlet, "brevity is the soul of wit." Hamlet Act 2, scene 2, 86-92. Mailed notice (ber, ) (Entered: 05/04/2017) |
| 05/09/2017 | 394 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Richard Michael Hagstrom (Hagstrom, Richard) (Entered: 05/09/2017) |
| 05/10/2017 | 395 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13163284. (Swartzberg, Neil) (Entered: 05/10/2017) |
| 05/11/2017 | 396 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 395 is granted; Attorney Neil J Swartzberg for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 05/11/2017) |

| | | |
|---|---|---|
| 05/11/2017 | 397 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The End-User Plaintiffs and Defendants have notified the Court that they have resolved the dispute about the End-User Plaintiffs' request to issue document preservation subpoenas and/or letters to Defendants' customers. Therefore, the briefing schedule set in the Court's order of 4/27/17 389 is stricken. Mailed notice (ber, ) (Entered: 05/11/2017) |
| 05/11/2017 | 398 | ATTORNEY Appearance for Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. by Neil J Swartzberg (Swartzberg, Neil) (Entered: 05/11/2017) |
| 05/19/2017 | 399 | MOTION by Attorney Sam Auld to withdraw as attorney for Peco Foods, Inc.. No party information provided (Auld, Sam) (Entered: 05/19/2017) |
| 05/19/2017 | 400 | NOTICE of Motion by Lara A Flath for presentment of motion to withdraw as attorney 399 before Honorable Thomas M. Durkin on 5/25/2017 at 09:00 AM. (Flath, Lara) (Entered: 05/19/2017) |
| 05/22/2017 | 401 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Peco's motion to withdraw as attorney 399 is granted; Attorney Sam Auld terminated. No appearance is required on 5/25/2017.Mailed notice (srn, ) (Entered: 05/22/2017) |
| 05/25/2017 | 402 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13212636. (Pouya, Bobby) (Entered: 05/25/2017) |
| 05/31/2017 | 403 | STIPULATION regarding amended complaint 253 , amended complaint,,, 255 , amended complaint 212 (Hart, Steven) (Entered: 05/31/2017) |
| 05/31/2017 | 404 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Lally A Gartel (Gartel, Lally) (Entered: 05/31/2017) |
| 05/31/2017 | 405 | MOTION by Plaintiff Maplevale Farms, Inc. to compel the deposition of defendant Foster Farms, LLC (Attachments: # 1 Declaration Declaration of Brian Clark, # 2 Exhibit A, # 3 Exhibit B - (REDACTED VERSION) (MOTION FOR LEAVE TO FILE UNREDACTED VERSION UNDER SEAL PENDING), # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Hart, Steven) (Docket Text Modified by Clerk's Office) Modified on 6/1/2017 (aee, ). (Entered: 05/31/2017) |
| 05/31/2017 | 406 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *"Exhibit B" to the Declaration of Brian D. Clark in Support of Plaintiffs' Notice of Motion and Motion to Compel the Deposition of Defendant Foster Farms, LLC Under Seal DKT. ENTRY # 405* (Hart, Steven) (Entered: 05/31/2017) |
| 05/31/2017 | 407 | *Plaintiffs' Notice of Motion for Plaintiffs Motion to Compel the Deposition of Defendant Foster Farms, LLC* NOTICE of Motion by Steven Alan Hart for presentment of motion to compel document, 405 before Honorable Thomas M. Durkin on 6/8/2017 at 09:15 AM. (Hart, Steven) (Docket Text Modified by Clerk's Office) Modified on 6/1/2017 (aee, ). (Entered: 05/31/2017) |
| 06/01/2017 | 408 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiffs' Motion to Compel the Deposition of Defendant Foster Farms, LLC 405 : Response by 6/15/17. Reply by 6/22/17. The motion hearing noticed for 6/8/17 is stricken with no appearance required. Plaintiffs' Motion for Leave to File "Exhibit B" to the Declaration of Brian D. Clark in Support of Plaintiffs' Notice of Motion and Motion to Compel the Deposition of Defendant Foster Farms, LLC Under Seal 406 is granted. Mailed notice (ber, ) (Entered: 06/01/2017) |

| 06/01/2017 | 409 | SEALED EXHIBIT by Plaintiff Maplevale Farms, Inc. *Exhibit B" to the Declaration of Brian D. Clark in Support of Plaintiffs' Notice of Motion and Motion to Compel the Deposition of Defendant Foster Farms, LLC (Unredacted Version) (Dkt. #405) (Filed Under Seal)* regarding MOTION by Plaintiff Maplevale Farms, Inc. to seal document 405 (Hart, Steven) (Entered: 06/01/2017) |
|---|---|---|
| 06/05/2017 | 410 | ORDER on Stipulation Regarding Amended Complaint Signed by the Honorable Thomas M. Durkin on 6/5/2017. Mailed notice(mc, ) (Entered: 06/06/2017) |
| 06/12/2017 | 411 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 402 is granted; Attorney Bobby Pouya added for direct purchaser plaintiffs.Mailed notice (srn, ) (Entered: 06/12/2017) |
| 06/12/2017 | 412 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the Court's instance, the conference set for 6/16/17 387 will begin at 10:15 a.m. rather than 9:30 a.m. This is a change in time only. Mailed notice (ber, ) (Entered: 06/12/2017) |
| 06/12/2017 | 413 | WITHDRAWING *Aaron M. Sheanin* as counsel for Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. and substituting Bobby Pouya as counsel of record (Pouya, Bobby) (Entered: 06/12/2017) |
| 06/14/2017 | 414 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Marie Velinda Lim (Lim, Marie) (Entered: 06/14/2017) |
| 06/14/2017 | 415 | STATUS Report *JOINT STATUS REPORT AND LETTER BRIEF FOR JUNE 16, 2017 STATUS CONFERENCE AND PURSUANT TO ECF NO. 388* by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Appendix of Unpublished Legal Authority)(Hart, Steven) (Entered: 06/14/2017) |
| 06/14/2017 | 418 | MAIL RETURNED, for document # 410 sent to John R. Elrod returned as undeliverable, return to sender. Attorney contacted and directed to file a Notification of Change of Address with the Clerk's Office. Re-mailed to 4575 N. Vantage Dr, Suite 405 Fayetteville Ar, 72703 (mc, ) (Entered: 06/15/2017) |
| 06/15/2017 | 416 | RESPONSE by Foster Farms, LLCin Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to seal document 405 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Zarlenga, Carmine) (Entered: 06/15/2017) |
| 06/15/2017 | 417 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Foster Farms, LLC (Zarlenga, Carmine) (Entered: 06/15/2017) |
| 06/16/2017 | 419 | Notice of Change of Firm Name by Maplevale Farms, Inc. *Spector Roseman & Kodroff P.C.* (Spector, Eugene) (Entered: 06/16/2017) |
| 06/20/2017 | 420 | ORDER: Status hearing held on June 16, 2017. During the status hearing, the Court ruled on certain disputes reflected in the parties' Joint Status Report and Letter Brief for April 21, 2017 Status Conference 353 and Joint Status Report and Letter Brief for June 16, 2017 Status Conference and Pursuant to ECF No. 388 415 . The parties are directed to the transcript for a complete record of the hearing. This Order memorializes dates set by the Court during the status hearing and additional dates that were not specifically set during the status hearing. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 6/20/2017. Mailed notice(ber, ) (Entered: 06/20/2017) |

| 06/22/2017 | 421 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13304077. (Corrigan, Jeffrey) (Entered: 06/22/2017) |
|---|---|---|
| 06/22/2017 | 422 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13304306. (Jagher, Jonathan) (Entered: 06/22/2017) |
| 06/22/2017 | 423 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13304574. (KOPP, RACHEL) (Entered: 06/22/2017) |
| 06/22/2017 | 424 | REPLY by Maplevale Farms, Inc. to response in opposition to motion, 416 *REPLY IN SUPPORT OF PLAINTIFFS MOTION TO COMPEL THE DEPOSITION OF DEFENDANT FOSTER FARMS, LLC* (Hart, Steven) (Entered: 06/22/2017) |
| 06/22/2017 | 425 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Jeffrey J. Corrigan (Corrigan, Jeffrey) (Entered: 06/22/2017) |
| 06/22/2017 | 426 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Jonathan M Jagher (Jagher, Jonathan) (Entered: 06/22/2017) |
| 06/22/2017 | 427 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by RACHEL ELLEN KOPP (KOPP, RACHEL) (Entered: 06/22/2017) |
| 06/23/2017 | 428 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the Court's schedule, it sua sponte extends to 7/10/17 the date by which the parties must submit proposals concerning ESI experts per paragraph 2 of the Order entered on June 20 420 . In addition, the parties may submit names of completely independent experts or experts already under contract to a party. If the latter, the Court will schedule a hearing at which it would hear from both experts rather than appoint a court's expert. The Court will discuss this latter modification with liaison counsel on a telephone conference to be arranged by its courtroom deputy. Mailed notice (ber, ) (Entered: 06/23/2017) |
| 06/23/2017 | 429 | RESPONSE to Footnote 16 of the Joint Status Report (ECF 415) by the Commercial and Institutional Indirect Purchaser (Docket text modified by the Clerk's Office) (Doyle, Thomas) Modified on 6/26/2017 (mc, ). (Entered: 06/23/2017) |
| 06/27/2017 | 430 | TRANSCRIPT OF PROCEEDINGS held on June 16, 2017 before the Honorable Jeffrey T. Gilbert. Court Reporter Contact Information: Nancy L. Bistany, CSR, RPR, FCRR - 312.435.7626 - nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/18/2017. Redacted Transcript Deadline set for 7/28/2017. Release of Transcript Restriction set for 9/25/2017. (Bistany, Nancy) Modified on 6/27/2017 (rp, ). (Entered: 06/27/2017) |
| 06/27/2017 | 431 | NOTICE of Correction regarding 430 (rp, ) (Entered: 06/27/2017) |
| 06/27/2017 | 432 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held with Plaintiffs' Liaison Counsel and David Suggs, of White & Case LLP, |

who acted as liaison counsel for all Defendants. This minute order memorializes several matters discussed during the conference. First, if the parties need more time to submit their agreed ESI Protocol per the Court's prior Order [420, para. 1], they can submit it on or before 7/10/17. The Court will not be able to turn to it before that date in any event. Second, the Court suggested holding a status hearing on 8/2/17 at 2:00 p.m. During the telephone conference, Plaintiffs' Liaison Counsel confirmed their availability for the hearing. On or before 6/29/17, Mr. Suggs will notify the Court's courtroom deputy whether all Defendants' counsel who need to attend that hearing are available on the suggested date. If the hearing proceeds on 8/2/17 at 2:00 p.m., counsel who want to appear for the hearing by telephone shall send their contact information to the Court's courtroom deputy. Two of the agenda items for the hearing will be: (1) the issue of loading and processing certain ESI before the motions to dismiss are decided, and (2) a procedure for dealing with Rule 34 requests and objections after the parties have met and conferred regarding the same. The Court may circulate a more detailed agenda before the hearing. If the Court wants the parties to file anything in advance of the hearing, it will enter an appropriate order. Third, and finally, the Court will not modify the procedure for ESI expert proposals set in its prior Order [420, para. 2] per its suggestion in the minute order entered on 6/23/17 428 except that all Plaintiffs and all Defendants may submit up to 2 proposed experts, but neither side needs to submit more than 1 proposed expert. Mailed notice (ber, ) (Entered: 06/27/2017)

| | | |
|---|---|---|
| 06/30/2017 | 433 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the Court's order entered on 6/27/17 432 , counsel notified the Court's courtroom deputy that Defendants are not available for the status hearing set for 8/2/17 at 2:00 p.m. Accordingly, the hearing set for that date is stricken. The Court will follow up with the parties to reschedule the matter to a date and time convenient for counsel and the Court. Mailed notice (ber, ) (Entered: 06/30/2017) |
| 06/30/2017 | 434 | REPLY by Defendant Wayne Farms, LLC to memorandum 429 - *Defendants' Reply to CIIPP's Response to Footnote 16 of the Joint Status Report* (Ondeck, Christopher) (Entered: 06/30/2017) |
| 07/07/2017 | 435 | RESPONSE by Defendants Fieldale Farms Corporation, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to terminate hearings,,, magistrate judge status hearing,, 420 (Mahan, Carrie) (Entered: 07/07/2017) |
| 07/14/2017 | 436 | REPLY by Plaintiff Maplevale Farms, Inc. *in Support of Plaintiffs' Request for the Production of Florida AG Documents* (Pouya, Bobby) (Entered: 07/14/2017) |
| 07/18/2017 | 437 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 421 422 423 are granted. Attorneys Jeffrey Corrigan, Jonathan Jagher, and Rachel Kopp added for Maplevale Farms, Inc. Mailed notice (srn, ) (Entered: 07/18/2017) |
| 07/19/2017 | 438 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13388649. (Lienhardt, Dennis) (Entered: 07/19/2017) |

| 07/25/2017 | 439 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Sharon S Almonrode *As Attorney for Direct Purchaser Plaintiffs* (Almonrode, Sharon) (Entered: 07/25/2017) |
|---|---|---|
| 07/27/2017 | 440 | MOTION by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur for leave to file *Instanter Supplemental Authorities* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hart, Steven) (Entered: 07/27/2017) |
| 07/27/2017 | 441 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file,,,, 440 before Honorable Thomas M. Durkin on 8/2/2017 at 09:00 AM. (Hart, Steven) (Entered: 07/27/2017) |
| 07/28/2017 | 442 | MOTION by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file *Instanter Supplemental Authority in Support of their Motions to Dismiss All Plaintiffs' Consolidated Class Action Complaints* (Attachments: # 1 Exhibit A)(Carney, Peter) (Entered: 07/28/2017) |
| 07/28/2017 | 443 | NOTICE of Motion by Peter J. Carney for presentment of motion for leave to file,,,, 442 before Honorable Thomas M. Durkin on 8/2/2017 at 09:00 AM. (Carney, Peter) (Entered: 07/28/2017) |
| 07/31/2017 | 444 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion for leave to file instanter supplemental authority in support of opposition to defendants' motions to dismiss 440 is granted. Defendants' motion for leave to file instanter supplemental authority in support of their motions to dismiss 442 is granted. No appearance is required on 8/2/2017. Mailed notice (srn, ) (Entered: 07/31/2017) |
| 08/04/2017 | 445 | MOTION by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, |

Inc., James Hatch, Vern Gardner, Vern Gardner, Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur for leave to file *INSTANTER PLAINTIFFS BRIEF ADDRESSING DEFENDANTS SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS MOTIONS TO DISMISS ALL PLAINTIFFS CONSOLIDATED CLASS ACTION COMPLAINTS* (Attachments: # 1 Exhibit A) (Hart, Steven) (Entered: 08/04/2017)

| | | |
|---|---|---|
| 08/04/2017 | 446 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file,,,,, 445 before Honorable Thomas M. Durkin on 8/10/2017 at 09:00 AM. (Hart, Steven) (Entered: 08/04/2017) |
| 08/04/2017 | 447 | MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for settlement *MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFF CLASS AND FIELDALE FARMS CORPORATION AND FOR CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS* (Attachments: # 1 Declaration W. Joseph Bruckner, # 2 Exhibit A)(Hart, Steven) (Entered: 08/04/2017) |
| 08/04/2017 | 448 | NOTICE of Motion by Steven Alan Hart for presentment of motion for settlement,, 447 before Honorable Thomas M. Durkin on 8/10/2017 at 09:00 AM. (Hart, Steven) (Entered: 08/04/2017) |
| 08/04/2017 | | MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for conditional certification of the proposed settlement class. (Omitted relief from motion # 447 ) (pk, ) (Entered: 08/07/2017) |
| 08/07/2017 | 449 | Order Signed by the Honorable Jeffrey T. Gilbert on 8/7/2017: For the reasons stated in the attached Order, Plaintiffs' Motion to Compel the Deposition of Defendant Foster Farms, LLC 405 is granted in part and denied in part. Mailed notice(lxs, ) (Entered: 08/07/2017) |
| 08/08/2017 | 450 | ATTORNEY Appearance for Defendant Simmons Foods, Inc. by Peter Francis O'Neill (O'Neill, Peter) (Entered: 08/08/2017) |
| 08/08/2017 | 451 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion for leave to file supplemental authority 445 is granted. The Court is reviewing the motion for preliminary approval of settlement and the 8/10/2017 presentment date is vacated. If the Court determines that an appearance will be required, the motion will be reset to a day next week. Mailed notice (srn, ) (Entered: 08/08/2017) |
| 08/08/2017 | 452 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13456567. (Scarlett, Shana) (Entered: 08/08/2017) |
| 08/10/2017 | 453 | MOTION by Attorney Andrew M. Meerkins to withdraw as attorney for Simmons Foods, Inc.. No party information provided (Meerkins, Andrew) |

| 08/10/2017 | 454 | NOTICE of Motion by Andrew M. Meerkins for presentment of motion to withdraw as attorney 453 before Honorable Thomas M. Durkin on 8/15/2017 at 09:00 AM. (Meerkins, Andrew) (Entered: 08/10/2017) |
|---|---|---|
| 08/10/2017 | 455 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 453 is granted; Attorney Andrew M. Meerkins terminated. No appearance required on 8/15/2017. Mailed notice (srn, ) (Entered: 08/10/2017) |
| 08/10/2017 | 456 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 438 is granted; Attorney Dennis Allen Lienhardt, Jr for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 08/10/2017) |
| 08/10/2017 | 457 | RESPONSE by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC / *Defendants' Response to All Plaintiffs' Brief Addressing Defendants' Supplemental Authority [445-1]* 445 (Carney, Peter) (Entered: 08/10/2017) |
| 08/15/2017 | 458 | MINUTE entry before the Honorable Thomas M. Durkin:A telephonic status hearing is set for 8/18/2017 at 09:30 AM. Counsel is directed to call the Court's conference call phone number, 877-402-9757, access code 4410831 promptly at 9:30 a.m. No personal in court appearance by counsel is needed. Mailed notice (srn, ) (Entered: 08/15/2017) |
| 08/15/2017 | 459 | ORDER Regarding Production of Electronically Stored Information and Paper Documents. Signed by the Honorable Jeffrey T. Gilbert on 8/15/2017. Mailed notice (ber, ) (Entered: 08/15/2017) |
| 08/16/2017 | 460 | MINUTE entry before the Honorable Thomas M. Durkin:Counsel participating in the 8/18/17 telephonic status hearing who wish to be noted of record are directed to e-mail this Court's official court reporter at laura_renke@ilnd.uscourts.gov with name, law firm, and contact information no later than 8/21/17.Mailed notice (srn, ) (Entered: 08/16/2017) |
| 08/16/2017 | 461 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13483075. (Abbott, Christopher) (Entered: 08/16/2017) |
| 08/18/2017 | 462 | ORDER Preliminarily Approving Proposed Settlement Between Direct Purchaser Plaintiff Class and Fieldale Farms Corporation and Conditionally Certifying the Proposed Settlement Class. Direct Purchaser Plaintiff Class's motion for preliminary approval of settlement between direct purchaser plaintiff class and Fieldale farms 447 is granted. Telephonic status hearing held on 8/18/2017. The Court appoints the law firms of Lockridge Grindal Nauen P.L.L.C., and Pearson, Simon & Warshaw, LLP as co-lead counsel for the Settlement Class. Signed by the Honorable Thomas M. Durkin on 8/18/2017:Mailed notice(srn, ) (Entered: 08/18/2017) |
| 08/18/2017 | 463 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 452 is granted; Attorney Shanna Scarlett added for plaintiffs. Mailed |

| 08/18/2017 | 464 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 461 is granted; Attorney Christopher Abbott added for defendant Pilgrims Pride Corp. Mailed notice (srn, ) (Entered: 08/18/2017) |
|---|---|---|
| 08/22/2017 | 465 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Brooke Anderson Winterhalter (Winterhalter, Brooke) (Entered: 08/22/2017) |
| 08/22/2017 | 466 | TRANSCRIPT OF PROCEEDINGS held on 8/18/17 before the Honorable Thomas M. Durkin. Telephone conference. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/12/2017. Redacted Transcript Deadline set for 9/22/2017. Release of Transcript Restriction set for 11/20/2017. (Renke, Laura) (Entered: 08/22/2017) |
| 08/22/2017 | 467 | ATTORNEY Appearance for Plaintiffs Linda Cheslow, Frank Coe, Jonas Dimas, Andrew Evans, Kirk Evans, James Flasch, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Steve Mizera, Dorothy Monahan, Lester Patterson, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Pamela Tierney, Ray Wieters, Natalie Wilbur by Daniel J. Kurowski *on behalf of End-User Consumer Plaintiffs* (Kurowski, Daniel) (Entered: 08/22/2017) |
| 08/24/2017 | 468 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13512055. (Van Culin, Sarah) (Entered: 08/24/2017) |
| 08/24/2017 | 469 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13512156. (Zirpoli, Cadio) (Entered: 08/24/2017) |
| 08/24/2017 | 470 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13512210. (Heaphy, Matthew) (Entered: 08/24/2017) |
| 08/25/2017 | 471 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for leave to file *Instanter Supplemental Information in Support of Defendants' Motions to Dismiss* (Attachments: # 1 Exhibit A)(Carney, Peter) (Entered: 08/25/2017) |
| 08/25/2017 | 472 | NOTICE of Motion by Peter J. Carney for presentment of motion for leave to file, 471 before Honorable Thomas M. Durkin on 8/29/2017 at 09:00 AM. (Carney, Peter) (Entered: 08/25/2017) |
| 08/28/2017 | 473 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Tyson's motion for leave to file instanter supplemental information in support of defendants' motion to dismiss 471 is granted. No appearance is required on 8/29/2017. Mailed notice (srn, ) (Entered: 08/28/2017) |

| 09/05/2017 | 474 | ORDER concerning appointment of special master and proposed order of appointment. Objections or comments to be filed by 9/19/17. Telephone conference set for 10/2/17 at 10:00 a.m. CST. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 9/5/2017. Mailed notice(ber, ) (Entered: 09/05/2017) |
|---|---|---|
| 09/05/2017 | 475 | AFFIDAVIT of Maura R. Grossman. (ber, ) (Entered: 09/05/2017) |
| 09/14/2017 | 476 | STIPULATION *Regarding Amended Complaint* (Simon, Bruce) (Entered: 09/14/2017) |
| 09/19/2017 | 477 | Plaintiffs' Proposed Modifications to the Proposed Order Appointing Special Master by Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur (Hart, Steven) (Entered: 09/19/2017) |
| 09/19/2017 | 478 | RESPONSE by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to order,, set/reset hearings, 474 *Defendants' Comments on Proposed Order Appointing Maura R. Grossman as Special Master* (Carney, Peter) (Entered: 09/19/2017) |
| 09/19/2017 | 479 | ORDER ON STIPULATION REGARDING AMENDED COMPLAINT. Signed by the Honorable Thomas M. Durkin on 9/19/2017. Mailed notice. (pk, ) (Entered: 09/20/2017) |
| 09/20/2017 | 480 | MOTION by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel |

| | | M. Perry, Michael Perry, Debra Piette, Sue Rueckl, Catherine Senkel, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur for order *Entry of Order Granting Discovery Under the Cable Act* (Attachments: # 1 Exhibit A)(Hart, Steven) (Entered: 09/20/2017) |
|---|---|---|
| 09/20/2017 | 481 | NOTICE of Motion by Steven Alan Hart for presentment of motion for order,,,, 480 before Honorable Jeffrey T. Gilbert on 9/26/2017 at 09:15 AM. (Hart, Steven) (Entered: 09/20/2017) |
| 09/25/2017 | 482 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 468 469 470 are granted; Attorneys Sarah Jane Van Culin, Cadio Zirpoli, and Matthew Heaphy added for direct purchaser plaintiffs. Mailed notice (srn, ) (Entered: 09/25/2017) |
| 09/25/2017 | 483 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Sarah Jane Van Culin (Van Culin, Sarah) (Entered: 09/25/2017) |
| 09/25/2017 | 484 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Cadio Zirpoli (Zirpoli, Cadio) (Entered: 09/25/2017) |
| 09/25/2017 | 485 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Entry of Order Granting Discovery Under the Cable Act 480 is taken under advisement. The Court either will rule via the CM/ECF system or set the matter for an in-court hearing date. The motion hearing noticed for 9/26/17 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 09/25/2017) |
| 09/26/2017 | 486 | MINUTE entry before the Honorable Jeffrey T. Gilbert: All Plaintiffs' Motion for Entry of Order Granting Discovery Under the Cable Act 480 is granted. Enter Order. Mailed notice (ber, ) (Entered: 09/26/2017) |
| 09/26/2017 | 487 | ORDER Granting Discovery Under The Cable Act. Signed by the Honorable Jeffrey T. Gilbert on 9/26/2017. Mailed notice(ber, ) (Entered: 09/26/2017) |
| 09/27/2017 | 488 | AMENDMENTS TO DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT by Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. (Attachments: # 1 Exhibit A) (Hart, Steven) (Entered: 09/27/2017) |
| 09/28/2017 | 489 | ORDER concerning production of the Florida Attorney General documents. Signed by the Honorable Jeffrey T. Gilbert on 9/28/2017. Mailed notice(ber, ) (Entered: 09/28/2017) |
| 10/02/2017 | 490 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Matthew Dickinson Heaphy (Heaphy, Matthew) (Entered: 10/02/2017) |
| 10/02/2017 | 491 | ORDER Appointing Special Master. Signed by the Honorable Jeffrey T. Gilbert on 10/2/2017. Mailed notice(ber, ) (Entered: 10/02/2017) |
| 10/02/2017 | 492 | ORDER directing the Special Master to address certain eDiscovery matters with the parties and memorializing dates discussed or set by the Court during the telephone conference. Signed by the Honorable Jeffrey T. Gilbert on 10/2/2017. Mailed notice(ber, ) (Entered: 10/02/2017) |
| 10/04/2017 | 493 | *Amendments to End-User Consumer Plaintiffs' Consolidated* AMENDED complaint by Amy Veaner, Joshua Madsen, Christopher Gilbert, Debra Piette, |

| | | Jason Dietrich, Daniel M. Perdyse, Steve Mizera, Natalie Arthur, Dorothy Monahan, Ilana Harwayne-Gidansky, Jonathan Glover, Vern Gardner, Matthew Hayward, Jennifer Wallace, Abraham Drucker, Alison Pauk, Wayne Deshotel, Catherine Senkle, Ray Wieters, Lester Patterson, Jonas Dimas, Marilyn Stangeland, Linda Cheslow, Kirk Evans, James Flasch, Michael Perry, Carmen Ocasio, Sabrina Majernik, Leslie Weidner, William E. Stack, David Weidner, Tracy Newman, Pamela Tierney, Christopher Vallaro, Christopher Nelson, Cheryl Brenchley, Gloria J. Lathen, Margo Stack, Andrew Evans against All Defendants (Attachments: # 1 Exhibit - A)(Fegan, Elizabeth) (Entered: 10/04/2017) |
|---|---|---|
| 10/05/2017 | 494 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to reassign case (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Egan, Christina) (Entered: 10/05/2017) |
| 10/05/2017 | 495 | NOTICE of Motion by Christina M. Egan for presentment of motion to reassign case 494 before Honorable Thomas M. Durkin on 10/10/2017 at 09:00 AM. (Egan, Christina) (Entered: 10/05/2017) |
| 10/10/2017 | 496 | TRANSCRIPT OF PROCEEDINGS held on October 2, 2017, before the Honorable Jeffrey T. Gilbert. Order Number: 28470. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/31/2017. Redacted Transcript Deadline set for 11/13/2017. Release of Transcript Restriction set for 1/8/2018. (Bistany, Nancy) (Entered: 10/10/2017) |
| 10/10/2017 | 497 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., and Tyson Poultry, Inc.'s motion to reassign case 494 is granted. Motion hearing held on 10/10/2017. This Court will recommend to the Executive Committee that case 17 C 7176, Chicken Kitchen USA, LLC v. Tyson Foods, Inc., et al, currently pending before Judge Matthew Kennelly, be reassigned as related to 16 C 8637. Mailed notice (srn, ) (Entered: 10/10/2017) |
| 10/12/2017 | 498 | RULE 502(d) ORDER. Signed by the Honorable Jeffrey T. Gilbert on 10/12/2017. Mailed notice(ber, ) (Entered: 10/13/2017) |
| 10/13/2017 | 499 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to stay *Defendants' Motion to Stay Production Obligations Imposed by Plaintiff' Subpoenas Served on Third Parties* (Attachments: # 1 Exhibit (Exhibits Filed Under Seal))(Laytin, Daniel) (Entered: 10/13/2017) |
| 10/13/2017 | 500 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *Defendants' Motion For Leave to File Exhibits Under Seal to Their Motion to Stay Production Obligations Imposed by Plaintiffs' Subpoenas Served on Third Parties* (Laytin, Daniel) (Entered: 10/13/2017) |

| 10/13/2017 | 501 | SEALED EXHIBIT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) regarding MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *Defendants' Motion For Leave to File Exhibits Under Seal to The 500 , MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to stay Defendants' Motion to Stay Production Obligations Imposed by 499 (Attachments: # 1 Exhibit A-Plaintiffs served subpoenas seeking document production, # 2 Exhibit B- 9/17/17 Windstream letter to B. Clark, # 3 Exhibit C-10/5/2017 B. Clark email to D. Antalics, # 4 Exhibit D-B. Clark emails with B. Rochelle)(Laytin, Daniel)* (Entered: 10/13/2017) |
|---|---|---|
| 10/13/2017 | 502 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to stay, 499 , motion to seal, 500 before Honorable Jeffrey T. Gilbert on 10/19/2017 at 09:15 AM. (Laytin, Daniel) (Entered: 10/13/2017) |
| 10/16/2017 | 503 | NOTICE by William L. Greene of Change of Address (Greene, William) (Entered: 10/16/2017) |
| 10/16/2017 | 504 | AMENDED complaint by Fargo Stopping Center LLC against All Defendants --- *The Commercial and Institutional Indirect Purchaser Plaintiffs' Amendments by Interlineation to Their Third Amended Consolidated Class Action Complaint (ECF 253)* (Doyle, Thomas) (Entered: 10/16/2017) |
| 10/16/2017 | 505 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs shall respond to Defendants' Motion to Stay Production Obligations Imposed by Plaintiffs' Subpoenas Served on Third Parties 499 on or before 10/30/17. Defendants shall file a reply on or before 11/6/17. Plaintiffs shall immediately notify the recipients of the nine subpoenas referenced in Defendants' motion that they need not respond to the subpoenas until the Court rules on Defendants' motion. Defendants' Motion for Leave to File Exhibits under Seal to Their Motion to Stay Production Obligations Imposed by Plaintiffs' Subpoenas Served on Third Parties 500 is granted. The motion hearing noticed for 10/19/17 at 9:15 a.m. 502 is stricken with no appearances necessary. Mailed notice (lxs, ) (Entered: 10/16/2017) |
| 10/16/2017 | 506 | STATUS Report *Defendants' Joint Letter to Judge Gilbert Pursuant to ECF 492* by Perdue Farms, Inc. (Hernacki, Andrew) (Entered: 10/16/2017) |
| 10/16/2017 | 507 | STATUS Report *re FRCP 34 requests for production of documents* by Cheryl Brenchley, Linda Cheslow, Wayne Deshotel, Jonas Dimas, Abraham Drucker, Andrew Evans, Kirk Evans, James Flasch, Vern Gardner, Christopher Gilbert, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Steve Mizera, Dorothy Monahan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur (Evans, Jeannie) (Entered: 10/16/2017) |
| 10/16/2017 | 508 | STATUS Report *on Certain Disputes Relating to Defendants' Responses to All Plaintiffs' First Set of Requests for Production of Documents* by Maplevale Farms, Inc. (Pouya, Bobby) (Entered: 10/16/2017) |

| 10/17/2017 | 509 | NOTICE by Ruth S. Shnider of Change of Address (Shnider, Ruth) (Entered: 10/17/2017) |
|---|---|---|
| 10/17/2017 | 510 | MOTION by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur[REDACTED] ALL PLAINTIFFS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED BY PLAINTIFFS' SUBPOENAS SERVED ON THIRD PARTIES *(MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING)* (Attachments: # 1 Declaration [REDACTED] DECLARATION OF BRIAN D. CLARK IN SUPPORT OF ALL PLAINTIFFS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED BY PLAINTIFFS' SUBPOENAS SERVED ON THIRD PARTIES, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21)(Hart, Steven) (Entered: 10/17/2017) |
| 10/17/2017 | 511 | MOTION by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur to seal *DKT. ENTRY #510, #510-1, #510-7, #510-10, #510-11, #510-12, #510-13, #510-14, #510-15, #510-16, #510-21, AND #510-22 (ALL PLAINTIFFS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED* |

| | | |
|---|---|---|
| | | *BY PLAINTIFFS' SUBPOENAS SERVED ON THIRD PARTIES)* (Hart, Steven) (Entered: 10/17/2017) |
| 10/17/2017 | 512 | NOTICE of Motion by Steven Alan Hart for presentment of motion for miscellaneous relief,,,,,,,,, 510 before Honorable Jeffrey T. Gilbert on 10/26/2017 at 09:15 AM. (Hart, Steven) (Entered: 10/17/2017) |
| 10/18/2017 | 513 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the early filing of Plaintiffs' Response 510 , Defendants shall file their reply in support of their Motion to Stay 499 by 10/23/17. Plaintiffs' Motion for Leave to File Their Motion to Expedite the Briefing Schedule and Memorandum of Law in Opposition to Defendants' Motion to Stay Production Obligations Imposed by Plaintiffs' Subpoenas Served on Third Parties, The October 17, 2017, Declaration of Brian D. Clark, and Certain Exhibits Under Seal 511 is granted. Mailed notice (ber, ) (Entered: 10/18/2017) |
| 10/18/2017 | 514 | SEALED DOCUMENT by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur *[UNREDACTED] ALL PLAINTIFFS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED BY PLAINTIFFS' SUBPOENAS SERVED ON THIRD PARTIES* (Attachments: # 1 Declaration [UNREDACTED] DECLARATION OF BRIAN D. CLARK IN SUPPORT OF ALL PLAINTIFFS' MOTION TO EXPEDITE THE BRIEFING SCHEDULE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED BY PLAINTIFFS' SUBPOENAS SERVED ON THIRD PARTIES, # 2 Exhibit 6 [UNREDACTED], # 3 Exhibit 9 [UNREDACTED], # 4 Exhibit 10 [UNREDACTED], # 5 Exhibit 11 [UNREDACTED], # 6 Exhibit 12 [UNREDACTED], # 7 Exhibit 13 [UNREDACTED], # 8 Exhibit 14 [UNREDACTED], # 9 Exhibit 15 [UNREDACTED], # 10 Exhibit 20 [UNREDACTED], # 11 Exhibit 21 [UNREDACTED])(Hart, Steven) (Entered: 10/18/2017) |
| 10/19/2017 | 515 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the Court's order 513 revising the briefing schedule on Defendants' Motion to Stay 499 , Plaintiffs' Motion to Expedite the Briefing Schedule 510 is effectively granted in part and denied in part. The hearing on that Motion noticed for 10/26/17 is stricken as unnecessary. Mailed notice (ber, ) (Entered: 10/19/2017) |
| 10/23/2017 | 516 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13709655. (Novion, Laurie) (Entered: 10/23/2017) |

| | | |
|---|---|---|
| 10/23/2017 | 517 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Plaintiffs Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Dr 510 *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED BY PLAINTIFFS SUBPOENAS SERVED ON THIRD PARTIES* (Attachments: # 1 Exhibit 1, 10/18/2017 K. Jones email to S. Pepper, # 2 Exhibit 2, Delcaration of K. Jones, # 3 Exhibit 5, 10/20/2017 P. Gorham Email to C. Cottrell, # 4 Exhibit 15, 10/16/2017 E. Konieczny Letter to B. Clark, # 5 Exhibit 3-4, 6-14, 16 Buff Sheets, Exhibits Filed Under Seal)(Laytin, Daniel) (Entered: 10/23/2017) |
| 10/23/2017 | 518 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANTS MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL TO THEIR REPLY IN SUPPORT OF THEIR MOTION TO STAY PRODUCTION OBLIGATIONS IMPOSED BY PLAINTIFFS SUBPOENAS SERVED ON THIRD PARTIES* (Laytin, Daniel) (Entered: 10/23/2017) |
| 10/23/2017 | 519 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Re: Dkt. No. 518 (MOTION by Defendants to File Document Under Seal)* (Attachments: # 1 Exhibit 3, 11/04/2016 K. Arquit letter to Plaintiffs Counsel, # 2 Exhibit 4, 10/04/2017 Poultry T-Mobile Subpoena, # 3 Exhibit 6, Delaration of Michael R. Rochelle with Exhibits, # 4 Exhibit 7, 02/15/2017 H. Jones Letter to Windstream, # 5 Exhibit 8, CenturyLink Preservation Subpoenas, # 6 Exhibit 9, 210/23/2017 A. Fontecilla letter to B. Clark, K. Wexler & S. Berman, # 7 Exhibit 10, 10/31/2017 Declaration of Oral Pottinger, # 8 Exhibit 11, 10/20/2017 L. Flath email to B. Clark, # 9 Exhibit 12, 08/11/2017 S. Pepper Email to B. Clark, # 10 Exhibit 13, 08/14/2017 J. Passarelli letter to AT&T, # 11 Exhibit 14, Verizon Preservation Subpoenas, # 12 Exhibit 16, Declaration of B. Parker Miller)(Laytin, Daniel) (Entered: 10/23/2017) |
| 10/24/2017 | 520 | MINUTE entry before the Honorable Jeffrey T. Gilbert:Defendants' Motion for Leave to File Exhibits Under Seal to Their Reply Brief in Support of Their Motion to Stay Production Obligations Imposed by Plaintiffs' Subpoenas Served on Third Parties 518 is granted.Mailed notice (rbf, ) (Entered: 10/24/2017) |
| 10/27/2017 | 521 | MOTION by Attorney Daniel D. Owen to withdraw as attorney for Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc.. No party information provided (Owen, Daniel) (Entered: 10/27/2017) |
| 10/30/2017 | 522 | STATUS Report *Direct Purchaser Plaintiffs letter pursuant to Judge Gilbert's Order of October 2, 2017 (ECF No. 492) and in response to Defendants' October 16, 2017 letter (ECF No. 506)* by Alpine Special Treatment Center, Inc., Barters International LLC, Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, Andrew Evans, Kirk Evans, Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew |

| | | |
|---|---|---|
| | | Hayward, Joe Christiana Food Distributors, Inc., John Glaess and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Pamela Tierney, Christopher Vallaro, Amy Veaner, Jennifer Wallace, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur (Hart, Steven) (Entered: 10/30/2017) |
| 10/30/2017 | 523 | RESPONSE by Plaintiff Fargo Stopping Center LLC to status report 506 *and the CIIP Plaintiffs' Stauts Report re Their Rule 34 Responses and Responding to the Defendants' Letter to the Court (ECF 506)* (Doyle, Thomas) (Entered: 10/30/2017) |
| 10/30/2017 | 524 | RESPONSE by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to status report 508 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H- Filed Under Seal, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Suggs, David) (Entered: 10/30/2017) |
| 10/30/2017 | 525 | MOTION by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal document Response,,,, 524 */Defendants' Motion for Leave to File Exhibit Under Seal* (Suggs, David) (Entered: 10/30/2017) |
| 10/30/2017 | 526 | SEALED EXHIBIT by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC */Exhibit H* regarding MOTION by Defendants Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire 525 , Response,,,, 524 (Suggs, David) (Entered: 10/30/2017) |

| 10/31/2017 | 527 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Exhibit Under Seal to Their October 30, 2017 Letter to the Court 525 is granted. Defendants are given leave to file under seal Exhibit H to Defendants' October 30, 2017 Letter to the Court. Mailed notice (ber, ) (Entered: 10/31/2017) |
| --- | --- | --- |
| 11/02/2017 | 528 | NOTICE by Carrie C. Mahan of Change of Address (Mahan, Carrie) (Entered: 11/02/2017) |
| 11/02/2017 | 529 | NOTICE by Daniel E. Antalics of Change of Address (Antalics, Daniel) (Entered: 11/02/2017) |
| 11/02/2017 | 530 | NOTICE by Christopher J. Abbott of Change of Address (Abbott, Christopher) (Entered: 11/02/2017) |
| 11/03/2017 | 531 | STATUS Report *and The CIIP Plaintiffs' Status Report Regarding the Chicken Kitchen (FL) Plaintiff* by Fargo Stopping Center LLC (Doyle, Thomas) (Entered: 11/03/2017) |
| 11/06/2017 | 532 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13761190. (Medlock, Stephen) (Entered: 11/06/2017) |
| 11/06/2017 | 533 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 516 is granted; Attorney Laurie Novion added for Simmons Foods. Mailed notice (srn, ) (Entered: 11/06/2017) |
| 11/06/2017 | 534 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 532 is granted; Attorney Stephen M. Medlock for Foster Farms, LLC added. Mailed notice (srn, ) (Entered: 11/06/2017) |
| 11/06/2017 | 535 | MINUTE entry before the Honorable Thomas M. Durkin:Motion by Daniel D. Owen to withdraw as attorney 521 is granted.Mailed notice (srn, ) (Entered: 11/06/2017) |
| 11/13/2017 | 536 | ORDER: For the reasons stated in the attached Order, Defendants' Motion to Stay Production Obligations Imposed by Plaintiffs' Subpoenas Served on Third Parties 499 is granted in part and denied in part. Signed by the Honorable Jeffrey T. Gilbert on 11/13/2017. Mailed notice (ber, ) (Entered: 11/13/2017) |
| 11/14/2017 | 537 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13795635. (Mizell, Emily) (Entered: 11/14/2017) |
| 11/14/2017 | 538 | ORDER: This matter is set for a status hearing on November 15, 2017, at 9:30 a.m. CST. [ECF No. 492]. See attached agenda listing the issues that the Court intends to address during the hearing. Signed by the Honorable Jeffrey T. Gilbert on 11/14/2017. Mailed notice(ber, ) (Entered: 11/14/2017) |
| 11/15/2017 | 539 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 11/15/17. The parties are directed to the transcript for a complete record of the hearing. All counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, by 5:00 p.m. on 11/16/17. Mailed notice (ber, ) (Entered: 11/15/2017) |
| 11/15/2017 | 540 | ORDER concerning designation of additional document custodian for Tyson Foods, Inc. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 11/15/2017. Mailed notice(ber, ) (Entered: 11/15/2017) |

| 11/20/2017 | 541 | MEMORANDUM Opinion and Order: For the foregoing reasons, Defendants' motions to dismiss, R. 279 ; R. 292 are denied except that Plaintiffs' claims under the laws of Wisconsin are dismissed, such that Defendants' motion to dismiss the Indirect Plaintiffs' claim is granted in part. The Court has not addressed all of Defendants' arguments seeking dismissal of Plaintiffs' state law claims. But the Court's opinion explains that at least one claim in each jurisdiction will proceed to discovery, with the exception of Wisconsin. Any state law claim the Court has addressed and dismissed, is dismissed without prejudice.To the extent Plaintiffs believe they can cure the deficiencies the Court has described with respect to their claims under Wisconsin law, Plaintiffs may file a joint motion for leave to amend by December 20, 2017, supported by a brief of no more than five pages explaining how the amendments would cure Plaintiffs' allegations. The proposed amended paragraphs of the complaints (not the entire complaints) should also be attached as an exhibit. No defendant should file a responding brief unless the Court so orders.To the extent it is necessary in order to streamline a trial or assess damages for the Court to address the additional state law claims not addressed in this opinion, or to reconsider dismissal of state law claims under the laws of jurisdictions for which other claims are proceeding, the Court will address those issues when appropriate. For now, however, the parties know which jurisdictions remain in play and which are out. That is a sufficient basis to conduct discovery. Signed by the Honorable Thomas M. Durkin on 11/20/2017:Mailed notice(srn, ) (Entered: 11/20/2017) |
| 11/21/2017 | 542 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13821740. (Wofford, Amanda) (Entered: 11/21/2017) |
| 11/22/2017 | 543 | TRANSCRIPT OF PROCEEDINGS held on November 15, 2017 before the Honorable Jeffrey T. Gilbert. Order Number: 29044. Court Reporter Contact Information: Blanca I. Lara, 219 South Dearborn, Room 2504, Chicago, Illinois 60604, blanca_lara@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 12/13/2017. Redacted Transcript Deadline set for 12/26/2017. Release of Transcript Restriction set for 2/20/2018. (Lara, Blanca) (Entered: 11/22/2017) |
| 11/22/2017 | 544 | TRANSCRIPT OF PROCEEDINGS held on November 15, 2017 before the Honorable Jeffrey T. Gilbert. Order Number: 29039 and 29019 copies of proceedings. Court Reporter Contact Information: Blanca I. Lara, 219 South Dearborn, Room 2504, Chicago, Illinois 60604, blanca_lara@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 12/13/2017. Redacted Transcript Deadline set for 12/26/2017. Release of Transcript Restriction set for 2/20/2018. (Lara, Blanca) (Entered: 11/22/2017) |
| 11/22/2017 | 545 | LETTER from counsel for Mar-Jac Poultry, Inc. dated 11/21/17. (ber, ) (Entered: 11/22/2017) |

| 11/22/2017 | 546 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court received a letter dated 11/21/17 from counsel for Mar-Jac Poultry, Inc., a non-party to this case to whom Plaintiffs issued a Rule 45 subpoena requesting production of identified documents. The Court is docketing that letter as ECF No. 545 . The Court agrees with Mar-Jac Poultry that its Order 536 entered on 11/13/17 should be modified. Accordingly, for the reasons set forth in Mar-Jac Poultry's letter, the Court strikes the last two sentences in the last paragraph at the end of each of Sections III(B) and III(C) of the Order 536 staying for a period of time the subpoenas to AT&T, Verizon, Windstream, CenturyLink, Comcast, and the so-called Producer Co-Conspirators. Instead, the Court substitutes the following language nunc pro tunc: "Rule 45 of the Federal Rules of Civil Procedure applies to the extent of any objections to the subpoenas served by Plaintiffs and any motions to compel compliance with, or to modify or quash, those subpoenas." Plaintiffs shall make sure that the recipients of their subpoenas are informed of this modification to the Court's earlier Order 536 . Mailed notice (ber, ) (Entered: 11/22/2017) |
| 11/27/2017 | 547 | MINUTE entry before the Honorable Thomas M. Durkin:The opinion and order dated November 20, 2017 541 is amended such that the word "Wisconsin" in the first paragraph on page 1, and in the first two paragraphs of the "Conclusion" section on page 91, is replaced by the word "Arkansas."Mailed notice (srn, ) (Entered: 11/27/2017) |
| 11/28/2017 | 548 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference with liaison counsel set for 12/11/17 at 9:30 a.m. CST to discuss scheduling matters. The Court's courtroom deputy will circulate a dial-in number and passcode. By 12/7/17, Defendants shall respond to Plaintiffs' Proposed Scheduling Order No. 2, which Plaintiffs submitted to the Special Master on 11/27/17, and send a copy of that response to the Court's Proposed Order folder on the Court's website. The Court does not want the parties to submit letter briefs or status reports in advance of the telephone conference set for 12/11/17 as they have done in advance of prior status hearings. The dates and obligations agreed to by the parties on 11/14/17 and memorialized in the Special Master's email of 11/18/17 should stand in the Court's view. The Court sees no reason to change those dates or obligations despite the intervening rulings on Defendants' motions to dismiss 541 . Mailed notice (ber, ) (Entered: 11/28/2017) |
| 11/30/2017 | 549 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13847986. (Sandler, Hugh) (Entered: 11/30/2017) |
| 11/30/2017 | 550 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Brian E. Cohen (Cohen, Brian) (Entered: 11/30/2017) |
| 12/01/2017 | 551 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13858320. (Esades, Vincent) (Entered: 12/01/2017) |
| 12/01/2017 | 552 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13858374. (Servais, Jessica) (Entered: 12/01/2017) |
| 12/04/2017 | 553 | STIPULATION *Regarding Time for Filing Responsive Pleadings* (Manning, Amy) (Incorrect pdf document linked - Docket Text Modified by Clerk's Office.).Modified on 12/4/2017 (pk, ). (Entered: 12/04/2017) |
| 12/04/2017 | 554 | STIPULATION *Regarding Time for Filing Responsive Pleadings* (Manning, Amy) (Entered: 12/04/2017) |

| 12/04/2017 | 555 | NOTICE of Correction regarding docket entry # 553 (pk, ) (Entered: 12/04/2017) |
|---|---|---|
| 12/05/2017 | 556 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13867325. (Wendorf, Mark) (Entered: 12/05/2017) |
| 12/06/2017 | 557 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13872306. (Attachments: # 1 Exhibit S. Teti Bar Admissions Attachment) (Teti, Stephen) (Entered: 12/06/2017) |
| 12/06/2017 | 558 | MINUTE entry before the Honorable Thomas M. Durkin:Pursuant to stipulation, Defendants are to file their answers to Direct Purchaser Plaintiffs' complaints by 1/17/2018. The time for Defendants to file their answers to the Commercial and Institutional Indirect Purchaser Plaintiffs' complaint and the End-User Consumer Plaintiffs' complaint is extended to 1/24/2018. Mailed notice (srn, ) (Entered: 12/06/2017) |
| 12/11/2017 | 559 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference with liaison counsel held on 12/11/17 concerning entry of another scheduling order. The Court and counsel discussed the draft proposed orders submitted by Plaintiffs and Defendants. By 12/13/17 at noon, the parties shall submit a proposed Interim Scheduling Order on Agreed Dates No. 2 that is consistent with the Court's rulings and guidance during the conference as well as the parties' follow-up discussions concerning same. As discussed on the record, the Agreed Confidentiality Order 202 entered in this case shall apply to documents produced by Claxton Poultry Company, Inc.; Harrison Poultry, Inc.; or Mar-Jac Poultry, Inc. in response to one of the subpoenas discussed in the Court's Order 536 dated 11/13/17, and those documents may be designated highly confidential under the Agreed Confidentiality Order. By 12/15/17, liaison counsel shall confirm with the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, the parties' availability for a status hearing on 2/7/18 at 9:30 a.m. CST. Counsel participating in today's telephone conference who wish to be noted of record shall identify themselves to liaison counsel, and liaison counsel shall send that information to the Court's courtroom deputy by 12/18/17. Mailed notice (ber, ) (Entered: 12/11/2017) |
| 12/13/2017 | 560 | ATTORNEY Appearance for Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. by Noah Axler (Axler, Noah) (Entered: 12/13/2017) |
| 12/13/2017 | 561 | MOTION by Attorney Heidi M. Silton to withdraw as attorney for John Gross and Company, Inc., Maplevale Farms, Inc.. No party information provided (Silton, Heidi) (Entered: 12/13/2017) |
| 12/13/2017 | 562 | NOTICE of Motion by Heidi M. Silton for presentment of motion to withdraw as attorney 561 before Honorable Thomas M. Durkin on 12/18/2017 at 09:00 AM. (Silton, Heidi) (Entered: 12/13/2017) |
| 12/14/2017 | 563 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 561 is granted; Attorney Heidi M. Silton terminated. No appearance is required on 12/18/2017.Mailed notice (srn, ) (Entered: 12/14/2017) |
| 12/14/2017 | 564 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 537 is granted; Emily Mizell added for Mountaire Farms, Inc.Mailed notice (srn, ) (Entered: 12/14/2017) |
| 12/14/2017 | 565 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 542 is granted; Amanda Wofford added for Mountainaire Farms, Inc. |

| 12/14/2017 | 566 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 549 is granted; Hugh Sandler added for Maplevale Farms, Inc.Mailed notice (srn, ) (Entered: 12/14/2017) |
|---|---|---|
| 12/14/2017 | 567 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 551 is granted; Vincent Esades added for Ferraro Foods, Inc. Mailed notice (srn, ) (Entered: 12/14/2017) |
| 12/14/2017 | 568 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 556 is granted; Mark Wendorf added for Maplevale Farms, Inc.Mailed notice (srn, ) (Entered: 12/14/2017) |
| 12/14/2017 | 569 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 552 is granted; Jessica Servais added for Ferraro Foods, Inc. Mailed notice (srn, ) (Entered: 12/14/2017) |
| 12/14/2017 | 570 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 557 is granted; Stephen Teti added for Maplevale Farms, Inc.Mailed notice (srn, ) (Entered: 12/14/2017) |
| 12/15/2017 | 571 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the Court's order entered on 12/11/17 559 , liaison counsel confirmed with the Court's courtroom deputy that the parties are available for the status hearing set for 2/7/18 at 9:30 a.m. CST. Accordingly, the status hearing will proceed on that date. Mailed notice (ber, ) (Entered: 12/15/2017) |
| 12/15/2017 | 572 | MOTION by Defendant Peco Foods, Inc. for reconsideration regarding order on motion to dismiss,,,,,,,,,,,,,, memorandum opinion and order,,,,, 541 (Fitzgerald, Patrick) (Entered: 12/15/2017) |
| 12/15/2017 | 573 | MEMORANDUM by Peco Foods, Inc. in support of motion for reconsideration 572 (Fitzgerald, Patrick) (Entered: 12/15/2017) |
| 12/15/2017 | 574 | SCHEDULING ORDER NO. 2. Signed by the Honorable Jeffrey T. Gilbert on 12/15/2017. Mailed notice(ber, ) (Entered: 12/15/2017) |
| 12/15/2017 | 575 | NOTICE of Motion by Patrick Joseph Fitzgerald for presentment of motion for reconsideration 572 before Honorable Thomas M. Durkin on 12/20/2017 at 09:00 AM. (Fitzgerald, Patrick) (Entered: 12/15/2017) |
| 12/19/2017 | 576 | MINUTE entry before the Honorable Thomas M. Durkin:The 12/20/2017 notice motion date is vacated. The parties are to contact this Court's courtroom deputy with an agreed briefing schedule on defendant Peco Food Inc.'s motion to reconsider 572 . Mailed notice (srn, ) (Entered: 12/19/2017) |
| 12/20/2017 | 577 | MOTION by Unknown Affiliated Foods, Inc. to reassign case *pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Lifvendahl, Eric) (Entered: 12/20/2017) |
| 12/20/2017 | 578 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's response to defendant Peco Foods, Inc.'s motion for reconsideration 572 is due by 1/12/2018. Defendant's reply is due by 1/26/2018.Mailed notice (srn, ) (Entered: 12/20/2017) |
| 12/20/2017 | 579 | *Affiliated Foods, Inc., et al.* NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case 577 before Honorable Thomas M. Durkin on 1/4/2017 at 09:00 AM. (Lifvendahl, Eric) (Entered: 12/20/2017) |
| 12/22/2017 | 580 | ORDER: Early this year, the parties issued initial sets of Rule 34 requests for production of documents. The parties have since responded and objected to each |

| | | | |
|---|---|---|---|
| | | | other's requests for production, and they met and conferred about those responses and objections. Then, in several status reports and letters, the parties identified and briefed certain disputes regarding the Rule 34 requests for production (and the responses and objections thereto). See [415 at 3352; 429; 434; 506; 507; 508; 522; 523; 524; 526]. During a telephonic status hearing held on December 11, 2017, the parties stated that a few of those disputes remain outstanding and are now ripe for ruling. In this Order, the Court rules on several of those disputes. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 12/22/2017. Mailed notice(ber, ) (Entered: 12/22/2017) |
| 12/24/2017 | 🔓 | 581 | TRANSCRIPT OF PROCEEDINGS held on 12-11-2017 before the Honorable Jeffrey T. Gilbert. Order Number: 29279. Court Reporter Contact Information: Pamela S. Warren http://www.ilnd.uscourts.gov/transcript-order-form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/16/2018. Redacted Transcript Deadline set for 1/24/2018. Release of Transcript Restriction set for 3/26/2018. (Warren, Pamela) (Entered: 12/24/2017) |
| 01/03/2018 | | 582 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-13960589. (Glaze, Veronica) (Entered: 01/03/2018) |
| 01/03/2018 | | 583 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 582 is granted; Attorney Veronica W Glaze for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 01/03/2018) |
| 01/03/2018 | | 584 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to reassign case 17 C 8850, currently pending before the Honorable Sara Ellis, as related to this case, is granted 577 . No appearance is required on 1/4/2018. Mailed notice (srn, ) (Entered: 01/03/2018) |
| 01/03/2018 | | 585 | ATTORNEY Appearance for Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. by Veronica W Glaze (Glaze, Veronica) (Entered: 01/03/2018) |
| 01/03/2018 | | 586 | ORDER REGARDING SEARCH METHODOLOGY FOR ELECTRONICALLY STORED INFORMATION. Signed by the Honorable Jeffrey T. Gilbert on 1/3/2018. Mailed notice(ber, ) (Entered: 01/03/2018) |
| 01/04/2018 | | 587 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Tamarah P Prevost (Prevost, Tamarah) (Entered: 01/04/2018) |
| 01/04/2018 | | 588 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Adam John Zapala (Zapala, Adam) (Entered: 01/04/2018) |
| 01/04/2018 | | 589 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Order entered in Affiliated Foods, Inc. et al v. Claxton Poultry Farms, Inc. et al, No. 17- 8850: The Court intends that this case be subject to the scheduling and case management orders entered in Maplevale Farms, Inc. v. Koch Foods, Inc., Case No. 16-cv-8637, with necessary modifications to accommodate this later filed case. To be clear, however, the default will be the scheduling and case management orders entered in the previously filed Maplevale case, including the discovery and other dates set in those orders, to the maximum extent feasible and as applicable given that this case is not filed as a class action. This case is set for a status hearing on 2/7/18 at 9:30 a.m. CST, a date previously set in Case No. 16-cv-8637. As soon as |

| | | |
|---|---|---|
| | | all defendants have appeared in this case, the Court intends to order the parties to meet and confer about melding the schedule and management of this case with the schedule and case management protocols entered in the Maplevale case. Mailed notice (ber, ) (Entered: 01/04/2018) |
| 01/05/2018 | 590 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Special Master Maura Grossman is permitted to see all documents filed under seal including transcripts of court hearings. Mailed notice (ber, ) (Entered: 01/05/2018) |
| 01/05/2018 | 591 | WITHDRAWING *Steven N. Williams* as counsel for Plaintiff Indirect Purchaser Plaintiffs and substituting Adam John Zapala as counsel of record (Zapala, Adam) (Entered: 01/05/2018) |
| 01/08/2018 | 592 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-13976686. (Coffman, Richard) (Entered: 01/08/2018) |
| 01/08/2018 | 593 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-13978309. (Dirksen, Charles) (Entered: 01/08/2018) |
| 01/08/2018 | 594 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-13978519. (Cera, Solomon) (Entered: 01/08/2018) |
| 01/09/2018 | 595 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-13980335. *on behalf of plaintiffs in related case No.1:16-cv-08637* (Kaplan, Robert) (Entered: 01/09/2018) |
| 01/09/2018 | 596 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-13980424. *on behalf of Plaintiffs in Related Action 1:17-cv-08850* (McCahill, Matthew) (Entered: 01/09/2018) |
| 01/12/2018 | 597 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14000712. (Allard, Devon) (Entered: 01/12/2018) |
| 01/12/2018 | 598 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Defendant Peco Foods, Inc. for reconsideration regarding order on motion to dismiss,,,,,,,,,,,,,, memorandum opinion and order,,,,,, 541 572 (Pouya, Bobby) (Entered: 01/12/2018) |
| 01/17/2018 | 599 | MOTION by Attorney Jacob Dylan White to withdraw as attorney for Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC. No party information provided (Treece, John) (Entered: 01/17/2018) |
| 01/17/2018 | 600 | NOTICE of Motion by John W. Treece for presentment of motion to withdraw as attorney 599 before Honorable Thomas M. Durkin on 1/22/2018 at 09:00 AM. (Treece, John) (Entered: 01/17/2018) |
| 01/17/2018 | 601 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 599 is granted; Attorney Jacob Dylan White terminated. No appearance is required on 1/22/2018.Mailed notice (srn, ) (Entered: 01/17/2018) |
| 01/17/2018 | 602 | ANSWER to amended complaint *(Answer to the Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint)* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 01/17/2018) |
| 01/17/2018 | 603 | ANSWER to amended complaint */ Answer and Defenses to the Direct Purchaser Plaintiffs Second Amended and Consolidated Class Action Complaint* by Perdue Farms, Inc.(Ives, Kirstin) (Entered: 01/17/2018) |
| 01/17/2018 | 604 | *O.K. Foods Defendants'* ANSWER to amended complaint *(and Defenses to Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action* |

| | | Complaint by O.K. Farms, Inc.(O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 01/17/2018) |
|---|---|---|
| 01/17/2018 | 605 | ANSWER to amended complaint by Simmons Foods, Inc.(Murray, Lynn) (Entered: 01/17/2018) |
| 01/17/2018 | 606 | ANSWER to amended complaint by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Treece, John) (Entered: 01/17/2018) |
| 01/17/2018 | 607 | ANSWER to amended complaint by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 01/17/2018) |
| 01/17/2018 | 608 | ANSWER to amended complaint *of Direct Purchaser Plaintiffs* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 01/17/2018) |
| 01/17/2018 | 609 | ANSWER to amended complaint *(and Defenses to Direct Purchaser Plaintiffs' Second Amended and Consolidated Class Action Complaint)* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 01/17/2018) |
| 01/17/2018 | 610 | ANSWER to amended complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Carney, Peter) (Entered: 01/17/2018) |
| 01/17/2018 | 611 | *Defendant Peco Foods, Inc.'s* ANSWER to amended complaint *(Second Amended And Consolidated Class Action Complaint By The Direct Purchaser Plaintiffs), Filed* by Peco Foods, Inc.(Bershteyn, Boris) (Entered: 01/17/2018) |
| 01/17/2018 | 612 | *George's Farms, Inc. and George's Inc.'s* ANSWER to amended complaint *Second Amended and Consolidated Class Action Complaint by the Direct Purchaser Plaintiffs, Filed* by George's Farms, Inc., George's Inc.(Hemeryck, Sondra) (Entered: 01/17/2018) |
| 01/17/2018 | 613 | ANSWER to amended complaint - *ANSWER AND DEFENSES OF WAYNE FARMS LLC TO THE DIRECT PURCHASER PLAINTIFFS SECOND AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 01/17/2018) |
| 01/17/2018 | 614 | *Defendant Pilgrim's Pride Corporation's* ANSWER to amended complaint by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 01/17/2018) |
| 01/18/2018 | 615 | ATTORNEY Appearance for Plaintiffs Affiliated Foods, Inc.'s Plaintiffs, Piggly Wiggly Alabama Distributing Co., Inc., Alex Lee, Inc., Merchants Distributors, LLC, Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Woodman's Food Market, Inc. by Eric Richard Lifvendahl (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/18/2018 | 616 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Affiliated Foods, Inc.'s Plaintiffs *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/18/2018 | 617 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Alex Lee, Inc., Merchants Distributors, LLC *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/18/2018 | 618 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Associated Grocers of New England, Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* |

| 01/18/2018 | [619](619) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Big Y Foods, Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/18/2018 | [620](620) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Fareway Stores, Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/18/2018 | [621](621) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Piggly Wiggly Alabama Distributing Co., Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/18/2018 | [622](622) | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Woodman's Food Market, Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Lifvendahl, Eric) (Entered: 01/18/2018) |
| 01/19/2018 | [623](623) | ATTORNEY Appearance for Defendant Mar-Jac by Jonathan Stuart Quinn (Quinn, Jonathan) (Entered: 01/19/2018) |
| 01/19/2018 | [624](624) | ATTORNEY Appearance for Defendant Mar-Jac by Andrew Gordon May (May, Andrew) (Entered: 01/19/2018) |
| 01/19/2018 | [625](625) | MOTION by Defendants Mar-Jac, Harrison Poultry, Inc., Agri Stats, Inc. for extension of time to file answer *UNOPPOSED MOTION BY DEFENDANTS HARRISON POULTRY, INC., MAR-JAC POULTRY, INC., AND AGRI STATS, INC. FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD* (May, Andrew) (Entered: 01/19/2018) |
| 01/19/2018 | [626](626) | *Unopposed* NOTICE of Motion by Andrew Gordon May for presentment of motion for extension of time to file answer, [625](625) before Honorable Thomas M. Durkin on 1/25/2018 at 09:00 AM. (May, Andrew) (Entered: 01/19/2018) |
| 01/22/2018 | [627](627) | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the Court enters the following agreed briefing schedule on the parties' dispute regarding the discoverability of downstream data, see [580 at 79]. On or before 1/26/18 at 3:00 p.m. CST (1) Defendants shall file a supplemental brief not to exceed 20 pages, and (2) DPPs and CIIPPs each shall file a separate supplemental brief not to exceed 10 pages. On or before 2/2/18 at 3:00 p.m. CST (1) Defendants shall file a reply brief not to exceed 10 pages, and (2) DPPs and CIIPPs each shall file a separate reply brief not to exceed 5 pages. Mailed notice (ber, ) (Entered: 01/22/2018) |
| 01/22/2018 | [628](628) | MOTION by Plaintiff Winn-Dixie Stores, Inc. to reassign case *Agreed Motion* (Attachments: # [1](1) Exhibit)(Ahern, Patrick) (Entered: 01/22/2018) |
| 01/22/2018 | [629](629) | NOTICE of Motion by Patrick John Ahern for presentment of motion to reassign case [628](628) before Honorable Thomas M. Durkin on 1/24/2018 at 09:00 AM. (Ahern, Patrick) (Entered: 01/22/2018) |

| | | |
|---|---|---|
| 01/23/2018 | 630 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion by defendants Harrison Poultry, Inc., Mar-Jac Poultry, Inc., and Agri States, Inc. for extension of time to 3/19/2018 to answer or otherwise plead 625 is granted. Plaintiffs' agreed motion to reassign case pursuant to Local Rule 40.4 as related 628 is granted. This Court will recommend to the Executive Committee that case 18 C 245, currently pending before Judge Bucklo be reassigned as related to this action. No appearance is required on 1/24/2018 and 1/25/2018. Mailed notice (srn, ) (Entered: 01/23/2018) |
| 01/23/2018 | 631 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14038054. (Konieczny, Edward) (Entered: 01/23/2018) |
| 01/24/2018 | 632 | by Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. *Waiver of Service of Summons to Sanderson Farms, Inc.* (Lifvendahl, Eric) (Entered: 01/24/2018) |
| 01/24/2018 | 633 | by Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. *Waiver of Service of Summons to Sanderson Farms, Inc. (Production Division)* (Lifvendahl, Eric) (Entered: 01/24/2018) |
| 01/24/2018 | 634 | by Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. *Waiver of Service of Summons to Sanderson Farms, Inc. (Processing Division)* (Lifvendahl, Eric) (Entered: 01/24/2018) |
| 01/24/2018 | 635 | by Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. *Waiver of Service of Summons to Sanderson Farms, Inc. (Foods Division)* (Lifvendahl, Eric) (Entered: 01/24/2018) |
| 01/24/2018 | 636 | by Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. *Waiver of Service of Summons to George's, Inc. and George's Farms, Inc.* (Lifvendahl, Eric) (Entered: 01/24/2018) |
| 01/24/2018 | 637 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Order entered in Winn-Dixie Stores, Inc. v. Koch Foods, Inc. et al, Case No. 18-cv-245: The Court intends that this case be subject to the scheduling and case management orders entered in Maplevale Farms, Inc. v. Koch Foods, Inc., Case No. 16-cv-8637, with necessary modifications to accommodate this later filed case. To be clear, however, the default will be the scheduling and case management orders entered in the previously filed Maplevale case, including the discovery and other dates set in those orders, to the maximum extent feasible and as applicable given that this case is not filed as a class action. This case is set for a status hearing on 2/7/18 at 9:30 a.m. CST, a date previously set in Case No. 16-cv-8637. As soon as all defendants have appeared in this case, the Court intends to order the parties to meet and confer about melding the schedule and management of this case with the schedule and case management protocols entered in the Maplevale case. Mailed notice (ber, ) (Entered: 01/24/2018) |

| 01/24/2018 | 638 | ANSWER to amended complaint (*Answer to the End-User Plaintiffs' Consolidated Amended Class Action Complaint*), ANSWER to amended complaint by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 01/24/2018) |
| --- | --- | --- |
| 01/24/2018 | 639 | ANSWER to amended complaint (*Answer to the Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint*), ANSWER to amended complaint by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 01/24/2018) |
| 01/24/2018 | 640 | ANSWER to amended complaint by Simmons Foods, Inc.(Murray, Lynn) (Entered: 01/24/2018) |
| 01/24/2018 | 641 | ANSWER to amended complaint by Simmons Foods, Inc.(Murray, Lynn) (Entered: 01/24/2018) |
| 01/24/2018 | 642 | ANSWER to amended complaint by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 01/24/2018) |
| 01/24/2018 | 643 | ANSWER to amended complaint by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 01/24/2018) |
| 01/24/2018 | 644 | RESPONSE by Defendant Fieldale Farms Corporation to amended complaint 253 (Healey, Brendan) (Entered: 01/24/2018) |
| 01/24/2018 | 645 | ANSWER of defendant Fieldale Farms Corporation to end-user Consumer plaintiffs' consolidated amended class action complaint 255 (Healey, Brendan). (Docket text modified by the Clerk's Office). Modified on 1/25/2018 (mc, ). (Entered: 01/24/2018) |
| 01/24/2018 | 646 | *O.K. Foods Defendants'* ANSWER to amended complaint *of Commercial and Institutional Indirect Purchaser Plaintiffs' Third Amended Consolidated Class Action Complaint*, ANSWER to amended complaint by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 01/24/2018) |
| 01/24/2018 | 647 | *O.K. Foods Defendants'* ANSWER to amended complaint *of End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint*, ANSWER to amended complaint by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 01/24/2018) |
| 01/24/2018 | 648 | ANSWER to amended complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Carney, Peter) (Entered: 01/24/2018) |
| 01/24/2018 | 649 | ANSWER to amended complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Carney, Peter) (Entered: 01/24/2018) |
| 01/24/2018 | 650 | ANSWER to amended complaint *and defenses to Commercial and Institutional Indirect Purchaser Plaintiffs Third Amended and Consolidated Class Action Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 01/24/2018) |
| 01/24/2018 | 651 | ANSWER to amended complaint *and defenses to End-User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 01/24/2018) |
| 01/24/2018 | 652 | ANSWER to amended complaint by Peco Foods, Inc.(Bershteyn, Boris) (Entered: 01/24/2018) |

| 01/24/2018 | 653 | ANSWER to amended complaint by Peco Foods, Inc.(Bershteyn, Boris) (Entered: 01/24/2018) |
|---|---|---|
| 01/24/2018 | 654 | *Koch Defendants'* ANSWER to amended complaint *of CIIP Plaintiffs* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 01/24/2018) |
| 01/24/2018 | 655 | *Koch Defendants'* ANSWER to amended complaint *of End User Plaintiffs* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 01/24/2018) |
| 01/24/2018 | 656 | *Mountaire Defendants'* ANSWER to amended complaint *of End User Plaintiffs* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 01/24/2018) |
| 01/24/2018 | 657 | *Mountaire Defendants'* ANSWER to amended complaint *CIIP Plaintiffs* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 01/24/2018) |
| 01/24/2018 | 658 | *Perdue Defendants'* ANSWER to Complaint with Jury Demand *to End User Consumer Plaintiffs' Consolidated Amended Class Action Complaint* by Perdue Farms, Inc.(Ives, Kirstin) (Entered: 01/24/2018) |
| 01/24/2018 | 659 | ANSWER to amended complaint *at 255 - TO THE ENDUSER CONSUMER PLAINTIFFS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT*, ANSWER to amended complaint *at 493* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 01/24/2018) |
| 01/24/2018 | 660 | *Perdue Defendants'* ANSWER to Complaint with Jury Demand *to Commercial and Institutional Indirect Purchaser Plaintiffs' Third Consolidated Complaint* by Perdue Farms, Inc.(Ives, Kirstin) (Entered: 01/24/2018) |
| 01/24/2018 | 661 | ANSWER to amended complaint *at 253 TO THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS THIRD AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT*, ANSWER to amended complaint *at 504* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 01/24/2018) |
| 01/24/2018 | 662 | *George's Defendants'* ANSWER to amended complaint *of Commercial and Institutional Indirect Purchaser Plaintiffs* by George's Farms, Inc., George's Inc. (Hemeryck, Sondra) (Entered: 01/24/2018) |
| 01/24/2018 | 663 | *George's Defendants'* ANSWER to amended complaint *of End User Consumer Plaintiffs* by George's Farms, Inc., George's Inc.(Hemeryck, Sondra) (Entered: 01/24/2018) |
| 01/24/2018 | 664 | *Defendant Pilgrim's Pride Corporation's* ANSWER to amended complaint *Commercial and Institutional Indirect Purchaser Plaintiffs* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 01/24/2018) |
| 01/24/2018 | 665 | *Defendant Pilgrim's Pride Corporation's* ANSWER to amended complaint *End-User Consumer Plaintiffs* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 01/24/2018) |
| 01/25/2018 | 666 | ANSWER to amended complaint by Fieldale Farms Corporation(Healey, Brendan) (Entered: 01/25/2018) |
| 01/25/2018 | 667 | ANSWER to amended complaint by Fieldale Farms Corporation(Healey, Brendan) (Entered: 01/25/2018) |

| 01/25/2018 | 668 | by Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. *Waiver of Service of Summons to Perdue Foods, LLC and Perdue Farms, Inc.* (Lifvendahl, Eric) (Entered: 01/25/2018) |
|---|---|---|
| 01/25/2018 | 669 | NOTICE of Correction 645 (mc, ) (Entered: 01/25/2018) |
| 01/26/2018 | 670 | REPLY by Defendant Peco Foods, Inc. to motion for reconsideration 572 (Fitzgerald, Patrick) (Document linked to incorrect docket entry) (Docket Text Modified by Clerk's Office)(ew, ). (Entered: 01/26/2018) |
| 01/26/2018 | 671 | NOTICE of Correction regarding reply 670 (ew, ) (Entered: 01/26/2018) |
| 01/26/2018 | 672 | REPLY by Peco Foods, Inc. to response in opposition to motion 598 (Fitzgerald, Patrick) (Entered: 01/26/2018) |
| 01/26/2018 | 673 | MEMORANDUM by Fargo Stopping Center LLC *and The CIIP Plaintiffs' Memorandum Regarding the Discoverability of the Their Downstream Sales* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service)(Doyle, Thomas) (Entered: 01/26/2018) |
| 01/26/2018 | 674 | MEMORANDUM by Perdue Farms, Inc. *All Defendants' Brief on Downstream Discovery Issues* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Hernacki, Andrew) (Entered: 01/26/2018) |
| 01/26/2018 | 675 | Direct Purchaser Plaintiffs' Supplemental Brief Regarding Discoverability of Downstream Data by Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. (Attachments: # 1 Exhibit Index and Exhibits A-B, # 2 Declaration of Dean Barcelona)(Hart, Steven) (Entered: 01/26/2018) |
| 01/26/2018 | 676 | WAIVER OF SERVICE returned executed by Pilgrim's Pride Corporation. (Mahan, Carrie) (Entered: 01/26/2018) |
| 01/31/2018 | 677 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Peco Foods has filed a motion to reconsider the Court's denial of its motion to dismiss. Peco argues that "there is no allegation in any of the Complaints that Peco engaged in the alleged parallel conduct of reducing supply of broiler chickens at any time between 2008 and 2016." As the Court held in its opinion and order denying the motions to dismiss, "[p]articipation by each conspirator in every detail in the execution of the conspiracy is unnecessary to establish liability, for each conspirator may be performing different tasks to bring about the desired result." While the allegations against Peco are thin, Plaintiffs allege the following: (1) Peco's CEO made a statement on a June 2008 media conference call indicating knowledge of an agreement among producers to cut production (R. 212 161); (2) all Defendants participated in Agri Stats (R. 212 117); (3) all Defendants destroyed breeder flocks (R. 212 242, 249); Peco participated in increasing exports during the class period (R. 212 87, 308-10); and Peco cut production immediately prior to the class period, permitting the plausible inference that they knew about and participated in the unprecedented production cuts alleged to have occurred during the class period (R. 212 143). As the Court explained in its opinion and order, in the larger context of Plaintiffs' allegations regarding the Broiler industry during the relevant time period, these allegations against Peco in particular are sufficient to plausibly include it as a defendant at this point in the |

| | | proceeding. Petco argues that these allegations are untrue or misleading. But such a determination must take place either on summary judgment or at trial. The motion to reconsider 572 is denied.Mailed notice (srn, ) (Entered: 01/31/2018) |
|---|---|---|
| 01/31/2018 | 678 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 593 is granted; C. Andrew Dirksen added for Piggly Wiggly Alabama Distributing Company.Mailed notice (srn, ) (Entered: 01/31/2018) |
| 01/31/2018 | 679 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 594 is granted; Solomon Cera added for Piggly Wiggly Alabama Distributing Company. Mailed notice (srn, ) (Entered: 01/31/2018) |
| 01/31/2018 | 680 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 597 is granted; Attorney Devon Paul Allard for Plaintiffs added. Mailed notice (srn, ) (Entered: 01/31/2018) |
| 01/31/2018 | 681 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 631 is granted; Edward Konieczny for Mar-Jac Poultry added. Mailed notice (srn, ) (Entered: 01/31/2018) |
| 01/31/2018 | 682 | MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for leave to file *Instanter Their Third Amended and Consolidated Class Action Complaint* (Attachments: # 1 Exhibit A (REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING), # 2 Exhibit B (REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING))(Hart, Steven) (Entered: 01/31/2018) |
| 01/31/2018 | 683 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file,, 682 before Honorable Thomas M. Durkin on 2/6/2018 at 09:00 AM. (Hart, Steven) (Entered: 01/31/2018) |
| 01/31/2018 | 684 | ATTORNEY Appearance for Plaintiffs Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. by Solomon B Cera (Cera, Solomon) (Entered: 01/31/2018) |
| 01/31/2018 | 685 | ATTORNEY Appearance for Plaintiffs Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. by Charles Andrew Dirksen (Dirksen, Charles) (Entered: 01/31/2018) |
| 01/31/2018 | 686 | MOTION by Plaintiffs Sysco Corporation, US Foods, Inc. to reassign case *Based On Relatedness Pursuant To Local Rule 40.4* (Attachments: # 1 Exhibit Complaint in Sysco v. Tyson Foods, Inc. et al. 17-cv-700, # 2 Exhibit Complaint in US Foods, Inc. v. Tyson Foods, Inc. et al. 17-cv-702)(Kosoglad, Jared) (Entered: 01/31/2018) |
| 01/31/2018 | 687 | MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for leave to file *Exhibits Under Seal to Their Motion for Leave to File Instanter Their Third Amended and Consolidated Class Action Complaint (Dkt. No. 682)* (Hart, Steven) (Entered: 01/31/2018) |

| | | |
|---|---|---|
| 01/31/2018 | [688](#) | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, [687](#) before Honorable Thomas M. Durkin on 2/6/2018 at 09:00 AM. (Hart, Steven) (Entered: 01/31/2018) |
| 01/31/2018 | [689](#) | NOTICE of Motion by Jared Samuel Kosoglad for presentment of motion to reassign case, [686](#) before Honorable Thomas M. Durkin on 2/7/2018 at 09:00 AM. (Kosoglad, Jared) (Entered: 01/31/2018) |
| 02/02/2018 | [690](#) | REPLY by Plaintiff Fargo Stopping Center LLC to memorandum, [674](#) *and The CIIP Plaintiffs' Reply Memorandum of Law Regarding Downstream Sales* (Doyle, Thomas) (Entered: 02/02/2018) |
| 02/02/2018 | [691](#) | RESPONSE by Defendant Perdue Farms, Inc. to memorandum, [673](#) , other, [675](#) *All Defendants' Response Brief on Downstream Discovery Issues* (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C)(Hernacki, Andrew) (Entered: 02/02/2018) |
| 02/02/2018 | [692](#) | REPLY by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. to memorandum, [674](#) *Direct Purchaser Plaintiffs' Reply Brief Regarding Discoverability of Downstream Data* (Attachments: # [1](#) Declaration of Peter Pahides)(Hart, Steven) (Entered: 02/02/2018) |
| 02/02/2018 | [693](#) | DRAFT ORDER: This matter is set for a status hearing on February 7, 2018, at 9:30 a.m. CST. [ECF No. 571]. The attached Draft Order contains a preliminary draft agenda listing the issues that the Court may address during the hearing. The Court is circulating this preliminary draft agenda now to assist the parties in preparing for the hearing. The parties should be prepared to address the issues in the agenda to the extent possible. The Court may decide to address issues not listed in the agenda, and the agenda does not preclude the parties from raising other issues. If the parties do have other issues they want to add to the agenda, then they should file a notice as to additional proposed agenda items in this case by noon on February 6, 2018. Given the nature of the agenda for the upcoming status hearing and the weather in Chicago in February, and to save time and expense for themselves and their clients, the Court encourages and grants leave to out-of-town counsel to appear by telephone. Counsel in Chicago can appear in-person (since they are stuck here anyway) or by telephone. The Court requests that Plaintiffs' counsel in this case extend to counsel for the plaintiffs in case numbers 18-cv-700 and 18-cv-702 this Court's invitation to attend the February 7 status hearing. See attached Draft Order for further details. (ber, ) (Entered: 02/02/2018) |
| 02/02/2018 | [694](#) | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14083536. (Zapala, Adam) (Entered: 02/02/2018) |
| 02/05/2018 | [695](#) | MOTION by Defendants George's Farms, Inc., George's Inc. to substitute attorney *John C. Martin* (Martin, John) (Entered: 02/05/2018) |
| 02/05/2018 | [696](#) | NOTICE of Motion by John Conroy Martin for presentment of motion to substitute attorney [695](#) before Honorable Thomas M. Durkin on 2/7/2018 at 09:00 AM. (Martin, John) (Entered: 02/05/2018) |
| 02/05/2018 | [697](#) | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by John Conroy Martin (Martin, John) (Entered: 02/05/2018) |
| 02/05/2018 | [698](#) | MINUTE entry before the Honorable Thomas M. Durkin:Counsel may participate telephonically at the 2/6/2018 motion hearing by calling 1-877-402- |

| | | access code 4410831 promptly at 9:00 a.m. Mailed notice (srn, ) (Entered: 02/05/2018) |
|---|---|---|
| 02/05/2018 | 699 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14088596. (Cahoy, Kathryn) (Entered: 02/05/2018) |
| 02/05/2018 | 700 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14088642. (Baker, Michael) (Entered: 02/05/2018) |
| 02/06/2018 | 701 | MINUTE entry before the Honorable Thomas M. Durkin:Applications to appear pro hac vice 592 595 596 694 699 700 are granted. Mailed notice (srn, ) (Entered: 02/06/2018) |
| 02/06/2018 | 702 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to substitute attorney 695 is granted; Attorney Sondra A. Hemeryck terminated. John C. Martin added for George's, Inc., and George's Farms, Inc.Mailed notice (srn, ) (Entered: 02/06/2018) |
| 02/06/2018 | 703 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14089081. (Lee, Anne) (Entered: 02/06/2018) |
| 02/06/2018 | 704 | ATTORNEY Appearance for Unknown Affiliated Foods, Inc., Plaintiffs Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Woodman's Food Market, Inc. by Matthew Powers McCahill (McCahill, Matthew) (Entered: 02/06/2018) |
| 02/06/2018 | 705 | ATTORNEY Appearance for Plaintiffs Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Merchants Distributors, LLC, Woodman's Food Market, Inc., Piggly Wiggly Alabama Distributing Co., Inc. by Robert N. Kaplan (Kaplan, Robert) (Entered: 02/06/2018) |
| 02/06/2018 | 706 | MINUTE entry before the Honorable Thomas M. Durkin:All parties that were present telephonically for today's motion hearing are directed to provide their appearance information to this Court's court reporter, Laura Renke, at Laura_Renke@ilnd.uscourts.gov by the close of business today, 2/6/2018. Mailed notice (srn, ) (Entered: 02/06/2018) |
| 02/06/2018 | 707 | ORDER: This matter is set for a status hearing on February 7, 2018, at 9:30 a.m. CST. [ECF No. 571]. Attached is an agenda listing the issues that the Court may address during the hearing. The parties should be prepared to address the issues in the agenda to the extent possible. The Court may decide to address issues not listed in the agenda, and the agenda does not preclude the parties from raising other issues. Given the nature of the agenda for the upcoming status hearing and the weather in Chicago in February, and to save time and expense for themselves and their clients, the Court encourages and grants leave to out-of-town counsel to appear by telephone. Counsel in Chicago can appear in-person (since they are stuck here anyway) or by telephone. The Court requests that Plaintiffs' counsel in this case extend to counsel for the plaintiffs in the recently reassigned cases this Court's invitation to attend the February 7 status hearing. The Court requests that Defendants' liaison counsel extend to counsel for the newly added defendants in the Direct Purchaser Plaintiffs' proposed Third Amended and Consolidated Class Action Complaint and the defendants in the recently reassigned cases this Court's invitation to attend the February 7 status hearing. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 2/6/2018. Mailed notice (ber, ) (Entered: 02/06/2018) |

| 02/06/2018 | 708 | MINUTE entry before the Honorable Thomas M. Durkin:Direct Purchaser Plaintiffs' motion for leave to file instanter their third amended and consolidated class action complaint 682 is granted. Plaintiff Sysco Corp., and U.S. Foods, Inc.'s motion to reassign case based on relatedness pursuant to LR 40.4 686 is granted. This Court will recommend to the Executive Committee that cases 18 C 700, Sysco Corp. v. Tyson Foods, Inc., and 18 C 702, US Foods, Inc. v. Tyson Foods, Inc. be reassigned to this Court's calendar as related to this action. Direct Purchaser Plaintiffs' motion for leave to file exhibits under seal to their motion for leave to file instanter their third amended complaint 687 is granted. Motion hearing held on 2/6/2018. Defendants Agri Stats, Claxton Poultry, Harrison Poultry, and Mar-Jac Poultry have to and including 3/23/2018 to answer or otherwise plead. If a motion to dismiss is filed, any response will be due by 4/23/2018. Replies are due by 5/14/2018. No appearance is required on 2/7/2018. Mailed notice (srn, ) (Entered: 02/06/2018) |
| 02/07/2018 | 709 | *Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint (Public Redacted Version)* AMENDED complaint by John Gross and Company, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Maplevale Farms, Inc., Barters International LLC against Fieldale Farms Corporation, Foster Farms, LLC, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Claxton Poultry Farms, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, LLC, Perdue Foods LLC, Foster Poultry Farms, SIMMONS PREPARED FOODS, INC. (Hart, Steven) (Entered: 02/07/2018) |
| 02/07/2018 | 710 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Instanter Their Second Consolidated Amended Class Action Complaint* (Attachments: # 1 Exhibit A - (REDACTED VERSION) (Motion to File Unredacted Version Under Seal Pending), # 2 Exhibit B - (REDACTED VERSION) (Motion to File Unredacted Version Under Seal Pending))(Berman, Steve) (Entered: 02/07/2018) |
| 02/07/2018 | 711 | NOTICE of Motion by Steve W. Berman for presentment of motion for leave to file, 710 before Honorable Thomas M. Durkin on 2/14/2018 at 09:00 AM. (Berman, Steve) (Entered: 02/07/2018) |
| 02/07/2018 | 712 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Exhibits A and B to Their Motion for Leave to File Instanter Their Second Consolidated Amended Complaint (ECF No. 710)* (Berman, Steve) (Entered: 02/07/2018) |
| 02/07/2018 | 714 | ORDER: Status hearing held on February 7, 2018. Counsel participating in the hearing who wish to be noted of record shall identify themselves to liaison counsel on, or before February 9, 2018, liaison counsel shall send to the Court's courtroom deputy, Brenda Rinozzi, the names and affiliations of all participants so that information can be given to the court reporter. During the status hearing, the Court addressed the subjects listed in the Order 707 setting the agenda for the hearing and additional issues raised by the Court or the parties. |

| | | |
|---|---|---|
| | | This Order memorializes some of the rulings made, guidance provided, and dates set by the Court during the hearing. The parties are directed to the transcript for a complete record of the hearing. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 2/8/2018. Mailed notice(ber, ) (Entered: 02/08/2018) |
| 02/08/2018 | 713 | MINUTE entry before the Honorable Thomas M. Durkin:As applicable and with necessary modifications, all orders previously entered in Maplevale Farms, Inc. v. Koch Foods, Inc., Case No. 16-cv-8637, shall apply to Affiliated Foods, Inc. v. Claxton Poultry Farms, Inc., Case No. 17-cv-8850; Winn-Dixie Stores, Inc. v. Koch Foods, Inc., Case No. 18-cv-245; Sysco Corp. v. Tyson Foods, Inc., Case No. 18-cv-700; and US Foods, Inc. v. Tyson Foods, Inc., Case No. 18-cv-702, and to the parties and co-conspirators that are newly-named in Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint 709 or in the forthcoming proposed amended complaints that Commercial and Institutional Indirect Purchaser Plaintiffs and End-User Consumer Plaintiffs intend to file. The order entered on 2/6/2018 setting a deadline for defendants Agri Stats, Claxton Poultry, Harrison Poultry, and Mar-Jac Poultry to answer or otherwise plead remains in effect.Mailed notice (srn, ) (Entered: 02/08/2018) |
| 02/12/2018 | 715 | MINUTE entry before the Honorable Thomas M. Durkin:End-User Consumer Plaintiffs' motion for leave to file instanter their second consolidated amended class action complaint 710 is granted. End-User Consumer Plaintiffs' motion for leave to file exhibits A and B to their motion for leave to file instanter 712 is granted. No appearance is required on 2/14/2018. Mailed notice (srn, ) (Entered: 02/12/2018) |
| 02/12/2018 | 716 | *End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint (Public REDACTED Version)* AMENDED complaint by End-User Consumer Plaintiffs against Agri Stats, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, SIMMONS PREPARED FOODS, INC., Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Berman, Steve) (Entered: 02/12/2018) |
| 02/12/2018 | 717 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint (UNREDACTED Version)* (Berman, Steve) (Entered: 02/12/2018) |
| 02/13/2018 | | SUMMONS Issued as to Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Foster Poultry Farms, Harrison Poultry, Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., SIMMONS PREPARED FOODS, INC. (pg, ) (Entered: 02/13/2018) |

| 02/13/2018 | 718 | TRANSCRIPT OF PROCEEDINGS held on 2/7/18 before the Honorable Jeffrey T. Gilbert. Order Number: 28741. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/6/2018. Redacted Transcript Deadline set for 3/16/2018. Release of Transcript Restriction set for 5/14/2018. (Fennell, Kathleen) (Entered: 02/13/2018) |
| --- | --- | --- |
| 02/13/2018 | 719 | MINUTE entry before the Honorable Jeffrey T. Gilbert: As discussed on the record at status conference on February 7, 2018, third parties Allen Harim, Amick Farms, Keystone Foods, and Case Foods (complete entity descriptions information found in paragraphs 83-101 of Ex. A to Dkt. 682) are hereby permitted to designate any documents they produce in this case as Confidential or Highly Confidential pursuant to the Agreed Confidentiality Order 202 ("Order") entered in this case, and their documents shall be protected from disclosure pursuant to the Order. Further, for the avoidance of doubt, the Court orders that any third party that produces documents in response to a subpoena issued in this case may designate such documents as Confidential or Highly Confidential pursuant to the Order, and their documents shall be protected from disclosure pursuant to the Order. Mailed notice (ber, ) (Entered: 02/13/2018) |
| 02/13/2018 | 720 | Joint Letter Brief by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Attachments: # 1 Defendants' Exhibit A, # 2 Defendants' Exhibit B, # 3 Plaintiffs' Exhibit A, # 4 Certificate of Service)(Suggs, David) (Entered: 02/13/2018) |
| 02/14/2018 | 721 | TRANSCRIPT OF PROCEEDINGS held on 2/6/18 before the Honorable Thomas M. Durkin. Motion hearing. Order Number: 29840. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/7/2018. Redacted Transcript Deadline set for 3/19/2018. Release of Transcript Restriction set for 5/15/2018. (Renke, Laura) (Entered: 02/14/2018) |
| 02/14/2018 | 722 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14121180. (Newman, David) (Entered: 02/14/2018) |
| 02/14/2018 | 723 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14121427. (Sanders, Wm.) (Entered: 02/14/2018) |
| 02/14/2018 | 724 | MINUTE entry before the Honorable Thomas M. Durkin:The Court intends to instruct the Clerk of Court to submit JS-6 Forms to the Administrative Office for the individual related actions 17-cv-07176; 17-cv-08850; 18-cv-00245; 18-cv-00700; and 18-cv-00702, and designate such cases as closed for administrative |

| | | and statistical purposes. The Court took this same action on 1/25/2017 273 with respect to the first eleven cases designated as related to 16-cv-08637 and reassigned to this Court. Just as with the 1/25/2017 order, this order will not be considered a dismissal or disposition of these actions, and, should further proceedings in this litigation become necessary or desirable, any party will be able initiate it in the same manner as if this order had not been entered. Absent objection, the Court will enter such an order on 2/16/2018.Mailed notice (srn, ) (Entered: 02/14/2018) |
|---|---|---|
| 02/14/2018 | 725 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for protective order *Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians* (Ostrander, Jeremy) (Entered: 02/14/2018) |
| 02/14/2018 | 726 | NOTICE of Motion by Jeremy K. Ostrander for presentment of motion for protective order, 725 before Honorable Jeffrey T. Gilbert on 2/27/2018 at 09:15 AM. (Ostrander, Jeremy) (Entered: 02/14/2018) |
| 02/14/2018 | 727 | MEMORANDUM by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. in support of motion for protective order, 725 (Ostrander, Jeremy) (Entered: 02/14/2018) |
| 02/14/2018 | 728 | DECLARATION regarding motion for protective order, 725 *Declaration of Archie Schaffer in Support of Tyson Defendants' Motion for Protective Order* (Ostrander, Jeremy) (Entered: 02/14/2018) |
| 02/14/2018 | 729 | DECLARATION regarding motion for protective order, 725 *//Declaration of Jeremy Ostrander in Support of Tyson Defendants' Motion for Protective Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ostrander, Jeremy) (Entered: 02/14/2018) |
| 02/14/2018 | 730 | CERTIFICATE of Service regarding Tyson Defendants' Motion for Protective Order (Ostrander, Jeremy) (Entered: 02/14/2018) |
| 02/15/2018 | 731 | ATTORNEY Appearance for Plaintiff Fargo Stopping Center LLC by Andrew Douglas Welker (Welker, Andrew) (Entered: 02/15/2018) |
| 02/15/2018 | 732 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The motion hearing noticed for 2/27/18 at 9:15 a.m. 726 is stricken with no appearances required. The Court already has set a briefing schedule [714, para. 6] on Defendant Tyson's Motion for Protective Order to Preclude Non-Parties' Production of Documents As to Non-Custodians 725 . The Court either will rule via the CM/ECF system or set the matter for an in-court hearing. Mailed notice (ber, ) (Entered: 02/15/2018) |
| 02/15/2018 | 733 | ATTORNEY Appearance for Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, LLC by Andrew Gordon May (May, Andrew) (Entered: 02/15/2018) |
| 02/15/2018 | 734 | ATTORNEY Appearance for Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, LLC by Jonathan Stuart Quinn (Quinn, Jonathan) (Entered: 02/15/2018) |
| 02/16/2018 | 735 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14130454. (Cormier, Christopher) (Entered: 02/16/2018) |

| 02/16/2018 | 736 | ATTORNEY Appearance for Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, LLC by Edward C. Konieczny (Konieczny, Edward) (Entered: 02/16/2018) |
|---|---|---|
| 02/16/2018 | 737 | MOTION by Plaintiff Fargo Stopping Center LLC for leave to file *and the Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Leave to File Instanter Their Fourth Consolidated Amended Class Action Complaint* (Attachments: # 1 Exhibit A: Clean Version of Complaint (Redacted -- unredacted to be filed Under Seal), # 2 Exhibit B: Redlined version of Complaint (Redacted -- Clean version to be filed Under Seal), # 3 Certificate of Service)(Doyle, Thomas) (Entered: 02/16/2018) |
| 02/16/2018 | 738 | NOTICE of Motion by Thomas Arthur Doyle for presentment of motion for leave to file, 737 before Honorable Thomas M. Durkin on 2/22/2018 at 09:00 AM. (Doyle, Thomas) (Entered: 02/16/2018) |
| 02/16/2018 | 739 | MOTION by Plaintiff Fargo Stopping Center LLC for leave to file *and Commercial and Institutional Indirect Purchaser Plaintiffs Motion for Leave to File Exhibits Under Seal to Their Motion for Leave to File Instanter Their Fourth Amended Class Action Complaint* (Doyle, Thomas) (Entered: 02/16/2018) |
| 02/16/2018 | 740 | NOTICE of Motion by Thomas Arthur Doyle for presentment of motion for leave to file, 739 before Honorable Thomas M. Durkin on 2/22/2018 at 09:00 AM. (Doyle, Thomas) (Entered: 02/16/2018) |
| 02/19/2018 | 741 | MOTION by Defendant Agri Stats, Inc. to amend/correct order on motion for leave to file,,,,, order on motion to reassign case,,,,,,,,,, terminate deadlines and hearings,,,,, motion hearing,,,, 708 *to Modify Briefing and Page Limits* (Koering, Jacob) (Entered: 02/19/2018) |
| 02/19/2018 | 742 | NOTICE of Motion by Jacob D Koering for presentment of motion to amend/correct, 741 before Honorable Thomas M. Durkin on 2/22/2018 at 09:00 AM. (Koering, Jacob) (Entered: 02/19/2018) |
| 02/20/2018 | 743 | RESPONSE by Sysco Corporation, US Foods, Inc.in Opposition to MOTION by Defendant Agri Stats, Inc. to amend/correct order on motion for leave to file,,,,, order on motion to reassign case,,,,,,,,,, terminate deadlines and hearings,,,,, motion hearing,,,, 708 *to Modify Briefing and Page Limits* 741 (Gant, Scott) (Entered: 02/20/2018) |
| 02/20/2018 | 744 | MINUTE entry before the Honorable Thomas M. Durkin:Agri Stats's motion to modify briefing and page limits 741 is denied in part and granted in part. The motion is denied to the extent that the original briefing schedule the Court entered on 2/6/2018 708 remains in effect for the administrative convenience of both the Court and the parties. Expediting the briefing schedule by one month as Agri Stats asks will not materially increase the likelihood that the Court will rule on the motion sooner. The Court is also reluctant to require a briefing schedule that inconveniences other counsel on the case absent more serious prejudice to Agri Stats than that described in the motion. The motion is granted in that the extra briefing pages Agri Stats seeks are permitted. The motion by the commercial and institutional indirect purchaser plaintiffs for leave to file their fourth consolidated amended class action complaint 737 is granted, as is their motion to file exhibits under seal 739 . No appearance required on 2/22/2018.Mailed notice (srn, ) (Entered: 02/20/2018) |

| 02/20/2018 | 745 | MINUTE entry before the Honorable Thomas M. Durkin:The Court received the response from Sysco and US Foods 743 immediately after entering minute order 744 . Despite the parties' agreement to Agri Stats's proposed briefing schedule, the original briefing schedule stands for the reasons stated in the order. Additionally, the Court will not require consolidated briefing.Mailed notice (srn, ) (Entered: 02/20/2018) |
|---|---|---|
| 02/20/2018 | 746 | *The Commercial and Institutional Indirect Purchaser Plaintiffs Fourth Amended Consolidated Class Action Complaint (Redcated Public Version, filed Instanter))* and AMENDED complaint by Fargo Stopping Center LLC against All Defendants (Doyle, Thomas) (Entered: 02/20/2018) |
| 02/20/2018 | 747 | SEALED DOCUMENT by Plaintiff Fargo Stopping Center LLC -- *The Commercial and Institutional Indirect Purchaser Plaintiffs Fourth Amended Consolidated Class Action Complaint (Unredacted Version, Filed Under Seal Instanter)* (Doyle, Thomas) (Entered: 02/20/2018) |
| 02/20/2018 | 748 | NOTICE by Mark Reinhardt of Change of Address (Reinhardt, Mark) (Entered: 02/20/2018) |
| 02/21/2018 | 749 | MEMORANDUM Order: For all of the reasons set forth in the Court's Memorandum Order, the Court finds, at least at this time and on this record, that Defendants are not entitled to the extensive downstream discovery they now seek through the general and broad requests for production of documents that Defendants have served on DPPs and CIIPPs. The Court's ruling is limited to the requests for production, arguments, and record now before the Court. The Court is not now holding that all downstream discovery of any type or form would be beyond the scope of the Federal Rules of Civil Procedure. That means this ruling is without prejudice to Defendants' ability to potentially better define what they are looking for from a particular plaintiff group and the relevance of and need for that information, and it also is without prejudice to Plaintiffs' ability to better articulate the burden of producing that information. If this issue arises again or is rejuvenated, though, the parties must first meet and confer about any modification to Defendants' discovery requests and Plaintiffs' responses thereto before they bring the issue before the Court. See attached Memorandum Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 2/21/2018. Mailed notice(ber, ) (Entered: 02/21/2018) |
| 02/21/2018 | 750 | MOTION by Attorney Emily C. Mizell to withdraw as attorney for Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC. No party information provided (Mizell, Emily) (Entered: 02/21/2018) |
| 02/21/2018 | 751 | NOTICE of Motion by Emily Christel Mizell for presentment of motion to withdraw as attorney 750 before Honorable Thomas M. Durkin on 2/26/2018 at 09:00 AM. (Mizell, Emily) (Entered: 02/21/2018) |
| 02/21/2018 | 752 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Michael E. Moskovitz (Moskovitz, Michael) (Entered: 02/21/2018) |
| 02/21/2018 | 753 | ATTORNEY Appearance for Plaintiff John Gross and Company, Inc. by Douglas A Millen (Millen, Douglas) (Entered: 02/21/2018) |
| 02/21/2018 | 754 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for protective order *Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians 725 Class Plaintiffs' Opposition to Tyson Defendants' Motion for Protective Order to Preclude Non-Parties'* |

| | | |
|---|---|---|
| | | *Production of Documents as to Non-Custodians* (Attachments: # 1 Declaration of Brian D. Clark In Support of Class Plaintiffs' Opposition to Tyson Defendants' Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians, # 2 Exhibit 1 to the Declaration of Brian D. Clark In Support of Class Plaintiffs' Opposition to Tyson Defendants' Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians (REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING))(Hart, Steven) (Entered: 02/21/2018) |
| 02/21/2018 | 755 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Exhibit 1 to the Declaration of Brian D. Clark In Support of Class Plaintiffs' Opposition to Tyson Defendants' Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians Under Seal (Dkt. #574-2)* (Hart, Steven) (Entered: 02/21/2018) |
| 02/22/2018 | 756 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 750 is granted; Attorney Emily Christel Mizell terminated. No appearance is required on 2/26/2018.Mailed notice (srn, ) (Entered: 02/22/2018) |
| 02/22/2018 | 757 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 703 is granted; Attorney Anne Lee added for Agri Stats, Inc. Mailed notice (srn, ) (Entered: 02/22/2018) |
| 02/22/2018 | 758 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 722 is granted; Attorney David C. Newman added for Mar-Jac Poultry. Mailed notice (srn, ) (Entered: 02/22/2018) |
| 02/22/2018 | 759 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14149523. (Reynolds, Bourgon) (Entered: 02/22/2018) |
| 02/23/2018 | 760 | SEALED DOCUMENT by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. *Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint (Unredacted Version) (Dkt. #709) (Filed Under Seal)* (Hart, Steven) (Entered: 02/23/2018) |
| 02/23/2018 | 761 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to file Exhibit 1 to the Declaration of Brian D. Clark In Support of Class Plaintiffs' Opposition to Tyson Defendants' Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians Under Seal 755 is granted. Mailed notice (ber, ) (Entered: 02/23/2018) |
| 02/26/2018 | 762 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the Joint Letter 720 submitted by Class Plaintiffs and certain Defendants. The Court would like to schedule a short hearing to discuss the contents of the letter on either 3/7/18 or 3/12/18. Liaison counsel should canvass their respective constituencies and inform the Court's courtroom deputy (by email) of their preferences, in order, for a hearing on 3/7/18 at 11:00 a.m. Central, or on 3/12/18 in the morning or 1:30 p.m. Central time. The Court would like to hear from liaison counsel by the end of the day on 2/28/18. The Court has a slight preference for the morning of 3/12/18, but it will try to accommodate the parties' preferences. The Court does not anticipate a long hearing and out of town counsel may participate by telephone if they wish. The Court's courtroom deputy will circulate a call-in number and password once the hearing is set. Mailed notice (ber, ) (Entered: 02/26/2018) |

| 02/27/2018 | 763 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14166404. (Deich, Alison) (Entered: 02/27/2018) |
|---|---|---|
| 02/27/2018 | 764 | ATTORNEY Appearance for Defendant Harrison Poultry, Inc. by Ronald David Balfour (Balfour, Ronald) (Entered: 02/27/2018) |
| 02/27/2018 | 765 | ATTORNEY Appearance for Defendant Harrison Poultry, Inc. by Eric L. Samore (Samore, Eric) (Entered: 02/27/2018) |
| 02/27/2018 | 766 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 759 is granted; Bourgon Reynolds added for Mountaire Farms, Inc.Mailed notice (srn, ) (Entered: 02/27/2018) |
| 02/27/2018 | 767 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 723 is granted; Wm Parker Sanders added for Mar-Jac Poultry, Inc. Mailed notice (srn, ) (Entered: 02/27/2018) |
| 02/27/2018 | 768 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 735 is granted; Attorney Christopher J. Cormier for Vern Peter Gardner, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, and Leslie Weidner added. Mailed notice (srn, ) (Entered: 02/27/2018) |
| 02/27/2018 | 769 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 763 is granted; Attorney Alison Deich for Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland,David Weidner, and Leslie Weidner added. Mailed notice (srn, ) (Entered: 02/27/2018) |
| 02/27/2018 | 770 | ATTORNEY Appearance for Defendant Harrison Poultry, Inc. by Clay H. Phillips (Phillips, Clay) (Entered: 02/27/2018) |
| 02/28/2018 | 771 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14173291. (Gorham, Patricia) (Entered: 02/28/2018) |
| 02/28/2018 | 772 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 771 is granted; Attorney Patricia Anne Gorham for Harrison Poultry, Inc. added. Mailed notice (srn, ) (Entered: 02/28/2018) |
| 02/28/2018 | 773 | REPLY by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for protective order *Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians* 725 */Reply Brief in Support* (Ostrander, Jeremy) (Entered: 02/28/2018) |
| 02/28/2018 | 774 | DECLARATION of Jeremy K. Ostrander regarding reply to response to motion, 773 */Declaration in Support of Tyson Defendants' Reply Brief in Support of their Motion for Protective Order* (Attachments: # 1 Exhibit A- Wall Street Journal article cited in Plaintiffs Opposition to Tysons Motion, as displayed on Feb. 28, 2018)(Ostrander, Jeremy) (Entered: 02/28/2018) |
| 03/01/2018 | 775 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14180788. (McGibbon, James) (Entered: 03/01/2018) |
| 03/01/2018 | 776 | MINUTE entry before the Honorable Jeffrey T. Gilbert: After reviewing the parties' availability for a hearing to discuss the contents of their Joint Letter 720 concerning the definition of "Broilers," the hearing is set for 3/12/18 at 1:30 p.m. Central time. Mailed notice (ber, ) (Entered: 03/01/2018) |

| 03/01/2018 | 777 | ATTORNEY Appearance for Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. by James Franklin Herbison (Herbison, James) (Entered: 03/01/2018) |
|---|---|---|
| 03/01/2018 | 778 | ATTORNEY Appearance for Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. by Michael P Mayer (Mayer, Michael) (Entered: 03/01/2018) |
| 03/02/2018 | 779 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14184025. (Attachments: # 1 Supplement Extended table of court memebership)(Boyd, Nicholas) (Entered: 03/02/2018) |
| 03/06/2018 | 780 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by John Shannon Marrese *Attorney Appearance for Direct Purchaser Plaintiffs* (Marrese, John) (Entered: 03/06/2018) |
| 03/08/2018 | 781 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14205371. (Knight, Christopher) (Entered: 03/08/2018) |
| 03/08/2018 | 782 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 775 is granted; Attorney James McGibbon added for Harrison Poultry, Inc. Mailed notice (srn, ) (Entered: 03/08/2018) |
| 03/08/2018 | 783 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 779 is granted; Attorney Nicholas Robert Boyd for Harrison Poultry, Inc. added. Mailed notice (srn, ) (Entered: 03/08/2018) |
| 03/08/2018 | 784 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 781 is granted; Attorney Christopher Anton-Rashad Knight for Agri Stats, Inc. added. Mailed notice (srn, ) (Entered: 03/08/2018) |
| 03/09/2018 | 785 | SCHEDULING ORDER NO. 3 and Case Management Order Concerning Newly Added Defendants and Direct Action Plaintiffs. Signed by the Honorable Thomas M. Durkin and the Honorable Jeffrey T. Gilbert. Mailed notice (ber, ) (Entered: 03/09/2018) |
| 03/12/2018 | 786 | ATTORNEY Appearance for Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. by Brett Anthony Walker (Walker, Brett) (Entered: 03/12/2018) |
| 03/12/2018 | 787 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Agri Stats, Inc. on 2/22/2018, answer due 3/15/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 788 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Mar-Jac Holdings, LLC on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 789 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Mar-Jac Poultry AL, LLC on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 790 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Mar-Jac AL/MS, Inc. on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 791 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Mar-Jac Poultry MS, LLC on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |

| 03/12/2018 | 792 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Mar-Jac Poultry, Inc. on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
|---|---|---|
| 03/12/2018 | 793 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Mar-Jac Poultry, LLC on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 794 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Simmons Prepared Foods, Inc. on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 795 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Foster Poultry Farms on 2/16/2018, answer due 3/9/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 796 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Hearing held on the issues raised in the parties' Joint Letter dated 2/13/18 720 . For the reasons discussed on the record, Plaintiffs can proceed with the discovery requested in All Plaintiffs' Requests for Production of Documents to All Defendants [720-3] Nos. 48, 49, 50, 51, and 53, within the parameters set forth on the record and subject to further discussion between Plaintiffs and Defendants designed to fine tune those discovery requests and Defendants' responses to them through a relevance and proportionality filter or lens within the meaning of Federal Rule of Civil Procedure 26(b)(1). If, after that meet and confer process, the parties continue to disagree concerning the permissible scope of Plaintiffs' requests for production and Defendants' responses thereto, then they should bring any such dispute(s) back to the Court for resolution. The parties either should agree to a vehicle for presenting any such issue(s) to the Court or contact the Court's courtroom deputy to schedule a conference call for the purpose of establishing the vehicle or framework for bringing the issue(s) to the Court. On a separate matter, Scott Gant, counsel for Direct Action Plaintiffs Sysco and US Foods reported that the Direct Action Plaintiffs have designated him as their liaison counsel and have designated Robert Kaplan, counsel for Direct Action Plaintiff Piggly Wiggly, as Mr. Gant's alternate. Mailed notice (ber, ) (Entered: 03/12/2018) |
| 03/12/2018 | 797 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Harrison Poultry, Inc. on 2/23/2018, answer due 3/16/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/12/2018 | 798 | SUMMONS Returned Executed by End-User Consumer Plaintiffs as to Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. on 2/21/2018, answer due 3/14/2018. (Berman, Steve) (Entered: 03/12/2018) |
| 03/13/2018 | 799 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14224937. *Stephen M. Owen* (Owen, Stephen) (Entered: 03/13/2018) |
| 03/15/2018 | 800 | TRANSCRIPT OF PROCEEDINGS held on 3/12/18 before the Honorable Jeffrey T. Gilbert. Order Number: 30236. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due |

| | | 4/5/2018. Redacted Transcript Deadline set for 5/16/2018. Release of Transcript Restriction set for 6/13/2018. (Fennell, Kathleen) (Entered: 03/15/2018) |
|---|---|---|
| 03/15/2018 | 801 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 799 is granted; Attorney Stephen M Owen for Direct Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 03/15/2018) |
| 03/15/2018 | 802 | ATTORNEY Appearance for Plaintiffs John Gross and Company, Inc., Maplevale Farms, Inc. by Stephen M Owen *for Direct Purchaser Plaintiffs* (Owen, Stephen) (Entered: 03/15/2018) |
| 03/21/2018 | 803 | NOTICE by Fargo Stopping Center LLC *and by the CIIPs, Notice of Filing of Waivers of Summons* (Attachments: # 1 Exhibit A: Claxton, # 2 Exhibit B: Harison, # 3 Exhibit C: Mar-Jac, # 4 Certificate of Service)(Doyle, Thomas) (Entered: 03/21/2018) |
| 03/23/2018 | 804 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Agri Stats, Inc. (Koering, Jacob) (Entered: 03/23/2018) |
| 03/23/2018 | 805 | MEMORANDUM by Agri Stats, Inc. in support of Motion to Dismiss for Failure to State a Claim 804 (Koering, Jacob) (Entered: 03/23/2018) |
| 03/26/2018 | 806 | Corporate Disclosure Statement STATEMENT by Agri Stats, Inc. (Koering, Jacob) (Entered: 03/26/2018) |
| 03/26/2018 | 807 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Sanderson Farms Defendants' Voluntary Answer to End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint* (Laytin, Daniel) (Entered: 03/26/2018) |
| 03/26/2018 | 808 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal document sealed document, 807 *Sanderson Farms Defendants' Motion for Leave to File Under Seal Voluntary Answer to End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint* (Laytin, Daniel) (Entered: 03/26/2018) |
| 03/28/2018 | 809 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14286642. (Barnett, Thomas) (Entered: 03/28/2018) |
| 03/30/2018 | 810 | PERDUE DEFENDANTS DEFENSES TO AFFILIATED FOODS, INC. ET AL.S COMPLAINT by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 03/30/2018) |
| 03/30/2018 | 811 | PERDUE DEFENDANTS DEFENSES TO SYSCO CORPORATIONS COMPLAINT by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 03/30/2018) |
| 03/30/2018 | 812 | PERDUE DEFENDANTS DEFENSES TO US FOODS INC.'S COMPLAINT by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 03/30/2018) |
| 03/30/2018 | 813 | PERDUE DEFENDANTS DEFENSES TO WINN-DIXIE STORES, INC. AND BI-LO HOLDINGS, LLCS COMPLAINT by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 03/30/2018) |
| 03/30/2018 | 814 | by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *AFFIRMATIVE DEFENSES TO COMPLAINT OF SYSCO CORPORATION* (Wofford, Amanda) (Entered: 03/30/2018) |

| 03/30/2018 | 815 | by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *AFFIRMATIVE DEFENSES TO COMPLAINT OF US FOODS* (Wofford, Amanda) (Entered: 03/30/2018) |
|---|---|---|
| 03/30/2018 | 816 | by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *AFFIRMATIVE DEFENSES TO COMPLAINT OF AFFILIATED FOODS* (Wofford, Amanda) (Entered: 03/30/2018) |
| 03/30/2018 | 817 | by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *AFFIRMATIVE DEFENSES TO COMPLAINT OF WINN DIXIE* (Wofford, Amanda) (Entered: 03/30/2018) |
| 03/30/2018 | 818 | Affirmative Defenses STATEMENT by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 03/30/2018) |
| 03/30/2018 | 819 | Affirmative Defenses STATEMENT by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 03/30/2018) |
| 03/30/2018 | 820 | Affirmative Defenses STATEMENT by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 03/30/2018) |
| 03/30/2018 | 821 | Affirmative Defenses STATEMENT by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 03/30/2018) |
| 03/30/2018 | 822 | *Koch Defendants' Affirmative Defenses* ANSWER to Complaint *of Winn-Dixie Stores, Inc., et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 03/30/2018) |
| 03/30/2018 | 823 | Affirmative Defenses STATEMENT by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 03/30/2018) |
| 03/30/2018 | 824 | *Koch Defendants' Affirmative Defenses* ANSWER to Complaint *of Sysco Corporation.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 03/30/2018) |
| 03/30/2018 | 825 | Affirmative Defenses STATEMENT by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 03/30/2018) |
| 03/30/2018 | 826 | *Koch Defendants' Affirmative Defenses* ANSWER to Complaint *U.S. Foods, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 03/30/2018) |
| 03/30/2018 | 827 | Affirmative Defenses STATEMENT by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 03/30/2018) |
| 03/30/2018 | 828 | Affirmative Defenses STATEMENT by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 03/30/2018) |
| 03/30/2018 | 829 | Affirmative Defenses of Foster Poultry Farms and Foster Farms, LLC to Complaints Filed by All Opt-Out Plaintiffs by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 03/30/2018) |
| 03/30/2018 | 830 | *Koch Defendants' Affirmative Defenses* ANSWER to Complaint *of Affiliated Foods, Inc., et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 03/30/2018) |
| 03/30/2018 | 831 | Defendant Peco Foods Inc's Statement of Affirmative Defenses to Affiliated Food, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 03/30/2018) |

| 03/30/2018 | 832 | Defendant Peco Foods Inc's Statement of Affirmative Defenses to Sysco Corp.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 03/30/2018) |
| 03/30/2018 | 833 | Defendant Peco Foods Inc's Statement of Affirmative Defenses to U.S. Foods, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 03/30/2018) |
| 03/30/2018 | 834 | Defendant Peco Foods Inc's Statement of Affirmative Defenses to Winn-Dixie Stores, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 03/30/2018) |
| 03/30/2018 | 835 | Affirmative Defenses STATEMENT by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Affiliated Foods, Inc.'s Complaint* (Carney, Peter) (Entered: 03/30/2018) |
| 03/30/2018 | 836 | Statement of Affirmative Defenses to US Foods, Inc.'s Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 03/30/2018) |
| 03/30/2018 | 837 | Affirmative Defenses STATEMENT by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Sysco Corporation's Complaint* (Carney, Peter) (Entered: 03/30/2018) |
| 03/30/2018 | 838 | Statement of Affirmative Defenses to Sysco Corporation's Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 03/30/2018) |
| 03/30/2018 | 839 | Statement of Affirmative Defenses to Affiliated Foods, Inc.'s Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 03/30/2018) |
| 03/30/2018 | 840 | Affirmative Defenses STATEMENT by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to US Foods, Inc.'s Complaint* (Carney, Peter) (Entered: 03/30/2018) |
| 03/30/2018 | 841 | Statement of Affirmative Defenses to Winn-Dixie Stores, Inc.'s Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 03/30/2018) |
| 03/30/2018 | 842 | Affirmative Defenses STATEMENT by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Winn-Dixie Stores, Inc.'s Complaint* (Carney, Peter) (Entered: 03/30/2018) |
| 03/30/2018 | 843 | Sanderson Farms Defendants' Defenses to Sysco Corporation's Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 03/30/2018) |
| 03/30/2018 | 844 | Sanderson Farms Defendants' Defenses to US Foods, Inc.'s Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 03/30/2018) |
| 03/30/2018 | 845 | Sanderson Farms Defendants' Defenses to Affiliated Foods Plaintiffs' Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 03/30/2018) |
| 03/30/2018 | 846 | Sanderson Farms Defendants' Defenses to Winn Dixie Plaintiffs' Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 03/30/2018) |

| 03/30/2018 | 847 | Defendant Pilgrim's Pride Corporation's Statement of Affirmative Defenses to Affiliated Food, Inc.'s Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 03/30/2018) |
|---|---|---|
| 03/30/2018 | 848 | Defendant Pilgrim's Pride Corporation's Statement of Affirmative Defenses to U.S. Foods, Inc.'s Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 03/30/2018) |
| 03/30/2018 | 849 | Defendant Pilgrim's Pride Corporation's Statement of Affirmative Defenses to Sysco Corp.'s Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 03/30/2018) |
| 03/30/2018 | 850 | Affirmative Defenses STATEMENT by George's Farms, Inc., George's Inc. *as to US Foods* (Martin, John) (Entered: 03/30/2018) |
| 03/30/2018 | 851 | Affirmative Defenses STATEMENT by George's Farms, Inc., George's Inc. *as to Sysco Corporation* (Martin, John) (Entered: 03/30/2018) |
| 03/30/2018 | 852 | Affirmative Defenses STATEMENT by George's Farms, Inc., George's Inc. *as to Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC.* (Martin, John) (Entered: 03/30/2018) |
| 03/30/2018 | 853 | Affirmative Defenses STATEMENT by George's Farms, Inc., George's Inc. *as to Affiliated Foods, Inc.; Alex Lee, Inc.; Merchants Distributors, LLC; Associated Grocers of New England, Inc.; Big Y Foods, Inc.; Fareway Stores, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; and Woodmans Food Market, Inc.* (Martin, John) (Entered: 03/30/2018) |
| 03/30/2018 | 854 | Affirmative Defenses STATEMENT by Wayne Farms, LLC *as to US Foods* (Ondeck, Christopher) (Entered: 03/30/2018) |
| 03/30/2018 | 855 | Affirmative Defenses STATEMENT by Wayne Farms, LLC *as to Sysco Corporation* (Ondeck, Christopher) (Entered: 03/30/2018) |
| 03/30/2018 | 856 | Affirmative Defenses STATEMENT by Wayne Farms, LLC *as to Winn-Dixie Stores, Inc.; Bi-Lo Holdings, LLC* (Ondeck, Christopher) (Entered: 03/30/2018) |
| 03/30/2018 | 857 | Affirmative Defenses STATEMENT by Wayne Farms, LLC *as to Affiliated Foods, Inc.; Alex Lee, Inc.; Merchants Distributors, LLC; Associated Grocers of New England, Inc.; Big Y Foods, Inc.; Fareway Stores, Inc.: Piggly Wiggly Alabama Distributing Co., Inc.; and Woodman's Food Market, Inc.* (Ondeck, Christopher) (Entered: 03/30/2018) |
| 03/30/2018 | 858 | Affirmative Defenses STATEMENT by Pilgrim's Pride Corporation *as to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* (Bailey, Clayton) (Entered: 03/30/2018) |
| 04/04/2018 | 859 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14310462. (Decker, Rick) (Entered: 04/04/2018) |
| 04/06/2018 | 860 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 809 is granted; Thomas O. Barnett added for Agri Stats, Inc. Mailed notice (srn, ) (Entered: 04/06/2018) |
| 04/06/2018 | 861 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 859 is granted; Attorney Rick A. Decker added for direct purchaser plaintiffs added. Mailed notice (srn, ) (Entered: 04/06/2018) |

| 04/11/2018 | 862 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14342924. (Fletcher, Jeffrey) (Entered: 04/11/2018) |
|---|---|---|
| 04/12/2018 | 863 | STATUS Report *for April 27, 2018 Status Conference* by End-User Consumer Plaintiffs (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Berman, Steve) (Entered: 04/12/2018) |
| 04/13/2018 | 864 | ORDER: Tyson Defendants' Motion for Protective Order to Preclude Non-Parties' Production of Documents as to Non-Custodians 725 is denied without prejudice. See attached Statement for further details. Signed by the Honorable Jeffrey T. Gilbert on 4/13/2018. Mailed notice (ber, ) (Entered: 04/13/2018) |
| 04/23/2018 | 865 | MOTION by Attorney Eric L. Samore to withdraw as attorney for Harrison Poultry, Inc.. No party information provided (Samore, Eric) (Entered: 04/23/2018) |
| 04/23/2018 | 866 | NOTICE of Motion by Eric L. Samore for presentment of motion to withdraw as attorney 865 before Honorable Thomas M. Durkin on 5/2/2018 at 09:00 AM. (Samore, Eric) (Entered: 04/23/2018) |
| 04/23/2018 | 867 | RESPONSE by End-User Consumer Plaintiffs to Motion to Dismiss for Failure to State a Claim 804 (Berman, Steve) (Docket Text Modified on 4/24/2018 by Clerk's Office) (eaa, ). (Entered: 04/23/2018) |
| 04/23/2018 | 868 | OPPOSITION by Affiliated Foods, Inc.'s Plaintiffs, Sysco Corporation, US Foods, Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Agri Stats, Inc. 804 (Schumacher, Daryl) (Docket Text Modified on 4/24/2018 by Clerk's Office) (eaa, ). (Entered: 04/23/2018) |
| 04/23/2018 | 869 | ATTORNEY Appearance for Plaintiff US Foods, Inc. by Daryl M. Schumacher (Schumacher, Daryl) (Entered: 04/23/2018) |
| 04/26/2018 | 870 | ORDER AND AGENDA. Signed by the Honorable Jeffrey T. Gilbert on 4/26/2018. Mailed notice(ber, ) (Entered: 04/26/2018) |
| 04/27/2018 | 871 | ATTORNEY Appearance for Respondent R.W. Zant Co. by Joshua Erik Bidzinski (Bidzinski, Joshua) (Entered: 04/27/2018) |
| 04/27/2018 | 872 | MOTION by Respondent R.W. Zant Co. to quash *Subpoena* (Attachments: # 1 Text of Proposed Order)(Bidzinski, Joshua) (Entered: 04/27/2018) |
| 04/27/2018 | 873 | MEMORANDUM by R.W. Zant Co. in support of motion to quash 872 *Subpoena* (Attachments: # 1 Exhibit A - Subpoena, # 2 Exhibit B - Jones Affidavit, # 3 Exhibit C - Weiss Affidavit, # 4 Exhibit D - Case Law)(Bidzinski, Joshua) (Entered: 04/27/2018) |
| 04/27/2018 | 874 | NOTICE of Motion by Joshua Erik Bidzinski for presentment of motion to quash 872 before Honorable Jeffrey T. Gilbert on 5/3/2018 at 09:15 AM. (Bidzinski, Joshua) (Entered: 04/27/2018) |
| 04/30/2018 | 875 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 865 is granted; Attorney Eric L. Samore terminated. No appearance is required on 5/2/2018.Mailed notice (srn, ) (Entered: 04/30/2018) |
| 04/30/2018 | 876 | ORDER: Status hearing held on April 27, 2018. Counsel participating in the hearing, whether in person or by telephone, who wish to be noted of record shall identify themselves to liaison counsel on or before May 1, 2018, and liaison counsel promptly shall send that information to the court reporter, Nancy_Bistany@ilnd.uscourts.gov. During the status hearing, the Court |

| | | address the subjects listed in the Order and Agenda were entered on April 26, 2018, and additional issues raised by the Court or the parties. The attached Order memorializes some of the rulings made, guidance provided, and dates set by the Court during the hearing. The parties are directed to the transcript of the hearing for a complete record of that hearing. The next status hearing is set for June 22, 2018, at 9:30 a.m. On or before June 8, 2018, the parties shall file a joint status report in the format of their prior pre-hearing reports. Out-of-town counsel may appear in-person or by telephone for the next status hearing. The Court will use the same conference number and access code for the next status hearing. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 4/30/2018. Mailed notice(ber, ) (Entered: 04/30/2018) |
|---|---|---|
| 04/30/2018 | 877 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Non-Party Witness R.W. Zant Co.'s Motion to Quash Subpoena 872 : Response shall be filed by 5/14/8. Reply shall be filed by 5/24/18. The motion hearing noticed for 5/3/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 04/30/2018) |
| 05/01/2018 | 878 | ATTORNEY Appearance for Respondent R.W. Zant Co. by Shera D. Wiegler (Wiegler, Shera) (Entered: 05/01/2018) |
| 05/02/2018 | 879 | MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for protective order (Attachments: # 1 Declaration of Brian D. Clark & Exhibits A-C) (Wozniak, Robert) (Entered: 05/02/2018) |
| 05/02/2018 | 880 | NOTICE of Motion by Robert J. Wozniak for presentment of motion for protective order, 879 before Honorable Jeffrey T. Gilbert on 5/10/2018 at 09:15 AM. (Wozniak, Robert) (Entered: 05/02/2018) |
| 05/03/2018 | 881 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Direct Purchaser Plaintiffs' Motion to Enforce the Court's February 21, 2018 Order 749 and For Protective Order Regarding Downstream Discovery 879 : Defendants' response brief is due on 5/16/18. DPPs' reply brief is due on 5/23/18. The motion hearing noticed for 5/10/18 at 9:15 a.m. is stricken with no appearance required. Mailed notice (ber, ) (Entered: 05/03/2018) |
| 05/03/2018 | 882 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, Non-Party Witness R.W. Zant Co.'s Motion to Quash Subpoena 872 is withdrawn without prejudice. The briefing schedule set in the Court's order dated 4/30/18 877 is stricken. Mailed notice (ber, ) (Entered: 05/03/2018) |
| 05/07/2018 | 883 | TRANSCRIPT OF PROCEEDINGS held on April 27, 2018 before the Honorable Jeffrey T. Gilbert. Order Number: 30061. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 5/29/2018. Redacted Transcript Deadline set for 6/7/2018. Release of Transcript Restriction set for 8/6/2018. (Bistany, Nancy) (Entered: |

| 05/07/2018 | 884 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14436588. (Penny, Brian) (Entered: 05/07/2018) |
|---|---|---|
| 05/11/2018 | 885 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Counsel notified the Court's courtroom deputy that Defendants and EUCPs have resolved their dispute regarding EUCPs' text messages. Accordingly, the briefing schedule set in the Court's order dated 4/30/18 876 is stricken. Mailed notice (ber, ) (Entered: 05/11/2018) |
| 05/11/2018 | 886 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Agri Stats' motion for a protective order regarding pre-2012 discovery: Agri Stats' opening brief due by 5/18/18. Plaintiffs' opposition due by 6/1/18. Agri Stats' reply due by 6/11/18. Mailed notice (ber, ) (Entered: 05/11/2018) |
| 05/14/2018 | 887 | AGREED SCHEDULING ORDER NO. 4 AND CASE MANAGEMENT ORDER CONCERNING NEWLY ADDED COMMERICAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS. Signed by the Honorable Jeffrey T. Gilbert on 5/14/2018. Mailed notice(ber, ) (Entered: 05/14/2018) |
| 05/14/2018 | 888 | REPLY by Defendant Agri Stats, Inc. to Motion to Dismiss for Failure to State a Claim 804 (Koering, Jacob) (Entered: 05/14/2018) |
| 05/15/2018 | 889 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 862 is granted; Jeffrey Fletcher added for O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Foods Industries, Inc. Mailed notice (srn, ) (Entered: 05/15/2018) |
| 05/15/2018 | 890 | MINUTE entry before the Honorable Thomas M. Durkin:Application to appear pro hac vice 884 is granted; Brian D. Penny added for Fargo Stopping Center. Mailed notice (srn, ) (Entered: 05/15/2018) |
| 05/15/2018 | 891 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14473640. (Van Engelen, Breanna) (Entered: 05/15/2018) |
| 05/16/2018 | 892 | NOTICE by Eric Richard Lifvendahl of Change of Address (Lifvendahl, Eric) (Entered: 05/16/2018) |
| 05/16/2018 | 893 | RESPONSE by Perdue Farms, Inc., Perdue Foods LLCin Opposition to MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for protective order 879 *All Defendants' Opposition to DPPs' Motion for Protective Order* (Hernacki, Andrew) (Entered: 05/16/2018) |
| 05/18/2018 | 894 | MOTION by Defendant Agri Stats, Inc. for protective order (Koering, Jacob) (Entered: 05/18/2018) |
| 05/18/2018 | 895 | MEMORANDUM by Agri Stats, Inc. in support of motion for protective order 894 (Attachments: # 1 Appendix Unpublished Cases Cited in Memorandum, # 2 Declaration Brian Synder, # 3 Declaration Habin Chung, Esq. in Support of Defendant's Motion for Protective Order, # 4 Exhibit Chung Ex. 1, # 5 Exhibit Chung Ex. 2, # 6 Exhibit Chung Ex. 3, # 7 Exhibit Chung Ex. 4, # 8 Exhibit Chung Ex. 5, # 9 Exhibit Chung Ex. 6, # 10 Exhibit Chung Ex. 7, # 11 Exhibit Chung Ex. 8, # 12 Exhibit Chung Ex. 9, # 13 Exhibit Chung Ex. 10, # 14 Exhibit Chung Ex. 11, # 15 Exhibit Chung Ex. 12, # 16 Exhibit Chung Ex. 13 (Redacted |

| | | |
|---|---|---|
| | | Version), # 18 Exhibit Chung Ex. 15 (Under Seal), # 19 Exhibit Chung Ex. 16 (Redacted Version), # 20 Exhibit Chung Ex. 17, # 21 Exhibit Chung Ex. 18, # 22 Exhibit Chung Ex. 19, # 23 Exhibit Chung Ex. 20 (Redacted Version), # 24 Exhibit Chung Ex. 21 (Redacted Version), # 25 Exhibit Chung Ex. 22)(Koering, Jacob) (Entered: 05/18/2018) |
| 05/18/2018 | 896 | SEALED DOCUMENT by Defendant Agri Stats, Inc. *(Exhibits 13, 15, 16, 20, and 21 to Agri Stat's Motion for Protective Order)* (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 20, # 4 Exhibit 21)(Koering, Jacob) (Entered: 05/18/2018) |
| 05/18/2018 | 897 | MOTION by Defendant Agri Stats, Inc. to seal document sealed document 896 (Koering, Jacob) (Entered: 05/18/2018) |
| 05/18/2018 | 898 | NOTICE of Motion by Jacob D Koering for presentment of motion to seal document 897 before Honorable Jeffrey T. Gilbert on 5/24/2018 at 09:15 AM. (Koering, Jacob) (Entered: 05/18/2018) |
| 05/21/2018 | 899 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Jeffrey Michael Fletcher (Fletcher, Jeffrey) (Entered: 05/21/2018) |
| 05/21/2018 | 900 | AGREED SCHEDULING ORDER NO. 5 AND CASE MANAGEMENT ORDER CONCERNING NEWLY ADDED DEFENDANTS. Signed by the Honorable Jeffrey T. Gilbert on 5/21/2018. Mailed notice(ber, ) (Entered: 05/21/2018) |
| 05/22/2018 | 901 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant Agri Stats' Motion for Leave to File Under Seal Exhibits to the Chung Declaration in Support of Motion for Protective Order 897 is granted. The motion hearing noticed for 5/24/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 05/22/2018) |
| 05/22/2018 | 902 | MOTION by Attorney Michael J. Waters to withdraw as attorney for House of Raeford Farms, Inc.. No party information provided (Wrobel, Gregory) (Entered: 05/22/2018) |
| 05/22/2018 | 903 | NOTICE of Motion by Gregory Gene Wrobel for presentment of motion to withdraw as attorney 902 before Honorable Thomas M. Durkin on 5/30/2018 at 09:00 AM. (Wrobel, Gregory) (Entered: 05/22/2018) |
| 05/23/2018 | 904 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 902 is granted; Attorney Michael James Waters terminated. No appearance is required on 5/30/2018.Mailed notice (srn, ) (Entered: 05/23/2018) |
| 05/23/2018 | 905 | REPLY by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. to motion for protective order, 879 *Direct Purchaser Plaintiffs' Reply in Further Support of Motion to Enforce the Court's February 21, 2018 Order (ECF No. 749) and for Protective Order Regarding Downstream Discovery* (Attachments: # 1 Declaration of Brian D. Clark in Support of Direct Purchaser Plaintiffs' Reply in Further Support of Motion to Enforce the Court's February 21, 2018 Order (ECF No. 749) and for Protective Order Regarding Downstream Discovery)(Hart, Steven) (Entered: 05/23/2018) |
| 05/24/2018 | 906 | STIPULATION *AND [PROPOSED] ORDER CONCERNING EXPERT DISCOVERY* (Hart, Steven) (Entered: 05/24/2018) |

| 05/24/2018 | 907 | STIPULATION *Joint Stipulation on Deposition Protocol and Letter Brief on Disputed Provisions to Deposition Protocol* (Attachments: # 1 Exhibit A (Proposed Deposition Protocol Order), # 2 Exhibit B (Disputed Provisions Deposition Protocol), # 3 Appendix A (Appendix of Unpublished Orders))(Hart, Steven) (Entered: 05/24/2018) |
|---|---|---|
| 05/25/2018 | 908 | STIPULATION AND ORDER CONCERNING EXPERT DISCOVERY. Signed by the Honorable Jeffrey T. Gilbert on 5/25/2018. Mailed notice(ber, ) (Entered: 05/25/2018) |
| 05/29/2018 | 909 | CORPORATE DISCLOSURE STATEMENT by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 910 | Affiliates Diclosure STATEMENT by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC (Konieczny, Edward) (Entered: 05/29/2018) |
| 05/29/2018 | 911 | ANSWER to amended complaint *[DKT 716-EUCP 2nd Amended Complaint]* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward)(Document sealed by Clerk's office. (Entered: 05/29/2018) |
| 05/29/2018 | 912 | STATEMENT of Defenses to direct purchaser Plaintiffs' Third Amended and consolidated class action complaint 709 by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC. (Konieczny, Edward) Docket Text Modified by Clerk's Office on 5/31/2018 (jh, ). (Entered: 05/29/2018) |
| 05/29/2018 | 913 | STATEMENT of Defenses to Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended consolidated class action complaint 746 by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC. (Konieczny, Edward) Docket Text Modified by Clerk's Office on 5/31/2018 (jh, ). (Entered: 05/29/2018) |
| 05/29/2018 | 914 | STATEMENT of Defenses to Affiliated Foods, Inc., et al.'s Complaint by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC. (Konieczny, Edward) Docket Text Modified by Clerk's Office on 5/31/2018 (jh, ). (Entered: 05/29/2018) |
| 05/29/2018 | 915 | STATEMENT of Defenses to Sysco Corporation Complaint by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC. (Konieczny, Edward) Docket Text Modified by Clerk's Office on 5/31/2018 (jh, ). (Entered: 05/29/2018) |
| 05/29/2018 | 916 | STATEMENT of Defenses to US Foods, Inc.'s Complaint by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC. (Konieczny, Edward) Docket Text Modified by Clerk's Office on 5/31/2018 (jh, ). (Entered: 05/29/2018) |
| 05/29/2018 | 917 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 918 | AFFIRMATIVE DEFENSES to Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 05/29/2018) |

| 05/29/2018 | 919 | AFFIRMATIVE DEFENSES to Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 920 | AFFIRMATIVE DEFENSES to Affiliated Foods Plaintiffs' Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 921 | AFFIRMATIVE DEFENSES to Sysco Corporation's Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 922 | AFFIRMATIVE DEFENSES to U.S. Foods, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 923 | ANSWER to amended complaint *and Affirmative Defenses (Redacted Version) (Motion to Seal Pending)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 924 | MOTION by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. for leave to file *Under Seal its Answer to the End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint 923* (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 925 | AFFIRMATIVE DEFENSES To The Affiliated Foods Plaintiffs' Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 926 | AFFIRMATIVE DEFENSES to the Commercial and Institutional Indirect Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 927 | AFFIRMATIVE DEFENSES to the Direct Purchaser Plaintiffs' Third Amended and Consolidated Class Action Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 928 | AFFIRMATIVE DEFENSES to Sysco Corporation's Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 929 | AFFIRMATIVE DEFENSES to US Foods, Inc.'s Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 05/29/2018) |
| 05/29/2018 | 930 | ANSWER to amended complaint *(Answer to End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint (Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 931 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint)* (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/29/2018 | 932 | MOTION by Defendant Harrison Poultry, Inc. to seal document sealed document 931 (Gorham, Patricia) (Entered: 05/29/2018) |
| 05/30/2018 | 933 | ANSWER to amended complaint *(Answer to End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint (Redacted Version))* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 05/30/2018) |

| 05/30/2018 | 934 | MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC to seal *Answer to End-User Consumer Plaintiffs' Second Consolidated Amended Class Action Complaint* (Konieczny, Edward) (Entered: 05/30/2018) |
|---|---|---|
| 05/30/2018 | 935 | NOTICE of Motion by Edward C. Konieczny for presentment of motion to seal, 934 before Honorable Thomas M. Durkin on 6/6/2018 at 09:00 AM. (Konieczny, Edward) (Entered: 05/30/2018) |
| 05/30/2018 | 936 | MOTION by Plaintiff Action Meat Distributors, Inc. to reassign case *pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Lifvendahl, Eric) (Entered: 05/30/2018) |
| 05/30/2018 | 937 | *Action Meat Distributors, Inc. et al.* NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case 936 before Honorable Thomas M. Durkin on 6/4/2018 at 09:00 AM. (Lifvendahl, Eric) (Entered: 05/30/2018) |
| 05/30/2018 | 938 | NOTICE of Motion by Patricia Anne Gorham for presentment of motion to seal document 932 before Honorable Thomas M. Durkin on 6/6/2018 at 09:00 AM. (Gorham, Patricia) (Entered: 05/30/2018) |
| 05/31/2018 | 939 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 891 is granted; Attorney Breanna LE Van Engelen for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 05/31/2018) |
| 06/01/2018 | 940 | MEMORANDUM by End-User Consumer Plaintiffs in Opposition to motion for protective order 894 *[Redacted Version]* (Attachments: # 1 Declaration of Shana E. Scarlett [Redacted Version], # 2 Exhibit 1, # 3 Exhibit 2-8 [Under Seal]) (Scarlett, Shana) (Entered: 06/01/2018) |
| 06/01/2018 | 941 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs (Attachments: # 1 Declaration of Shana E. Scarlett [Sealed Version], # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Scarlett, Shana) (Entered: 06/01/2018) |
| 06/01/2018 | 942 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document sealed document, 941 (Attachments: # 1 Motion)(Scarlett, Shana) (Entered: 06/01/2018) |
| 06/01/2018 | 943 | CERTIFICATE Certificate of Service *for ECF No. 941* (Scarlett, Shana) (Entered: 06/01/2018) |
| 06/04/2018 | 944 | MINUTE entry before the Honorable Thomas M. Durkin:The 6/7/2018 notice motion date on plaintiffs' motion to seal 942 is stricken. All motions to seal dealing with discovery issues are to be noticed before Magistrate Judge Gilbert. Mailed notice (srn, ) (Entered: 06/04/2018) |
| 06/04/2018 | 945 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Norman W. Fries, Inc.'s motion for leave to file under seal its answer to the end-user consumer plaintiffs' second consolidated amended class action complaint 924 is granted. Defendant Harrison Poultry, Inc.'s motion to seal its answer to end-user consumer plaintiffs' second consolidated amended class action complaint 932 is granted. Mar-Jac defendants' motion to seal their answer to the end-user consumer plaintiffs' second consolidated amended class action complaint 934 is granted. Plaintiffs' unopposed motion to reassign case as related 936 is granted. This court will recommend to the Executive Committee that case 18 C 3471, Action Meat Distributors v. Norman W. Fries, currently pending before the |

| | | Honorable Marvin E. Aspen, be reassigned to this Court's calendar as related to this action. No appearance is required on 6/6/2018. Mailed notice (srn, ) (Entered: 06/04/2018) |
|---|---|---|
| 06/04/2018 | 946 | *End-User Consumer Plaintiff's Re-Notice of Motion for Leave to File Under Seal Memorandum and Declaration of Shana Scarlett in Opposition to Agri Stats, Inc.'s Motion for Protective Order* NOTICE of Motion by Shana Scarlett for presentment of (Scarlett, Shana) (Entered: 06/04/2018) |
| 06/04/2018 | 947 | TRANSCRIPT OF PROCEEDINGS held on 6/4/18 before the Honorable Thomas M. Durkin. Motion hearing. Order Number: 31065. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/25/2018. Redacted Transcript Deadline set for 7/5/2018. Release of Transcript Restriction set for 9/4/2018. (Renke, Laura) (Entered: 06/04/2018) |
| 06/04/2018 | 948 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer and Affirmative Defenses to the End-User Consumer Plaintiffs Second Consolidated Amended Class Action Complaint (Unredacted Version) (Dkt. #923) (Filed Under Seal)* (Herbison, James) (Entered: 06/04/2018) |
| 06/05/2018 | 949 | ORDER GRANTING END-USER CONSUMER PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM AND DECLARATION OF SHANA SCARLETT IN OPPOSITION TO AGRI STATS, INC.'S MOTION FOR PROTECTIVE ORDER: This matter comes before the Court on End-User Consumer Plaintiffs' Motion for Leave to File Under Seal Memorandum and Declaration of Shana Scarlett in Opposition to Agri Stats, Inc.'s Motion for Protective Order (Motion). Upon consideration of the Motion 942 , the papers submitted in support and in response thereto, and good cause appearing, the Motion is GRANTED. Signed by the Honorable Jeffrey T. Gilbert on 6/5/2018. Mailed notice(ber, ) (Entered: 06/05/2018) |
| 06/05/2018 | 950 | MOTION by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. for settlement *Direct Purchaser Plaintiffs' Motion to Approve a Plan of Notice of Settlement with Defendant Fieldale Farms Corporation* (Attachments: # 1 Declaration Bobby Pouya, # 2 Declaration Jennifer M. Keough, # 3 Text of Proposed Order)(Hart, Steven) (Entered: 06/05/2018) |
| 06/05/2018 | 951 | *Notice of Motion to Approve a Plan of Notice of Settlement with Defendant Fieldale Farms Corporation* NOTICE of Motion by Steven Alan Hart for presentment of motion for settlement, 950 before Honorable Thomas M. Durkin on 6/14/2018 at 09:00 AM. (Hart, Steven) (Entered: 06/05/2018) |
| 06/06/2018 | 952 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Although on short notice, and with an apology for same, the Court would like to arrange a conference call with liaison counsel to discuss whether it is necessary to proceed with the general |

| | | status hearing scheduled for June 22, 2018, or whether to would be better either to set specific matters that need more immediate attention for that date or to reschedule the hearing to a future date. The Court suggests a call at 12:15 p.m. on Friday, 6/8/18, if that works for liaison counsel. The Court would extend the date for the parties to file the joint status report currently due on 6/8/18 pending the results of the conference call. Liaison counsel should communicate with the Court's courtroom deputy, Brenda Rinozzi, brenda_rinozzi@ilnd.uscourts.gov, concerning their availability for this conference call. Mailed notice (ber, ) (Entered: 06/06/2018) |
|---|---|---|
| 06/08/2018 | 953 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the Court's instance, the conference call set for 6/8/18 952 is reset from 12:15 p.m. to 12:30 p.m. This is a change in time only. Mailed notice (ber, ) (Entered: 06/08/2018) |
| 06/08/2018 | 954 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 6/8/18 with liaison counsel. Other counsel also participated in the telephone conference. As discussed during that conference, the status hearing set for 6/22/18 is converted to a telephone conference with no in-person. The only topics for that conference at this time are the disputed provisions of the Deposition Protocol [ECF 907-2]. In addition, an in-person status hearing is set for 8/24/18 at 9:30 a.m. The parties shall file a joint status report in anticipation of that conference on 8/13/18. Mailed notice (ber, ) (Entered: 06/08/2018) |
| 06/11/2018 | 955 | Joint Memorandum Raising Disputed Issue Regarding Answers to Direct Action Plaintiffs' Complaints by Sysco Corporation, US Foods, Inc. (Attachments: # 1 Defendants' Exhibit A)(Gant, Scott) (Entered: 06/11/2018) |
| 06/11/2018 | 956 | SEALED REPLY by Agri Stats, Inc. to MOTION by Defendant Agri Stats, Inc. for protective order 894 (Attachments: # 1 Declaration Declaration of Michael Baker, Esq. in Support of Agri Stats, Inc.'s Motion for Protective Order)(Koering, Jacob) (Entered: 06/11/2018) |
| 06/11/2018 | 957 | REPLY by Defendant Agri Stats, Inc. to motion for protective order 894 *[Public Redacted Version]* (Attachments: # 1 Declaration Declaration of Michael Baker, Esq. in Support of Agri Stats, Inc.'s Motion for Protective Order)(Koering, Jacob) (Entered: 06/11/2018) |
| 06/11/2018 | 958 | MOTION by Defendant Agri Stats, Inc. to seal document reply, 956 (Koering, Jacob) (Entered: 06/11/2018) |
| 06/11/2018 | 959 | NOTICE of Motion by Jacob D Koering for presentment of motion to seal document 958 before Honorable Jeffrey T. Gilbert on 6/19/2018 at 09:15 AM. (Koering, Jacob) (Entered: 06/11/2018) |
| 06/12/2018 | 960 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant Agri Stats' Motion for Leave to File Under Seal Reply Memorandum in Support of Motion for Protective Order 958 is granted. The motion hearing noticed for 6/19/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/12/2018) |
| 06/13/2018 | 961 | MINUTE entry before the Honorable Thomas M. Durkin:The Direct Action Plaintiffs and Defendants have filed a Joint Memorandum 955 asking the Court to decide whether Defendants must file complete answers to the Direct Action Plaintiffs' complaints. The Court orders that Defendants must do so. The scheduling of deadlines for the answers is for Judge Gilbert to decide in his role supervising discovery.Mailed notice (srn, ) (Entered: 06/13/2018) |
| 06/14/2018 | 962 | MOTION by Plaintiff Jetro Holdings. LLC to reassign case *Based on Relatedness* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 06/14/2018) |

| 06/14/2018 | 963 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 962 before Honorable Thomas M. Durkin on 6/20/2018 at 09:00 AM. (Campbell, Terence) (Entered: 06/14/2018) |
|---|---|---|
| 06/14/2018 | 965 | MINUTE entry before the Honorable Thomas M. Durkin:Motion hearing held on 6/14/2018 regarding motion for settlement 950 . The parties will submit a proposed order to Judge Durkin's proposed order e-filing in-box for consideration. Mailed notice (srn, ) (Entered: 06/15/2018) |
| 06/15/2018 | 964 | TRANSCRIPT OF PROCEEDINGS held on 6/14/18 before the Honorable Thomas M. Durkin. Motion hearing. Order Number: 31113. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 7/6/2018. Redacted Transcript Deadline set for 7/16/2018. Release of Transcript Restriction set for 9/13/2018. (Renke, Laura) (Entered: 06/15/2018) |
| 06/15/2018 | 966 | NOTICE of Voluntary Dismissal by WeLoveCaesar LLC *Without Prejudice (Chef Marc)arc)* (Doyle, Thomas) (Entered: 06/15/2018) |
| 06/19/2018 | 967 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Further to Judge Durkin's order of 6/13/18 961 and certain parties' Joint Memorandum Raising Disputed Issue Regarding Answers to Direct Action Plaintiffs' Complaints 955 , Defendants shall file their answers to the Direct Action Plaintiffs' then-operative complaints by 2/15/19. Mailed notice (ber, ) (Entered: 06/19/2018) |
| 06/19/2018 | 969 | ORDER: Based on the Commercial and Institutional Indirect Purchaser Plaintiff ("CIIPPs") Notice of Voluntary Dismissal without Prejudice, filed in the above-caption action, IT IS HEREBY ORDERED that: WeLoveCaesar LLC dba Chef Marc's Trattoria, is voluntarily dismissed without prejudice, as to its individual claims and of withdrawal as named Plaintiff for the CIIPP class. Signed by the Honorable Thomas M. Durkin on 6/19/2018. Mailed notice. (pk, ) (Entered: 06/20/2018) |
| 06/20/2018 | 968 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Jetro Holdings' motion to reassign case based on relatedness 962 is granted. This Court will recommend to the Executive Committee that case 18 C 4000, Jetro Holdings v. Tyson Foods, Inc., pending before the Honorable John Tharp be reassigned to this Court's calendar. No appearance is required on 6/20/2018. Mailed notice (srn, ) (Entered: 06/20/2018) |
| 06/21/2018 | 970 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to quash *Plaintiffs' First Set of Interrogatories and Requests For Admissions to All Defendant Families* (Attachments: # 1 Exhibit A - Plaintiffs First Set of Interrogatories to Each Defendant, # 2 Exhibit B - Plaintiffs First Set of Requests for Admissions to Each Defendant, # 3 Exhibit C - DPP, CIIPP, EUCP Second Set of Interrogatories to All Defendants, dated Jan. 19, 2018, # 4 Exhibit D - DPP, CIIPP, EUCP First Set of Interrogatories to Georgia |

Dock Defendants, dated Jan. 19, 2018, # 9 Exhibit E - BPPS CIIPP EUCP Third
Set of Interrogatories to All Defendants, dated Jan. 19, 2018, # 6 Exhibit F -
CIIPP First Set of Interrogatories to All Defendants, dated Jan. 19, 2018)(Laytin,
Daniel) (Entered: 06/21/2018)

| | | |
|---|---|---|
| 06/21/2018 | 971 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to quash,,, 970 before Honorable Jeffrey T. Gilbert on 6/28/2018 at 09:15 AM. (Laytin, Daniel) (Entered: 06/21/2018) |
| 06/22/2018 | 972 | ATTORNEY Appearance for Movant Gerber's Poultry, Inc. by Emily Collins Fess (Fess, Emily) (Entered: 06/22/2018) |
| 06/22/2018 | 973 | MOTION by Movant Gerber's Poultry, Inc. to quash *Subpoena and/or for a Protective Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Fess, Emily) (Entered: 06/22/2018) |
| 06/22/2018 | 974 | NOTICE of Motion by Emily Collins Fess for presentment of motion to quash 973 before Honorable Thomas M. Durkin on 6/28/2018 at 09:00 AM. (Fess, Emily) (Entered: 06/22/2018) |
| 06/22/2018 | 975 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 6/22/18 to resolve disputes concerning the Deposition Protocol [ECF 907-2]. Counsel participating in today's hearing who wish to be noted of record shall identify themselves to liaison counsel, and liaison counsel promptly shall send that information to the court reporter, Kathleen_Fennell@ilnd.uscourts.gov. The parties will incorporate the Court's rulings and suggestions in a revised Deposition Protocol and submit the final version of that Protocol to the Court for signature and entry on the docket. Before the parties amend section I of the Deposition Protocol with respect to a filing and hearing date for a potential submission about the number of depositions, liaison counsel should send their proposed dates to the Court's courtroom deputy so the Court can sign-off on the changes. Defendants' Motion to Quash Plaintiffs' First Set of Interrogatories and Requests For Admissions to All Defendant Families and Incorporated Memorandum of Law 970 will be briefed as follows: Plaintiffs shall respond by 6/28/18. Defendants shall reply by 7/9/18. The motion hearing noticed for 6/28/18 is stricken with no appearance required. In the event that Court denies Defendants' Motion in whole or part, Defendant will have at least two weeks from the ruling date to respond to Plaintiffs' discovery requests that are the subject of the Motion, notwithstanding the response dates that otherwise would apply under the Federal Rules of Civil Procedure. Mailed notice (ber, ) (Entered: 06/22/2018) |
| 06/22/2018 | 976 | MOTION by Plaintiff Maplevale Farms, Inc. to compel *CLASS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459)* (Attachments: # 1 Declaration of Brian D. Clark In Support of Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol (ECF. No. 459), # 2 Exhibit 1 to the Declaration of Brian D. Clark, # 3 Exhibit 2 to the Declaration of Brian D. Clark (MOTION TO FILE UNDER SEAL PENDING), # 4 Exhibit 3 to the Declaration of Brian D. Clark, # 5 Exhibit 4 to the Declaration of Brian D. Clark, # 6 Exhibit 5 to the Declaration of Brian D. Clark (MOTION TO FILE UNDER SEAL PENDING), # 7 Exhibit 6 to the Declaration of Brian D. Clark, # 8 Exhibit 7 to the Declaration of Brian D. Clark, # 9 Exhibit 8 to the Declaration of Brian D. Clark, # 10 Exhibit 9 to the Declaration of Brian D. Clark (MOTION TO FILE UNDER SEAL |

| | | PENDING, # 11 Exhibit 10 to the Declaration of Brian D. Clark) (Hart, Steven) (Entered: 06/22/2018) |
|---|---|---|
| 06/22/2018 | 977 | NOTICE of Motion by Steven Alan Hart for presentment of motion to compel,,,, 976 before Honorable Jeffrey T. Gilbert on 6/28/2018 at 09:15 AM. (Hart, Steven) (Entered: 06/22/2018) |
| 06/22/2018 | 978 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 2, 5, AND 9 TO THE DECLARATION OF BRIAN D. CLARK IN SUPPORT OF CLASS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459)* (Hart, Steven) (Entered: 06/22/2018) |
| 06/22/2018 | 979 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 978 before Honorable Jeffrey T. Gilbert on 6/28/2018 at 09:15 AM. (Hart, Steven) (Entered: 06/22/2018) |
| 06/22/2018 | 980 | ORDER Granting Direct Purchaser Plaintiffs' Motion to Approve a Plan of Notice of Settlement with Defendant Fieldale Farms Corporation. A final settlement fairness hearing is set for 11/13/2018 at 09:00 AM. (See order for further detail.) Signed by the Honorable Thomas M. Durkin on 6/22/2018:Mailed notice(srn, ) (Entered: 06/22/2018) |
| 06/22/2018 | 994 | ORDER Granting Direct Purchaser Plaintiffs' Motion to Approve a Plan of Notice of Settlement with Defendant Fieldale Farms Corporation. Signed by the Honorable Thomas M. Durkin on 6/22/2018. Mailed notice. (pk, ) (Entered: 06/26/2018) |
| 06/25/2018 | 981 | MINUTE entry before the Honorable Thomas M. Durkin:The 6/28/2018 notice motion date is vacated. Counsel is directed to notice the motion to quash subpoena and or for a protective order 973 before Magistrate Judge Gilbert. Mailed notice (srn, ) (Entered: 06/25/2018) |
| 06/25/2018 | 982 | MOTION by Attorney Christopher A. Knight to withdraw as attorney for Agri Stats, Inc.. No party information provided (Knight, Christopher) (Entered: 06/25/2018) |
| 06/25/2018 | 983 | NOTICE of Motion by Christopher Anton-Rashad Knight for presentment of (Knight, Christopher) (Entered: 06/25/2018) |
| 06/25/2018 | 984 | ENTERED in Error. 970 . (Fess, Emily) Modified on 6/25/2018 (smm). (Entered: 06/25/2018) |
| 06/25/2018 | 985 | TRANSCRIPT OF PROCEEDINGS held on 6/22/18 before the Honorable Jeffrey T. Gilbert. Order Number: 31069, 31256. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/16/2018. Redacted Transcript Deadline set for 7/26/2018. Release of Transcript Restriction set for 9/24/2018. (Fennell, Kathleen) (Entered: 06/25/2018) |

| 06/25/2018 | 986 | NOTICE of Correction regarding notice of motion 984 .(smm) (Entered: 06/25/2018) |
|---|---|---|
| 06/25/2018 | 987 | *RE-* NOTICE of Motion by Emily Collins Fess for presentment of motion to quash 973 before Honorable Jeffrey T. Gilbert on 6/25/2018 at 09:15 AM. (Fess, Emily) (Entered: 06/25/2018) |
| 06/25/2018 | 988 | *AMENDED RE-* NOTICE of Motion by Emily Collins Fess for presentment of motion to quash 973 before Honorable Thomas M. Durkin on 6/28/2018 at 09:15 AM. (Fess, Emily) (Entered: 06/25/2018) |
| 06/25/2018 | 989 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Non-Party Gerber's Poultry, Inc.'s Motion to Quash Subpoena and/or for a Protective Order 973 : George's, Inc. and George's Farms, Inc. (collectively "George's") shall respond by 7/11/18. Gerber's Poultry shall reply by 7/18/18. The motion hearing noticed for 6/28/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/25/2018) |
| 06/26/2018 | 990 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 982 is granted; Attorney Christopher Anton-Rashad Knight terminated.Mailed notice (srn, ) (Entered: 06/26/2018) |
| 06/26/2018 | 991 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs' Motion for Leave to File Under Seal Exhibits 2, 5, and 9 to the Declaration of Brian D. Clark in Support of Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol (ECF No. 459) 978 is granted. The motion hearing noticed for 6/28/18 979 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/26/2018) |
| 06/26/2018 | 992 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement of the parties, the Court sets the following briefing schedule on Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol (ECF No. 459) 976 : Defendants' response brief is due 7/2/18 and Class Plaintiffs' reply brief is due 7/10/18. The motion hearing noticed for 6/28/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/26/2018) |
| 06/26/2018 | 993 | SEALED EXHIBIT by Plaintiff Maplevale Farms, Inc. *"Exhibit 2, Exhibit 5 and Exhibit 9" to the Declaration of Brian D. Clark in Support of Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol[Unredacted Versions] [Dkt. 978]* (Attachments: # 1 Exhibit 5, # 2 Exhibit 9)(Hart, Steven) (Entered: 06/26/2018) |
| 06/27/2018 | 995 | DEPOSITION PROTOCOL ORDER. Signed by the Honorable Jeffrey T. Gilbert on 6/27/2018. Mailed notice (ber, ) (Entered: 06/27/2018) |
| 06/28/2018 | 996 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14643276. (Tanski, John) (Entered: 06/28/2018) |
| 06/28/2018 | 997 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14643557. (Taylor, Jarod) (Entered: 06/28/2018) |
| 06/28/2018 | 998 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14643737. (Adcox, Rachel) (Entered: 06/28/2018) |
| 06/28/2018 | 999 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14643810. (Lee, Kenina) (Entered: 06/28/2018) |

| 06/28/2018 | 1000 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14643908. (Oakes, Daniel) (Entered: 06/28/2018) |
|---|---|---|
| 06/28/2018 | 1001 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14644044. (Gaglio, Nicholas) (Entered: 06/28/2018) |
| 06/28/2018 | 1002 | MOTION by Defendants George's Farms, Inc., George's Inc. to continue *Agreed Motion to Hold Motion to Quash in Abeyance* (Martin, John) (Entered: 06/28/2018) |
| 06/28/2018 | 1003 | NOTICE of Motion by John Conroy Martin for presentment of motion to continue 1002 before Honorable Jeffrey T. Gilbert on 7/5/2018 at 09:15 AM. (Martin, John) (Entered: 06/28/2018) |
| 06/28/2018 | 1004 | RESPONSE by John Gross and Company, Inc., Maplevale Farms, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to quash *Plaintiffs' First Set of Interrogatories and Requests For Admi 970 (Attachments: # 1 Exhibit 1 - Defendant's First Set of RFAs to Plaintiffs, # 2 Exhibit 2- All Defendants First Set of Interrogatories to All Plaintiffs)(Pouya, Bobby) (Entered: 06/28/2018)* |
| 06/28/2018 | 1005 | NOTICE OF EMAIL NOTIFICATION FAILURE, for document # 999 , 1004 , 1001 , 1000 , 996 , 1002 , 998 , 997 , 1003 sent to Attorney Richard Lyle Coffman returned as: Bad destination host. Mailed to attorney Richard Lyle Coffman a letter re: bounce back email and a Notification of Change of Address form. Notices have been set to No. Counsel must email the Clerks Office at Docketing_ILND@ilnd.uscourts.gov when a Notification of Change of Address has been filed to ensure electronic notification is reset. (jk, ) (Entered: 06/29/2018) |
| 06/29/2018 | 1006 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 996 is granted; Motion to appear pro hac vice 997 is granted; Attorneys John Tanski and Jarod Taylor added for Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.Mailed notice (srn, ) (Entered: 06/29/2018) |
| 06/29/2018 | 1007 | MINUTE entry before the Honorable Thomas M. Durkin:Motions to appear pro hac vice 998 999 1000 1001 are granted; Attorneys Rachel Adcox, Kenina Lee, Daniel Oakes, and Nicholas Gaglio added for Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry Inc. Mailed notice (srn, ) (Entered: 06/29/2018) |
| 06/29/2018 | 1008 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties' Agreed Motion to Hold Non-Party Gerber Poultry's Motion to Quash Subpoena in Abeyance 1002 is granted. The briefing schedule set in the Court's order of 6/25/18 989 is stricken. The motion hearing noticed for 7/5/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/29/2018) |
| 06/29/2018 | 1009 | MOTION by Attorney David H. Suggs, J. Mark Gidley, Peter J. Carney, Kristen McAhren, Robert A. Milne and Jeremy K. Ostrander to withdraw as attorney for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.. No party information provided (Suggs, David) (Entered: 06/29/2018) |
| 06/29/2018 | 1010 | NOTICE of Motion by David H Suggs for presentment of motion to withdraw as attorney, 1009 before Honorable Jeffrey T. Gilbert on 7/5/2018 at 09:15 AM. (Suggs, David) (Entered: 06/29/2018) |

| 06/29/2018 | 1011 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion for Leave to Withdraw Appearances 1009 should be noticed for hearing before Judge Durkin. The motion hearing noticed for 7/5/18 before Magistrate Judge Gilbert is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/29/2018) |
| --- | --- | --- |
| 06/29/2018 | 1012 | MOTION by Attorney David H. Suggs, J. Mark Gidley, Peter J. Carney, Kristen McAhren, Robert A. Milne and Jeremy K. Ostrander to withdraw as attorney for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.. No party information provided (Suggs, David) (Entered: 06/29/2018) |
| 06/29/2018 | 1013 | NOTICE of Motion by David H Suggs for presentment of motion to withdraw as attorney, 1012 before Honorable Thomas M. Durkin on 7/5/2018 at 09:00 AM. (Suggs, David) (Entered: 06/29/2018) |
| 07/02/2018 | 1014 | MINUTE entry before the Honorable Thomas M. Durkin:Motions to withdraw as attorneys 1009 1012 is granted; Attorney Robert A Milne; Jeremy K. Ostrander; David H Suggs; Peter J. Carney and Kristen J. Mcahren terminated. No appearance is required on 7/5/2018.Mailed notice (srn, ) (Entered: 07/02/2018) |
| 07/02/2018 | 1015 | MINUTE entry before the Honorable Thomas M. Durkin: Attorney John Mark Gidley terminated.Mailed notice (srn, ) (Entered: 07/02/2018) |
| 07/02/2018 | 1016 | MOTION by Plaintiffs The Kroger Co., Hy-Vee, Inc., Albertsons Companies, Inc. to reassign case *Based on Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit 1)(Randall, Samuel) (Entered: 07/02/2018) |
| 07/02/2018 | 1017 | *The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.'s* NOTICE of Motion by Samuel J. Randall for presentment of motion to reassign case 1016 before Honorable Thomas M. Durkin on 7/9/2018 at 09:00 AM. (Randall, Samuel) (Entered: 07/02/2018) |
| 07/02/2018 | 1018 | MOTION by Defendant Pilgrim's Pride Corporation to Designate Defendants' Liaison Counsel (Mahan, Carrie) (Entered: 07/02/2018) |
| 07/02/2018 | 1019 | NOTICE of Motion by Carrie C. Mahan for presentment of motion for miscellaneous relief 1018 before Honorable Thomas M. Durkin on 7/16/2018 at 09:00 AM. (Mahan, Carrie) (Entered: 07/02/2018) |
| 07/02/2018 | 1020 | RESPONSE by Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.in Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to compel *CLASS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459)* 976 (Lee, Kenina) (Entered: 07/02/2018) |
| 07/02/2018 | 1021 | RESPONSE by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.in Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to compel *CLASS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459)* 976 *The Koch Defendants' Joinder and Separate Response In Opposition to Motion to Compel* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Moore, Christopher) (Entered: 07/02/2018) |
| 07/02/2018 | 1022 | RESPONSE by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLCin Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to compel *CLASS PLAINTIFFS' MOTION TO COMPEL* |

| | | |
|---|---|---|
| | | *PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459)* 976 (Wofford, Amanda) (Entered: 07/02/2018) |
| 07/03/2018 | 1023 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to designate defendants' liaison counsel 1018 is granted. Weil, Gotshal & Manges LLP is hereby designated liaison counsel for all defendants in this action. No appearance is required on 7/16/2018. Mailed notice (srn, ) (Entered: 07/03/2018) |
| 07/03/2018 | 1024 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs The Kroger Co., Hy-Vee Inc., and Albertsons' motion to reassign case based on relatedness pursuant to Local Rule 40.4 is granted 1016 . This Court will recommend to the Executive Committee that case 18 C 4534, currently assigned to Judge Norgle be reassigned to this Court. No appearance is required on 7/9/2018. Mailed notice (srn, ) (Entered: 07/03/2018) |
| 07/03/2018 | 1025 | MOTION by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. for leave to file *The Koch Defendants' Motion For Leave to File Amended Response In Opposition To Class Plaintiffs' Motion to Compel* (Attachments: # 1 Exhibit A)(Moore, Christopher) (Entered: 07/03/2018) |
| 07/03/2018 | 1026 | NOTICE of Motion by Christopher S. Moore for presentment of motion for leave to file, 1025 before Honorable Jeffrey T. Gilbert on 7/10/2018 at 09:15 AM. (Moore, Christopher) (Entered: 07/03/2018) |
| 07/05/2018 | 1027 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Koch Defendants' Motion For Leave to File Amended Response In Opposition To Class Plaintiffs' Motion to Compel 1025 is granted. The motion hearing noticed for 7/10/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 07/05/2018) |
| 07/05/2018 | 1028 | RESPONSE by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.in Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to compel *CLASS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459)* 976 *The Koch Defendants' Joinder and Amended Separate Response in Opposition to Motion to Compel* (Moore, Christopher) (Entered: 07/05/2018) |
| 07/05/2018 | 1029 | Exhibits to The Koch Defendants' Joinder and Amended Separate Response in Opposiiton to Motion to Compel by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Moore, Christopher) (Entered: 07/05/2018) |
| 07/09/2018 | 1030 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to response in opposition to motion,, 1004 *DEFENDANTS REPLY IN SUPPORT OF THEIR MOTION TO QUASH PLAINTIFFS FIRST SET OF INTERROGATORIES AND REQUESTS FOR ADMISSIONS TO ALL DEFENDANT FAMILIES* (Laytin, Daniel) (Entered: 07/09/2018) |
| 07/10/2018 | 1031 | REPLY by Plaintiff Maplevale Farms, Inc. to motion to compel,,,, 976 *CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459) (REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING)* (Attachments: # 1 Declaration of Brian D. Clark In Support of Class Plaintiffs' Reply In Support of Class Plaintiffs' Motion to Compel Production of Non-Responsive Attachments, # |

2 Exhibit 1 to the Declaration of Brian D. Clark (REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING), # 3 Exhibit 2 to the Declaration of Brian D. Clark, # 4 Declaration of Brittany N. Resch In Support of Class Plaintiffs' Reply In Support of Class Plaintiffs' Motion to Compel Production of Non-Responsive Attachments, # 5 Declaration of Shana E. Scarlett In Support of Class Plaintiffs' Reply In Support of Class Plaintiffs' Motion to Compel Production of Non-Responsive Attachments)(Hart, Steven) (Entered: 07/10/2018)

| 07/10/2018 | 1032 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459) AND EXHIBIT 1 TO THE DECLARATION OF BRIAN D. CLARK IN SUPPORT THEREOF* (Hart, Steven) (Entered: 07/10/2018) |
|---|---|---|
| 07/10/2018 | 1033 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 1032 before Honorable Jeffrey T. Gilbert on 7/17/2018 at 09:15 AM. (Hart, Steven) (Entered: 07/10/2018) |
| 07/10/2018 | 1034 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Blake Stubbs (Stubbs, Blake) (Entered: 07/10/2018) |
| 07/11/2018 | 1035 | MOTION by Defendant Agri Stats, Inc. for extension of time *to respond to complaint (stipulated)* (Koering, Jacob) (Entered: 07/11/2018) |
| 07/11/2018 | 1036 | NOTICE of Motion by Jacob D Koering for presentment of extension of time 1035 before Honorable Thomas M. Durkin on 7/19/2018 at 09:00 AM. (Koering, Jacob) (Entered: 07/11/2018) |
| 07/12/2018 | 1037 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by John M. Tanski (Tanski, John) (Entered: 07/12/2018) |
| 07/12/2018 | 1038 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Jarod G. Taylor (Taylor, Jarod) (Entered: 07/12/2018) |
| 07/12/2018 | 1039 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Rachel J Adcox (Adcox, Rachel) (Entered: 07/12/2018) |
| 07/12/2018 | 1040 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Nicholas Gaglio (Gaglio, Nicholas) (Entered: 07/12/2018) |
| 07/12/2018 | 1041 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Daniel K. Oakes (Oakes, Daniel) (Entered: 07/12/2018) |
| 07/12/2018 | 1042 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Kenina J Lee (Lee, Kenina) (Entered: 07/12/2018) |

| 07/12/2018 | 1043 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. Agri Stats, Inc. waiver sent on 6/11/2018, answer due 8/10/2018. (Lifvendahl, Eric)(Docket Text Modified by Clerk's Office) Modified on 7/13/2018 (pk, ). (Entered: 07/12/2018) |
| --- | --- | --- |
| 07/12/2018 | 1044 | NOTICE of a Lawsuit by Action Meat Distributors, Inc. (Lifvendahl, Eric) (Linked document has another case number 18-cv-3471)(Docket Text Modified by Clerk's Office) Modified on 7/13/2018 (pk, ). (Entered: 07/12/2018) |
| 07/12/2018 | 1045 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1046 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1047 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1048 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1049 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1050 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1051 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1052 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1053 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1054 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1055 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1056 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1057 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1058 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1059 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/12/2018) |
| 07/12/2018 | 1060 | MEMORANDUM Opinion and Order: For the reasons stated in the Court's Memorandum Opinion and Order, Plaintiffs' Motion to Enforce the Court's February 21, 2018 Order and for Protective Order Regarding Downstream Discovery [ECF No. 879] is granted. See attached Memorandum Opinion and Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 7/12/2018. Mailed notice(ber, ) (Entered: 07/12/2018) |

| | | |
|---|---|---|
| 07/12/2018 | 1061 | STIPULATION *Regarding End-User Consumer Plaintiffs' Third Consolidated Amended Class Action Complaint* (Attachments: # 1 Exhibit A - (REDACTED VERSION) (Motion to File Unredacted Version Under Seal Pending), # 2 Exhibit B - (REDACTED VERSION) (Motion to File Unredacted Version Under Seal Pending))(Johnson, Brent) (Entered: 07/12/2018) |
| 07/12/2018 | 1062 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Under Seal Exhibits A and B to Stipulation Regarding Third Consolidated Amended Class Action Complaint (ECF No. 1061)* (Johnson, Brent) (Entered: 07/12/2018) |
| 07/13/2018 | 1063 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs' Motion for Leave to File Under Seal Their Reply in Support of Their Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol (ECF No. 459) and Exhibit 1 to the Declaration of Brian D. Clark In Support Thereof 1032 is granted. The motion hearing noticed for 7/17/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 07/13/2018) |
| 07/14/2018 | 1064 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *CLASS PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF ATTACHMENTS TO RESPONSIVE EMAIL FAMILIES AND MODIFY THE ESI PROTOCOL (ECF NO. 459) (Unredacted Version) (Dkt. #1031) (Filed Under Seal)* (Attachments: # 1 Exhibit 1 to the Declaration of Brian D. Clark (Unredacted Version) (Dkt. #1031-2) (Filed Under Seal))(Hart, Steven) (Entered: 07/14/2018) |
| 07/16/2018 | 1065 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Agri Stats, Inc.'s stipulated motion to extend time to respond to complaint 1035 is granted. If the Court grants Agri Stats' motion to dismiss, Agri Stats' date to respond to the complaint in the Action Meat Case will be 30 days after granting the motion to dismiss; If the Court denies Agri Stats' motion to dismiss, Agri Stats' date to respond to then-operative complaints, including Plaintiffs' complaint, will be commensurate with the response dates set in the Consolidated Case, currently February 15, 2019. No appearance is required on 7/19/2018. Mailed notice (srn, ) (Entered: 07/16/2018) |
| 07/16/2018 | 1066 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/16/2018) |
| 07/16/2018 | 1067 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/16/2018) |
| 07/16/2018 | 1068 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/16/2018) |
| 07/16/2018 | 1069 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/16/2018) |
| 07/16/2018 | 1070 | WAIVER OF SERVICE returned executed by Action Meat Distributors, Inc.. (Lifvendahl, Eric) (Entered: 07/16/2018) |
| 07/17/2018 | 1071 | NOTICE by Steven Alan Hart of Change of Address (Hart, Steven) (Entered: 07/17/2018) |
| 07/17/2018 | 1072 | NOTICE by Brian H Eldridge of Change of Address (Eldridge, Brian) (Entered: 07/17/2018) |
| 07/17/2018 | 1073 | NOTICE by Robert John McLaughlin of Change of Address (McLaughlin, Robert) (Entered: 07/17/2018) |

| 07/17/2018 | 1074 | NOTICE by Benjamin Michael Shrader of Change of Address (Shrader, Benjamin) (Entered: 07/17/2018) |
|---|---|---|
| 07/17/2018 | 1075 | NOTICE by Kyle Pozan of Change of Address (Pozan, Kyle) (Entered: 07/17/2018) |
| 07/17/2018 | 1076 | NOTICE by John Shannon Marrese of Change of Address (Marrese, John) (Entered: 07/17/2018) |
| 07/17/2018 | 1077 | MOTION by Attorney Lally A. Gartel to withdraw as attorney for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.. No party information provided (Gartel, Lally) (Entered: 07/17/2018) |
| 07/17/2018 | 1078 | NOTICE of Motion by Lally A Gartel for presentment of motion to withdraw as attorney 1077 before Honorable Thomas M. Durkin on 7/24/2018 at 09:15 AM. (Gartel, Lally) (Entered: 07/17/2018) |
| 07/17/2018 | 1079 | ORDER: This matter is before the Court on Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol Order (ECF No. 459) [ECF No. 976]. In this Motion, Plaintiffs challenge the actions of three Defendants (Tyson, Koch Foods, and Mountaire) in withholding from production a large number of email attachments as non-responsive. For the reasons set forth in the attached Order, Plaintiffs' Motion to Compel and Modify ESI Protocol [ECF No. 976] is denied. Signed by the Honorable Jeffrey T. Gilbert on 7/17/2018. Mailed notice(ber, ) (Entered: 07/17/2018) |
| 07/17/2018 | 1080 | MINUTE entry before the Honorable Jeffrey T. Gilbert: There is a typographical error in the Order 1079 entered earlier this afternoon on Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol Order (ECF No. 459) 976 . The first line in the fourth full paragraph on page 2 of the Order 1079 should read as follows: "The Court will not rewrite now the ESI Protocol that was agreed to and memorialized almost a year ago." The Court will enter a corrected Order tomorrow. Mailed notice(Gilbert, Jeffrey) (Entered: 07/17/2018) |
| 07/18/2018 | 1081 | Enter AMENDED ORDER. There is an error in the Order 1079 entered on 7/18/18 on Class Plaintiffs' Motion to Compel Production of Attachments to Responsive Email Families and Modify the ESI Protocol Order (ECF No. 459) 976 . The first line in the fourth full paragraph on page 2 of the Order 1079 should read as follows: "The Court will not rewrite now the ESI Protocol that was agreed to and memorialized almost a year ago." The Amended Order corrects that error and does not change anything else in the Order entered yesterday. Signed by the Honorable Jeffrey T. Gilbert on 7/18/2018. Mailed notice(ber, ) (Entered: 07/18/2018) |
| 07/18/2018 | 1082 | Enter AMENDED ORDER. There is a typographical error in the caption of the Court's Amended Order 1081 . Attached is an Amended Order with a corrected caption. Signed by the Honorable Jeffrey T. Gilbert on 7/18/2018. Mailed notice(ber, ) (Entered: 07/18/2018) |
| 07/18/2018 | 1083 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1077 is granted; Attorney Lally A Gartel terminated. No appearance is required on 7/24/2018.Mailed notice (srn, ) (Entered: 07/18/2018) |
| 07/18/2018 | 1084 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14716425. (Argyle, Benjamin) (Entered: 07/18/2018) |

| 07/18/2018 | 1085 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14716618. (Gardner, Mary) (Entered: 07/18/2018) |
|---|---|---|
| 07/19/2018 | 1086 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14717867. (Varshovi, Zakariya) (Entered: 07/19/2018) |
| 07/19/2018 | 1087 | MINUTE entry before the Honorable Thomas M. Durkin:Motions to appear pro hac vice 1084 1085 1086 are granted; Attorneys Zakariya Koorosh Varshovi, Banjamin P. Argyle, and Mary M. Gardner for Perdue Farms, Inc. and Perdue Foods LLC added. Mailed notice (srn, ) (Entered: 07/19/2018) |
| 07/23/2018 | 1088 | MOTION by Plaintiffs Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Wakefern Food Corporation to reassign case (Attachments: # 1 Exhibit Complaint)(Germaine, David) (Entered: 07/23/2018) |
| 07/23/2018 | 1089 | NOTICE of Motion by David P Germaine for presentment of motion to reassign case, 1088 before Honorable Thomas M. Durkin on 7/30/2018 at 09:00 AM. (Germaine, David) (Entered: 07/23/2018) |
| 07/26/2018 | 1090 | MEMORANDUM Opinion and Order: Agri Stats's Motion for Protective Order 894 is denied. The Court finds that Agri Stats's request for a protective order that would exempt it from performing EUCPs' proposed custodial searches of ESI for a significant portion of the time frame for discovery in this case is not justified. EUCPs and Agri Stats, however, shall continue to meet and confer in a continuing effort to accommodate Agri Stats's concerns about burden and cost without unduly impairing EUCPs' legitimate requests for discovery in this case. If the parties reach impasse on particular issues, they can bring those issues back to this Court or to the Special Master, depending upon the issue, consistent with this Memorandum Opinion and Order. - Signed by the Honorable Jeffrey T. Gilbert on 7/26/2018. [For further details see order] Mailed notice (np, ) (Entered: 07/26/2018) |
| 07/30/2018 | 1091 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to reassign case as related 1088 is granted without objection. This Court will recommend to the Executive Committee that case 18 C 4616, Associated Grocers, et al v. Tyson Foods, currently assigned to Judge Alonso, be reassigned to this Court's calendar. No appearance is required on 7/30/2018. Mailed notice (srn, ) (Entered: 07/30/2018) |
| 07/30/2018 | 1092 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Julie Ann Johnston-Ahlen (Johnston-Ahlen, Julie) (Entered: 07/30/2018) |
| 07/31/2018 | 1093 | STIPULATION *Concerning Waiver of Service* (Bjork, John) (Entered: 07/31/2018) |
| 08/02/2018 | 1094 | MINUTE entry before the Honorable Thomas M. Durkin:The Court hereby approves the parties' stipulation 1093 .Mailed notice (srn, ) (Entered: 08/02/2018) |
| 08/03/2018 | 1095 | ATTORNEY Appearance for Plaintiffs Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Wakefern Food Corporation by David P Germaine (Germaine, David) (Entered: 08/03/2018) |
| 08/03/2018 | 1096 | ATTORNEY Appearance for Plaintiffs Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix |

| | | Super Markets, Inc., Supervalu Inc., Wakefern Food Corporation by Joseph Michael Vanek (Vanek, Joseph) (Entered: 08/03/2018) |
|---|---|---|
| 08/06/2018 | 1097 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Bradley Charles Nahrstadt (Nahrstadt, Bradley) (Entered: 08/06/2018) |
| 08/06/2018 | 1098 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14785838. (Floch, Brandon) (Entered: 08/06/2018) |
| 08/06/2018 | 1099 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14785849. (Patton, Douglas) (Entered: 08/06/2018) |
| 08/06/2018 | 1100 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14785862. (Blechman, William) (Entered: 08/06/2018) |
| 08/06/2018 | 1101 | ATTORNEY Appearance for Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co. by Samuel J. Randall (Randall, Samuel) (Entered: 08/06/2018) |
| 08/08/2018 | 1102 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to reassign case *Based on Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit 1)(Phair, Ryan) (Entered: 08/08/2018) |
| 08/08/2018 | 1103 | *Ahold Delhaize USA, Inc.'s* NOTICE of Motion by Ryan Patrick Phair for presentment of motion to reassign case 1102 before Honorable Thomas M. Durkin on 8/16/2018 at 09:00 AM. (Phair, Ryan) (Entered: 08/08/2018) |
| 08/08/2018 | 1104 | MOTION by Attorney Christina M. Egan, Amy B. Manning to withdraw as attorney for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.. No party information provided (Egan, Christina) (Entered: 08/08/2018) |
| 08/08/2018 | 1105 | NOTICE of Motion by Christina M. Egan for presentment of motion to withdraw as attorney 1104 before Honorable Thomas M. Durkin on 8/14/2018 at 09:00 AM. (Egan, Christina) (Entered: 08/08/2018) |
| 08/08/2018 | 1106 | ATTORNEY Appearance for Plaintiff Associated Grocers of the South, Inc. by John Paul Bjork (Bjork, John) (Entered: 08/08/2018) |
| 08/08/2018 | 1107 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed Defendants' Motion to Quash Plaintiffs' First Set of Interrogatories and Requests for Admissions to All Defendant Families 970 and all of the briefs submitted by the parties. The Court believes an in-person hearing is necessary. Accordingly, a hearing is set on Defendants' Motion to Quash 970 for 8/24/18 at 9:30 a.m., which is the same time as a previously scheduled status hearing in this case. The Court intends to address Defendants' Motion to Quash at some point during that hearing. If the agenda for that hearing will not permit the Court to address Defendants' Motion during the hearing, then a different hearing date will be set. Mailed notice (ber, ) (Entered: 08/08/2018) |
| 08/08/2018 | 1108 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14799822. (Saveri, Richard) (Entered: 08/08/2018) |
| 08/08/2018 | 1109 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14799866. (Saveri, Guido) (Entered: 08/08/2018) |
| 08/09/2018 | 1110 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1098 is granted; Attorney Brandon S Floch for Albertsons Companies, |

| | | |
|---|---|---|
| | | Inc., Hy-Vee, Inc., and The Kroger Co. added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1111 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1099 is granted; Attorney Douglas H Patton for Albertsons Companies, Inc., Hy-Vee, Inc., and The Kroger Co. added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1112 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1100 is granted; Attorney William J Blechman for Albertsons Companies, Inc., Hy-Vee, Inc., and The Kroger Co. added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1113 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1104 is granted; Attorney Christina M. Egan and Amy Beth Manning terminated. No appearance is required on 8/14/2018.Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1114 | MINUTE entry before the Honorable Thomas M. Durkin:Motions to appear pro hac vice 1108 1109 are granted; Attorney Guido Saveri and Richard Alexander Saveri for Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1115 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14803879. (Farmer, Cecile) (Entered: 08/09/2018) |
| 08/09/2018 | 1116 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14803938. (Farnsworth, Rachel) (Entered: 08/09/2018) |
| 08/09/2018 | 1117 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14803975. (Goldsmith, Jonathan) (Entered: 08/09/2018) |
| 08/09/2018 | 1118 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1115 is granted; Attorney Cecile L. Farmer for Pilgrim's Pride Corporation added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1119 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1116 is granted; Attorney Rachel A. Farnsworth for Pilgrim's Pride Corporation added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/09/2018 | 1120 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1117 is granted; Attorney Jonathan S. Goldsmith for Pilgrim's Pride Corporation added. Mailed notice (srn, ) (Entered: 08/09/2018) |
| 08/13/2018 | 1121 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to reassign case pursuant to Local Rule 40.4 1102 is granted. This Court will recommend to the Executive Committee that case 18 C 5351,Delhaize v. Koch Foods, currently assigned to Judge Bucklo, be reassigned to this Court's calendar as related to this action. No appearance is required on 8/16/2018. Mailed notice (srn, ) (Entered: 08/13/2018) |
| 08/13/2018 | 1122 | STATUS Report *(Joint Report and Letter Brief Regarding August 24, 2018 Status Conference)* by Maplevale Farms, Inc. (Pouya, Bobby) (Entered: 08/13/2018) |
| 08/14/2018 | 1123 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14819214. (Dahnke, Robert) (Entered: 08/14/2018) |
| 08/14/2018 | 1124 | NOTICE of Voluntary Dismissal by Action Meat Distributors, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc. (Lifvendahl, |

| 08/14/2018 | 1125 | MOTION by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Alex Lee, Inc., Alpine Special Treatment Center, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Barters International LLC, Big Y Foods, Inc., Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, End-User Consumer Plaintiffs, Andrew Evans, Kirk Evans, Fareway Stores, Inc., Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Hy-Vee, Inc., Indirect Purchaser Plaintiffs, Jetro Holdings. LLC, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, OSI Restaurant Partners, LLC, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Piggly Wiggly Alabama Distributing Co., Inc., Piggly Wiggly Alabama Distributing Co., Inc., Plaintiffs in 1:16-cv-08637, Publix Super Markets, Inc., Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Supervalu Inc., Sysco Corporation, The Kroger Co., Pamela Tierney, US Foods, Inc., Christopher Vallaro, Amy Veaner, Wakefern Food Corporation, Jennifer Wallace, WeLoveCaesar LLC, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur, Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Unknown Affiliated Foods, Inc. to reassign case (Attachments: # 1 Notice of Filing Notice of Motion Unopposed Motion to Transfer Samuels Case)(Lifvendahl, Eric) (Entered: 08/14/2018) |
| --- | --- | --- |
| 08/14/2018 | 1126 | MOTION by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Alex Lee, Inc., Alpine Special Treatment Center, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Barters International LLC, Big Y Foods, Inc., Bodega Brew Pub, Inc., Cheryl Brenchley, Cedar Farms Co., Inc., Linda Cheslow, Frank Coe, Wayne Deshotel, Jonas Dimas, Don Chavas Mexican Restaurant, Inc., Abraham Drucker, End-User Consumer Plaintiffs, Andrew Evans, Kirk Evans, Fareway Stores, Inc., Fargo Stopping Center LLC, Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., James Flasch, Vern Gardner, Vern Peter Gardner, Christopher Gilbert, Christopher G Glover, Jonathan Glover, Ilana Harwayne-Gidansky, Matthew Hayward, Hy-Vee, Inc., Indirect Purchaser Plaintiffs, Jetro Holdings. LLC, Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Gloria J. Lathen, Jason Liebich, Joshua Madsen, Sabrina Majernik, Maplevale Farms, Inc., Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, Steve Mizera, Dorothy Monahan, Dorothy Monohan, Christopher Nelson, Tracy Newman, OSI Restaurant Partners, LLC, Carmen Ocasio, Lester Patterson, Alison Pauk, Daniel M. Percy, Michael Perry, Debra Piette, Piggly Wiggly Alabama Distributing Co., Inc., Piggly Wiggly Alabama Distributing Co., Inc., Plaintiffs in 1:16-cv-08637, Publix Super Markets, Inc., Sargent's, Catherine Senkle, Margo Stack, William E. Stack, Marilyn Stangeland, Sullott Corporation, Supervalu Inc., Sysco Corporation, The Kroger Co., Pamela Tierney, US Foods, Inc., Christopher Vallaro, Amy Veaner, Wakefern Food Corporation, Jennifer Wallace, WeLoveCaesar LLC, David Weidner, Leslie Weidner, Ray Wieters, Natalie Wilbur, Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Movant Gerber's Poultry, Inc. to reassign case |

| | | |
|---|---|---|
| | | (Attachment: # 1 Notice of Filing Notice of Motion of Unopposed Motion to Transfer Flowers Case)(Lifvendahl, Eric) (Entered: 08/14/2018) |
| 08/14/2018 | 1127 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14820233. (Szeremeta, Peter) (Entered: 08/14/2018) |
| 08/16/2018 | 1128 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1123 is granted; Attorney Robert Dahnke added for Pilgrim's Pride. Mailed notice (srn, ) (Entered: 08/16/2018) |
| 08/16/2018 | 1129 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1127 is granted; Attorney Peter Szeremeta for Harrison Poultry, Inc. added. Mailed notice (srn, ) (Entered: 08/16/2018) |
| 08/17/2018 | 1130 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14838111. (Bolles, Emily) (Entered: 08/17/2018) |
| 08/17/2018 | 1131 | Joint Letter Brief Regarding Number of Depositions Pursuant to Paragraph 1 of the Deposition Protocol (Dkt. No. 995) by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Appendix)(Hart, Steven) (Entered: 08/17/2018) |
| 08/22/2018 | 1132 | MOTION by Plaintiff W. Lee Flowers & Co., Inc. to reassign case *Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Lifvendahl, Eric) (Entered: 08/22/2018) |
| 08/22/2018 | 1133 | NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case 1132 before Honorable Thomas M. Durkin on 8/27/2018 at 09:00 AM. (Lifvendahl, Eric) (Entered: 08/22/2018) |
| 08/22/2018 | 1134 | MOTION by Plaintiff Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al. to reassign case *Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Lifvendahl, Eric) (Entered: 08/22/2018) |
| 08/22/2018 | 1135 | NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case 1134 before Honorable Thomas M. Durkin on 8/27/2018 at 09:00 AM. (Lifvendahl, Eric) (Entered: 08/22/2018) |
| 08/22/2018 | 1136 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Adam J. Trott (Trott, Adam) (Entered: 08/22/2018) |
| 08/22/2018 | 1137 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14856487. (Nardacci, Anne) (Entered: 08/22/2018) |
| 08/22/2018 | 1138 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14856597. (Singer, Mark) (Entered: 08/22/2018) |
| 08/22/2018 | 1139 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Based on a review of the parties' Joint Report and Letter Brief Regarding August 24, 2018 Status Conference 1122 filed on August 13, 2018, it is clear to the Court that some of the dates set forth in Scheduling Order No. 2 574 entered on December 15, 2017 need to be modified. The schedule set forth in Scheduling Order No. 2 574 was ambitious, and all parties and the Court fully acknowledged that reality when the Order was entered. In the meantime, all concerned have worked very hard to comply with the deadlines set forth in that Order, and the parties and their counsel have done remarkably well in that regard over the course of the last eight months or so. However, given the later than expected production of large numbers of documents, the addition of new parties since the Scheduling Order was entered, some pending or ongoing discovery disputes that the Court and the parties still are working through, the need to accomplish the validation protocol in the Order |

| | | |
|---|---|---|
| | | Regarding Search Methodology for Electronically Stored Information 586 at Section III, and other matters noted in the parties' Joint Report 1122 , it is clear to the Court that the fact discovery close date and subsequent dates that key off that date need to be adjusted. Therefore, the Court proposes that the date for the close of fact discovery (and all other dates after that) be pushed forward 90 to 120 days. Although framed as a proposal, the Court believes this is a necessary modification, and with the Court proposing it sua sponte no party needs to be the first to ask for relief from the existing schedule. The dates for service of a second set of interrogatories, service of additional requests for production of documents, and for amending complaints set in Scheduling Order No. 2 574 also may need to be adjusted. The Court will discuss these matters with the parties at the hearing on August 24, 2018. Mailed notice (ber, ) (Entered: 08/22/2018) |
| 08/23/2018 | 1140 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14861929. (Iovieno, Philip) (Entered: 08/23/2018) |
| 08/23/2018 | 1141 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1137 is granted; Attorney Anne M. Nardacci for Jetro Holdings. LLC added. Mailed notice (srn, ) (Entered: 08/23/2018) |
| 08/23/2018 | 1142 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1130 is granted; Attorney Emily K. Bolles for Ahold Delhaize USA, Inc. added. Mailed notice (srn, ) (Entered: 08/23/2018) |
| 08/23/2018 | 1143 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1138 is granted; Attorney Mark A. Singer for Jetro Holdings. LLC added. Mailed notice (srn, ) (Entered: 08/23/2018) |
| 08/23/2018 | 1144 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1140 is granted; Attorney Philip J. Iovieno for Jetro Holdings. LLC added. Mailed notice (srn, ) (Entered: 08/23/2018) |
| 08/23/2018 | 1145 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' unopposed motion to reassign case pursuant to Local Rule 40.4 1132 is granted. This Court will recommend to the Executive Committee that case 18 C 5345, W. Lee Flowers & Company, Inc. v. Norman W. Fries, Inc., et al currently pending before the Honorable John Tharp be reassigned to this Court's calendar as related to this action. No appearance is required on 8/27/2018. Mailed notice (srn, ) (Entered: 08/23/2018) |
| 08/23/2018 | 1146 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' unopposed motion to reassign case pursuant to Local Rule 40.4 1134 is granted. This Court will recommend to the Executive Committee that case 18 C 5341, Howard Samuels as Trustee v. Norman W. Fries, Inc., pending before the Honorable Elaine Bucklo be reassigned to this Court's calendar as related to case 16 C 8637. No appearance is required on 8/27/2018. Mailed notice (srn, ) (Entered: 08/23/2018) |
| 08/23/2018 | 1147 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Elizabeth Carlson Wolicki (Wolicki, Elizabeth) (Entered: 08/23/2018) |
| 08/23/2018 | 1148 | STIPULATION *and [Proposed] Order Regarding Production of Class Contact Information* (Scarlett, Shana) (Entered: 08/23/2018) |
| 08/23/2018 | 1149 | ATTORNEY Appearance for Plaintiff Ahold Delhaize USA, Inc. by Julie B. Porter (Porter, Julie) (Entered: 08/23/2018) |

| | | |
|---|---|---|
| 08/24/2018 | 1150 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14867544. (Gravante, Nicholas) (Entered: 08/24/2018) |
| 08/24/2018 | 1151 | STIPULATION AND ORDER REGARDING PRODUCTION OF CLASS CONTACT INFORMATION. Signed by the Honorable Jeffrey T. Gilbert on 8/24/2018. Mailed notice(ber, ) (Entered: 08/24/2018) |
| 08/24/2018 | 1152 | NOTICE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *of Filing Corrected Exhibit A re Joint Report and Letter Brief for 8/24/2018 Status Conference* (Attachments: # 1 Exhibit A (Corrected))(Pepper, Stacy) (Entered: 08/24/2018) |
| 08/27/2018 | 1153 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14875809. (Martin, John) (Entered: 08/27/2018) |
| 08/27/2018 | 1154 | ATTORNEY Appearance for Plaintiff Ahold Delhaize USA, Inc. by Ryan Patrick Phair (Phair, Ryan) (Entered: 08/27/2018) |
| 08/28/2018 | 1155 | ORDER: Status hearing held on 8/24/18. Counsel participating in the hearing who wish to be noted of record shall identify themselves to liaison counsel, and liaison counsel promptly shall send that information to the court reporter nancy_bistany@ilnd.uscourts.gov. The attached Order memorializes some of the rulings made, guidance provided, and dates set by the Court during the hearing. The parties are directed to the transcript of the hearing for a complete record of the hearing. Signed by the Honorable Jeffrey T. Gilbert on 8/28/2018. Mailed notice(ber, ) (Entered: 08/28/2018) |
| 08/29/2018 | 1156 | MOTION by Plaintiff End-User Consumer Plaintiffs to amend/correct order 1151 *Unopposed Motion to Substitute Correct Order Regarding Production of Class Contact Information* (Attachments: # 1 Declaration of Shana Scarlett, # 2 Exhibit 1)(Scarlett, Shana) (Entered: 08/29/2018) |
| 08/29/2018 | 1157 | ORDER: It is hereby ordered that the Clerks office is to allow, Attorney, Rachel Adcox at Axinn, Veltrop & Harkrider LLP,950 F Street, N.W. 7th Floor, Washington, DC 20004, mail:radcox@axinn.com, permission to view sealed documents 717 filed 2/12/2018, 747 filed 2/20/2018, and 760 filed 2/23/2018. Signed by the Honorable Thomas M. Durkin on 8/29/2018. Mailed notice (ph, ) (Entered: 08/29/2018) |
| 08/29/2018 | 1158 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Upon reflection and after speaking with the Special Master, the Court is concerned the 53-day period for completion of the validation protocol set by the Court in its August 28, 2018 Order 1155 , which was established based on discussion with the parties at the August 24, 2018 status hearing, may be an unnecessarily long time and potentially could delay other discovery in the case if the results of the validation protocol should indicate a problem with any party's production. Therefore, the Court requests the Special Master convene a telephone call with counsel to discuss potentially shortening the 53-day period. After that call, the Court requests the Special Master report to the Court either orally or in writing concerning any decisions made during that call or with a proposal to modify the 53-day period. Mailed notice (ber, ) (Entered: 08/29/2018) |
| 08/29/2018 | 1159 | MINUTE entry before the Honorable Jeffrey T. Gilbert: End-User Consumer Plaintiffs' Unopposed Motion to Substitute Correct Order Regarding Production of Class Contact Information 1156 is granted. Mailed notice (ber, ) (Entered: 08/29/2018) |

| 08/29/2018 | 1160 | STIPULATION AND ORDER REGARDING PRODUCTION OF CLASS CONTACT INFORMATION (Corrected). Signed by the Honorable Jeffrey T. Gilbert on 8/29/2018. Mailed notice(ber, ) (Entered: 08/29/2018) |
|---|---|---|
| 08/30/2018 | 1161 | Sanderson Farms Defenses to Associated Grocers of the South Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 08/30/2018) |
| 08/30/2018 | 1162 | Sanderson Farms Defenses to Jetro Holdings Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 08/30/2018) |
| 08/30/2018 | 1163 | Sanderson Farms Defenses to The Kroger Co. Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 08/30/2018) |
| 08/30/2018 | 1164 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1150 is granted; Attorney Nicholas Gravante, Jr. added for Jetro Holdings, LLC. Mailed notice (srn, ) (Entered: 08/30/2018) |
| 08/30/2018 | 1165 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1153 is granted; Attorney John S. Martin for Ahold Delhaize USA, Inc. added.Mailed notice (srn, ) (Entered: 08/30/2018) |
| 08/30/2018 | 1166 | Defenses To Complaint of Associated Grocers of The South, Inc. Plaintiffs by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 08/30/2018) |
| 08/30/2018 | 1167 | Defenses to Complaint of The Kroger Co. Plaintiffs by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 08/30/2018) |
| 08/30/2018 | 1168 | Defenses to Complaint of Jetro Holdings, LLC by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 08/30/2018) |
| 08/30/2018 | 1169 | AFFIRMATIVE DEFENSES to The Kroger Co.'s, Hy-Vee, Inc.'s, and Albertsons Companies, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 08/30/2018) |
| 08/30/2018 | 1170 | AFFIRMATIVE DEFENSES to Jetro Holdings, LLC's Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 08/30/2018) |
| 08/30/2018 | 1171 | AFFIRMATIVE DEFENSES to Associated Grocers of the South, Inc.'s; Meijer, Inc.'s; Meijer Distribution, Inc.'s; OSI Restaurant Partners, LLC's; Publix Super Markets, Inc.'s; Supervalu Inc.'s; and Wakefern Food Corporation's Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 08/30/2018) |
| 08/30/2018 | 1172 | AFFIRMATIVE DEFENSES to Jetro Holdings, LLC's Complaint by Fieldale Farms Corporation (Cash, James) (Entered: 08/30/2018) |
| 08/30/2018 | 1173 | AFFIRMATIVE DEFENSES to The Kroger Co. Plaintiffs' Complaint by Fieldale Farms Corporation (Cash, James) (Entered: 08/30/2018) |
| 08/30/2018 | 1174 | AFFIRMATIVE DEFENSES to Associated Grocers of the South, Inc. Plaintiffs' Complaint by Fieldale Farms Corporation (Cash, James) (Entered: 08/30/2018) |
| 08/31/2018 | 1175 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14897077. (Dacus, Stephen) (Entered: 08/31/2018) |

| 08/31/2018 | 1176 | Pilgrim's Pride Corporation's Statement of Affirmative Defenses to Associated Grocers of the South, Inc. Plaintiffs' Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 08/31/2018) |
|---|---|---|
| 08/31/2018 | 1177 | Pilgrim's Pride Corporation's Statement of Affirmative Defenses to Jetro Holdings, LLC's Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 08/31/2018) |
| 08/31/2018 | 1178 | Pilgrim's Pride Corporation's Statement of Affirmative Defenses to the Kroger Co. Plaintiffs' Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 08/31/2018) |
| 08/31/2018 | 1179 | Defendant Peco Foods Inc's Statement of Affirmative Defenses to Jetro Holdings, LLC's Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 08/31/2018) |
| 08/31/2018 | 1180 | Defendant Peco Foods Inc's Statement of Affirmative Defenses to The Kroger Co. Plaintiffs' Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 08/31/2018) |
| 08/31/2018 | 1181 | Defendant Peco Foods Inc's Statement of Affirmative Defenses of the Associated Grocers of the South, Inc. Plaintiffs' Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 08/31/2018) |
| 08/31/2018 | 1182 | Mar-Jac Defendants' Statement of Defenses to Jetro Holdings, LLC's Complaint by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC (Konieczny, Edward) (Entered: 08/31/2018) |
| 08/31/2018 | 1183 | Statement of Affirmative Defenses to Associated Grocers of the South, Inc. Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 08/31/2018) |
| 08/31/2018 | 1184 | Statement of Affirmative Defenses to Jetro Holdings, LLC's Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 08/31/2018) |
| 08/31/2018 | 1185 | Mar-Jac Poultry Inc.'s Statement of Defenses to the Kroger Co., Et Al.'s Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 08/31/2018) |
| 08/31/2018 | 1186 | Statement of Affirmative Defenses to The Kroger Co. Plaintiffs' Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 08/31/2018) |
| 08/31/2018 | 1187 | Mar-Jac Poultry Inc.'s Statement of Defenses to Associated Grocers of the South, Inc., Et Al.'s Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 08/31/2018) |
| 08/31/2018 | 1188 | TRANSCRIPT OF PROCEEDINGS held on August 24, 2018 before the Honorable Jeffrey T. Gilbert. Order Number: 31958,31960,31965,31982,31985,31987,31991,31993,31994. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/21/2018. Redacted Transcript Deadline set for 10/1/2018. Release of Transcript Restriction set for 11/29/2018. (Bistany, Nancy) |

| 08/31/2018 | 1189 | Statement of Affirmative Defenses to Jetro Holdings, LLC's Complaint by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 08/31/2018) |
| 08/31/2018 | 1190 | Statement of Affirmative Defenses to The Kroger Co., et al's Complaint by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 08/31/2018) |
| 08/31/2018 | 1191 | Statement of Affirmative Defenses to Associated Grocers of the South, et al's Complaint by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 08/31/2018) |
| 08/31/2018 | 1192 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference set for 9/5/18 at 11:15 a.m. CST with liaison counsel for the purpose of setting a date for the next status hearing. Mailed notice (ber, ) (Entered: 08/31/2018) |
| 08/31/2018 | 1193 | Affirmative Defenses to Action Meat Distributors Plaintiffs' Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 08/31/2018) |
| 08/31/2018 | 1194 | Affirmative Defenses to The Associated Grocers of The South Plaintiffs' Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 08/31/2018) |
| 08/31/2018 | 1195 | Affirmative Defenses to Jetro Holdings, LLC's Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 08/31/2018) |
| 08/31/2018 | 1196 | Perdue Defendants' Defenses to Associated Grocers of the South, inc. Plaintiffs' Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 08/31/2018) |
| 08/31/2018 | 1197 | Perdue Defendants' Defenses to Jetro Holdings LLC's Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 08/31/2018) |
| 08/31/2018 | 1198 | Perdue Defendants' Defenses to the Kroger Co. Plaintiffs' Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 08/31/2018) |
| 08/31/2018 | 1199 | Affirmative Defenses to The Kroger Co. Plaintiffs' Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 08/31/2018) |
| 09/04/2018 | 1200 | Simmons Defendants' Defenses to Associated Grocers of the South, Inc. Plaintiff's Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 09/04/2018) |
| 09/04/2018 | 1201 | Simmons Defendants' Defenses to Jetro Holdings, LLC's Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 09/04/2018) |
| 09/04/2018 | 1202 | Simmons Defendants' Defenses to the Kroger Co. Plaintiffs' Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 09/04/2018) |
| 09/04/2018 | 1203 | Affirmative Defenses to Associated Grocers of the South, Inc. Plaintiffs' Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 09/04/2018) |
| 09/04/2018 | 1204 | Affirmative Defenses to Jetro Holdings, LLC's Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 09/04/2018) |

| 09/04/2018 | 1205 | Affirmative Defenses to The Kroger Co. Plaintiffs' Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 09/04/2018) |
| --- | --- | --- |
| 09/04/2018 | 1206 | Affirmative Defenses to Jetro Holdings, LLC's Complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 09/04/2018) |
| 09/04/2018 | 1207 | Affirmative Defenses to Associated Grocers of the South, Inc.'s Complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 09/04/2018) |
| 09/04/2018 | 1208 | Affirmative Defenses to The Kroger Co. Plaintiffs' Complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 09/04/2018) |
| 09/04/2018 | 1209 | Koch Defendants' Affirmative Defenses to the Kroger Co. Plaintiffs' Complaint by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Wolicki, Elizabeth) (Entered: 09/04/2018) |
| 09/04/2018 | 1210 | Koch Defendants' Affirmative Defenses to Jetro Holdings, LLC's Complaint by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Wolicki, Elizabeth) (Entered: 09/04/2018) |
| 09/04/2018 | 1211 | Koch Defendants' Affirmative Defenses to Associated Grocers of the South, Inc. Plaintiffs' Complaint by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Wolicki, Elizabeth) (Entered: 09/04/2018) |
| 09/04/2018 | 1212 | Statement of Affirmative Defenses to Kroger Complaint by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC (Wofford, Amanda) (Entered: 09/04/2018) |
| 09/04/2018 | 1213 | Affirmative Defenses to Assoc Grocers of South Compl by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC (Wofford, Amanda) (Entered: 09/04/2018) |
| 09/04/2018 | 1214 | Affirmative Defenses to Jetro Holdings Compl by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC (Wofford, Amanda) (Entered: 09/04/2018) |
| 09/04/2018 | 1215 | Affirmative Defenses of Wayne Farms LLC to the Jetro Holdings LLC v. Tyson Foods, Inc., et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 09/04/2018) |
| 09/04/2018 | 1216 | Affirmative Defenses of Wayne Farms LLC to the The Kroger Co., et al. v. Tyson Foods, Inc., et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 09/04/2018) |
| 09/04/2018 | 1217 | Affirmative Defenses of Wayne Farms LLC to the Associated Grocers of the South, Inc. et al. v. Tyson Foods, Inc., et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 09/04/2018) |
| 09/05/2018 | 1218 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 9/5/18 with liaison counsel. A status hearing is set for 10/24/18 at 9:30 a.m. CST. The parties shall file a joint status report in anticipation of that conference on 10/10/18. An additional status hearing is set for 1/18/19 at 9:30 a.m. CST. The parties shall file a joint status report in anticipation of that conference on 1/8/19. At the parties' request, the date for the parties to submit a |

proposed scheduling order that supersedes Scheduling Order No. 1 is extended to 9/12/18. Mailed notice (ber, ) (Entered: 09/05/2018)

| 09/06/2018 | 1219 | ATTORNEY Appearance for Plaintiff Jetro Holdings. LLC by Philip J. Iovieno (Iovieno, Philip) (Entered: 09/06/2018) |
|---|---|---|
| 09/06/2018 | 1220 | ATTORNEY Appearance for Plaintiff Jetro Holdings. LLC by Nicholas A Gravante, Jr (Gravante, Nicholas) (Entered: 09/06/2018) |
| 09/06/2018 | 1221 | ATTORNEY Appearance for Plaintiff Jetro Holdings. LLC by Anne M. Nardacci (Nardacci, Anne) (Entered: 09/06/2018) |
| 09/06/2018 | 1222 | ATTORNEY Appearance for Plaintiff Jetro Holdings. LLC by Mark A. Singer (Singer, Mark) (Entered: 09/06/2018) |
| 09/07/2018 | 1223 | STIPULATION *Concerning Waiver of Service* (Phair, Ryan) (Entered: 09/07/2018) |
| 09/10/2018 | 1224 | MOTION by Plaintiff BJ's Wholesale Club Inc. to reassign case (Attachments: # 1 Exhibit Ex.. 1)(Campbell, Terence) (Entered: 09/10/2018) |
| 09/10/2018 | 1225 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 1224 before Honorable Thomas M. Durkin on 9/17/2018 at 09:00 AM. (Campbell, Terence) (Entered: 09/10/2018) |
| 09/11/2018 | 1226 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff BJ's Wholesale Club's motion to reassign case based on relatedness 1224 is granted. This Court will recommend to the Executive Committee that case 18 C 5877, currently pending before Judge Lefkow be reassigned to this Court's calendar as related to 16 C 8637. No appearance is required on 9/17/2018. Mailed notice (srn, ) (Entered: 09/11/2018) |
| 09/11/2018 | 1227 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1175 is granted; Attorney Stephen Dacus for O.K. Farms, Inc., O.K. Foods, Inc., and O.K. Industries, Inc. added. Mailed notice (srn, ) (Entered: 09/11/2018) |
| 09/12/2018 | 1228 | NOTICE of Voluntary Dismissal by Steeple Down River Ltd (Doyle, Thomas) (Entered: 09/12/2018) |
| 09/12/2018 | 1229 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to notice of voluntary dismissal, Steeple Down River Ltd,one of the named Plaintiffs in the Commercial and Institutional Indirect Purchaser Plaintiff's Fourth Amended Consolidated Class Action Complaint("CIIPP")is hereby dismissed without prejudice as to its individual claims and is withdrawn as a named Plaintiff for the CIIPP class. Steeple Down River Ltd terminated.Mailed notice (srn, ) (Entered: 09/12/2018) |
| 09/13/2018 | 1230 | SCHEDULING ORDER NO. 6. Signed by the Honorable Jeffrey T. Gilbert on 9/13/2018. Mailed notice(ber, ) (Entered: 09/13/2018) |
| 09/13/2018 | 1231 | SCHEDULING ORDER NO. 7 AND CASE MANAGEMENT ORDER CONCERNING DIRECT ACTION PLAINTIFFS. Signed by the Honorable Thomas M. Durkin and the Honorable Jeffrey T. Gilbert on 9/13/2018. Mailed notice(ber, ) (Entered: 09/13/2018) |
| 09/13/2018 | 1232 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14946140. (Warr, Jaclyn) (Entered: 09/13/2018) |

| 09/18/2018 | 1233 | NOTICE by Christopher Cormier of Change of Address (Cormier, Christopher) (Entered: 09/18/2018) |
| 09/18/2018 | 1234 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14960446. (Kitchen, Kevin) (Entered: 09/18/2018) |
| 09/19/2018 | 1235 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14968173. (Fleury, Jennifer) (Entered: 09/19/2018) |
| 09/19/2018 | 1236 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14968184. (Bernick, Justin) (Entered: 09/19/2018) |
| 09/20/2018 | 1237 | Disclosure Statement by BJ's Wholesale Club Inc. (Campbell, Terence) (Entered: 09/20/2018) |
| 09/20/2018 | 1238 | Disclosure Statement by Jetro Holdings. LLC (Campbell, Terence) (Entered: 09/20/2018) |
| 09/20/2018 | 1239 | REQUEST for Clerk of Court to refund filing fee in the amount of $150.00, receipt no. 0752-14785807, (Floch, Brandon) (Entered: 09/20/2018) |
| 09/20/2018 | 1240 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1236 is granted; Attorney Justin W. Bernick for Agri Stats, Inc., added. Mailed notice (srn, ) (Entered: 09/20/2018) |
| 09/20/2018 | 1241 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1235 is granted; Attorney Jennifer Fleury for Agri Stats, Inc., added. Mailed notice (srn, ) (Entered: 09/20/2018) |
| 09/20/2018 | 1242 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1234 is granted; Attorney Kevin Kitchen for George's Inc., and George's Farms, Inc., added. Mailed notice (srn, ) (Entered: 09/20/2018) |
| 09/20/2018 | 1243 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1232 is granted; Attorney Jaclyn Warr added for George's Inc., and George's Farms, Inc. Mailed notice (srn, ) (Entered: 09/20/2018) |
| 09/21/2018 | 1244 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-14974571. (Desai, Rucha) (Entered: 09/21/2018) |
| 09/24/2018 | 1245 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1244 is granted; Attorney Rucha A Desai for Wayne Farms, LLC added. Mailed notice (srn, ) (Entered: 09/24/2018) |
| 09/24/2018 | 1246 | MOTION by Attorney Thomas Barnett, Anne Lee, Kathryn Cahoy, and Michael Baker to withdraw as attorney for Agri Stats, Inc.. No party information provided (Baker, Michael) (Entered: 09/24/2018) |
| 09/24/2018 | 1247 | NOTICE of Motion by Michael Collin Baker for presentment of motion to withdraw as attorney 1246 before Honorable Thomas M. Durkin on 10/1/2018 at 09:00 AM. (Baker, Michael) (Entered: 09/24/2018) |
| 09/25/2018 | 1248 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1246 is granted; Attorney Kathryn Elizabeth Cahoy; Anne Yujin Lee; Michael Collin Baker and Thomas O. Barnett terminated. No appearance is required on 10/1/2018.Mailed notice (srn, ) (Entered: 09/25/2018) |
| 09/25/2018 | 1249 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Class Plaintiffs' Motion for Leave to Serve Interrogatories on Defendants* (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 |

| | | |
|---|---|---|
| | | Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q)(Hart, Steven) (Entered: 09/25/2018) |
| 09/25/2018 | 1250 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 1249 before Honorable Jeffrey T. Gilbert on 10/2/2018 at 09:15 AM. (Hart, Steven) (Entered: 09/25/2018) |
| 09/26/2018 | 1251 | MOTION by Attorney Ruth S. Shnider to withdraw as attorney for George's Farms, Inc., George's Inc.. No party information provided (Shnider, Ruth) (Entered: 09/26/2018) |
| 09/26/2018 | 1252 | NOTICE of Motion by Ruth S. Shnider for presentment of motion to withdraw as attorney 1251 before Honorable Thomas M. Durkin on 10/1/2018 at 09:00 AM. (Shnider, Ruth) (Entered: 09/26/2018) |
| 09/26/2018 | 1253 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1251 is granted; Attorney Ruth S. Shnider terminated. No appearance is required on 10/1/2018.Mailed notice (srn, ) (Entered: 09/26/2018) |
| 09/26/2018 | 1254 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs' Motion for Leave to Serve Interrogatories on Defendants 1249 is granted. Upon a quick review of the proposed interrogatories, it appears that Plaintiffs' proposed discovery is consistent with the discussion the Court had with the parties at the hearing on August 24, 2018. If Defendants have specific objections, they can assert them in the ordinary course, and the Court can address them, if necessary. In the Court's view, this is an appropriate way to proceed rather then entertaining motion practice at this time on Class Plaintiffs' Motion for Leave to Serve 1249. The motion hearing noticed for 10/2/18 is stricken. Mailed notice (ber, ) (Entered: 09/26/2018) |
| 09/26/2018 | 1255 | MINUTE entry before the Honorable Thomas M. Durkin:The Court hereby adopts the parties stipulation concerning waiver of service, filed 9/7/2018, docket #1223. Mailed notice (srn, ) (Entered: 09/26/2018) |
| 09/27/2018 | 1256 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15000571. (Schwingler, Peter) (Entered: 09/27/2018) |
| 09/28/2018 | 1257 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1256 is granted; Attorney Peter Joseph Schwingler for George's Farms, Inc. and George's Inc. added. Mailed notice (srn, ) (Entered: 09/28/2018) |
| 10/01/2018 | 1258 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15011658. (Monts, William) (Entered: 10/01/2018) |
| 10/02/2018 | 1259 | ATTORNEY Appearance for Plaintiff Associated Wholesale Grocers, Inc., by Rodney L. Lewis (Lewis, Rodney) (Entered: 10/02/2018) |
| 10/02/2018 | 1260 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., to reassign case - *Unopposed Motion to Reassign Related Case Under Local Rule 40.4* (Attachments: # 1 Exhibit A and B)(Lewis, Rodney) (Entered: 10/02/2018) |
| 10/02/2018 | 1261 | *Unopposed* - NOTICE of Motion by Rodney L. Lewis for presentment of motion to reassign case 1260 before Honorable Thomas M. Durkin on 10/9/2018 at 09:00 AM. (Lewis, Rodney) (Entered: 10/02/2018) |
| 10/03/2018 | 1262 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1258 is granted; Attorney William L. Monts, III for Agri Stats, Inc. added. Mailed notice (srn, ) (Entered: 10/03/2018) |

| 10/03/2018 | 1263 | MOTION by Plaintiffs Maximum Quality Foods, Inc., Maximum Quality to reassign case (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 10/03/2018) |
|---|---|---|
| 10/03/2018 | 1264 | NOTICE of Motion by Terence H. Campbell for presentment of (Campbell, Terence) (Entered: 10/03/2018) |
| 10/03/2018 | 1265 | *Amended* NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 1263 before Honorable Thomas M. Durkin on 10/10/2018 at 09:00 AM. (Campbell, Terence) (Entered: 10/03/2018) |
| 10/03/2018 | 1266 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Maximum Quality Foods' motion to reassign case as related pursuant to Local Rule 40.4 1263 is granted. This Court will recommend to the Executive Committee that case 18 C 6673, Maximum Quality Foods v. Tyson Foods, Inc., currently pending before Judge Lefkow, be reassigned to this Court's calendar as related to this action. No appearance is required on 10/10/2018. Mailed notice (srn, ) (Entered: 10/03/2018) |
| 10/03/2018 | 1267 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Associated Wholesale Grocers, Inc.'s unopposed motion to reassign case as related under Local Rule 40.4 1260 is granted. This Court will recommend to the Executive Committee that case 18 C 6316, currently pending before Judge Blakey, be reassigned to this Court's calendar as related to this action. No appearance is required on 10/9/2018. Mailed notice (srn, ) (Entered: 10/03/2018) |
| 10/03/2018 | 1268 | NOTICE by Shana Scarlett of Change of Address (Scarlett, Shana) (Entered: 10/03/2018) |
| 10/03/2018 | 1269 | ATTORNEY Appearance for Plaintiff Associated Wholesale Grocers, Inc., by Amy D. Fitts (Fitts, Amy) (Entered: 10/03/2018) |
| 10/03/2018 | 1270 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the date for submission of the joint status report referenced in the Court's order dated 9/5/18 1218 is reset from 10/10/18 to 10/12/18. Mailed notice (ber, ) (Entered: 10/03/2018) |
| 10/08/2018 | 1271 | MOTION by Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to enforce *Sections II.B and IV.A and B. of the Deposition Protocol Order* (Abbott, Christopher) (Entered: 10/08/2018) |
| 10/08/2018 | 1272 | MEMORANDUM by Agri Stats, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG |

| | | |
|---|---|---|
| | | Foods of Alabama, LLC, JCG Foods of Georgia LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of motion to enforce,,,, 1271 (Abbott, Christopher) (Entered: 10/08/2018) |
| 10/08/2018 | 1273 | DECLARATION regarding motion to enforce,,,, 1271 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Abbott, Christopher) (Entered: 10/08/2018) |
| 10/08/2018 | 1274 | NOTICE of Motion by Christopher J. Abbott for presentment of motion to enforce,,,, 1271 before Honorable Jeffrey T. Gilbert on 10/16/2018 at 09:15 AM. (Abbott, Christopher) (Entered: 10/08/2018) |
| 10/10/2018 | 1275 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion to Enforce Sections II.B and IV.A and B. of the Deposition Protocol Order 1271 is set for hearing on 10/15/18 at 10:00 a.m. Any counsel wishing to participate by telephone shall contact the Court's courtroom deputy for the Court's call-in number and access code. The Court does not necessarily think it needs a response from Plaintiffs, but if Plaintiffs want to respond to Defendants' Motion, they shall do so by 5:00 p.m. on 10/12/18. The motion hearing noticed for 10/16/18 at 9:15 a.m. 1274 is stricken. Mailed notice (ber, ) (Entered: 10/10/2018) |
| 10/10/2018 | 1276 | MOTION by Movant Gerber's Poultry, Inc. to withdraw motion to quash 973 *Subpoena and/or for a Protective Order* (Fess, Emily) (Entered: 10/10/2018) |
| 10/10/2018 | 1277 | NOTICE of Motion by Emily Collins Fess for presentment of motion to withdraw 1276 before Honorable Jeffrey T. Gilbert on 10/16/2018 at 09:15 AM. (Fess, Emily) (Entered: 10/10/2018) |
| 10/11/2018 | 1278 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Nonparty Gerber's Poultry, Inc. ("Gerbers") Withdrawal of Motion to Quash Subpoena of Defendants George's Inc. and George's Farms, Inc. 1276 is granted. Non-Party Gerber's Poultry, Inc.'s Motion to Quash Subpoena and/or for a Protective Order 973 is withdrawn. The motion hearing noticed for 10/16/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 10/11/2018) |
| 10/12/2018 | 1279 | MOTION by Plaintiffs United Supermarkets, LLC, Krispy Krunchy Foods, LLC, Cheney Bros., Inc. to reassign case *No. 18-cv-6693 based on relatedness pursuant to LR 40.4 (AGREED)* (Attachments: # 1 Exhibit 1)(Vanek, Joseph) (Entered: 10/12/2018) |
| 10/12/2018 | 1280 | NOTICE of Motion by Joseph Michael Vanek for presentment of motion to reassign case 1279 before Honorable Thomas M. Durkin on 10/22/2018 at 09:00 AM. (Vanek, Joseph) (Entered: 10/12/2018) |
| 10/12/2018 | 1281 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of A 1271 *PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO ENFORCE SECTIONS II(B)* |

*AND IV.A.) AND IV.(B) OF THE DEPOSITION PROTOCOL* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hart, Steven) (Entered: 10/12/2018)

| | | |
|---|---|---|
| 10/12/2018 | 🔒 1282 | STATUS Report *Joint Report and Letter Brief Regarding October 24, 2018 Status Conference* by Maplevale Farms, Inc. (Attachments: # 1 Exhibit 1-32 (Motion for Leave to File Under Seal Pending), # 2 Exhibit 33, # 3 Exhibit 34, # 4 Exhibit 35, # 5 Exhibit 36, # 6 Exhibit 37, # 7 Exhibit 38-39 (Motion for Leave to File Under Seal Pending), # 8 Exhibit D-1, # 9 Exhibit D-2, # 10 Exhibit D-3 (Motion for Leave to File Under Seal Pending), # 11 Exhibit D-4, # 12 Exhibit D-5)(Hart, Steven) (Entered: 10/12/2018) |
| 10/12/2018 | 1283 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL TO THE JOINT REPORT AND LETTER BRIEF REGARDING OCTOBER 24, 2018 STATUS CONFERENCE (DKT. 1282)* (Hart, Steven) (Entered: 10/12/2018) |
| 10/12/2018 | 1284 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file 1283 before Honorable Thomas M. Durkin on 10/17/2018 at 09:00 AM. (Hart, Steven) (Entered: 10/12/2018) |
| 10/15/2018 | 1290 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 10/15/18. Defendants' Motion to Enforce Sections II.B and IV.A and B. of the Deposition Protocol Order 1271 is granted in part and denied in part for the reasons stated on the record. The Court suggested a framework by which the parties might implement the letter and spirit of Section II.B. of the Deposition Protocol Order 995 . The parties will continue to discuss how to implement the Court's suggestions made on the record today and the parties and the Court will re-visit that topic in light of those discussions at the global status hearing previously set for 10/24/18 at 9:30 a.m. The Court specifically declines to grant the relief Defendants seek to "enforce Section II.B." by requiring Plaintiffs to notice a Rule 30(b)(6) deposition of a Defendant before proceeding with any more Rule 30(b)(1) depositions of that Defendant's witnesses. For the reasons discussed on the record, the Court also reiterates that Rule 30(b)(1) depositions that already have been scheduled are not to be taken off the schedule, absent agreement of the affected parties, by reason of this order or the operation of Section II.B. of the Deposition Protocol Order 995 . In addition, Sections IV.A. and IV.B. of the Deposition Protocol Order 995 should be implemented as written as discussed on the record. In particular, the procedure for dealing with an objection to a noticed deposition set forth in Section IV.B. of the Protocol Order applies only when a party objects to a noticed deposition whether the notice was served after the parties had agreed to the date for that deposition or (which should not be the normal practice) because the parties were unable to agree on a date and time for the deposition through the consultation process described in Section IV.A. As the Court mentioned during today's hearing, the status hearing now set for 1/18/19 in this case will need to be reset because of a conflict that has developed in the Court's schedule. That issue also will be addressed on 10/24/18. Mailed notice (ber, ) (Entered: 10/16/2018) |
| 10/16/2018 | 1285 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion for leave to file exhibits under seal 1283 is granted. All future motions to seal documents that are being filed at the request of Judge Gilbert should have the motion to seal noticed before Judge Gilbert. No appearance required on 10/17/2018. Mailed notice (srn, ) (Entered: 10/16/2018) |
| 10/16/2018 | 1286 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' agreed motion for reassignment based on relatedness pursuant to Local Rule 40.4 1279 is |

| | | granted. This Court will recommend to the Executive Committee that case 18 C 6693, United Supermarkets v. Tyson, currently assigned to Judge Bucklo be reassigned to this Court's docket as related to this action. No appearance is required on 10/22/2018. Mailed notice (srn, ) (Entered: 10/16/2018) |
|---|---|---|
| 10/16/2018 | 1287 | STATUS Report *[Corrected] Joint Report and Letter Brief Regarding October 24, 2018 Status Conference* by Maplevale Farms, Inc. (Attachments: # 1 Exhibit Plaintiffs' Exhibits 1-32 (Redacted Version) (Motion for Leave to File Under Seal Pending), # 2 Exhibit Plaintiffs' Exhibit 33, # 3 Exhibit Plaintiffs' Exhibit 34, # 4 Exhibit Plaintiffs' Exhibit 35 (Redacted Version) (Motion for Leave to File Under Seal Pending), # 5 Exhibit Plaintiffs' Exhibit 36, # 6 Exhibit Plaintiffs' Exhibits 37-39 (Redacted Version) (Motion for Leave to File Under Seal Pending), # 7 Exhibit Defendants' Exhibit D-1, # 8 Exhibit Defendants' Exhibit D-2, # 9 Exhibit Defendants' Exhibit D-3 (Redacted Version) (Motion for Leave to File Under Seal Pending), # 10 Exhibit Defendants' Exhibit D-4, # 11 Exhibit Defendants' Exhibit D-5)(Hart, Steven) (Entered: 10/16/2018) |
| 10/16/2018 | 1288 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Plaintiffs' Amended Motion for Leave to File Exhibits Under Seal to the Joint Report and Letter Brief Regarding October 24, 2018 Status Conference* (Hart, Steven) (Entered: 10/16/2018) |
| 10/16/2018 | 1289 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file 1288 before Honorable Jeffrey T. Gilbert on 10/23/2018 at 09:15 AM. (Hart, Steven) (Entered: 10/16/2018) |
| 10/16/2018 | 1291 | MOTION by Attorney Jennifer B. Weiland to withdraw as attorney for Peco Foods, Inc.. No party information provided (Flath, Lara) (Entered: 10/16/2018) |
| 10/16/2018 | 1292 | NOTICE of Motion by Lara A Flath for presentment of motion to withdraw as attorney 1291 before Honorable Thomas M. Durkin on 10/22/2018 at 09:00 AM. (Flath, Lara) (Entered: 10/16/2018) |
| 10/16/2018 | 1293 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1291 is granted; Jennifer Weiland for Peco Foods is granted leave to withdraw. No appearance is required on 10/22/2018. Mailed notice (srn, ) (Entered: 10/16/2018) |
| 10/16/2018 | 1294 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Amended Motion for Leave to File Exhibits Under Seal to the Joint Report and Letter Brief Regarding October 24, 2018 Status Conference 1288 is granted. Plaintiffs are given leave to file under seal certain exhibits to the Joint Report and Letter Brief Regarding October 24, 2018 Status Conference. The motion hearing noticed for 10/23/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 10/16/2018) |
| 10/16/2018 | 1295 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *to Joint Report and Letter Brief Regarding October 24, 2018 Status Conference (Dkt. 1287) (Unredacted Version)(Filed Under Seal)* (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 29, # 29 Exhibit 30, # 30 Exhibit 31, # 31 Exhibit 32, # 32 Exhibit 35, # 33 Exhibit 37, # 34 Exhibit 38, # 35 Exhibit 39, # 36 Exhibit D-3) (Hart, Steven) (Entered: 10/16/2018) |

| 10/17/2018 | 1296 | ATTORNEY Appearance for Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC by Sarah Cortvriend (Cortvriend, Sarah) (Entered: 10/17/2018) |
|---|---|---|
| 10/17/2018 | 1297 | ATTORNEY Appearance for Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC by Amanda R Jesteadt (Jesteadt, Amanda) (Entered: 10/17/2018) |
| 10/18/2018 | 1298 | TRANSCRIPT OF PROCEEDINGS held on October 15, 2018, before the Honorable Jeffrey T. Gilbert. Order Number: 32479, 32480. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/8/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 1/16/2019. (Bistany, Nancy) (Entered: 10/18/2018) |
| 10/18/2018 | 1299 | PAYMENT by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. of Pro Hac Fee $ 150, receipt number 0752-15075832. (Benson, Maggie) (Entered: 10/18/2018) |
| 10/18/2018 | 1300 | MOTION by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.Motion for Leave to Appear Pro Hac Vice 1299 (Benson, Maggie) (Entered: 10/18/2018) |
| 10/18/2018 | 1301 | ATTORNEY Appearance for Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC by David Bedford Esau (Esau, David) (Entered: 10/18/2018) |
| 10/18/2018 | 1302 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the request of Defendants and certain Current Direct Action Plaintiffs identified below, the 10/19/18 deadline for these parties to brief disputes relating to custodial and non-custodial sources set in Scheduling Order No. 7 1231 is stricken. These parties will continue to discuss the matters they are discussing and propose a briefing schedule as necessary when that is appropriate. The following Plaintiffs are affected by this order: Action Meat Distributors, Inc.; Associated Food Stores, Inc.; Bashas' Inc.; Certco, Inc.; Ira Higdon Grocery Company, Inc.; Nicholas & Co., Inc.; Pacific Agri-Products, Inc.; Pacific Food Distributors, Inc.; Troyer Foods, Inc.; URM Stores, Inc.; and Weinstein Wholesale Meats, Inc.; Ahold Delha Affiliated Foods, Inc.; Alex Lee, Inc.; Merchants Distributors, LLC; Associated Grocers of New England, Inc.; Big Y Foods, Inc.; Fareway Stores, Inc.; Piggly Wiggly Alabama Distributing Co., Inc.; Woodmans Food Market, Inc.; The Kroger Co.; Hy-Vee, Inc.; and Albertson Companies, Inc.; Jetro Holdings, LLC; Sysco Corporation; US Foods, Inc.; Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.; CBBC Opco, LLC d/b/a Colorado Boxed Beef; and King Solomon Foods, Inc.; and W. Lee Flowers & Company, Inc. Mailed notice (ber, ) (Entered: 10/18/2018) |

| 10/20/2018 | 1303 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15085602. (Guerrero, Lorell) (Entered: 10/20/2018) |
|---|---|---|
| 10/22/2018 | 1304 | ATTORNEY Appearance for Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC by Kristin Alexandra Gore (Gore, Kristin) (Entered: 10/22/2018) |
| 10/22/2018 | 1305 | ATTORNEY Appearance for Defendant Agri Stats, Inc. by Jeffrey Mark Drake (Drake, Jeffrey) (Entered: 10/22/2018) |
| 10/23/2018 | 1306 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15092870. (Falk, Jessica) (Entered: 10/23/2018) |
| 10/23/2018 | 1307 | AFFIRMATIVE DEFENSES to Ahold Delhaize USA, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 10/23/2018) |
| 10/23/2018 | 1308 | AFFIRMATIVE DEFENSES to Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., CBBC Opco, LLC d/b/a Colorado Boxed Beef and King Solomon Foods, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 10/23/2018) |
| 10/23/2018 | 1309 | AFFIRMATIVE DEFENSES to W. Lee Flowers & Company, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 10/23/2018) |
| 10/23/2018 | 1310 | Statement of Affirmative Defenses to Ahold Delhaize, Inc.'s Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 10/23/2018) |
| 10/23/2018 | 1311 | Statement of Affirmative Defenses to the Howard Samuels Plaintiffs' Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 10/23/2018) |
| 10/23/2018 | 1312 | Statement of Affirmative Defenses to Plaintiff W. Lee Flowers & Company's Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 10/23/2018) |
| 10/23/2018 | 1313 | Affirmative Defenses to Complaint of Howard Samuels by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 10/23/2018) |
| 10/23/2018 | 1314 | Affirmative Defenses to Complaint of W. Lee Flowers & Company by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 10/23/2018) |
| 10/23/2018 | 1315 | Affirmative Defenses to Complaint of Ahold Delhaize USA, Inc. by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 10/23/2018) |
| 10/24/2018 | 1316 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1300 is granted; Attorney Maggie Benson added for O.K. Farms, Inc., O.K. Industries, Inc., and O.K. Foods, Inc. Mailed notice (srn, ) (Entered: 10/24/2018) |
| 10/24/2018 | 1317 | Defenses to Ahold Delhaize USA, Inc.'s Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 10/24/2018) |
| 10/24/2018 | 1318 | Defenses to Howard Samuels Plaintiffs' Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 10/24/2018) |
| 10/24/2018 | 1319 | Defenses to W. Lee Flowers & Company's Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 10/24/2018) |
| 10/24/2018 | 1320 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Maggie Benson (Benson, Maggie) (Entered: 10/24/2018) |
| 10/24/2018 | 1321 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 10/24/18. With respect to the issues raised in the parties' Joint Report and Letter |

Briefing that parties will continue to talk about the package issues with trade associations. The Court declines to enter at this time a definitive order with regard to the method for sharing with counsel participating in depositions by telephone certain types of exhibits marked at the deposition that are not readily available to counsel participating by telephone. If this issue continues to bedevil the parties and they cannot develop a suitable work around, this order is without prejudice to any party bringing the issue back to the Court. For the reasons stated on the record, the Koch Defendants shall produce the 650 assertedly non-responsive email attachments at issue within 10 days from today. The parties will submit to the proposed order email, proposed orders relating to the exchange of potential Rule 30(b)(6) topics and deponents, a timetable for resolution of discovery disputes relating to the Direct Action Plaintiffs, and any necessary modifications to dates set in Scheduling Order No. 7. Telephone conference set for 1/14/19 at 11:00 AM CST to discuss issues that might arise at the next status hearing. Any pre-status hearing submission shall be filed by 1/25/19. The status hearing set for 1/18/19 is stricken and reset to 2/1/19 at 9:30 AM CST. Out-of-town counsel may appear in-person or by telephone for the next status hearing. The Court will use the same conference number and access code for the next status hearing. Mailed notice (ber, ) (Entered: 10/25/2018)

| 10/25/2018 | 1322 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15104768. (Mont, Eric) (Entered: 10/25/2018) |
| 10/25/2018 | 1323 | NOTICE by Carl V. Malmstrom of Change of Address (Malmstrom, Carl) (Entered: 10/25/2018) |
| 10/25/2018 | 1324 | ORDER REGARDING CERTAIN BRIEFING DEADLINES IN SCHEDULING ORDER NO. 7. Signed by the Honorable Jeffrey T. Gilbert on 10/25/2018. Mailed notice(ber, ) (Entered: 10/25/2018) |
| 10/25/2018 | 1325 | Mar-Jac's Statement of Defenses to Ahold Delhaize USA, Inc.'s Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 10/25/2018) |
| 10/25/2018 | 1326 | NOTICE of Persons and Entities who Requested Exclusion from the Direct Purchaser Plaintiffs Settlement with Defendant Fieldale Farms Corporation by Maplevale Farms, Inc. (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 2A, # 4 Exhibit 2B)(Simon, Bruce) (Entered: 10/25/2018) |
| 10/25/2018 | 1327 | Mar-Jac's Statement of Defenses to W. Lee Flowers & Company's Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 10/25/2018) |
| 10/25/2018 | 1328 | Mar-Jac's Statement of Defenses to the Complaint Filed by Plaintiffs Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al. by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 10/25/2018) |
| 10/26/2018 | 1329 | Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 10/26/2018) |
| 10/26/2018 | 1330 | Affirmative Defenses to W. Lee Flowers & Co.'s Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 10/26/2018) |
| 10/26/2018 | 1331 | Affirmative Defenses to Howard Samuels Plaintiffs' Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. |

| | | (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 10/26/2018) |
|---|---|---|
| 10/26/2018 | 1332 | Statement of Affirmative Defenses by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *to Ahold Delhaize USA, Inc. Complaint* (Passarelli, John) (Entered: 10/26/2018) |
| 10/26/2018 | 1333 | Statement of Affirmative Defenses by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *to Howard Samuels Plaintiffs' Complaint* (Passarelli, John) (Entered: 10/26/2018) |
| 10/26/2018 | 1334 | Statement of Affirmative Defenses by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *to W. Lee Flowers & Company, Inc. Complaint* (Passarelli, John) (Entered: 10/26/2018) |
| 10/26/2018 | 1335 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to W. Lee Flowers & Company, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 10/26/2018) |
| 10/26/2018 | 1336 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 10/26/2018) |
| 10/26/2018 | 1337 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., CBBC OPCO, LLC d/b/a Colorado Boxed Beef, and King Solomon Foods, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 10/26/2018) |
| 10/26/2018 | 1338 | Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 10/26/2018) |
| 10/26/2018 | 1339 | Defendants' Affirmative Defenses to Howard Samuels Plaintiffs' Complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 10/26/2018) |
| 10/26/2018 | 1340 | Defendants' Affirmative Defenses to W. Lee Flowers & Company, Inc.'s Complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 10/26/2018) |
| 10/26/2018 | 1341 | Affirmative Defenses to Howard Samuels Plaintiffs' Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 10/26/2018) |
| 10/26/2018 | 1342 | Defendants' Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 10/26/2018) |
| 10/26/2018 | 1343 | Affirmative Defenses to Plaintiff W. Lee Flowers & Co., Inc.'s Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 10/26/2018) |
| 10/26/2018 | 1344 | Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Fieldale Farms Corporation by Fieldale Farms Corporation (Cash, James) (Entered: 10/26/2018) |
| 10/26/2018 | 1345 | Affirmative Defenses to W. Lee Flowers & Co., Inc.'s Complaint by Fieldale Farms Corporation (Cash, James) (Entered: 10/26/2018) |
| 10/26/2018 | 1346 | Affirmative Defenses to Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., CBBC OPCO, LLC d/b/a Colorado Boxed Beef, and King |

| | | Solomon Foods, Inc.'s Complaint by Fieldale Farms Corporation (Cash, James) (Entered: 10/26/2018) |
|---|---|---|
| 10/26/2018 | 1347 | Affirmative Defenses to Ahold Delhaize USA, Inc.s Plaintiffs Complaint STATEMENT by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 10/26/2018) |
| 10/26/2018 | 1348 | Affirmative Defenses to Howard Samuels (Central Grocers, Inc.) Plaintiffs Complaint STATEMENT by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 10/26/2018) |
| 10/26/2018 | 1349 | Affirmative Defenses to W. Lee Flowers & Co., Inc.s Complaint STATEMENT by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 10/26/2018) |
| 10/26/2018 | 1350 | Koch Defendants' Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Koch Meats Co., Inc. (Wolicki, Elizabeth) (Entered: 10/26/2018) |
| 10/26/2018 | 1351 | The Koch Defendants' Affirmative Defenses to Howard Samuels Plaintiffs' Complaint by Koch Foods, Inc., Koch Meats Co., Inc. (Wolicki, Elizabeth) (Entered: 10/26/2018) |
| 10/26/2018 | 1352 | The Koch Defendants' Affirmative Defenses to W. Lee Flowers & Co., Inc.'s Complaint by Koch Foods, Inc., Koch Meats Co., Inc. (Wolicki, Elizabeth) (Entered: 10/26/2018) |
| 10/26/2018 | 1353 | Statement of Affirmative Defenses by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *to Ahold Delhaize USA, Inc. Complaint* (Wofford, Amanda) (Entered: 10/26/2018) |
| 10/26/2018 | 1354 | Statement of Affirmative Defenses by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *to W. Lee Flowers & Company, Inc.'s Complaint* (Wofford, Amanda) (Entered: 10/26/2018) |
| 10/26/2018 | 1355 | Statement of Affirmative Defenses by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *to The Howard Samuels Plaintiffs Complaint* (Wofford, Amanda) (Entered: 10/26/2018) |
| 10/26/2018 | 1356 | Affirmative Defenses of Wayne Farms LLC to the Ahold Delhaize USA, Inc. v. Koch Foods, Inc. et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 10/26/2018) |
| 10/26/2018 | 1357 | Affirmative Defenses of Wayne Farms LLC to the W. Lee Flowers & Company, Inc. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 10/26/2018) |
| 10/26/2018 | 1358 | Affirmative Defenses of Wayne Farms LLC to the Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al.. v. Norman W. Fries, Inc., d/b/a Claxton Poultry Farms et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 10/26/2018) |
| 10/26/2018 | 1359 | Koch Defendants' Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc. (Wolicki, Elizabeth) (Entered: 10/26/2018) |
| 10/26/2018 | 1360 | Koch Defendants' Affirmative Defenses to Howard Samuels Plaintiffs' Complaint by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC (Wolicki, Elizabeth) (Entered: 10/26/2018) |
| 10/26/2018 | 1361 | Koch Defendants' Affirmative Defenses to W. Lee Flowers & Co., Inc.'s Complaint by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC |

| 10/26/2018 | 1362 | Simmons Defendants' Affirmative Defenses to W. Lee Flowers & Company's Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 10/26/2018) |
|---|---|---|
| 10/26/2018 | 1363 | Simmons Defendants' Affirmative Defenses to Howard Samuels Plaintiffs' Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 10/26/2018) |
| 10/26/2018 | 1364 | Simmons Defendants' Affirmative Defenses to Ahold Delhaize USA, Inc.'s Complaint by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 10/26/2018) |
| 10/26/2018 | 1365 | AFFIRMATIVE DEFENSES to Ahold Delhaize USA, Inc.'s Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 10/26/2018) |
| 10/26/2018 | 1366 | AFFIRMATIVE DEFENSES to the Howard Samuels Plaintiffs' Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 10/26/2018) |
| 10/26/2018 | 1367 | AFFIRMATIVE DEFENSES to W. Lee Flowers & Company, Inc.'s Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 10/26/2018) |
| 10/29/2018 | 1368 | TRANSCRIPT OF PROCEEDINGS held on October 24, 2018 before the Honorable Jeffrey T. Gilbert. Order Number: 32544,32603. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 11/19/2018. Redacted Transcript Deadline set for 11/29/2018. Release of Transcript Restriction set for 1/28/2019. (Bistany, Nancy) (Entered: 10/29/2018) |
| 10/29/2018 | 1369 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH DEFENDANT FIELDALE FARMS CORPORATION (Attachments: # 1 Declaration of Neil Swartzberg, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Declaration of Jennifer Keough, # 5 Exhibit A-G)(Simon, Bruce) (Docket Text modified by Clerk's Office. (tt, ). (Entered: 10/29/2018) |
| 10/29/2018 | 1370 | NOTICE of Motion by Bruce L Simon for presentment of motion for settlement 1369 before Honorable Thomas M. Durkin on 11/13/2018 at 09:00 AM. (Simon, Bruce) (Entered: 10/29/2018) |
| 10/29/2018 | 1371 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Agri Stats, Inc. *Supplemental Corporate Disclosure Statement* (Koering, Jacob) (Entered: 10/29/2018) |
| 10/30/2018 | 1372 | NOTICE of Correction regarding 1369 . (tt, ) (Entered: 10/30/2018) |

| 10/30/2018 | 1373 | MOTION by Attorney Theodore B. Bell to withdraw as attorney for Abraham Drucker, Christopher G Glover, Ilana Harwayne-Gidansky, Sabrina Majernik, Christopher Nelson, Christopher Vallaro, Amy Veaner. No party information provided (Malmstrom, Carl) (Entered: 10/30/2018) |
| --- | --- | --- |
| 10/30/2018 | 1374 | NOTICE of Motion by Carl V. Malmstrom for presentment of motion to withdraw as attorney 1373 before Honorable Thomas M. Durkin on 11/8/2018 at 09:00 AM. (Malmstrom, Carl) (Entered: 10/30/2018) |
| 10/30/2018 | 1375 | ORDER REGARDING 30(b)(6) DEPOSITION NOTICE EXCHANGE. Signed by the Honorable Jeffrey T. Gilbert on 10/30/2018. Mailed notice(ber, ) (Entered: 10/30/2018) |
| 10/30/2018 | 1376 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to withdraw as attorney 1373 is granted; Attorney Theodore Beloyeannis Bell terminated. No appearance is required on 11/8/2018. Mailed notice (srn, ) (Entered: 10/30/2018) |
| 10/31/2018 | 1377 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1303 is granted; Attorney Lorell Guerrero for Pilgrim's Pride Corp. added. Mailed notice (srn, ) (Entered: 10/31/2018) |
| 10/31/2018 | 1378 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1306 is granted; Attorney Jessica Falk for Pilgrim's Pride Corp. added.Mailed notice (srn, ) (Entered: 10/31/2018) |
| 10/31/2018 | 1379 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1322 is granted; Attorney Eric Mont for Maplevale Farms, Inc., and John Gross Co. Inc., added. Mailed notice (srn, ) (Entered: 10/31/2018) |
| 10/31/2018 | 1380 | MOTION by Plaintiff Maplevale Farms, Inc.Motion for Leave to Take the Deposition of Third-Party Witness Arty Schronce for Seven Hours (Hart, Steven) (Entered: 10/31/2018) |
| 10/31/2018 | 1381 | NOTICE of Motion by Steven Alan Hart for presentment of motion for miscellaneous relief 1380 before Honorable Jeffrey T. Gilbert on 11/6/2018 at 09:15 AM. (Hart, Steven) (Entered: 10/31/2018) |
| 10/31/2018 | 1382 | SUPPLEMENT to motion for miscellaneous relief 1380 *Plaintiffs' Supplement to Their Motion for Leave to Take the Deposition of Third-Party Witness Arty Schronce for Seven Hours* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hart, Steven) (Entered: 10/31/2018) |
| 10/31/2018 | 1383 | ATTORNEY Appearance for Movants Shamrock Foods Company, United Food Service, Inc. by Josh Goldberg (Goldberg, Josh) (Entered: 10/31/2018) |
| 10/31/2018 | 1384 | MOTION by Movants Shamrock Foods Company, United Food Service, Inc. to reassign case *pursuant to Local Rule 40.4* (Goldberg, Josh) (Entered: 10/31/2018) |
| 10/31/2018 | 1385 | NOTICE of Motion by Josh Goldberg for presentment of motion to reassign case 1384 before Honorable Thomas M. Durkin on 11/15/2018 at 09:00 AM. (Goldberg, Josh) (Entered: 10/31/2018) |
| 11/02/2018 | 1386 | STIPULATION *Concerning Waiver of Service* (Gore, Kristin) (Entered: 11/02/2018) |
| 11/05/2018 | 1387 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Shamrock Foods and United Food Service, Inc.'s motion to reassign case based on relatedness 1384 is granted. This Court will recommend to the Executive |

| | | |
|---|---|---|
| | | ...ered that case 18 C 7284, Shannrock Foods v. Tyson Foods, currently pending before the Honorable Judge Wood be reassigned to this Court's calendar as related to this case. No appearance is required on 11/15/2018. Mailed notice (srn, ) (Entered: 11/05/2018) |
| 11/05/2018 | 1388 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15144970. (Bronson, Vicki) (Entered: 11/05/2018) |
| 11/05/2018 | 1389 | RESPONSE by Agri Stats, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to MOTION by Plaintiff Maplevale Farms, Inc.Motion for Leave to Take the Deposition of Third-Party Witness Arty Schronce for Seven Hours 1380 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Abbott, Christopher) (Entered: 11/05/2018) |
| 11/06/2018 | 1390 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 11/6/18. Plaintiffs' Motion For Leave To Take The Deposition Of Third-Party Witness Arty Schronce For Seven Hours 1380 is granted for the reasons stated on the record. Plaintiffs are granted leave to depose Arty Schronce for up to 7 hours. Defendants also are granted leave to depose Mr. Schronce for up to 7 hours. The deposition shall proceed on non-consecutive days per Mr. Schronce's request and for good cause shown. In addition, at Mr. Schronce's request and for good cause shown, the first day of the deposition will be reset from the original notice date of 11/15/18 to two non-consecutive dates that are agreed by the parties and the witness. Mailed notice (ber, ) (Entered: 11/06/2018) |
| 11/06/2018 | 1391 | NOTICE by Solomon B Cera of Change of Address (Cera, Solomon) (Entered: 11/06/2018) |
| 11/08/2018 | 1392 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15159198. (Greene, Anthony) (Entered: 11/08/2018) |
| 11/09/2018 | 1393 | Direct Purchaser Plaintiffs' Notice of Updated Information Regarding Motion for Final Approval of Settlement with Defendant Fieldale Farms Corporation by Maplevale Farms, Inc. (Attachments: # 1 Declaration of Jennifer M. Keough, # 2 Declaration of Neil Swartzberg)(Simon, Bruce) (Entered: 11/09/2018) |
| 11/13/2018 | 1394 | MINUTE entry before the Honorable Thomas M. Durkin:Any party that would like to participate telephonically at the 11/13/2018 9:00 a.m. motion hearing is directed to call 877-402-9757, access code 4410831, promptly at 9:00 a.m.Mailed notice (srn, ) (Entered: 11/13/2018) |
| 11/13/2018 | 1395 | MINUTE entry before the Honorable Thomas M. Durkin:Motion hearing held on 11/13/2018. Direct Purchaser Plaintiffs' motion for final approval of settlement with Defendant Fieldale Farms Corp. is granted. 1369 Counsel is to submit an |

| | | agreed order for signature. The parties are to submit a joint status report limited to 5 pages by 12/13/2018. Mailed notice (srn, ) (Entered: 11/13/2018) |
|---|---|---|
| 11/13/2018 | 1396 | STIPULATION *REGARDING COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT* (Attachments: # 1 Exhibit A: Commercial and Institutional Indirect Purchaser Plaintiffs' Fifth Amended Consolidated Class Action Complaint (PUBLIC VERSION), # 2 Exhibit C: Commercial and Institutional Indirect Purchaser Plaintiffs' Fifth Amended Consolidated Class Action Complaint (PUBLIC VERSION, WITH REDLINING), # 3 Certificate of Service)(Doyle, Thomas) (Entered: 11/13/2018) |
| 11/13/2018 | 1397 | *Commercial and Institutional Indirect Purchaser Plaintiffs' Fifth Amended Consolidated Class Action Complaint and* AMENDED complaint by Commercial and Institutional Indirect Purchaser Plaintiffs against All Defendants and terminating Don Chavas Mexican Restaurant, Inc. (Attachments: # 1 Certificate of Service)(Doyle, Thomas) (Entered: 11/13/2018) |
| 11/13/2018 | 1398 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to seal document *and Motion for Leave To File a Pleading Under Seal* (Doyle, Thomas) (Entered: 11/13/2018) |
| 11/13/2018 | 1399 | NOTICE of Motion by Thomas Arthur Doyle for presentment of motion to seal document 1398 before Honorable Thomas M. Durkin on 11/19/2018 at 09:00 AM. (Doyle, Thomas) (Entered: 11/13/2018) |
| 11/13/2018 | 1400 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15175799. (Kullar, Alexander) (Entered: 11/13/2018) |
| 11/14/2018 | 1401 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for leave to file pleading under seal 1398 is granted. Plaintiff is granted leave to file its Fifth Amended Class Action Consolidated Complaint under seal. No appearance is required on 11/19/2018. Mailed notice (srn, ) (Entered: 11/14/2018) |
| 11/14/2018 | 1402 | TRANSCRIPT OF PROCEEDINGS held on 11/13/18 before the Honorable Thomas M. Durkin. Motion hearing. Order Number: 32783. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 12/5/2018. Redacted Transcript Deadline set for 12/17/2018. Release of Transcript Restriction set for 2/12/2019. (Renke, Laura) (Entered: 11/14/2018) |
| 11/14/2018 | 1403 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15176225. (Simpson, Carter) (Entered: 11/14/2018) |
| 11/14/2018 | 1404 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Fifth Amended Consolidated Class Action Complaint (UNDER SEAL VERSION)* (Doyle, Thomas) (Entered: 11/14/2018) |

| | | |
|---|---|---|
| 11/15/2018 | 1405 | TRANSCRIPT OF PROCEEDINGS held on 11/6/18 before the Honorable Jeffrey T. Gilbert. Order Number: 32739, 32759, 32769. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 12/6/2018. Redacted Transcript Deadline set for 12/17/2018. Release of Transcript Restriction set for 2/13/2019. (Fennell, Kathleen) (Entered: 11/15/2018) |
| 11/15/2018 | 1406 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Maximum Quality Foods, Inc. *Corporate Disclosure Statement* (Campbell, Terence) (Entered: 11/15/2018) |
| 11/15/2018 | 1407 | AGREED SCHEDULING ORDER NO. 8 AND CASE MANAGEMENT ORDER CONCERNING THIRD ROUND COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS. Signed by the Honorable Jeffrey T. Gilbert on 11/15/2018. Mailed notice(ber, ) (Entered: 11/15/2018) |
| 11/15/2018 | 1408 | DECLARATION of Jennifer M. Keough regarding other, 1393 *Notice Administration* (Simon, Bruce) (Entered: 11/15/2018) |
| 11/16/2018 | 1409 | MINUTE entry before the Honorable Thomas M. Durkin: At the last status hearing on November 13, 2018, the Court suggested that a hearing to discuss the progress of the case might be helpful and ordered that a joint status report be filed by December 13, 2018. Upon review of the scheduling orders and consultation with Judge Gilbert, the Court has reconsidered that plan. The order of a joint status report due December 13 1395 is rescinded, and the Court does not contemplate the need for a status hearing at this time. The parties should proceed in accordance with the scheduling orders already in place.Mailed notice (srn, ) (Entered: 11/16/2018) |
| 11/16/2018 | 1414 | ORDER GRANTING FINAL APPROVAL OF SETTLEMENT WITH DEFENDANT FIELDALE FARMS CORPORATION. Signed by the Honorable Thomas M. Durkin on 11/16/2018. Mailed notice (tt, ) (Entered: 11/19/2018) |
| 11/16/2018 | 1415 | FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FIELDALE FARMS CORPORATION. Signed by the Honorable Thomas M. Durkin on 11/16/2018. Mailed notice (tt, ) (Entered: 11/19/2018) |
| 11/19/2018 | 1410 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1388 is granted;Attorney Vicki Bronson for Simmons Foods, Inc., and Simmons Prepared Foods, Inc. added. Mailed notice (srn, ) (Entered: 11/19/2018) |
| 11/19/2018 | 1411 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1392 is granted; Attorney Anthony Thomas Greene for Fieldale Farms Corporation added. Mailed notice (srn, ) (Entered: 11/19/2018) |
| 11/19/2018 | 1412 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1400 is granted; Attorney Alexander Kullar for John Gross and Company, Inc. added. Mailed notice (srn, ) (Entered: 11/19/2018) |
| 11/19/2018 | 1413 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1403 is granted;Attorney Carter Simpson for Ahold Delhaize USA, Inc. |

added. Mailed notice (srn, ) (Entered: 11/19/2018)

| 11/19/2018 | 1416 | SCHEDULING ORDER NO. 9 AND CASE MANAGEMENT ORDER CONCERNING DIRECT ACTION PLAINTIFFS. Signed by the Honorable Jeffrey T. Gilbert on 11/19/2018. Mailed notice (ber, ) (Entered: 11/19/2018) |
| --- | --- | --- |
| 11/20/2018 | 1417 | AGREED ORDER Regarding End-User Consumer Plaintiffs' Third Consolidated Amended Class Action Complaint. Signed by the Honorable Thomas M. Durkin on 11/20/2018:Mailed notice(srn, ) (Entered: 11/20/2018) |
| 11/26/2018 | 1418 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15209255. (O'Mara, Michael) (Entered: 11/26/2018) |
| 11/26/2018 | 1419 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1418 is granted; Attorney Michael J O'Mara for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., and Tyson Poultry, Inc. added. Mailed notice (srn, ) (Entered: 11/26/2018) |
| 11/26/2018 | 1420 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Michael J O'Mara (O'Mara, Michael) (Entered: 11/26/2018) |
| 11/28/2018 | 1421 | *Third* AMENDED complaint by End-User Consumer Plaintiffs against All Defendants *END-USER CONSUMER PLAINTIFFS THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT [REDACTED PUBLIC VERSION]* (Berman, Steve) (Entered: 11/28/2018) |
| 11/28/2018 | 1422 | NOTICE of Motion by Steve W. Berman for presentment of motion for leave to file 1062 before Honorable Jeffrey T. Gilbert on 12/4/2018 at 09:15 AM. (Berman, Steve) (Entered: 11/28/2018) |
| 11/28/2018 | 1423 | ORDER ADOPTING STIPULATION CONCERNING WAVIER OF SERVICE. Signed by the Honorable Thomas M. Durkin on 11/28/2018. Mailed notice (tt, ) (Entered: 11/28/2018) |
| 11/28/2018 | 1424 | ATTORNEY Appearance for Movant Porky Products, Inc. by Ariel Welker Schepers (Schepers, Ariel) (Entered: 11/28/2018) |
| 11/28/2018 | 1425 | ATTORNEY Appearance for Movant Porky Products, Inc. by Shermin Kruse (Kruse, Shermin) (Entered: 11/28/2018) |
| 11/29/2018 | 1426 | MOTION by Movant Porky Products, Inc. to quash *subpoenas* (Kruse, Shermin) (Entered: 11/29/2018) |
| 11/29/2018 | 1427 | MEMORANDUM IN SUPPORT OF MOTION OF NON-PARTY PORKY PRODUCTS, INC. TO QUASH SUBPOENAS (Kruse, Shermin) Modified on 11/30/2018 (tt, ). (Entered: 11/29/2018) |
| 11/29/2018 | 1428 | DECLARATION of Robert Melloy Jr regarding motion to quash 1427 *subpoenas* (Kruse, Shermin) (Entered: 11/29/2018) |
| 11/29/2018 | 1429 | DECLARATION of Shermin Kruse regarding motion to quash 1427 *subpoenas* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Kruse, Shermin) (Entered: 11/29/2018) |
| 11/29/2018 | 1430 | NOTICE of Motion by Shermin Kruse for presentment of motion to quash 1427 , motion to quash 1426 before Honorable Jeffrey T. Gilbert on 12/11/2018 at 09:15 AM. (Kruse, Shermin) (Entered: 11/29/2018) |

| 11/29/2018 | 1431 | MOTION for Leave to Appear Pro Hac Vice Filing fee $150, receipt number 0752-15226636. (WEINREICH, JORDAN) (Entered: 11/29/2018) |
|---|---|---|
| 11/29/2018 | 1432 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1431 is granted; Attorney Jordan Derek Weinreich for Porky Products, Inc. added. Mailed notice (srn, ) (Entered: 11/29/2018) |
| 11/29/2018 | 1433 | RESPONSE by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Piggly Wiggly Alabama Distributing Co., Inc., Piggly Wiggly Alabama Distributing Co., Inc., W. Lee Flowers & Co., Inc., Woodman's Food Market, Inc. (Lifvendahl, Eric) (Entered: 11/29/2018) |
| 11/30/2018 | 1434 | STIPULATION of Dismissal *With Prejudice of Defendant Fieldale Farms Corporation* (Randall, Samuel) (Entered: 11/30/2018) |
| 11/30/2018 | 1435 | STIPULATION of Dismissal *With Prejudice of Defendant Fieldale Farms Corporation [CORRECTED]* (Randall, Samuel) (Entered: 11/30/2018) |
| 11/30/2018 | 1436 | MOTION by Movant Porky Products, Inc. to amend/correct MOTION by Movant Porky Products, Inc. to quash *subpoenas* 1426 (Kruse, Shermin) (Entered: 11/30/2018) |
| 11/30/2018 | 1437 | AMENDED MEMORANDUM IN SUPPORT OF MOTION OF NON-PARTY PORKY PRODUCTS, INC. TO QUASH SUBPOENAS (Kruse, Shermin) Modified on 11/30/2018 (tt, ). (Entered: 11/30/2018) |
| 11/30/2018 | 1438 | AMENDED declaration 1429 *Amended Declaration of Shermin Kruse Esq. in Support of Motion to Quash Subpoenas* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Kruse, Shermin) (Entered: 11/30/2018) |
| 11/30/2018 | 1439 | STIPULATION *Concerning Waiver of Service* (Lustrin, Lori) (Entered: 11/30/2018) |
| 12/03/2018 | 1440 | MINUTE entry before the Honorable Jeffrey T. Gilbert: End- User Consumer Plaintiffs' Motion for Leave to File Under Seal Third Consolidated Amended Class Action Complaint 1062 is granted. The motion hearing noticed for 12/4/18 at 9:15 a.m. 1422 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 12/03/2018) |
| 12/03/2018 | 1441 | MOTION by Defendant Agri Stats, Inc. to withdraw *Appearance of Daniel C. Estes* (Koering, Jacob) (Entered: 12/03/2018) |
| 12/03/2018 | 1442 | NOTICE of Motion by Jacob D Koering for presentment of motion to withdraw 1441 before Honorable Thomas M. Durkin on 12/6/2018 at 09:00 AM. (Koering, Jacob) (Entered: 12/03/2018) |
| 12/03/2018 | 1443 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *End-User Consumer Plaintiffs' Third Consolidated Amended Class Action Complaint [Filed Under Seal Version Without Redactions]* (Berman, Steve) (Entered: 12/03/2018) |
| 12/04/2018 | 1444 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw 1441 is granted; Daniel Estes terminated. No appearance required on 12/6/2018. Mailed notice (srn, ) (Entered: 12/04/2018) |
| 12/04/2018 | 1445 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the upcoming holidays, Plaintiffs, the Koch Defendants, and Movant Porky Products should |

| | | |
|---|---|---|
| | | agreed-to briefing schedule on non-party Porky Products, Inc.'s ("Porky Products") Amended Motion to Quash Subpoenas 1436 and communicate that briefing schedule via email to the Court's courtroom deputy, Brenda Rinozzi. If all concerned cannot agree to a briefing schedule themselves, then they should file a very short joint report with the court that contains the dueling proposed briefing schedules and a short rationale for the proposals submitted, and the Court will set a briefing schedule. The Court, however, encourages all concerned to agree to something reasonable and submit that as a joint proposal. Mailed notice (ber, ) (Entered: 12/04/2018) |
| 12/07/2018 | 1446 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the Court's order entered on 12/4/18 1445 , the parties have agreed to the following briefing schedule on Porky Products, Inc.'s Amended Motion to Quash Subpoenas 1436 : Opposition briefs will be due 1/9/19 and reply brief(s) will be due 1/23/19. The motion hearing noticed for 12/11/18 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 12/07/2018) |
| 12/13/2018 | 1447 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15275390. (Pearson, Matthew) (Entered: 12/13/2018) |
| 12/18/2018 | 1448 | Sanderson Farms Defendants' Defenses to Associated Wholesale Grocers, Inc's Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 12/18/2018) |
| 12/18/2018 | 1449 | Sanderson Farms Defendants' Defenses to BJ's Wholesale Club, Inc. Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 12/18/2018) |
| 12/18/2018 | 1450 | Sanderson Farms Defendants' Defenses to United Supermarkets, LLC Plaintiffs' Complaint by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 12/18/2018) |
| 12/19/2018 | 1451 | NOTICE of Correction regarding 1448 , 1449 , 1450 . (tt, ) (Entered: 12/19/2018) |
| 12/19/2018 | 1452 | Defendant Pilgrim's Pride Corporation's Statement of Affirmative Defenses to Associated Wholesale Grocers, Inc.'s Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 12/19/2018) |
| 12/19/2018 | 1453 | Defendant Pilgrim's Pride Corporation's Statement of Affirmative Defenses to BJ's Wholesale Club, Inc.'s Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 12/19/2018) |
| 12/19/2018 | 1454 | Defendant Pilgrim's Pride Corporation's Statement of Affirmative Defenses to United Supermarkets, LLC's Complaint by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 12/19/2018) |
| 12/19/2018 | 1455 | Defenses to Associated Wholesale Grocers, Inc.'s Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 12/19/2018) |
| 12/19/2018 | 1456 | Defenses to BJ's Wholesale Club, Inc.'s Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 12/19/2018) |
| 12/19/2018 | 1457 | Defenses to the United Supermarkets, LLC Plaintiffs' Complaint by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin) (Entered: 12/19/2018) |

| 12/20/2018 | 1458 | Defendant House of Raeford Farms, Inc. Defenses to Complaint of Maximum Quality Foods, Inc. by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 12/20/2018) |
|---|---|---|
| 12/20/2018 | 1459 | Defendant House of Raeford Farms, Inc. Defenses to Complaint of Associated Wholesale Grocers, Inc. by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 12/20/2018) |
| 12/20/2018 | 1460 | Defendant House of Raeford Farms, Inc. Defenses to Complaint of United Supermarkets, LLC by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 12/20/2018) |
| 12/20/2018 | 1461 | Defendant House of Raeford Farms, Inc. Defenses to Complaint of BJ's Wholesale Club, Inc. by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 12/20/2018) |
| 12/20/2018 | 1462 | ANSWER to Complaint with Jury Demand *Simmons Defendants' Defenses to Maximum Quality Foods, Inc.'s Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 12/20/2018) |
| 12/20/2018 | 1463 | ANSWER to Complaint with Jury Demand *Simmons Defendants' Defenses to United Supermarkets, LLC Plaintiffs' Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 12/20/2018) |
| 12/20/2018 | 1464 | ANSWER to Complaint with Jury Demand *Simmons Defendants' Defenses to Associated Wholesale Grocers, Inc.'s Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 12/20/2018) |
| 12/20/2018 | 1465 | ANSWER to Complaint with Jury Demand *Simmons Defendants' Defenses to BJ's Wholesale Club, Inc.'s Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 12/20/2018) |
| 12/20/2018 | 1466 | Affirmative Defenses to Plaintiff Associated Wholesale Grocers, Inc.'s Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 12/20/2018) |
| 12/20/2018 | 1467 | Affirmative Defenses to Plaintiff BJ's Wholesale Club, Inc.'s Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 12/20/2018) |
| 12/20/2018 | 1468 | Affirmative Defenses to Plaintiff Maximum Quality Foods, Inc.'s Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 12/20/2018) |
| 12/20/2018 | 1469 | Affirmative Defenses to United Supermarket Plaintiffs' Complaint by Foster Farms, LLC, Foster Poultry Farms (Zarlenga, Carmine) (Entered: 12/20/2018) |
| 12/21/2018 | 1470 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 12/21/2018) |
| 12/21/2018 | 1471 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to BJ's Wholesale Club, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 12/21/2018) |
| 12/21/2018 | 1472 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to Maximum Quality Foods, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: 12/21/2018) |
| 12/21/2018 | 1473 | Defendant Peco Foods Inc.'s Statement of Affirmative Defenses to Associated Wholesale Grocers, Inc.'s Complaint by Peco Foods, Inc. (Flath, Lara) (Entered: |

| 12/21/2018 | 1474 | AFFIRMATIVE DEFENSES to Associated Wholesale Grocers, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 12/21/2018) |
|---|---|---|
| 12/21/2018 | 1475 | AFFIRMATIVE DEFENSES to BJ's Wholesale Club, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 12/21/2018) |
| 12/21/2018 | 1476 | AFFIRMATIVE DEFENSES to Maximum Quality Foods, Inc.'s Complaint by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 12/21/2018) |
| 12/21/2018 | 1477 | AFFIRMATIVE DEFENSES to the Complaint of United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 12/21/2018) |
| 12/21/2018 | 1478 | AFFIRMATIVE DEFENSES by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *TO COMPLAINT OF UNITED SUPERMARKETS, LLC* (Wofford, Amanda) (Entered: 12/21/2018) |
| 12/21/2018 | 1479 | AFFIRMATIVE DEFENSES by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *TO COMPLAINT OF ASSOCIATED WHOLESALE GROCERS, INC.* (Wofford, Amanda) (Entered: 12/21/2018) |
| 12/21/2018 | 1480 | AFFIRMATIVE DEFENSES by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *TO COMPLAINT OF BJ's WHOLESALE CLUB, INC.* (Wofford, Amanda) (Entered: 12/21/2018) |
| 12/21/2018 | 1481 | Statement of Affirmative Defenses to Associated Wholesale Grocers, Inc.s Plaintiffs Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 12/21/2018) |
| 12/21/2018 | 1482 | Statement of Affirmative Defenses to BJs Wholesale Club, Inc.s Plaintiffs Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 12/21/2018) |
| 12/21/2018 | 1483 | Statement of Affirmative Defenses to Maximum Quality Foods, Inc.s Plaintiffs Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 12/21/2018) |
| 12/21/2018 | 1484 | Statement of Affirmative Defenses to United Supermarkets LLC Plaintiffs Complaint by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 12/21/2018) |
| 12/21/2018 | 1485 | AFFIRMATIVE DEFENSES by Fieldale Farms Corporation *TO COMPLAINT OF BJ's WHOLESALE CLUB, INC.* (Cash, James) (Entered: 12/21/2018) |
| 12/21/2018 | 1486 | AFFIRMATIVE DEFENSES by Fieldale Farms Corporation *TO COMPLAINT OF MAXIMUM QUALITY FOODS, INC.* (Cash, James) (Entered: 12/21/2018) |
| 12/21/2018 | 1487 | AFFIRMATIVE DEFENSES by Fieldale Farms Corporation *TO COMPLAINT OF UNITED SUPERMARKETS, LLC* (Cash, James) (Entered: 12/21/2018) |
| 12/21/2018 | 1488 | *Affirmative Defenses* - ANSWER to Complaint *of BJ's Wholesale Club, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 12/21/2018) |
| 12/21/2018 | 1489 | *Affirmative Defenses* - ANSWER to Complaint *of Associated Wholesale Grocers, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 12/21/2018) |

| 12/21/2018 | 1490 | *Affirmative Defenses* - ANSWER to Complaint *of United Supermarkets, LLC* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 12/21/2018) |
| --- | --- | --- |
| 12/27/2018 | 1491 | Mar-Jac's Statement of Defenses to Associated Wholesale Grocers, Inc.'s Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 12/27/2018) |
| 12/27/2018 | 1492 | Mar-Jac's Statement of Defenses to BJ's Wholesale Club, Inc.'s Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 12/27/2018) |
| 12/27/2018 | 1493 | Mar-Jac's Statement of Defenses to Maximum Quality Foods, Inc.'s Complaint by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 12/27/2018) |
| 12/27/2018 | 1494 | Mar-Jac's Statement of Defenses to the Complaint filed by Plaintiffs United Supermarkets, LLC, et al. by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 12/27/2018) |
| 12/27/2018 | 1495 | AFFIRMATIVE DEFENSES to Associated Wholesale Grocers, Inc.'s Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 12/27/2018) |
| 12/27/2018 | 1496 | AFFIRMATIVE DEFENSES to BJ's Wholesale Club, Inc.'s Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 12/27/2018) |
| 12/27/2018 | 1497 | AFFIRMATIVE DEFENSES to Maximum Quality Foods, Inc.'s Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 12/27/2018) |
| 12/27/2018 | 1498 | AFFIRMATIVE DEFENSES to the United Supermarkets, LLC Plaintiffs' Complaint by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 12/27/2018) |
| 12/28/2018 | 1499 | Affirmative Defenses to Complaint of Associated Wholesale Grocers, Inc. by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 12/28/2018) |
| 12/28/2018 | 1500 | Affirmative Defenses to Complaint of BJ's Wholesale Club, Inc. by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 12/28/2018) |
| 12/28/2018 | 1501 | Affirmative Defenses to Complaint of Maximum Quality Foods, Inc. by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 12/28/2018) |
| 12/28/2018 | 1502 | Affirmative Defenses to Complaint of United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 12/28/2018) |
| 12/28/2018 | 1503 | Affirmative Defenses to the United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. v. Tyson Foods, Inc., et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 12/28/2018) |
| 12/28/2018 | 1504 | Affirmative Defenses to the Associated Wholesale Grocers, Inc. v. Koch Foods, Inc., et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 12/28/2018) |
| 12/28/2018 | 1505 | Affirmative Defenses to the BJs Wholesale Club, Inc. v. Tyson Foods, Inc., et al. Complaint by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 12/28/2018) |

| 12/28/2018 | 1506 | Affirmative Defenses by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to United Supermarkets Plaintiffs' Complaint* (Nahrstadt, Bradley) (Entered: 12/28/2018) |
| --- | --- | --- |
| 12/28/2018 | 1507 | Affirmative Defenses by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to BJ's Wholesale Club, Inc.'s Complaint* (Nahrstadt, Bradley) (Entered: 12/28/2018) |
| 12/28/2018 | 1508 | Affirmative Defenses by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Associated Wholesale Grocers, Inc.'s Complaint* (Nahrstadt, Bradley) (Entered: 12/28/2018) |
| 12/28/2018 | 1509 | Affirmative Defenses by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Maximum Quality Foods, Inc.'s Complaint* (Nahrstadt, Bradley) (Entered: 12/28/2018) |
| 01/02/2019 | 1510 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to compel *Production of Documents Regarding Benchmarking Services and Trade Associations* (Attachments: # 1 Exhibit A, 2-7-2018 Hearing Transcript, # 2 Exhibit B, Dfts First RFPs to Kroger Pltfs, # 3 Exhibit C, 12-14-2018 M. O'Brien Letter to S. Gant, # 4 Exhibit D, DAP Correspondence, # 5 Exhibit E, 12-11-2018 J. Grendys Dep Transcript)(Laytin, Daniel) (Entered: 01/02/2019) |
| 01/03/2019 | 1511 | Notice of Change of Firm Affiliation by Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Wakefern Food Corporation (Vanek, Joseph) (Entered: 01/03/2019) |
| 01/03/2019 | 1512 | MOTION by Attorney Jaclyn C. Staple and Emily C. Fess to withdraw as attorney for Gerber's Poultry, Inc.. No party information provided (Fess, Emily) (Entered: 01/03/2019) |
| 01/03/2019 | 1513 | NOTICE of Motion by Emily Collins Fess for presentment of motion to withdraw as attorney 1512 before Honorable Jeffrey T. Gilbert on 1/8/2019 at 09:15 AM. (Fess, Emily) (Entered: 01/03/2019) |
| 01/03/2019 | 1514 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to compel,, 1510 before Honorable Jeffrey T. Gilbert on 2/1/2019 at 09:30 AM. (Laytin, Daniel) (Entered: 01/03/2019) |
| 01/04/2019 | 1515 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion to Withdraw as Counsel and Substitution of Counsel 1512 as been incorrectly noticed for hearing before Magistrate Judge Gilbert. The motion hearing noticed for 1/8/19 at 9:15 a.m. is stricken. The Motion 1512 shall be re-noticed before the District Judge. Mailed notice (ber, ) (Entered: 01/04/2019) |
| 01/04/2019 | 1516 | NOTICE of Motion by Emily Collins Fess for presentment of motion to withdraw as attorney 1512 before Honorable Thomas M. Durkin on 1/9/2019 at 09:00 AM. (Fess, Emily) (Entered: 01/04/2019) |
| 01/04/2019 | 1517 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1512 is granted; Emily Fess and Jaclyn Staple terminated. No appearance is required on 1/9/2019. Mailed notice (srn, ) (Entered: 01/04/2019) |
| 01/04/2019 | 1518 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1447 is granted; attorney Matthew Pearson for Maplevale Farms, Inc., |

| | | and John Cross and Company, Inc. added.Mailed notice(srn, ) (Entered: 01/04/2019) |
|---|---|---|
| 01/04/2019 | 1519 | MOTION by Movant Quirch Foods, LLC, f/k/a Quirch Foods Co. to reassign case *as Related Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Miller, Marvin) (Entered: 01/04/2019) |
| 01/04/2019 | 1520 | NOTICE of Motion by Marvin Alan Miller for presentment of motion to reassign case 1519 before Honorable Thomas M. Durkin on 1/22/2019 at 09:00 AM. (Miller, Marvin) (Entered: 01/04/2019) |
| 01/08/2019 | 1521 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Quirch Foods' motion to reassign case as related 1519 is granted. This Court will recommend to the Executive Committee that case 18 C 8511, pending before Judge Tharp be reassigned to this Court's calendar as related to this case. No appearance is required on 1/22/2019. Mailed notice (srn, ) (Entered: 01/08/2019) |
| 01/08/2019 | 1522 | ATTORNEY Appearance for Movant Gerber's Poultry, Inc. by Charles B. Leuin (Leuin, Charles) (Entered: 01/08/2019) |
| 01/08/2019 | 1523 | MOTION by Attorney Adrian Fontecilla to withdraw as attorney for Wayne Farms, LLC. No party information provided (Ondeck, Christopher) (Entered: 01/08/2019) |
| 01/08/2019 | 1524 | NOTICE of Motion by Christopher E Ondeck for presentment of motion to withdraw as attorney 1523 before Honorable Thomas M. Durkin on 1/22/2019 at 09:00 AM. (Ondeck, Christopher) (Entered: 01/08/2019) |
| 01/08/2019 | 1525 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1523 is granted; Attorney Adrian Fontecilla terminated. No appearance is required on 1/22/2019. Mailed notice (srn, ) (Entered: 01/08/2019) |
| 01/09/2019 | 1526 | MEMORANDUM by Indirect Purchaser Plaintiffs in Opposition to motion to amend/correct 1436 *and IPPS' Joint Opposition to Motion of Non-Party Porky Products, Inc. to Quash Subpoenas* (Doyle, Thomas) (Entered: 01/09/2019) |
| 01/09/2019 | 1527 | AFFIDAVIT by Plaintiff Indirect Purchaser Plaintiffs in Opposition to MOTION by Movant Porky Products, Inc. to amend/correct MOTION by Movant Porky Products, Inc. to quash *subpoenas* 1426 1436 *and Declaration of Brian D. Penny In Support of IPPS' Joint Opposition to Motion to Non-Party Porky Products Inc. to Quash Subpoenas* (Doyle, Thomas) (Entered: 01/09/2019) |
| 01/09/2019 | 1528 | AFFIDAVIT by Plaintiff End-User Consumer Plaintiffs in Opposition to MOTION by Movant Porky Products, Inc. to quash *subpoenas* 1426 , MOTION by Movant Porky Products, Inc. to amend/correct MOTION by Movant Porky Products, Inc. to quash *subpoenas* 1426 1436 *Declaration of Shana E. Scarlett in Support of Indirect Purchaser Plaintiffs' Joint Opposition to Motion of Non-Party Porky Products, Inc. to Quash Subpoenas* (Scarlett, Shana) (Entered: 01/09/2019) |
| 01/09/2019 | 1529 | RESPONSE by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to motion to amend/correct 1436 *Defendants' Response in Opposition to Non-Party Porky Products, Inc.'s Amended Motion to Quash Subpoenas* (Johnston-Ahlen, Julie) (Entered: 01/09/2019) |
| 01/10/2019 | 1530 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15354392. (Sriken, Lisa) (Entered: 01/10/2019) |

| 01/10/2019 | 1531 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1530 is granted; Attorney Lisa M. Sriken for Barters International LLC added. Mailed notice (srn, ) (Entered: 01/10/2019) |
|---|---|---|
| 01/10/2019 | 1532 | MINUTE entry before the Honorable Thomas M. Durkin:This Court intends to instruct the Clerk of Court to submit JS-6 forms to the Administrative Office for the individual related actions; 18 C 4000, 18 C 4534, 18 C 5351, 18 C 5341, 18 C 5345, 18 C 5877, 18 C 6673, 18 C 6316, 18 C 6693, 18 C 7284, 18 C 3741, and 18 C 8511, and designate such cases as closed for administrative and statistical purposes. The Court took this same action on 1/25/2017 273 and 2/14/2018 724 with respect to the first sixteen cases designated as related to 16 C 8637 and reassigned to this Court. Just as the 1/25/2017 and 2/14/2018 orders, this order will not be considered a dismissal or disposition of these actions, and, should further proceedings in this litigation become necessary or desirable, any party will be able to initiate it in the same manner as if this order had not been entered. Absent objection, this Court will enter such an order on 1/14/2019. Mailed notice (srn, ) (Entered: 01/10/2019) |
| 01/10/2019 | 1533 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *and Motion for Preliminary Approval of Settlement with Fieldale Farms Corporation and for Conditional Certification of the Proposed Settlement Class* (Doyle, Thomas) (Entered: 01/10/2019) |
| 01/10/2019 | 1534 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for settlement, 1533 *and Memorandum in Support of Motion for Preliminary Approval of Settlement with Fieldale farms Corporation and for Conditional Certification of the Proposed Settlement Class* (Doyle, Thomas) (Entered: 01/10/2019) |
| 01/10/2019 | 1535 | AFFIDAVIT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs in Support of MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *and Motion for Preliminary Approval of Settlement with Fieldale Farms Corporation and for Conditional Certification of the Proposed Settlement Class* 1533 *and Declaration of Adam J. Zapala (WITH SETTLEMENT AGREEMENT ATTACHED)* (Doyle, Thomas) (Entered: 01/10/2019) |
| 01/10/2019 | 1536 | NOTICE of Motion by Thomas Arthur Doyle for presentment of motion for settlement, 1533 before Honorable Thomas M. Durkin on 1/31/2019 at 09:00 AM. (Doyle, Thomas) (Entered: 01/10/2019) |
| 01/10/2019 | 1537 | MOTION by Attorney Dana Statsky Smith to withdraw as attorney for Barters International LLC. No party information provided (Sriken, Lisa) (Entered: 01/10/2019) |
| 01/10/2019 | 1538 | *Notice of Motion for Leave to Withdraw Appearance of Dana Statsky Smith* NOTICE of Motion by Lisa M. Sriken for presentment of motion to withdraw as attorney 1537 before Honorable Thomas M. Durkin on 1/23/2019 at 09:00 AM. (Sriken, Lisa) (Entered: 01/10/2019) |
| 01/10/2019 | 1539 | EXECUTIVE COMMITTEE ORDER: It appearing that Sunil R. Harjani has been appointed as a United States Magistrate Judge for the Northern District of Illinois, vice the Honorable Daniel Martin, and It further appearing that Internal Operating Procedure 17(b) provides for the creation of an initial calendar for a newly-appointed magistrate judge by equalization; therefore IT IS HEREBY ORDERED That the attached list of civil consent cases and civil referrals are hereby reassigned to form the initial calendar of the Honorable Sunil R. Harjani; |

| | | and IT IS FURTHER ORDERED That the attached list of civil consent cases and civil referrals be reassigned to equalize the calendars of all magistrate judges in the Eastern Division; and IT IS FURTHER ORDERED That any consent case or civil referral that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a magistrate judge for twelve months from the date of this Order, except those cases that were reassigned to Magistrate Judge Harjani. Case referred to the Honorable Susan E. Cox. Signed by Executive Committee on 1/10/2019.(sm, ) (Entered: 01/10/2019) |
|---|---|---|
| 01/11/2019 | 1540 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1537 is granted; Attorney Dana Statsky Smith terminated. No appearance is required on 1/23/2019.Mailed notice (srn, ) (Entered: 01/11/2019) |
| 01/11/2019 | 1541 | MINUTE entry before the Honorable Susan E. Cox: Status hearing set for 2/14/19 at 10:00 a.m. Motion hearing for Defendants' Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to compel Production of Documents Regarding Benchmarking Services and Trade Associations 1510 is reset to 2/14/19 at 10:00 a.m. Out-of-town- counsel may appear by telephone TO LISTEN ONLY. Only attorneys appearing in-person may speak during court hearings before Judge Cox. Conference call number - 888-684-8852; access code 1644086. Mailed notice (np, ) (Entered: 01/11/2019) |
| 01/11/2019 | 1542 | ATTORNEY Appearance for Plaintiff Alex Lee, Inc. by Jonathan Eric Grossman (Grossman, Jonathan) (Entered: 01/11/2019) |
| 01/14/2019 | 1543 | MINUTE entry before the Honorable Susan E. Cox: In light of the recent reassignment of this case to Judge Cox, all hearing dates set by the previous Magistrate Judge are hereby stricken. Mailed notice (np, ) (Entered: 01/14/2019) |
| 01/15/2019 | 1544 | NOTICE by Jonathan M Jagher of Change of Address (Jagher, Jonathan) (Entered: 01/15/2019) |
| 01/15/2019 | 1545 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15375245. (Shapiro, Jay) (Entered: 01/15/2019) |
| 01/15/2019 | 1546 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15375459. (Corbett, Abigail) (Entered: 01/15/2019) |
| 01/15/2019 | 1547 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15375495. (Patmore, Samuel) (Entered: 01/15/2019) |
| 01/15/2019 | 1548 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15375526. (Canino, Carlos) (Entered: 01/15/2019) |
| 01/15/2019 | 1549 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1548 is granted; Attorney Carlos Juan Canino for Quirch Foods, LLC, f/k/a Quirch Foods Co. added. Mailed notice (srn, ) (Entered: 01/15/2019) |
| 01/15/2019 | 1550 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1547 is granted; Attorney Samuel Olds Patmore for Quirch Foods, LLC, f/k/a Quirch Foods Co. added. Mailed notice (srn, ) (Entered: 01/15/2019) |
| 01/15/2019 | 1551 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1546 is granted; Attorney Abigail Grieco Corbett for Quirch Foods, LLC, f/k/a Quirch Foods Co. added. Mailed notice (srn, ) (Entered: 01/15/2019) |
| 01/15/2019 | 1552 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1545 is granted; Attorney Jay Brian Shapiro for Quirch Foods, LLC, |

f/k/a Quality Foods Co. added. Mailed notice(srn, ) (Entered: 01/15/2019)

| | | |
|---|---|---|
| 01/15/2019 | 1553 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for leave to file *and Motion for Leave to File an Amended Pleading and For Permission to File Under Seal* (Attachments: # 1 Exhibit A: Public Version of the CIPPs' Proposed Sixth Amended Consolidated Class Action Complaint, # 2 Certificate of Service)(Doyle, Thomas) (Entered: 01/15/2019) |
| 01/15/2019 | 1554 | NOTICE of Motion by Thomas Arthur Doyle for presentment of motion for leave to file, 1553 before Honorable Thomas M. Durkin on 1/31/2019 at 09:00 AM. (Doyle, Thomas) (Entered: 01/15/2019) |
| 01/15/2019 | 1555 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Instanter, their Fourth Amended and Consolidated Class Action Complaint, Nunc Pro Tunc to January 15, 2019* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hart, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1556 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file 1555 before Honorable Thomas M. Durkin on 1/31/2019 at 09:00 AM. (Hart, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1557 | MOTION by Plaintiff Maplevale Farms, Inc. to seal document MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Instanter, their Fourth Amended and Consolidated Class Action Complaint, Nunc Pro Tunc to January 15, 2019* 1555 *for Leave to File Exhibits Under Seal to Their Motion for Leave to File Instanter their Fourth Amended and Consolidated Class Action Complaint* (Hart, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1558 | NOTICE of Motion by Steven Alan Hart for presentment of motion to seal document, 1557 before Honorable Thomas M. Durkin on 1/31/2019 at 09:00 AM. (Hart, Steven) (Entered: 01/15/2019) |
| 01/15/2019 | 1559 | MOTION by Plaintiff End-User Consumer Plaintiffs to amend/correct order 1230 *Motion to Amend Scheduling Order No. 6* (Scarlett, Shana) (Entered: 01/15/2019) |
| 01/15/2019 | 1560 | NOTICE of Motion by Shana Scarlett for presentment of motion to amend/correct 1559 before Honorable Thomas M. Durkin on 1/31/2019 at 09:00 AM. (Scarlett, Shana) (Entered: 01/15/2019) |
| 01/16/2019 | 1561 | ORDER Granting END-USER Consumer Plaintiffs' Motion to Amend Scheduling Order No. 6. Plaintiff's motion to amend/correct 1559 is granted. Upon the Court's resolution of Defendant Agri Stats, Inc's Motion to Dismiss (ECF No. 805), End-User Consumer Plaintiffs will have 60 days to file an amended Complaint. Signed by the Honorable Thomas M. Durkin on 1/16/2019:Mailed notice(srn, ) (Entered: 01/16/2019) |
| 01/17/2019 | 1562 | MINUTE entry before the Honorable Thomas M. Durkin:Commercial and Institutional Indirect Purchaser Plaintiff's motion for leave to file an amended pleading and for permission to file under seal 1553 is granted. Direct Purchaser Plaintiffs' motion for leave to file instanter their fourth amended and consolidated class action complaint nunc pro tunc to January 15, 2019 1555 is granted. Direct Purchaser Plaintiffs' motion for leave to file exhibits under seal to their motion for leave to file instanter their fourth amended and consolidated class action complaint 1557 is granted. No appearance is required on 1/31/2019. Mailed notice (srn, ) (Entered: 01/17/2019) |
| 01/17/2019 | 1563 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Exhibit A to Direct Purchaser Plaintiffs' Motion for Leave to File Instanter Their Fourth Amended* |

| | | |
|---|---|---|
| | | *and Consolidated Class Action Complaint, Nunc Pro Tunc to January 15, 2019 (Unredacted Version) (Dkt. #1555) (Filed Under Seal)* (Hart, Steven) (Entered: 01/17/2019) |
| 01/17/2019 | 1564 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Exhibit B to Direct Purchaser Plaintiffs' Motion for Leave to File Instanter Their Fourth Amended and Consolidated Class Action Complaint, Nunc Pro Tunc to January 15, 2019 (Unredacted Version) (Dkt. #1555) (Filed Under Seal)* (Hart, Steven) (Entered: 01/17/2019) |
| 01/17/2019 | 1565 | *Direct Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint (Redacted Version)* AMENDED complaint by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. against All Defendants (Hart, Steven) (Entered: 01/17/2019) |
| 01/17/2019 | 1566 | SEALED DOCUMENT by Plaintiffs Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. *Direct Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint (Unredacted Version) (Dkt. #1565) (Filed Under Seal)* (Hart, Steven) (Entered: 01/17/2019) |
| 01/17/2019 | 1567 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15386468. (Haff, Nicole) (Entered: 01/17/2019) |
| 01/17/2019 | 1568 | AMENDED complaint by Commercial and Institutional Indirect Purchaser Plaintiffs against All Defendants *and Commercial & Institutional Indirect Purchaser Plaintiffs Sixth Amended Consolidated Class Action Complaint (PUBLIC VERSION)* (Doyle, Thomas) (Entered: 01/17/2019) |
| 01/17/2019 | 1569 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *and Commercial & Institutional Indirect Purchaser Plaintiffs Sixth Amended Consolidated Class Action Complaint (UNDER SEAL VERSION)* (Doyle, Thomas) (Entered: 01/17/2019) |
| 01/17/2019 | 1570 | MOTION by Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to amend/correct order 1230 *Motion to Amend Scheduling Order No. 6* (Mahan, Carrie) (Entered: 01/17/2019) |
| 01/17/2019 | 1571 | NOTICE of Motion by Carrie C. Mahan for presentment of motion to amend/correct,,,, 1570 before Honorable Thomas M. Durkin on 2/1/2019 at 09:15 AM. (Mahan, Carrie) (Entered: 01/17/2019) |

| 01/17/2019 | 1572 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1567 is granted; Attorney Nicole Haff for Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc.,and Mar-Jac Poultry, LLC added. Mailed notice (srn, ) (Entered: 01/17/2019) |
|---|---|---|
| 01/17/2019 | 1573 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Jacob Michael Saufley *and for Direct Purchaser Plaintiffs* (Saufley, Jacob) (Entered: 01/17/2019) |
| 01/17/2019 | 1574 | ORDER granting defendants' motion to amend scheduling order #6. Defendants' motion to amend scheduling order #6 1570 is granted. No appearance is required on 2/1/2019. Signed by the Honorable Thomas M. Durkin on 1/17/2019:Mailed notice(srn, ) (Entered: 01/17/2019) |
| 01/18/2019 | 1575 | STIPULATION *and [Proposed] Order Concerning Waiver of Service* (Dacus, Stephen) (Entered: 01/18/2019) |
| 01/18/2019 | 1576 | MINUTE entry before the Honorable Thomas M. Durkin:The Court hereby adopts the parties' stipulation 1575 .Mailed notice (srn, ) (Entered: 01/18/2019) |
| 01/18/2019 | 1577 | NOTICE by Jeffrey J. Corrigan of Change of Address *with Certificate of Service* (Corrigan, Jeffrey) (Entered: 01/18/2019) |
| 01/18/2019 | | SUMMONS Issued as to Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (jn, ) (Entered: 01/18/2019) |
| 01/18/2019 | 1578 | SUMMONS Issued as to Defendant The Amick Company, Inc. (tt, ) (Entered: 01/18/2019) |
| 01/22/2019 | 1579 | ORDER: The Clerk is directed to place documents 1568 , 1553 , 1397 , and 1396 under seal at the request of plaintiff's counsel. Leave is granted to file a public redacted version. Signed by the Honorable Thomas M. Durkin on 1/22/2019. Mailed notice (tt, ) (Entered: 01/22/2019) |
| 01/23/2019 | 1580 | MINUTE entry before the Honorable Thomas M. Durkin:By agreement of the parties, plaintiff's motion for preliminary approval of settlement, 1533 is reset for 2/13/2019 at 09:00 AM. The 1/31/2019 notice motion date is vacated.Mailed notice (srn, ) (Entered: 01/23/2019) |
| 01/23/2019 | 1581 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15405264. (Goldsmith, Jerry) (Entered: 01/23/2019) |
| 01/23/2019 | 1582 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15405395. (Drescher, Ilana) (Entered: 01/23/2019) |
| 01/23/2019 | 1583 | ATTORNEY Appearance for Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs by Kara Anne Elgersma (Elgersma, Kara) (Entered: 01/23/2019) |
| 01/23/2019 | 1584 | REPLY by Movant Porky Products, Inc. to motion to amend/correct 1436 , amended document, 1438 *Reply in Further Support of Motion of Non-Party Porky Products, Inc. to Quash Subpoenas (Redacted Version) (Motion to File Unredacted Version Under Seal Pending)* (Attachments: # 1 Declaration Declaration of Jordan D. Weinreich, # 2 Exhibit Exhibit A to Declaration, # 3 Exhibit Exhibit B to Declaration, # 4 Exhibit Exhibit C to Declaration)(Kruse, Shermin) (Entered: 01/23/2019) |

| 01/23/2019 | 1585 | AMENDED complaint by Commercial and Institutional Indirect Purchaser Plaintiffs against All Defendants *and Commercial & Institutional Indirect Purchaser Plaintiffs Fifth Amended Consolidated Class Action Complaint -- CORRECTED PUBLIC VERSION -- this relates to the document filed under seal as ECF 1404* (Doyle, Thomas) (Entered: 01/23/2019) |
|---|---|---|
| 01/23/2019 | 1586 | AMENDED complaint by Commercial and Institutional Indirect Purchaser Plaintiffs against All Defendants *and Commercial & Institutional Indirect Purchaser Plaintiffs' Sixth Amended Consildated Class Action Complaint -- CORRECTED PUBLIC VERSION -- this relates to the document filed under seal as ECF 1569* (Doyle, Thomas) (Entered: 01/23/2019) |
| 01/23/2019 | | SUMMONS Issued as to Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., The Amick Company, Inc. (jjr, ) (Entered: 01/23/2019) |
| 01/23/2019 | 1587 | MOTION by Movant Porky Products, Inc. for leave to file *Motion of Non-Party Porky Products, Inc. to File Motion to Quash Reply Brief (Dkt # 1584) Under Seal* (Kruse, Shermin) (Entered: 01/23/2019) |
| 01/23/2019 | 1588 | *Notice of Motion of Non-Party Porky Products, Inc. to File Motion to Quash Reply Brief Under Seal (Dkt. #1584)* NOTICE of Motion by Shermin Kruse for presentment of motion for leave to file 1587 before Honorable Susan E. Cox on 2/6/2019 at 09:30 AM. (Kruse, Shermin) (Entered: 01/23/2019) |
| 01/25/2019 | 1589 | ORDER: The Clerk's Office is directed to provide Special Master, Maura R. Grossman, with access to any and all sealed entries on the docket. Signed by the Honorable Susan E. Cox on 1/25/2019. Mailed notice (tt, ) (Entered: 01/25/2019) |
| 01/25/2019 | 1590 | ATTORNEY Appearance for Plaintiff Quirch Foods, LLC, f/k/a Quirch Foods Co. by Marvin Alan Miller (Miller, Marvin) (Entered: 01/25/2019) |
| 01/25/2019 | 1591 | ATTORNEY Appearance for Plaintiff Quirch Foods, LLC, f/k/a Quirch Foods Co. by Matthew E Van Tine (Van Tine, Matthew) (Entered: 01/25/2019) |
| 01/25/2019 | 1592 | ATTORNEY Appearance for Plaintiff Quirch Foods, LLC, f/k/a Quirch Foods Co. by Andrew Szot (Szot, Andrew) (Entered: 01/25/2019) |
| 01/25/2019 | 1593 | MOTION by Plaintiff Darden Restaurants, Inc. to reassign case (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 01/25/2019) |
| 01/25/2019 | 1594 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 1593 before Honorable Thomas M. Durkin on 2/1/2019 at 09:00 AM. (Campbell, Terence) (Entered: 01/25/2019) |
| 01/28/2019 | 1595 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Darden Restaurant's motion to reassign case based on relatedness 1593 is granted. This Court will recommend to the Executive Committee that case 19 C 530, currently pending before Judge Shah, be reassigned to this Court's calendar as related to this action. No appearance required on 2/1/2019. Mailed notice (srn, ) (Entered: 01/28/2019) |
| 01/28/2019 | 1596 | MINUTE entry before the Honorable Susan E. Cox: Motion of Non-Party Porky Products, Inc. to file motion to quash reply brief under seal 1587 is granted. No appearance required on the motion. Mailed notice (np, ) (Entered: 01/28/2019) |
| 01/29/2019 | 1597 | MOTION by Movant Porky Products, Inc. to seal document reply, 1584 *Reply in Further Support of Motion of Non-Party Porky Products, Inc. to Quash* |

| | | |
|---|---|---|
| | | *Subpoenas [Unredacted Version Dkt. # 1384 Filed Under Seal]* ) (Kruse, Shermin) Modified on 1/29/2019 (mma, ). (Entered: 01/29/2019) |
| 02/04/2019 | 1598 | SCHEDULING ORDER NO. 10: In accordance with the agreed proposal from the parties, the Court hereby enters this Scheduling Order No. 10. Signed by the Honorable Thomas M. Durkin on 2/4/2019. Mailed notice (tt, ) (Entered: 02/04/2019) |
| 02/04/2019 | 1599 | MOTION by Plaintiff Sherwood Food Distributors, LLC to reassign case (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 02/04/2019) |
| 02/04/2019 | 1600 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 1599 before Honorable Thomas M. Durkin on 2/7/2019 at 09:00 AM. (Campbell, Terence) (Entered: 02/04/2019) |
| 02/04/2019 | 1601 | EXECUTIVE COMMITTEE ORDER: It appearing that 16 CV 8637, Maple Farms, Inc. v. Koch Foods, Inc. et al., is currently referred to Magistrate Judge Susan E. Cox; and It further appearing that Magistrate Judge Jeffrey T. Gilbert has agreed to be reassigned 16 CV 8637, Maple Farms, Inc. v. Koch Foods, Inc. et al; therefore It is hereby ordered that 16 CV 8637, Maple Farms, Inc. v. Koch Foods, Inc. et al., is to be reassigned to Judge Gilbert pursuant to IOP 13(d). It is further ordered that 16 CV 8637, Maple Farms, Inc. v. Koch Foods, Inc. et al., be referred to Magistrate Judge Gilbert. Case referred to the Honorable Jeffrey T. Gilbert. Signed by Executive Committee on 2/4/2019.(pk, ) (Entered: 02/04/2019) |
| 02/04/2019 | 1602 | MOTION by Plaintiffs Hooters of America, LLC, Hooters of America, LLC to reassign case (Attachments: # 1 Exhibit 1 - Complaint & Demand for Jury Trial) (Gore, Kristin) (Entered: 02/04/2019) |
| 02/04/2019 | 1603 | NOTICE of Motion by Kristin Alexandra Gore for presentment of motion to reassign case 1602 before Honorable Thomas M. Durkin on 2/11/2019 at 09:00 AM. (Gore, Kristin) (Entered: 02/04/2019) |
| 02/04/2019 | 1604 | MOTION by Plaintiffs Associated Grocers, Inc., Brookshire Grocery Company, Schnuck Markets, Inc. to reassign case *1:19-cv-00638* (Grossman, Jonathan) (Entered: 02/04/2019) |
| 02/04/2019 | 1605 | MINUTE entry before the Honorable Jeffrey T. Gilbert: This case having been reassigned to Magistrate Judge Gilbert 1601 , Judge Gilbert would like to convene on 2/14/19 at 11:00 a.m. the telephone conference that previously was scheduled for 1/14/19 at 11:00 a.m. 1321 but subsequently stricken 1543 , provided 2/14/19 at 11:00 a.m. works for liaison counsel in light of their deposition and other schedules. The Court intends this conference to be with liaison counsel only (unless there is a particular reason for other counsel to dial-in to the call) and to last no more than one hour. The purpose of this telephone conference is the same as the telephone conference previously scheduled for 1/14/19, namely, to discuss when the next in-person status hearing should be held in this case and to identify issues that might be addressed productively at the next status hearing. No written submissions are required before the 2/14/19 telephone conference. Liaison counsel shall email the Court's courtroom deputy, Brenda Rinozzi, concerning their availability for a telephone conference on 2/14/19 by noon on Thursday, 2/7/19. If the date and time suggested by the Court does not work for liaison counsel, then they should suggest alternative dates in their email. Ms. Rinozzi will circulate a call-in number and pass code for the telephone conference once it is confirmed. Mailed notice (ber, ) (Entered: 02/04/2019) |

| 02/04/2019 | 1606 | NOTICE of Motion by Jonathan Eric Grossman for presentment of motion to reassign case 1604 before Honorable Thomas M. Durkin on 2/11/2019 at 09:00 AM. (Grossman, Jonathan) (Entered: 02/04/2019) |
|---|---|---|
| 02/05/2019 | 1607 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs Sherwood Food Distributors, LLC, Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC's motion to reassign case based on relatedness 1599 is granted. This Court will recommend to the Executive Committee that case 19 C 354 pending before Judge Feinerman be reassigned to this Court's calendar as related to this action. No appearance is required on 2/7/2019. Mailed notice (srn, ) (Entered: 02/05/2019) |
| 02/05/2019 | 1608 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Hooters of America LLC's motion to reassign case based on relatedness 1602 is granted. This Court will recommend to the Executive Committee that case 19 C 390 pending before Judge Shah be reassigned to this Court's calendar as related to this action. No appearance is required on 2/11/2019. Mailed notice (srn, ) (Entered: 02/05/2019) |
| 02/05/2019 | 1609 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs Associated Grocers, Inc., Brookshire Grocery Co., and Schnuck Markets, Inc.'s unopposed motion to reassign case based on relatedness 1604 is granted. This Court will recommend to the Executive Committee that case 19 C 638 pending before Judge Shah be reassigned to this Court's calendar as related to this action. No appearance is required on 2/11/2019. Mailed notice (srn, ) (Entered: 02/05/2019) |
| 02/05/2019 | 1610 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1581 is granted; Attorney Jerry R. Goldsmith for Shamrock Foods Co., and United Food Service added.Mailed notice (srn, ) (Entered: 02/05/2019) |
| 02/05/2019 | 1611 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 1582 is granted; Attorney Ilana Drescher for Shamrock Foods Co., and United Food Service added.Mailed notice (srn, ) (Entered: 02/05/2019) |
| 02/05/2019 | 1612 | NOTICE by Commercial and Institutional Indirect Purchaser Plaintiffs *and Notice of Filing of Proofs of Service of Summons and Pleading* (Attachments: # 1 Exhibit Proof of Service for DEFENDANT AGRI STATS INC, # 2 Exhibit Proof of Service for DEFENDANT THE AMICK COMPANY INC, # 3 Exhibit Proof of Service for DEFENDANT AMICK FARMS LLC, # 4 Exhibit Proof of Service for DEFENDANT AMICK OSI BROILERS LLC, # 5 Exhibit Proof of Service for DEFENDANT AMICK OSI PROCESSING INC, # 6 Exhibit Proof of Service for DEFENDANT CASE FARMS LLC, # 7 Exhibit Proof of Service for DEFENDANT CASE FARMS PROCESSING INC, # 8 Exhibit Proof of Service for DEFENDANT CASE FOODS INC, # 9 Certificate of Service)(Doyle, Thomas) (Entered: 02/05/2019) |
| 02/05/2019 | 1613 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Schnuck Markets, Inc. (Grossman, Jonathan) (Entered: 02/05/2019) |
| 02/05/2019 | 1614 | ATTORNEY Appearance for Plaintiff Hooters of America, LLC by Sarah Cortvriend (Cortvriend, Sarah) (Entered: 02/05/2019) |
| 02/05/2019 | 1615 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Maplevale Farms, Inc. as to Case Farms, LLC on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |

| 02/05/2019 | 1616 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. as to Case Farms Processing, Inc. on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |
|---|---|---|
| 02/05/2019 | 1617 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. as to Case Foods, Inc. on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |
| 02/05/2019 | 1618 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. as to The Amick Company, Inc. on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |
| 02/05/2019 | 1619 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. as to Amick Farms, LLC on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |
| 02/05/2019 | 1620 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. as to Amick-OSI Broilers, LLC on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |
| 02/05/2019 | 1621 | SUMMONS Returned Executed by John Gross and Company, Inc., Cedar Farms Co., Inc., Joe Christiana Food Distributors, Inc., Ferraro Foods, Inc., Ferraro Foods of North Carolina, LLC, Barters International LLC, Maplevale Farms, Inc. as to Amick-OSI Processing, LLC on 1/24/2019, answer due 2/14/2019. (Bruckner, W.) (Entered: 02/05/2019) |
| 02/05/2019 | 1622 | STIPULATION *AND PROPOSED ORDER REGARDING AMICK FARMS DEFENDANTS* (Hart, Steven) (Entered: 02/05/2019) |
| 02/05/2019 | 1623 | ATTORNEY Appearance for Defendants Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC by Steven Howard Gistenson (Gistenson, Steven) (Entered: 02/05/2019) |
| 02/05/2019 | 1624 | ATTORNEY Appearance for Defendants Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC by Cody D. Rockey (Rockey, Cody) (Entered: 02/05/2019) |
| 02/05/2019 | 1625 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Brookshire Grocery Company (Grossman, Jonathan) (Entered: 02/05/2019) |
| 02/06/2019 | 1626 | ATTORNEY Appearance for Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Fargo Stopping Center LLC by Michelle Perkovic (Perkovic, Michelle) (Entered: 02/06/2019) |
| 02/06/2019 | 1627 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Liaison counsel confirmed their availability for the telephone conference set for 2/14/19 at 11:00 a.m. 1605 . Accordingly, the telephone conference will proceed on that date. Mailed notice (ber, ) (Entered: 02/06/2019) |

| 02/06/2019 | 1628 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Associated Grocers, Inc. (Grossman, Jonathan) (Entered: 02/06/2019) |
| 02/06/2019 | 1629 | STIPULATION and Order regarding Amick Farms defendants discovery obligations. Signed by the Honorable Thomas M. Durkin on 2/6/2019. Mailed notice (tt, ) (Entered: 02/06/2019) |
| 02/08/2019 | 1630 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Joseph Benjamin Tyson, III (Tyson, Joseph) (Entered: 02/08/2019) |
| 02/11/2019 | 1631 | NOTICE by Daniel E. Antalics of Change of Address (Antalics, Daniel) (Entered: 02/11/2019) |
| 02/11/2019 | 1632 | MINUTE entry before the Honorable Thomas M. Durkin:Any party that would like to participate telephonically at the 2/13/2019 9:00 a.m. motion hearing should call 1-877-402-9757, access code 4410831, promptly at 9:00 a.m. Mailed notice (srn, ) (Entered: 02/11/2019) |
| 02/11/2019 | 1633 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *and CLASS PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS CLAIMED TO BE PRIVILEGED AND TO REOPEN DEPOSITIONS OF JOSEPH GRENDYS AND LANCE BUCKERT* (Attachments: # 1 Declaration Declaration of Joshua Rissman, # 2 Exhibit Exhibit 1 to Rissman Declaration, # 3 Exhibit Exhibit 2 to Rissman Declaration, # 4 Exhibit Exhibit 3 to Rissman Declaration, # 5 Exhibit Exhibit 4 to Rissman Declaration, # 6 Exhibit Exhibit 5 to Rissman Declaration, # 7 Exhibit Exhibit 6 to Rissman Declaration, # 8 Exhibit Exhibit 7 to Rissman Declaration)(Doyle, Thomas) (Entered: 02/11/2019) |
| 02/11/2019 | 1634 | *Notice of Motion for Class Plaintiffs' Motion to Compel Production of Documents Claimed to be Privileged and to Reopen Depositions of Joseph Grendys and Lance Buckert* NOTICE of Motion by Thomas Arthur Doyle for presentment of before Honorable Jeffrey T. Gilbert on 2/19/2019 at 09:15 AM. (Doyle, Thomas) (Entered: 02/11/2019) |
| 02/11/2019 | 1635 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Associated Grocers of the South, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |
| 02/11/2019 | 1636 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by BJ's Wholesale Club, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |
| 02/11/2019 | 1637 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Jetro Holdings LLC)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |
| 02/11/2019 | 1638 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |
| 02/11/2019 | 1639 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Sysco Corporation)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |
| 02/11/2019 | 1640 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by United Supermarkets, LLC, et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |

| 02/11/2019 | 1641 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by US Foods, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/11/2019) |
| 02/12/2019 | 1642 | NOTICE by Nicholas A Gravante, Jr of Change of Address (Gravante, Nicholas) (Entered: 02/12/2019) |
| 02/12/2019 | 1643 | ATTORNEY Appearance for Plaintiffs BJ's Wholesale Club Inc., Darden Restaurants, Inc., Maximum Quality Foods, Inc., Sherwood Food Distributors, LLC by Philip J. Iovieno (Iovieno, Philip) (Entered: 02/12/2019) |
| 02/12/2019 | 1644 | ATTORNEY Appearance for Plaintiffs BJ's Wholesale Club Inc., Darden Restaurants, Inc., Maximum Quality Foods, Inc., Sherwood Food Distributors, LLC by Nicholas A Gravante, Jr (Gravante, Nicholas) (Entered: 02/12/2019) |
| 02/12/2019 | 1645 | ATTORNEY Appearance for Plaintiffs BJ's Wholesale Club Inc., Darden Restaurants, Inc., Maximum Quality Foods, Inc., Sherwood Food Distributors, LLC by Anne M. Nardacci (Nardacci, Anne) (Entered: 02/12/2019) |
| 02/12/2019 | 1646 | ATTORNEY Appearance for Plaintiffs BJ's Wholesale Club Inc., Darden Restaurants, Inc., Maximum Quality Foods, Inc., Sherwood Food Distributors, LLC by Mark A. Singer (Singer, Mark) (Entered: 02/12/2019) |
| 02/12/2019 | 1647 | MINUTE entry before the Honorable Thomas M. Durkin:Counsel participating telephonically in the 2/13/19 hearing who wish to be noted of record shall identify themselves to liaison counsel. At the conclusion of the hearing, liaison counsel shall promptly send that information to the official court reporter laura_renke@ilnd.uscourts.gov.Mailed notice (srn, ) (Entered: 02/12/2019) |
| 02/12/2019 | 1648 | STIPULATION *REGARDING CASE FARMS DEFENDANTS DISCOVERY OBLIGATIONS* (Hart, Steven) (Entered: 02/12/2019) |
| 02/13/2019 | 1649 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion for preliminary approval of settlement with Fieldale Farms Corp. and for conditional certification of the proposed settlement class 1533 is granted. Counsel is to submit a proposed agreed order to Judge Durkin's e-filing in-box. Motion hearing held on 2/13/2019. Mailed notice (srn, ) (Entered: 02/13/2019) |
| 02/13/2019 | 1650 | STIPULATION *CORRECTED STIPULATION AND [PROPOSED] ORDER REGARDING CASE FARMS DEFENDANTS DISCOVERY OBLIGATIONS* (Hart, Steven) (Entered: 02/13/2019) |
| 02/14/2019 | 1651 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 02/14/2019) |
| 02/14/2019 | 1652 | STIPULATION AND ORDER Regarding Case Farms Defendants Discovery Obligations. Signed by the Honorable Thomas M. Durkin on 2/14/2019:Mailed notice(srn, ) (Entered: 02/14/2019) |
| 02/14/2019 | 1653 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Sysco Corporation), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1654 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By US Foods, Inc.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1655 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By BJ's Wholesale Club, Inc.), Filed* by Peco Foods, Inc. |

| 02/14/2019 | 1656 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Jetro Holdings, LLC), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
|---|---|---|
| 02/14/2019 | 1657 | ATTORNEY Appearance for Defendants Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, The Amick Company, Inc. by Dante Andreas Stella (Stella, Dante) (Entered: 02/14/2019) |
| 02/14/2019 | 1658 | ATTORNEY Appearance for Defendants Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, The Amick Company, Inc. by Howard Bruce Iwrey (Iwrey, Howard) (Entered: 02/14/2019) |
| 02/14/2019 | 1659 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Howard Samuels), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1660 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Maximum Quality Foods, Inc.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1661 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Affiliated Foods, Inc.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1662 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Action Meat Distributors, Inc.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1663 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Shamrock Foods Co. et al.), Filed* by Peco Foods, Inc. (Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1664 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Ahold Delhaize USA, Inc.), Filed* by Peco Foods, Inc. (Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1665 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By United Supermarkets, LLC, et al.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1666 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By The Kroger Co., et al.), Filed* by Peco Foods, Inc. (Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1667 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Associated Growers of the South, Inc., et al.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1668 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Winn-Dixie Stores, Inc., et al.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1669 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Associated Wholesale Grocers, Inc.), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/14/2019) |
| 02/14/2019 | 1670 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By W. Lee Flowers & Company, Inc.), Filed* by Peco |

| 02/14/2019 | 1671 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Action Meat Distributors, Inc., et al.* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1672 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Affiliated Foods, Inc., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1673 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Ahold Delhaize USA, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1674 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Associated Grocers of the South, Inc., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1675 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Associated Wholesale Grocers, Inc.)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1676 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by BJ's Wholesale Club, Inc., et al.)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1677 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1678 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Jetro Holdings, LLC)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1679 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by The Kroger Co., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1680 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Maximum Quality Foods, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1681 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Shamrock Foods Company, et al.)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1682 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Sysco Corporation)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1683 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by United Supermarkets, LLC, et al.)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1684 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by US Foods, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/14/2019) |
| 02/14/2019 | 1685 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by W. Lee Flowers & Company, Inc.)* by Mar-Jac Poultry, Inc. |

| 02/14/2019 | 1832 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephonic status hearing held on 2/14/19. A continued telephonic hearing with liaison counsel primarily but also open to counsel for other parties who wish to attend is set for 4/5/19 at 10:30 a.m. CST. Counsel and the Court will use the same call-in number and access code that was used for today's hearing for the continued call. If at all possible, the Court would prefer that participants in the telephone conference use a land-line instead of a cell phone. Counsel participating in the 2/14/19 telephone conference who wish to be noted of record shall identify themselves to liaison counsel. Liaison counsel shall promptly send that information to the official court reporter nancy_bistancy@ilnd.uscourts.gov. For the reasons stated on the record, Porky Products, Inc.'s Amended Motion to Quash Subpoenas 1436 and Defendants' Omnibus Motion to compel Production of Documents Regarding Benchmarking Services and Trade Associations 1510 are held in abeyance pending further discussion between the parties and the filing by 2/28/19 of a stipulation and report concerning those discussions which states, among other things, whether the Court needs to rule on those motions (and if so, what aspect(s) of the motions). If supplemental briefing is required as a result of the parties' further discussions, the parties' report or stipulation should address that subject as well and propose dates for same. The Court sets the following agreed briefing schedule on Class Plaintiffs' Motion to Compel Production of Documents Claimed to be Privileged and to Reopen Depositions of Joseph Grendys and Lance Buckert 1633 : Koch Foods Defendants shall respond by 3/4/19. Class Plaintiffs shall reply by 3/13/19. The Court will rule via the CM/ECF system or set the motion for in-court hearing and ruling. By 2/25/19 counsel shall confer and file a joint document that contains the parties' respective positions regarding the number and length of Rule 30(b)(6) depositions further to the discussion held on the record today. Plaintiffs will file a motion with respect to the number of depositions to be permitted of larger Defendants by 2/22/19. The affected Defendants shall respond by 3/8/19. Reply by 3/14/19. The Court will rule via the CM/ECF system or set the motion for in-court hearing and ruling. Mailed notice (ber, ) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1686 | ANSWER to Complaint with Jury Demand *to the Action Meat Plaintiffs'* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1687 | ANSWER to Complaint with Jury Demand *to the Affiliated Foods Plaintiffs'* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1688 | ANSWER to Complaint with Jury Demand *to Ahold Delhaize USA, Inc.* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1689 | ANSWER to Complaint with Jury Demand *to the Associated Grocers of the South, Inc.* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1690 | ANSWER to Complaint with Jury Demand *to Associated Wholesale Grocers, Inc.* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1691 | ANSWER to Complaint with Jury Demand *to Plaintiff BJ's Wholesale Club, Inc.* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1692 | ANSWER to Complaint with Jury Demand *of AFFILIATED FOODS, INC. et al* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |

| 02/15/2019 | 1693 | ANSWER to Complaint with Jury Demand *to Howard Samuels* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1694 | ANSWER to Complaint with Jury Demand *to Plaintiff Jetro Holdings, LLC* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1695 | ANSWER to Complaint with Jury Demand *to Shamrock Foods Company* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1696 | ANSWER to Complaint with Jury Demand *to Plaintiff Sysco Corporation* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1697 | ANSWER to Complaint with Jury Demand *to the Kroger Co. Plaintiffs* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1698 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Affiliated Foods Plaintiffs)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1699 | ANSWER to Complaint with Jury Demand *to the United Supermarkets, LLC Plaintiffs* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1700 | ANSWER to Complaint with Jury Demand *to Plaintiff US Foods, Inc.* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1701 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Winn-Dixie Stores and Bi-Lo Holdings)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1702 | ANSWER to Complaint with Jury Demand *to Plaintiff W. Lee Flowers & Company, Inc.* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1703 | ANSWER to Complaint with Jury Demand *to Winn-Dixie Plaintiffs* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/15/2019) |
| 02/15/2019 | 1704 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Sysco Corporation)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1705 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of US Foods)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1706 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Action Meat Distributors Plaintiffs)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1707 | ANSWER to Complaint with Jury Demand *of ACTION MEAT DISTRIBUTORS, et al* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1708 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Wholesale Grocers)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1709 | *Simmons Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by W. Lee Flowers & Company, Inc.)* by Simmons Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |

| 02/15/2019 | 1710 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Jetro Holdings)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1711 | *Simmons Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of Affiliated Foods, Inc. et al.)* by Simmons Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1712 | ANSWER to Complaint with Jury Demand *of ASSOCIATED WHOLESALE GROCERS, INC., et al* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1713 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of The Kroger Co., Hy-Vee and Albertsons Companies)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1714 | ANSWER to Complaint with Jury Demand *of WINN DIXIE STORES, INC., et al* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1715 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Ahold Delhaize USA)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1716 | *Simmons Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al.)* by Simmons Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1717 | ANSWER to Complaint with Jury Demand *of HOWARD SAMUELS PLAINTIFFS* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1718 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Grocers of the South Plaintiffs)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1719 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of W. Lee Flowers & Company)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1720 | ANSWER to Complaint with Jury Demand *of AHOLD DELHAIZE USA, INC.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1721 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of BJ's Wholesale Club)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1722 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Maximum Quality Foods)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1723 | ANSWER to Complaint *of Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1724 | ANSWER to Complaint with Jury Demand *of BJs WHOLESALE* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |

| 02/15/2019 | 1725 | ANSWER to Complaint with Jury Demand (*Answer to Complaint of United Supermarkets, Krispy Krunchy Foods and Cheney Bros.*) by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1726 | ANSWER to Complaint *of W. Lee Flowers & Co., Inc.* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1727 | ANSWER to Complaint with Jury Demand (*Answer to Complaint of Shamrock Foods Company and United Food Service*) by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1728 | *Simmons Foods, Inc.'s* ANSWER to Complaint with Jury Demand (*Answer to Complaint of Action Meat Distributors, Inc., et al.*) by Simmons Foods, Inc. (Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1729 | ANSWER to Complaint with Jury Demand *of ASSOCIATED GROCERS OF THE SOUTH PLAINTIFFS* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1730 | ANSWER to Complaint *of Howard Samuels* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1731 | ANSWER to Complaint with Jury Demand *of JETRO HOLDINGS, LLC* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1732 | ANSWER to Complaint with Jury Demand (*Answer to Complaint of Howard Samuels as Trustee in Bankruptcy for Central Grocers Plaintiffs*) by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1733 | ANSWER to Complaint *of Affiliated Foods, Inc., Alex Lee, Inc., Merchants Distributors, LLC, Associated Grocers of New England, Inc., Big Y Foods, Inc., Fareway Stores, Inc., Piggly Wiggly Alabama Distributing Co., Inc., and Woodmans Food Market, Inc.* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1734 | ANSWER to Complaint with Jury Demand *of THE KROGER CO., et al* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1735 | ANSWER to Complaint *of Action Meat Distributors, Inc., Associated Food Stores, Inc., Bashas Inc., Certco, Inc., DiCarlo Distributors, Inc., Ira Higdon Grocery Company, Inc. Nicholas & Co., Inc., Pacific Agri-Products, Inc., Pacific Food Distributors, Inc., Troyer Foods, Inc., URM Stores, Inc., and Weinstein Wholesale Meats, Inc.* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1736 | ANSWER to Complaint with Jury Demand *of SYSCO CORPORATION* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1737 | ANSWER to Complaint *of the Sysco Corporation* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1738 | ANSWER to Complaint with Jury Demand *of US FOODS, INC.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |

| 02/15/2019 | 1739 | ANSWER to Complaint *of US Foods, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
|---|---|---|
| 02/15/2019 | 1740 | ANSWER to Complaint *of Associated Wholesale Grocers, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1741 | ANSWER to Complaint with Jury Demand *of W. LEE FLOWERS & COMPANY, INC.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1742 | ANSWER to Complaint *of Jetro Holdings, LLC* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1743 | ANSWER to Complaint *of The Kroger Co., et al.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1744 | ANSWER to Complaint *of Associated Grocers of the South, Inc., et al.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1745 | ANSWER to Complaint *of Ahold Delhaize USA, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1746 | ANSWER to Complaint *of BJ's Wholesale Club, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1747 | ANSWER to Complaint *of Maximum Quality Foods, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1748 | ANSWER to Complaint *of United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Brothers, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1749 | ANSWER to Complaint *of Shamrock Foods Company and United Food Service, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/15/2019) |
| 02/15/2019 | 1750 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants Answer to the Kroger Plaintiffs Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
| 02/15/2019 | 1751 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants Answer to Shamrock Plaintiffs Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
| 02/15/2019 | 1752 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO ACTION MEAT DISTRIBUTORS, INC. PLAINTIFFS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/15/2019) |
| 02/15/2019 | 1753 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants Answer to Plaintiff Sysco Corporations Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
| 02/15/2019 | 1754 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants Answer to the United Supermarket, Llc Plaintiffs Complaint* by Sanderson Farms, Inc., |

| | | Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
|---|---|---|
| 02/15/2019 | 1755 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO AFFILIATED FOODS PLAINTIFFS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 02/15/2019) |
| 02/15/2019 | 1756 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants' Answer to Plaintiff US Foods, Inc.'s Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
| 02/15/2019 | 1757 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO THE ASSOCIATED GROCERS OF THE SOUTH INC. PLAINTIFFS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/15/2019) |
| 02/15/2019 | 1758 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants' Answer to W. Lee Flowers & Company, Inc.'s Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
| 02/15/2019 | 1759 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO PLAINTIFF AHOLD DELHAIZE USA, INC.S COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/15/2019) |
| 02/15/2019 | 1760 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants' Answer to Winn-dixie Plaintiffs' Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Pepper, Stacy) (Entered: 02/15/2019) |
| 02/15/2019 | 1761 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO PLAINTIFF ASSOCIATED WHOLESALE GROCERS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/15/2019) |
| 02/15/2019 | 1762 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO PLAINTIFF BJS WHOLESALE CLUB, INC.S COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/15/2019) |
| 02/15/2019 | 1763 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO HOWARD SAMUELS PLAINTIFFS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 02/15/2019) |

| 02/15/2019 | 1764 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO PLAINTIFF JETRO HOLDINGS LLCS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1765 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Grocers of the South Plaintiffs) (Correcting Dkt. 1718 Document Name)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1766 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Action Meat Distributors, Inc., et al.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1767 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Affiliated Foods, Inc., et al.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1768 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Ahold Delhaize USA, Inc.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1769 | ANSWER to Complaint with Jury Demand *of UNITED SUPERMARKETS, LLC PLAINTIFFS* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1770 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by BJ's Wholesale Club, Inc.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1771 | *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of Sysco Corporation* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1772 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1773 | *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of US Foods,Inc.)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1774 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Jetro Holdings, LLC)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1775 | *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of Jetro Holdings, LLC)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1776 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Maximum Quality Foods, Inc.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |

| 02/15/2019 | 1777 | *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of BJ's Wholesale Club, Inc.)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
|---|---|---|
| 02/15/2019 | 1778 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Sysco Corporation)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1779 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Winn-Dixie Stores, Inc., et al.) Filed* by Pilgrim's Pride Corporation(Bailey, Clayton) (Entered: 02/15/2019) |
| 02/15/2019 | 1780 | *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of Maximum Quality Foods, Inc.)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1781 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by United Supermarkets, LLC, et al.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1782 | *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Grocers of the South, Inc., et al.)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1783 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by US Foods, Inc.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1784 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of United Supermarkets, LLC)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1785 | ANSWER to Complaint with Jury Demand *of Associated Wholesale Grocers, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1786 | ANSWER to Complaint with Jury Demand *of Ahold Delhaize USA, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1787 | ANSWER to Complaint with Jury Demand *of US Foods, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1788 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by W. Lee Flowers & Company, Inc.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |
| 02/15/2019 | 1789 | ANSWER to Complaint with Jury Demand *of Affiliated Foods, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1790 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Shamrock Foods Company, et al.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/15/2019) |

| 02/15/2019 | 1791 | ANSWER to Complaint with Jury Demand *of Maximum Quality Foods, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
|---|---|---|
| 02/15/2019 | 1792 | ANSWER to Complaint with Jury Demand *of Sysco Corp.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1793 | ANSWER to Complaint with Jury Demand *of Howard Samuels* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1794 | ANSWER to Complaint with Jury Demand *of The Kroger Co.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1795 | ANSWER to Complaint with Jury Demand *of United Supermarkets* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1796 | ANSWER to Complaint with Jury Demand *of Shamrock Foods* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1797 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Affiliated Foods, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1798 | ANSWER to Complaint with Jury Demand *of W. Lee Flowers & Co., Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1799 | ANSWER to Complaint with Jury Demand *of Action Meat* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1800 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Action Meat Distributors, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1801 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Ahold Delhaize USA, Inc.)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1802 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Ahold Delhaize USA, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1803 | ANSWER to Complaint with Jury Demand *of Winn-Dixie* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1804 | ANSWER to Complaint with Jury Demand *of Jetro Holdings, LLC* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1805 | ANSWER to Complaint with Jury Demand *of BJ's Wholesale Club, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |

| 02/15/2019 | 1806 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by BJ's Wholesale Club, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1807 | ANSWER to Complaint with Jury Demand *of Associated Grocers of the South* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 02/15/2019) |
| 02/15/2019 | 1808 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Associated Wholesale Grocers, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1809 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Howard Samuels)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1810 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Wholesale Grocers, Inc.)* by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1811 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Jetro Holdings, LLC)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1812 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by The Kroger Co.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1813 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Shamrock Foods Company)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1814 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Sysco Corporation)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1815 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by US Foods, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1816 | ANSWER to Complaint with Jury Demand *of SHAMROCK FOOD CO. et al PLAINTIFFS* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/15/2019) |
| 02/15/2019 | 1817 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by United Supermarkets, LLC)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1818 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Associated Grocers of the South, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| 02/15/2019 | 1819 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC)* by Simmons Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1820 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of W. Lee Flowers & Company, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |

| 02/15/2019 | 1821 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by W. Lee Flowers & Company, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1822 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Action Meat Distributors, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1823 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Affiliated Foods, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1824 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farm's* ANSWER to Complaint with Jury Demand *of US Foods* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1825 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Ahold Delhaize USA, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1826 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Associated Grocers of the South, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1827 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Associated Wholesale Grocers, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1828 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of BJ's Wholesale Club, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1829 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1830 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Jetro Holdings, LLC* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1831 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Maximum Quality Foods, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1833 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Shamrock Foods Company* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1834 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Associated Wholesale Grocers, Inc.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1835 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Sysco Corporation* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1836 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of The Kroger Co.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |

| 02/15/2019 | 1837 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of United Supermarkets, LLC* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1838 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of US Foods, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1839 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Winn-Dixie Stores, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/15/2019) |
| 02/15/2019 | 1840 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Action Meat Distributors, Inc. Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1841 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of The Kroger Co. Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1842 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Shamrock Foods Company)* by Simmons Foods, Inc.(Murray, Lynn) (Entered: 02/15/2019) |
| 02/15/2019 | 1843 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Action Meat Distributors)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1844 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Affiliated Foods Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1845 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Ahold Delhaize USA, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1846 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Grocers of the South, et al)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1847 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Associated Wholesale Grocers, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1848 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of BJs Wholesale Club, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1849 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Howard Samuels as Trustee in Bankruptcy For Central Grocers, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1850 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Associated Grocers of the South, Inc. Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1851 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Jetro Holdings LLC)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: |

| 02/15/2019 | 1852 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Kroger Company, et al)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1853 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Maximum Quality Foods, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1854 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Shamrock Foods Company)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1855 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Sysco Corporation)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1856 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of United Supermarkets, LLC)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1857 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of U.S. Foods, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1858 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Affiliated Foods Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1859 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of W. Lee Flowers & Company, Inc.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1860 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Winndixie Stores, Inc., et al)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/15/2019) |
| 02/15/2019 | 1861 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Ahold Delhaize USA, Inc.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1862 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Commercial and Institutional Indirect Purchaser Plaintiffs (Doyle, Thomas) (Entered: 02/15/2019) |
| 02/15/2019 | 1863 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Maximum Quality Foods, Inc.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1864 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Action Meat Distributors, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| 02/15/2019 | 1865 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Affiliated Foods, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| 02/15/2019 | 1866 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Ahold Delhaize USA, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |

| 02/15/2019 | 1867 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Associated Wholesale Grocers, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| --- | --- | --- |
| 02/15/2019 | 1868 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Jetro Holdings LLC* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1869 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| 02/15/2019 | 1870 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Maximum Quality Foods, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| 02/15/2019 | 1871 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Shamrock Foods Company and United Food Service, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| 02/15/2019 | 1872 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by W. Lee Flowers & Company, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/15/2019) |
| 02/15/2019 | 1873 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Sysco Corporation* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1874 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Shamrock Foods Company Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1875 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of BJ's Wholesale Club, Inc.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1876 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Howard Samuels Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1877 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of United Supermarkets, LLC Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1878 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of W. Lee Flowers & Company, Inc.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/15/2019) |
| 02/15/2019 | 1879 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Action Meat Distributors, et al.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1880 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Affiliated Foods, et al.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1881 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Ahold Delhaize USA, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |

| 02/15/2019 | 1882 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Associated Wholesale Grocers, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1883 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of BJ's Wholesale Club, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1884 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1885 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Jetro Holdings, LLC)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1886 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1887 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Sysco Corporation)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1888 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1889 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of US Foods, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1890 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of W. Lee Flowers & Company, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1891 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC,)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1892 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Shamrock Foods Company and United Food Service, Inc.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1893 | ANSWER to Complaint with Jury Demand *(Answer and Defenses to Complaint of Associated Grocers of the South, Inc., et al.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/15/2019) |
| 02/15/2019 | 1894 | ANSWER to Complaint *of Howard Samuels, et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1895 | ANSWER to Complaint *of US Foods, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1896 | ANSWER to Complaint *of BJ's Wholesale Club, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/15/2019) |

| 02/15/2019 | 1897 | ANSWER to Complaint of *W. Lee Flowers & Company, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
|---|---|---|
| 02/15/2019 | 1898 | ANSWER to Complaint of *United Supermarkets, LLC, et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1899 | ANSWER to Complaint of *Sysco Corporation* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1900 | ANSWER to Complaint of *The Kroger Co., et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1901 | ANSWER to Complaint of *Associated Wholesale Grocers, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1902 | ANSWER to Complaint of *Associated Grocers of the South, Inc., et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1903 | ANSWER to Complaint of *Action Meat Distributors, Inc., et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1904 | ANSWER to Complaint of *Winn Dixie Stores, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1905 | ANSWER to Complaint of *Affiliated Foods, Inc., et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1906 | ANSWER to Complaint of *Jetro Holdings, LLC* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1907 | ANSWER to Complaint of *Shamrock Foods Company and United Food Service, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/15/2019 | 1908 | ANSWER to Complaint of *Ahold Delhaize USA, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/15/2019) |
| 02/20/2019 | 1910 | ORDER preliminarily approving proposed settlement between Commercial and Institutional Indirect Purchaser plaintiff class Fieldale Farms Corporation and conditionally certifying the purposed settlement class. Signed by the Honorable Thomas M. Durkin on 2/20/2019. Mailed notice (tt, ) (Entered: 02/21/2019) |
| 02/21/2019 | 1909 | TRANSCRIPT OF PROCEEDINGS held on February 14, 2019 before the Honorable Jeffrey T. Gilbert. Order Number: 33730, 33767, 33738, 33739. Court Reporter Contact Information: Nancy L. Bistany - (312) 435-7626 - https://www.ilnd.uscourts.gov/transcript-order-form.aspx. |

| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/14/2019. Redacted Transcript Deadline set for 3/25/2019. Release of Transcript Restriction set for 5/22/2019. (Bistany, Nancy) (Entered: 02/21/2019) |
|---|---|---|
| 02/22/2019 | 1911 | MOTION by Plaintiff Checkers Drive-In Restaurants, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit A -Complaint & Demand for Jury Trial) (Gore, Kristin) (Entered: 02/22/2019) |
| 02/22/2019 | 1912 | *Checkers Drive-In Restaurants, Inc.'s* NOTICE of Motion by Kristin Alexandra Gore for presentment of motion to reassign case 1911 before Honorable Thomas M. Durkin on 2/4/2019 at 09:00 AM. (Gore, Kristin) (Entered: 02/22/2019) |
| 02/22/2019 | 1913 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff, Checkers Drive-In Restaurants, Inc.'s motion to reassign case based on relatedness 1911 is granted. This Court will recommend to the Executive Committee that case 19 C 1283, currently pending before Judge Feinerman, be reassigned to this Court's calendar as related to this action. No appearance is required on 3/4/2019. Mailed notice (srn, ) (Entered: 02/22/2019) |
| 02/22/2019 | 1914 | MOTION by Plaintiff Maplevale Farms, Inc. for discovery *Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses (Redacted Version) (Motion to File Unredacted Version Under Seal Pending)* (Attachments: # 1 Declaration of Brian D. Clark in Support of Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 2 Exhibit Exhibit A to the Declaration of Brian D. Clark (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 3 Exhibit Exhibit B to the Declaration of Brian D. Clark (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 4 Exhibit Exhibit C to the Declaration of Brian D. Clark, # 5 Exhibit Exhibit D to the Declaration of Brian D. Clark (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 6 Exhibit Exhibit E to the Declaration of Brian D. Clark, # 7 Exhibit Exhibit F to the Declaration of Brian D. Clark (Redacted Version) (Motion to File Unredacted Version Under Seal Pending))(Hart, Steven) (Entered: 02/22/2019) |
| 02/22/2019 | 1915 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses, the Declaration of Brian D. Clark In Support Thereof, and Exhibits Thereto* (Hart, Steven) (Entered: 02/22/2019) |
| 02/22/2019 | 1916 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 1915 before Honorable Jeffrey T. Gilbert on 2/28/2019 at 09:15 AM. (Hart, Steven) (Entered: 02/22/2019) |
| 02/25/2019 | 1917 | MOTION by Attorney Amy Lee Stewart to withdraw as attorney for Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC. No party information provided (Wofford, Amanda) (Entered: 02/25/2019) |

| | | |
|---|---|---|
| 02/25/2019 | 1918 | NOTICE of Motion by Amanda K. Wofford for presentment of motion to withdraw as attorney 1917 before Honorable Thomas M. Durkin on 2/28/2019 at 09:00 AM. (Wofford, Amanda) (Entered: 02/25/2019) |
| 02/25/2019 | 1919 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses, the Declaration of Brian D. Clark In Support Thereof, and Exhibits Thereto 1915 is granted. The motion hearing noticed for 2/28/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 02/25/2019) |
| 02/25/2019 | 1920 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses* (Attachments: # 1 Declaration Brian Clark, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit D, # 5 Exhibit F)(Hart, Steven) (Entered: 02/25/2019) |
| 02/25/2019 | 1921 | TRANSCRIPT OF PROCEEDINGS held on 2/13/19 before the Honorable Thomas M. Durkin. Motion hearing. Order Number: 33729. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/18/2019. Redacted Transcript Deadline set for 3/28/2019. Release of Transcript Restriction set for 5/28/2019. (Renke, Laura) (Entered: 02/25/2019) |
| 02/25/2019 | 1922 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1917 is granted; Attorney Amy L Stewart terminated. No appearance is required on 2/28/2019.Mailed notice (srn, ) (Entered: 02/25/2019) |
| 02/25/2019 | 1923 | Joint Letter Brief Regarding Rule 30(b)(6) Depositions by Maplevale Farms, Inc. (Pouya, Bobby) (Entered: 02/25/2019) |
| 02/27/2019 | 1924 | ANSWER to Complaint *of Quirch Foods, LLC* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 02/27/2019) |
| 02/27/2019 | 1925 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Quirch Foods, LLC)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/27/2019) |
| 02/28/2019 | 1926 | ANSWER to Complaint with Jury Demand *SANDERSON FARMS DEFENDANTS ANSWER TO PLAINTIFF QUIRCH FOODS LLCS COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 02/28/2019) |
| 02/28/2019 | 1927 | *Defendant Peco Foods, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint By Quirch Foods, LLC), Filed* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/28/2019) |
| 02/28/2019 | 1928 | ANSWER to Complaint with Jury Demand *of Quirch Foods, LLC f/k/a Quirch Foods Co.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., |

| | | Mountainaire Farms, LLC(Wolford, Amanda) (Entered: 02/28/2019) |
|---|---|---|
| 02/28/2019 | 1929 | ANSWER to Complaint with Jury Demand *(Answer and defenses to Complaint of Quirch Foods, LLC, f/k/a Quirch Foods Co.)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/28/2019) |
| 02/28/2019 | 1930 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint* by Quirch Foods, LLC, f/k/a Quirch Foods Co.(Wrobel, Gregory) (Entered: 02/28/2019) |
| 02/28/2019 | 1931 | ANSWER to Complaint with Jury Demand *of Quirch Foods, LLC f/k/a/ Quirch Foods Co.* by Simmons Foods, Inc.(Murray, Lynn) (Entered: 02/28/2019) |
| 02/28/2019 | 1932 | ANSWER to Complaint *of Quirch Foods, LLC, f/k/a Quirch Foods Co.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Moore, Christopher) (Entered: 02/28/2019) |
| 02/28/2019 | 1933 | ANSWER to Complaint with Jury Demand *(Answer and defenses to Complaint of Quirch Foods, LLC, f/k/a Quirch Foods Co.)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/28/2019) |
| 02/28/2019 | 1934 | ANSWER to Complaint with Jury Demand *of Quirch Foods, LLC* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 02/28/2019) |
| 02/28/2019 | 1935 | Update on Defendants' Motion to Compel re Dkt. 1510 by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 02/28/2019) |
| 02/28/2019 | 1936 | ANSWER to Complaint with Jury Demand *(Answer to Complaint of Quirch Foods, LLC, f/k/a Quirch Foods Co.)* by Fieldale Farms Corporation(williams, valarie) (Entered: 02/28/2019) |
| 02/28/2019 | 1937 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Quirch Foods, LLC)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/28/2019) |
| 02/28/2019 | 1938 | *Defendant Pilgrim's Pride Corporation's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Quirch Foods, LLC)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/28/2019) |
| 02/28/2019 | 1939 | ANSWER to Complaint with Jury Demand *(Answer to Complaint filed by Quirch Foods, LLC)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/28/2019) |
| 02/28/2019 | 1940 | STATUS Report *(Joint Status Report Regarding Porky Products, Inc.'s Amended Motion To Quash Subpoenas)* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/28/2019) |
| 02/28/2019 | 1941 | *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms'* ANSWER to Complaint with Jury Demand *of Quirch Foods, LLC f/k/a Quirch Foods Co.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/28/2019) |
| 02/28/2019 | 1942 | *Perdue Defendants'* ANSWER to Complaint with Jury Demand *to Quirch Foods, LLC* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 02/28/2019) |

| 02/28/2019 | 1943 | MEMORANDUM Opinion and Order: For these reasons, Agri Stats's motion to dismiss 804 is denied. Signed by the Honorable Thomas M. Durkin on 2/28/2019:Mailed notice(srn, ) (Entered: 03/01/2019) |
|---|---|---|
| 03/01/2019 | 1944 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiff's Motion Concerning the Number of Depositions of Pilgrim's and of Tyson's Witnesses [1914, 1920]: Response shall be filed by 3/11/19. Reply shall be filed by 3/18/19. Mailed notice (ber, ) (Entered: 03/01/2019) |
| 03/01/2019 | 1945 | MINUTE entry before the Honorable Jeffrey T. Gilbert: For the reasons discussed in the Update on Defendants' Motion to Compel 1935 , Defendants' Omnibus Motion to Compel Production of Documents Regarding Benchmarking Services and Trade Associations (Dkt. 1510 ) is withdrawn. Defendants reserve all rights, including to refile the motion or file a similar motion with respect to Direct Action Plaintiffs with whom no agreement has yet been reached or who later file a complaint in this matter. Mailed notice (ber, ) (Entered: 03/01/2019) |
| 03/04/2019 | 1946 | NOTICE by Carrie C. Mahan of Change of Address *of Kevin J. Arquit* (Mahan, Carrie) (Entered: 03/04/2019) |
| 03/04/2019 | 1947 | SEALED RESPONSE by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to sealed document,, 1633 *The Koch Defendants' Response in Opposition to Class Plaintiffs Motion to Compel* (Attachments: # 1 Exhibit A)(Siegel, Stephen) (Entered: 03/04/2019) |
| 03/05/2019 | 1948 | STIPULATION *and Proposed Order Concerning Waiver of Service* (Gore, Kristin) (Entered: 03/05/2019) |
| 03/11/2019 | 1949 | MEMORANDUM by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. in Opposition to motion for discovery,,,, 1914 (Attachments: # 1 Declaration of Jarod G. Taylor ISO Memorandum, # 2 Exhibit 1 to Declaration of J. Taylor)(Taylor, Jarod) (Entered: 03/11/2019) |
| 03/11/2019 | 1950 | MEMORANDUM by Pilgrim's Pride Corporation in Opposition to motion for discovery,,,, 1914 (Attachments: # 1 Declaration of Christopher J. Abbott, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Abbott, Christopher) (Entered: 03/11/2019) |
| 03/11/2019 | 1951 | MOTION by Defendant Pilgrim's Pride Corporation for leave to file *Under Seal Defendant Pilgrim's Pride Corporation's Memorandum of Law and Exhibits in Support of its Opposition to Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's Pride Corporation Witnesses* (Abbott, Christopher) (Entered: 03/11/2019) |
| 03/11/2019 | 1952 | NOTICE of Motion by Christopher J. Abbott for presentment of motion for leave to file, 1951 before Honorable Jeffrey T. Gilbert on 3/19/2019 at 09:15 AM. (Abbott, Christopher) (Entered: 03/11/2019) |
| 03/11/2019 | 1953 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Memorandum of Law in Opposition to Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's Pride Corporation Witnesses and Exhibits of the Declaration of Christopher J. Abbott* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Abbott, Christopher) (Entered: 03/11/2019) |
| 03/11/2019 | 1957 | STIPULATION and Agreed Order regarding the timing and format of defendant Agri Stats, Inc's answer to certain class complaints. Signed by the Honorable |

| 03/12/2019 | 1954 | STIPULATION AND AGREED ORDER regarding the timing and format of defendant Agri Stats, Inc's answer to certain class complaints. (yap, ) (Entered: 03/12/2019) |
|---|---|---|
| 03/13/2019 | 1955 | SEALED DOCUMENT by Plaintiff Plaintiffs in 1:16-cv-08637 *and Class Plaintiffs' Reply in Support of Motion to Compel Production of Documents Claimed to be Privileged and to Reopen Deposition of Joseph Grendys* (Doyle, Thomas) (Entered: 03/13/2019) |
| 03/13/2019 | 1956 | NOTICE of Correction regarding stipulation 1954 . (yap, ) (Entered: 03/13/2019) |
| 03/14/2019 | 1958 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant Defendant Pilgrims Pride Corporation's Motion for Leave to File Under Seal its Memorandum of Law and Exhibits in Support of its Opposition to Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's Pride Corporation Witnesses 1951 is granted. The motion hearing noticed for 3/19/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 03/14/2019) |
| 03/14/2019 | 1959 | REPLY by Plaintiff Maplevale Farms, Inc. to motion for discovery,,,, 1914 *REPLY IN SUPPORT OF PLAINTIFFS' MOTION CONCERNING THE NUMBER OF DEPOSITIONS OF PILGRIM'S AND TYSON WITNESSES* (Attachments: # 1 Declaration Second Declaration of Brian D. Clark In Support of Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 2 Exhibit 1 (Motion to File Under Seal Pending), # 3 Exhibit 2 (Motion to File Under Seal Pending))(Hart, Steven) (Entered: 03/14/2019) |
| 03/14/2019 | 1960 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION CONCERNING THE NUMBER OF DEPOSITIONS OF PILGRIM'S AND TYSON WITNESSES, THE SECOND DECLARATION OF BRIAN D. CLARK IN SUPPORT, AND EXHIBITS THERETO* (Hart, Steven) (Entered: 03/14/2019) |
| 03/14/2019 | 1961 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 1960 before Honorable Jeffrey T. Gilbert on 3/19/2019 at 09:15 AM. (Hart, Steven) (Entered: 03/14/2019) |
| 03/15/2019 | 1962 | ATTORNEY Appearance for Plaintiff Hooters of America, LLC by Amanda R Jesteadt (Jesteadt, Amanda) (Entered: 03/15/2019) |
| 03/15/2019 | 1963 | NOTICE of Voluntary Dismissal by Commercial and Institutional Indirect Purchaser Plaintiffs *(limited to particular entities) -- and titled "Stipulation and Notice of Voluntary Dismissal Without Prejudice as to the Amick Company Inc, Amick-OSI Broilers LLC, and Amick-OSI Processing LLC"* (Doyle, Thomas) (Entered: 03/15/2019) |
| 03/15/2019 | 1964 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Reply in Support of Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's Tyson Witnesses, the Second Declaration of Brian D. Clark in Support, and Exhibits Thereto 1960 is granted. The motion hearing noticed for 3/19/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 03/15/2019) |
| 03/15/2019 | 1965 | NOTICE of Voluntary Dismissal by Direct Purchaser Plaintiffs *Limited to Specific Entities and Titled, "Stipulation and Notice of Voluntary Dismissal* |

| | | *Without Prejudice as to the Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC"* (Hart, Steven) (Entered: 03/15/2019) |
|---|---|---|
| 03/15/2019 | 1966 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *REPLY IN SUPPORT OF PLAINTIFFS' MOTION CONCERNING THE NUMBER OF DEPOSITIONS OF PILGRIM'S AND TYSON WITNESSES (Unredacted Version) (Dkt. #1959) (Filed Under Seal)* (Attachments: # 1 Declaration Second Declaration of Brian D. Clark In Support of Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses (Unredacted Version) (Dkt. #1959-1) (Filed Under Seal), # 2 Exhibit 1 (Unredacted Version) (Dkt. #1959-2) (Filed Under Seal), # 3 Exhibit 2 (Unredacted Version) (Dkt. #1959-3) (Filed Under Seal))(Hart, Steven) (Entered: 03/15/2019) |
| 03/21/2019 | 1967 | MOTION by Plaintiff End-User Consumer Plaintiffs for sanctions *Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc. for Misconduct During the Deposition of Terry Maness* (Attachments: # 1 Memorandum in Support - [REDACTED Version], # 2 Declaration of Shana E. Scarlett, # 3 Exhibit 1 - [Under Seal], # 4 Exhibit 2, # 5 Exhibit 3)(Scarlett, Shana) (Entered: 03/21/2019) |
| 03/21/2019 | 1968 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *(Plaintiffs' Memorandum of Law in Support of Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc. for Misconduct During the Deposition of Terry Maness [Unredacted Version]* (Attachments: # 1 Exhibit 1 [SEALED])(Scarlett, Shana) (Entered: 03/21/2019) |
| 03/21/2019 | 1969 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document sealed document, 1968 *Plaintiffs' Motion for Leave to File Under Seal* (Scarlett, Shana) (Entered: 03/21/2019) |
| 03/21/2019 | 1970 | NOTICE of Motion by Shana Scarlett for presentment of motion to seal document 1969 before Honorable Jeffrey T. Gilbert on 3/28/2019 at 09:00 AM. (Scarlett, Shana) (Entered: 03/21/2019) |
| 03/21/2019 | 1971 | NOTICE of Motion by Shana Scarlett for presentment of motion for sanctions, 1967 before Honorable Jeffrey T. Gilbert on 3/28/2019 at 09:00 AM. (Scarlett, Shana) (Entered: 03/21/2019) |
| 03/21/2019 | 1972 | CERTIFICATE of Service by Plaintiff End-User Consumer Plaintiffs regarding sealed document, 1968 (Scarlett, Shana) (Entered: 03/21/2019) |
| 03/22/2019 | 1973 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc. for Misconduct During the Deposition of Terry Maness 1967 : Perdue Farms shall respond by 4/5/19. Plaintiffs shall reply by 4/19/19. Plaintiffs' Motion for Leave to File Under Seal Memorandum and Exhibit 1 to the Declaration of Shana Scarlett in Support of Motion for Sanctions Against Perdue Farms, Inc. for Misconduct During the Deposition of Terry Maness 1969 is granted. The motion hearings noticed for 3/28/19 are stricken with no appearances required. Mailed notice (ber, ) (Entered: 03/22/2019) |
| 03/25/2019 | 1974 | STIPULATION *REGARDING THE TIMING OF DEFENDANT AGRI STATS, INC.S ANSWER TO COMPLAINT* (Monts, William) (Entered: 03/25/2019) |
| 03/25/2019 | 1997 | STIPULATION AND AGREED ORDER regarding the timing of defendant Agri Stats, Inc.'s answer to complaint. Signed by the Honorable Thomas M. Durkin on 3/25/2019. Mailed notice (tt, ) (Entered: 04/02/2019) |

| | | |
|---|---|---|
| 03/26/2019 | 1975 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement of the parties, the Court enters the revised briefing schedule on Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc. for Misconduct During the Deposition of Terry Maness 1967 : Perdue Farms shall respond by 4/8/19. Plaintiffs shall reply by 4/22/19. Mailed notice (ber, ) (Entered: 03/26/2019) |
| 03/26/2019 | 1976 | MOTION by Attorney Dennis A. Lienhardt to withdraw as attorney for Maplevale Farms, Inc.. No party information provided (Almonrode, Sharon) (Entered: 03/26/2019) |
| 03/26/2019 | 1977 | NOTICE of Motion by Sharon S Almonrode for presentment of motion to withdraw as attorney 1976 before Honorable Thomas M. Durkin on 4/2/2019 at 09:00 AM. (Almonrode, Sharon) (Entered: 03/26/2019) |
| 03/27/2019 | 1978 | NOTICE by Jill M. Manning of Change of Address (Manning, Jill) (Entered: 03/27/2019) |
| 03/28/2019 | 1979 | ORDER Regarding Joint Letter Brief Regarding Rule 30(b)(6) Depositions 1923 . Signed by the Honorable Jeffrey T. Gilbert on 3/28/2019. Mailed notice(ber, ) (Entered: 03/28/2019) |
| 03/29/2019 | 1980 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 1976 is granted; Attorney Dennis Allen Lienhardt, Jr terminated. No appearance is required on 4/2/2019.Mailed notice (srn, ) (Entered: 03/29/2019) |
| 03/29/2019 | 1981 | STIPULATION *and Agreed Order Regarding the Timing of Defendant Agri Stats, Inc.'s Answer to Certain Complaints* (Monts, William) (Entered: 03/29/2019) |
| 03/29/2019 | 1998 | STIPULATION AND AGREED ORDER regarding the timing of defendant Agri Stats, Inc.'s answer to certain complaints. Signed by the Honorable Thomas M. Durkin on 3/29/2019. Mailed notice (tt, ) (Entered: 04/02/2019) |
| 04/01/2019 | 1982 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Ahold Delhaize USA, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1983 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Associated Grocers of the South, Inc., et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1984 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Action Meat Distributors, Inc., et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1985 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of BJs Wholesale Club, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1986 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Jetro Holdings, LLC* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1987 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Shamrock Foods Company, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1988 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Maximum Quality Foods, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1989 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of W. Lee Flowers & Company, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: |

| 04/01/2019 | 1990 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Samuels, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1991 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of United Supermarkets, LLC, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1992 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Associated Wholesale Grocers, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1993 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Quirch Food, LLC* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/01/2019 | 1994 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of The Kroger Co., et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/01/2019) |
| 04/02/2019 | 1995 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation, defendants Amick-OSI Broilers, LLC and Amick-OSI Processing, LLC are hereby dismissed without prejudice. Amick-OSI Broilers, LLC and Amick-OSI Processing, LLC terminated.Mailed notice (srn, ) (Entered: 04/02/2019) |
| 04/02/2019 | 1996 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to stipulation, defendant The Amick Company, Inc. is hereby dismissed without prejudice. The Amick Company, Inc. terminated.Mailed notice (srn, ) (Entered: 04/02/2019) |
| 04/03/2019 | 1999 | NOTICE by Whitney Erin Street of Change of Address (Street, Whitney) (Entered: 04/03/2019) |
| 04/03/2019 | 2000 | NOTICE by Stephen J. Teti of Change of Address (Teti, Stephen) (Entered: 04/03/2019) |
| 04/03/2019 | 2001 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Quirch Foods, LLC, f/k/a Quirch Foods Co. (Miller, Marvin) (Entered: 04/03/2019) |
| 04/04/2019 | 2002 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15674625. (Abaie, Naveed) (Entered: 04/04/2019) |
| 04/04/2019 | 2003 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2002 is granted; Attorney Naveed Abaie for John Gross and Company, Inc. and Maplevale Farms, Inc. added. Mailed notice (srn, ) (Entered: 04/04/2019) |
| 04/04/2019 | 2004 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 04/04/2019) |
| 04/05/2019 | 2005 | ORDER Adopting Stipulation Concerning Waiver of Service. Signed by the Honorable Thomas M. Durkin on 4/5/2019:Mailed notice(srn, ) (Entered: 04/05/2019) |
| 04/05/2019 | 2006 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15680647. (Hopkins, Adam) (Entered: 04/05/2019) |
| 04/05/2019 | 2007 | MINUTE entry before the Honorable Thomas M. Durkin:This Court intents to instruct the Clerk of Court to submit JS-6 forms to the Administrative Office for the individual related actions: 19 C 354, 19 C 390, 19 C 530, 19 C 638, and 19 C 1283, and designate such cases as closed for administrative and statistical |

purposes. The Court took this same action on 1/25/2017, and 02/14/2019 724 , and 1/10/2019 1532 with respect to the first twenty-eight cases designated as related to 16 C 8637 and reassigned to this Court. Just as with the 1/25/2017, 2/14/2018, and 1/10/2019 orders, this order will not be considered a dismissal or disposition of these actions, and should further proceedings in this litigation become necessary or desirable, any party will be able to initiate it in the same manner as if this order had not been entered. Absent objection, this Court will enter such as order on 4/10/2019.Mailed notice (srn, ) (Entered: 04/05/2019)

| 04/05/2019 | 2008 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference with liaison counsel held on 4/5/19. Counsel participating in today's conference who wish to be noted of record shall identify themselves to liaison counsel, and liaison counsel promptly shall send that information to the court reporter, Kathleen_Fennell@ilnd.uscourts.gov. Defendants' liaison counsel reported on the number of depositions that have been taken and are noticed to be taken. Direct Purchaser Plaintiffs' liaison counsel flagged several issues that might be submitted for ruling in the future but are not yet ripe. Direct Action Plaintiffs' liaison counsel reported on certain matters relevant to his constituency upon the Court's inquiry. Class Plaintiffs' Motion to Compel Production of Documents Claimed to be Privileged and to Reopen Depositions of Joseph Grendys and Lance Bucker 1633 and Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses 1914 are set for hearing on 4/10/19 at 10:00 a.m. The Court will endeavor to set hearing and/or ruling dates on the other pending motions or rule via CM/ECF as discussed on the record. No liaison counsel believes it is necessary for the Court to set a more formal omnibus status hearing at this juncture. Mailed notice (ber, ) (Entered: 04/05/2019) |
| 04/08/2019 | 2009 | TRANSCRIPT OF PROCEEDINGS held on 4/5/19 before the Honorable Jeffrey T. Gilbert. Order Number: 34256. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 4/29/2019. Redacted Transcript Deadline set for 5/9/2019. Release of Transcript Restriction set for 7/8/2019. (Fennell, Kathleen) (Entered: 04/08/2019) |
| 04/08/2019 | 2010 | MINUTE entry before the Honorable Jeffrey T. Gilbert:The hearing set for 4/10/19 on Class Plaintiffs' Motion to Compel Production of Documents Claimed to be Privileged and to Reopen Depositions of Joseph Grendys and Lance Buckert 1633 ("Class Plaintiffs' Motion to Compel") is stricken as unnecessary given the rulings contained in this Order. The hearing on Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses 1914 set for 4/10/19 at 10:00 a.m. will proceed as scheduled. Class Plaintiffs' Motion to Compel 1633 is granted. The emails the Koch Foods Defendants seek to claw back from production are not protected by the attorney client privilege or the work product doctrine for all the reasons set forth in Class Plaintiffs' briefs submitted on the issue 1633 1955 . Nothing in the Koch Foods Defendants' opposition brief convinces the Court otherwise. 1947 . In the Court's view, the Koch Foods Defendants' attempt to invoke work product protection for these emails is a stretch that comes up short. There is no evidence indicating when Mr. Grendys's prior statement to the Koch Foods CFO that is recounted in Mr. Grendys's 9/2/16 email was made or that it was made when there was a |

substantial and significant threat of litigation. Even if it was, though, the email is not a document that was prepared in anticipation of litigation or for trial by Mr. Grendys, and it does not contain or reveal anything that can be characterized as work product under applicable law. Mr. Grendys's speculation about something that might happen in the future does not bring that intangible thought or the tangible embodiment of it in the 9/2/16 email within the protection of the work product doctrine for materials preparatory to litigation. Sandra T.E. v. S. Berwyn Sch. Dist. 100, 600 F.3d 612 (7th Cir. 2010); Caremark, Inc. v. Aff. Computer Servs., Inc., 195 F.R.D. 610 (N.D. Ill. 2000). See also 8 C. Wright & A. Miller, Federal Practice and Procedure § 2024 (3rd ed. 2010) ("even though litigation is already in prospect, there is no work-product immunity for documents prepared in the regular course of business rather than for purposes of the litigation."). In addition, the email from the outside lawyer to the Koch Foods COO that was forwarded by him to Mr. Grendys and Mr. Buckert is a purely informational and a quasi-marketing communication. The email from the lawyer is not attorney work product and was not labeled as such by the attorney who sent it other than with what appears to be a generic disclaimer that all email sent by the attorney "may include work product." The middle email from the Koch Foods COO forwarding the outside lawyer's email to Mr. Grendys and Mr. Buckert is nothing more than a transmittal of the outside lawyer's unprotected communication to others within the company. It contains nothing that can be construed even remotely as work product. Class Plaintiffs, therefore, are entitled to question Mr. Grendys and Mr. Buckert about the emails in the time reserved for that purpose at their respective depositions. Class Plaintiffs' request that the Koch Foods Defendants reimburse them for the cost of completing those depositions, however, is denied. As the Koch Foods Defendants propose, these two depositions can be resumed and completed immediately before the deposition(s) of another defense-side witness or witnesses so that the additional cost, if any, incurred by Class Plaintiffs for completing these depositions is likely to be de minimis. Mailed notice (ber, ) (Entered: 04/08/2019)

| | | |
|---|---|---|
| 04/08/2019 | 2011 | MEMORANDUM by Perdue Farms, Inc., Perdue Foods LLC in Opposition to motion for sanctions, 1967 (REDACTED VERSION) (Ives, Kirstin) (Entered: 04/08/2019) |
| 04/08/2019 | 2012 | DECLARATION of Leonard L. Gordon (Ives, Kirstin) (Entered: 04/08/2019) |
| 04/08/2019 | 2013 | SEALED RESPONSE (Perdue's Memorandum of Law in Opposition to Plaintiffs' Motion for Sanctions) (Ives, Kirstin) (Entered: 04/08/2019) |
| 04/08/2019 | 2014 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC to seal Memorandum of Law in Opposition to Plaintiffs' Motion for Sanctions (Ives, Kirstin) (Entered: 04/08/2019) |
| 04/08/2019 | 2015 | NOTICE of Motion by Kirstin Beth Ives for presentment of motion to seal 2014 before Honorable Jeffrey T. Gilbert on 4/16/2019 at 09:15 AM. (Ives, Kirstin) (Entered: 04/08/2019) |
| 04/08/2019 | 2016 | CERTIFICATE of Service by Kirstin Beth Ives on behalf of Perdue Farms, Inc., Perdue Foods LLC regarding sealed response 2013 (Ives, Kirstin) (Entered: 04/08/2019) |
| 04/08/2019 | 2017 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch |

| | | Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file *Their Memorandum of Law and Exhibits in Support of Their Opposition to Plaintiffs' Joint Motion for Sanctions* (Mahan, Carrie) (Entered: 04/08/2019) |
|---|---|---|
| 04/08/2019 | 2018 | MEMORANDUM by Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in Opposition to motion for sanctions, 1967 *(REDACTED VERSION)* (Attachments: # 1 Declaration of Jessica L. Falk, # 2 Exhibits A-M (redacted in their entirety)) (Mahan, Carrie) (Entered: 04/08/2019) |
| 04/08/2019 | 2019 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file *Under Seal Defendants' Memorandum of Law and Exhibits in Opposition to Plaintiffs' Joint Motion for Sanctions* (Mahan, Carrie) (Entered: 04/08/2019) |

| | | |
|---|---|---|
| 04/08/2019 | 2020 | NOTICE of Motion by Carrie C. Mahan for presentment of motion for leave to file,,,,, 2019 , motion for leave to file,,,,, 2017 before Honorable Jeffrey T. Gilbert on 4/16/2019 at 09:15 AM. (Mahan, Carrie) (Entered: 04/08/2019) |
| 04/08/2019 | 2021 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Defendants' Memorandum of Law in Opposition to Plaintiffs' Joint Motion for Sanctions* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Mahan, Carrie) (Entered: 04/08/2019) |
| 04/09/2019 | 2022 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Perdue's Motion for Leave to File Memorandum of Law in Opposition to Plaintiffs' Motion for Sanctions Under Seal 2014 is granted. The motion hearing noticed for 4/16/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 04/09/2019) |
| 04/09/2019 | 2023 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Joint Motion for Leave to File Their Memorandum of Law and Exhibits in Support of Their Opposition to Plaintiffs' Joint Motion for Sanctions 2017 and Defendants' Joint Motion for Leave to File Under Seal Their Memorandum of Law and Exhibits in Opposition to Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc 2019 are granted. The motion hearing noticed for 4/16/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 04/09/2019) |
| 04/10/2019 | 2024 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 4/10/19 on Plaintiffs' Motion Concerning the Number of Depositions of Pilgrim's and Tyson Witnesses 1914 . For the reasons stated on the record, Plaintiffs' Motion 1914 is granted. Plaintiffs can take the depositions of the individuals associated with the Tyson and Pilgrim's Defendants listed in their Motion 1914 at pp. 5-12. Each one of these depositions that Plaintiffs take, however, will reduce on a one-to-one basis a deposition Plaintiffs otherwise would be allowed to take in accordance with the Court's order of 8/28/18 1155 so that the total number of depositions Plaintiffs can take remains the same as set forth in that order. Plaintiffs' counsel shall work with counsel for the Tyson and Pilgrim Defendants to get these depositions on the calendar without delay. Counsel participating in today's hearing who wish to be noted of record shall identify themselves to liaison counsel, and liaison counsel promptly shall send that information to the court reporter, Kathleen_Fennell@ilnd.uscourts.gov. Mailed notice (ber, ) (Entered: 04/10/2019) |

| 04/15/2019 | 2025 | MOTION by Movants Shamrock Foods Company, United Food Service, Inc. for leave to file *Amended Complaint* (Attachments: # 1 Exhibit A (REDACTED VERSION) (Motion to File Unredacted Version Under Seal Pending), # 2 Exhibit B (REDACTED VERSION) (Motion to File Unredacted Version Under Seal Pending))(Lustrin, Lori) (Entered: 04/15/2019) |
| --- | --- | --- |
| 04/15/2019 | 2026 | NOTICE of Motion by Lori P Lustrin for presentment of motion for leave to file, 2025 before Honorable Thomas M. Durkin on 4/30/2019 at 09:00 AM. (Lustrin, Lori) (Entered: 04/15/2019) |
| 04/15/2019 | 2027 | MOTION by Movants Shamrock Foods Company, United Food Service, Inc. for leave to file *under seal Exhibits A and B to Shamrock's Motion for Leave to File Amended Complaint [DKT. Nos. 2025-1, 2025-2]* (Lustrin, Lori) (Entered: 04/15/2019) |
| 04/15/2019 | 2028 | NOTICE of Motion by Lori P Lustrin for presentment of motion for leave to file 2027 before Honorable Thomas M. Durkin on 4/30/2019 at 09:00 AM. (Lustrin, Lori) (Entered: 04/15/2019) |
| 04/15/2019 | 2029 | MOTION by Plaintiff BJ's Wholesale Club Inc. for leave to file *Its First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2030 | NOTICE of Motion by Terence H. Campbell for presentment of motion for leave to file 2029 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2031 | MOTION by Plaintiff BJ's Wholesale Club Inc. to seal document MOTION by Plaintiff BJ's Wholesale Club Inc. for leave to file *Its First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* 2029 *Motion to Seal First Amended Complaint* (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2032 | NOTICE of Motion by Terence H. Campbell for presentment of motion to seal document, 2031 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2033 | MOTION by Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC for leave to file *Amended Complaint and for Permission to File Under Seal* (Attachments: # 1 Exhibit A - Redacted Amended Complaint, # 2 Exhibit B - Redacted Redline Compare)(Gore, Kristin) (Entered: 04/15/2019) |
| 04/15/2019 | 2034 | *FIRST* AMENDED complaint by Darden Restaurants, Inc. against All Defendants *(REDACTED VERSION) (MOTION TO SEAL PENDING)* (Attachments: # 1 Exhibit A - First Amended Complaint - Redline)(Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2035 | *Plaintiffs Cheney Bros., Inc.; Krispy Krunchy Foods, LLC; United Supermarkets, LLC* NOTICE of Motion by Kristin Alexandra Gore for presentment of motion for leave to file, 2033 before Honorable Thomas M. Durkin on 5/2/2019 at 09:00 AM. (Gore, Kristin) (Entered: 04/15/2019) |
| 04/15/2019 | 2036 | MOTION by Plaintiff Darden Restaurants, Inc. to seal document amended complaint 2034 (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2037 | NOTICE of Motion by Terence H. Campbell for presentment of motion to seal document 2036 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |

| 04/15/2019 | 2038 | MOTION by Plaintiff Checkers Drive-In Restaurants, Inc. for leave to file *Amended Complaint and for Permission to File Under Seal* (Attachments: # 1 Exhibit A - Redacted Amended Complaint, # 2 Exhibit B - Redacted Redline Compare)(Gore, Kristin) (Entered: 04/15/2019) |
|---|---|---|
| 04/15/2019 | 2039 | *Plaintiff Checkers Drive-In Restaurants, Inc.* NOTICE of Motion by Kristin Alexandra Gore for presentment of motion for leave to file, 2038 before Honorable Thomas M. Durkin on 5/2/2019 at 09:00 AM. (Gore, Kristin) (Entered: 04/15/2019) |
| 04/15/2019 | 2040 | MOTION by Plaintiff Hooters of America, LLC for leave to file *Amended Complaint and for Permission to File Under Seal* (Attachments: # 1 Exhibit A - Redacted Amended Complaint, # 2 Exhibit B - Redacted Redline Compare) (Gore, Kristin) (Entered: 04/15/2019) |
| 04/15/2019 | 2041 | *Plaintiff Hooters of America, LLC* NOTICE of Motion by Kristin Alexandra Gore for presentment of motion for leave to file 2040 before Honorable Thomas M. Durkin on 5/2/2019 at 09:00 AM. (Gore, Kristin) (Entered: 04/15/2019) |
| 04/15/2019 | 2042 | MOTION by Plaintiff Jetro Holdings. LLC for leave to file *Its First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* (Attachments: # 1 Exhibit A - First Amended Complaint - Clean (Redacted), # 2 Exhibit B - First Amended Complaint - Redline (Redacted))(Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2043 | NOTICE of Motion by Terence H. Campbell for presentment of motion for leave to file, 2042 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2044 | MOTION by Plaintiff Jetro Holdings. LLC to seal document MOTION by Plaintiff Jetro Holdings. LLC for leave to file *Its First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* 2042 *Motion to File Under Seal Exhibits to Its Motion for Leave to File Its First Amended Complaint* (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2045 | NOTICE of Motion by Terence H. Campbell for presentment of (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2046 | MOTION by Plaintiff Maximum Quality Foods, Inc. for leave to file *Its First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* (Attachments: # 1 Exhibit A - First Amended Complaint - Clean (Redacted), # 2 Exhibit B - First Amended Complaint - Redline (Redacted))(Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2047 | NOTICE of Motion by Terence H. Campbell for presentment of motion for leave to file, 2046 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2048 | MOTION by Plaintiff Maximum Quality Foods, Inc. to seal document MOTION by Plaintiff Maximum Quality Foods, Inc. for leave to file *Its First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* 2046 *Motion For Leave to File Under Seal Exhibits to Its Motion for Leave to File Its First Amended Complaint* (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2049 | NOTICE of Motion by Terence H. Campbell for presentment of motion to seal document, 2048 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |

| 04/15/2019 | 2050 | *FIRST* AMENDED complaint by Sherwood Food Distributors, LLC against All Defendants *(REDACTED VERSION) (MOTION TO SEAL PENDING)* (Attachments: # 1 Exhibit A - First Amended Complaint - Redline (REDACTED))(Campbell, Terence) (Entered: 04/15/2019) |
|---|---|---|
| 04/15/2019 | 2051 | MOTION by Plaintiff Sherwood Food Distributors, LLC to seal document amended complaint 2050 (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2052 | NOTICE of Motion by Terence H. Campbell for presentment of motion to seal document 2051 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Campbell, Terence) (Entered: 04/15/2019) |
| 04/15/2019 | 2053 | MOTION by Plaintiffs Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Wakefern Food Corporation, Unified Grocers, Inc., Associated Grocers of Florida, Inc. for leave to file *their First Amended Complaint (REDACTED VERSION) (MOTION TO SEAL PENDING)* (Attachments: # 1 Exhibit 1 - Redacted FAC (Clean), # 2 Exhibit 2 - Redaced FAC (Compare)) (Germaine, David) (Entered: 04/15/2019) |
| 04/15/2019 | 2054 | NOTICE of Motion by David P Germaine for presentment of motion for leave to file, 2053 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Germaine, David) (Entered: 04/15/2019) |
| 04/15/2019 | 2055 | MOTION by Plaintiff Associated Wholesale Grocers, Inc.,For Leave to File Amended Complaint (Attachments: # 1 Exhibit A (Amended Complaint - Redacted), # 2 Exhibit B (Amended Complaint - Redacted and Redlined), # 3 Exhibit C (Filed Under Seal - Motion to Seal Pending), # 4 Exhibit D (Filed Under Seal - Motion to Seal Pending))(Fitts, Amy) (Entered: 04/15/2019) |
| 04/15/2019 | 2056 | SEALED EXHIBIT by Plaintiff Associated Wholesale Grocers, Inc., *Exhibit C - First Amended Complaint* regarding MOTION by Plaintiff Associated Wholesale Grocers, Inc.,For Leave to File Amended Complaint 2055 (Fitts, Amy) (Entered: 04/15/2019) |
| 04/15/2019 | 2057 | SEALED EXHIBIT by Plaintiff Associated Wholesale Grocers, Inc., *Exhibit D - First Amended Complaint (Redline)* regarding MOTION by Plaintiff Associated Wholesale Grocers, Inc.,For Leave to File Amended Complaint 2055 (Fitts, Amy) (Entered: 04/15/2019) |
| 04/15/2019 | 2058 | MOTION by Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation for leave to file *under seal Exhibits 1 and 2 to Plaintiffs' Motion for Leave to File First Amended Complaint [Dkt. 2053-1 and 2053-2]* (Germaine, David) (Entered: 04/15/2019) |
| 04/15/2019 | 2059 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., to seal document exhibit 2057 , exhibit 2056 (Fitts, Amy) (Entered: 04/15/2019) |
| 04/15/2019 | 2060 | NOTICE of Motion by David P Germaine for presentment of motion for leave to file, 2058 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Germaine, David) (Entered: 04/15/2019) |
| 04/15/2019 | 2061 | *Notice of Motion - Motion for Leave to File First Amended Complaint* NOTICE of Motion by Amy D. Fitts for presentment of motion for miscellaneous relief, 2055 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Fitts, Amy) (Entered: 04/15/2019) |

| 04/15/2019 | 2062 | NOTICE of Motion by Amy D. Fitts for presentment of motion to seal document 2059 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Fitts, Amy) (Entered: 04/15/2019) |
|---|---|---|
| 04/15/2019 | 2063 | ANSWER to amended complaint *(REDACTED VERSION) (MOTION FOR LEAVE TO FILE UNREDACTED VERSION UNDER SEAL PENDING)*, ANSWER to amended complaint *(REDACTED VERSION) (MOTION FOR LEAVE TO FILE UNREDACTED VERSION UNDER SEAL PENDING)* by Amick Farms, LLC(Iwrey, Howard) (Entered: 04/15/2019) |
| 04/15/2019 | 2064 | LIST OF AFFIRMATIVE DEFENSES TO DIRECT PURCHASER PLAINTIFFS FOURTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT (DOC. 1565) by Amick Farms, LLC (Iwrey, Howard) (Entered: 04/15/2019) |
| 04/15/2019 | 2065 | MOTION by Defendant Amick Farms, LLC to seal document answer to amended complaint,,, 2063 (Iwrey, Howard) (Entered: 04/15/2019) |
| 04/15/2019 | 2066 | NOTICE of Motion by Howard Bruce Iwrey for presentment of motion to seal document 2065 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Iwrey, Howard) (Entered: 04/15/2019) |
| 04/15/2019 | 2067 | MOTION by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co. for leave to file *Instanter an Amended Complaint Nunc Pro Tunc to April 15, 2019* (Attachments: # 1 Exhibit Exhibit 1 - Redacted Complaint, # 2 Exhibit Exhibit 2 - Redacted Redlined Complaint)(Blechman, William) (Entered: 04/15/2019) |
| 04/15/2019 | 2068 | *The Kroger Plaintiffs' Notice of Motion for Leave to File Instanter an Amended Complaint Nunc Pro Tunc to April 15, 2019* NOTICE of Motion by William J Blechman for presentment of motion for leave to file, 2067 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Blechman, William) (Entered: 04/15/2019) |
| 04/15/2019 | 2069 | MOTION by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co. for leave to file *Portions of Exhibits 1 and 2 to Docket No. 2067 Under Seal* (Blechman, William) (Entered: 04/15/2019) |
| 04/15/2019 | 2070 | NOTICE of Motion by William J Blechman for presentment of motion for leave to file 2069 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Blechman, William) (Entered: 04/15/2019) |
| 04/15/2019 | 2071 | MOTION FOR LEAVE TO FILE INSTANTER AN AMENDED COMPLAINT NUNC PRO TUNC TO APRIL 15, 2019(Phair, Ryan) Modified on 4/16/2019 (tt, ). (Entered: 04/15/2019) |
| 04/15/2019 | 2072 | NOTICE by Ahold Delhaize USA, Inc. re amended complaint,,,, 2071 *for presentment of motion for leave to file* (Phair, Ryan) (Entered: 04/15/2019) |
| 04/15/2019 | 2073 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *Exhibits 1 and 2 to Docket No. 2071 Under Seal* (Phair, Ryan) (Entered: 04/15/2019) |
| 04/15/2019 | 2074 | MOTION by Plaintiff Winn-Dixie Stores, Inc. for leave to file *MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Redacted version) (Motion to seal pending)* (Attachments: # 1 Exhibit, # 2 Exhibit)(Ahern, Patrick) Docket text modified by Clerk's Office on 4/16/2019 (mma, ) (Entered: 04/15/2019) |
| 04/15/2019 | 2075 | NOTICE of Motion by Ryan Patrick Phair for presentment of motion for leave to file 2073 before Honorable Thomas M. Durkin on 4/29/2019 at 10:00 AM. (Phair, |

Ryan (Entered: 04/15/2019)

| 04/15/2019 | 2076 | NOTICE of Motion by Patrick John Ahern for presentment of motion for leave to file 2074 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Ahern, Patrick) (Entered: 04/16/2019) |
|---|---|---|
| 04/16/2019 | 2077 | MOTION by Plaintiff Winn-Dixie Stores, Inc.WINN-DIXIES MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBITS A & B TO DOCKET NO. 2074 UNDER SEAL (Ahern, Patrick) (Entered: 04/16/2019) |
| 04/16/2019 | 2078 | *WINN-DIXIES NOTICE OF MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBITS A & B TO DOCKET NO. 2074 UNDER SEAL* NOTICE of Motion by Patrick John Ahern for presentment of motion for miscellaneous relief 2077 before Honorable Thomas M. Durkin on 4/23/2019 at 09:00 AM. (Ahern, Patrick) (Entered: 04/16/2019) |
| 04/16/2019 | 2079 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15720344. (Campisi, Jeffrey) (Entered: 04/16/2019) |
| 04/17/2019 | 2080 | ATTORNEY Appearance for Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. by Daniel Martin Feeney (Feeney, Daniel) (Entered: 04/17/2019) |
| 04/17/2019 | 2081 | ATTORNEY Appearance for Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. by Thomas M. Staunton (Staunton, Thomas) (Entered: 04/17/2019) |
| 04/17/2019 | 2082 | TRANSCRIPT OF PROCEEDINGS held on 4/10/19 before the Honorable Jeffrey T. Gilbert. Order Number: 34353. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 5/8/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/16/2019. (Fennell, Kathleen) (Entered: 04/17/2019) |
| 04/17/2019 | 2083 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15727442. (Carney, Joseph) (Entered: 04/17/2019) |
| 04/17/2019 | 2084 | TRANSCRIPT OF PROCEEDINGS held on 4/10/19 before the Honorable Jeffrey T. Gilbert. CORRECTED TITLE PAGE. Order Number: 34353. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 5/8/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/16/2019. (Fennell, Kathleen) (Entered: 04/17/2019) |
| 04/17/2019 | 2085 | MINUTE entry before the Honorable Thomas M. Durkin:Shamrock Foods' motion for leave to file first amended complaint 2025 is granted. Shamrock Foods' motion for leave to file under seal 2027 is granted. BJ's Wholesale Club's |

| | | |
|---|---|---|
| | | motion for leave to file first amended complaint 2029 is granted. Bj's Wholesale Club's motion to seal document 2031 is granted. Cheney Brother's motion for leave to file amended complaint and to file under seal 2033 is granted. Darden Restaurant's motion to seal document 2036 is granted. Checker's motion for leave to file amended complaint and file under seal 2038 is granted. Hooters' motion for leave to file amended complaint and file under seal 2040 is granted. Jetro Holdings' motion for leave to file first amended complaint 2042 is granted. Jetro Holdings' motion to seal document 2044 is granted. Maximum Quality Foods' motion for leave to file first amended complaint 2046 is granted. Maximum Quality Foods' motion to seal document 2048 is granted. Sherwood Foods' motion to seal document 2051 is granted. Associated Grocers' motion for leave to file first amended complaint 2053 2055 2058 is granted. Associated Wholesale Grocers' motion for leave to file under seal 2059 is granted. Amick Farms' motion to seal document answer 2065 is granted. Albertson's motion for leave to file instanter an amended complaint 2067 is granted. Albertson's motion for leave to file under seal 2069 is granted. Motion for leave to file an amended complaint 2071 is granted. Delhaize's motion for leave to file under seal 2073 is granted. Winn-Dixie's motion for leave to file first amended complaint 2074 is granted. Winn-Dixie's motion for leave to file under seal 2077 is granted. No appearance is required on 4/23, 4/29, 4/30 and 5/2/2019. Mailed notice (srn, ) (Entered: 04/17/2019) |
| 04/17/2019 | 2086 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2006 is granted; Attorney Adam L. Hopkins for Mountaire Farms Inc., Mountaire Farms LLC, and Mountaire Farms of Delaware Inc. added. Mailed notice (srn, ) (Entered: 04/17/2019) |
| 04/17/2019 | 2087 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2079 is granted; Mailed notice (srn, ) (Entered: 04/17/2019) |
| 04/17/2019 | 2088 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2083 is granted; Attorney Joseph D Carney for Case Farms Processing, Inc., Case Farms, LLC,and Case Foods, Inc. added. Mailed notice (srn, ) (Entered: 04/17/2019) |
| 04/18/2019 | 2089 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15732828. (McAllister, Ryan) (Entered: 04/18/2019) |
| 04/18/2019 | 2090 | *FIRST* AMENDED complaint by Associated Wholesale Grocers, Inc., against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *REDACTED PUBIC VERSION* (Fitts, Amy) (Entered: 04/18/2019) |

| | | |
|---|---|---|
| 04/18/2019 | 2091 | SEALED DOCUMENT by Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation *Exhibit 1 to Motion for Leave to File Instanter An Amended Complaint Nunc Pro Tunc to April 15, 2019 (Unredacted Version) (Dkt. 2053-1)* (Germaine, David) (Entered: 04/18/2019) |
| 04/18/2019 | 2092 | SEALED DOCUMENT by Plaintiff Associated Wholesale Grocers, Inc., *FIRST AMENDED COMPLAINT* (Fitts, Amy) (Entered: 04/18/2019) |
| 04/18/2019 | 2093 | SEALED DOCUMENT by Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation *Exhibit 2 to Motion for Leave to File Instanter An Amended Complaint Nunc Pro Tunc to April 15, 2019 (Unredacted Version) (Dkt. 2053-2)* (Germaine, David) (Entered: 04/18/2019) |
| 04/18/2019 | 2094 | *FIRST* AMENDED complaint by Associated Grocers of Florida, Inc., Meijer, Inc., Wakefern Food Corporation, Associated Grocers of the South, Inc., Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., OSI Restaurant Partners, LLC, Meijer Distribution, Inc. against All Defendants *(PUBLIC REDACTED VERSION)* (Germaine, David) (Entered: 04/18/2019) |
| 04/18/2019 | 2095 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2089 is granted; Attorney Ryan Thomas McAllister for BJ's Wholesale Club Inc., Darden Restaurants, Inc., Jetro Holdings. LLC, Maximum Quality Foods, Inc., Sherwood Food Distributors, LLC, Darden Restaurants, Inc., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meat, LLC. added. Mailed notice (srn, ) (Entered: 04/18/2019) |
| 04/18/2019 | 2096 | SEALED DOCUMENT by Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation *First Amended Complaint Filed Nunc Pro Tunc to April 15, 2019 (Non-Public Unredacted Version of Dkt. 2094) (Filed Under Seal)* (Germaine, David) (Entered: 04/18/2019) |
| 04/18/2019 | 2097 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Exhibit 1 to Motion for Leave to File Instanter an Amended Complaint Nunc Pro Tunc to April 15, 2019 (Unredacted Version) (Dkt. #2071)* (Phair, Ryan) (Entered: 04/18/2019) |
| 04/18/2019 | 2098 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Exhibit 2 to Motion for Leave to File Instanter an Amended Complaint Nunc Pro Tunc to April 15, 2019 (Unredacted Version) (Dkt. #2071)* (Phair, Ryan) (Entered: 04/18/2019) |
| 04/18/2019 | 2099 | AMENDED complaint by Ahold Delhaize USA, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, Inc., George's Farms, Inc., George's, Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson |

| | | |
|---|---|---|
| | | Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *(Redacted Public Version)* (Phair, Ryan) (Entered: 04/18/2019) |
| 04/18/2019 | 2100 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Amended Complaint (Unredacted Version) (Dkt. #2099) (Filed Under Seal)* (Phair, Ryan) (Entered: 04/18/2019) |
| 04/18/2019 | 2101 | SEALED DOCUMENT by Movants Shamrock Foods Company, United Food Service, Inc. *Exhibit A to Motion for Leave to File Amended Complaint (Unredacted Version) (Dkt. 2025-1)* (Lustrin, Lori) (Entered: 04/18/2019) |
| 04/18/2019 | 2102 | SEALED DOCUMENT by Movants Shamrock Foods Company, United Food Service, Inc. *Exhibit B to Motion for Leave to File Amended Complaint (Unredacted Version) (Dkt. 2025-2)* (Lustrin, Lori) (Entered: 04/18/2019) |
| 04/18/2019 | 2103 | SEALED DOCUMENT by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co. *Exhibit 1 to Motion for Leave to File Instanter an Amended Complaint Nunc Pro Tun to April 15, 2019 (Unredacted Version) (Dkt. 2067-1)* (Blechman, William) (Entered: 04/18/2019) |
| 04/18/2019 | 2104 | SEALED DOCUMENT by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co. *Exhibit 2 to Motion for Leave to File Instanter an Amended Complaint Nunc Pro Tun to April 15, 2019 (Unredacted Version) (Dkt. 2067-2)* (Blechman, William) (Entered: 04/18/2019) |
| 04/18/2019 | 2105 | *First* AMENDED complaint by The Kroger Co., Hy-Vee, Inc., Albertsons Companies, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Blechman, William) (Entered: 04/18/2019) |
| 04/18/2019 | 2106 | SEALED DOCUMENT by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co. *First Amended Complaint Filed Nunc Pro Tunc to April 15, 2019 (Non-Public Undredacted Version of Dkt. 2105) (Filed Under Seal)* (Blechman, William) (Entered: 04/18/2019) |
| 04/18/2019 | 2107 | AMENDED complaint by United Food Service, Inc., Shamrock Foods Company against Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue |

| | | |
|---|---|---|
| | | Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Redacted Public Version* (Lustrin, Lori) (Entered: 04/18/2019) |
| 04/18/2019 | 2108 | AMENDED complaint by Hooters of America, LLC against House of Raeford Farms, Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Gore, Kristin) (Entered: 04/18/2019) |
| 04/18/2019 | 2109 | SEALED DOCUMENT by Plaintiff Hooters of America, LLC *Amended Complaint & Demand for Jury Trial* (Gore, Kristin) (Entered: 04/18/2019) |
| 04/18/2019 | 2110 | SEALED DOCUMENT by Movants Shamrock Foods Company, United Food Service, Inc. *Amended Complaint (Unredacted Version of Dkt. 2107)* (Lustrin, Lori) (Entered: 04/18/2019) |
| 04/18/2019 | 2111 | AMENDED complaint by Checkers Drive-In Restaurants, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Gore, Kristin) (Entered: 04/18/2019) |
| 04/18/2019 | 2112 | ATTORNEY Appearance for Plaintiff Associated Grocers of the South, Inc. by Ryan Thomas Holt (Holt, Ryan) (Entered: 04/18/2019) |
| 04/18/2019 | 2113 | SEALED DOCUMENT by Plaintiff Checkers Drive-In Restaurants, Inc. *Amended Complaint & Demand for Jury Trial* (Gore, Kristin) (Entered: 04/18/2019) |

| | | |
|---|---|---|
| 04/18/2019 | 2114 | AMENDED complaint by United Supermarkets, LLC, Cheney Bros., Inc., Krispy Krunchy Foods, LLC against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Gore, Kristin) (Entered: 04/18/2019) |
| 04/18/2019 | 2115 | SEALED DOCUMENT by Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC *Amended Complaint & Demand for Jury Trial* (Gore, Kristin) (Entered: 04/18/2019) |
| 04/19/2019 | 2116 | ATTORNEY Appearance for Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. by Daniel Richard Karon (Karon, Daniel) (Entered: 04/19/2019) |
| 04/19/2019 | 2117 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to the Commercial and Institutional Indirect Purchaser Plaintiffs' Sixth Amended Consolidated Class Action Complaint* (Iwrey, Howard) (Entered: 04/19/2019) |
| 04/20/2019 | 2118 | MOTION by Attorney Hugh D. Sandler to withdraw as attorney for Maplevale Farms, Inc.. No party information provided (Attachments: # 1 Notice of Filing) (Sandler, Hugh) (Entered: 04/20/2019) |
| 04/22/2019 | 2119 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15740898. (Carreno, Kaitlin) (Entered: 04/22/2019) |
| 04/22/2019 | 2120 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2119 is granted; Attorney Kaitlin Ann Carreno for Harrison Poultry, Inc. added. Mailed notice (srn, ) (Entered: 04/22/2019) |
| 04/22/2019 | 2121 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2118 is granted; Attorney Hugh Daniel Sandler terminated.Mailed notice (srn, ) (Entered: 04/22/2019) |
| 04/22/2019 | 2122 | SEALED DOCUMENT by Plaintiff BJ's Wholesale Club Inc. *Exhibit A to BJ's Wholesale Club Motion for Leave to File First Amended Complaint* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2123 | SEALED DOCUMENT by Plaintiff BJ's Wholesale Club Inc. *Exhibit B to BJ's Wholesale Club Motion for Leave to File First Amended Complaint* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2124 | *FIRST* AMENDED complaint by BJ's Wholesale Club Inc. against All Defendants (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2125 | SEALED DOCUMENT by Plaintiff BJ's Wholesale Club Inc. *BJ's Wholesale Club, Inc. First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |

| 04/22/2019 | 2126 | SEALED DOCUMENT by Plaintiff Darden Restaurants, Inc. *Darden Restaurants, Inc First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| --- | --- | --- |
| 04/22/2019 | 2127 | SEALED DOCUMENT by Plaintiff Jetro Holdings. LLC *Exhibit A to Jetro Holdings LLC Motion for Leave to File First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2128 | SEALED DOCUMENT by Plaintiff Jetro Holdings. LLC *Exhibit B to Jetro Holdings LLC Motion for Leave to File First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2129 | *FIRST* AMENDED complaint by Jetro Holdings. LLC against All Defendants *(REDACTED)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2130 | SEALED DOCUMENT by Plaintiff Jetro Holdings. LLC *Jetro Holdings LLC First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2131 | SEALED DOCUMENT by Plaintiff Maximum Quality Foods, Inc. *Exhibit A to Maximum Quality Foods, Inc Motion for Leave to File First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2132 | SEALED DOCUMENT by Plaintiff Maximum Quality Foods, Inc. *Exhibit B to Maximum Quality Foods, Inc Motion for Leave to File First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2133 | *FIRST* AMENDED complaint by Maximum Quality Foods, Inc. against All Defendants *(REDACTED)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2134 | SEALED DOCUMENT by Plaintiff Maximum Quality Foods, Inc. *Maximum Quality Foods, Inc. First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2135 | SEALED DOCUMENT by Plaintiff Sherwood Food Distributors, LLC *Sherwood Food Distributors, LLC First Amended Complaint (Unredacted)* (Campbell, Terence) (Entered: 04/22/2019) |
| 04/22/2019 | 2136 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15744071. (Tift, Scott) (Entered: 04/22/2019) |
| 04/22/2019 | 2137 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2136 is granted; Attorney Scott Patton Tift for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 04/22/2019) |
| 04/22/2019 | 2138 | SEALED DOCUMENT by Plaintiff Winn-Dixie Stores, Inc. *EXHIBIT A TO WINN-DIXIES MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBITS A & B TO DOCKET NO. 2074 UNDER SEAL (UNREDACTED)* (Ahern, Patrick) (Entered: 04/22/2019) |
| 04/22/2019 | 2139 | SEALED DOCUMENT by Plaintiff Winn-Dixie Stores, Inc. *EXHIBIT B TO WINN-DIXIES MOTION FOR LEAVE TO FILE PORTIONS OF EXHIBITS A & B TO DOCKET NO. 2074 UNDER SEAL (UNREDACTED)* (Ahern, Patrick) (Entered: 04/22/2019) |
| 04/22/2019 | 2140 | *FIRST* AMENDED complaint by Winn-Dixie Stores, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, |

| | | |
|---|---|---|
| | | LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *REDACTED PUBLIC VERSION* (Ahern, Patrick) (Entered: 04/22/2019) |
| 04/22/2019 | 2141 | REPLY by End-User Consumer Plaintiffs to MOTION by Plaintiff End-User Consumer Plaintiffs for sanctions *Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc. for Misconduct During the Deposition of Terry Maness* 1967 *[REDACTED] Version* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit 1 [Under Seal])(Berman, Steve) (Entered: 04/22/2019) |
| 04/22/2019 | 2142 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Reply in Support of Joint Motion for Sanctions* (Attachments: # 1 Exhibit 1 [SEALED]) (Berman, Steve) (Entered: 04/22/2019) |
| 04/22/2019 | 2143 | SEALED DOCUMENT by Plaintiff Winn-Dixie Stores, Inc. *FIRST AMENDED COMPLAINT* (Ahern, Patrick) (Entered: 04/22/2019) |
| 04/22/2019 | 2144 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document sealed document 2142 *Plaintiffs' Motion for Leave to File Under Seal Memorandum and Exhibit 1 to the Declaration of Shana E. Scarlett in Further Support of Motion for Sanctions* (Berman, Steve) (Entered: 04/22/2019) |
| 04/22/2019 | 2145 | NOTICE of Motion by Steve W. Berman for presentment of motion to seal document, 2144 before Honorable Thomas M. Durkin on 4/25/2019 at 09:00 AM. (Berman, Steve) (Entered: 04/22/2019) |
| 04/22/2019 | 2146 | CERTIFICATE of Service by Plaintiff End-User Consumer Plaintiffs regarding sealed document 2142 (Berman, Steve) (Entered: 04/22/2019) |
| 04/23/2019 | 2147 | MINUTE entry before the Honorable Thomas M. Durkin:The 4/25/2019 notice motion hearing is stricken. Plaintiffs' motion to seal 2144 should be noticed for presentment before Magistrate Judge Gilbert. Mailed notice (srn, ) (Entered: 04/23/2019) |
| 04/23/2019 | 2148 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15746606. (John, Pennington) (Entered: 04/23/2019) |
| 04/23/2019 | 2149 | NOTICE of Motion by Steve W. Berman for presentment of motion to seal document, 2144 before Honorable Jeffrey T. Gilbert on 4/26/2019 at 09:00 AM. (Berman, Steve) (Entered: 04/23/2019) |
| 04/24/2019 | 2150 | MOTION to withdraw from assignment pursuant to Local Rule 83.38 for Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC. (Haff, Nicole) (Entered: 04/24/2019) |

| 04/24/2019 | 2151 | NOTICE of Motion by Nicole Haff for presentment of motion to withdraw from assignment pursuant to Local Rule 83.38 2150 before Honorable Thomas M. Durkin on 4/24/2019 at 09:00 AM. (Haff, Nicole) (Entered: 04/24/2019) |
| --- | --- | --- |
| 04/24/2019 | 2152 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw from assignment pursuant to Local Rule 83.38 2150 is granted; Attorney Nicole Haff terminated.Mailed notice (srn, ) (Entered: 04/24/2019) |
| 04/24/2019 | 2153 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Memorandum and Exhibit 1 to the Declaration of Shana E. Scarlett in Further Support of Motion for Sanctions 2144 is granted. The motion hearing noticed for 4/26/19 at 9:00 a.m. is stricken with no appearance required. Mailed notice (ber, ) (Entered: 04/24/2019) |
| 04/25/2019 | 2154 | Corporate Disclosure Statement STATEMENT by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (Carney, Joseph) (Entered: 04/25/2019) |
| 04/25/2019 | 2155 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15758889. (Bessner, Deborah) (Entered: 04/25/2019) |
| 04/25/2019 | 2156 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2155 is granted; Attorney Deborah Leah Bessner for Perdue Farms, Inc.,and Perdue Foods LLC added. Mailed notice (srn, ) (Entered: 04/25/2019) |
| 04/25/2019 | 2157 | ORDER: Motion to appear pro hac vice is granted. 2148 Attorney John P. Pennington is granted leave to appear for Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, and Mar-Jac Holdings, LLC. Signed by the Honorable Thomas M. Durkin on 4/25/2019. Mailed notice (tt, ) (Entered: 04/25/2019) |
| 04/25/2019 | 2158 | MOTION by Plaintiff Save Mart Supermarkets to reassign case *based on relatedness* (Attachments: # 1 Exhibit Ex. 1 (Redacted Version) (Motion to File Unredacted Version Under Seal Pending))(Randall, Samuel) (Entered: 04/25/2019) |
| 04/25/2019 | 2159 | *Save Mart Supermarkets* NOTICE of Motion by Samuel J. Randall for presentment of motion to reassign case 2158 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Randall, Samuel) (Entered: 04/25/2019) |
| 04/25/2019 | 2160 | MOTION by Plaintiff Save Mart Supermarkets for leave to file *Exhibit 1 to Motion for Reassignment Under Seal* (Randall, Samuel) (Entered: 04/25/2019) |
| 04/25/2019 | 2161 | *Save Mart Supermarkets* NOTICE of Motion by Samuel J. Randall for presentment of motion for leave to file 2160 before Honorable Thomas M. Durkin on 4/29/2019 at 09:00 AM. (Randall, Samuel) (Entered: 04/25/2019) |
| 04/26/2019 | 2162 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Save Mart Supermarket's motion to reassign case based on relatedness 2158 is granted. This Court will recommend to the Executive Committee that case 19 C 2805 be reassigned to this Court's calendar as related to this action. Plaintiff Save Mart Supermarket's motion for leave to file exhibit 1 to the motion to reassign under seal 2160 is granted. No appearance is required on 4/29/2019. Mailed notice (srn, ) (Entered: 04/26/2019) |
| 04/26/2019 | 2163 | SEALED DOCUMENT by Plaintiff Save Mart Supermarkets *Exhibit 1 to Motion to Reassign (Save Mart Supermarkets' Complaint)* (Randall, Samuel) (Entered: 04/26/2019) |

| | | |
|---|---|---|
| 04/26/2019 | 2164 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held during the deposition of Eric Scholer on 4/26/19. For the reasons stated on the record of the deposition, the Court denied the End User Plaintiffs' oral motion to compel the deposition to proceed over the objection of the deponent and Defendant Agri Stats. The Court agrees Defendant Agri Stats' request to postpone the deposition for a short time to allow it, the witness, and counsel to consult about, among other things, a notice Defendant Agri Stats' counsel received last night at 10:00 p.m. from Direct Purchase Plaintiffs' counsel along with a request to modify the confidentiality order entered in this case is reasonable under the circumstances. In addition, the EUPs will not be unduly prejudiced if the deposition is rescheduled. As the Court also made clear on the record, however, this ruling is based upon the specific circumstances of this deposition and the unique events immediately preceding it. Those circumstances include the notice and request received by Defendant Agri Stats' counsel late last night, after business hours, from the DPPs' counsel and the fact that the deponent in another deposition convened earlier in the day also canceled that deposition for the same reasons raised by Defendant Agri Stats without a motion by the DPPs to force that deposition, which they noticed, to proceed. This ruling should not be interpreted as an invitation or indication that other depositions scheduled for next week and thereafter should be postponed. In fact, as stated on the record, the Court affirmatively does not intend to send that message at this time. The postponement of the depositions that were scheduled for today, however, should allow the parties to caucus within their respective constituencies, meet and confer as required by Local Rule 37.2, and either reach agreement or raise any dispute with the Court in an orderly way. Mailed notice (ber, ) (Entered: 04/26/2019) |
| 04/29/2019 | 2165 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Affiliated Foods, Inc., et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/29/2019) |
| 04/29/2019 | 2166 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Sysco Corporation* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/29/2019) |
| 04/29/2019 | 2167 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of US Foods, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/29/2019) |
| 04/29/2019 | 2168 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 4/29/19 with counsel for all parties. Mailed notice (ber, ) (Entered: 04/29/2019) |
| 04/29/2019 | 2169 | Statement of Defenses to Direct Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (Feeney, Daniel) (Entered: 04/29/2019) |
| 04/29/2019 | 2170 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Fourth Consolidated Amended Class Action Complaint (Redacted Version)* (Attachments: # 1 Exhibit A - Fourth Amended Complaint - Clean (Redacted), # 2 Exhibit B - Fourth Amended Complaint - Redline (Redacted))(Berman, Steve) (Entered: 04/29/2019) |
| 04/29/2019 | 2171 | NOTICE of Motion by Steve W. Berman for presentment of motion for leave to file, 2170 before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 AM. (Berman, Steve) (Entered: 04/29/2019) |
| 04/29/2019 | 2172 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Fourth Consolidated* |

*Amended Class Action Complaint (Redacted Version)* (Berman, Steve)
(Entered: 04/29/2019)

| | | |
|---|---|---|
| 04/29/2019 | 2173 | NOTICE of Motion by Steve W. Berman for presentment of motion to seal document 2172 before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 PM. (Berman, Steve) (Entered: 04/29/2019) |
| 04/29/2019 | 2174 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *[Proposed] Fourth Consolidated Amended Class Action Complaint* (Attachments: # 1 [Redlined])(Berman, Steve) (Entered: 04/29/2019) |
| 04/29/2019 | 2175 | CERTIFICATE of Service by Plaintiff End-User Consumer Plaintiffs regarding sealed document 2174 (Berman, Steve) (Entered: 04/29/2019) |
| 04/30/2019 | 2176 | MOTION by Plaintiff Giant Eagle, Inc. to reassign case (Lifvendahl, Eric) (Entered: 04/30/2019) |
| 04/30/2019 | 2177 | NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case 2176 before Honorable Thomas M. Durkin on 5/6/2019 at 09:00 AM. (Lifvendahl, Eric) (Entered: 04/30/2019) |
| 04/30/2019 | 2178 | SEALED RESPONSE by Agri Stats, Inc. to sealed document, 1566 *Answer and Defenses to Direct Purchaser Plaintiffs Fourth Amended and Consolidated Class Action Complaint* (Bernick, Justin) (Entered: 04/30/2019) |
| 04/30/2019 | 2179 | MOTION by Defendant Agri Stats, Inc. to seal document sealed response 2178 (Bernick, Justin) (Entered: 04/30/2019) |
| 04/30/2019 | 2180 | NOTICE of Motion by Justin Wade Bernick for presentment of motion to seal document 2179 before Honorable Jeffrey T. Gilbert on 5/7/2019 at 09:15 AM. (Bernick, Justin) (Entered: 04/30/2019) |
| 04/30/2019 | 2181 | SEALED RESPONSE by Agri Stats, Inc. to sealed document 1569 *Answer and Defenses to Commercial and Institutional Indirect Purchaser Plaintiffs Sixth Amended and Consolidated Class Action Complaint* (Bernick, Justin) (Entered: 04/30/2019) |
| 04/30/2019 | 2182 | MOTION by Defendant Agri Stats, Inc. to seal document sealed response 2181 (Bernick, Justin) (Entered: 04/30/2019) |
| 04/30/2019 | 2183 | NOTICE of Motion by Justin Wade Bernick for presentment of motion to seal document 2182 before Honorable Jeffrey T. Gilbert on 5/7/2019 at 09:15 AM. (Bernick, Justin) (Entered: 04/30/2019) |
| 05/01/2019 | 2184 | MINUTE entry before the Honorable Thomas M. Durkin:End-User Consumer Plaintiffs' motion for leave to file instanter their fourth consolidated amended class action complaint 2170 is granted. End-User Consumer Plaintiffs' motion for leave to file under seal their fourth consolidated amended class action complaint 2172 is granted. No appearance is required on 5/8/2019. Mailed notice (srn, ) (Entered: 05/01/2019) |
| 05/01/2019 | 2185 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's unopposed motion to reassign case as related 2176 is granted. This Court will recommend to the Executive Committee that case 19 C 2758 pending before Judge Feinerman be reassigned to this Court's calendar as related to this action. Mailed notice (srn, ) (Entered: 05/01/2019) |
| 05/01/2019 | 2186 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant Agri Stats, Inc.'s Motion for Leave to File Under Seal Answer and Defenses to Direct |

| | | |
|---|---|---|
| | | Purchase Plaintiffs' Fourth Amended and Consolidated Class Action Complaint 2179 and Motion for Leave to File Under Seal Answer and Defenses to Commercial and Institutional Indirect Purchaser Plaintiffs' Sixth Amended and Consolidated Class Action Complaint 2182 have been incorrectly noticed for hearing before Magistrate Judge Gilbert. The motion hearings noticed for 5/7/19 at 9:15 a.m. are stricken. Defendant shall re-notice its Motions 2179 , 2182 before the District Judge. Mailed notice (ber, ) (Entered: 05/01/2019) |
| 05/01/2019 | 2187 | MOTION by Defendant Agri Stats, Inc. to seal document sealed response 2178 (Bernick, Justin) (Entered: 05/01/2019) |
| 05/01/2019 | 2188 | NOTICE of Motion by Justin Wade Bernick for presentment of motion to seal document 2187 before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 AM. (Bernick, Justin) (Entered: 05/01/2019) |
| 05/01/2019 | 2189 | MOTION by Defendant Agri Stats, Inc. to seal document sealed response 2181 (Bernick, Justin) (Entered: 05/01/2019) |
| 05/01/2019 | 2190 | NOTICE of Motion by Justin Wade Bernick for presentment of motion to seal document 2189 before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 AM. (Bernick, Justin) (Entered: 05/01/2019) |
| 05/01/2019 | 2191 | ANSWER to amended complaint *and Defenses to Direct Purchaser Plaintiffs' Fourth Amended and Consolidated Class Action Complaint* by Agri Stats, Inc. (Bernick, Justin) (Entered: 05/01/2019) |
| 05/01/2019 | 2192 | ANSWER to amended complaint *and Defenses to Commercial and Institutional Indirect Purchaser Plaintiffs' Sixth Amended Consolidated Class Action Complaint* by Agri Stats, Inc.(Bernick, Justin) (Entered: 05/01/2019) |
| 05/01/2019 | 2193 | STIPULATION *Concerning Direct Action Plaintiff Interrogatories* (Mahan, Carrie) (Entered: 05/01/2019) |
| 05/01/2019 | 2194 | ANSWER to amended complaint by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc.(Carney, Joseph) (Entered: 05/01/2019) |
| 05/01/2019 | 2195 | *Case Farms, LLC, Case Farms Processing, Inc., and Case Foods, Inc.* NOTICE of Motion by Joseph D Carney for presentment of before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 AM. (Carney, Joseph) (Entered: 05/01/2019) |
| 05/01/2019 | 2196 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to seal *Answer to CIIPP Sixth Amended Consolidated Class Action Complaint* (Carney, Joseph) (Entered: 05/01/2019) |
| 05/02/2019 | 2197 | ORDER ADOPTING STIPULATION CONCERNING DIRECT ACTION PLAINTIFF INTERROGATORIES. Signed by the Honorable Jeffrey T. Gilbert on 5/2/2019. Mailed notice(ber, ) (Entered: 05/02/2019) |
| 05/02/2019 | 2198 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Agri Stats, Inc's motion for leave to file under seal answer and defenses to Direct Purchaser Plaintiffs' fourth amended and consolidated class action complaint 2187 is granted. Agri Stats, Inc's motion for leave to file under seal answer and defenses to Commercial and Institutional Indirect Purchaser Plaintiffs' sixth amended and consolidated class action complaint 2189 is granted. Defendants Case Farms, LLC, Case Farms Processing, Inc., and Case Foods, Inc's motion for leave to file under seal their answer to the Commercial and Institutional Indirect Purchaser Plaintiffs' sixth amended consolidated class action complaint 2196 is granted. No appearance is required on 5/8/2019. Mailed notice (srn, ) (Entered: 05/02/2019) |

| 05/02/2019 | 2199 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Answer to CIIPP Sixth Amended Consolidated Class Action Complaint (Unredacted Version)* (Carney, Joseph) (Entered: 05/02/2019) |
|---|---|---|
| 05/03/2019 | 2200 | REMOVED per court order dated 5/3/2019 (Hart, Steven) (Main Document 2200 replaced on 5/3/2019) (bg, ). Modified on 5/3/2019 (bg, ). (Entered: 05/03/2019) |
| 05/03/2019 | 2201 | NOTICE of Motion by Steven Alan Hart for presentment of motion to amend/correct 2200 before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 AM. (Hart, Steven) (Entered: 05/03/2019) |
| 05/03/2019 | 2202 | ORDER: The Clerk of Court is directed to remove from the docket # 2200 as it was entered in error. Signed by the Honorable Thomas M. Durkin on 5/3/2019. Mailed notice. (bg, ) (Entered: 05/03/2019) |
| 05/03/2019 | 2203 | MOTION by Plaintiff Maplevale Farms, Inc. to amend/correct protective order 202 *Joint Motion By All Parties To Amend Agreed Confidentiality Order (Dkt. No. 202)* (Hart, Steven) (Entered: 05/03/2019) |
| 05/03/2019 | 2204 | NOTICE of Motion by Steven Alan Hart for presentment of motion to amend/correct 2203 before Honorable Thomas M. Durkin on 5/8/2019 at 09:00 AM. (Hart, Steven) (Entered: 05/03/2019) |
| 05/06/2019 | 2205 | MINUTE entry before the Honorable Thomas M. Durkin:Joint motion to amend the agreed confidentiality order 2203 is granted. No appearance is required on 5/8/2019. Mailed notice (srn, ) (Entered: 05/06/2019) |
| 05/06/2019 | 2206 | NOTICE by William L. Greene of Change of Address *(Change of Firm Name)* (Greene, William) (Entered: 05/06/2019) |
| 05/06/2019 | 2207 | NOTICE by Peter Joseph Schwingler of Change of Address *(Change of Firm Name)* (Schwingler, Peter) (Entered: 05/06/2019) |
| 05/06/2019 | 2208 | ORDER Signed by the Honorable Jeffrey T. Gilbert on 5/6/2019. (See Order For Details) Mailed notice(lxs, ) (Entered: 05/06/2019) |
| 05/07/2019 | 2209 | NOTICE by Jaclyn Niccole Warr of Change of Address *(Firm Name Change)* (Warr, Jaclyn) (Entered: 05/07/2019) |
| 05/07/2019 | 2210 | STIPULATION *and Notice of Voluntary Dismissal without Prejudice as to The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC* (Lustrin, Lori) (Entered: 05/07/2019) |
| 05/08/2019 | 2211 | MINUTE entry before the Honorable Thomas M. Durkin:Pursuant to stipulation and notice of voluntary dismissal, Shamrock voluntarily dismisses without prejudice all claims against defendants The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC. Mailed notice (srn, ) (Entered: 05/08/2019) |
| 05/09/2019 | 2212 | NOTICE by Kevin Parker Kitchen of Change of Address *(Firm Name Change)* (Kitchen, Kevin) (Entered: 05/09/2019) |
| 05/14/2019 | 2213 | ATTORNEY Appearance for Plaintiff End-User Consumer Plaintiffs by Jason A. Zweig (Zweig, Jason) (Entered: 05/14/2019) |
| 05/15/2019 | 2214 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Darden Restaurants, Inc. *Corporate Disclosure Statement* (Ioviено, Philip) (Entered: 05/15/2019) |
| 05/15/2019 | 2215 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sherwood Food Distributors, LLC *Corporate Disclosure Statement* (Ioviено, Philip) (Entered: |

| 05/15/2019 | 2216 | ATTORNEY Appearance for Plaintiffs BJ's Wholesale Club Inc., Darden Restaurants, Inc., Jetro Holdings. LLC, Maximum Quality Foods, Inc., Sherwood Food Distributors, LLC by Ryan Thomas McAllister (McAllister, Ryan) (Entered: 05/15/2019) |
|---|---|---|
| 05/16/2019 | 2217 | MINUTE entry before the Honorable Thomas M. Durkin:This Court intents to instruct the Clerk of Court to submit JS-6 forms to the Administrative Office for the individual related actions: 19 C 2758 and 19 C 2805, and designate such cases as closed for administrative and statistical purposes. The Court took this same action on 1/25/2017 273 , 2/14/2019 724 , 1/10/2019 1532 , and 4/5/2019 2007 with respect to the first thirty-three cases designated as related to 16 C 8637 and reassigned to this Court. Just as with the 1/25/2017, 2/14/2018, 1/10/2019, and 4/5/2019 orders, this order will not be considered a dismissal or disposition of these actions, and should further proceedings in this litigation become necessary or desirable, any party will be able to initiate it in the same manner as if this order had not been entered. Absent objection, this Court will enter such as order on 5/21/2019.Mailed notice (srn, ) (Entered: 05/16/2019) |
| 05/20/2019 | 2218 | ATTORNEY Appearance for Plaintiff End-User Consumer Plaintiffs by Rio Shaye Pierce (Pierce, Rio) (Entered: 05/20/2019) |
| 05/21/2019 | 2219 | ATTORNEY Appearance for Plaintiffs Alex Lee, Inc., Big Y Foods, Inc., Schnuck Markets, Inc., Woodman's Food Market, Inc. by Evan Patrick Boyle (Boyle, Evan) (Entered: 05/21/2019) |
| 05/24/2019 | 2220 | STIPULATION *Concerning Waiver of Service and Responses to Direct Action Plaintiff Complaints and Amended Complaints* (Mahan, Carrie) (Entered: 05/24/2019) |
| 05/28/2019 | 2221 | STIPULATION *REGARDING COURT REPORTERS* (Hart, Steven) (Entered: 05/28/2019) |
| 05/31/2019 | 2222 | MOTION by Attorney Elizabeth A. Fegan to withdraw as attorney for End-User Consumer Plaintiffs. No party information provided (Fegan, Elizabeth) (Entered: 05/31/2019) |
| 05/31/2019 | 2223 | NOTICE of Motion by Elizabeth A. Fegan for presentment of motion to withdraw as attorney 2222 before Honorable Thomas M. Durkin on 6/20/2019 at 09:00 AM. (Fegan, Elizabeth) (Entered: 05/31/2019) |
| 05/31/2019 | 2224 | MOTION by Attorney Jonathan E. Grossman to withdraw as attorney for Alex Lee, Inc., Associated Grocers, Inc., Brookshire Grocery Company, Schnuck Markets, Inc.. No party information provided (Attachments: # 1 Notice of Filing Notice of Motion to Withdraw Appearance)(Boyle, Evan) (Entered: 05/31/2019) |
| 05/31/2019 | 2225 | NOTICE of Motion by Evan Patrick Boyle for presentment of motion to withdraw as attorney, 2224 before Honorable Thomas M. Durkin on 6/6/2019 at 09:00 AM. (Boyle, Evan) (Entered: 05/31/2019) |
| 05/31/2019 | 2226 | STIPULATION *and Order Regarding Direct Action Plaintiff Document and Data Productions* (Scarlett, Shana) (Entered: 05/31/2019) |
| 05/31/2019 | 2227 | MOTION by Plaintiff End-User Consumer Plaintiffs to amend/correct *Deposition Protocol Order* (Attachments: # 1 REDACTED Memorandum, # 2 Declaration of Shana E. Scarlett [REDACTED], # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F)(Scarlett, Shana) (Entered: 05/31/2019) |

| 05/31/2019 | 2228 | NOTICE of Motion by Shana Scarlett for presentment of motion to amend/correct, 2227 before Honorable Jeffrey T. Gilbert on 6/6/2019 at 09:15 AM. (Scarlett, Shana) (Entered: 05/31/2019) |
|---|---|---|
| 05/31/2019 | 2229 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Memorandum in Support of Plaintiffs' Motion to Amend Deposition Protocol Order* (Scarlett, Shana) (Entered: 05/31/2019) |
| 05/31/2019 | 2230 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Declaration of Shana E. Scarlett in Support of Plaintiffs' Motion to Amend Deposition Protocol Order* (Scarlett, Shana) (Entered: 05/31/2019) |
| 05/31/2019 | 2231 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document sealed document 2229 , sealed document 2230 *Motion for Leave to File Under Seal Memorandum and the Declaration of Shana E. Scarlett in Support of Plaintiffs' Motion to Amend Deposition Protocol Order* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 05/31/2019) |
| 05/31/2019 | 2232 | NOTICE of Motion by Shana Scarlett for presentment of motion to seal document, 2231 before Honorable Jeffrey T. Gilbert on 6/6/2019 at 09:15 AM. (Scarlett, Shana) (Entered: 05/31/2019) |
| 06/04/2019 | 2233 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2224 is granted; Attorney Jonathan Eric Grossman terminated. No appearance is required on 6/6/2019.Mailed notice (srn, ) (Entered: 06/04/2019) |
| 06/04/2019 | 2234 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal 2231 is granted. Plaintiffs are given leave to file under seal: 1) Memorandum in Support of Plaintiffs' Motion to Amend Deposition Protocol Order ("Memorandum") and; 2) the Declaration of Shana E. Scarlett ("Scarlett Declaration") in support of the motion. The motion hearing noticed for 6/6/19 at 9:15 a.m. is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/04/2019) |
| 06/04/2019 | 2235 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15891683. (Spevack, Erica) (Entered: 06/04/2019) |
| 06/04/2019 | 2236 | STIPULATION AND ORDER REGARDING DIRECT ACTION PLAINTIFF DOCUMENT AND DATA PRODUCTIONS. Signed by the Honorable Jeffrey T. Gilbert on 6/4/2019. Mailed notice(ber, ) (Entered: 06/04/2019) |
| 06/04/2019 | 2242 | ORDER: Plaintiffs' unopposed motion to administratively consolidate their case with the master docket of the In Re Broiler Chicken Antitrust Litigation case is granted. 11 The Clerk of Court is directed to consolidate this action with case 16 C 8637, In Re Broiler Chicken Antitrust Litigation. It is further ordered that the Clerk shall transfer all attorneys in this action to the master docket. This action is ordered closed for administrative and statistical purposes. This order will not be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party will be able to initiate it in the same manner as if this order had not been entered. No appearance is required on 6/6/2019. Signed by the Honorable Thomas M. Durkin on 6/4/2019. Mailed notice (tt, ) (Entered: 06/07/2019) |
| 06/05/2019 | 2237 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiffs' Motion to Amend Deposition Protocol Order 2227 : Defendants shall respond by 6/12/19. Plaintiffs shall reply by 6/19/19. This schedule will stand unless the parties agree to a different briefing |

schedules. The motion hearing noticed for 6/6/2019 at 9:15 a.m. is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/05/2019)

| 06/05/2019 | 2238 | STIPULATION and Order concerning waiver of service and response to direct action plaintiff complaints and amended complaints. Signed by the Honorable Thomas M. Durkin on 6/5/2019. Mailed notice (tt, ) (Entered: 06/06/2019) |
| 06/06/2019 | 2239 | STIPULATION and Order concerning waiver of service and Mar-Jac Defendants' responses to Associated Wholesale Grocer, Inc.'s amended complaint. Signed by the Honorable Thomas M. Durkin on 6/6/2019. Mailed notice (tt, ) (Entered: 06/07/2019) |
| 06/07/2019 | 2240 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15905923. (Brown, Benjamin) (Entered: 06/07/2019) |
| 06/07/2019 | 2241 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2235 is granted; Erica Spevack for U.S. Foods, Inc. and Cysco Corp added. Mailed notice (srn, ) (Entered: 06/07/2019) |
| 06/10/2019 | 2243 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2240 is granted; Attorney Benjamin Brown for Christopher Gilbert, Leslie Weidner, David Weidner, Alison Pauk, Vern Peter Gardner, Marilyn Strangeland, and Tracy Newman added. Mailed notice (srn, ) (Entered: 06/10/2019) |
| 06/10/2019 | 2244 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2222 is granted; Attorney Elizabeth A. Fegan terminated.Mailed notice (srn, ) (Entered: 06/10/2019) |
| 06/12/2019 | 2245 | ATTORNEY Appearance for Plaintiffs Winn-Dixie Stores, Inc., Bi-Lo Holdings, LLC by Theodore Beloyeannis Bell (Bell, Theodore) (Entered: 06/12/2019) |
| 06/12/2019 | 2246 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15921032. (Klar, Deborah) (Entered: 06/12/2019) |
| 06/12/2019 | 2247 | SEALED RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Plaintiff End-User Consumer Plaintiffs to amend/correct *Deposition Protocol Order* 2227 (Attachments: # 1 Defendants Response To Plaintiffs' Motion To Amend Deposition Protocol Order, # 2 Exhibit A)(Laytin, Daniel) (Entered: 06/12/2019) |
| 06/12/2019 | 2248 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal document sealed response, 2247 *Defendants Response To Plaintiffs' Motion To Amend Deposition Protocol Order* (Laytin, Daniel) (Entered: 06/12/2019) |
| 06/12/2019 | 2249 | RESPONSE by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to motion to amend/correct, 2227 (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 06/12/2019) |
| 06/12/2019 | 2250 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to seal document, 2248 before Honorable Jeffrey T. Gilbert on 6/18/2019 at 09:15 AM. (Laytin, Daniel) (Entered: 06/12/2019) |
| 06/14/2019 | 2251 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Under Seal 2248 is granted. Defendants are given leave to file |

| | | under seal Defendants' Response to Plaintiffs' Motion to Amend Deposition Protocol Order and Exhibit A. The motion hearing noticed for 6/18/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/14/2019) |
|---|---|---|
| 06/18/2019 | 2252 | NOTICE by Eric Richard Lifvendahl of Change of Address *and Notice of Change in Firm Affiliation* (Lifvendahl, Eric) (Entered: 06/18/2019) |
| 06/18/2019 | 2253 | SCHEDULING ORDER NO. 11 Signed by the Honorable Thomas M. Durkin on 6/18/2019. Mailed notice (nsf, ) (Entered: 06/18/2019) |
| 06/19/2019 | 2254 | REPLY by End-User Consumer Plaintiffs to MOTION by Plaintiff End-User Consumer Plaintiffs to amend/correct *Deposition Protocol Order* 2227 *[Redacted Version]* (Scarlett, Shana) (Entered: 06/19/2019) |
| 06/19/2019 | 2255 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Reply in Support of Plaintiffs' Motion to Amend Deposition Protocol Order [Sealed Version]* (Scarlett, Shana) (Entered: 06/19/2019) |
| 06/19/2019 | 2256 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document sealed document 2255 *Plaintiffs' Motion for Leave to File Under Seal Reply in Support of Plaintiffs' Motion to Amend Deposition Protocol Order* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 06/19/2019) |
| 06/19/2019 | 2257 | NOTICE of Motion by Shana Scarlett for presentment of motion to seal document, 2256 before Honorable Jeffrey T. Gilbert on 6/25/2019 at 09:15 AM. (Scarlett, Shana) (Entered: 06/19/2019) |
| 06/20/2019 | 2258 | MOTION by Plaintiff Maplevale Farms, Inc. for order *Class Plaintiffs' Motion for Order Permitting Production of Documents by Third Party CoBank, ACB* (Attachments: # 1 Declaration of Brian D. Clark In Support of Class Plaintiffs' Motion for Order Permitting Production of Documents by Third Party CoBank, ACB, # 2 Exhibit A to Declaration of Brian D. Clark, # 3 Exhibit B to Declaration of Brian D. Clark, # 4 Exhibit C to Declaration of Brian D. Clark) (Hart, Steven) (Entered: 06/20/2019) |
| 06/20/2019 | 2259 | NOTICE of Motion by Steven Alan Hart for presentment of motion for order, 2258 before Honorable Jeffrey T. Gilbert on 6/25/2019 at 09:15 AM. (Hart, Steven) (Entered: 06/20/2019) |
| 06/20/2019 | 2260 | MOTION by Plaintiff Walmart, Inc. to reassign case *UNOPPOSED* (Attachments: # 1 Exhibit Ex. 1 - Transfer Order, # 2 Exhibit Ex. 2 - Complaint) (Campbell, Terence) (Entered: 06/20/2019) |
| 06/20/2019 | 2261 | *UNOPPOSED* NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 2260 before Honorable Thomas M. Durkin on 6/24/2019 at 09:00 AM. (Campbell, Terence) (Entered: 06/20/2019) |
| 06/20/2019 | 2262 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Reply in Support of Plaintiffs' Motion to Amend Deposition Protocol Order 2256 is granted. The motion hearing set for 6/25/19 at 9:15 a.m. is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/20/2019) |
| 06/20/2019 | 2264 | AMENDED complaint by Conagra Brands, Inc., Kraft Heinz Foods Company, Nestle USA, Inc., Nestle Purina Petcare Company, Pinnacle Foods, Inc. against All Defendants (Filed per order dated 6/20/2019 re case 19cv2190,#14) (bg, ) (Entered: 06/21/2019) |

| 06/21/2019 | 2263 | MINUTE entry before the Honorable Thomas M. Durkin:Walmart's unopposed motion to reassign case based on relatedness pursuant to LR 40.4 2260 is granted. This Court will recommend to the Executive Committee that case 19 C 3915, pending before Judge Norgle, be reassigned to this Court's calendar as related to this action. No appearance is required on 6/24/2019. Mailed notice (srn, ) (Entered: 06/21/2019) |
|---|---|---|
| 06/21/2019 | 2265 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs' Motion For Order Permitting Production Of Documents By Third Party CoBank, ACB 2258 is granted. Enter Order. The motion hearing noticed for 6/25/19 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/21/2019) |
| 06/21/2019 | 2266 | ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR ORDER PERMITTING PRODUCTION OF DOCUMENTS BY THIRD PARTY COBANK, ACB. Signed by the Honorable Jeffrey T. Gilbert on 6/21/2019. Mailed notice(ber, ) (Entered: 06/21/2019) |
| 06/21/2019 | 2267 | ATTORNEY Appearance for Plaintiff United States of America, Intervenor United States of America by Michael Thomas Koenig (Koenig, Michael) (Entered: 06/21/2019) |
| 06/21/2019 | 2268 | MOTION by Intervenor United States of America to intervene *and stay discovery* (Koenig, Michael) (Entered: 06/21/2019) |
| 06/21/2019 | 2269 | NOTICE of Motion by Michael Thomas Koenig for presentment of motion to intervene 2268 before Honorable Thomas M. Durkin on 6/27/2019 at 09:00 AM. (Koenig, Michael) (Entered: 06/21/2019) |
| 06/21/2019 | 2270 | ATTORNEY Appearance for Intervenor United States of America by Heather Diefenbach Call (Call, Heather) (Entered: 06/21/2019) |
| 06/24/2019 | 2271 | MINUTE entry before the Honorable Thomas M. Durkin:The United States has filed a motion to intervene and stay discovery 2268 . Responses to this motion should be filed by 2 p.m. on 6/26/2019, and the Court will rule at the motion hearing on 6/27/2019. A temporary stay of discovery as to all defendant employee and former employee depositions is imposed until the Court rules on the motion.Mailed notice (srn, ) (Entered: 06/24/2019) |
| 06/25/2019 | 2273 | MINUTE entry before the Honorable Thomas M. Durkin:Government's motion to intervene is reset for 6/27/2019 at 09:30 AM. Note: time change only. Any party that would like to appear telephonically, may call 877-402-9757, access code 4410831 promptly at 9:30 a.m. Mailed notice (srn, ) (Entered: 06/25/2019) |
| 06/25/2019 | 2274 | MOTION by Plaintiff Services Group of America, Inc. to reassign case *based on relatedness.* (Attachments: # 1 Exhibit 1)(Gibbons, John) (Entered: 06/25/2019) |
| 06/25/2019 | 2275 | NOTICE of Motion by John F. Gibbons for presentment of motion to reassign case 2274 before Honorable Thomas M. Durkin on 7/2/2019 at 09:00 AM. (Gibbons, John) (Entered: 06/25/2019) |
| 06/25/2019 | 2276 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2246 is granted; Attorney Deborah Klar for Case Foods, Inc., Case Farms, LLC., Case Farms Processing, Inc. added. Mailed notice (srn, ) (Entered: 06/25/2019) |
| 06/25/2019 | 2277 | MOTION by Defendant Harrison Poultry, Inc. to seal *(Consent Motion Regarding Sealing of Answers to Amended Complaints)* (Attachments: # 1 Text of Proposed Order)(Boyd, Nicholas) (Entered: 06/25/2019) |

| 06/25/2019 | 2278 | NOTICE of Motion by Nicholas Robert Boyd for presentment of motion to seal 2277 before Honorable Thomas M. Durkin on 7/2/2019 at 09:00 AM. (Boyd, Nicholas) (Entered: 06/25/2019) |
|---|---|---|
| 06/25/2019 | 2279 | STIPULATION and [proposed] Order concerning Mar-Jac Defendants' waiver of service and responses to the amended complaint filed by Winn-Dixie stores, Inc. and Bi-Lo Holdings, LLC. Signed by the Honorable Thomas M. Durkin on 6/25/2019. Mailed notice (nsf, ) (Entered: 06/25/2019) |
| 06/25/2019 | 2280 | RESPONSE by Plaintiffs Sysco Corporation, US Foods, Inc. to motion to intervene 2268 (Gant, Scott) (Entered: 06/25/2019) |
| 06/26/2019 | 2281 | MEMORANDUM by Affiliated Foods, Inc.'s Plaintiffs in Opposition to motion to intervene 2268 (Kaplan, Robert) (Entered: 06/26/2019) |
| 06/26/2019 | 2282 | MOTION by Attorney Daniel E. Antalics to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (Mahan, Carrie) (Entered: 06/26/2019) |
| 06/26/2019 | 2283 | NOTICE of Motion by Carrie C. Mahan for presentment of motion to withdraw as attorney 2282 before Honorable Thomas M. Durkin on 7/3/2019 at 09:00 AM. (Mahan, Carrie) (Entered: 06/26/2019) |
| 06/26/2019 | 2284 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15969839. (Rabin, Shawn) (Entered: 06/26/2019) |
| 06/26/2019 | 2285 | RESPONSE by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to motion to intervene 2268 (Mahan, Carrie) (Entered: 06/26/2019) |
| 06/26/2019 | 2286 | RESPONSE by Shamrock Foods Company, United Food Service, Inc. to MOTION by Intervenor United States of America to intervene *and stay discovery* 2268 *on behalf of Certain Direct Action Plaintiffs* (Wagner, Scott) (Entered: 06/26/2019) |
| 06/26/2019 | 2287 | RESPONSE by End-User Consumer Plaintiffsin Opposition to MOTION by Intervenor United States of America to intervene *and stay discovery* 2268 *End-User Consumer Plaintiffs' Opposition to the United States' Motion to Stay Discovery* (Attachments: # 1 Declaration of Steve W. Berman)(Berman, Steve) (Entered: 06/26/2019) |
| 06/26/2019 | 2288 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in Opposition to motion to intervene 2268 (Doyle, Thomas) (Entered: 06/26/2019) |

| 06/26/2019 | 2289 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Intervenor United States of America to intervene *and stay discovery* 2268 *Direct Purchaser Plaintiffs' Response to the United States' Motion to Intervene and Stay Discovery* (Hart, Steven) (Entered: 06/26/2019) |
|---|---|---|
| 06/26/2019 | 2290 | ATTORNEY Appearance for Plaintiffs Conagra Brands, Inc., Kraft Heinz Foods Company, Nestle Purina Petcare Company, Nestle USA, Inc., Pinnacle Foods, Inc. by Dennis John Lynch (Lynch, Dennis) (Entered: 06/26/2019) |
| 06/26/2019 | 2291 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff Services Group of America's motion to reassign case based on relatedness 2274 is granted. This Court will recommend to the Executive Committee that case 19 C 4194, currently pending before Judge Kendall, be reassigned to this Court's calendar as related to this action. No appearance is required on 7/2/2019. Mailed notice (srn, ) (Entered: 06/26/2019) |
| 06/26/2019 | 2292 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2284 is granted; Attorney Shawn J. Rabin for Walmart, Inc. added. Mailed notice (srn, ) (Entered: 06/26/2019) |
| 06/26/2019 | 2293 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2282 is granted; Attorney Daniel E. Antalics terminated. No appearance is required on 7/3/2019. Mailed notice (srn, ) (Entered: 06/26/2019) |
| 06/27/2019 | 2294 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15973123. (Sliwka, Gabrielle) (Entered: 06/27/2019) |
| 06/27/2019 | 2295 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15974723. (Cain-Mannix, Moira) (Entered: 06/27/2019) |
| 06/27/2019 | 2296 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference set for 7/12/19 at 10:30 a.m. The Court's courtroom deputy will circulate a call-in number and password. Mailed notice (ber, ) (Entered: 06/27/2019) |
| 06/27/2019 | 2297 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15974797. (Marcus, Bernard) (Entered: 06/27/2019) |
| 06/27/2019 | 2298 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-15975955. (Gibson Allen, Erin) (Entered: 06/27/2019) |
| 06/27/2019 | 2299 | ATTORNEY Appearance for Plaintiff End-User Consumer Plaintiffs by Breanna LE Van Engelen (Van Engelen, Breanna) (Entered: 06/27/2019) |
| 06/27/2019 | 2302 | ORDER: Motion hearing held on 6/27/2019. The United States motion to intervene and stay discovery is granted. 2268 Discovery is ordered stayed through 9/27/2019. Defendant's consent motion to seal answers is granted. 2277 Each defendant may file under seal its answers to the complaints and amended complaints. Each defendant shall also file public redacted versions pursuant to Local Rule 26.2(b). A status hearing will be set before Magistrate Judge Gilbert. Signed by the Honorable Thomas M. Durkin on 6/27/2019. Mailed notice (nsf, ) Modified on 7/2/2019 (nsf, ). (Entered: 06/28/2019) |
| 06/28/2019 | 2300 | MINUTE entry before the Honorable Thomas M. Durkin:Counsel participating in yesterday's hearing who wish to be noted of record shall promptly identify themselves to liaison counsel, and liaison counsel shall send that information to the court reporter, Laura_Renke@ilnd.uscourts.gov no later than Saturday, June 29, 2019, at noon. Alternatively, counsel may notify the court reporter directly.Mailed notice (srn, ) (Entered: 06/28/2019) |

| | | |
|---|---|---|
| 06/28/2019 | 2301 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion to Amend Deposition Protocol Order 2227 is denied for the reasons stated on the record at the end of the joint hearing held in this case on 6/27/19 2300 . As the Court noted, however, it is willing to amend the Deposition Protocol Order to include the language Defendants suggest in their Response to Plaintiffs Motion 2247 at page 2 with the possible addition of a good faith requirement so that the Deposition Protocol Order would provide that a Defendant will attempt in good faith to notify Plaintiffs, within the time frames specified, that a witness likely will invoke the Fifth Amendment at a deposition with the deponent's consent that such notice be given. The Court suggests the parties discuss this matter and be prepared to report whether agreement can be reached on language along these lines during the telephonic conference set for 7/12/19. Mailed notice (mw, ) (Entered: 06/28/2019) |
| 07/01/2019 | 2303 | TRANSCRIPT OF PROCEEDINGS held on 6/27/19 before the Honorable Thomas M. Durkin and the Honorable Jeffrey T. Gilbert. Motion hearing. Order Numbers: 35151, 35209, 35219, 35221, 35228. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/22/2019. Redacted Transcript Deadline set for 8/1/2019. Release of Transcript Restriction set for 9/30/2019. (Renke, Laura) (Entered: 07/01/2019) |
| 07/01/2019 | 2304 | MOTION by Attorney Stephen R. Lancaster, Gary D. Marts and Eric Berger to withdraw as attorney for Sam's East, Inc., Sam's West, Inc., Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc., Walmart, Inc.. No party information provided (Rabin, Shawn) (Entered: 07/01/2019) |
| 07/01/2019 | 2305 | NOTICE of Motion by Shawn J. Rabin for presentment of motion to withdraw as attorney, 2304 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Rabin, Shawn) (Entered: 07/01/2019) |
| 07/01/2019 | 2306 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2304 is granted. No appearance is required on 8/5/2019. Mailed notice (srn, ) (Entered: 07/01/2019) |
| 07/01/2019 | 2307 | STIPULATION *Concerning Waiver of Service* (Rabin, Shawn) (Entered: 07/01/2019) |
| 07/02/2019 | 2308 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2294 is granted; Attorney Gabrielle Sliwka for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 07/02/2019) |
| 07/02/2019 | 2309 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2295 is granted; Attorney Moira Cain-Mannix for Giant Eagle, Inc. added. Mailed notice (srn, ) (Entered: 07/02/2019) |

| 07/02/2019 | 2310 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2297 is granted; Attorney Bernard Marcus for Giant Eagle, Inc. added.Mailed notice (srn, ) (Entered: 07/02/2019) |
| 07/02/2019 | 2311 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 2298 is granted; Attorney Erin Gibson Allen for Giant Eagle, Inc. added. Mailed notice (srn, ) (Entered: 07/02/2019) |
| 07/03/2019 | 2312 | ATTORNEY Appearance for Plaintiff Giant Eagle, Inc. by Bernard D Marcus (Marcus, Bernard) (Entered: 07/03/2019) |
| 07/03/2019 | 2313 | ATTORNEY Appearance for Plaintiff Giant Eagle, Inc. by Moira E. Cain-Mannix (Cain-Mannix, Moira) (Entered: 07/03/2019) |
| 07/03/2019 | 2314 | ATTORNEY Appearance for Plaintiff Giant Eagle, Inc. by Erin Gibson Allen (Gibson Allen, Erin) (Entered: 07/03/2019) |
| 07/03/2019 | 2315 | ATTORNEY Appearance for Plaintiffs Sam's East, Inc., Sam's West, Inc., WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc. by Shawn J. Rabin (Rabin, Shawn) (Entered: 07/03/2019) |
| 07/10/2019 | 2316 | NOTICE by Lara A Flath of Change of Address (Flath, Lara) (Entered: 07/10/2019) |
| 07/10/2019 | 2317 | NOTICE by Thomas M. Staunton of Change of Address *Change of Firm Name* (Staunton, Thomas) (Entered: 07/10/2019) |
| 07/10/2019 | 2318 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 07/10/2019) |
| 07/10/2019 | 2319 | NOTICE by Daniel Martin Feeney of Change of Address *Change of Firm Name* (Feeney, Daniel) (Entered: 07/10/2019) |
| 07/12/2019 | 2320 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 7/12/19 to discuss modification of the current case management schedule in light of the discovery stay entered on 6/27/19 2302 . All counsel participating in today's call who wish to be reflected as appearing of record shall identify themselves to liaison counsel and liaison counsel shall send to the Court's courtroom deputy, Brenda Rinozzi, the names and affiliations of all participants in today's call so that information can be given to the court reporter. For the reasons discussed on the record, the parties will submit an agreed modification to the case management schedule along the lines proposed on today's conference call that accounts for the stay of certain discovery in this case entered on 6/27/19 2302 . Also for reasons discussed on the record, the Court will enter the modified case management schedule without prejudice to any party's ability in the future to seek further modification of that schedule including but not limited to for the reasons raised by the Direct Action Plaintiffs during today's telephone conference. Mailed notice (ber, ) (Entered: 07/12/2019) |
| 07/15/2019 | 2321 | STIPULATION *Concerning Waiver of Service* (Ives, Kirstin) (Entered: 07/15/2019) |
| 07/15/2019 | 2322 | SCHEDULING ORDER NO. 12. Signed by the Honorable Jeffrey T. Gilbert on 7/15/2019. Mailed notice(ber, ) (Entered: 07/15/2019) |

| 07/15/2019 | 2323 | STIPULATION *CONCERNING SCHEDULING ORDER* (Mahan, Carrie) (Entered: 07/15/2019) |
|---|---|---|
| 07/15/2019 | 2324 | SEALED RESPONSE by Agri Stats, Inc. to sealed document 2174 *Agri Stats, Inc.'s Answer and Defenses to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* (Bernick, Justin) (Entered: 07/15/2019) |
| 07/15/2019 | 2325 | MOTION by Defendant Agri Stats, Inc. to seal document sealed response 2324 (Bernick, Justin) (Entered: 07/15/2019) |
| 07/15/2019 | 2326 | NOTICE of Motion by Justin Wade Bernick for presentment of motion to seal document 2325 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Bernick, Justin) (Entered: 07/15/2019) |
| 07/15/2019 | 2327 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Further to the Order entered in docket entry 2322 , the Court has considered the parties' competing suggestions for a cut off date for written discovery in footnote 1 of the Order and has decided that a 90 day cut off for service of written discovery before the fact discovery close date with the caveats already set out in footnote 1 makes sense in this case. Mailed notice (ber, ) (Entered: 07/15/2019) |
| 07/15/2019 | 2328 | ANSWER to Complaint *Agri Stats, Inc.'s Answer and Defenses to End-User Consumer Plaintiffs Fourth Consolidated Amended Class Action Complaint* 2174 by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/15/2019) |
| 07/16/2019 | 2329 | MOTION by Attorney Erin C. Burns to withdraw as attorney for Fargo Stopping Center LLC, Sargent's. No party information provided (Burns, Erin) (Entered: 07/16/2019) |
| 07/16/2019 | 2330 | NOTICE of Motion by Erin C. Burns for presentment of motion to withdraw as attorney 2329 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Burns, Erin) (Entered: 07/16/2019) |
| 07/17/2019 | 2331 | MOTION by Plaintiff Direct Purchaser Plaintiffs for protective order *to Protect Class Members from Misleading Solicitations* (Attachments: # 1 Declaration W. Joseph Bruckner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Hart, Steven) (Entered: 07/17/2019) |
| 07/17/2019 | 2332 | NOTICE of Motion by Steven Alan Hart for presentment of motion for protective order, 2331 before Honorable Jeffrey T. Gilbert on 7/23/2019 at 09:00 AM. (Hart, Steven) (Entered: 07/17/2019) |
| 07/17/2019 | 2333 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal *Motion to Compel* |

| | | *Response to Supplemental Interrogatories Served Upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc.* (Zarlenga, Carmine) (Entered: 07/17/2019) |
|---|---|---|
| 07/17/2019 | 2334 | NOTICE of Motion by Carmine R. Zarlenga for presentment of motion to seal,,,,, 2333 before Honorable Jeffrey T. Gilbert on 7/30/2019 at 09:15 AM. (Zarlenga, Carmine) (Entered: 07/17/2019) |
| 07/17/2019 | 🔒 2335 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to compel *Response to Supplemental Interrogatories Served Upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc. (REDACTED)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 (REDACTED), # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Zarlenga, Carmine) (Entered: 07/17/2019) |
| 07/17/2019 | 2336 | NOTICE of Motion by Carmine R. Zarlenga for presentment of motion to compel,,,,, 2335 before Honorable Jeffrey T. Gilbert on 7/30/2019 at 09:15 AM. (Zarlenga, Carmine) (Entered: 07/17/2019) |
| 07/17/2019 | 2337 | SEALED MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *to Compel Response to Supplemental Interrogatories Served Upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc. (UNREDACTED)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Zarlenga, Carmine) (Entered: 07/17/2019) |
| 07/18/2019 | 2338 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., |

| | | |
|---|---|---|
| | | George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal document SEALED MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison 2337 *Motion to Seal Exhibits 5 and 6 to Motion to Compel Response to Supplemental Interrogatories Served Upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc.* (Zarlenga, Carmine) (Entered: 07/18/2019) |
| 07/18/2019 | 2339 | NOTICE of Motion by Carmine R. Zarlenga for presentment of motion to seal document,,,,,, 2338 before Honorable Jeffrey T. Gilbert on 7/30/2019 at 09:15 AM. (Zarlenga, Carmine) (Entered: 07/18/2019) |
| 07/18/2019 | 2340 | TRANSCRIPT OF PROCEEDINGS held on 07/12/2019 before the Honorable Jeffrey T. Gilbert. Order Number: 35370, 35375, 35379, 35400. Court Reporter Contact Information: Judith A. Walsh, CSR, RDR, F/CRR. Official Court Reporter. judith_walsh@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 8/8/2019. Redacted Transcript Deadline set for 8/19/2019. Release of Transcript Restriction set for 10/16/2019. (Walsh, Judy) (Entered: 07/18/2019) |
| 07/18/2019 | 2341 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Ahold Delhaize USA, Inc.'s Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2342 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Ahold Delhaize USA, Inc.'s Amended Complaint* (O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2343 | ANSWER to Complaint with Jury Demand *Simmons' Answer to BJ's Wholesale Club, Inc.'s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2344 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to BJ's Wholesale Club, Inc.'s First Amended Complaint* (O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2345 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Jetro Holdings, LLC's First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/18/2019) |

| 07/18/2019 | 2346 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Jetro Holdings, LLC's First Amended Complaint* (O'Neill, Peter) (Entered: 07/18/2019) |
| --- | --- | --- |
| 07/18/2019 | 2347 | ANSWER to Complaint with Jury Demand *Simmons' Answer to the Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.'s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2348 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to the Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.'s First Amended Complaint* (O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2349 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Maximum Quality Foods, Inc.'s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2350 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Maximum Quality Foods, Inc.'s First Amended Complaint* (O'Neill, Peter) (Entered: 07/18/2019) |
| 07/18/2019 | 2351 | ANSWER to Complaint with Jury Demand *Simmons Answer to Associated Grocers of the South, Inc., et al.'s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2352 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons Answer to Associated Grocers of the South, Inc., et al.'s First Amended Complaint* (Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2353 | ANSWER to Complaint with Jury Demand *Simmons Answer to Associated Wholesale Grocers, Inc.s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2354 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons Answer to Associated Wholesale Grocers, Inc.s First Amended Complaint* (Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2355 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Shamrock Foods Company's First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2356 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Shamrock Foods Company's First Amended Complaint* (Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2357 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Winn-Dixie Stores, Inc. et al.'s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2358 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Winn-Dixie Stores, Inc. et al.'s First Amended Complaint* (Murray, Lynn) (Entered: 07/18/2019) |
| 07/18/2019 | 2359 | ANSWER to Complaint with Jury Demand *Simmons' Answer to United Supermarkets, LLC's, et al. First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/18/2019) |

| 07/18/2019 | 2360 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to United Supermarkets, LLC's, et al. First Amended Complaint* (Murray, Lynn) (Entered: 07/18/2019) |
|---|---|---|
| 07/18/2019 | 2361 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule regarding Direct Purchaser Plaintiffs' Motion for Protective Order to Protect Class Members from Misleading Solicitations 2331 : Defendants' Responses are due by 7/25/19 and plaintiff's reply is due by 8/01/19. The presentment date of 7/23/19 is stricken with no appearance required. The Motion 2331 is set for hearing before the magistrate judge on 8/14/19 at 9:30 a.m. Mailed notice. (jj, ) (Entered: 07/18/2019) |
| 07/18/2019 | 2362 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule regarding Defendants' Motion to Compel Response to Supplemental Interrogatories Served upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc. 2335 : Plaintiff's response is due by 7/25/19 and Defendants' reply is due by 8/01/19. The presentment date of 7/30/19 is stricken and the Motion is set for a discovery conference on 8/14/19 at 10:00 a.m. Mailed notice. (jj, ) (Entered: 07/18/2019) |
| 07/18/2019 | 2363 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Motions to Seal [ 2333 , 2338 ] are granted and the noticed hearing on 7/30/19 is stricken with no appearance required. Mailed notice. (jj, ) (Entered: 07/18/2019) |
| 07/19/2019 | 2364 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Associated Grocers, Inc.'s Complaint* by Simmons Foods, Inc.(O'Neill, Peter) (Entered: 07/19/2019) |
| 07/19/2019 | 2365 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Conagra Brands, Inc., et al. First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/19/2019) |
| 07/19/2019 | 2366 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Giant Eagle, Inc.'s Complaint for Violations of the Federal Antitrust Laws* by Simmons Foods, Inc.(O'Neill, Peter) (Entered: 07/19/2019) |
| 07/19/2019 | 2367 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Sherwood Food Distributors, L.L.C., et al. First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/19/2019) |
| 07/19/2019 | 2368 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Sherwood Food Distributors, L.L.C., et al. First Amended Complaint* (O'Neill, Peter) (Entered: 07/19/2019) |
| 07/19/2019 | 2369 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court amends Docket Entry 2361 as follows: Direct Action Plaintiffs' response(s) are due by 7/25/19, and Direct Purchaser Plaintiffs' reply is due by 8/1/19. The hearing set for 8/14/19 at 9:30 a.m. shall stand. Mailed notice. (dal, ) (Entered: 07/19/2019) |
| 07/19/2019 | 2370 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Checkers Drive-In Restaurants, Inc. First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/19/2019) |
| 07/19/2019 | 2371 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Checkers Drive-In Restaurants, Inc. First Amended Complaint* (Murray, Lynn) (Entered: 07/19/2019) |

| 07/19/2019 | 2372 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Darden Restaurants, Inc.'s First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/19/2019) |
| --- | --- | --- |
| 07/19/2019 | 2373 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Darden Restaurants, Inc.'s First Amended Complaint* (Murray, Lynn) (Entered: 07/19/2019) |
| 07/19/2019 | 2374 | ANSWER to Complaint with Jury Demand *Simmons' Answer to Save Mart Supermarkets' First Amended Complaint* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 07/19/2019) |
| 07/19/2019 | 2375 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons' Answer to Save Mart Supermarkets' First Amended Complaint* (Murray, Lynn) (Entered: 07/19/2019) |
| 07/19/2019 | 2376 | ATTORNEY Appearance for Plaintiffs Sam's East, Inc., Sam's West, Inc., WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc., Walmart, Inc. by Neal S Manne (Manne, Neal) (Entered: 07/19/2019) |
| 07/19/2019 | 2377 | ANSWER to Complaint with Jury Demand *(Answer to Jetro Holdings, LLC's First Amended Complaint (Public Redacted Version))* by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2378 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to Jetro Holdings, LLC's First Amended Complaint)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2379 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint filed by Maximum Quality Foods, Inc. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2380 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint filed by Maximum Quality Foods, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2381 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint filed by Shamrock Foods Company and United Food Service, Inc. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2382 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to First Amended Complaint filed by Shamrock Foods Company and United Food Service, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2383 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint filed by Darden Restaurants, Inc. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2384 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint filed by Darden Restaurants, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2385 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Associated Grocers, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |

| | | |
|---|---|---|
| 07/19/2019 | 2386 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Giant Eagle, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2387 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Conagra Brands, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2388 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of United Supermarkets, LLC [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2389 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Amended Complaint of United Supermarkets, LLC]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2390 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Sherwood Food Distributors, L.L.C. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2391 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Sherwood Food Distributors, L.L.C.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2392 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Shamrock Foods Company [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2393 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Amended Complaint of Shamrock Foods Company]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2394 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Winn-Dixie Stores, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2395 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Winn-Dixie Stores, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2396 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Ahold Delhaize USA, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2397 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Amended Complaint of Ahold Delhaize USA, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2398 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of The Kroger Co. [Redacted]* by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2399 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of The Kroger Co.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2400 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Plaintiff Associated Grocers, Inc. Plaintiffs' Complaint)* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |

| 07/19/2019 | 2401 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Associated Wholesale Grocers, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
|---|---|---|
| 07/19/2019 | 2402 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Conagra Brands, Inc. Plaintiffs' Amended Complaint)* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2403 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Plaintiff Giant Eagle, Inc.'s Complaint)* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2404 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Associated Wholesale Grocers, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2405 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Associated Grocers of the South, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2406 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Plaintiffs' Ahold Delhaize USA, Inc.'s Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2407 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Associated Grocers of the South, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2408 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Plaintiff's Ahold Delhaize USA, Inc.'s Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2409 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Plaintiffs' Associated Grocers of the South, Inc. First Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2410 | AMENDED Answer by Harrison Poultry, Inc. to *Jetro Holdings, LLC's First Amended Complaint (Public Redacted Version)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2411 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Maximum Quality Foods, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2412 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Plaintiffs' Associated Grocers of the South, Inc. First Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2413 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(First Amended Answer to Jetro Holdings, LLC's First Amended Complaint)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2414 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Maximum Quality Foods, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |

| 07/19/2019 | 2415 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Associated Wholesale Grocers, Inc.'s First Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| --- | --- | --- |
| 07/19/2019 | 2416 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Jetro Holdings, LLC [Redacted]* by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2417 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Associated Wholesale Grocers, Inc.'s First Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2418 | AMENDED Answer by Harrison Poultry, Inc. to *First Amended Complaint filed by Maximum Quality Foods, Inc. (Public Redacted Version)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2419 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Jetro Holdings, LLC]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2420 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Plaintiff BJ's Wholesale Club, Inc.'s First Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2421 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(First Amended Answer to First Amended Complaint filed by Maximum Quality Foods, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2422 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Plaintiff BJ's Wholesale Club, Inc.'s First Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2423 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Checkers Drive-In Restaurants, Inc. Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2424 | AMENDED Answer by Harrison Poultry, Inc. to *First Amended Complaint filed by Shamrock Foods Company and United Food Service, Inc. (Public Redacted Version)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2425 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Checkers Drive-In Restaurants, Inc. Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2426 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(First Amended Answer to First Amended Complaint filed by Shamrock Foods Company and United Food Service, Inc.* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2427 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Darden Restaurants, Inc.'s First Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2428 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Darden Restaurants, Inc.'s First Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |

| 07/19/2019 | 2429 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Hooters of America, LLC [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
|---|---|---|
| 07/19/2019 | 2430 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Hooters of America, LLC's Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2431 | AMENDED Answer by Harrison Poultry, Inc. to *First Amended Complaint filed by Darden Restaurants, Inc. (Public Redacted Version)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2432 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Amended Complaint of Hooters of America, LLC]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2433 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Hooters of America, LLC's Amended Complaint )* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2434 | ANSWER to Complaint with Jury Demand *and Defenses to the First Amended Complaint of Darden Restaurants, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2435 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(First Amended Answer to First Amended Complaint filed by Darden Restaurants, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2436 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the First Amended Complaint of Darden Restaurants, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2437 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Plaintiff Jetro Holdings, LLC's First Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2438 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Plaintiff Jetro Holdings, LLC's First Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2439 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Checkers Drive-In Restaurants, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2440 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to the Kroger Co. Plaintiffs' First Amended Complaint and Demand for Jury Trial [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2441 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Amended Complaint of Checkers Drive-In Restaurants, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2442 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to the Kroger Co. Plaintiffs' First Amended Complaint and Demand for Jury Trial)* (Ives, Kirstin) (Entered: 07/19/2019) |

| 07/19/2019 | 2443 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Save Mart Supermarkets [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2444 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Save Mart Supermarket Plaintiff's Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2445 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Complaint of Save Mart Supermarkets]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2446 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Save Mart Supermarket Plaintiff's Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2447 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to the Shamrock Foods Company Plaintiffs' Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2448 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of BJ's Wholesale Club, Inc. [Redacted]* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2449 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to the Shamrock Foods Company Plaintiffs' Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2450 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Sherwood Food Distributors, LLC Plaintiffs' First Amended Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2451 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *[Answer and Defenses to the Complaint of BJ's Wholesale Club, Inc.]* (Wrobel, Gregory) (Entered: 07/19/2019) |
| 07/19/2019 | 2452 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Sherwood Food Distributors, LLC Plaintiffs' First Amended Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2453 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to the United Supermarkets, LLC Plaintiffs' Amended Complaint and Demand for Jury Trial [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2454 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to the United Supermarkets, LLC Plaintiffs' Amended Complaint and Demand for Jury Trial)* (Ives, Kirstin) (Entered: 07/19/2019) |
| 07/19/2019 | 2455 | ANSWER to Complaint with Jury Demand *(The Perdue Defendants' Answer and Defenses to Winn-Dixie, Inc. Plaintiffs' Complaint [Redacted])* by Perdue Farms, Inc., Perdue Foods LLC(Ives, Kirstin) (Entered: 07/19/2019) |

| 07/19/2019 | 2456 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to Winn-Dixie, Inc. Plaintiffs' Complaint)* (Ives, Kirstin) (Entered: 07/19/2019) |
|---|---|---|
| 07/19/2019 | 2457 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint filed by Sherwood Food Distributors, L.L.C., et al. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2458 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint filed by Sherwood Food Distributors, L.L.C., et al.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2459 | ANSWER to Complaint with Jury Demand *(Answer to BJ's Wholesale Club, Inc.'s First Amended Complaint (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2460 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to BJ's Wholesale Club, Inc.'s First Amended Complaint)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2461 | ANSWER to Complaint with Jury Demand *(Answer to the Amended Complaint filed by Conagra Brands, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2462 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint filed by United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros, Inc. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2463 | STIPULATION of Dismissal *(Joint)* (Germaine, David) (Entered: 07/19/2019) |
| 07/19/2019 | 2464 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint filed by United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2465 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint filed by Associated Wholesale Grocers, Inc. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2466 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint filed by Associated Wholesale Grocers, Inc.)* (Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2467 | ANSWER to Complaint with Jury Demand *(Answer to the Complaint filed by Giant Eagle, Inc.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/19/2019 | 2468 | ANSWER to Complaint with Jury Demand *(Answer to the Complaint filed by Associated Grocers, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/19/2019) |
| 07/20/2019 | 2469 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to Amended Complaint by Ahold Delhaize USA, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2470 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to Amended Complaint by Ahold Delhaize USA, Inc.)* (Konieczny, Edward) (Entered: 07/20/2019) |

| 07/20/2019 | 2471 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Associated Grocers, Inc., et al.)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 07/20/2019) |
| --- | --- | --- |
| 07/20/2019 | 2472 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by Associated Grocers of the South, Inc., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2473 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Associated Grocers of the South, Inc., et al.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2474 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Redacted Answer to Amended Complaint by Associated Wholesale Grocers, Inc.)* by Mar-Jac AL/MS, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2475 | SEALED DOCUMENT by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *(Answer to Amended Complaint filed by Associated Wholesale Grocers, Inc.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2476 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to Complaint by BJ's Wholesale Club, Inc.)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2477 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by BJ's Wholesale Club, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2478 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by BJ's Wholesale Club, Inc.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2479 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to Amended Complaint by Checkers Drive-In Restaurants, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2480 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to Amended Complaint by Checkers Drive-In Restaurants, Inc.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2481 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Conagra Brands, Inc., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2482 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by Darden Restaurants, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2483 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Darden Restaurants, Inc.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2484 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Giant Eagle, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |

| 07/20/2019 | 2485 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Redacted Answer to Amended Complaint by Hooters of America, LLC)* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 07/20/2019) |
|---|---|---|
| 07/20/2019 | 2486 | SEALED DOCUMENT by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *(Answer to Amended Complaint by Hooters of America, LLC)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2487 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by Jetro Holdings, LLC)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2488 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Jetro Holdings, LLC)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2489 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by The Kroger Co., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2490 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by The Kroger Co., et al.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2491 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by Maximum Quality Foods, Inc.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2492 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Maximum Quality Foods, Inc.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2493 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to Complaint by Save Mart Supermarkets)* by Mar-Jac Poultry, Inc. (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2494 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to Complaint by Save Mart Supermarkets)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2495 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to Amended Complaint by Shamrock Foods Company, et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2496 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to Amended Complaint by Shamrock Foods Company, et al.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2497 | *Mar-Jac Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *(Redacted Answer to First Amended Complaint by Sherwood Food Distributors, L.L.C., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2498 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Sherwood Food Distributors, L.L.C., et al.)* (Konieczny, Edward) (Entered: 07/20/2019) |

| 07/20/2019 | 2499 | Mar-Jac Poultry, Inc.'s ANSWER to Complaint with Jury Demand *(Redacted Answer to Amended Complaint by United Supermarkets, LLC, et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 07/20/2019) |
| 07/20/2019 | 2500 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to Amended Complaint by United Supermarkets, LLC, et al.)* (Konieczny, Edward) (Entered: 07/20/2019) |
| 07/22/2019 | 2501 | ANSWER to Complaint with Jury Demand *OK Foods Defendants' Answer and Defenses to the Complaint of Associated Grocers, Inc., Brookshire Grocery Company, and Schnuck Markets, Inc.* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2502 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of the Conagra Brands, Inc. Plaintiffs* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2503 | ANSWER to Complaint with Jury Demand *OK Foods Defendants' Answer and Defenses to the Complaint of Giant Eagle, Inc.* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2504 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the Amended Complaint of Ahold Delhaize USA, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2505 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the Amended Complaint of Ahold Delhaize USA, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2506 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of The Associated Grocers of the South, Inc. Plaintiffs [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2507 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of The Associated Grocers of the South, Inc. Plaintiffs* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2508 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Associated Wholesale Grocers, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2509 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Associated Wholesale Grocers, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2510 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of BJ's Wholesale Club, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2511 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First* |

| | | |
|---|---|---|
| | | *Amended Complaint of BJ's Wholesale Club, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2512 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the Amended Complaint of Checkers Drive-in Restaurants, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2513 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the Amended Complaint of Checkers Drive-In Restaurants, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2514 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Darden Restaurants, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2515 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Darden Restaurants, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2516 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Jetro Holdings, LLC [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2517 | ANSWER to Complaint with Jury Demand *filed by Associated Grocers, Inc., Brookshire Grocery Co., and Schnuck Markets., Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2518 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Jetro Holdings, LLC* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2519 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2520 | ANSWER to Complaint with Jury Demand *by Conagra Bands, Inc., Pinnacle Foods, Inc., Kraft Heinz Foods, Co., Nestle USA, Inc., and Nestle Purina Petcare, Co.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2521 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2522 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Maximum Quality Foods, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2523 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First* |

| | | |
|---|---|---|
| | | *Amended Complaint of Maximum Quality Foods, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2524 | ANSWER to Complaint with Jury Demand *by Ahold Delhaize USA, Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2525 | ANSWER to Complaint with Jury Demand *OK Foods Defendants' Answer and Defenses to the Complaint of Save Mart Supermarkets [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2526 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the Complaint of Save Mart Supermarkets* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2527 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer with Jury Demand to Amended Complaint by Ahold Delhaize USA, Inc.* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2528 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the Amended Complaint of Shamrock Foods Company and United Food Service, Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2529 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the Amended Complaint of Shamrock Foods Company and United Food Service, Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2530 | ANSWER to Complaint with Jury Demand *by BJ's Wholesale Club, Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2531 | *Peco Foods, Inc's* ANSWER to Complaint with Jury Demand *to Giant Eagle, Inc's Complaint* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2532 | ANSWER to amended complaint *of Winn-Dixie Stores, Inc., et al. [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2533 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of the Sherwood Food Distributors, L.L.C. Plaintiffs [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2534 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer with Jury Demand to Amended Complaint by BJ's Wholesale Club, Inc.* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2535 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of the Sherwood Food Distributors, L.L.C. Plaintiffs* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2536 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the Amended Complaint of United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/22/2019) |

| 07/22/2019 | 2537 | *Peco Foods, Inc's* ANSWER to Complaint with Jury Demand *to Associated Grocers, Inc., Brookshire Grocery Company, and Schnuck Markets, Inc.'s Complaint* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2538 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the Amended Complaint of United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc.* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2539 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Winn-Dixie Stores, Inc., et al. First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2540 | ANSWER to Complaint with Jury Demand *by Checkers Drive-In Restaurants, Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2541 | *Peco Foods, Inc's* ANSWER to Complaint with Jury Demand *Conagra Brands, Inc., et al.'s First Amended Complaint* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2542 | ANSWER to amended complaint *of Ahold Delhaize USA, Inc. [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2543 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to Amended Complaint by Checkers Drive-In Restaurants, Inc.* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2544 | ANSWER to amended complaint *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC [Redacted]* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2545 | ANSWER to Complaint with Jury Demand *by Darden Restaurants, Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2546 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Ahold Delhaize USA, Inc. First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2547 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *OK Foods Defendants' Answer and Defenses to the First Amended Complaint of Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* (Passarelli, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2548 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to First Amended Complaint by Darden Restaurants, Inc.* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2549 | ANSWER to amended complaint *of Associated Grocers of the South, Inc., et al [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2550 | ANSWER to Complaint with Jury Demand *by Jetro Holdings, LLC* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |

| 07/22/2019 | 2551 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to Jetro's Amended Complaint* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2552 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Associated Grocers of the South, et al. First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2553 | ANSWER to Complaint with Jury Demand *by Maximum Quality Foods, Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2554 | ANSWER to amended complaint *of Associated Wholesale Grocers, Inc., et al [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2555 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to Amended Complaint by Maximum Quality Foods, Inc.* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2556 | ANSWER to Complaint with Jury Demand *by Shamrock Foods Co. and United Food Service, Inc.* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2557 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Associated Wholesale Grocers, Inc. et al. [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2558 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc's Answer to the First Amended Complaint filed by Sherwood Food Distributors, L.L.C., et. al. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2559 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to Amended Complaint by Shamrock Foods Co. and United Food Service, Inc.* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2560 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Peco Foods, Inc's Answer to the First Amended Complaint filed by Sherwood Food Distributors, L.L.C., et. al.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2561 | ANSWER to amended complaint *of BJ's Wholesale Club, Inc.'s First Amended Complaint [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2562 | ANSWER to Complaint with Jury Demand *by Sherwood Food Distributors, LLC, Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., and Hamilton Meats, LLC* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2563 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to BJ's Wholesale Club, Inc., et al First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |

| 07/22/2019 | 2564 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer with Jury Demand to First Amended Complaint by Sherwood Food Distributors, LLC, Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., Hamilton Meat, LLC* (williams, valarie) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2565 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Darden Restaurants, Inc. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2566 | ANSWER to amended complaint of *Checkers Dive-In Restaurants, Inc. [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2567 | ANSWER to Complaint with Jury Demand *by United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., LLC* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2568 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Darden Restaurants, Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2569 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to Amended Complaint by United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., LLC* (williams, valarie) (Entered: 07/22/2019) |
| 07/22/2019 | 2570 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Checkers Drive-In Restaurants, Inc.'s First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2571 | ANSWER to amended complaint *of Darden Restaurants, Inc. [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2572 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by BJ's Wholesale Club Inc. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2573 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Darden Restaurants, Inc.'s First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2574 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by BJ's Wholesale Club Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2575 | ANSWER to amended complaint *of Jetro Holdings, LLC's First Amended Complaint [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2576 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Jetro Holding, LLC's First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2577 | ANSWER to amended complaint *of The Kroger Co., et al. First Amended Complaint [REDACTED]* by Mountainaire Farms of Delaware, Inc., |

| | | Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2578 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Maximum Quality Foods, Inc. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2579 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to The Kroger Co., et al. First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2580 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Maximum Quality Foods, Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2581 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Jetro Holdings, LLC. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2582 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Jetro Holdings, LLC.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2583 | ANSWER to Complaint with Jury Demand *of Save Mart Supermarkets [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2584 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the Amended Complaint filed by Shamrock Foods Company and United Food Service, Inc. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2585 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Save Mart Supermarkets Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2586 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the Amended Complaint filed by Shamrock Foods Company and United Food Service, Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2587 | ANSWER to amended complaint *of Shamrock Foods Company, et al [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2588 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Checkers Drive-In Restaurants, Inc. *Corporate Disclosure Statement* (Gore, Kristin) (Entered: 07/22/2019) |
| 07/22/2019 | 2589 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Shamrock Foods Company, et al First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2590 | ANSWER to amended complaint *of Sherwood Food Distributors, LLC, et al. First Amended Complaint [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |

| 07/22/2019 | 2591 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2592 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Sherwood Food Distributors, LLC, et al. First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2593 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2594 | ANSWER to amended complaint *United Supermarkets, LLC, et al. [REDACTED]* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2595 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to United Supermarkets, LLC, et al. First Amended Complaint [SEALED]* (Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2596 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Associated Grocers of the South, Inc., et al. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2597 | ANSWER to amended complaint *(Answer to Jetro Holdings, LLC's First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2598 | ANSWER to Complaint with Jury Demand *of Associated Grocers, Inc., et al.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2599 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Associated Grocers of the South, Inc., et al.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2600 | ANSWER to amended complaint *of Conagra Brands, Inc., et al.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2601 | ANSWER to amended complaint *(Answer to Maximum Quality Foods, Inc.'s First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2602 | ANSWER to amended complaint *(Answer to the Shamrock Foods Co. and United Food Service, Inc.'s Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2603 | ANSWER to Complaint with Jury Demand *of Giant Eagle, Inc.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/22/2019) |
| 07/22/2019 | 2604 | ANSWER to amended complaint *(Answer to Conagra Brands, Inc., et al.'s First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |

| 07/22/2019 | 2605 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the Complaint filed by Save Mart Supermarkets. [Redacted]* by Peco Foods, Inc. (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2606 | ANSWER to amended complaint *(Answer to BJ's Wholesale Club, Inc.'s First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2607 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the Complaint filed by Save Mart Supermarkets.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2608 | ANSWER to amended complaint *(Answer to Sherwood Food Distributors, LLC Plaintiffs' First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2609 | ANSWER to amended complaint *(Answer to Darden Restaurants, Inc.'s First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2610 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by The Kroger Co., et al. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2611 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by The Kroger Co., et al.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2612 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the Amended Complaint filed by Delhaize USA, Inc. [Redacted]* by Peco Foods, Inc. (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2613 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the Amended Complaint filed by Ahold Delhaize USA, Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2614 | ANSWER to amended complaint *Koch Defendants Answer and Affirmative Defenses to Shamrock Foods Company and United Food Service, Inc.'s Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2615 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Checkers Drive-In Restaurants, Inc. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2616 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Shamrock Foods Company and United Food Service, Inc.'s Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2617 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Checkers Drive-In Restaurants, Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2618 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the Amended Complaint filed by United Supermarkets, LLC, et al. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2619 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the Amended Complaint filed by United Supermarkets, LLC, et al.* (Flath, Lara) (Entered: |

| 07/22/2019 | 2620 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the First Amended Complaint filed by Associated Wholesale Grocers, Inc. [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2621 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to the First Amended Complaint filed by Associated Wholesale Grocers, Inc.* (Flath, Lara) (Entered: 07/22/2019) |
| 07/22/2019 | 2622 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed By THE ASSOCIATED GROCERS OF THE SOUTH INC. PLAINTIFFS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2623 | ANSWER to amended complaint *Koch Defendants' Answer and Defenses to United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc.'s Amended Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2624 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO THE ASSOCIATED GROCERS OF THE SOUTH INC. PLAINTIFFS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2625 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc.'s Amended Complaint and Demand for Jury Trial* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2626 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by PLAINTIFF AHOLD DELHAIZE USA, INC. [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2627 | ANSWER to amended complaint *(Answer to United Supermarkets, LLC, et al.'s Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2628 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO PLAINTIFF AHOLD DELHAIZE USA, INC.S FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2629 | ANSWER to amended complaint *(Answer to Associated Wholesale Grocers, Inc.'s First Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2630 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by PLAINTIFF ASSOCIATED WHOLESALE GROCERS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson |

| | | Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2631 | ANSWER to amended complaint *(Answer to Checkers Drive-In Restaurants, Inc.'s Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2632 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO PLAINTIFF ASSOCIATED WHOLESALE GROCERS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2633 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to BJ's Wholesale Club, Inc.'s First Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2634 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by PLAINTIFF BJS WHOLESALE CLUB, INC. [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2635 | ANSWER to Complaint *(Answer to Save Mart Supermarkets' Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2636 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to BJ's Wholesale Club, Inc.'s First Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2637 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO PLAINTIFF BJS WHOLESALE CLUB, INC.S FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2638 | ANSWER to Complaint *(Answer to Giant Eagle, Inc.'s Complaint)* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2639 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Jetro Holdings, LLC's First Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2640 | *SANDERSON FARMS DEFENDANTS* ANSWER to Complaint with Jury Demand *Filed by ASSOCIATED GROCERS, INC. PLAINTIFFS* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2641 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Jetro Holdings, LLC's First Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |

| 07/22/2019 | 2642 | ANSWER to Complaint *(Answer to Associated Grocers, Inc., Brookshire Grocery Company, and Schnuck Markets, Inc.'s Complaint)* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2643 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by CHECKERS DRIVE-IN RESTAURANTS, INC. [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2644 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO CHECKERS DRIVE-IN RESTAURANTS, INC.S FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2645 | ANSWER to amended complaint *(Answer to Ahold Delhaize USA, Inc.'s Amended Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2646 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by CONAGRA BRANDS, INC. PLAINTIFFS* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2647 | ANSWER to amended complaint *(Answer to Kroger Co., et al.'s Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2648 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by PLAINTIFF DARDEN RESTAURANTS, INC. [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2649 | ANSWER to amended complaint *(Answer to Associated Grocers of the South, Inc., et al.'s Complaint)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2650 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO PLAINTIFF DARDEN RESTAURANTS, INC.S FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2651 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Associated Wholesale Grocers, Inc.'s First Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2652 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Associated Wholesale Grocers, Inc.'s First Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |

| 07/22/2019 | 2653 | *SANDERSON FARMS DEFENDANTS* ANSWER to Complaint with Jury Demand *Filed by GIANT EAGLE, INC.* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2654 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by PLAINTIFF JETRO HOLDINGS, LLC [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2655 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO AHOLD DELHAIZE USA, INC.S AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2656 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO PLAINTIFF JETRO HOLDINGS, LLCS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2657 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by THE KROGER PLAINTIFFS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2658 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO THE KROGER PLAINTIFFS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2659 | *SANDERSON FARMS DEFENDANTS* ANSWER to Complaint with Jury Demand *Filed by SAVE MART SUPERMARKETS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2660 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO SAVE MART SUPERMARKETS COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2661 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by SHAMROCK PLAINTIFFS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2662 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO SHAMROCK PLAINTIFFS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2663 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by SHERWOOD FOOD DISTRIBUTORS PLAINTIFFS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson |

| | | Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2664 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO SHERWOOD FOOD DISTRIBUTORS PLAINTIFFS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2665 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by THE UNITED SUPERMARKETS PLAINTIFFS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2666 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO THE UNITED SUPERMARKETS PLAINTIFFS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2667 | *SANDERSON FARMS DEFENDANTS* ANSWER to amended complaint *Filed by THE WINN-DIXIE PLAINTIFFS [REDACTED]* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2668 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *ANSWER TO THE WINN-DIXIE PLAINTIFFS FIRST AMENDED COMPLAINT* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2669 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by PLAINTIFF AHOLD DELHAIZE USA, INC.[REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2670 | MOTION by Defendant Fieldale Farms Corporation to dismiss *Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* (Marks, Max) (Entered: 07/22/2019) |
| 07/22/2019 | 2671 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO THE FIRST AMENDED COMPLAINT OF ASSOCIATED GROCERS OF THE SOUTH, ET AL.* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2672 | MEMORANDUM by Fieldale Farms Corporation in support of motion to dismiss 2670 *Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* (Marks, Max) (Entered: 07/22/2019) |
| 07/22/2019 | 2673 | ANSWER to Complaint with Jury Demand *to Associated Grocers, Inc., Brookshire Grocery Company and Schnuck Markets, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2674 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by ASSOCIATED GROCERS OF THE SOUTH, ET AL.[REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |

| 07/22/2019 | 2675 | ANSWER to Complaint with Jury Demand *to Giant Eagle, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2676 | NOTICE of Motion by Max Paul Marks for presentment of motion to dismiss 2670 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Marks, Max) (Entered: 07/22/2019) |
| 07/22/2019 | 2677 | ANSWER to amended complaint *of Conagra Brands, Inc., Pinnacle Foods, Inc., Kraft Heinz Foods Company, Nestle USA, Inc. and Nestle Purina Petcare Company's* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2678 | ANSWER to Complaint with Jury Demand *of Save Mart Supermarkets* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2679 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Darden Restaurants, Inc.'s First Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2680 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Darden Restaurants, Inc.'s First Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2681 | ANSWER to Complaint with Jury Demand - *First Amended Complaint of Darden Restaurants, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2682 | ANSWER to amended complaint *of Checkers Drive-In Restaurants, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2683 | ANSWER to amended complaint *of Hooters of America, LLC* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2684 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Associated Grocers, Inc. et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2685 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Conagra Brands, Inc., et al* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2686 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. - *Answer and Affirmative Defenses to Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc. and Wakefern Food Corporation's First Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2687 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Giant Eagle, Inc., et al* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |

| 07/22/2019 | 2688 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint filed by The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/22/2019) |
| --- | --- | --- |
| 07/22/2019 | 2689 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Associated Grocers of the South, Inc., Meijer, Inc., Meijer Distribution, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Associated Grocers of Florida, Inc. and Wakefern Food Corporation's First Amended Complaint* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2690 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint Filed by The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc.)* (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2691 | *GEORGES DEFENDANTS'* ANSWER to Complaint with Jury Demand *filed by ASSOCIATED GROCERS, INC.* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2692 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint Filed by Associated Grocers of the South, Inc., et al. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2693 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to First Amended Complaint filed by Ahold Delhaize USA, Inc. (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2694 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Associated Grocers of the South, Inc., et al.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2695 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO ASSOCIATED WHOLESALE GROCERS, INC.S FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2696 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint Filed by Associated Grocers of the South, Inc., et al.)* (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2697 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to Ahold Delhaize USA, Inc.'s Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2698 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Associated Grocers of the South, Inc., et al.* by Agri Stats, Inc. (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2699 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to Associated Wholesale Grocers, Inc.'s First Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2700 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint Filed by Checkers Drive-In Restaurants, Inc. (Public Redacted* |

| 07/22/2019 | 2701 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Wholesale Grocers, Inc.'s First Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2702 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Associated Wholesale Grocer's Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2703 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by ASSOCIATED WHOLESALE GROCERS, INC. [REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2704 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Associated Wholesale Grocer* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2705 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint Filed by Checkers Drive-In Restaurants, Inc.)* (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2706 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to BJ's Wholesale Club, Inc.'s First Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2707 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to BJ's Wholesale Club, Inc.'s First Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2708 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO BJS WHOLESALE CLUB, INC.S FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2709 | ANSWER to Complaint with Jury Demand *(Answer to the First Amended Complaint Filed by Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2710 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to Jetro Holdings, LLC's First Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2711 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Jetro Holdings, LLC's First Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2712 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the First Amended Complaint Filed by Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC)* (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2713 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Checkers Drive-In Restaurants, Inc.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |

| 07/22/2019 | 2714 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by BJS WHOLESALE CLUB, INC.[REDACTED]* by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2715 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.'s First Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2716 | ANSWER to Complaint with Jury Demand *and Defenses to Checkers Drive-In Restaurants, Inc.'s Amended Complaint* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2717 | ANSWER to Complaint with Jury Demand *(Answer to Ahold Delhaize USA, Inc.'s First Amended Complaint (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2718 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.'s First Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2719 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Ahold Delhaize USA, Inc.'s First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2720 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to Ahold Delhaize USA, Inc.'s First Amended Complaint)* (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2721 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Darden Restaurants, Inc.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2722 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to Maximum Quality Foods, Inc.'s First Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2723 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Darden Restaurants, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2724 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Maximum Quality Foods, Inc.'s First Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2725 | ANSWER to amended complaint *with Jury Demand and Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's First Amended Complaint [Redacted]* by Pilgrim's Pride Corporation(Bailey, Clayton) (Entered: 07/22/2019) |
| 07/22/2019 | 2726 | ANSWER to Complaint with Jury Demand *(Answer to the Complaint Filed by Save Mart Supermarkets (Public Redacted Version))* by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2727 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Sherwood Food Distributors, L.L.C., et al.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |

| 07/22/2019 | 2728 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Ahold Delhaize USA, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2729 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2730 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Answer to the Complaint Filed by Save Mart Supermarkets)* (Gorham, Patricia) (Entered: 07/22/2019) |
| 07/22/2019 | 2731 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Sherwood Food Distributors, L.L.C., et al.* by Agri Stats, Inc. (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2732 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2733 | ANSWER to amended complaint *and Defenses [Redacted] to Ahold Delhaize USA, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2734 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Pilgrim's Answer and Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's First Amended Complaint* (Bailey, Clayton) (Entered: 07/22/2019) |
| 07/22/2019 | 2735 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Sherwood Food Distributors, LLC, Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc. and Hamilton Meat, LLC's First Amended Complaint* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2736 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to Shamrock Foods Company and United Food Service, Inc.'s Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2737 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Shamrock Foods Company and United Food Service, Inc.'s Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2738 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of the Associated Grocers of the South, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2739 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to United Supermarkets, LLC, Krispy Krunchy Foods, LLC and Cheney Bros. Inc.'s Amended Complaint* (Nahrstadt, Bradley) (Entered: 07/22/2019) |
| 07/22/2019 | 2740 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to BJ's Wholesale Club, Inc.* (Iwrey, Howard) (Entered: 07/22/2019) |

| 07/22/2019 | 2741 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to United Supermarkets, LLC, Krispy Krunchy Foods, LLC and Cheney Bros., Inc.'s Amended Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2742 | ANSWER to amended complaint *and defenses [redacted] to BJ's Wholesale Club, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2743 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO CHECKERS DRIVE-IN RESTAURANTS, INC.S AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2744 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Checkers Drive-In Restaurants, Inc.* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2745 | ANSWER to amended complaint *and defenses [redacted] to Checkers Drive-In Restaurants, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2746 | SEALED RESPONSE *CHECKERS DRIVE-IN RESTAURANTS, INC.S* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2747 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Darden Restaurants, Inc.'s First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2748 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of the Associated Grocers of the South, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2749 | ANSWER to amended complaint *and defenses [redacted] to Darden Restaurants, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2750 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Jetro Holdings, LLC's First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2751 | ANSWER to amended complaint *and defenses [redacted] to Jetro Holdings, LLC* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2752 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to Complaint with Jury Demand of Associated Grocers, Inc., Brookshire Grocery Company, and Schnuck Markets, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2753 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Ahold Delhaize USA, Inc.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2754 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Ahold Delhaize USA, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2755 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Shamrock Foods Company and United Food Service, Inc.'s First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2756 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to BJ's Wholesale Club, Inc.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |

| 07/22/2019 | 2757 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of BJ's Wholesale Club, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2758 | ANSWER to amended complaint *and defenses [redacted] to Shamrock Foods Company and United Food Service, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2759 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Jetro Holdings, LLC's Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2760 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Jetro Holdings, LLC* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2761 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to The Kroger Co. et al.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2762 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Sherwood Food Distributors, LLC, et al's First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2763 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of The Kroger Co. et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2764 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by CHECKERS DRIVE-IN RESTAURANTS, INC.[REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2765 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of BJs Wholesale Club, Inc.* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2766 | ANSWER to amended complaint *and defenses [redacted] to Sherwood Food Distributors, LLC, et al* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2767 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Maximum Quality Foods, Inc.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2768 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Maximum Quality Foods, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2769 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO DARDEN RESTAURANTS, INC.S FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2770 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Save Mart Supermarkets' Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2771 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Save Mart Supermarkets* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |

| 07/22/2019 | 2772 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by DARDEN RESTAURANTS, INC. [REDACTED]* by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 07/22/2019) |
| --- | --- | --- |
| 07/22/2019 | 2773 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Shamrock Foods Company, et al.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2774 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Shamrock Foods Company, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2775 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by CONAGRA BRANDS, INC.* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2776 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to United Supermarkets, LLC, et al.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2777 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to BJ's Wholesale Club, Inc.'s First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2778 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Checkers Drive-In Restaurant, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2779 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of United Supermarkets, LLC, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2780 | SEALED RESPONSE *Agri Stats, Inc.'s Answer and Defenses to Winn-Dixie Stores, Inc., et al.'s Amended Complaint* (Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2781 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to United Supermarkets, LLC, et al's First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2782 | *GEORGES DEFENDANTS'* ANSWER to Complaint with Jury Demand *filed by GIANT EAGLE, INC.* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2783 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Winn-Dixie Stores, Inc., et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 07/22/2019) |
| 07/22/2019 | 2784 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO JETRO HOLDINGS LLCS FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2785 | ANSWER to amended complaint *and defenses [redacted] to United Supermarkets, LLC, et al* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2786 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint 2124 *Answer and Defenses of Wayne Farms to BJ's Wholesale Club, Inc.'s First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |

| 07/22/2019 | 2787 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by JETRO HOLDINGS LLC [REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2788 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO THE KROGER COMPANYS FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2789 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Jetro Holdings, LLC.'s First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2790 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Associated Grocers, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2791 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint 2129 *Answer and Defenses of Wayne Farms to Jetro Holdings, LLC.'s First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2792 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Associated Wholesale Grocers, Inc.'s First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2793 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Conagra Brands, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2794 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by THE KROGER COMPANYS [REDACTED]* by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2795 | ANSWER to amended complaint *and defenses [redacted] to Associated Wholesale Grocers, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2796 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Giant Eagle, Inc.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2797 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to Complaint with Jury Demand of Giant Eagle, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2798 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO MAXIMUM QUALITY FOODS, INC.S FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2799 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Associated Grocers of the South, Inc., et al's First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2800 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint, 2094 *Answer and Defenses of Wayne Farms to Associated Grocers of the South, Inc.,et als First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2801 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by MAXIMUM QUALITY FOODS, INC.[REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |

| 07/22/2019 | 2802 | ANSWER to Complaint *Koch Defendants' Answer and Affirmative Defenses to Save Mart Supermarkets' Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| --- | --- | --- |
| 07/22/2019 | 2803 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO SAVE MART SUPERMARKETS COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2804 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Ahold Delhaize USA, Inc.'s First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2805 | ANSWER to amended complaint *(Answer to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's Amended Complaint)* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 07/22/2019) |
| 07/22/2019 | 2806 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Save Mart Supermarkets' Complaint and Demand for Jury Trial* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2807 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2099 *Answer and Defenses of Wayne Farms to Ahold Delhaize USA, Inc.'s First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2808 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Save Mart Supermarkets' Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2809 | ANSWER to Complaint with Jury Demand *and defenses [redacted] to Save Mart Supermarkets* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2810 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Shamrock Foods Company et al's First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2811 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Darden Restaurants, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2812 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2107 *Answer and Defenses of Wayne Farms to Shamrock Foods Company et als First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2813 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Associated Grocers of the South, Inc., et al's First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2814 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Checkers Drive-In Restaurants, Inc.'s Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2815 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Winn-Dixie Stores, Inc. et als First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |

| | | |
|---|---|---|
| 07/22/2019 | 2816 | ANSWER to amended complaint *and defenses [redacted] to Associated Grocers of the South, Inc. et al* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2817 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Checkers Drive-In Restaurants, Inc.'s Complaint and Demand for Jury Trial* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2818 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2140 *Answer and Defenses of Wayne Farms to Winn-Dixie Stores, Inc. et als First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2819 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Jetro Holdings, LLC by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2820 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to United Supermarkets, LLC et als First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2821 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to the Kroger Co.'s First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2822 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2114 *Answer and Defenses of Wayne Farms to United Supermarkets, LLC et als First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2823 | *GEORGES DEFENDANTS'* ANSWER to Complaint with Jury Demand *filed by SAVE MART SUPERMARKETS [REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2824 | ANSWER to amended complaint *and defenses [redacted] to the Kroger Co.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2825 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2826 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO SHAMROCK FOODS COMPANYS AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2827 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC First Amended Complaint* (Iwrey, Howard) (Entered: 07/22/2019) |
| 07/22/2019 | 2828 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by SHAMROCK FOODS COMPANY [REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2829 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (Feeney, Daniel) (Entered: 07/22/2019) |

| 07/22/2019 | 2830 | ANSWER to amended complaint *and defenses [redacted] to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* by Amick Farms, LLC(Iwrey, Howard) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2831 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO SHERWOOD FOOD DISTRIBUTORS, L.L.C.S FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2832 | NOTICE of Motion by Daniel Martin Feeney for presentment of Motion to Dismiss for Failure to State a Claim 2829 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Feeney, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2833 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Associated Wholesale Grocers, Inc.'s First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2834 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by SHERWOOD FOOD DISTRIBUTORS, L.L.C. [REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2835 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2090 *Answer and Defenses of Wayne Farms to Associated Wholesale Grocers, Inc.s First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2836 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO UNITED SUPERMARKETS, LLCS AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2837 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Maximum Quality Foods, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2838 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *filed by UNITED SUPERMARKETS, LLCS [REDACTED]* by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2839 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Conagra Brands, Inc., et als First Amended Complaint* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2840 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO THE DIRECT ACTION PLAINTIFFS WINNDIXIE STORES, INC., ET AL.S FIRST AMENDED COMPLAINT* (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2841 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Checkers Drive-In Restaurants, Inc.'s First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2842 | *GEORGES DEFENDANTS'* ANSWER to amended complaint *fileWINNDIXIE STORES, INC., ET AL.[REDACTED]* by George's Farms, Inc., George's Inc. (Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2843 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2111 *Answer and Defenses of Wayne Farms to Checkers Drive-In Restaurants, Inc.'s First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |

| 07/22/2019 | 2844 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Sherwood Food Distributors, L.L.C., et al.'s First Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2845 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Sherwood Food Distributors, L.L.C., et al.'s First Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2846 | Memorandum by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *In Support of Motion to Dismiss* (Attachments: # 1 Exhibit)(Feeney, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2847 | *GEORGES DEFENDANTS'* ANSWER to Complaint with Jury Demand *filed by BJS WHOLESALE CLUB, INC.[REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/22/2019) |
| 07/22/2019 | 2848 | ANSWER to Complaint with Jury Demand *Answer and Defenses of Wayne Farms to Save Mart Supermarket's First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2849 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to Complaint with Jury Demand of Save Mart Supermarkets by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2850 | SEALED RESPONSE *Answer and Defenses of Wayne Farms to Save Mart Supermarket's First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2851 | ANSWER to Complaint with Jury Demand *Answer and Defenses of Wayne Farms to Giant Eagle, Inc.'s First Amended Complaint* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2852 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Darden Restaurants, Inc.'s First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2853 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Shamrock Foods Company and United Food Service, Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2854 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint 2034 *Answer and Defenses of Wayne Farms to Darden Restaurants, Inc.s First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2855 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc.Take Judicial Notice *and Incorporate by Reference* (Attachments: # 1 Exhibit)(Feeney, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2856 | ANSWER to Complaint with Jury Demand *Answer and Defenses of Wayne Farms to Hooters of America, LLC's First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |

| 07/22/2019 | 2857 | NOTICE of Motion by Daniel Martin Feeney for presentment of motion for miscellaneous relief 2855 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Feeney, Daniel) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2858 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint, 2108 *Answer and Defenses of Wayne Farms to Hooters of America, LLC's First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2859 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to Sherwood Food Distributors, L.L.C., et al's First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2860 | ANSWER to Complaint with Jury Demand *(Answer to Amended Complaint by United Supermarkets, LLC [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2861 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Sherwood Food Distributors, L.L.C. Plaintiffs* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2862 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint 2050 *Answer and Defenses of Wayne Farms to Sherwood Food Distributors, L.L.C., et al's First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2863 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Amended Complaint by United Supermarkets, LLC)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2864 | ANSWER to Complaint *Koch Defendants' Answer and Affirmative Defenses to Giant Eagle, Inc.'s Complaint for Violations of the Federal Antitrust Laws* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2865 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Sherwood Food Distributors, LLC [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2866 | ANSWER to Complaint with Jury Demand *Answer and Defenses of Wayne Farms to Associated Grocers, Inc., et al's First Amended Complaint* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2867 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Sherwood Food Distributors, LLC)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2868 | ANSWER to Complaint *Koch Defendants' Answer and Affirmative Defenses to Associated Grocers, Inc., Brookshire Grocery Company, and Schnuck Markets, Inc.'s Complaint* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2869 | ANSWER to Complaint with Jury Demand *(Answer to Amended Complaint by Shamrock Foods Company [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |

| 07/22/2019 | 2870 | ANSWER to amended complaint *Answer and Defenses of Wayne Farms to The Kroger Co., et al's First Amended Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/22/2019) |
| --- | --- | --- |
| 07/22/2019 | 2871 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Amended Complaint by Shamrock Foods Company)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2872 | SEALED RESPONSE by Wayne Farms, LLC to amended complaint,,,, 2105 *Answer and Defenses of Wayne Farms to The Kroger Co., et al's First Amended Complaint* (Ondeck, Christopher) (Entered: 07/22/2019) |
| 07/22/2019 | 2873 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Jetro Holdings, LLC [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2874 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's First Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2875 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc. by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2876 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Jetro Holdings, LLC)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2877 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's First Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2878 | ANSWER to Complaint with Jury Demand *(Answer to Amended Complaint by Hooters of America, LLC [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2879 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Amended Complaint by Hooters of America, LLC)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2880 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Darden Restaurants, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2881 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Conagra Brands, Inc., Pinnacle Foods, Inc., Kraft Heinz Foods Company, Nestle USA, Inc., and Nestle Purina PetCare Company's First Amended Complaint* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2882 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Darden Restaurants, Inc.)* (Mahan, Carrie) (Entered: 07/22/2019) |

| 07/22/2019 | 2883 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of Winn Dixie Stores, Inc. Plaintiffs by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2884 | ANSWER to Complaint with Jury Demand *(Answer to Amended Complaint by Checkers Drive-In Restaurants, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2885 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Amended Complaint by Checkers Drive-In Restaurants, Inc.)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2886 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by BJs Wholesale Club, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2887 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by BJs Wholesale Club, Inc.)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2888 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Ahold Delhaize USA, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2889 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Associated Wholesale Grocers, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2890 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Associated Wholesale Grocers, Inc.)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2891 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of the Associated Grocers of the South, Inc. Plaintiffs* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2892 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of BJs Wholesale Club, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2893 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Checkers Drive-In Restaurant, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2894 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Associated Wholesale Grocers, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2895 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Darden Restaurants, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2896 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Jetro Holdings, LLC* (Herbison, James) (Entered: 07/22/2019) |

| 07/22/2019 | 2897 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| --- | --- | --- |
| 07/22/2019 | 2898 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Maximum Quality Foods, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2899 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Associated Grocers of the South, Inc., et al.'s First Amended Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2900 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Associated Grocers of the South, Inc., et al.'s First Amended Complaint and Demand for Jury Trial* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2901 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Save Mart Supermarkets* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2902 | ANSWER by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *to First Amended Complaint with Jury Demand of The Conagra Brands Inc. Plaintiffs by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2903 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Shamrock Foods Company and United Food Service, Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2904 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Sherwood Food Distributors, L.L.C. Plaintiffs* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2905 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc.* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2906 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to First Amended Complaint with Jury Demand of Winn Dixie Stores, Inc. Plaintiffs* (Herbison, James) (Entered: 07/22/2019) |
| 07/22/2019 | 2907 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc.'s First Amended Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2908 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to The Kroger Co., Hy-Vee, Inc., and Albertsons* |

| | | *Complaint, etc.'s First Amended Complaint and Demand for Jury Trial* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
|---|---|---|
| 07/22/2019 | 2909 | ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Ahold Delhaize USA, Inc.'s Amended Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2910 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Ahold Delhaize USA, Inc.'s Amended Complaint* (Johnston-Ahlen, Julie) (Entered: 07/22/2019) |
| 07/22/2019 | 2911 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Save Mart Supermarkets [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2912 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Complaint of Save Mart Supermarkets)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2913 | ANSWER to Complaint with Jury Demand *(Answer to Amended Complaint by Ahold Delhaize USA, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2914 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Amended Complaint by Ahold Delhaize USA, Inc.)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2915 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Memorandum Of Law In Support of Sanderson Farms Defendants Motion To Dismiss* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2916 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *Motion For Leave To File Under Seal* (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2917 | *Sanderson Farms Defendants'* NOTICE of Motion by Daniel E. Laytin for presentment of motion to seal 2916 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2918 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by The Kroger Co. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2919 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by The Kroger Co.)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2920 | MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2921 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion to dismiss 2920 *[Redacted]* (Laytin, Daniel) (Entered: 07/22/2019) |

| 07/22/2019 | 2922 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to dismiss 2920 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Laytin, Daniel) (Entered: 07/22/2019) |
| 07/22/2019 | 2923 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Associated Grocers of the South, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/22/2019) |
| 07/22/2019 | 2924 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Associated Grocers of the South, Inc.)* (Mahan, Carrie) (Entered: 07/22/2019) |
| 07/24/2019 | 2925 | ATTORNEY Appearance for Plaintiffs Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. by Philip J. Iovieno (Iovieno, Philip) (Entered: 07/24/2019) |
| 07/24/2019 | 2926 | MOTION by Plaintiffs Restaurants of America, Inc., LTP Management Group, Inc., Gibson, Greco & Wood, Ltd., Hooters Management Corporation to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Giudice, Lauren) (Entered: 07/24/2019) |
| 07/24/2019 | 2927 | NOTICE of Motion by Lauren Giudice for presentment of motion to reassign case 2926 before Honorable Thomas M. Durkin on 8/8/2019 at 09:00 AM. (Giudice, Lauren) (Entered: 07/24/2019) |
| 07/25/2019 | 2928 | NOTICE OF EMAIL NOTIFICATION FAILURE, for numerous documents sent to Attorney Maggie Benson returned as: Unknown address error. Mailed to attorney Maggie Benson a letter re: bounce back email and a Notification of Change of Address form. Notices have been set to No. Counsel must email the Clerk's Office at Docketing_ILND@ilnd.uscourts.gov when a Notification of Change of Address has been filed to ensure electronic notification is reset. (mc, ) (Entered: 07/25/2019) |
| 07/25/2019 | 2929 | RESPONSE by Cheney Bros., Inc., Krispy Krunchy Foods, LLCin Opposition to SEALED MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison 2337 (Attachments: # 1 Exhibit 1 - Filed Under Seal) (Gore, Kristin) (Entered: 07/25/2019) |
| 07/25/2019 | 2930 | RESPONSE by Sysco Corporation, United Food Service, Inc.in Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs for protective order *to Protect Class Members from Misleading Solicitations* 2331 (Gant, Scott) (Entered: 07/25/2019) |
| 07/25/2019 | 2931 | SEALED RESPONSE by Cheney Bros., Inc., Krispy Krunchy Foods, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison 2337 , MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultr 2335 (Attachments: # 1 Exhibit 1) (Gore, Kristin) (Entered: 07/25/2019) |

| 07/25/2019 | 2932 | MOTION by Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC to seal *Exhibit 1 to Plaintiffs Cheney Bros. Inc. and Krispy Krunchy Foods, LLC's Response in Opposition to Defendants Motion to Compel* (Gore, Kristin) (Entered: 07/25/2019) |
|---|---|---|
| 07/25/2019 | 2933 | NOTICE of Motion by Kristin Alexandra Gore for presentment of motion to seal 2932 before Honorable Jeffrey T. Gilbert on 8/8/2019 at 09:15 AM. (Gore, Kristin) (Entered: 07/25/2019) |
| 07/25/2019 | 2934 | RESPONSE by Conagra Brands, Inc.in Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs for protective order *to Protect Class Members from Misleading Solicitations* 2331 *SUPPLEMENTAL RESPONSE OF ANTITRUST LAW GROUP TO DIRECT PURCHASER PLAINTIFFS MOTION FOR PROTECTIVE ORDER* (Eddy, David) (Entered: 07/25/2019) |
| 07/25/2019 | 2935 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court is informed that counsel for the Direct Action Plaintiffs responding to the Direct Purchaser Plaintiffs' Motion for Protective Order to Protect Class Members from Misleading Solicitations 2331 cannot attend the scheduled hearing on that Motion on August 14, 2019 because of unavoidable schedule conflicts. The Court also is informed that counsel for the Direct Purchaser Plaintiffs object to moving the hearing. The Court did not consult with counsel before it scheduled the August 14 hearing. The Court would like to schedule a telephone conference with counsel for the DAPs and DPPs at 12:00 p.m. central time on 7/29/19, 7/30/19, or 7/31/19 to discuss resetting the hearing date. Counsel should contact the Court's courtroom deputy to schedule a telephone conference. Mailed notice (ber, ) (Entered: 07/25/2019) |
| 07/25/2019 | 2936 | RESPONSE by Shamrock Foods Companyin Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs for protective order *to Protect Class Members from Misleading Solicitations* 2331 *Response of Bilzin Sumberg* (Lustrin, Lori) (Entered: 07/25/2019) |
| 07/25/2019 | 2937 | MEMORANDUM by Affiliated Foods, Inc.'s Plaintiffs in Opposition to motion for protective order, 2331 (Kaplan, Robert) (Entered: 07/25/2019) |
| 07/25/2019 | 2938 | RESPONSE by Albertsons Companies, Inc., Hy-Vee, Inc., The Kroger Co.in Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs for protective order *to Protect Class Members from Misleading Solicitations* 2331 *DAP Law Firms Kenny Nachwalter, P.A.'s and Sperling & Slater, P.C.'s Opposition to DPPs' Motion for Protective Order* (Blechman, William) (Entered: 07/25/2019) |
| 07/25/2019 | 2939 | DECLARATION of Robert N. Kaplan *IN OPPOSITION TO THE DIRECT PURCHASER PLAINTIFFS MOTION FOR PROTECTIVE ORDER* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Kaplan, Robert) (Entered: 07/25/2019) |
| 07/25/2019 | 2940 | DECLARATION of Richard L. Coffman *IN OPPOSITION TO THE DIRECT PURCHASER PLAINTIFFS MOTION FOR PROTECTIVE ORDER* (Attachments: # 1 Exhibit A)(Kaplan, Robert) (Entered: 07/25/2019) |
| 07/26/2019 | 2941 | MOTION by Attorney Maggie Benson to withdraw as attorney for O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.. No party information provided (Sulentic, James) (Entered: 07/26/2019) |
| 07/26/2019 | 2942 | NOTICE of Motion by James M. Sulentic for presentment of motion to withdraw as attorney 2941 before Honorable Thomas M. Durkin on 8/2/2019 at 09:00 AM. |

| 07/26/2019 | 2943 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion for leave to file under seal 2932 is granted. Motion hearing date of 8/8/2019 is stricken. Mailed notice (ags, ) (Entered: 07/26/2019) |
|---|---|---|
| 07/29/2019 | 2944 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In response to the Court's order entered on 7/25/19 2935 , a telephone conference with counsel for the DAPs and DPPs is set for 7/30/19 at 12:00 p.m. central time. Mailed notice (ber, ) (Entered: 07/29/2019) |
| 07/30/2019 | 2945 | MOTION by Defendant Harrison Poultry, Inc. to seal document *(The Producer Defendants' Consent Motion to Seal Answers to the End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* (Attachments: # 1 Text of Proposed Order)(Boyd, Nicholas) (Entered: 07/30/2019) |
| 07/30/2019 | 2946 | NOTICE of Motion by Nicholas Robert Boyd for presentment of motion to seal document, 2945 before Honorable Thomas M. Durkin on 8/5/2019 at 09:00 AM. (Boyd, Nicholas) (Entered: 07/30/2019) |
| 07/30/2019 | 2947 | STIPULATION regarding order 2197 *AND [PROPOSED] ORDER REGARDING DEFENDANTS OBJECTIONS AND RESPONSES TO DAPS FIRST INTERROGATORIES* (Martin, John) (Entered: 07/30/2019) |
| 07/30/2019 | 2948 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 7/30/19. The hearing set for 8/14/19 on Direct Purchaser Plaintiffs' Motion for Protective Order to Protect Class Members from Misleading Solicitations 2331 is stricken for the reasons stated on the record. The hearing on Defendants' Motion to Compel Response to Supplemental Interrogatories Served upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc. 2335 set for 8/14/19 at 10:00 a.m. 2362 will proceed as scheduled. Mailed notice (ber, ) (Entered: 07/31/2019) |
| 07/30/2019 | 2972 | MAIL RETURNED, for document # 2361 sent to William Blechman returned as undeliverable, return to sender. Attorney contacted and directed to file a Notification of Change of Address with the Clerk's Office. Re-mailed to 1441 Brickell Ave. Suite 1100 Miami, FL. (gcy, ) (Entered: 07/31/2019) |
| 07/31/2019 | 2949 | SEALED RESPONSE by George's Farms, Inc., George's Inc. to sealed document 2174 *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO THE END-USER CONSUMER PLAINTIFFS CONSOLIDATED FOURTH AMENDED COMPLAINT* (Martin, John) (Entered: 07/31/2019) |
| 07/31/2019 | 2950 | ANSWER to Complaint with Jury Demand *ANSWER AND DEFENSES OF THE GEORGES DEFENDANTS TO THE END-USER CONSUMER PLAINTIFFS CONSOLIDATED FOURTH AMENDED COMPLAINT[Redacted]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 07/31/2019) |
| 07/31/2019 | 2951 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Redacted Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 07/31/2019) |
| 07/31/2019 | 2952 | SEALED DOCUMENT by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *(Answer to End-User Consumer Plaintiffs' Fourth* |

| | | *Consolidated Amended Class Action Complaint)* (Komfeld, Edward) (Entered: 07/31/2019) |
|---|---|---|
| 07/31/2019 | 2953 | ANSWER to Complaint with Jury Demand *ANSWER AND DEFENSES OF THE SIMMONS DEFENDANTS TO THE END-USER CONSUMER PLAINTIFFS' FOURTH CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2954 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *ANSWER AND DEFENSES OF THE SIMMONS DEFENDANTS TO THE END-USER CONSUMER PLAINTIFFS' FOURTH CONSOLIDATED AMENDED CLASS ACTION COMPLAINT (UNDER SEAL)* (O'Neill, Peter) (Entered: 07/31/2019) |
| 07/31/2019 | 2955 | ANSWER to Complaint *and Affirmative Defenses to Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Redacted)* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 07/31/2019) |
| 07/31/2019 | 2956 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms *(Answer and Affirmative Defenses to Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* (Zarlenga, Carmine) (Entered: 07/31/2019) |
| 07/31/2019 | 2957 | ANSWER to Complaint with Jury Demand *Sanderson Farms Defendants' Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Redacted)* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 07/31/2019) |
| 07/31/2019 | 2958 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Sanderson Farms Defendants' Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Sealed)* (Laytin, Daniel) (Entered: 07/31/2019) |
| 07/31/2019 | 2959 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Answer and Affirmative Defenses to the End-User Consumer Plaintiffs' Fourth Amended Class Action Complaint* (Nahrstadt, Bradley) (Entered: 07/31/2019) |
| 07/31/2019 | 2960 | ANSWER to Complaint with Jury Demand *(Defendant Harrison Poultry, Inc.'s Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 07/31/2019) |
| 07/31/2019 | 2961 | ANSWER to Complaint with Jury Demand - *Answer and Affirmative Defenses to the End-User Consumer Plaintiffs' Fourth Amended Consolidated Class Action Complaint (Redacted)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 07/31/2019) |
| 07/31/2019 | 2962 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Defendant Harrison Poultry, Inc.'s Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* (Gorham, Patricia) (Entered: 07/31/2019) |
| 07/31/2019 | 2963 | ANSWER to Complaint with Jury Demand *Answer and Defenses to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* |

| | | |
|---|---|---|
| | | *(Redacted) by Perdue Farms, Inc., Perdue Foods LLC (Ives, Kirstin)* (Entered: 07/31/2019) |
| 07/31/2019 | 2964 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *(The Perdue Defendants' Answer and Defenses to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* (Ives, Kirstin) (Entered: 07/31/2019) |
| 07/31/2019 | 2965 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Redacted)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2966 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc.'s Answer to the End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint [Redacted]* by Peco Foods, Inc.(Flath, Lara) (Entered: 07/31/2019) |
| 07/31/2019 | 2967 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Peco Foods, Inc.'s Answer to the End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* (Flath, Lara) (Entered: 07/31/2019) |
| 07/31/2019 | 2968 | ANSWER to Complaint with Jury Demand *Answer and Defenses of Wayne Farms to the End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 07/31/2019) |
| 07/31/2019 | 2969 | SEALED RESPONSE by Wayne Farms, LLC to sealed document 2174 *Answer and Defenses of Wayne Farms to the End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* (Ondeck, Christopher) (Entered: 07/31/2019) |
| 07/31/2019 | 2970 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Redacted Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 07/31/2019) |
| 07/31/2019 | 2971 | ANSWER to Complaint with Jury Demand *O.K. Foods Defendants' Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 07/31/2019) |
| 07/31/2019 | 2973 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *O.K. Foods Defendants' Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* (Passarelli, John) (Entered: 07/31/2019) |
| 07/31/2019 | 2974 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint (Sealed)* (Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2975 | ANSWER to Complaint *(Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 07/31/2019) |

| 07/31/2019 | 2976 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* (Mahan, Carrie) (Entered: 07/31/2019) |
| --- | --- | --- |
| 07/31/2019 | 2977 | ANSWER to Complaint with Jury Demand *(Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint [Redacted])* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 07/31/2019) |
| 07/31/2019 | 2978 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Answer to End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint)* (Wrobel, Gregory) (Entered: 07/31/2019) |
| 07/31/2019 | 2979 | ANSWER to Complaint with Jury Demand *OF EUCP FOURTH AMENDED COMPLAINT (REDACTED)* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 07/31/2019) |
| 07/31/2019 | 2980 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *ANSWER TO EUCP FOURTH AMENDED COMPLAINT (UNREDACTED - FILED UNER SEAL)* (Wofford, Amanda) (Entered: 07/31/2019) |
| 07/31/2019 | 2981 | ANSWER to Complaint *Koch Defendants' Answer and Defenses to All End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Wolicki, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 2982 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Defenses to All End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* (Wolicki, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 2983 | ANSWER to Complaint *Koch Defendants' Answer and Defenses to All End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Wolicki, Elizabeth) (Entered: 07/31/2019) |
| 07/31/2019 | 2984 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Ahold Delhaize First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2985 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Associated Grocers of the South First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2986 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Associated Wholesale Grocers First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2987 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to BJs Wholesale Club, Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |

| 07/31/2019 | 2988 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Associated Grocers, Inc., Brookshire Grocery Company, and Schnuck Markets, Inc. Complaint (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
|---|---|---|
| 07/31/2019 | 2989 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Checkers Drive-In Restaurant, Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2990 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Giant Eagle, Inc. Complaint (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2991 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Darden Restaurants, Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2992 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Jetro Holdings, LLC First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2993 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to The Kroger Co., Hy-Vee, Inc. and Albertsons Companies, Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2994 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Maximum Quality Foods, Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2995 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Save Mart Supermarkets First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2996 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Shamrock Foods Company and United Food Service, Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2997 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Sherwood Food Distributors, LLC Plaintiffs First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 2998 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to United Supermarkets, LLC, Krispy Krunchy Foods, LLC, and Cheney Bros., Inc. First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |

| 07/31/2019 | 2999 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Winn Dixie Stores Inc. and Bi-Lo Holdings, LLC First Amended Complaint (Redacted) (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
|---|---|---|
| 07/31/2019 | 3000 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to The Conagra Brands, Inc. Plaintiffs First Amended Complaint (clerical refiling)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 07/31/2019) |
| 07/31/2019 | 3001 | *[REDACTED]* ANSWER to Complaint *Fieldale Farms Corporation's Answer to All End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint [Redacted]* by Fieldale Farms Corporation(williams, valarie) (Entered: 07/31/2019) |
| 07/31/2019 | 3002 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Answer to All End-User Consumer Plaintiffs' Fourth Consolidated Amended Class Action Complaint* (williams, valarie) (Entered: 07/31/2019) |
| 08/01/2019 | 3003 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2941 is granted; Attorney Maggie Benson terminated.Mailed notice (srn, ) (Entered: 08/01/2019) |
| 08/01/2019 | 3004 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 2329 is granted; Attorney Erin C. Burns terminated. No appearance is required on 8/5/2019.Mailed notice (srn, ) (Entered: 08/01/2019) |
| 08/01/2019 | 3005 | MINUTE entry before the Honorable Thomas M. Durkin:In accordance with the "Case Procedures" provided on Judge Durkin's webpage, parties should not deliver courtesy copies of answers. Additionally, if the Court permits further amendments to the complaints, liaison counsel should develop a plan for filing of consolidated answers to prevent excessive filings on the docket.Mailed notice (srn, ) (Entered: 08/01/2019) |
| 08/01/2019 | 3006 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Agri Stats, Inc.'s motion to seal document 2325 is granted. Defendant Sanderson Farm's motion to seal 2916 is granted. Defendant Harrison Poultry Inc.'s motion to seal document 2945 is granted. No appearance on these motions is required on 8/5/2019. Mailed notice (srn, ) (Entered: 08/01/2019) |
| 08/01/2019 | 3007 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs, Restaurants of America, Inc.; LTP Management Group, Inc,; Gibson, Greco & Wood, Ltd.; and Hooters Management Corporation's motion to reassign case based on relatedness 2926 is granted. This Court will recommend to the Executive Committee that case 19 C 4824, currently pending before Judge Gettleman be reassigned this Court's calendar as related to this action. No appearance is required on 8/8/2019. Mailed notice (srn, ) (Entered: 08/01/2019) |
| 08/01/2019 | 3008 | ORDER: The Clerk is directed to change the case caption to In re Broiler Chicken Antitrust Litigation. All filings are to bear the same case caption consistent with this Courts 10/21/2016 order 172 . Signed by the Honorable Thomas M. Durkin on 8/1/2019. Mailed notice (nsf, ) (Entered: 08/01/2019) |
| 08/01/2019 | 3009 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats |

| | | |
|---|---|---|
| | | Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal *Portions of Their Reply in Support of Motion to Compel Response to Supplemental Interrogatories by Krispy Krunchy Foods, LLC and Cheney Brothers, Inc.* (Zarlenga, Carmine) (Entered: 08/01/2019) |
| 08/01/2019 | 3010 | NOTICE of Motion by Carmine R. Zarlenga for presentment of motion to seal,,,,, 3009 before Honorable Jeffrey T. Gilbert on 8/6/2019 at 09:15 AM. (Zarlenga, Carmine) (Entered: 08/01/2019) |
| 08/01/2019 | 3011 | REPLY by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison 2337 *(Redacted Version)* (Attachments: # 1 Declaration of Stephen M. Medlock, # 2 Exhibit 1 (REDACTED), # 3 Exhibit 2)(Zarlenga, Carmine) (Entered: 08/01/2019) |
| 08/01/2019 | 3012 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Defendants' Reply in Support of Their Motion to Compel Response to Supplemental Interrogatories by Krispy Krunchy Foods, LLC and Cheney* |

*Brothers, Inc. Unredacted Version)* (Attachments: # 1 Declaration of Stephen M. Medlock, # 2 Exhibit 1, # 3 Exhibit 2)(Zarlenga, Carmine) (Entered: 08/01/2019)

| 08/01/2019 | 3013 | REPLY by Barters International LLC, Cedar Farms Co., Inc., Ferraro Foods of North Carolina, LLC, Ferraro Foods, Inc., Joe Christiana Food Distributors, Inc., John Gross and Company, Inc., Maplevale Farms, Inc. to response in opposition to motion 2930 , response in opposition to motion 2936 , response in opposition to motion, 2938 , memorandum in opposition to motion 2937 , response in opposition to motion, 2934 *Direct Purchaser Plaintiffs' Reply In Support of Their Motion for Protective Order to Protect Class Members from Misleading Solicitations* (Hart, Steven) (Entered: 08/01/2019) |
| 08/01/2019 | 3014 | NOTICE by Charles B. Leuin of Change of Address (Leuin, Charles) (Entered: 08/01/2019) |
| 08/01/2019 | 3015 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion to Seal Portions of Their Reply in Support of Motion to Compel Response to Supplemental Interrogatories by Krispy Krunchy Foods, LLC and Cheney Brothers, Inc. 3009 is granted. The motion hearing noticed for 8/6/19 at 9:15 a.m. is stricken with no appearance required. Mailed notice (ber, ) (Entered: 08/01/2019) |
| 08/02/2019 | 3016 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' response to defendants' motions to dismiss and to take judicial notice 2855 , 2670 , 2829 , 2920 is due by 8/29/2019. Replies due by 9/20/2019. No appearance is required on 8/5/2019. Mailed notice (srn, ) (Entered: 08/02/2019) |
| 08/02/2019 | | ENTERED IN ERROR. (nsf, ) Modified on 8/2/2019 (nsf, ). (Entered: 08/02/2019) |
| 08/05/2019 | 3017 | STIPULATION AND ORDER REGARDING DEFENDANTS' OBJECTIONS AND RESPONSES TO DAPS' FIRST INTERROGATORIES. Signed by the Honorable Jeffrey T. Gilbert on 8/5/2019. Mailed notice (ber, ) (Entered: 08/05/2019) |
| 08/05/2019 | 3018 | MOTION by Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Ontario Wings, LLC d/b/a Hooters of Ontario, Hollywood Wings, LLC d/b/a Hooters of Hollywood, South Gate Wings, LLC d/b/a Hooters of South Gate, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA to reassign case (Attachments: # 1 Exhibit 1 - Complaint & Demand for Jury Trial)(Giudice, Lauren) (Entered: 08/05/2019) |
| 08/05/2019 | 3019 | NOTICE of Motion by Lauren Giudice for presentment of motion to reassign case,,, 3018 before Honorable Thomas M. Durkin on 8/15/2019 at 09:00 AM. (Giudice, Lauren) (Entered: 08/05/2019) |
| 08/05/2019 | 3020 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, |

Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to reassign case *Based on Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit 1)(Mahan, Carrie) (Entered: 08/05/2019)

| | | |
|---|---|---|
| 08/05/2019 | 3021 | NOTICE of Motion by Carrie C. Mahan for presentment of motion to reassign case,,,,, 3020 before Honorable Thomas M. Durkin on 8/14/2019 at 09:00 AM. (Mahan, Carrie) (Entered: 08/05/2019) |
| 08/05/2019 | 3022 | ADOPTING STIPULATION concerning waiver of service. Signed by the Honorable Thomas M. Durkin on 8/5/2019:(lma, ) (Entered: 08/06/2019) |
| 08/05/2019 | 3023 | ORDER DISMISSING CLAIMS. Signed by the Honorable Thomas M. Durkin on 08/05/2019.(pj, ) (Entered: 08/06/2019) |
| 08/06/2019 | 3024 | NOTICE by Brendan J. Healey of Change of Address (Healey, Brendan) (Entered: 08/06/2019) |
| 08/06/2019 | 3025 | ATTORNEY Appearance for Plaintiffs Cheney Bros., Inc., Krispy Krunchy Foods, LLC, United Supermarkets, LLC by Martin Vincent Sinclair (Sinclair, Martin) (Entered: 08/06/2019) |
| 08/06/2019 | 3026 | ORDER Adopting Stipulation Concerning Waiver of Service. Signed by the Honorable Thomas M. Durkin on 8/6/2019. Mailed notice(las, ) (Entered: 08/07/2019) |
| 08/12/2019 | 3027 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' unopposed motion to reassign case based on relatedness pursuant to Local Rule 40.4 3020 is granted. This Court will recommend to the Executive Committee that case 19 C 5114, pending before Judge Coleman, be reassigned to this Court's calendar as related to this action. No appearance is required on 8/14/2019. Mailed notice (srn, ) (Entered: 08/12/2019) |
| 08/12/2019 | 3028 | ORDER: Defendants' Motion to Compel Response to Supplemental Interrogatories Served Upon Krispy Krunchy Foods, Inc. and Cheney Brothers, Inc. [ECF Nos. 2335, 2337] is denied without prejudice. The scheduled hearing on that Motion will not go forward on August 14, 2019 at 10:00 a.m., given this ruling. The Court, however, will meet with the parties on the same date at the same time in the same location, if necessary and for the reasons discussed in the attached Order, but only after the parties, through counsel, first have met and conferred about the matters in the manner set forth in the attached Order. Signed by the Honorable Jeffrey T. Gilbert on 8/12/2019. Mailed notice(ber, ) (Entered: 08/12/2019) |
| 08/12/2019 | 3029 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16129631. (Phibbs, Liam) (Entered: 08/12/2019) |
| 08/12/2019 | 3030 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Pursuant to the Court's Order entered on 8/12/19 3028 , counsel for Defendants and Plaintiffs Krispy Krunchy and Cheney Brothers notified the Court's courtroom deputy that they have agreed to meet and confer with one another via telephone about the matters |

| | | discussed in the Order and believe it is unnecessary for them to meet with the Court on August 14, 2019. Accordingly, the meeting set for 8/14/19 at 10:00 a.m. is stricken with no appearances required. The parties will file the joint report contemplated by the Court's Order on or before 8/22/19. Mailed notice (ber, ) (Entered: 08/12/2019) |
|---|---|---|
| 08/13/2019 | 3031 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motion to reassign case based on relatedness 3018 is granted. This Court will recommend to the Executive Committee that case 19 C 5229, pending before Judge Bucklo, be reassigned to this Court's calendar as related to this action. No appearance is required on 8/15/2019. Mailed notice (srn, ) (Entered: 08/13/2019) |
| 08/14/2019 | 3032 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16136866. (Brown, Alex) (Entered: 08/14/2019) |
| 08/14/2019 | 3033 | NOTICE by Gibson, Greco & Wood, Ltd., Hooters Management Corporation, LTP Management Group, Inc., Restaurants of America, Inc. *of Filing of Proof of Service on State Attorneys General* (Attachments: # 1 Exhibit A)(Giudice, Lauren) (Entered: 08/14/2019) |
| 08/14/2019 | 3034 | *Mar-Jac's* ANSWER to amended complaint *(Answer to First Amended Complaint by Winn-Dixie Stores, Inc., et al.) (Redacted Version) (Motion to Seal Granted)* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 08/14/2019) |
| 08/14/2019 | 3035 | SEALED DOCUMENT by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *(Answer to First Amended Complaint by Winn-Dixie Stores, Inc., et al.) (Unredacted Version) (Dkt. #3034) (Filed Under Seal)* (Konieczny, Edward) (Entered: 08/14/2019) |
| 08/14/2019 | 3036 | WITHDRAWING *Mark Ram* as counsel for Plaintiff Indirect Purchaser Plaintiffs and substituting Adam John Zapala as counsel of record (Zapala, Adam) (Entered: 08/14/2019) |
| 08/15/2019 | 3037 | ORDER: This Court intends to instruct the Clerk of Court to submit JS-6 forms to the Administrative Office for the individual related actions: 18 C 4616, 19 C 3915, 19 C 4194, 19 C 4824, 19 C 5114, and 19 C 5229, and designate such cases as closed for administrative and statistical purposes. The Court took this same action on 1/25/2017 273 , 2/14/2018 724 , 1/10/2019 1532 , 4/5/2019 2007 , and 5/16/2019 2217 with respect to the first thirty-six cases designated as related to 16 C 8637 and reassigned to this Court. Just as with the 1/25/2017, 2/14/2018, 1/10/2019, 4/5/2019, and 5/16/2019 orders, this order will not be considered a dismissal or disposition of these actions, and should further proceedings in this litigation become necessary or desirable, any party will be able to initiate it in the same manner as if this order had not been entered. Absent objection, this Court will enter such an order on 8/20/2019. Signed by the Honorable Thomas M. Durkin on 8/15/2019:Mailed notice(srn, ) (Entered: 08/15/2019) |
| 08/20/2019 | 3038 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Hollywood Wings, LLC d/b/a Hooters of Hollywood, Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, |

| | | |
|---|---|---|
| | | LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, South Gate Wings, LLC d/b/a Hooters of South Gate, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach (Giudice, Lauren) (Entered: 08/20/2019) |
| 08/22/2019 | 3039 | MOTION by Attorney Nicholas R. Boyd to withdraw as attorney for Harrison Poultry, Inc.. No party information provided (Boyd, Nicholas) (Entered: 08/22/2019) |
| 08/22/2019 | 3040 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16161859. (Rivas, Eric) (Entered: 08/22/2019) |
| 08/22/2019 | 3041 | NOTICE of Motion by Nicholas Robert Boyd for presentment of motion to withdraw as attorney 3039 before Honorable Thomas M. Durkin on 8/29/2019 at 09:00 AM. (Boyd, Nicholas) (Entered: 08/22/2019) |
| 08/22/2019 | 3042 | STIPULATION *Pursuant to Order Dated August 12, 2019 (DE 3028)* (Gore, Kristin) (Entered: 08/22/2019) |
| 08/23/2019 | 3043 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3040 is granted; Attorney Eric Rivas for Pilgrim's Pride Corporation added.Mailed notice (srn, ) (Entered: 08/23/2019) |
| 08/23/2019 | 3044 | AMENDED complaint by Restaurants of America, Inc., Gibson, Greco & Wood, Ltd., Hooters Management Corporation, LTP Management Group, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *(REDACTED VERSION)* (Giudice, Lauren) (Entered: 08/23/2019) |
| 08/23/2019 | 3045 | MOTION by Plaintiffs Gibson, Greco & Wood, Ltd., Hooters Management Corporation, LTP Management Group, Inc., Restaurants of America, Inc. to seal *Amended Complaint (DKT 3044)* (Giudice, Lauren) (Entered: 08/23/2019) |
| 08/23/2019 | 3046 | NOTICE of Motion by Lauren Giudice for presentment of motion to seal 3045 before Honorable Thomas M. Durkin on 9/4/2019 at 09:00 AM. (Giudice, Lauren) (Entered: 08/23/2019) |
| 08/23/2019 | 3047 | AMENDED complaint by Hollywood Wings, LLC d/b/a Hooters of Hollywood, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Anaheim Wings, LLC d/b/a Hooters of Anaheim, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, South Gate Wings, LLC d/b/a Hooters of South Gate, Ontario Wings, LLC d/b/a Hooters of Ontario against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., |

| | | |
|---|---|---|
| | | Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *(REDACTED VERSION)* (Giudice, Lauren) (Entered: 08/23/2019) |
| 08/23/2019 | 3048 | MOTION by Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Hollywood Wings, LLC d/b/a Hooters of Hollywood, Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, South Gate Wings, LLC d/b/a Hooters of South Gate, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach to seal *Amended Complaint (DKT 3047)* (Giudice, Lauren) (Entered: 08/23/2019) |
| 08/23/2019 | 3049 | NOTICE of Motion by Lauren Giudice for presentment of motion to seal,, 3048 before Honorable Thomas M. Durkin on 9/4/2019 at 09:00 AM. (Giudice, Lauren) (Entered: 08/23/2019) |
| 08/27/2019 | 3050 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3039 is granted; Attorney Nicholas Robert Boyd terminated. No appearance is required on 8/29/2019.Mailed notice (srn, ) (Entered: 08/27/2019) |
| 08/27/2019 | 3051 | STIPULATION *Concerning Waiver of Service* (Gore, Kristin) (Entered: 08/27/2019) |
| 08/27/2019 | 3052 | NOTICE by Bruce L Simon of Change of Address (Simon, Bruce) (Entered: 08/27/2019) |
| 08/27/2019 | 3053 | NOTICE by Neil J Swartzberg of Change of Address (Swartzberg, Neil) (Entered: 08/27/2019) |
| 08/29/2019 | 3054 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motions for leave to file amended complaints under seal 3045 3048 are granted. No appearance is required on 9/4/2019. Mailed notice (srn, ) (Entered: 08/29/2019) |
| 08/29/2019 | 3055 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3029 is granted; Attorney Liam Phibbs for Agri Stats, Inc. added. Mailed notice (srn, ) (Entered: 08/29/2019) |
| 08/29/2019 | 3056 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3032 is granted; Attorney Alex Brown for Fieldale Farms Corporation added. Mailed notice (srn, ) (Entered: 08/29/2019) |
| 08/29/2019 | 3057 | RESPONSE by Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of the South, Inc., Associated Wholesale Grocers, Inc.,, BJ's Wholesale Club Inc., Bi-Lo Holdings, LLC, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Conagra Brands, Inc., Darden Restaurants, Inc., Hy-Vee, Inc., |

| | | |
|---|---|---|
| | | Jetro Holdings. LLC, Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, Maximum Quality Foods, Inc., Meijer Distribution, Inc., Meijer, Inc., Nestle Purina Petcare Company, Nestle USA, Inc., OSI Restaurant Partners, LLC, Pinnacle Foods, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Shamrock Foods Company, Sherwood Food Distributors, LLC, Supervalu Inc., The Kroger Co., United Food Service, Inc., United Supermarkets, LLC, Wakefern Food Corporation, Winn-Dixie Stores, Inc.in Opposition to MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc.Take Judicial Notice *and Incorporate by Reference* 2855 (Phair, Ryan) (Entered: 08/29/2019) |
| 08/29/2019 | 3058 | MOTION by Plaintiffs Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of the South, Inc., Associated Wholesale Grocers, Inc.,, BJ's Wholesale Club Inc., Bi-Lo Holdings, LLC, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Conagra Brands, Inc., Darden Restaurants, Inc., Hy-Vee, Inc., Jetro Holdings. LLC, Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, Maximum Quality Foods, Inc., Meijer Distribution, Inc., Meijer, Inc., Nestle Purina Petcare Company, Nestle USA, Inc., OSI Restaurant Partners, LLC, Pinnacle Foods, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Sherwood Food Distributors, LLC, Supervalu Inc., The Kroger Co., United Supermarkets, LLC, Wakefern Food Corporation, Winn-Dixie Stores, Inc., Movants Shamrock Foods Company, United Food Service, Inc. to seal *Response in Opposition to Case's Motion to Dismiss* (Phair, Ryan) (Entered: 08/29/2019) |
| 08/29/2019 | 3059 | NOTICE of Motion by Ryan Patrick Phair for presentment of motion to seal,,, 3058 before Honorable Thomas M. Durkin on 9/5/2019 at 09:00 AM. (Phair, Ryan) (Entered: 08/29/2019) |
| 08/29/2019 | 3060 | RESPONSE by Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of the South, Inc., Associated Wholesale Grocers, Inc.,, BJ's Wholesale Club Inc., Bi-Lo Holdings, LLC, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Conagra Brands, Inc., Darden Restaurants, Inc., Hy-Vee, Inc., Jetro Holdings. LLC, Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, Maximum Quality Foods, Inc., Meijer Distribution, Inc., Meijer, Inc., Nestle Purina Petcare Company, Nestle USA, Inc., OSI Restaurant Partners, LLC, Pinnacle Foods, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Shamrock Foods Company, Sherwood Food Distributors, LLC, Supervalu Inc., The Kroger Co., United Food Service, Inc., United Supermarkets, LLC, Wakefern Food Corporation, Winn-Dixie Stores, Inc.in Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. 2829 *[Redacted Version]* (Attachments: # 1 Exhibit)(Phair, Ryan) (Entered: 08/29/2019) |
| 08/29/2019 | 3061 | RESPONSE by Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Wakefern Food Corporation in Opposition to MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss 2920 *(Redacted Version) (Motion to File Unredacted Version Under Seal Pending)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Blechman, William) (Entered: 08/29/2019) |
| 08/29/2019 | 3062 | MOTION by Plaintiffs Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Publix Super Markets, Inc., Save |

| | | Mart Supermarkets, Supervalu Inc., The Kroger Co., Western Food Corporation to seal *Response in Opposition to Sanderson Defendants' Motion to Dismiss, Docket No. 3061* (Blechman, William) (Entered: 08/29/2019) |
|---|---|---|
| 08/29/2019 | 3063 | NOTICE of Motion by William J Blechman for presentment of motion to seal, 3062 before Honorable Thomas M. Durkin on 9/4/2019 at 09:00 AM. (Blechman, William) (Entered: 08/29/2019) |
| 08/29/2019 | 3064 | RESPONSE by Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc.in Opposition to MOTION by Defendant Fieldale Farms Corporation to dismiss *Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC* 2670 *THE WINN-DIXIE PLAINTIFFS RESPONSE IN OPPOSITION TO FIELDALE FARMS MOTION TO DISMISS AND CROSS-MOTION FOR DETERMINATION OF THEIR OPT OUT STATUS* (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4)(Ahern, Patrick) (Entered: 08/29/2019) |
| 08/30/2019 | 3065 | STIPULATION *Concerning Waiver of Service* (Iwrey, Howard) (Entered: 08/30/2019) |
| 08/30/2019 | 3066 | SEALED DOCUMENT by Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Hollywood Wings, LLC d/b/a Hooters of Hollywood, Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, South Gate Wings, LLC d/b/a Hooters of South Gate, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach *Amended Complaint (Unredacted Version) (DKT 3047)* (Giudice, Lauren) (Entered: 08/30/2019) |
| 08/30/2019 | 3067 | ORDER Concerning Waiver of Service. Signed by the Honorable Thomas M. Durkin on 8/30/2019:Mailed notice(srn, ) (Entered: 08/30/2019) |
| 08/30/2019 | 3068 | SEALED DOCUMENT by Plaintiffs Gibson, Greco & Wood, Ltd., Hooters Management Corporation, LTP Management Group, Inc., Restaurants of America, Inc. *Amended Complaint (Unredacted Version) (DKT 3044)* (Giudice, Lauren) (Entered: 08/30/2019) |
| 08/30/2019 | 3069 | ORDER Adopting Stipulation Concerning Waiver of Service. Signed by the Honorable Thomas M. Durkin on 8/30/2019:Mailed notice(srn, ) (Entered: 08/30/2019) |
| 08/30/2019 | 3070 | ATTORNEY Appearance for Plaintiff Commonwealth of Puerto Rico by Michael M. Mulder (Mulder, Michael) (Entered: 08/30/2019) |
| 08/30/2019 | 3071 | ATTORNEY Appearance for Plaintiff Commonwealth of Puerto Rico by Elena N Liveris (Liveris, Elena) (Entered: 08/30/2019) |
| 08/30/2019 | 3072 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' motions to seal responses in opposition to motions to dismiss 3058 3062 are granted. No appearance is required on 9/4/2019 and 9/5/2019. Mailed notice (srn, ) (Entered: 08/30/2019) |
| 08/30/2019 | 3073 | NOTICE of Voluntary Dismissal by Commonwealth of Puerto Rico *Without Prejudice as to The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC* (Mulder, Michael) (Entered: 08/30/2019) |

| 08/30/2019 | 3074 | MOTION by Movants Amigos Meat Distributors, LP, Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, Amigos Meat Distributors West, LP to reassign case *1:19-cv-05424* (Attachments: # 1 Exhibit Original Complaint) (Buzbee, Anthony) (Entered: 08/30/2019) |
|---|---|---|
| 08/30/2019 | 3075 | SEALED RESPONSE by Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Wakefern Food Corporation to MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss 2920 (Blechman, William) (Entered: 08/30/2019) |
| 09/03/2019 | 3076 | SEALED RESPONSE by Ahold Delhaize USA, Inc., Albertsons Companies, Inc., Associated Grocers of the South, Inc., Associated Wholesale Grocers, Inc.,, BJ's Wholesale Club Inc., Bi-Lo Holdings, LLC, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Conagra Brands, Inc., Darden Restaurants, Inc., Hy-Vee, Inc., Jetro Holdings. LLC, Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, Maximum Quality Foods, Inc., Meijer Distribution, Inc., Meijer, Inc., Nestle Purina Petcare Company, Nestle USA, Inc., OSI Restaurant Partners, LLC, Pinnacle Foods, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Shamrock Foods Company, Sherwood Food Distributors, LLC, Supervalu Inc., The Kroger Co., United Food Service, Inc., United Supermarkets, LLC, Wakefern Food Corporation, Winn-Dixie Stores, Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. 2829 (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 09/03/2019) |
| 09/05/2019 | 3077 | MOTION by Attorney Matthew Scott Jackson to withdraw as attorney for O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.. No party information provided (Jackson, Scott) (Entered: 09/05/2019) |
| 09/05/2019 | 3078 | NOTICE of Motion by Scott Jackson for presentment of (Jackson, Scott) (Entered: 09/05/2019) |
| 09/05/2019 | 3079 | MOTION by Attorney Thomas A Doyle to withdraw as attorney for Commercial and Institutional Indirect Purchaser Plaintiffs. No party information provided (Doyle, Thomas) (Entered: 09/05/2019) |
| 09/05/2019 | 3080 | NOTICE of Motion by Thomas Arthur Doyle for presentment of motion to withdraw as attorney 3079 before Honorable Thomas M. Durkin on 9/10/2019 at 09:00 AM. (Doyle, Thomas) (Entered: 09/05/2019) |
| 09/06/2019 | 3081 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3079 is granted; Attorney Thomas Arthur Doyle terminated. No appearance is required on 9/10/2019.Mailed notice (srn, ) (Entered: 09/06/2019) |
| 09/06/2019 | 3082 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3077 is granted; Attorney Scott Jackson terminated. No appearance is required on 9/12/2019.Mailed notice (srn, ) (Entered: 09/06/2019) |
| 09/06/2019 | 3083 | NOTICE by Kirstin Beth Ives of Change of Address (Ives, Kirstin) (Entered: 09/06/2019) |

| 09/11/2019 | 3084 | NOTICE of Motion by Anthony Glenn Buzbee for presentment of motion to reassign case, 3074 before Honorable Thomas M. Durkin on 9/19/2019 at 09:00 AM. (Buzbee, Anthony) (Entered: 09/11/2019) |
| 09/13/2019 | 3085 | MINUTE entry before the Honorable Thomas M. Durkin:Amigos Meat Distributors' motion to reassign case based on relatedness pursuant to Local Rule 40.4 3074 is granted. This Court will recommend to the Executive Committee that case 19 C 5424, pending before Judge Dow, be reassigned to this Court's calendar as related to this action. No appearance is required on 9/19/2019. Mailed notice (srn, ) (Entered: 09/13/2019) |
| 09/16/2019 | 3086 | MOTION by Plaintiff PJ Food Service, Inc. to reassign case (Attachments: # 1 Exhibit A - Complaint (Redacted))(Basu, Marty) (Entered: 09/16/2019) |
| 09/16/2019 | 3087 | NOTICE of Motion by Marty Basu for presentment of motion to reassign case 3086 before Honorable Thomas M. Durkin on 9/23/2019 at 09:00 AM. (Basu, Marty) (Entered: 09/16/2019) |
| 09/17/2019 | 3088 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff PJ Food Service's motion to reassign case based on relatedness pursuant to Local Rule 40.4 3086 is granted. This Court will recommend to the Executive that case 19 C 6141, pending before Judge Norgle, be reassigned to this Court's calendar as related to this action. No appearance is required on 9/23/2019. Mailed notice (srn, ) (Entered: 09/17/2019) |
| 09/17/2019 | 3089 | NOTICE by Richard Lyle Coffman of Change of Address *of The Coffman Law Firm* (Coffman, Richard) (Entered: 09/17/2019) |
| 09/18/2019 | 3090 | ORDER Adopting Stipulation Concerning Waiver of Service. Signed by the Honorable Thomas M. Durkin on 9/18/2019:Mailed notice(srn, ) (Entered: 09/18/2019) |
| 09/20/2019 | 3091 | REPLY by Fieldale Farms Corporation to response in opposition to motion, 3064 *Fieldale's Reply to Winn-Dixie Plaintiffs' Response and Cross-Motion in Opposition to Fieldale's Motion to Dismiss* (Marks, Max) (Entered: 09/20/2019) |
| 09/20/2019 | 3092 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 09/20/2019) |
| 09/20/2019 | 3093 | MOTION by Intervenor United States of America to stay (Attachments: # 1 Text of Proposed Order)(Koenig, Michael) (Entered: 09/20/2019) |
| 09/20/2019 | 3094 | NOTICE of Motion by Michael Thomas Koenig for presentment of motion to stay 3093 before Honorable Thomas M. Durkin on 9/25/2019 at 09:00 AM. (Koenig, Michael) (Entered: 09/20/2019) |
| 09/20/2019 | 3095 | REPLY by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to response in opposition to motion,,, 3057 (Staunton, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 3096 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Sanderson Farms Defendants Reply To RICO Direct Action Plaintiffs Brief In Opposition To Sanderson Farms Defendants Motion To Dismiss, # 2 Exhibit A, C. Thompson Deposition Excerpt, # 3 Exhibit B, A. Schronce Deposition Excerpt)(Laytin, Daniel) (Entered: 09/20/2019) |

| 09/20/2019 | 3097 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *Sanderson Farms Defendants Reply To RICO Direct Action Plaintiffs Brief In Opposition To Sanderson Farms Defendants Motion To Dismiss and Exhibits A & B* (Laytin, Daniel) (Entered: 09/20/2019) |
|---|---|---|
| 09/20/2019 | 3098 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to response in opposition to motion,, 3061 *REDACTED* (Attachments: # 1 Declaration of J. Benjamin Tyson, # 2 Exhibit A & Exhibit B, Filed Under Seal)(Laytin, Daniel) (Entered: 09/20/2019) |
| 09/20/2019 | 3099 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for hearing re MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss 2920 (Laytin, Daniel) (Entered: 09/20/2019) |
| 09/20/2019 | 3100 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to seal, 3097 before Honorable Thomas M. Durkin on 10/3/2019 at 09:00 AM. (Laytin, Daniel) (Entered: 09/20/2019) |
| 09/20/2019 | 3101 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to seal document *Reply Memorandum in Support of Case Farms Defendants' Consolidated Motion to Dismiss Direct Action Plaintiff Complaints as to Case* (Staunton, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 3102 | NOTICE of Motion by Thomas M. Staunton for presentment of motion to seal document, 3101 before Honorable Thomas M. Durkin on 10/3/2019 at 09:00 AM. (Staunton, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 3103 | REPLY by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to response in opposition to motion,,,, 3060 , response in opposition to motion,, 3061 *REDACTED* (Staunton, Thomas) (Entered: 09/20/2019) |
| 09/20/2019 | 3104 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Reply Memorandum in Support of Case Farms Defendants' Consolidated Motion to Dismiss Direct Action Plaintiff Complaints as to Case* (Staunton, Thomas) (Entered: 09/20/2019) |
| 09/23/2019 | 3105 | MINUTE entry before the Honorable Thomas M. Durkin:Any party that has an objection or comment to the United States' motion to stay 3093 ,should file that response by 4:00 p.m. on 9/24/2019. Counsel that would like to participate telephonically at the 9/25/2019 motion hearing should call 877-402-9757, access code 4410831 promptly at 9:30 a.m.Mailed notice (srn, ) (Entered: 09/23/2019) |
| 09/23/2019 | 3106 | MINUTE entry before the Honorable Thomas M. Durkin: The 9/25/2019 motion hearing is reset to 09:30 AM.Mailed notice (srn, ) (Entered: 09/23/2019) |
| 09/23/2019 | 3107 | ATTORNEY Appearance for Intervenor United States of America by Carolyn M Sweeney (Sweeney, Carolyn) (Entered: 09/23/2019) |
| 09/23/2019 | 3108 | MINUTE entry before the Honorable Thomas M. Durkin:Sanderson Farms Defendants' motion for leave to file under seal 3097 is granted. No appearance on the motion is required on 10/3/2019. Mailed notice (srn, ) (Entered: 09/23/2019) |

| 09/23/2019 | 3109 | RESPONSE by Plaintiffs Sysco Corporation, US Foods, Inc. to motion to stay 3093 (Gant, Scott) (Entered: 09/23/2019) |
|---|---|---|
| 09/23/2019 | 3110 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Jessica Jean Giulitto (Giulitto, Jessica) (Entered: 09/23/2019) |
| 09/24/2019 | 3111 | MEMORANDUM by Affiliated Foods, Inc.'s Plaintiffs in Opposition to motion to stay 3093 (Attachments: # 1 Exhibit 1)(Kaplan, Robert) (Entered: 09/24/2019) |
| 09/24/2019 | 3112 | RESPONSE by End-User Consumer Plaintiffs in Opposition to MOTION by Intervenor United States of America to stay 3093 (Attachments: # 1 Declaration of Steve W. Berman)(Scarlett, Shana) (Entered: 09/24/2019) |
| 09/24/2019 | 3113 | RESPONSE by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs to motion to stay 3093 (Attachments: # 1 Declaration of Bobby Pouya)(Pouya, Bobby) (Entered: 09/24/2019) |
| 09/24/2019 | 3114 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by Joseph M. Alioto, Jr (Alioto, Joseph) (Entered: 09/24/2019) |
| 09/24/2019 | 3115 | RESPONSE by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to MOTION by Intervenor United States of America to stay 3093 (Mahan, Carrie) (Docket Text Modified by Clerk's Office) (sxb, ). (Entered: 09/24/2019) |
| 09/24/2019 | 3116 | RESPONSE by Ahold Delhaize USA, Inc. to MOTION by Intervenor United States of America to stay 3093 (Phair, Ryan) (Entered: 09/24/2019) |
| 09/25/2019 | 3117 | MINUTE entry before the Honorable Thomas M. Durkin: Motion of Intervenor United States to extend the stay of discovery 3093 is taken under advisement. Court will rule by mail. Motion hearing held on 9/25/2019. All parties present telephonically for today's hearing are directed to provide their appearance information to liaison counsel, who shall provide that information to the official court reporter at Laura_Renke@ilnd.uscourts.gov by the close of business today, 9/25/2019. Mailed notice (vcf, ) (Entered: 09/25/2019) |
| 09/25/2019 | 3118 | MOTION by Attorney Andrew D. Welker to withdraw as attorney for Commercial and Institutional Indirect Purchaser Plaintiffs, Fargo Stopping Center LLC. No party information provided (Welker, Andrew) (Entered: 09/25/2019) |

| 09/25/2019 | 3119 | NOTICE of Motion by Andrew Douglas Welker for presentment of motion to withdraw as attorney 3118 before Honorable Thomas M. Durkin on 10/1/2019 at 09:00 AM. (Welker, Andrew) (Entered: 09/25/2019) |
|---|---|---|
| 09/26/2019 | 3120 | TRANSCRIPT OF PROCEEDINGS held on 9/25/19 before the Honorable Thomas M. Durkin. Motion hearing. Order Number: 36188, 36202, 36213. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/17/2019. Redacted Transcript Deadline set for 10/28/2019. Release of Transcript Restriction set for 12/26/2019. (Renke, Laura) (Entered: 09/26/2019) |
| 09/27/2019 | 3121 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by PJ Food Service, Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Campbell, Terence) (Entered: 09/27/2019) |
| 09/30/2019 | 3122 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3118 is granted; Attorney Andrew Douglas Welker terminated. No appearance is required on 10/1/2019.Mailed notice (srn, ) (Entered: 09/30/2019) |
| 10/01/2019 | 3123 | MINUTE entry before the Honorable Thomas M. Durkin:Case Farm defendants' motion to seal reply memorandum 3101 is granted. No appearance is required on 10/3/2019. Mailed notice (srn, ) (Entered: 10/01/2019) |
| 10/03/2019 | 3124 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to withdraw *Appearance of Daniel R. Karon* (Feeney, Daniel) (Entered: 10/03/2019) |
| 10/03/2019 | 3125 | NOTICE of Motion by Daniel Martin Feeney for presentment of motion to withdraw 3124 before Honorable Thomas M. Durkin on 10/16/2019 at 09:00 AM. (Feeney, Daniel) (Entered: 10/03/2019) |
| 10/03/2019 | 3126 | ATTORNEY Appearance for Movant Porky Products, Inc. by Edward Francis Malone (Malone, Edward) (Entered: 10/03/2019) |
| 10/03/2019 | 3127 | WITHDRAWING *Shermin Kruse* as counsel for Movant Porky Products, Inc. and substituting Edward Francis Malone as counsel of record (Malone, Edward) (Entered: 10/03/2019) |
| 10/04/2019 | 3128 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Case Farms' motion to withdraw 3124 is granted; Attorney Daniel Richard Karon terminated. No appearance is required on 10/16/2019.Mailed notice (srn, ) (Entered: 10/04/2019) |
| 10/11/2019 | 3129 | ANSWER to Complaint with Jury Demand *to Services Group of America Inc.'s Complaint* by Peco Foods, Inc.(Flath, Lara) (Entered: 10/11/2019) |
| 10/11/2019 | 3130 | ANSWER to Complaint with Jury Demand *to Services Group of America, Inc.'s Complaint* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 10/11/2019) |

| 10/11/2019 | 3131 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of Services Group of America, Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 10/11/2019) |
|---|---|---|
| 10/11/2019 | 3132 | ANSWER to Complaint *and Affirmative Defenses to the Amended Complaint of Service Group of America, Inc.* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 10/11/2019) |
| 10/11/2019 | 3133 | ANSWER to Complaint with Jury Demand *of Services Group of America, Inc.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 10/11/2019) |
| 10/11/2019 | 3134 | ANSWER to Complaint with Jury Demand *of Services Group of America, Inc.* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 10/11/2019) |
| 10/14/2019 | 3135 | ANSWER to Complaint with Jury Demand *(Complaint of Services Group of America, Inc.)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 10/14/2019) |
| 10/14/2019 | 3136 | ANSWER to Complaint with Jury Demand *AND DEFENSES TO SERVICES GROUP OF AMERICA, INC.'S COMPLAINT* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 10/14/2019) |
| 10/14/2019 | 3137 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Services Group of America, Inc.)* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 10/14/2019) |
| 10/14/2019 | 3138 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to the Complaint of Services Group of America, Inc.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 10/14/2019) |
| 10/14/2019 | 3139 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Services Group of America, Inc.'s Complaint* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 10/14/2019) |
| 10/14/2019 | 3140 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Services Group of America, Inc.'s Complaint* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 10/14/2019) |
| 10/14/2019 | 3141 | ANSWER to Complaint with Jury Demand *(Answer to Plaintiff Services Group of America Inc.'s Complaint)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 10/14/2019) |
| 10/14/2019 | 3142 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to the Complaint of Services Group of America, Inc.* by Amick Farms, LLC(Iwrey, Howard) (Entered: 10/14/2019) |
| 10/14/2019 | 3143 | ANSWER to Complaint with Jury Demand *(Harrison Poultry, Inc.'s Answer to the Complaint filed by Services Group of America, Inc.)* by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 10/14/2019) |
| 10/14/2019 | 3144 | ANSWER to Complaint with Jury Demand *SIMMONS' ANSWER TO SERVICE GROUP OF AMERICA, INC.'S COMPLAINT* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 10/14/2019) |

| 10/14/2019 | 3145 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Services Group of America's Complaint as to Case* (Feeney, Daniel) (Entered: 10/14/2019) |
| --- | --- | --- |
| 10/14/2019 | 3146 | NOTICE of Motion by Daniel Martin Feeney for presentment of Motion to Dismiss for Failure to State a Claim 3145 before Honorable Thomas M. Durkin on 10/31/2019 at 09:00 AM. (Feeney, Daniel) (Entered: 10/14/2019) |
| 10/14/2019 | 3147 | ANSWER to Complaint *of the Direct Action Plaintiff Services Group of America, Inc.* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 10/14/2019) |
| 10/14/2019 | 3148 | MEMORANDUM by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. in support of Motion to Dismiss for Failure to State a Claim 3145 *to Dismiss Services Group of America's Complaint as to Case* (Feeney, Daniel) (Entered: 10/14/2019) |
| 10/14/2019 | 3149 | ANSWER to Complaint *(The Koch Defendants' Answer and Affirmative Defenses to Services Group of America, Inc.'s Complaint)* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 10/14/2019) |
| 10/15/2019 | 3150 | MOTION by Attorney Brett A. Walker to withdraw as attorney for Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.. No party information provided (Herbison, James) (Entered: 10/15/2019) |
| 10/15/2019 | 3151 | NOTICE of Motion by James Franklin Herbison for presentment of motion to withdraw as attorney 3150 before Honorable Thomas M. Durkin on 10/23/2019 at 09:00 AM. (Herbison, James) (Entered: 10/15/2019) |
| 10/15/2019 | 3152 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3150 is granted; Attorney Brett Anthony Walker terminated. No appearance is required on 10/23/2019.Mailed notice (srn, ) (Entered: 10/15/2019) |
| 10/16/2019 | 3153 | ORDER: The government's motion to extend the stay of discovery 3093 is granted in accordance with this order. Signed by the Honorable Thomas M. Durkin on 10/16/2019:Mailed notice(srn, ) (Entered: 10/16/2019) |
| 10/16/2019 | 3154 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Martin Amaro (Amaro, Martin) (Entered: 10/16/2019) |
| 10/16/2019 | 3155 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing set for 11/8/19 at 10:00 a.m. in accordance with the Court's order 3153 on the government's motion to stay discovery 3093 . Liaison counsel shall confer with their respective constituencies and each other, and email the Court's courtroom deputy by 3:00 p.m. Central time on 10/21/19 whether all parties that need to attend this status hearing are available on that date. If the Court's proposed date does not work for the necessary parties, then liaison counsel shall confer and propose to the Court's courtroom deputy dates that do work for them, preferably on Wednesdays or Fridays or, secondarily, on a Monday. Mailed notice (ber, ) (Entered: 10/16/2019) |
| 10/18/2019 | 3156 | ATTORNEY Appearance for Plaintiff Fargo Stopping Center LLC by Melinda J. Morales (Morales, Melinda) (Entered: 10/18/2019) |

| 10/18/2019 | 3157 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the Court's order entered on 10/16/19 3155 , liaison counsel confirmed with the Court's courtroom deputy that the status hearing set for 11/8/19 at 10:00 a.m. works for all necessary parties. Accordingly, the status hearing will proceed as scheduled. Mailed notice (ber, ) (Entered: 10/18/2019) |
|---|---|---|
| 10/18/2019 | 3158 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Brian Liegel (Liegel, Brian) (Entered: 10/18/2019) |
| 10/18/2019 | 3159 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Defendants' Joint Motion to Dismiss* (Liegel, Brian) (Entered: 10/18/2019) |
| 10/18/2019 | 3160 | MEMORANDUM by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of Motion to Dismiss for Failure to State a Claim,,,,, 3159 *Memorandum of Law in Support of Defendants' Joint Motion to Dismiss* (Attachments: # 1 Exhibit A)(Liegel, Brian) (Entered: 10/18/2019) |
| 10/18/2019 | 3161 | MOTION by Defendant Fieldale Farms Corporation to dismiss *Commonwealth of Puerto Rico* (Marks, Max) (Entered: 10/18/2019) |
| 10/18/2019 | 3162 | NOTICE of Motion by Brian Liegel for presentment of Motion to Dismiss for Failure to State a Claim,,,,, 3159 before Honorable Thomas M. Durkin on 10/24/2019 at 09:00 AM. (Liegel, Brian) (Entered: 10/18/2019) |
| 10/18/2019 | 3163 | MEMORANDUM by Fieldale Farms Corporation in support of motion to dismiss 3161 *Commonwealth of Puerto Rico* (Marks, Max) (Entered: 10/18/2019) |

| 10/18/2019 | 3164 | NOTICE of Motion by Max Paul Marks for presentment of motion to dismiss 3161 before Honorable Thomas M. Durkin on 10/24/2019 at 09:00 AM. (Marks, Max) (Entered: 10/18/2019) |
|---|---|---|
| 10/21/2019 | 3165 | MOTION by Attorney Brooke A. Winterhalter to withdraw as attorney for Peco Foods, Inc.. No party information provided (Winterhalter, Brooke) (Entered: 10/21/2019) |
| 10/21/2019 | 3166 | NOTICE of Motion by Brooke Anderson Winterhalter for presentment of motion to withdraw as attorney 3165 before Honorable Thomas M. Durkin on 10/24/2019 at 09:00 AM. (Winterhalter, Brooke) (Entered: 10/21/2019) |
| 10/21/2019 | 3167 | CORPORATE DISCLOSURE STATEMENT STATEMENT by Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, Amigos Meat Distributors West, LP, Amigos Meat Distributors, LP (Buzbee, Anthony) (Entered: 10/21/2019) |
| 10/22/2019 | 3168 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3165 is granted; Attorney Brooke Anderson Winterhalter terminated. No appearance is required on 10/24/2019 on the motion. Mailed notice (srn, ) (Entered: 10/22/2019) |
| 10/22/2019 | 3169 | MINUTE entry before the Honorable Thomas M. Durkin:Responses to defendant Case Farms' motion to dismiss for failure to state a claim 3145 are due by 11/12/2019. Replies are due by 11/26/2019. Responses to Fieldale Farms' motion to dismiss 3161 , and Agri Stats' motion to dismiss 3159 are due by 12/17/2019. Replies are due by 1/21/2020. No appearance is required on 10/24/2019 and 10/31/2019. If the briefing schedule is not convenient, the parties should file an agreed motion to change the schedule. Mailed notice (srn, ) (Entered: 10/22/2019) |
| 10/23/2019 | 3170 | MINUTE entry before the Honorable Thomas M. Durkin:Oral argument on Sanderson's motion to dismiss and Case Farms' motion to dismiss 2829 2920 , is set for 12/18/2019 at 12:00 PM.Mailed notice (srn, ) (Entered: 10/23/2019) |
| 10/23/2019 | 3171 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Gail E. Lee (Lee, Gail) (Entered: 10/23/2019) |
| 10/23/2019 | 3172 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Walmart's and Amigo Meat's Complaints as to Case* (Feeney, Daniel) (Entered: 10/23/2019) |
| 10/23/2019 | 3173 | NOTICE of Motion by Daniel Martin Feeney for presentment of Motion to Dismiss for Failure to State a Claim 3172 before Honorable Thomas M. Durkin on 11/12/2019 at 09:00 AM. (Feeney, Daniel) (Entered: 10/23/2019) |
| 10/23/2019 | 3174 | MEMORANDUM by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. in support of Motion to Dismiss for Failure to State a Claim 3172 *to Dismiss Walmart's and Amigo Meat's Complaints as to Case* (Feeney, Daniel) (Entered: 10/23/2019) |
| 10/24/2019 | 3175 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16368884. (Wilson, Scott) (Entered: 10/24/2019) |
| 10/25/2019 | 3176 | STIPULATION *Concerning Waiver of Service* (Flath, Lara) (Entered: 10/25/2019) |

| 10/29/2019 | 3177 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3175 is granted; Attorney Scott Wilson for PJ Food Service, Inc. added.Mailed notice (srn, ) (Entered: 10/29/2019) |
|---|---|---|
| 10/29/2019 | 3178 | ATTORNEY Appearance for Plaintiff PJ Food Service, Inc. by Philip J. Iovieno (Iovieno, Philip) (Entered: 10/29/2019) |
| 10/29/2019 | 3179 | ATTORNEY Appearance for Plaintiff PJ Food Service, Inc. by Nicholas A Gravante, Jr (Gravante, Nicholas) (Entered: 10/29/2019) |
| 10/29/2019 | 3180 | ATTORNEY Appearance for Plaintiff PJ Food Service, Inc. by Ryan Thomas McAllister (McAllister, Ryan) (Entered: 10/29/2019) |
| 10/29/2019 | 3181 | ATTORNEY Appearance for Plaintiff PJ Food Service, Inc. by Anne M. Nardacci (Nardacci, Anne) (Entered: 10/29/2019) |
| 10/29/2019 | 3182 | ATTORNEY Appearance for Plaintiff PJ Food Service, Inc. by Mark A. Singer (Singer, Mark) (Entered: 10/29/2019) |
| 10/30/2019 | 3183 | ANSWER to Complaint with Jury Demand *of Walmart Inc.* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 10/30/2019) |
| 10/30/2019 | 3184 | MOTION by Plaintiffs Sysco Corporation, US Foods, Inc. to amend/correct *Direct Action Plaintiffs' Motion to Amend Scheduling Order No. 12* (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D., # 5 Exhibit Ex. E, # 6 Exhibit Ex. F, # 7 Exhibit Ex. G, # 8 Exhibit Ex. H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Gant, Scott) (Entered: 10/30/2019) |
| 10/30/2019 | 3185 | NOTICE OF MOTION by Plaintiff's Sysco Corporation, US Foods, Inc. to amend/correct. (Gant, Scott) Docket Text Modified by Clerk's Office on 10/31/2019 (jh, ). (Entered: 10/30/2019) |
| 10/31/2019 | 3186 | NOTICE of Motion by Scott Gant for presentment of motion to amend/correct, 3184 before Honorable Jeffrey T. Gilbert on 11/8/2019 at 10:00 AM. (Gant, Scott) (Entered: 10/31/2019) |
| 11/01/2019 | 3187 | ANSWER to Complaint with Jury Demand *To the Complaint of Walmart Inc.* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 11/01/2019) |
| 11/01/2019 | 3188 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs shall respond to the Direct Action Plaintiffs' Motion to Amend Scheduling Order No. 12 3184 on or before 11/5/19 (per their request) and Defendants on or before 11/15/19 (per their request). The Court will, to the extent possible, at least begin to address the issues raised in Direct Action Plaintiffs' Motion 3184 at the 11/8/19 status conference, recognizing that Defendants will not yet have had a full opportunity to respond to the Motion consistent with the briefing schedule set in this order. If the Court needs to defer a definitive ruling on DAPs' Motion until after the 11/8/19 hearing pending the submission of any further briefing by any party, it will do so. Mailed notice (ber, ) (Entered: 11/01/2019) |
| 11/01/2019 | 3189 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16400000. (Lee, Craig) (Entered: 11/01/2019) |
| 11/01/2019 | 3190 | ANSWER to Complaint with Jury Demand *OF WAL-MART, INC., ET AL.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 11/01/2019) |

| 11/01/2019 | 3191 | ANSWER to Complaint with Jury Demand *to the Complaint filed by Walmart Inc. et al.* by Peco Foods, Inc.(Flath, Lara) (Entered: 11/01/2019) |
| 11/01/2019 | 3192 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Walmart Inc., et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 11/01/2019) |
| 11/04/2019 | 3193 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3189 is granted; Attorney Craig Lee for Ahold Delhaize USA, Inc. added. Mailed notice (srn, ) (Entered: 11/04/2019) |
| 11/04/2019 | 3194 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to the Complaint of Walmart Inc. et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 11/04/2019) |
| 11/04/2019 | 3195 | ANSWER to Complaint with Jury Demand *to WalMart Plaintiffs' (with affirmative defenses)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 11/04/2019) |
| 11/04/2019 | 3196 | ANSWER to Complaint *and Affirmative Defenses to Walmart, Inc., et al.'s Complaint* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 11/04/2019) |
| 11/04/2019 | 3197 | ANSWER to Complaint with Jury Demand *(Harrison Poultry, Inc.'s Answer to the Complaint filed by Walmart, Inc., et al.)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 11/04/2019) |
| 11/04/2019 | 3198 | ANSWER to Complaint with Jury Demand *of Walmart, Inc. et al* by Amick Farms, LLC(Iwrey, Howard) (Entered: 11/04/2019) |
| 11/04/2019 | 3199 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Plaintiffs Walmart, Inc., et al.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 11/04/2019) |
| 11/04/2019 | 3200 | ANSWER to Complaint with Jury Demand *of Walmart, Inc., et al.* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 11/04/2019) |
| 11/04/2019 | 3201 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Walmart, Inc., et al.'s Complaint* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 11/04/2019) |
| 11/04/2019 | 3202 | ANSWER to Complaint *(The Koch Defendants' Answer and Affirmative Defenses to the Walmart Plaintiffs' Complaint)* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 11/04/2019) |
| 11/04/2019 | 3203 | ANSWER to Complaint with Jury Demand *Answer and Defenses to Walmart, Inc., et al.'s Complaint* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 11/04/2019) |
| 11/05/2019 | 3204 | RESPONSE by Maplevale Farms, Inc. to MOTION by Plaintiffs Sysco Corporation, US Foods, Inc. to amend/correct *Direct Action Plaintiffs' Motion to Amend Scheduling Order No. 12* 3184 *Class Plaintiffs' Response to Direct Action Plaintiffs' Motion and Defendants' Position Regarding Motion to Amend Scheduling Order No. 12* (Attachments: # 1 Exhibit A - [Proposed] Scheduling Order No. 13, # 2 Appendix of Unpublished Orders for Class Plaintiffs' Response to Direct Action Plaintiffs' Motion and Defendants' Position Regarding Motion to Amend Scheduling Order No. 12)(Hart, Steven) (Entered: 11/05/2019) |

| 11/05/2019 | 3205 | APPENDIX response to motion,, 3204 *Appendix of Unpublished Orders for Class Plaintiffs' Response to Direct Action Plaintiffs' Motion and Defendants' Position Regarding Motion to Amend Scheduling Order No. 12* (Hart, Steven) (Entered: 11/05/2019) |
| --- | --- | --- |
| 11/06/2019 | 3206 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Complaints of Anaheim Wings, LLC, Restaurants of America, Inc. and PJ Food Service, Inc. as to Case* (Feeney, Daniel) (Entered: 11/06/2019) |
| 11/06/2019 | 3207 | NOTICE of Motion by Daniel Martin Feeney for presentment of Motion to Dismiss for Failure to State a Claim, 3206 before Honorable Thomas M. Durkin on 11/19/2019 at 09:00 AM. (Feeney, Daniel) (Entered: 11/06/2019) |
| 11/06/2019 | 3208 | MEMORANDUM by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. in support of Motion to Dismiss for Failure to State a Claim, 3206 (Attachments: # 1 Exhibit 1)(Feeney, Daniel) (Entered: 11/06/2019) |
| 11/07/2019 | 3209 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At tomorrow's status hearing, liaison counsel should be prepared to address what discovery has taken place during the partial discovery stay since 6/27/19 2302 . Mailed notice (ber, ) (Entered: 11/07/2019) |
| 11/07/2019 | 3210 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiffs' consolidated response to Case Farms' motions to dismiss 3172 , 3206 ,and 3145 is due by 11/27/2019. Case Farms' consolidated reply is due by 12/11/2019. No appearance is required on 11/12/2019 and 11/19/2019. The Court will rule by mail. Mailed notice (srn, ) (Entered: 11/07/2019) |
| 11/08/2019 | 3212 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 11/8/19 in accordance with the Court's 10/16/19 Order 3153 for the parties to report on the discovery that has occurred during the stay and to discuss other discovery matters, including Direct Action Plaintiffs' Motion to Amend Scheduling Order No. 12 3184 . During the hearing, the parties requested additional time to meet and confer about the scheduling issues discussed during the hearing, and the parties agreed to file a Joint Submission on 11/22/19 addressing the proposed amended scheduling orders set forth in Direct Action Plaintiffs' Motion to Amend Scheduling Order No. 12 3184 and Class Plaintiffs' Response to that Motion 3204 . The Court requests that the parties' Joint Submission address, among the other issues discussed at the hearing, the pace of Defendants' depositions of named CIIPP and EUP class representatives and a schedule by which all named class representatives will be deposed. The 11/15/19 date for Defendants to file a response to Direct Action Plaintiffs' Motion to Amend 3184 is stricken in light of the anticipated filing of the Joint Submission. A hearing on the parties' Joint Submission is set for 12/13/19 at 9:45 a.m. Direct Purchaser Plaintiffs' request that the Court schedule a case management conference in the near future is taken under advisement. Counsel participating in the hearing by telephone who wish to be noted of record shall identify themselves to liaison counsel and liaison counsel promptly shall send that information to the court reporter, Nancy_Bistany@ilnd.uscourts.gov. Mailed notice (ber, ) (Entered: 11/12/2019) |
| 11/12/2019 | 3211 | TRANSCRIPT OF PROCEEDINGS held on November 8, 2019 before the Honorable Jeffrey T. Gilbert. Order Number: 36707, 36733. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626. |

| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 12/3/2019. Redacted Transcript Deadline set for 12/13/2019. Release of Transcript Restriction set for 2/10/2020. (Bistany, Nancy) (Entered: 11/12/2019) |
| 11/18/2019 | 3213 | MINUTE entry before the Honorable Thomas M. Durkin:Oral argument is reset for 12/18/2019 at 10:00 AM. Note: time change only.Mailed notice (srn, ) (Entered: 11/18/2019) |
| 11/18/2019 | 3214 | MOTION by Movants The Golub Corporation, Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company) to reassign case *Agreed Motion Pursuant to Local Rule 40.4 to Reassign Case as Related* (Attachments: # 1 Exhibit Exhibit A)(Lifvendahl, Eric) (Entered: 11/18/2019) |
| 11/18/2019 | 3215 | NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case, 3214 before Honorable Thomas M. Durkin on 12/3/2019 at 09:00 AM. (Lifvendahl, Eric) (Entered: 11/18/2019) |
| 11/19/2019 | 3216 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal *(Defendants' Consent Motion and Proposed Order to Seal Answers)* (Attachments: # 1 Text of Proposed Order) (Szeremeta, Peter) (Entered: 11/19/2019) |
| 11/19/2019 | 3217 | NOTICE of Motion by Peter M. Szeremeta for presentment of motion to seal,,,, 3216 before Honorable Thomas M. Durkin on 11/26/2019 at 09:00 AM. (Szeremeta, Peter) (Entered: 11/19/2019) |
| 11/19/2019 | 3218 | MINUTE entry before the Honorable Thomas M. Durkin:Agreed motion to reassign case as related 3214 is granted. This Court will recommend to the Executive Committee that case 19 C 6955, Golub Corp. v. Norman Fries, be reassigned to this Court as related to this action. No appearance is required on 12/3/2019. Mailed notice (srn, ) (Entered: 11/19/2019) |
| 11/19/2019 | 3219 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' consent motion to seal answers 3216 is granted. No appearance is required on 11/26/2019.Mailed notice (srn, ) (Entered: 11/19/2019) |

| 11/20/2019 | 3220 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Anaheim Wings, LLC [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 11/20/2019) |
| 11/20/2019 | 3221 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Anaheim Wings, LLC)* (Mahan, Carrie) (Entered: 11/20/2019) |
| 11/20/2019 | 3222 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Restaurants of America, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 11/20/2019) |
| 11/20/2019 | 3223 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to First Amended Complaint by Restaurants of America, Inc.)* (Mahan, Carrie) (Entered: 11/20/2019) |
| 11/20/2019 | 3224 | Corporate Disclosure Statement STATEMENT by Latina Boulevard Foods, LLC (Lifvendahl, Eric) (Entered: 11/20/2019) |
| 11/20/2019 | 3225 | Corporate Disclosure STATEMENT by The Golub Corporation (Lifvendahl, Eric) (Entered: 11/20/2019) |
| 11/20/2019 | 3226 | Corporate Disclosure STATEMENT by The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company) (Coffman, Richard) (Entered: 11/20/2019) |
| 11/21/2019 | 3227 | STIPULATION *Concerning Waiver of Service* (Attachments: # 1 Text of Proposed Order Adopting Stipulation Concerning Waiver of Service)(Lifvendahl, Eric) (Entered: 11/21/2019) |
| 11/21/2019 | 3228 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the date for the parties to file their Joint Submission referenced in the Court's order of 11/8/19 3212 is extended to 12/5/19. Mailed notice (ber, ) (Entered: 11/21/2019) |
| 11/21/2019 | 3229 | WITHDRAWING *Ariel W. Schepers* as counsel for Movant Porky Products, Inc. and substituting Edward Francis Malone as counsel of record (Malone, Edward) (Entered: 11/21/2019) |
| 11/22/2019 | 3230 | ANSWER to amended complaint *Answer and Affirmative Defenses to Anaheim Wings, LLC et al.'s Amended Complaint 3047* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 11/22/2019) |
| 11/22/2019 | 3231 | ANSWER to amended complaint *Answer and Affirmative Defenses to Restaurants of America, Inc. et al.'s Amended Complaint 3044* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 11/22/2019) |
| 11/22/2019 | 3232 | ANSWER to Complaint with Jury Demand *(Defendant Harrison Poultry, Inc.'s Answer to the Amended Complaint filed by Restaurants of America, Inc., et al. (Public Redacted Version))* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 11/22/2019) |
| 11/22/2019 | 3233 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16467453. (Harper, James) (Entered: 11/22/2019) |
| 11/22/2019 | 3234 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Defendant Harrison Poultry, Inc.'s Answer to the Amended Complaint filed by Restaurants of America, Inc., et al.)* (Gorham, Patricia) (Entered: 11/22/2019) |
| 11/22/2019 | 3235 | ANSWER to Complaint with Jury Demand *(Defendant Harrison Poultry, Inc.'s Answer to the First Amended Complaint filed by Anaheim Wings, LLC et al.* |

| | | *(Public Redacted Version))* by Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 11/22/2019) |
|---|---|---|
| 11/22/2019 | 3236 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Defendant Harrison Poultry, Inc.'s Answer to the First Amended Complaint filed by Anaheim Wings, LLC et al.)* (Gorham, Patricia) (Entered: 11/22/2019) |
| 11/22/2019 | 3237 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Anaheim Wings, LLC [Redacted])* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 11/22/2019) |
| 11/22/2019 | 3238 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Answer to First Amended Complaint by Anaheim Wings, LLC)* (Wrobel, Gregory) (Entered: 11/22/2019) |
| 11/22/2019 | 3239 | ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Restaurants of America, Inc. [Redacted])* by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 11/22/2019) |
| 11/22/2019 | 3240 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Answer to First Amended Complaint by Restaurants of America, Inc.)* (Wrobel, Gregory) (Entered: 11/22/2019) |
| 11/25/2019 | 3241 | *Sanderson Farms' Redacted* ANSWER to amended complaint *of Anaheim Wings, LLC Plaintiffs* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 11/25/2019) |
| 11/25/2019 | 3242 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Answer to Anaheim Wings, LLC Plaintiffs' First Amended Complaint* (Laytin, Daniel) (Entered: 11/25/2019) |
| 11/25/2019 | 3243 | *Sanderson Farms'* ANSWER to amended complaint *of Restaurants of America, Inc. Plaintiffs* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 11/25/2019) |
| 11/25/2019 | 3244 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Answer to Restaurants of America, Inc. Plaintiffs' First Amended Complaint* (Laytin, Daniel) (Entered: 11/25/2019) |
| 11/25/2019 | 3245 | *Perdue Defendants'* ANSWER to amended complaint *of Anaheim Wings, LLC Plaintiffs* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 11/25/2019) |
| 11/25/2019 | 3246 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *Answer to Anaheim Wings, LLC Plaintiffs' First Amended Complaint* (Baldridge, James) (Entered: 11/25/2019) |
| 11/25/2019 | 3247 | *Perdue Defendants'* ANSWER to amended complaint *Restaurants of America, Inc. Plaintiffs* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 11/25/2019) |
| 11/25/2019 | 3248 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *Answer to Restaurants of America, Inc. Plaintiffs' Amended Complaint* (Baldridge, James) (Entered: 11/25/2019) |

| 11/25/2019 | 3249 | *O.K. Foods Defendants'* ANSWER to amended complaint *of the Restaurants of America, Inc. Plaintiffs (REDACTED)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 11/25/2019) |
|---|---|---|
| 11/25/2019 | 3250 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Answer and Defenses to the Restaurants of America, Inc. Plaintiffs' Amended Complaint* (Passarelli, John) (Entered: 11/25/2019) |
| 11/25/2019 | 3251 | *O.K. Foods Defendants'* ANSWER to amended complaint *of the Anaheim Wings Plaintiffs (REDACTED)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 11/25/2019) |
| 11/25/2019 | 3252 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Answer and Defenses to the Anaheim Wings Plaintiffs' Amended Complaint* (Passarelli, John) (Entered: 11/25/2019) |
| 11/26/2019 | 3253 | *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S* ANSWER to Complaint *ANSWER TO ANAHEIM WINGS, LLC, ET AL.'S AMENDED COMPLAINT* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 11/26/2019) |
| 11/26/2019 | 3254 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S ANSWER TO ANAHEIM WINGS, LLC ET AL.'S AMENDED COMPLAINT - UNDER SEAL* (O'Neill, Peter) (Entered: 11/26/2019) |
| 11/26/2019 | 3255 | *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S* ANSWER to amended complaint *ANSWER TO RESTAURANTS OF AMERICA, INC., ET AL.'S AMENDED COMPLAINT* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(O'Neill, Peter) (Entered: 11/26/2019) |
| 11/26/2019 | 3256 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S ANSWER TO RESTAURANTS OF AMERICA, INC., ET AL.'S AMENDED COMPLAINT - UNDER SEAL* (O'Neill, Peter) (Entered: 11/26/2019) |
| 11/26/2019 | 3257 | ANSWER to amended complaint *filed by ANAHEIM WINGS, LLC (REDACTED)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 11/26/2019) |
| 11/26/2019 | 3258 | SEALED RESPONSE by George's Farms, Inc., George's Inc. to amended complaint,,,,,, 3047 *filed by ANAHEIM WINGS, LLC'S* (Martin, John) (Entered: 11/26/2019) |
| 11/26/2019 | 3259 | ANSWER to amended complaint *filed by RESTAURANTS OF AMERICA, INC. [REDACTED]* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 11/26/2019) |
| 11/26/2019 | 3260 | SEALED RESPONSE by George's Farms, Inc., George's Inc. to amended complaint,,,, 3044 *ANSWER AND DEFENSES OF THE GEORGE'S DEFENDANTS TO RESTAURANTS OF AMERICA, INC.'S AMENDED COMPLAINT* (Martin, John) (Entered: 11/26/2019) |
| 11/26/2019 | 3261 | ANSWER to amended complaint *(Doc #3047)* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 11/26/2019) |

| 11/26/2019 | 3262 | ANSWER to amended complaint (*Doc #3044*) by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Nahrstadt, Bradley) (Entered: 11/26/2019) |
|---|---|---|
| 11/26/2019 | 3263 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Restaurants of America, Inc.'s Amended Complaint* (Iwrey, Howard) (Entered: 11/26/2019) |
| 11/26/2019 | 3264 | *Redacted* ANSWER to amended complaint *with Defenses to Restaurants of America, Inc.'s Amended Complaint* by Amick Farms, LLC(Iwrey, Howard) (Entered: 11/26/2019) |
| 11/26/2019 | 3265 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to Anaheim Wings, LLC's Amended Complaint* (Iwrey, Howard) (Entered: 11/26/2019) |
| 11/26/2019 | 3266 | *Redacted* ANSWER to amended complaint *to Anaheim Wings, LLC, et al's Amended Complaint* by Amick Farms, LLC(Iwrey, Howard) (Entered: 11/26/2019) |
| 11/26/2019 | 3267 | ANSWER to amended complaint (*Answer to the Amended Complaint of Anaheim Wings, LLC, d/b/a Hooters of Anaheim, et al. [Redacted]*) by Peco Foods, Inc. (Flath, Lara) (Entered: 11/26/2019) |
| 11/26/2019 | 3268 | ANSWER to amended complaint *of Restaurants of America (Public Redacted Version)* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 11/26/2019) |
| 11/26/2019 | 3269 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Restaurants of America First Amended Complaint (SEALED)* (Wofford, Amanda) (Entered: 11/26/2019) |
| 11/26/2019 | 3270 | SEALED DOCUMENT by Defendant Peco Foods, Inc. (*Answer to the Amended Complaint of Anaheim Wings, LLC, d/b/a Hooters of Anaheim, et al.*) (Flath, Lara) (Entered: 11/26/2019) |
| 11/26/2019 | 3271 | ANSWER to amended complaint (*Answer to the Amended Complaint of Restaurants of America, Inc., et al. [Redacted]*) by Peco Foods, Inc.(Flath, Lara) (Entered: 11/26/2019) |
| 11/26/2019 | 3272 | SEALED DOCUMENT by Defendant Peco Foods, Inc. (*Answer to the Amended Complaint of Restaurants of America, Inc., et al.*) (Flath, Lara) (Entered: 11/26/2019) |
| 11/26/2019 | 3273 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3233 is granted; Attorney James David Harper for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 11/26/2019) |
| 11/26/2019 | 3274 | ANSWER to amended complaint *of Anaheim Wings, LLC, et al. Amended Complaint (Public Redacted Version)* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 11/26/2019) |

| 11/26/2019 | 3275 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to Anaheim Wings, LLC et al. Amended Complaint (SEALED)* (Wofford, Amanda) (Entered: 11/26/2019) |
|---|---|---|
| 11/26/2019 | 3276 | ORDER ADOPTING STIPULATION CONCERNING WAIVER OF SERVICE. Signed by the Honorable Thomas M. Durkin on 11/26/2019. Mailed notice (nsf, ) (Entered: 11/26/2019) |
| 11/26/2019 | 3277 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Restaurants of America, Inc., et al.) (Redacted Version) (Motion to Seal Granted)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 11/26/2019) |
| 11/26/2019 | 3278 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Restaurants of America, Inc., et al.) (Unredacted Version) (Dkt. # 3277) (Filed Under Seal)* (Konieczny, Edward) (Entered: 11/26/2019) |
| 11/26/2019 | 3279 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to First Amended Complaint by Anaheim Wings, LLC, et al.) (Redacted Version) (Motion to Seal Granted)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 11/26/2019) |
| 11/26/2019 | 3280 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to First Amended Complaint by Anaheim Wings, LLC, et al.) (Unredacted Version) (Dkt. #3279) (Filed Under Seal)* (Konieczny, Edward) (Entered: 11/26/2019) |
| 11/26/2019 | 3281 | ANSWER to amended complaint *(Defendant Fieldale Farms Corporation's Answer to the Amended Complaint filed by Restaurants of America, Inc., et al. (Public Redacted Version))* by Fieldale Farms Corporation(williams, valarie) (Entered: 11/26/2019) |
| 11/26/2019 | 3282 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *(Defendant Fieldale Farms Corporation's Answer to the Amended Complaint filed by Restaurants of America, Inc., et al.)* (williams, valarie) (Entered: 11/26/2019) |
| 11/26/2019 | 3283 | ANSWER to amended complaint *(Defendant Fieldale Farms Corporation's Answer to the First Amended Complaint filed by Anaheim Wings, LLC et al. (Public Redacted Version))* by Fieldale Farms Corporation(williams, valarie) (Entered: 11/26/2019) |
| 11/26/2019 | 3284 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *(Defendant Fieldale Farms Corporation's Answer to the First Amended Complaint filed by Anaheim Wings, LLC et al.)* (williams, valarie) (Entered: 11/26/2019) |
| 11/27/2019 | 3285 | RESPONSE by Amigos Meat Distributors, LP, Anaheim Wings, LLC d/b/a Hooters of Anaheim, PJ Food Service, Inc., Restaurants of America, Inc., Services Group of America, Inc., WalMart, Inc.in Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Complaints of Anaheim Wings, LLC, Restaurants of America, Inc. and PJ Food Service, Inc. as to Case* 3206 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Walmart's and Amigo Meat's Complaints as to Case* 3172 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Services Group of America's Complaint as to Case* 3145 (Gore, Kristin) (Entered: 11/27/2019) |

| 11/27/2019 | 3286 | SEALED RESPONSE by Amigos Meat Distributors, LP, Anaheim Wings, LLC d/b/a Hooters of Anaheim, PJ Food Service, Inc., Services Group of America, Inc., WalMart, Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Complaints of Anaheim Wings, LLC, Restaurants of America, Inc. and PJ Food Service, Inc. as to Case* 3206 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Walmart's and Amigo Meat's Complaints as to Case* 3172 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Services Group of America's Complaint as to Case* 3145 (Gore, Kristin) (Entered: 11/27/2019) |
| 11/27/2019 | 3287 | MOTION by Movant Amigos Meat Distributors, LP, Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, PJ Food Service, Inc., Restaurants of America, Inc., Services Group of America, Inc., WalMart, Inc. to seal *Certain Direct Action Plaintiffs' Response in Opposition to Case's Motions to Dismiss* (Gore, Kristin) (Entered: 11/27/2019) |
| 11/27/2019 | 3288 | NOTICE of Motion by Kristin Alexandra Gore for presentment of motion to seal, 3287 before Honorable Thomas M. Durkin on 11/5/2019 at 09:00 AM. (Gore, Kristin) (Entered: 11/27/2019) |
| 11/27/2019 | 3289 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *The Koch Defendants' Answer and Affirmative Defenses to Anaheim Wings, LLC, et al.'s Amended Complaint and Demand for Jury Trial* (Cohen, Brian) (Entered: 11/27/2019) |
| 11/27/2019 | 3290 | ANSWER to amended complaint *The Koch Defendants' Answer and Affirmative Defenses to Anaheim Wings, LLC, et al.'s Amended Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 11/27/2019) |
| 11/27/2019 | 3291 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *The Koch Defendants' Answer and Affirmative Defenses to Restaurants of America, et al.'s Amended Complaint and Demand for Jury Trial* (Cohen, Brian) (Entered: 11/27/2019) |
| 11/27/2019 | 3292 | ANSWER to amended complaint *The Koch Defendants' Answer and Affirmative Defenses to Restaurants of America, et al.'s Amended Complaint and Demand for Jury Trial [REDACTED]* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 11/27/2019) |
| 11/27/2019 | 3293 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to Amended Complaint with Jury Demand of Anaheim Wings, LLC, et. al.* (Herbison, James) (Entered: 11/27/2019) |
| 11/27/2019 | 3294 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Anaheim Wings, LLC, et. al.'s Amended Complaint (Redacted)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 11/27/2019) |
| 11/27/2019 | 3295 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to Amended Complaint with Jury Demand of Restaurants of America, Inc., et. al.* (Herbison, James) (Entered: 11/27/2019) |

| 11/27/2019 | 3296 | SEALED RESPONSE *Agri Stats, Inc.'s Answer to First Amended Complaint by Restaurants of America, Inc., et al. (Unredacted Version) (Filed Under Seal)* (Bernick, Justin) (Entered: 11/27/2019) |
| 11/27/2019 | 3297 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Restaurants of America, Inc., et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 11/27/2019) |
| 11/27/2019 | 3298 | SEALED RESPONSE *Agri Stats, Inc.'s Answer to First Amended Complaint by Anaheim Wings, LLC, et al. (Unredacted Version)(Filed Under Seal)* (Bernick, Justin) (Entered: 11/27/2019) |
| 11/27/2019 | 3299 | ANSWER to Complaint with Jury Demand *and Defenses to the Amended Complaint of Anaheim Wings, LLC, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 11/27/2019) |
| 11/27/2019 | 3300 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Restaurants of America, Inc., et. al.'s Amended Complaint (Redacted)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 11/27/2019) |
| 11/27/2019 | 3301 | ANSWER to amended complaint *in Restaurants of America, Inc., et al., v. Tyson Foods, Inc., et al.* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 11/27/2019) |
| 11/27/2019 | 3302 | SEALED DOCUMENT by Defendant Wayne Farms, LLC *Answer and Defenses to Amended Complaint of Restaurants of America, Inc., et al.* (Ondeck, Christopher) (Entered: 11/27/2019) |
| 11/27/2019 | 3303 | ANSWER to amended complaint *of Anaheim Wings, LLC, et al.* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 11/27/2019) |
| 11/27/2019 | 3304 | SEALED DOCUMENT by Defendant Wayne Farms, LLC *Answer and Defenses to Amended Complaint of Anaheim Wings, LLC, et al.* (Ondeck, Christopher) (Entered: 11/27/2019) |
| 12/03/2019 | 3305 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16495553. (Forman, Anna) (Entered: 12/03/2019) |
| 12/04/2019 | 3306 | MINUTE entry before the Honorable Thomas M. Durkin:Certain Direct Action Plaintiff's motion for leave to file response in opposition to Case's motion to dismiss under seal 3287 is granted. No appearance is required on 12/5/2019. Mailed notice (srn, ) (Entered: 12/04/2019) |
| 12/05/2019 | 3307 | Joint Letter Brief re: Amendment of Scheduling Order No. 12 by Pilgrim's Pride Corporation (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Mahan, Carrie) (Entered: 12/05/2019) |
| 12/06/2019 | 3308 | ATTORNEY Appearance for Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Jordan Matthew Tank (Tank, Jordan) (Entered: 12/06/2019) |
| 12/06/2019 | 3309 | MOTION by Attorney Bradley C. Nahrstadt to withdraw as attorney for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.. No party information provided (Nahrstadt, Bradley) (Entered: 12/06/2019) |
| 12/06/2019 | 3310 | NOTICE of Motion by Bradley Charles Nahrstadt for presentment of motion to withdraw as attorney 3309 before Honorable Thomas M. Durkin on 12/16/2019 |

at 09:00 AM. (Nahrstadt, Bradley) (Entered: 12/06/2019)

| 12/06/2019 | 3311 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16508149. (Olson, Christoper) (Entered: 12/06/2019) |
|---|---|---|
| 12/09/2019 | 3312 | MEMORANDUM Opinion and Order: Fieldale's motion to enforce the settlement agreement against Winn-Dixie and to dismiss Winn-Dixie claims 2670 is granted. Signed by the Honorable Thomas M. Durkin on 12/9/2019:Mailed notice(srn, ) (Entered: 12/09/2019) |
| 12/11/2019 | 3313 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3309 is granted; Attorney Bradley Charles Nahrstadt terminated. No appearance is required on 12/16/2019.Mailed notice (srn, ) (Entered: 12/11/2019) |
| 12/11/2019 | 3314 | ANSWER to Complaint with Jury Demand *(Answer to Plaintiff Amigos Meat Distributors' Complaint)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 12/11/2019) |
| 12/11/2019 | 3315 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to seal document *Motion for Leave to File Under Seal* (Feeney, Daniel) (Entered: 12/11/2019) |
| 12/11/2019 | 3316 | NOTICE of Motion by Daniel Martin Feeney for presentment of motion to seal document 3315 before Honorable Thomas M. Durkin on 12/18/2019 at 10:00 AM. (Feeney, Daniel) (Entered: 12/11/2019) |
| 12/11/2019 | 3317 | REPLY by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Complaints of Anaheim Wings, LLC, Restaurants of America, Inc. and PJ Food Service, Inc. as to Case* 3206 , sealed response,,, 3286 , response in opposition to motion,,, 3285 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Walmart's and Amigo Meat's Complaints as to Case* 3172 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Services Group of America's Complaint as to Case* 3145 (Feeney, Daniel) (Entered: 12/11/2019) |
| 12/11/2019 | 3318 | SEALED REPLY by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Complaints of Anaheim Wings, LLC, Restaurants of America, Inc. and PJ Food Service, Inc. as to Case* 3206 , sealed response,,, 3286 , response in opposition to motion,,, 3285 , reply to response to motion,,, 3317 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Walmart's and Amigo Meat's Complaints as to Case* 3172 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *to Dismiss Services Group of America's Complaint as to Case* 3145 (Feeney, Daniel) (Entered: 12/11/2019) |
| 12/11/2019 | 3319 | MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc. to withdraw *and substitute counsel* (Thompson, James) (Entered: 12/11/2019) |
| 12/11/2019 | 3320 | NOTICE of Motion by James L. Thompson for presentment of motion to withdraw 3319 before Honorable Thomas M. Durkin on 12/17/2019 at 09:00 AM. |

| 12/11/2019 | 3321 | ATTORNEY Appearance for Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc. by James L. Thompson (Thompson, James) (Entered: 12/11/2019) |
|---|---|---|
| 12/11/2019 | 3322 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Notice of Motion and Motion)* (Bruckner, W.) (Entered: 12/11/2019) |
| 12/11/2019 | 3323 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement 3322 (Bruckner, W.) (Entered: 12/11/2019) |
| 12/11/2019 | 3324 | AFFIDAVIT by Plaintiff Direct Purchaser Plaintiffs in Support of MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Notice of Motion and Motion)* 3322 *(Declaration of W. Joseph Bruckner)* (Bruckner, W.) (Entered: 12/11/2019) |
| 12/11/2019 | 3325 | AFFIDAVIT by Plaintiff Direct Purchaser Plaintiffs in Support of MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Notice of Motion and Motion)* 3322 *(Declaration of Jennifer Keough)* (Bruckner, W.) (Entered: 12/11/2019) |
| 12/12/2019 | 3326 | *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S* ANSWER to Complaint *ANSWER TO AMIGOS MEAT DISTRIBUTORS, LP ET AL.'S COMPLAINT* by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (O'Neill, Peter) (Entered: 12/12/2019) |
| 12/12/2019 | 3327 | MINUTE entry before the Honorable Thomas M. Durkin:Direct Purchaser Plaintiffs' motion for settlement 3322 is reset to 12/18/2019 at 09:45 AM. Note: time change only. Mailed notice (srn, ) (Entered: 12/12/2019) |
| 12/12/2019 | 3328 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw and substitute counsel 3319 is granted; Attorney Andrew Gordon May and Jonathan Stuart Quinn terminated. James L. Thompson is granted leave to appear as counsel for Mar-Jac in all consolidated Broiler Chicken Antitrust Litigation. No appearance is required on 12/17/2019. Mailed notice (srn, ) (Entered: 12/12/2019) |
| 12/12/2019 | 3329 | ANSWER to Complaint with Jury Demand *of Amigos Meat Distributors, LP, et al.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 12/12/2019) |
| 12/13/2019 | 3330 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3305 is granted; Attorney Anna Forman for O.K. Farms, Inc.,O.K. Foods, Inc., and O.K. Industries, Inc. added. Mailed notice (srn, ) (Entered: 12/13/2019) |
| 12/13/2019 | 3331 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3311 is granted; Attorney Christopher Clay Olson, for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 12/13/2019) |
| 12/13/2019 | 3332 | ANSWER to Complaint with Jury Demand *filed by Amigos Meat Distributors, LP, et al.* by Peco Foods, Inc.(Flath, Lara) (Entered: 12/13/2019) |
| 12/13/2019 | 3333 | ANSWER to Complaint with Jury Demand *(House of Raeford Farms, Inc. Answer and Defenses to the Complaint of Amigos Meat Distributors, LP, et al.)* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 12/13/2019) |
| 12/13/2019 | 3358 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 12/13/19 and continued to 1/17/20 at 9:30 a.m. Counsel shall agree on a briefing |

| | | |
|---|---|---|
| | | schedule for a motion for protective order filed by the Department of Justice and communicate that briefing schedule via email to the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov. Counsel participating in the hearing by telephone who wish to be noted of record shall identify themselves to liaison counsel and liaison counsel promptly shall send that information to the court reporter, Nancy_Bistany@ilnd.uscourts.gov. Mailed notice (ber, ) (Entered: 12/20/2019) |
| 12/16/2019 | 3334 | TRANSCRIPT OF PROCEEDINGS held on December 13, 2019 before the Honorable Jeffrey T. Gilbert. Order Number: 37112, 37148, 37149. Court Reporter Contact Information: Nancy L. Bistany - nancy_bistany@ilnd.uscourts.gov - 312.435.7626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2020. Redacted Transcript Deadline set for 1/16/2020. Release of Transcript Restriction set for 3/16/2020. (Bistany, Nancy) (Entered: 12/16/2019) |
| 12/16/2019 | 3335 | *Sanderson Farms'* ANSWER to Complaint *of Amigos Meat Distributors, LP, et al.* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 12/16/2019) |
| 12/16/2019 | 3336 | *O.K. Foods Defendants'* ANSWER to Complaint with Jury Demand *and Defenses to the Amigos Meat Distributors' Plaintiffs* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 12/16/2019) |
| 12/16/2019 | 3337 | ANSWER to Complaint with Jury Demand *to Amigos Plaintiffs' Complaint* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Tank, Jordan) (Entered: 12/16/2019) |
| 12/16/2019 | 3338 | *Defendant Harrison Poultry, Inc.'s* ANSWER to Complaint with Jury Demand *filed by Amigos Meat Distributors, LP, et al.* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 12/16/2019) |
| 12/16/2019 | 3339 | ANSWER to Complaint with Jury Demand *TO AMIGOS' COMPLAINT* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 12/16/2019) |
| 12/16/2019 | 3340 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANT SANDERSON FARMS' MOTION TO SEAL THE COURTROOM DURING PORTIONS OF ITS ORAL ARGUMENT DISCUSSING CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION* (Laytin, Daniel) (Entered: 12/16/2019) |
| 12/16/2019 | 3341 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to seal, 3340 before Honorable Thomas M. Durkin on 12/18/2019 at 09:45 AM. (Laytin, Daniel) (Entered: 12/16/2019) |

| 12/16/2019 | 3342 | ANSWER to Complaint *and Affirmative Defenses to Amigos Plaintiffs' Complaint* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 12/16/2019) |
|---|---|---|
| 12/16/2019 | 3343 | ANSWER to Complaint with Jury Demand *of Amigos Meat Distributors, LP, et al.* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 12/16/2019) |
| 12/16/2019 | 3344 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Amigos Plaintiffs' Complaint* by Amick Farms, LLC(Iwrey, Howard) (Entered: 12/16/2019) |
| 12/16/2019 | 3345 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by Amigos Meat Distributors LP, et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 12/16/2019) |
| 12/16/2019 | 3346 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to Amigos Meat Distributors, LP, et al.'s Complaint* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 12/16/2019) |
| 12/17/2019 | 3347 | MINUTE entry before the Honorable Thomas M. Durkin:The call in number for the 12/18/2019 hearing is 877-402-9757, access code 4410831. Mailed notice (srn, ) (Entered: 12/17/2019) |
| 12/17/2019 | 3348 | ANSWER to Complaint *of Amigos Meat Distributors, LP, et al. by Wayne Farms, LLC* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 12/17/2019) |
| 12/17/2019 | 3349 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses to Amigos Meat Distributors, LP, et al.'s Complaint* by Agri Stats, Inc.(Bernick, Justin) (Entered: 12/17/2019) |
| 12/17/2019 | 3350 | ANSWER to Complaint *of Amigos Meat Distributors, LP et al.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 12/17/2019) |
| 12/17/2019 | 3351 | MEMORANDUM by Commonwealth of Puerto Rico in Opposition to Motion to Dismiss for Failure to State a Claim,,,,, 3159 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Mulder, Michael) (Entered: 12/17/2019) |
| 12/17/2019 | 3352 | RESPONSE by End-User Consumer Plaintiffsin Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANT SANDERSON FARMS' MOTION TO SEAL THE COURTROOM DURING 3340 Class Plaintiffs' Response in Opposition to Defendant Sanderson Farm's Motion to Seal the Courtroom During Portions of Its Oral Argument Discussing Confidential or Highly Confidential Information (Scarlett, Shana) (Entered: 12/17/2019)* |
| 12/17/2019 | 3353 | MEMORANDUM by Commonwealth of Puerto Rico in Opposition to motion to dismiss 3161 (Mulder, Michael) (Entered: 12/17/2019) |
| 12/18/2019 | 3354 | ATTORNEY Appearance for Intervenor United States of America by Paul John Torzilli (Torzilli, Paul) (Entered: 12/18/2019) |
| 12/18/2019 | 3355 | MINUTE entry before the Honorable Thomas M. Durkin: All parties present telephonically for today's hearing are directed to promptly provide their appearance information to liaison counsel, who shall provide that information to the official court reporter at Laura_Renke@ilnd.uscourts.gov by noon tomorrow, |

|  |  | 12/19/2019 for inclusion on the transcript of proceedings.Mailed notice (srn, ) (Entered: 12/18/2019) |
|---|---|---|
| 12/18/2019 | 3356 | MINUTE entry before the Honorable Thomas M. Durkin: The June 27, 2020 date for lifting the stay of discovery is vacated and reset for March 31, 2020. Once the stay is lifted, if the government can make a significant showing that taking a particular deposition on the date it is noticed will implicate a serious law enforcement concern, the government has leave to file a sealed motion for a protective order with respect to that particular deposition, which the Court will review in camera.Mailed notice (srn, ) (Entered: 12/18/2019) |
| 12/18/2019 | 3357 | MINUTE entry before the Honorable Thomas M. Durkin: Oral argument held on Sanderson Farms and Case Farms' motions to dismiss. Case Farms' motion to seal document 3315 is granted. Direct Purchaser Plaintiffs' motion for settlement 3322 is granted. Counsel will submit a draft order with the final approval hearing date. Sanderson Farms' motion to seal the courtroom during oral argument 3340 is denied. Motion hearing held on 12/18/2019. Mailed notice (srn, ) (Entered: 12/18/2019) |
| 12/20/2019 | 3359 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Peco Foods, Inc., George's Inc., George's Farms, Inc., and Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 12/20/2019. Mailed notice(pk, ) (Entered: 12/20/2019) |
| 12/20/2019 | 3360 | MINUTE entry before the Honorable Thomas M. Durkin:Final approval hearing is set for 4/17/2020 at 09:30 AM.Mailed notice (srn, ) (Entered: 12/20/2019) |
| 12/20/2019 | 3363 | NOTICE of Change of Address by John W. Treece (las, ) (Entered: 12/23/2019) |
| 12/21/2019 | 3361 | TRANSCRIPT OF PROCEEDINGS held on 12/18/19 before the Honorable Thomas M. Durkin. Motion hearing/oral argument. Order Numbers: 37113, 37206, 37207, 37216, 37221, 37223, 37247. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/13/2020. Redacted Transcript Deadline set for 1/21/2020. Release of Transcript Restriction set for 3/20/2020. (Renke, Laura) (Entered: 12/21/2019) |
| 12/23/2019 | 3362 | ANSWER to Complaint with Jury Demand *TO THE GOLUB CORPORATION'S COMPLAINT FOR VIOLATION OF THE FEDERAL ANTITRUST LAWS* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 12/23/2019) |
| 12/27/2019 | 3364 | MEMORANDUM ORDER signed by the Honorable Jeffrey T. Gilbert on 12/27/2019. For the reasons listed in the attached Memorandum Order, Direct Purchaser Plaintiffs' Motion for Protective Order to Protect Class Members from Misleading Solicitation [ECF 2331] is granted in part, denied in part, and denied without prejudice in part as to any corrective notice. Mailed notice(sxw, ) (Entered: 12/27/2019) |
| 12/31/2019 | 3365 | ANSWER to Complaint with Jury Demand *(Harrison Poultry, Inc.'s Answer to the Complaint filed by The Golub Corporation et al.)* by Harrison Poultry, Inc. |

| | | |
|---|---|---|
| 12/31/2019 | 3366 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of The Golub Corporation Plaintiffs* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 12/31/2019) |
| 01/02/2020 | 3367 | ANSWER to Complaint with Jury Demand *of The Golub Corporation Plaintiffs' Complaint* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 01/02/2020) |
| 01/02/2020 | 3368 | ANSWER to Complaint with Jury Demand *and Defenses to the Complaint of The Golub Corporation Plaintiffs* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 01/02/2020) |
| 01/03/2020 | 3369 | ANSWER to Complaint with Jury Demand *of The Golub Corporation* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 01/03/2020) |
| 01/03/2020 | 3370 | ANSWER to Complaint *of The Golub Corporation, Latina Boulevard Foods, LLC, and The Distribution Group Inc. (d/b/a Van Eerden Foodservice Company)* by Foster Farms, LLC(Zarlenga, Carmine) (Entered: 01/03/2020) |
| 01/03/2020 | 3371 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Peter Young-hyun Cheun (Cheun, Peter) (Entered: 01/03/2020) |
| 01/03/2020 | 3372 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by Plaintiffs The Golub Corporation, et al.)* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 01/03/2020) |
| 01/03/2020 | 3373 | ANSWER to Complaint with Jury Demand *to The Golub Corporation, et al.* by Peco Foods, Inc.(Flath, Lara) (Entered: 01/03/2020) |
| 01/03/2020 | 3374 | ANSWER to Complaint with Jury Demand *of The Golub Corporation, et al.* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 01/03/2020) |
| 01/03/2020 | 3375 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by The Golub Corporation, et al.)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 01/03/2020) |
| 01/03/2020 | 3376 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to The Golub Corporation, et al.'s Complaint* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 01/03/2020) |
| 01/06/2020 | 3377 | ANSWER to Complaint *of the Golub Corporation, Latina Boulevard Foods, LLC and The Distribution Group, Inc.* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Moore, Christopher) (Entered: 01/06/2020) |
| 01/06/2020 | 3378 | ANSWER to Complaint with Jury Demand *of The Golub Corporation, et al.* by Agri Stats, Inc.(Bernick, Justin) (Entered: 01/06/2020) |
| 01/06/2020 | 3379 | ATTORNEY Appearance for Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. by Riley C. Mendoza (Mendoza, Riley) (Entered: 01/06/2020) |
| 01/06/2020 | 3380 | ANSWER to Complaint with Jury Demand - *Answer and Defenses to the Golub Corporation, et al.'s Complaint* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 01/06/2020) |

| 01/06/2020 | 3381 | ANSWER to Complaint with Jury Demand *to Complaint of Golub Corporation, Latina Boulevard Foods, LLC and The Distribution Group, Inc. d/b/a Van Eerden Foodservice Company* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Tank, Jordan) (Incomplete document linked) Text Modified on 1/7/2020 (las, ). (Entered: 01/06/2020) |
|---|---|---|
| 01/06/2020 | 3382 | ANSWER to Complaint with Jury Demand *of Golub Corporation, Latina Boulevard Foods, LLC and The Distribution Group, Inc. d/b/a Van Eerden Foodservice Company* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Tank, Jordan) (Entered: 01/06/2020) |
| 01/06/2020 | 3383 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties have agreed to the following briefing schedule on motions for protective orders to be filed by the Department of Justice and Defendants, and the Court hereby adopts that schedule: Motions will be filed on 1/31/20, with oppositions to be filed on 2/7/20 and replies on 2/14/20. Mailed notice (ber, ) (Entered: 01/06/2020) |
| 01/07/2020 | 3384 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16589675. (Binder, Paul) (Entered: 01/07/2020) |
| 01/07/2020 | 3385 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16589890. (Edelson, Marc) (Entered: 01/07/2020) |
| 01/07/2020 | 3386 | Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC's Notice of Compliance with 28 U.S.C. 1715 by Peco Foods, Inc. (Flath, Lara) (Entered: 01/07/2020) |
| 01/07/2020 | 3387 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16592350. (Nolan, Thomas) (Entered: 01/07/2020) |
| 01/08/2020 | 3388 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16594859. (Marsalka, Matthew) (Entered: 01/08/2020) |
| 01/08/2020 | 3389 | MOTION by Plaintiffs Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. for entry of judgment under Rule 54(b) *WINN-DIXIE PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(B) REGARDING THEIR CLAIMS AGAINST FIELDALE FARMS* (Ahern, Patrick) (Entered: 01/08/2020) |
| 01/08/2020 | 3390 | MEMORANDUM by Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. in support of motion for entry of judgment under Rule 54(b), 3389 *MEMORANDUM OF LAW IN SUPPORT OF WINN-DIXIE PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(B) REGARDING THEIR CLAIMS AGAINST FIELDALE FARMS* (Ahern, Patrick) (Entered: 01/08/2020) |
| 01/08/2020 | 3391 | NOTICE of Motion by Patrick John Ahern for presentment of motion for entry of judgment under Rule 54(b), 3389 before Honorable Thomas M. Durkin on 1/22/2020 at 09:00 AM. (Ahern, Patrick) (Entered: 01/08/2020) |
| 01/08/2020 | 3394 | CORRECTED ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc. and Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 1/8/2020. Mailed notice(pk, ) (Entered: 01/09/2020) |
| 01/09/2020 | 3392 | MINUTE entry before the Honorable Thomas M. Durkin:Any response to the motion by plaintiffs Bi-Lo Holdings and Winn-Dixie for entry of judgment under Rule 54(b), 3389 should be filed by 2/10/2020, and any reply by 2/24/2020. No appearance is required on 1/22/2020. Mailed notice (srn, ) (Entered: 01/09/2020) |

| 01/09/2020 | 3393 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, United Supermarkets, LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Stephen Alexander Cohen (Cohen, Stephen) (Entered: 01/09/2020) |
|---|---|---|
| 01/10/2020 | 3395 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3388 is granted; Attorney Matthew Marsalka for Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. added. Mailed notice (srn, ) (Entered: 01/10/2020) |
| 01/10/2020 | 3396 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3387 is granted; Attorney Thomas Nolan for Maplevale Farms, Inc. added.Mailed notice (srn, ) (Entered: 01/10/2020) |
| 01/10/2020 | 3397 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3385 is granted; Attorney Marc Edelson for Sumner Country Restaurant and Creamery, LLC added. Mailed notice (srn, ) (Entered: 01/10/2020) |
| 01/10/2020 | 3398 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3384 is granted; Attorney Paul Binder for Case Foods, Inc., Case Farms, LLC, and Case Farms Processing, Inc. added.Mailed notice (srn, ) (Entered: 01/10/2020) |
| 01/10/2020 | 3399 | STATUS Report *Joint Letter Brief Regarding Scheduling Proposals for Status Hearing on January 17, 2020* by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hart, Steven) (Entered: 01/10/2020) |
| 01/10/2020 | 3400 | Direct Purchaser Plaintiffs' Letter Brief Regarding Their Trial Proposal by Maplevale Farms, Inc. (Attachments: # 1 Appendix A - Unpublished Orders for Direct Purchaser Plaintiffs' Letter Brief Regarding Their Trial Proposal)(Hart, Steven) (Entered: 01/10/2020) |
| 01/10/2020 | 3401 | End User Consumer Plaintiffs' Letter Brief Regarding Their Trial Proposal by End-User Consumer Plaintiffs (Berman, Steve) (Entered: 01/10/2020) |
| 01/10/2020 | 3402 | COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' LETTER BRIEF REGARDING THEIR TRIAL PROPOSAL by Commercial and Institutional Indirect Purchaser Plaintiffs (Zapala, Adam) (Entered: 01/10/2020) |
| 01/16/2020 | 3403 | MOTION by Attorney Jennifer Fleury to withdraw as attorney for Agri Stats, Inc.. No party information provided (Bernick, Justin) (Entered: 01/16/2020) |
| 01/16/2020 | 3404 | NOTICE of Motion by Justin Wade Bernick for presentment of motion to withdraw as attorney 3403 before Honorable Thomas M. Durkin on 1/27/2020 at 09:00 AM. (Bernick, Justin) (Entered: 01/16/2020) |

| 01/17/2020 | 3405 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 1/17/20. All counsel present either in person or telephonically for today's hearing who want their appearances noted of record are directed to promptly provide their appearance information to liaison counsel, who shall provide that information to the official court reporter at Amy_Spee@ilnd.uscourts.gov by noon on 1/18/2020 for inclusion in the transcript of proceedings. The parties are directed to the transcript for a complete record of the hearing. By 1/22/2020, the parties shall submit Scheduling Order No. 13 with the dates confirmed on the record today. The next status hearing is set for 3/6/2020 at 9:45 a.m. On or before 2/28/2020, the parties jointly shall file an agenda with a very brief description of the topics they want to discuss at the 3/6/2020 status hearing. Out-of-town counsel may appear in-person or by telephone for the next status hearing. The Court will use the same conference number and access code for the that hearing. Mailed notice (ber, ) (Entered: 01/17/2020) |
|---|---|---|
| 01/21/2020 | 3406 | NOTICE by Fieldale Farms Corporation re MOTION by Defendant Fieldale Farms Corporation to dismiss *Commonwealth of Puerto Rico* 3161 *Withdrawal of Fieldale's Individual MTD Puerto Rico* (Marks, Max) (Entered: 01/21/2020) |
| 01/21/2020 | 3407 | REPLY by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to Motion to Dismiss for Failure to State a Claim,,,,, 3159 *(Reply In Support of Defendants' Joint Motion to Dismiss)* (Liegel, Brian) (Entered: 01/21/2020) |
| 01/22/2020 | 3408 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3403 is granted; Attorney Jennifer A. Fleury terminated. No appearance is required on 1/27/2020.Mailed notice (srn, ) (Entered: 01/22/2020) |
| 01/22/2020 | 3409 | MOTION by Defendant Fieldale Farms Corporation to withdraw motion to dismiss 3161 *Unopposed Motion to Withdraw Fieldale's Individual MTD Puerto Rico* (Marks, Max) (Entered: 01/22/2020) |
| 01/22/2020 | 3410 | NOTICE of Motion by Max Paul Marks for presentment of motion to withdraw 3409 before Honorable Thomas M. Durkin on 2/5/2020 at 09:00 AM. (Marks, Max) (Entered: 01/22/2020) |
| 01/22/2020 | 3411 | LETTER BRIEF IN SUPPORT OF DEFENDANTS' PROPOSED SCHEDULING ORDER No. 13 by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats |

Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Text of Proposed Order Defendants' Proposed Scheduling Order No. 13)(Abbott, Christopher) (Entered: 01/22/2020)

| 01/23/2020 | 3412 | TRANSCRIPT OF PROCEEDINGS held on 01/17/2020 before the Honorable Jeffrey T. Gilbert. Order Number: 37462. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 2/13/2020. Redacted Transcript Deadline set for 2/24/2020. Release of Transcript Restriction set for 4/22/2020. (Spee, Amy) (Modified Docket Text on 1/24/2020) (jjr, ). (Entered: 01/23/2020) |
| --- | --- | --- |
| 01/23/2020 | 3413 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16648412. (Attachments: # 1 Supplement)(Weill, Randall) (Entered: 01/23/2020) |
| 01/27/2020 | 3414 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16655478. (Goodwin, David) (Entered: 01/27/2020) |
| 01/27/2020 | 3415 | MINUTE entry before the Honorable Jeffrey T. Gilbert: A telephone conference with liaison counsel is set for 1/29/20 at 11:00 a.m. CST to talk about the trial/pretrial schedule and the parties' Proposed Scheduling Order No. 13. Mailed notice (ber, ) (Entered: 01/27/2020) |
| 01/27/2020 | 3416 | ORDER: For the reasons stated in the attached Order, Plaintiffs' Joint Motion for Sanctions Against Perdue Farms, Inc., for Misconduct During the Deposition of Terry Maness [ECF NO. 1967] is denied. Signed by the Honorable Jeffrey T. Gilbert on 1/27/2020. Mailed notice(ber, ) (Entered: 01/27/2020) |
| 01/28/2020 | 3417 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16661869. (Bernick, Justin) (Entered: 01/28/2020) |
| 01/28/2020 | 3418 | MOTION by Movants Shamrock Foods Company, United Food Service, Inc. to substitute attorney (Goldberg, Joshua) (Entered: 01/28/2020) |
| 01/28/2020 | 3419 | NOTICE of Motion by Joshua Goldberg for presentment of motion to substitute attorney 3418 before Honorable Thomas M. Durkin on 2/13/2020 at 09:00 AM. (Goldberg, Joshua) (Entered: 01/28/2020) |
| 01/29/2020 | 3420 | SCHEDULING ORDER NO. 13. Signed by the Honorable Jeffrey T. Gilbert on 1/29/2020. Mailed notice(ber, ) (Entered: 01/29/2020) |

| | | |
|---|---|---|
| 01/29/2020 | 3421 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 1/29/20 with liaison counsel. All parties agreed with the Court's suggested modifications to the briefing schedule for class certification. The Court will enter the agreed schedule as Scheduling Order No. 13. The Court also discussed with the parties Defendants' suggestion for an evidentiary hearing on class certification. If Defendants believe such a hearing would be helpful to the District Judge, they will file an appropriate motion contemporaneous with or immediately after conclusion of class certification briefing. Magistrate Judge Gilbert encourages Defendants to have a transcript of today's hearing written so that Judge Durkin can be informed of the reasons Defendants believe an evidentiary hearing on class certification would be helpful. Mailed notice (ber, ) (Entered: 01/29/2020) |
| 01/30/2020 | 3422 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16671215. *[CORRECTED]* (Fleysh, Olga) (Entered: 01/30/2020) |
| 01/30/2020 | 3423 | MOTION by Attorney J. Benjamin Tyson to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 01/30/2020) |
| 01/30/2020 | 3424 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to withdraw as attorney, 3423 before Honorable Thomas M. Durkin on 2/6/2020 at 09:00 AM. (Laytin, Daniel) (Entered: 01/30/2020) |
| 01/31/2020 | 3425 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Fieldale Farms' motion to to withdraw its motion to dismiss 3409 is granted. Defendant Fieldale Farms' motion to dismiss 3161 is withdrawn. No appearance is required on 2/5/2020.Mailed notice (srn, ) (Entered: 01/31/2020) |
| 01/31/2020 | 3426 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3423 is granted; Attorney Joseph Benjamin Tyson, III terminated. No appearance is required on 2/6/2020.Mailed notice (srn, ) (Entered: 01/31/2020) |
| 01/31/2020 | 3427 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3413 is granted; Attorney Randall Weill for Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 01/31/2020) |
| 01/31/2020 | 3428 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3414 is granted; Attorney David A. Goodwin for Sargent's and Fargo Stopping Center added. Mailed notice (srn, ) (Entered: 01/31/2020) |
| 01/31/2020 | 3429 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3417 is granted; Attorney Olga Fleysh for Agri Stats, Inc. added. Mailed notice (srn, ) (Entered: 01/31/2020) |
| 01/31/2020 | 3430 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to substitute attorney 3418 is granted; Attorney Joshua Goldberg and Steven Christopher Moeller terminated. Attorneys Andrew Bleiman and Mark Fishbein are granted leave to file an appearance on behalf of Shamrock Foods and United Food. No appearance is required on 2/13/2020.Mailed notice (srn, ) (Entered: 01/31/2020) |
| 01/31/2020 | 3431 | SUPPLEMENT to order on motion for protective order,, memorandum opinion and order, 3364 *Direct Purchaser Plaintiffs' Supplemental Memorandum Concerning Corrective Notice* (Attachments: # 1 Declaration, # 2 Exhibit A) (Hart, Steven) (Entered: 01/31/2020) |

| 01/31/2020 | 3432 | MOTION by Intervenor United States of America for protective order *for Document Requests and Deposition Topics Intruding on Grand Jury Secrecy* (Sweeney, Carolyn) (Entered: 01/31/2020) |
|---|---|---|
| 01/31/2020 | 3433 | SUPPLEMENT to order on motion for protective order,, memorandum opinion and order, 3364 *Williams Montgomery & John Ltd.'s Statement Regarding Corrective Notice* (Boyle, Evan) (Entered: 01/31/2020) |
| 01/31/2020 | 3434 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for protective order (Mahan, Carrie) (Entered: 01/31/2020) |
| 01/31/2020 | 3435 | MEMORANDUM by Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of motion for protective order,,,, 3434 (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Mahan, Carrie) (Entered: 01/31/2020) |
| 02/03/2020 | 3436 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At DPPs' and AFI Counsel's agreement, AFI Counsel will file a response to Direct Purchaser Plaintiffs' Supplemental Memorandum Concerning Corrective Notice 3431 by 2/14/20. The Court sets 2/24/20 for DPPs' reply. Mailed notice (ber, ) (Entered: 02/03/2020) |
| 02/04/2020 | 3437 | TRANSCRIPT OF PROCEEDINGS held on 1/29/20 before the Honorable Jeffrey T. Gilbert. Telephone conference. Order Numbers: 37665, 37667, 37674. Transcriber Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053. |

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 2/25/2020. Redacted Transcript Deadline set for 3/6/2020. Release of Transcript Restriction set for 5/4/2020. (Renke, Laura) (Entered: 02/04/2020)

| | | |
|---|---|---|
| 02/06/2020 | 3438 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal *(Defendants' Consent Motion and Proposed Order to Seal Answers)* (Attachments: # 1 Text of Proposed Order)(Szeremeta, Peter) (Entered: 02/06/2020) |
| 02/06/2020 | 3439 | NOTICE of Motion by Peter M. Szeremeta for presentment of motion to seal,,,, 3438 before Honorable Thomas M. Durkin on 2/14/2020 at 09:00 AM. (Szeremeta, Peter) (Entered: 02/06/2020) |
| 02/06/2020 | 3440 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion to seal answers 3438 is granted by consent. No appearance is required on 2/14/2020.Mailed notice (srn, ) (Entered: 02/06/2020) |
| 02/06/2020 | 3441 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Agri Stats, Inc. *Supplemental Corporate Disclosure Statement* (Bernick, Justin) (Entered: 02/06/2020) |
| 02/07/2020 | 3442 | ANSWER to Complaint *with Affirmative Defenses* by Amick Farms, LLC(Iwrey, Howard) (Entered: 02/07/2020) |
| 02/07/2020 | 3443 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Defenses to PJ Food Serrvice, Inc.'s Complaint* (Iwrey, Howard) (Entered: 02/07/2020) |
| 02/07/2020 | 3444 | ANSWER to Complaint with Jury Demand *(Answer to Complaint by PJ Food Service, Inc. [Redacted])* by Pilgrim's Pride Corporation(Mahan, Carrie) (Entered: 02/07/2020) |
| 02/07/2020 | 3445 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Answer to Complaint by PJ Food Service, Inc.)* (Mahan, Carrie) (Entered: 02/07/2020) |
| 02/07/2020 | 3446 | ANSWER to Complaint with Jury Demand *(House of Raeford Farms, Inc. Answer and Defenses to the Complaint of PJ Food Service, Inc.[Redacted])* by House of Raeford Farms, Inc.(Wrobel, Gregory) (Entered: 02/07/2020) |

| 02/07/2020 | 3447 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(House of Raeford Farms, Inc. Answer and Defenses to the Complaint of PJ Food Service, Inc.)* (Wrobel, Gregory) (Entered: 02/07/2020) |
|---|---|---|
| 02/07/2020 | 3448 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16704439. (Holstad, Devon) (Entered: 02/07/2020) |
| 02/07/2020 | 3449 | *Mar-Jac's* ANSWER to Complaint with Jury Demand *(Answer to Complaint by PJ Food Service, Inc.) (Redacted Version) (Motion to Seal Granted)* by Mar-Jac Poultry, Inc.(Konieczny, Edward) (Entered: 02/07/2020) |
| 02/07/2020 | 3450 | SEALED DOCUMENT by Defendant Mar-Jac Poultry, Inc. *(Answer to Complaint by PJ Food Service, Inc.) (Unredacted Version) (Dkt. #3440) (Filed Under Seal)* (Konieczny, Edward) (Entered: 02/07/2020) |
| 02/07/2020 | 3451 | ANSWER to Complaint with Jury Demand *Peco Foods, Inc's Answer to the Complaint filed by PJ Food Service, INC. (Redacted)* by Peco Foods, Inc.(Flath, Lara) (Entered: 02/07/2020) |
| 02/07/2020 | 3452 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Peco Foods, Inc's Answer to the Complaint filed by PJ Food Service, INC.* (Flath, Lara) (Entered: 02/07/2020) |
| 02/07/2020 | 3453 | RESPONSE by Shamrock Foods Company, United Food Service, Inc.in Opposition to MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George 3434 *on Behalf of Direct Action Plaintiffs* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lustrin, Lori) (Entered: 02/07/2020) |
| 02/07/2020 | 3454 | ANSWER to Complaint with Jury Demand *to Plaintiff PJ Food Service, Inc.* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 02/07/2020) |
| 02/07/2020 | 3455 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Answer to Plaintiff PJ Food Service, Inc.'s Complaint* (Laytin, Daniel) (Entered: 02/07/2020) |
| 02/07/2020 | 3456 | ANSWER to Complaint with Jury Demand *of PJ Food Service, Inc. (Redacted)* by Perdue Farms, Inc., Perdue Foods LLC(Baldridge, James) (Entered: 02/07/2020) |
| 02/07/2020 | 3457 | ANSWER to Complaint *The Koch Defendants' Answer and Affirmative Defenses to PJ Food Service, Inc.'s Complaint (REDACTED)* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Johnston-Ahlen, Julie) (Entered: 02/07/2020) |
| 02/07/2020 | 3458 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *The Koch Defendants' Answer and Affirmative Defenses to PJ Food Service, Inc.'s Complaint (SEALED)* (Johnston-Ahlen, Julie) (Entered: 02/07/2020) |
| 02/07/2020 | 3459 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *Answer to the PJ Food Service, Inc. Complaint* (Baldridge, James) (Entered: 02/07/2020) |

| 02/07/2020 | 3460 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Intervenor United States of America for protective order *for Document Requests and Deposition Topics Intruding on Grand Jury Secrecy* 3432 , MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George   3434 *Class Plaintiffs' Response to Motions for Protective Order Regarding Documents Produced to the Department of Justice* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Appendix of Unpublished Authorities)(Hart, Steven) (Entered: 02/07/2020) |
| --- | --- | --- |
| 02/10/2020 | 3461 | *O.K. Foods Defendants'* ANSWER to Complaint with Jury Demand *and Affirmative Defenses (PJ Food Service, Inc.)* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 02/10/2020) |
| 02/10/2020 | 3462 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Answer and Defenses to PJ Food Service, Inc.'s Complaint* (Passarelli, John) (Entered: 02/10/2020) |
| 02/10/2020 | 3463 | ANSWER to Complaint with Jury Demand *ANSWER AND DEFENSES OF THE GEORGE'S DEFENDANTS TO PJ'S FOOD SERVICE, INC.'S COMPLAINT(REDACTED)* by George's Farms, Inc., George's Inc.(Martin, John) (Entered: 02/10/2020) |
| 02/10/2020 | 3464 | SEALED RESPONSE *ANSWER AND DEFENSES OF THE GEORGE'S DEFENDANTS TO PJ'S FOOD SERVICE, INC.'S COMPLAINT* (Martin, John) (Entered: 02/10/2020) |
| 02/10/2020 | 3465 | *Tyson Defendants'* ANSWER to Complaint with Jury Demand *PJ Food Service, Inc.* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.(Tank, Jordan) (Entered: 02/10/2020) |
| 02/10/2020 | 3466 | ANSWER to Complaint with Jury Demand *of PJ Food Service, Inc. (Public Redacted Version)* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Wofford, Amanda) (Entered: 02/10/2020) |
| 02/10/2020 | 3467 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Answer to PJ Food Service, Inc.'s Complaint (SEALED)* (Wofford, Amanda) (Entered: 02/10/2020) |
| 02/10/2020 | 3468 | ANSWER to Complaint *Answer of Foster Poultry Farms and Foster Farms, LLC to PJ Food Service, Inc.'s Complaint* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 02/10/2020) |
| 02/10/2020 | 3469 | ANSWER to Complaint with Jury Demand *(Defendant Harrison Poultry, Inc.'s Answer to the Complaint filed by PJ Food Service, Inc. (Public Redacted Version)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 02/10/2020) |
| 02/10/2020 | 3470 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *(Defendant Harrison Poultry, Inc.'s Answer to the Complaint filed by PJ Food Service, Inc.)* (Gorham, Patricia) (Entered: 02/10/2020) |
| 02/10/2020 | 3471 | *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S* ANSWER to Complaint *ANSWER TO PJ FOOD SERVICE, INC.'S COMPLAINT* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 02/10/2020) |

| 02/10/2020 | 3472 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S ANSWER TO PJ FOOD SERVICE, INC.'S COMPLAINT - UNREDACTED - FILED UNDER SEAL* (Murray, Lynn) (Entered: 02/10/2020) |
|---|---|---|
| 02/10/2020 | 3473 | ANSWER to Complaint with Jury Demand *Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Answer to PJ Food Service, Inc.'s Complaint (Redacted)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 02/10/2020) |
| 02/10/2020 | 3474 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Answer to Complaint with Jury Demand of PJ Food Service, Inc.* (Herbison, James) (Entered: 02/10/2020) |
| 02/10/2020 | 3475 | ANSWER to Complaint with Jury Demand *of PJ Food Service, Inc.'s Complaint (Redacted)* by Agri Stats, Inc.(Bernick, Justin) (Entered: 02/10/2020) |
| 02/10/2020 | 3476 | SEALED DOCUMENT by Defendant Agri Stats, Inc. *Answer to Complaint with Jury Demand of PJ Food Service, Inc.* (Bernick, Justin) (Entered: 02/10/2020) |
| 02/10/2020 | 3477 | ANSWER to Complaint with Jury Demand - *Wayne Farms, LLC's Answer to PJ Food Service, Inc.'s Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 02/10/2020) |
| 02/10/2020 | 3478 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Wayne Farms, LLC's Answer to PJ Food Service, Inc.'s Complaint* (Ondeck, Christopher) (Entered: 02/10/2020) |
| 02/10/2020 | 3479 | RESPONSE by Fieldale Farms Corporationin Opposition to MOTION by Plaintiffs Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. for entry of judgment under Rule 54(b) *WINN-DIXIE PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(B) REGARDING THEIR CLAIMS AGAINST FIELDALE FARMS* 3389 (Marks, Max) (Entered: 02/10/2020) |
| 02/11/2020 | 3485 | LETTER from Food City dated 2/7/2020. (Exhibits) (nsf, ) (Entered: 02/13/2020) |
| 02/12/2020 | 3480 | MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 2/12/2020 regarding discovery disputes. The parties are instructed to notice any discovery motions before Magistrate Judge Gilbert upon his return.Mailed notice (srn, ) (Entered: 02/12/2020) |
| 02/13/2020 | 3481 | TRANSCRIPT OF PROCEEDINGS held on 2/12/20 before the Honorable Thomas M. Durkin. Telephone conference. Order Number: 37842. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 3/5/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/13/2020. (Renke, Laura) (Entered: 02/13/2020) |

| 02/13/2020 | 3482 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16723515. (Hansel, Gregory) (Entered: 02/13/2020) |
| --- | --- | --- |
| 02/13/2020 | 3483 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16724813. (Smith, Michael) (Entered: 02/13/2020) |
| 02/13/2020 | 3484 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16724869. (Quinby, Elizabeth) (Entered: 02/13/2020) |
| 02/13/2020 | 3486 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3484 is granted; Attorney Elizabeth Quinby for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 02/13/2020) |
| 02/13/2020 | 3487 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3483 is granted; Attorney Michael Smith for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 02/13/2020) |
| 02/13/2020 | 3488 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3482 is granted; Attorney Gregory P Hansel for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice (srn, ) (Entered: 02/13/2020) |
| 02/13/2020 | 3489 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3448 is granted; Attorney Devon Charles Holstad for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., and Koch Meats Co., Inc. added. Mailed notice (srn, ) (Entered: 02/13/2020) |
| 02/13/2020 | 3490 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Rachel E. Crosswell (Crosswell, Rachel) (Entered: 02/13/2020) |
| 02/14/2020 | 3491 | REPLY by United States of America to response in opposition to motion,, 3460 (Sweeney, Carolyn) (Entered: 02/14/2020) |
| 02/14/2020 | 3492 | MEMORANDUM by Affiliated Foods, Inc.'s Plaintiffs *IN OPPOSITION TO ISSUANCE OF CORRECTIVE NOTICE* (Attachments: # 1 Appendix A, # 2 Declaration of Bob Stewart, # 3 Declaration of Robert N. Kaplan, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7)(Kaplan, Robert) (Entered: 02/14/2020) |
| 02/14/2020 | 3493 | REPLY by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to response in opposition to motion,, 3460 |

| | | (Attachments: # 1 Declaration of Carrie O. Mahan, # 2 Exhibit A)(Mahan, Carrie) (Entered: 02/14/2020) |
|---|---|---|
| 02/14/2020 | 3494 | RESPONSE by Plaintiffs Sysco Corporation, US Foods, Inc. *to DPP's Proposed Corrective Notice (DOC. 3431-2)* (Attachments: # 1 Exhibit A)(Gant, Scott) (Entered: 02/14/2020) |
| 02/14/2020 | 3495 | RESPONSE by Plaintiffs Ahold Delhaize USA, Inc., BJ's Wholesale Club Inc., Cheney Bros., Inc., Darden Restaurants, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Sherwood Food Distributors, LLC to supplement, 3431 (Iovieno, Philip) (Entered: 02/14/2020) |
| 02/18/2020 | 3496 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16733529. (Bohlman, Brandon) (Entered: 02/18/2020) |
| 02/18/2020 | 3497 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16733584. (Goplerud, John) (Entered: 02/18/2020) |
| 02/18/2020 | 3498 | MEMORANDUM memorandum, 3492 , order on motion for protective order,, memorandum opinion and order, 3364 by Direct Purchaser Plaintiffs *Reply Memorandum Concerning Corrective Notice* (Hart, Steven) (Entered: 02/18/2020) |
| 02/19/2020 | 3499 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Judge Gilbert has reviewed the transcript of your telephone conference with Judge Durkin on 2/12/20. Judge Gilbert would like to schedule a conference call with liaison counsel and any other necessary counsel to discuss the issues raised with Judge Durkin. Judge Gilbert is available Monday 2/24/20 at 1:00 p.m. and Tuesday 2/25/20 at 1:00 p.m. Please confirm your availability with the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. Mailed notice (ber, ) (Entered: 02/19/2020) |
| 02/19/2020 | 3500 | Tyson Defendants' Supplemental Rule 3.2 Affiliates Disclosure Statement by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Tank, Jordan) (Entered: 02/19/2020) |
| 02/20/2020 | 3501 | ATTORNEY Appearance for Movants Shamrock Foods Company, United Food Service, Inc. by Mark Ian Fishbein (Fishbein, Mark) (Entered: 02/20/2020) |
| 02/20/2020 | 3502 | ATTORNEY Appearance for Movants Shamrock Foods Company, United Food Service, Inc. by Andrew Peter Bleiman (Bleiman, Andrew) (Entered: 02/20/2020) |
| 02/20/2020 | 3503 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In response to the Court's order entered on 2/19/20 3499 , a telephone conference is set for 2/25/20 at 1:00 p.m. CST with liaison counsel and any other necessary counsel to discuss the issues raised with Judge Durkin. The Court's courtroom deputy will circulate the call-in number and password. Mailed notice (ber, ) (Entered: 02/20/2020) |
| 02/20/2020 | 3504 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16747274. (Grantham, Thomas) (Entered: 02/20/2020) |
| 02/20/2020 | 3505 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3496 is granted; Attorney Brandon McCaull Bohlman for Daniel M. Percy added. Mailed notice (srn, ) (Entered: 02/20/2020) |
| 02/20/2020 | 3506 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3497 is granted; Attorney John Barton Goplerud for Daniel M. Percy added. Mailed notice (srn, ) (Entered: 02/20/2020) |

| 02/20/2020 | 3507 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3504 is granted; Attorney Thomas Powell Grantham for Fieldale Farms Corporation added. Mailed notice (srn, ) (Entered: 02/20/2020) |
|---|---|---|
| 02/24/2020 | 3508 | REPLY by Plaintiffs Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. *THE WINN-DIXIE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(B) REGARDING THEIR CLAIMS AGAINST FIELDALE FARMS* (Ahern, Patrick) (Entered: 02/24/2020) |
| 02/25/2020 | 3511 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 2/25/20. All counsel present telephonically for today's hearing who want their appearances noted of record are directed to promptly provide their appearance information to liaison counsel, who shall provide that information to the official court reporter at Amy_Spee@ilnd.uscourts.gov by 2/26/20 for inclusion in the transcript of proceedings. For the reasons discussed on the record, the Court will not require Plaintiff to take both a Rule 30(b)(6) and Rule 30(b)(1) deposition of Defendant Tyson's corporate representative contemporaneously. The parties are directed to the transcript for a complete record of the hearing. The status hearing set for 3/6/2020 at 9:45 a.m. will proceed as scheduled. Mailed notice (ber, ) (Entered: 02/26/2020) |
| 02/26/2020 | 3509 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16765027. (Harrison, Colleen) (Entered: 02/26/2020) |
| 02/26/2020 | 3510 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16765142. (Jones, Lori) (Entered: 02/26/2020) |
| 02/28/2020 | 3512 | Joint Agenda for the Status Hearing on March 6, 2020 by Maplevale Farms, Inc. (Hart, Steven) (Entered: 02/28/2020) |
| 03/02/2020 | 3513 | NOTICE by Lara A Flath of Change of Address (Flath, Lara) (Entered: 03/02/2020) |
| 03/02/2020 | 3514 | NOTICE by Boris Bershteyn of Change of Address (Bershteyn, Boris) (Entered: 03/02/2020) |
| 03/02/2020 | 3515 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the Joint Agenda for the Status Hearing on March 6, 2020 [ECF No. 3512] filed on 2/28/20. The Court is not interested in a free-for-all discussion of Plaintiffs' proposed agenda items particularly if the parties have not completed the meet and confer process on any disputes. If any issues need to be briefed and then decided by the Court, the parties should complete the meet and confer process and propose an appropriate briefing schedule or schedules. In addition to Plaintiffs' proposed agenda items, the Court would like an update on the parties' progress with scheduling depositions. The Court would like to schedule a short conference call with liaison counsel to discuss whether the 3/6/20 hearing should proceed as scheduled and to get a better idea of the agenda items that can be discussed productively at that time. The Court is available on Tuesday, 3/3/20 after 1:30 p.m. or on Wednesday, 3/4/20 after 2:00 p.m. (all times Central). The Court also is available today, 3/2/20, until 4:00 p.m. (Central) but realizes that is very short notice. If none of these dates and times work for counsel, then they should communicate with the Court's courtroom deputy, Brenda Rinozzi, about alternatives. The Court requests that liaison counsel promptly confirm a date and time for this conference call with the Court's courtroom deputy because if it is not going to be productive to hold an in-person status hearing on 3/6/20, then the |

| | | Court would like the parties to know that as soon as possible to avoid unnecessary travel. Mailed notice (ber, ) (Entered: 03/02/2020) |
|---|---|---|
| 03/02/2020 | 🔓 3516 | TRANSCRIPT OF PROCEEDINGS held on 2/25/2020 before the Honorable Jeffrey T. Gilbert. Order Number: 38037. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 3/23/2020. Redacted Transcript Deadline set for 4/2/2020. Release of Transcript Restriction set for 6/1/2020. (Spee, Amy) (Entered: 03/02/2020) |
| 03/02/2020 | 3517 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In response to the Court's order dated 3/2/20 3515 , a telephone conference is set for 3/3/20 at 1:30 p.m. CST with liaison counsel. The Court's courtroom deputy will circulate the call-in number and password. Mailed notice (ber, ) (Entered: 03/02/2020) |
| 03/03/2020 | 3518 | ORDER: Winn-Dixie's motion for entry of judgment under Federal Rule of Civil Procedure 54(b), 3389 , is denied. Signed by the Honorable Thomas M. Durkin on 3/3/2020:Mailed notice(srn, ) (Entered: 03/03/2020) |
| 03/03/2020 | 3519 | MEMORANDUM Opinion and Order: More than two years ago, the Court denied motions to dismiss claims under the Sherman Act § 1, finding that the allegations plausibly demonstrated collusive agreement among Defendants. The allegations of collusive manipulation of the Georgia Dock are even stronger. Therefore, Sanderson's motion to dismiss 2920 is denied. Signed by the Honorable Thomas M. Durkin on 3/3/2020:Mailed notice(srn, ) (Entered: 03/03/2020) |
| 03/03/2020 | 3521 | MINUTE entry before the Honorable Jeffrey T. Gilbert:Telephone conference held on 3/3/20 with liaison counsel per the Court's orders of 3/2/20 [3515, 3517]. All counsel present telephonically for today's hearing who want their appearances noted of record are directed to promptly provide their appearance information to liaison counsel, who shall provide that information to the official court reporter at Amy_Spee@ilnd.uscourts.gov by 3/4/20 for inclusion in the transcript of proceedings. At the agreement of the parties and the Court, the status hearing set for 3/6/20 is stricken. A rescheduled status hearing and hearing on the anticipated motions referenced in this Order is set for 4/29/20 at 9:45 a.m. By 3/9/20, the parties will conclude their meet and confer process concerning Plaintiffs' Rule 30(b)(6) deposition topics to Defendants. By 3/13/20, the parties will conclude their meet and confer process concerning Plaintiffs' Fifth Set of Requests for Production of Documents to Defendants and Class Plaintiffs' requests for evidentiary stipulations. Plaintiffs will file any motion(s) they intend to file with respect to these matters promptly following the conclusion of the meet and confer processes. Defendants shall respond 14 days after any motion(s) is (are) filed. Plaintiffs shall reply 10 days thereafter. If the parties agree to modify this briefing schedule with respect to all or any motion(s), counsel shall jointly notify the Court's courtroom deputy and the Court will enter an appropriate order. Mailed notice (ber, ) (Entered: 03/04/2020) |
| 03/04/2020 | 3520 | MEMORANDUM Opinion and Order: Therefore, the DOJ's and Defendants' motions 3432 3434 are granted. This decision is in no way intended to imply that supplemental document production is foreclosed. Document production should |

| | | continue as trial, under Judge Durkin's supervision. Signed by the Honorable Thomas M. Durkin on 3/4/2020:Mailed notice(srn, ) (Entered: 03/04/2020) |
|---|---|---|
| 03/04/2020 | 3522 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Adam C. Hemlock (Hemlock, Adam) (Entered: 03/04/2020) |
| 03/04/2020 | 3523 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Agri Stat's motions to seal documents 2179 2182 are granted. Mailed notice (srn, ) (Entered: 03/04/2020) |
| 03/04/2020 | 3524 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the request of Defendants' liaison counsel and without objection from any other constituency, the status and motion hearing set for 4/29/20 is reset to start at 10:30 a.m. on that same date. Mailed notice (ber, ) (Entered: 03/04/2020) |
| 03/05/2020 | 3525 | MINUTE entry before the Honorable Thomas M. Durkin:Counsel for Defendants and Direct-Action Plaintiffs are ordered to meet and confer regarding a plan for a consolidated complaint for Direct-Action Plaintiffs, and a consolidated answer to that complaint. The meet and confer process should be completed by 4/10/2020. The parties should file a status report proposing a plan to address this issue by 4/24/2020.Mailed notice (srn, ) (Entered: 03/05/2020) |
| 03/05/2020 | 3526 | ORDER:The motions to dismiss made by Case Farms, LLC; Case Farms Processing, Inc.; and Case Foods, Inc. (collectively "Case"), 2829 3145 3172 3206 are denied. The motion to take judicial notice and incorporate by reference 2855 is denied as moot. Signed by the Honorable Thomas M. Durkin on 3/5/2020:Mailed notice(srn, ) (Entered: 03/05/2020) |
| 03/06/2020 | 3527 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3510 is granted; Attorney Lori P. Jones for House of Raeford Farms, Inc. added. Mailed notice (srn, ) (Entered: 03/06/2020) |
| 03/06/2020 | 3528 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3509 is granted; Attorney Colleen Ann Harrison for Sysco Corporation and US Foods, Inc. added. Mailed notice (srn, ) (Entered: 03/06/2020) |
| 03/09/2020 | 3529 | TRANSCRIPT OF PROCEEDINGS held on 3/3/2020 before the Honorable Jeffrey T. Gilbert. Order Number: 38115. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/30/2020. Redacted Transcript Deadline set for 4/9/2020. Release of Transcript Restriction set for 6/8/2020. (Spee, Amy) (Entered: 03/09/2020) |
| 03/16/2020 | 3530 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Direct Purchaser Plaintiffs' Motion for Protective Order to Protect Class Members from Misleading Solicitations 2331 was denied without prejudice on 12/27/19 3364 . Direct Purchaser Plaintiffs then renewed their request for a corrective notice 3431 . The Affiliated Foods Plaintiffs opposed that request 3492 as did other Direct Action Plaintiffs. The Court has reviewed the parties' respective filings and now denies the Direct Purchaser Plaintiffs' request for a corrective notice. In the Court's view, |

a corrective notice is not necessary after the passage of a good deal of time since the solicitations were made by the AFI Plaintiffs' Counsel and after at least two settlement class wide notices have been sent that (1) contain a good deal of the information Direct Purchaser Plaintiffs now want to send out in a corrective notice, (2) expressly state the prior solicitations were not approved by the Court, and (3) invite recipients of those notices to contact co-lead class counsel if they have questions about the litigation, including the solicitations. In addition, AFI Counsel now have provided to Direct Purchaser Plaintiffs the names of the people and companies to whom they sent their solicitations [3492-8]. Although Direct Purchaser Plaintiffs still do not have the names of the UniPro members to whom communications were sent, the Court does not believe that is a reason to allow the sending of a corrective notice. Finally, the Court has reviewed Direct Purchaser Plaintiffs' proposed corrective notice as well as AFI Plaintiffs' mark-up of that proposed notice, and the Court agrees with AFI Plaintiffs that Direct Purchaser Plaintiffs' proposed notice over-reaches in several respects and simply is not necessary at this juncture. The Court reiterates, however, that AFI Plaintiffs' Counsel shall not send any further communications to the Direct Purchaser Class, directly or indirectly, without first obtaining the Court's approval, and any other party or counsel considering sending unsolicited communications to certified or putative class members in this multi-district litigation that have not been approved by the Court should exercise caution in that regard and consider carefully the Court's order of 12/27/19. Mailed notice (ber, ) (Entered: 03/16/2020)

| 03/16/2020 | 3531 | ORDER Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020: Mailed notice. (pj, ) (Entered: 03/17/2020) |
| --- | --- | --- |
| 03/18/2020 | 3532 | MOTION by Plaintiff Maplevale Farms, Inc. to compel *Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony (PUBLIC REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING)* (Attachments: # 1 Declaration of Bobby Pouya In Support of Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony (PUBLIC REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING), # 2 Exhibit A to the Declaration of Bobby Pouya, # 3 Exhibit B to the Declaration of Bobby Pouya, # 4 Exhibit C to the Declaration of Bobby Pouya, # 5 Exhibit D to the Declaration of Bobby Pouya, # 6 Exhibit E to the Declaration of Bobby Pouya)(Pouya, Bobby) (Entered: 03/18/2020) |
| 03/18/2020 | 3533 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Class Plaintiffs' Motion for Leave to File Under Seal Their Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony and Declaration In Support* (Pouya, Bobby) (Entered: 03/18/2020) |
| 03/19/2020 | 3534 | STIPULATION *CONCERNING DATE FOR CASE FARMS DEFENDANTS TO ANSWER DIRECT ACTION PLAINTIFF COMPLAINTS* (Feeney, Daniel) (Entered: 03/19/2020) |
| 03/19/2020 | 3535 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs' Motion for Leave to File Under Seal Their Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony and Declaration In Support 3533 is granted. (ber, ) (Entered: 03/19/2020) |

| 03/19/2020 | 3536 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court set a briefing schedule on Class Plaintiffs' Motion to Compel 3532 on 3/3/20 but Amended General Order 20-0012 extends that schedule by 21 days. With that adjustment, the briefing schedule is as follows. Defendants shall respond by 4/22/20. Plaintiffs shall reply by 5/4/20. If the parties agree to a different schedule, they should email the Court's courtroom deputy and the Court will enter an order with a modified schedule. (ber, ) (Entered: 03/19/2020) |
|---|---|---|
| 03/19/2020 | 3537 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony (Unredacted Version) (Dkt. #3532)* (Attachments: # 1 Declaration of Bobby Pouya In Support of Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony (Unredacted Version) (Dkt. #3532-1))(Pouya, Bobby) (Entered: 03/19/2020) |
| 03/20/2020 | 3538 | WITHDRAWING *Lauren Giudice* as counsel for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach and substituting Lauren Giudice as counsel of record (Giudice, Lauren) (Entered: 03/20/2020) |
| 03/25/2020 | 3539 | ORDER Adopting Stipulation Concerning Date for Case Farms Defendants to Answer DAP Complaints Signed by the Honorable Thomas M. Durkin on 3/25/2020. Mailed notice (cn). (Entered: 03/25/2020) |
| 03/30/2020 | 3540 | MOTION by Movant Independent Purchasing Cooperative, Inc. to reassign case *as Related Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Miller, Marvin) (Entered: 03/30/2020) |
| 03/30/2020 | 3541 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Independent Purchasing Cooperative, Inc.'s motion pursuant to Local Rule 40.4 to reassign case as related 3540 is granted. This Court will recommend to the Executive Committee that case 20 C 2013, *Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al*, pending before Judge Feinerman, be reassigned to this Court's calendar as related to this action. Mailed notice (cn). (Entered: 03/30/2020) |
| 03/30/2020 | 3542 | MOTION by Plaintiff Commonwealth of Puerto Rico to supplement *Authority in Support of Plaintiff's Opposition to Defendants' Joint Motion to Dismiss* (Attachments: # 1 Exhibit Supplemental Authority, # 2 Exhibit Proposed Order) (Mulder, Michael) (Entered: 03/30/2020) |
| 03/30/2020 | 3543 | NOTICE of Motion by Michael M. Mulder for presentment of motion to supplement, 3542 before Honorable Thomas M. Durkin on 4/9/2020 at 09:00 AM. (Mulder, Michael) (Entered: 03/30/2020) |
| 03/30/2020 | 3544 | MOTION by Attorney Elizabeth R. Odette to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided (Odette, Elizabeth) (Entered: 03/30/2020) |

| 03/30/2020 | 3545 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's unopposed motion for leave to file supplemental authority in support of plaintiff's opposition to defendants' joint motion to dismiss 3542 is granted. No appearance is required on 4/9/2020. Mailed notice (cn). (Entered: 03/30/2020) |
| --- | --- | --- |
| 03/30/2020 | 3546 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Plaintiffs' motion to withdraw appearance of Elizabeth R. Odette 3544 is granted; Attorney Elizabeth R. Odette terminated. Mailed notice (cn). (Entered: 03/30/2020) |
| 03/30/2020 | 3547 | MOTION by Plaintiff El Pollo Loco, Inc to reassign case *for Relatedness per Local Rule 40.4* (Attachments: # 1 Exhibit A)(Campbell, Terence) (Entered: 03/30/2020) |
| 03/30/2020 | 3548 | ORDER Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020: Mailed notice. (docket1, ) (Entered: 03/31/2020) |
| 04/01/2020 | 3549 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's unopposed motion to reassign case based on relatedness 3547 is granted. This Court will recommend to the Executive Committee that case 20 C 1943, pending before Judge Coleman, be reassigned to this Court's calendar as related to this action.Mailed notice (srn, ) (Entered: 04/01/2020) |
| 04/02/2020 | 3550 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16905633. (Zahid, Judith) (Entered: 04/02/2020) |
| 04/02/2020 | 3551 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16905680. (Buetzow, Eric) (Entered: 04/02/2020) |
| 04/03/2020 | 3552 | MOTION by Plaintiff Sysco Corporation for settlement (Gant, Scott) (Entered: 04/03/2020) |
| 04/04/2020 | 3553 | MINUTE entry before the Honorable Thomas M. Durkin:Motion for settlement 3552 is granted. Plaintiff Sysco Corporation and Defendant Fieldale Farms Corporation ("Fieldale") have agreed to resolve Plaintiff's claims against Fieldale. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Fieldale are dismissed with prejudice. The parties shall bear their respective fees and costs. Any documents filed under seal remain under seal. Fieldale Farms Corporation terminated.Mailed notice (srn, ) (Entered: 04/04/2020) |
| 04/04/2020 | 3554 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3550 is granted; Attorney Judith A. Zahid for El Pollo Loco, Inc added. Mailed notice (srn, ) (Entered: 04/04/2020) |
| 04/04/2020 | 3555 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3551 is granted; Attorney Eric W. Buetzow for El Pollo Loco, Inc added. Mailed notice (srn, ) (Entered: 04/04/2020) |
| 04/07/2020 | 3556 | STIPULATION *Concerning Waiver of Service and Date for Stipulating Defendants to Answer Complaint* (Mahan, Carrie) (Entered: 04/07/2020) |

| 04/10/2020 | 3557 | MOTION by Attorney Rachel A. Farnsworth to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (Mahan, Carrie) (Entered: 04/10/2020) |
| 04/10/2020 | 3558 | NOTICE of Motion by Carrie C. Mahan for presentment of motion to withdraw as attorney 3557 before Honorable Thomas M. Durkin on 5/5/2020 at 09:00 AM. (Mahan, Carrie) (Entered: 04/10/2020) |
| 04/10/2020 | 3559 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw as attorney 3557 is granted; Attorney Rachel A. Farnsworth is terminated. No appearance is required on 5/5/2020.Mailed notice (srn, ) (Entered: 04/10/2020) |
| 04/14/2020 | 3560 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Fifth Consolidated Amended Class Action Complaint* (Attachments: # 1 Exhibit A - Redacted Fifth Amended Complaint, # 2 Exhibit B - Redacted Redlined Fifth Amended Complaint)(Scarlett, Shana) (Entered: 04/14/2020) |
| 04/14/2020 | 3561 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for leave to file, 3560 *Fifth Consolidated Amended Class Action Complaint* (Attachments: # 1 Declaration of Shana E. Scarlett)(Scarlett, Shana) (Entered: 04/14/2020) |
| 04/14/2020 | 3562 | NOTICE of Motion by Shana Scarlett for presentment of motion for leave to file, 3560 before Honorable Thomas M. Durkin on 4/21/2020 at 09:15 AM. (Scarlett, Shana) (Entered: 04/14/2020) |
| 04/14/2020 | 3563 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal *[Proposed] Fifth Consolidated Amended Class Action Complaint* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 04/14/2020) |
| 04/14/2020 | 3564 | NOTICE of Motion by Shana Scarlett for presentment of motion to seal 3563 before Honorable Thomas M. Durkin on 4/21/2020 at 09:15 AM. (Scarlett, Shana) (Entered: 04/14/2020) |
| 04/14/2020 | 3565 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *[Proposed] Fifth Consolidated Amended Class Action Complaint* (Attachments: # 1 Sealed Redlined Version)(Scarlett, Shana) (Entered: 04/14/2020) |
| 04/15/2020 | 3566 | MINUTE entry before the Honorable Thomas M. Durkin:By agreement, defendants' response to plaintiffs' motion for leave to file fifth amended class action complaint, 3560 , is due by 4/24/2020. Plaintiffs' reply is due by 4/29/2020.Mailed notice (srn, ) (Entered: 04/15/2020) |
| 04/15/2020 | 3567 | NOTICE OF PERSONS AND ENTITIES WHO REQUESTED EXCLUSION FROM THE DIRECT PURCHASER PLAINTIFFS' SETTLEMENTS WITH DEFENDANTS AMICK FARMS, LLC, GEORGE'S, INC., GEORGE'S FARMS, INC., AND PECO FOODS, INC. by Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B, # 3 Exhibit 1C, # 4 Exhibit 1D, # 5 Exhibit 2A, # 6 Exhibit 2B, # 7 Exhibit 3)(Hart, Steven) (Entered: 04/15/2020) |
| 04/15/2020 | 3568 | MOTION by Plaintiff Kraft Heinz Foods Company to reassign case (Attachments: # 1 Exhibit 1)(Ahern, Patrick) (Entered: 04/15/2020) |
| 04/16/2020 | 3569 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to reassign case 3568 is granted. This Court will recommend to the Executive Committee that case 20 C 2278, pending before Judge Pallmeyer, be reassigned to this Court's calendar as related to this action. Mailed notice (srn, ) (Entered: 04/16/2020) |

| 04/17/2020 | 3570 | MOTION by Plaintiff Maplevale Farms, Inc. All Plaintiffs' Motion to Amend the Court's August 28, 2018 Order (Doc. 1155) and Scheduling Order No. 13 (Doc. 3420) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Hart, Steven) (Entered: 04/17/2020) |
|---|---|---|
| 04/17/2020 | 3571 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Plaintiffs' Motion to Amend the Court's August 28, 2018 Order (Doc. 1155 ) and Scheduling Order No. 13 (Doc. 3420 ) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline (Doc. 3570 ): Defendants will file their response on 5/15/20 and Plaintiffs will file their reply on 5/29/20. Mailed notice (ber, ) (Entered: 04/17/2020) |
| 04/22/2020 | 3572 | SEALED DOCUMENT by Plaintiff Kraft Heinz Foods Company *SEALED COMPLAINT (Relating to Case No. 20-cv-2278)* (Ahern, Patrick) (Entered: 04/22/2020) |
| 04/22/2020 | 3573 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Kraft Heinz Foods Company re sealed document 3572 (Ahern, Patrick) (Entered: 04/22/2020) |
| 04/22/2020 | 3574 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit Defendants' Opposition to Plaintiffs' Motion to Compel, # 2 Exhibit Ex. A, Declaration of S. Pepper, # 3 Exhibit Ex. B, Declaration of C. Abbott, # 4 Exhibit Ex. C, Declaration of E. Glasser, # 5 Exhibit Ex. D, Declaration of A. Getty, # 6 Exhibit Ex. E, Declaration of E. Ondeck, # 7 Exhibit Ex. F, Declaration of M. Lim, # 8 Exhibit Ex. G, Declaration of J. Carney, # 9 Exhibit Ex. H, Declaration C. Newman, # 10 Exhibit Ex. I, Declaration of R. Boyce, # 11 Exhibit Ex. J, Declaration of L. Novion, # 12 Exhibit Ex. O, M. Welch Deposition Transcript) (Laytin, Daniel) (Entered: 04/22/2020) |
| 04/22/2020 | 3575 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by El Pollo Loco, Inc (Zahid, Judith) (Entered: 04/22/2020) |
| 04/22/2020 | 3576 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal document sealed document,,, 3574 *Defendants' Opposition to Plaintiffs' Motion to Compel* (Laytin, Daniel) (Entered: 04/22/2020) |
| 04/22/2020 | 3577 | NOTICE of Motion by Daniel E. Laytin for presentment of motion to seal document, 3576 before Honorable Thomas M. Durkin on 5/5/2020 at 09:00 AM. (Laytin, Daniel) (Entered: 04/22/2020) |
| 04/22/2020 | 🔒 3578 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)in Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to compel *Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony (PUBLIC REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING)< 3532 Defendants' Opposition to Plaintiffs' Motion to Compel (Attachments: # 1 Exhibit Ex. A, Declaration of S. Pepper, # 2 Exhibit Ex. B, Declaration of C. Abbott, # 3 Exhibit Ex. C, Declaration of E. Glasser, # 4 Exhibit Ex. D, Declaration of A.* |

| | | |
|---|---|---|
| | | *Getty, Document Ex. E, Declaration of D. Ohlack, # 6 Exhibit Ex. F, Declaration of M. Lim, # 7 Exhibit Ex. G, Declaration of J. Carney, # 8 Exhibit Ex. H, Declaration C. Newman, # 9 Exhibit Ex. I, Declaration of R. Boyce, # 10 Exhibit Ex. J, Declaration of L. Novion, # 11 Exhibit Ex. K, Email from D. Suggs to B. Clark, # 12 Exhibit Ex. L, All Plaintiffs Sixth Set of RFPs to All Defendants, # 13 Exhibit Ex. M, Email from S. Medlock to E. Odette, # 14 Exhibit Ex. N, Email from A. Deich to L. Flath, # 15 Exhibit Ex. O, M. Welch Deposition Transcript (Excerpted), # 16 Exhibit Ex. P, Email from M. Grossman to Counsel, # 17 Exhibit Ex. Q, Email from M. Grossman to Counsel)(Laytin, Daniel) (Entered: 04/22/2020)* |
| 04/23/2020 | 3579 | WITHDRAWING *Gabrielle Olivieri Sliwka* as counsel for Plaintiff Indirect Purchaser Plaintiffs and substituting Daniel C Hedlund as counsel of record (Hedlund, Daniel) (Entered: 04/23/2020) |
| 04/23/2020 | 3580 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion to seal document 3576 is granted. No appearance is required on 5/5/2020. Mailed notice (srn, ) (Entered: 04/23/2020) |
| 04/23/2020 | 3581 | AMENDED *Exhibit Q to Defendants' Opposition to Class Plaintiffs' Motion to Compel 3578* (Laytin, Daniel) (Entered: 04/23/2020) |
| 04/24/2020 | 3582 | RESPONSE by Agri Stats, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLCin Opposition to MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Fifth Consolidated Amended Class Action Complaint 3560* (Attachments: # 1 Exhibit A, J. Liebich Transcript, # 2 Exhibit B, Declaration of C. Mahan, # 3 Exhibit C, M. Sittig Email, # 4 Exhibit D, C. Gilbert Transcript, # 5 Exhibit E, K. Pitre Transcript, # 6 Exhibit F, Declaration of K. Lee, # 7 Exhibit G, Declaration of P. Gorham)(Mahan, Carrie) (Entered: 04/24/2020) |
| 04/24/2020 | 3583 | ORDER Third Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020: Mailed notice. (docket1, ) (Entered: 04/27/2020) |
| 04/27/2020 | 3584 | MINUTE entry before the Honorable Thomas M. Durkin:No written status report should be filed under any of the case numbers unless separately ordered by Magistrate Judge Gilbert.Mailed notice (srn, ) (Entered: 04/27/2020) |

| 04/29/2020 | 3585 | STIPULATION of Dismissal *with Prejudice of Defendant Amick Farms, LLC* (Rabin, Shawn) (Entered: 04/29/2020) |
|---|---|---|
| 04/29/2020 | 3586 | REPLY by Plaintiff End-User Consumer Plaintiffs to motion for leave to file, 3560 *Fifth Consolidated Amended Class Action Complaint* (Attachments: # 1 Declaration of Shana E. Scarlett)(Scarlett, Shana) (Entered: 04/29/2020) |
| 04/30/2020 | 3587 | STIPULATION *Concerning Waiver of Service and Date for Stipulating Defendants to Answer Complaint* (Mahan, Carrie) (Entered: 04/30/2020) |
| 04/30/2020 | 3588 | MINUTE entry before the Honorable Thomas M. Durkin:Pursuant to stipulation of dismissal, defendant Amick Farms, LLC is dismissed with prejudice. Amick Farms, LLC terminated.Mailed notice (srn, ) (Entered: 04/30/2020) |
| 05/01/2020 | 3589 | ORDER ADOPTING STIPULATION CONCERNING WAIVER OF SERVICE AND DATE FOR STIPULATING DEFENDANTS TO ANSWER COMPLAINT: Signed by the Honorable Thomas M. Durkin on 5/1/2020:Mailed notice(srn, ) (Entered: 05/01/2020) |
| 05/01/2020 | 3590 | ORDER ADOPTING STIPULATION CONCERNING WAIVER OF SERVICE AND DATE FOR STIPULATING DEFENDANTS TO ANSWER COMPLAINT: Signed by the Honorable Thomas M. Durkin on 5/1/2020:Mailed notice(srn, ) (Entered: 05/01/2020) |
| 05/01/2020 | 3591 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference with liaison counsel only set for 5/6/20 at 10:30 a.m. Central time to discuss filing a joint status report and scheduling a future status hearing consistent with Third Amended General Order 20-0012 entered in these cases. The Court's courtroom deputy will send liaison counsel a call-in number and access code. Mailed notice (ber, ) (Entered: 05/01/2020) |
| 05/04/2020 | 3592 | STIPULATION *Concerning Waiver of Service and Date for Stipulating Defendants to Answer Complaint* (Mahan, Carrie) (Entered: 05/04/2020) |
| 05/04/2020 | 3593 | REPLY by Plaintiff End-User Consumer Plaintiffs to motion to compel,,, 3532 *Plaintiffs' Reply in Support of Motion to Compel (Redacted Version)* (Scarlett, Shana) (Entered: 05/04/2020) |
| 05/04/2020 | 3594 | SEALED REPLY by End-User Consumer Plaintiffs to MOTION by Plaintiff Maplevale Farms, Inc. to compel *Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony (PUBLIC REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING)< 3532* (Scarlett, Shana) (Entered: 05/04/2020) |
| 05/04/2020 | 3595 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document reply, 3594 *Plaintiffs' Reply in Support of Motion to Compel* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 05/04/2020) |
| 05/04/2020 | 3596 | NOTICE of Motion by Shana Scarlett for presentment of motion to seal document 3595 before Honorable Jeffrey T. Gilbert on 5/12/2020 at 09:15 AM. (Scarlett, Shana) (Entered: 05/04/2020) |
| 05/04/2020 | 3597 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-16987193. (Adrian, Sawyer) (Entered: 05/04/2020) |

| 05/05/2020 | 3598 | ORDER ADOPTING STIPULATION CONCERNING WAIVER OF SERVICE AND DATE FOR STIPULATING DEFENDANTS TO ANSWER COMPLAINT. Signed by the Honorable Thomas M. Durkin on 5/5/2020:Mailed notice(srn, ) (Entered: 05/05/2020) |
|---|---|---|
| 05/05/2020 | 3599 | ORDER: Motion to proceed pro hac vice is granted. 3597 Attorney Adrian Sawyer is granted leave to file an appearance on behalf of plaintiff, Pacific Agri-Products, Inc. Signed by the Honorable Thomas M. Durkin on 5/5/2020.Mailed notice (nsf, ) (Entered: 05/05/2020) |
| 05/05/2020 | 3600 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Portions of Their Reply in Support of Motion to Compel 3595 is granted. The motion hearing noticed for 5/12/20 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 05/05/2020) |
| 05/06/2020 | 3601 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held off the record on 5/6/20 with liaison counsel regarding certain scheduling matters as requested by the Court. By agreement, the parties will file by 5/15/20 a joint report summarizing any progress or developments in the case since the onset of the COVID-19 related shutdown. Class Plaintiffs will file a motion with respect to deposition procedures by 5/13/20. Defendants and Direct Action Plaintiffs shall respond by 5/27/20. Class Plaintiffs shall reply by 6/3/20. Mailed notice (ber, ) (Entered: 05/06/2020) |
| 05/07/2020 | 3602 | STIPULATION of Dismissal *with Prejudice as to Defendant Amick Farms, LLC* (Casas, Gregory) (Entered: 05/07/2020) |
| 05/11/2020 | 3603 | MINUTE entry before the Honorable Thomas M. Durkin:Final approval hearing is reset for 6/29/2020 at 09:30 AM. Counsel is instructed to participate telephonically by calling 877-402-9757, access code 4410831. Mailed notice (srn, ) (Entered: 05/11/2020) |
| 05/11/2020 | 3604 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing on Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony [ECF 3532] is set for 5/18/20 at 10:15 a.m. CST. The call in number for the hearing is 877-336-1829, access code 1022195. Mailed notice (ber, ) (Entered: 05/11/2020) |
| 05/13/2020 | 3605 | Order: The End-Users' motion to amend 3560 is granted in part and denied in part. The motion is granted to the extent it is unopposed. The motion to add named plaintiffs Nicholas Taylor (of Arizona); Jesse Costello (of Montana); Lennard Sibley (of Mississippi); Edwin Blakey (of New York); and Susan Ballard (of West Virginia), is denied without prejudice. Motion to seal the fifth amended compalint 3563 is granted. Signed by the Honorable Thomas M. Durkin on 5/13/2020:Mailed notice(srn, ) (Entered: 05/13/2020) |
| 05/13/2020 | 3606 | MINUTE entry before the Honorable Thomas M. Durkin:Judge Durkin's niece, McKenzie Durkin, has completed her second year of law school at Loyola University Chicago, and is starting as a summer associate at the Chicago office of Hagens Berman Sobol Shapiro LLP, counsel for the End-User Consumer class in this case. It is the Court's understanding that she will perform no work on any case before this Court. Hagens Berman should make a filing affirming this fact. Although the Court does not believe this relationship is a basis for recusal, and is entering this order as a matter of disclosure, any party who wishes to raise this issue is free to do so.Mailed notice (srn, ) (Entered: 05/13/2020) |

| 05/13/2020 | 3607 | STIPULATION of Dismissal *With Prejudice of Defendant Amick Farms, LLC (by Kroger, Hy-Vee and Albertsons)* (Blechman, William) (Entered: 05/13/2020) |
|---|---|---|
| 05/13/2020 | 3608 | STIPULATION of Dismissal *With Prejudice of Defendant Amick Farms, LLC (by Save Mart Supermarkets)* (Blechman, William) (Entered: 05/13/2020) |
| 05/13/2020 | 3609 | STIPULATION of Dismissal *with Prejudice of Amick Farm LLC* (Vanek, Joseph) (Entered: 05/13/2020) |
| 05/13/2020 | 3610 | MOTION by Plaintiff Maplevale Farms, Inc. Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses (Attachments: # 1 Exhibit A, # 2 Exhibit B - Declaration of Brian D. Clark, # 3 Exhibit 1 to the Declaration of Brian D. Clark, # 4 Exhibit 2 to the Declaration of Brian D. Clark, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Hart, Steven) (Entered: 05/13/2020) |
| 05/14/2020 | 3611 | CERTIFICATION by End-User Consumer Plaintiffs *Hagens Berman Sobol Shapiro LLP's Certification Per Docket Entry No. 3606* (Berman, Steve) (Entered: 05/14/2020) |
| 05/15/2020 | 3612 | RESPONSE by Simmons Foods, Inc., Simmons Prepared Foods, Inc. to MOTION by Plaintiff Maplevale Farms, Inc. All Plaintiffs' Motion to Amend the Court's August 28, 2018 Order (Doc. 1155) and Scheduling Order No. 13 (Doc. 3420) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline 3570 *Defendants' Response to All Plaintiffs' Motion to Amend the Court's August 28, 2018 Order (Doc. 1155) and Scheduling Order 13 (Doc. 3420) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline* (Murray, Lynn) (Entered: 05/15/2020) |
| 05/15/2020 | 3613 | MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. to seal document response to motion,, 3612 *Defendants' Motion for Leave to File Under Seal Exs. A and B to Defendants' Response to All Plaintiffs' Motion to Amend (Dkt. 3612)* (Murray, Lynn) (Entered: 05/15/2020) |
| 05/15/2020 | 3614 | NOTICE of Motion by Lynn Hagman Murray for presentment of motion to seal document, 3613 before Honorable Thomas M. Durkin on 5/20/2020 at 09:00 AM. (Murray, Lynn) (Entered: 05/15/2020) |
| 05/15/2020 | 3615 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s motion to seal document response to motion 3613 is granted. No appearance is required on 5/20/2020. Mailed notice (srn, ) (Entered: 05/15/2020) |
| 05/15/2020 | 3616 | STATUS Report by Pilgrim's Pride Corporation (Mahan, Carrie) (Entered: 05/15/2020) |
| 05/18/2020 | 3617 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Exs. A & B to Defendants' Response [Dkt. 3612] to All Plaintiffs' Motion to Amend the Court's August 28, 2018 Order and Scheduling Order 13* (Murray, Lynn) (Entered: 05/18/2020) |
| 05/18/2020 | 3618 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing and oral argument held telephonically on 5/18/20 on Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts and 30(b)(6) Testimony 3532 . Counsel participating in today's hearing who wish to be noted of record shall identify themselves to liaison counsel, and liaison counsel shall send that information to the court reporter, Kathleen_Fennell@ilnd.uscourts.gov, by |

| | | |
|---|---|---|
| | | 5/19/20. The parties are directed to the transcript for a complete record of the hearing. The Court will issue a stand- alone order memorializing the rulings made during the hearing and on the matters taken under advisement at the conclusion of the hearing. Mailed notice (ber, ) (Entered: 05/18/2020) |
| 05/19/2020 | 3619 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to withdraw *Appearance of Matthew S. Marsalka* (Feeney, Daniel) (Entered: 05/19/2020) |
| 05/19/2020 | 3620 | NOTICE of Motion by Daniel Martin Feeney for presentment of motion to withdraw 3619 before Honorable Thomas M. Durkin on 5/27/2020 at 09:00 AM. (Feeney, Daniel) (Entered: 05/19/2020) |
| 05/19/2020 | 3621 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to withdraw 3619 is granted; Attorney Matthew Scott Marsalka terminated. No appearance is required on 5/27/2020.Mailed notice (srn, ) (Entered: 05/19/2020) |
| 05/19/2020 | 3622 | ORDER : Class Plaintiffs' Motion to Compel Production of Additional Structured Data, Contracts, and 30(b)(6) Testimony 3532 is granted and denied in part for the reasons stated in the Court's Order. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 5/19/2020. Mailed notice (ber, ) (Entered: 05/19/2020) |
| 05/20/2020 | 3623 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 05/20/2020) |
| 05/21/2020 | 3624 | TRANSCRIPT OF PROCEEDINGS held on 5/18/2020 before the Honorable Jeffrey T. Gilbert. Order Number: 38516. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/11/2020. Redacted Transcript Deadline set for 6/22/2020. Release of Transcript Restriction set for 8/19/2020. (Fennell, Kathleen) (Entered: 05/21/2020) |
| 05/22/2020 | 3625 | RESPONSE by Plaintiffs Sysco Corporation, US Foods, Inc. to text entry, 3525 *Concerning DAP Complaints* (Gant, Scott) (Entered: 05/22/2020) |
| 05/26/2020 | 3626 | MINUTE entry before the Honorable Thomas M. Durkin:Defendants' response to plaintiff's filing concerning DAP complaint 3625 is due by 6/10/2020.Mailed notice (srn, ) (Entered: 05/26/2020) |
| 05/26/2020 | 3627 | ORDER ORDER Fourth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non-emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020: Mailed notice. (docket1, ) (Entered: 05/26/2020) |

| 05/27/2020 | 3628 | RESPONSE by Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, The Kroger Co.in Support of MOTION by Plaintiff Maplevale Farms, Inc. Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses 3610 (Attachments: # 1 Text of Proposed Order Exhibit 1)(Blechman, William) (Entered: 05/27/2020) |
|---|---|---|
| 05/27/2020 | 3629 | RESPONSE by Sysco Corporation, US Foods, Inc. to MOTION by Plaintiff Maplevale Farms, Inc. Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses 3610 (Gant, Scott) (Entered: 05/27/2020) |
| 05/27/2020 | 🔒 3630 | RESPONSE by Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLCin Opposition to MOTION by Plaintiff Maplevale Farms, Inc. Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses 3610 (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Declaration of J. Greg Tench, # 3 Declaration of Amanda K. Wofford, # 4 Declaration of Charles C. Murphy, # 5 Declaration of Bryan Reese, # 6 Declaration of Joseph C. Carney, # 7 Declaration of Hans Schmidt, # 8 Declaration of Gaston Lebois, # 9 Declaration of Michael Levengood, # 10 Declaration of Vicki Bronson, # 11 Exhibit 1, # 12 Exhibit 2, # 13 Exhibit 3, # 14 Exhibit 4, # 15 Exhibit 5, # 16 Exhibit 6, # 17 Exhibit 7, # 18 Exhibit 8, # 19 Exhibit 9, # 20 Exhibit 10, # 21 Exhibit 11, # 22 Exhibit 12, # 23 Exhibit 13, # 24 Exhibit 14, # 25 Exhibit 15, # 26 Exhibit 16, # 27 Exhibit 17)(Mahan, Carrie) (Entered: 05/27/2020) |
| 05/28/2020 | 3631 | MOTION by Defendant Pilgrim's Pride Corporation to seal *(Motion to Maintain Exhibits Under Seal)* (Mahan, Carrie) (Entered: 05/28/2020) |
| 05/29/2020 | 3632 | REPLY by Maplevale Farms, Inc. to MOTION by Plaintiff Maplevale Farms, Inc. All Plaintiffs' Motion to Amend the Court's August 28, 2018 Order (Doc. 1155) and Scheduling Order No. 13 (Doc. 3420) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline 3570 , response to motion,, 3612 *Plaintiffs' Reply in Further Support of Their Motion to Amend (I) the Order Dated August 28, 2018 (Relating to the Number of 30(b)(6) Depositions) and (II) Scheduling Order No. 13 (to Permit RFAs) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline (Redacted Version) (Motion for Leave to File Under Seal Pending)* (Attachments: # 1 Exhibit A, # 2 Exhibit B (Redacted Version) (Motion for Leave to File Under Seal Pending), # 3 Exhibit C (Redacted Version) (Motion for Leave to File Under Seal Pending), # 4 Exhibit D (Redacted Version) (Motion for Leave to File Under Seal Pending))(Hart, Steven) (Entered: 05/29/2020) |
| 05/29/2020 | 3633 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Reply in Further Support of Their Motion* |

| | | |
|---|---|---|
| | | *to Amend (I) the Order Dated August 29, 2018 (Relating to the Number of 30(b)(6) Depositions) and (II) Scheduling Order No. 13 (to Permit RFAs) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline, and Certain Exhibits Thereto (ECF No. 3632)* (Hart, Steven) (Entered: 05/29/2020) |
| 06/01/2020 | 3634 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17069850. (Barnett, Alexander) (Entered: 06/01/2020) |
| 06/01/2020 | 3635 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3634 is granted; Attorney Alexander E. Barnett for Fargo Stopping Center LLC and Sargent's added. Mailed notice (srn, ) (Entered: 06/01/2020) |
| 06/02/2020 | 3636 | MINUTE entry before the Honorable Thomas M. Durkin:By agreement of the parties the 6/29/2020 final approval hearing is vacated and reset for 8/27/2020 at 09:30 AM. The parties are directed to call 877-402-9757 access code 4410831.Mailed notice (srn, ) (Entered: 06/02/2020) |
| 06/03/2020 | 3637 | NOTICE by United States of America *of criminal case filing in District of Colorado* (Attachments: # 1 Exhibit Copy of filed indictment)(Torzilli, Paul) (Entered: 06/03/2020) |
| 06/03/2020 | 3638 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file *a Reply to Certain DAPs' Responses to Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions of Certain Categories of Witnesses* (Attachments: # 1 Exhibit A - Defendants' Response to Direct Action Plaintiffs' Submissions Concerning Class Plaintiffs' Motion Regarding Remote Depositions)(Mahan, Carrie) (Entered: 06/03/2020) |
| 06/03/2020 | 3639 | REPLY by Maplevale Farms, Inc. to MOTION by Plaintiff Maplevale Farms, Inc. Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses 3610 , response in opposition to motion,,,,,, 3630 *Class Plaintiffs' Reply in Support of Their Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses* (Attachments: # 1 Declaration of Kyle Pozan, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Appendix of Unpublished Orders)(Hart, Steven) (Entered: 06/03/2020) |

| 06/04/2020 | 3640 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to Reply to Certain DAPs' Responses to Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions of Certain Categories of Witnesses 3638 is granted. Mailed notice (ber, ) (Entered: 06/04/2020) |
|---|---|---|
| 06/04/2020 | 3641 | RESPONSE by Agri Stats, Inc., Amick Farms, LLC, Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., House of Raeford Farms, LLC, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to MOTION by Plaintiff Maplevale Farms, Inc. Class Plaintiffs' Motion for Entry of an Order Requiring Remote Depositions for Certain Categories of Witnesses 3610 (Mahan, Carrie) (Entered: 06/04/2020) |
| 06/05/2020 | 3642 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Paul Ethan Slater (Slater, Paul) (Entered: 06/05/2020) |
| 06/05/2020 | 3643 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Ryan Thomas Holt *Phillip F. Cramer* (Holt, Ryan) (Entered: 06/05/2020) |
| 06/05/2020 | 3644 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Ryan Thomas Holt *Christina R.B. Lpez* (Holt, Ryan) (Entered: 06/05/2020) |
| 06/08/2020 | 3645 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Phillip Frederick Cramer (Cramer, Phillip) (Entered: 06/08/2020) |
| 06/09/2020 | 3646 | MINUTE entry before the Honorable Jeffrey T. Gilbert:Defendant Pilgrim's Pride Corporation Motion to Maintain Exhibits Under Seal Exhibits 11, 13 and 14 to Defendants' Response in Opposition to Class Plaintiffs' Motion for Entry of an Order Regarding Remote Depositions of Certain Categories of Witnesses 3631 and Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Reply in Further Support of Their Motion to Amend (I) the Order Dated August 28, 2018 (Relating to the Number of 30(b)(6) Depositions) and (II) Scheduling Order No. 13 (to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline, and Certain Exhibits Thereto (ECF No. 3632) 3633 are granted. Mailed notice (ber, ) (Entered: 06/09/2020) |

| 06/10/2020 | 3647 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Plaintiffs' Reply in Further Support of Their Motion to Amend (I) the Order Dated August 28, 2018 (Relating to the Number of 30(b)(6) Depositions) and (II) Scheduling Order No. 13 (to Permit RFAs) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline (Unredacted Version) (ECF No. 3632) (Filed Under Seal)* (Attachments: # 1 Exhibit B (Unredacted Version) (ECF No. 3632-2) (Filed Under Seal), # 2 Exhibit C (Unredacted Version) (ECF No. 3632-3) (Filed Under Seal), # 3 Exhibit D (Unredacted Version) (ECF No. 3632-4) (Filed Under Seal)) (Hart, Steven) (Entered: 06/10/2020) |
|---|---|---|
| 06/10/2020 | 3648 | Notice by Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, The Kroger Co. *Regarding DAPs' Response to the Class Plaintiffs' Motion Regarding Remote Depositions (DAP Dkt. No. 3628)* (Blechman, William) (Entered: 06/10/2020) |
| 06/10/2020 | 3649 | RESPONSE by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to Response 3625 *Concerning DAP Complaints* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mahan, Carrie) (Entered: 06/10/2020) |
| 06/10/2020 | 3650 | MOTION by Defendant Pilgrim's Pride Corporation to seal *Exhibit 2 to Defendants' Response to Direct Action Plaintiffs' Motion for Reconsideration (Dkt. 3649)* (Mahan, Carrie) (Entered: 06/10/2020) |
| 06/10/2020 | 3651 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Exhibit 2 to Defendants' Response to Direct Action Plaintiffs' Motion for Reconsideration [Dkt. 3649])* (Mahan, Carrie) (Entered: 06/10/2020) |
| 06/10/2020 | 3652 | NOTICE by Pilgrim's Pride Corporation re Response,,,,, 3649 *(Notice of Filing of Exhibit 3 to Defendants' Response to Direct Action Plaintiffs' Motion for Reconsideration)* (Attachments: # 1 Exhibit 3)(Mahan, Carrie) (Entered: 06/10/2020) |
| 06/12/2020 | 3653 | MINUTE entry before the Honorable Thomas M. Durkin:The Direct Action Plaintiffs' motion to reconsider 3625 the Court's order of 3/5/2020 3525 is denied for reasons stated in Defendants' brief in opposition 3649 . The parties should meet and confer as originally ordered and file a proposal by 7/10/2020.Mailed notice (srn, ) (Entered: 06/12/2020) |
| 06/12/2020 | 3654 | MOTION by Plaintiff Boston Market Corporation to reassign case (Attachments: # 1 Exhibit 1)(Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/12/2020 | 3655 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3654 before Honorable Thomas M. Durkin on 6/23/2020 at 09:00 |

| 06/12/2020 | 3656 | MOTION by Plaintiff Barbeque Integrated, Inc. to reassign case (Attachments: # 1 Errata 1)(Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/12/2020 | 3657 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3656 before Honorable Thomas M. Durkin on 6/23/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/12/2020 | 3658 | MOTION by Plaintiff FIC Restaurants, Inc. to reassign case (Attachments: # 1 Exhibit 1)(Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/12/2020 | 3659 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3658 before Honorable Thomas M. Durkin on 6/23/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/12/2020 | 3660 | MOTION by Plaintiff The Johnny Rockets Group, Inc. to reassign case (Attachments: # 1 Exhibit 1)(Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/12/2020 | 3661 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3660 before Honorable Thomas M. Durkin on 6/23/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 06/12/2020) |
| 06/15/2020 | 3662 | MINUTE entry before the Honorable Thomas M. Durkin:Defendant Pilgrim Pride's motion to seal 3650 is granted.Mailed notice (srn, ) (Entered: 06/15/2020) |
| 06/15/2020 | 3663 | MINUTE entry before the Honorable Thomas M. Durkin:Boston Market's motion to reassign case as related 3654 is granted. This Court will recommend to the Executive Committee that case 20 C 3450, pending before Judge Feinerman, be reassigned to this Court as related to this action. Mailed notice (srn, ) (Entered: 06/15/2020) |
| 06/15/2020 | 3664 | MINUTE entry before the Honorable Thomas M. Durkin:Barbeque Integrated, Inc.'s motion to reassign case as related 3656 is granted. This Court will recommend to the Executive Committee that case 20 C 3454, pending before Judge Kennelly be reassigned to this Court's calendar as related to this action. No appearance is required on 6/23/2020.Mailed notice (srn, ) (Entered: 06/15/2020) |
| 06/15/2020 | 3665 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to reassign case as related 3658 is granted. This Court will recommend to the Executive Committee that case 20 C 3458, pending before Judge Kendall, be reassigned to this Court's calendar as related to this action. No appearance is required on 6/23/2020.Mailed notice (srn, ) (Entered: 06/15/2020) |
| 06/15/2020 | 3666 | MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion to reassign case as related 3660 is granted. This Court will recommend to the Executive Committee that case 20 C 3459, pending before Judge Lee, be reassigned to this Court's calendar as related to this action. No appearance is required on 6/23/2020. Mailed notice (srn, ) (Entered: 06/15/2020) |
| 06/18/2020 | 3667 | Notice of Designation of Co-Liaison Counsel by Sysco Corporation, US Foods, Inc. (Gant, Scott) (Entered: 06/18/2020) |
| 06/22/2020 | 3668 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *and Motion for Preliminary Approval of Settlement with Defendant Amick Farms, LLC and for Conditional Certification of the Proposed Settlement Class* (Zapala, Adam) (Entered: 06/22/2020) |

| 06/22/2020 | 3669 | MEMORANDUM motion for settlement, 3668 by Commercial and Institutional Indirect Purchaser Plaintiffs *and Memorandum of Law in Support of Uncontested Motion for Preliminary Approval of Settlement with Defendant Amick Farms, LLC and for Conditional Certification of the Proposed Settlement Class* (Zapala, Adam) (Entered: 06/22/2020) |
|---|---|---|
| 06/22/2020 | 3670 | AFFIDAVIT of Adam J. Zapala in Support of CIIPPs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Amick Farms, LLC and for Conditional Certification of the Proposed Settlement Class regarding motion for settlement, 3668 (Zapala, Adam) (Entered: 06/22/2020) |
| 06/22/2020 | 3671 | MINUTE entry before the Honorable Thomas M. Durkin:Any objections to plaintiff's motion for settlement, 3668 is due by 7/6/2020. The Court will rule by mail.Mailed notice (srn, ) (Entered: 06/22/2020) |
| 06/25/2020 | 3672 | MOTION by Plaintiff Maplevale Farms, Inc. to compel *Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Redacted Version) (Motion to File Unredacted Version Under Seal Pending)* (Attachments: # 1 Declaration of Bobby Pouya In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 2 Exhibit A to the Declaration of Bobby Pouya, # 3 Exhibit B to the Declaration of Bobby Pouya (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 4 Exhibit C to the Declaration of Bobby Pouya, # 5 Exhibit D to the Declaration of Bobby Pouya, # 6 Exhibit E to the Declaration of Bobby Pouya, # 7 Exhibit F to the Declaration of Bobby Pouya, # 8 Exhibit G to the Declaration of Bobby Pouya (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 9 Exhibit H to the Declaration of Bobby Pouya (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 10 Exhibit I to the Declaration of Bobby Pouya (Redacted Version) (Motion to File Unredacted Version Under Seal Pending), # 11 Exhibit J to the Declaration of Bobby Pouya, # 12 Exhibit K to the Declaration of Bobby Pouya, # 13 Exhibit L to the Declaration of Bobby Pouya, # 14 Exhibit M to the Declaration of Bobby Pouya, # 15 Declaration of Brandon S. Floch, # 16 Exhibit A to the Declaration of Brandon S. Floch, # 17 Exhibit B to the Declaration of Brandon S. Floch)(Pouya, Bobby) (Entered: 06/25/2020) |
| 06/25/2020 | 3673 | *Plaintiffs' Notice of Motion and Motion to Compel Discovery Relating to Defendants' Antitrust Violations* NOTICE of Motion by Bobby Pouya for presentment of motion to compel,,,,,, 3672 before Honorable Jeffrey T. Gilbert on 6/30/2020 at 09:15 AM. (Pouya, Bobby) (Entered: 06/25/2020) |
| 06/25/2020 | 3674 | MEMORANDUM Opinion and Order: Class Plaintiffs' Motion for Entry of an Order Regarding Remote Depositions of Certain Categories of Witnesses [ECF No. 3610] ("Class Plaintiffs' Motion") is granted in large part for the reasons explained in this Memorandum Opinion and Order. A telephonic hearing is set for July 20, 2020, at 10:30 a.m. for the purpose of addressing the matters set forth in Section II of this Memorandum Opinion and Order, and any other issues the parties may wish to raise relating to the taking of remote depositions. By July 15, 2020, the parties shall file an agreed remote deposition protocol and note any remaining disagreements about the terms of such a protocol in that filing. By the same date, Class Plaintiffs also shall submit a timetable for taking the 18 depositions they say they want to take after consultation about that timetable with Defendants and DAPs. Class Plaintiffs should note any disagreements among the parties about their proposed deposition schedule in that submission. If these dates chosen unilaterally by the Court do not work for the parties, liaison counsel |

| | | |
|---|---|---|
| | | should send an email to the Court's courtroom deputy proposing different dates. See attached Memorandum Opinion and Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 6/25/2020. Mailed notice(ber, ) (Entered: 06/25/2020) |
| 06/25/2020 | 3675 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Plaintiffs' Motion for Leave to File Under Seal Their Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations and Certain Exhibits to the Declaration of Bobby Pouya In Support of Plaintiffs' Motion to Compel* (Pouya, Bobby) (Entered: 06/25/2020) |
| 06/25/2020 | 3676 | NOTICE of Motion by Bobby Pouya for presentment of motion for leave to file, 3675 before Honorable Jeffrey T. Gilbert on 6/30/2020 at 09:15 AM. (Pouya, Bobby) (Entered: 06/25/2020) |
| 06/26/2020 | 3677 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Their Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations and Certain Exhibits to the Declaration of Bobby Pouya In Support of Plaintiffs' Motion to Compel 3675 is granted. Mailed notice (ber, ) (Entered: 06/26/2020) |
| 06/26/2020 | 3678 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations and Certain Exhibits to the Declaration of Bobby Pouya In Support of Plaintiffs' Motion to Compel 3672 : Response due by 7/13/20. Reply due by 7/24/20. The motion hearing noticed for 6/30/20 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 06/26/2020) |
| 06/26/2020 | 3679 | ENTERED IN ERROR. (Darcy, David) Modified on 6/26/2020 (jh, ). (Entered: 06/26/2020) |
| 06/26/2020 | 3680 | NOTICE of Correction regarding 3679 . (jh, ) (Entered: 06/26/2020) |
| 06/26/2020 | 3681 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Unredacted Version) (ECF No. 3672)* (Attachments: # 1 Declaration of Bobby Pouya In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Unredacted Version), # 2 Exhibit A to the Declaration of Bobby Pouya, # 3 Exhibit B to the Declaration of Bobby Pouya (Unredacted Version) (Motion to File Unredacted Version Under Seal Pending), # 4 Exhibit C to the Declaration of Bobby Pouya, # 5 Exhibit D to the Declaration of Bobby Pouya, # 6 Exhibit E to the Declaration of Bobby Pouya, # 7 Exhibit F to the Declaration of Bobby Pouya, # 8 Exhibit G to the Declaration of Bobby Pouya (Unredacted Version), # 9 Exhibit H to the Declaration of Bobby Pouya (Unredacted Version), # 10 Exhibit I to the Declaration of Bobby Pouya (Unredacted Version), # 11 Exhibit J to the Declaration of Bobby Pouya, # 12 Exhibit K to the Declaration of Bobby Pouya, # 13 Exhibit L to the Declaration of Bobby Pouya, # 14 Exhibit M to the Declaration of Bobby Pouya, # 15 Declaration of Brandon S. Floch, # 16 Exhibit A to the Declaration of Brandon S. Floch, # 17 Exhibit B to the Declaration of Brandon S. Floch)(Pouya, Bobby) (Entered: 06/26/2020) |
| 06/29/2020 | 3682 | STIPULATION *REGARDING EXHIBITS* (Darcy, David) (Entered: 06/29/2020) |

| 06/29/2020 | 3683 | STIPULATION of Dismissal *Pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii)* (Darcy, David) (Entered: 06/29/2020) |
|---|---|---|
| 06/29/2020 | 3684 | STIPULATION *Concerning Waiver of Service and Date for Stipulating Defendants to Answer Complaint* (Lustrin, Lori) (Entered: 06/29/2020) |
| 06/29/2020 | 3685 | RESPONSE by Barbeque Integrated, Inc., Boston Market Corporation, FIC Restaurants, Inc., The Johnny Rockets Group, Inc.in Support of MOTION by Plaintiff Maplevale Farms, Inc. to compel *Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Redacted Version) (Motion to File Unredacted Versio* 3672 *(Lustrin, Lori) (Entered: 06/29/2020)* |
| 07/01/2020 | 3686 | NOTICE by Christopher Cormier of Change of Address (Cormier, Christopher) (Entered: 07/01/2020) |
| 07/02/2020 | 3687 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)by Certain Defendants to Exclude Bid-Rigging Claims from the In re Broilers Consolidated Proceedings (Laytin, Daniel) (Entered: 07/02/2020) |
| 07/02/2020 | 3688 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion for miscellaneous relief, 3687 *Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broilers Consolidated Proceedings* (Laytin, Daniel) (Entered: 07/02/2020) |
| 07/02/2020 | 3689 | MOTION by Defendants Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for protective order (Attachments: # 1 Declaration of Jessica L. Falk, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Mahan, Carrie) (Entered: 07/02/2020) |
| 07/02/2020 | 3690 | MOTION by Defendant Pilgrim's Pride Corporation to seal *Defendants' Motion for Protective Order, the Declaration of Jessica L. Falk to the Motion, and Exhibits C, D, E, F, G, H, I, and J to the Motion* (Mahan, Carrie) (Entered: 07/02/2020) |
| 07/02/2020 | 3691 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Defendants' Motion for Protective Order* (Attachments: # 1 Declaration of Jessica L. Falk, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Mahan, Carrie) (Entered: 07/02/2020) |
| 07/02/2020 | 3692 | MEMORANDUM by Peco Foods, Inc. in support of motion for miscellaneous relief, 3687 *to Exclude Bid-Rigging Claims from the IN Re Broilers Consolidated Proceedings* (Fitzgerald, Patrick) (Entered: 07/02/2020) |

| 07/06/2020 | 3693 | STIPULATION *and Notice of Voluntary Dismissal Without Prejudice as to the Amick Company, Inc., Amick-OSI Broilers, and Amick-OSI Processing, LLC* (Lustrin, Lori) (Entered: 07/06/2020) |
| 07/07/2020 | 3694 | MINUTE entry before the Honorable Thomas M. Durkin:Responses to Certain Defendants motion to Exclude Bid-Rigging Claims from the In re Broilers Consolidated Proceedings 3687 is due by 8/6/2020. Replies due by 8/20/2020.Mailed notice (srn, ) (Entered: 07/07/2020) |
| 07/07/2020 | 3695 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' counsel should send an email to the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov, with a proposed briefing schedule for Defendants' Motion for Protective Order 3689 after conferring with Defendants' counsel. If the parties disagree as to a briefing schedule, Plaintiffs' counsels' email to the Court's courtroom deputy should so state and the Court will set the schedule. Mailed notice (ber, ) (Entered: 07/07/2020) |
| 07/09/2020 | 3696 | ORDER GRANTING COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT AMICK FARMS, LLC AND FOR CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS. Plaintiffs' uncontested motion for preliminary approval of settlement 3668 is granted. Signed by the Honorable Thomas M. Durkin on 7/9/2020:Mailed notice(srn, ) (Entered: 07/09/2020) |
| 07/09/2020 | 3697 | MOTION by Plaintiffs Fargo Stopping Center LLC, Sargent'sCORRECTED motion by Alexander Barnett to Appear Pro Hac Vice (Barnett, Alexander) (Entered: 07/09/2020) |
| 07/10/2020 | 3698 | ORDER Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020: Mailed notice. (Clerk3, Docket) (Entered: 07/10/2020) |
| 07/10/2020 | 3699 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3697 is granted; Attorney Alexander Barnett for Fargo Stopping Center, LLC, and Sargent's Restaurant and Lounge added.Mailed notice (srn, ) (Entered: 07/10/2020) |
| 07/10/2020 | 3700 | STATUS Report *(Joint Status Report filed by Liaison Counsel for Direct-Action Plaintiffs and Defendants)* by Ahold Delhaize USA, Inc. (Porter, Julie) (Entered: 07/10/2020) |
| 07/13/2020 | 3701 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Defendants' Motion for Protective Order 3689 : Plaintiffs' response due by 7/17/2020 and Defendants' reply due by 7/28/2020. Mailed notice (ber, ) (Entered: 07/13/2020) |
| 07/13/2020 | 3702 | RESPONSE by United States of America to MOTION by Plaintiff Maplevale Farms, Inc. to compel *Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Redacted Version) (Motion to File Unredacted Versio* 3672 *(Torzilli, Paul) (Entered: 07/13/2020)* |

| 07/13/2020 | 3703 | RESPONSE by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's, Inc., Gerber's Poultry, Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLCin Opposition to MOTION by Plaintiff Maplevale Farms, Inc. to compel *Memorandum of Points and Authorities In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Redacted Version) (Motion to File Unredacted Versio 3672 (Attachments: # 1 Declaration of Stephen M Medlock, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N)(Zarlenga, Carmine) (Entered: 07/13/2020)* |
| --- | --- | --- |
| 07/15/2020 | 3704 | MEMORANDUM Opinion and Order: Defendants' motion to dismiss is denied in part and granted in part. 3159 The motion is denied to the extent that Puerto Rico's claims based on its direct purchases from Defendants may proceed. The motion is granted to the extent that Puerto Rico's claims based on indirect purchases, its unjust enrichment claims, and its claims parens patriae, are dismissed. Signed by the Honorable Thomas M. Durkin on 7/15/2020:Mailed notice(srn, ) (Entered: 07/15/2020) |
| 07/15/2020 | 3705 | Joint Letter Brief on the Remote Deposition Protocol (Redacted Version)(Motion for Leave to File Under Seal Pending) by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A (Redacted Version)(Motion for Leave to File Under Seal Pending), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Hart, Steven) (Entered: 07/15/2020) |
| 07/15/2020 | 3706 | MOTION by Plaintiff Maplevale Farms, Inc. to seal *DKT. ENTRY #3705 (JOINT LETTER BRIEF ON THE REMOTE DEPOSITION PROTOCOL)* (Hart, Steven) (Entered: 07/15/2020) |
| 07/16/2020 | 3707 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Joint Motion for Leave to File Under Seal the Joint Letter Brief of the Remote Deposition Protocol 3706 is granted. Plaintiffs are allowed to file the parties' Joint Letter under seal with the referenced paragraph unredacted. Mailed notice (ber, ) (Entered: 07/16/2020) |
| 07/16/2020 | 3708 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Joint Letter Brief on the Remote Deposition Protocol (Unredacted Version)(DKT. #3705)(Filed Under Seal)* (Attachments: # 1 Exhibit A (Unredacted Version)(Filed Under Seal))(Hart, Steven) (Entered: 07/16/2020) |
| 07/17/2020 | 3709 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In anticipation of the telephonic status hearing on 7/20/20, liaison counsel will receive an email requesting that they inform those lawyers within their respective constituencies |

who will be speaking on Monday of instructions to join the call via a web link that will identify them as counsel of record and allow the necessary permissions to address the Court. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (877) 336-1829 and the access code is 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (ber, ) (Entered: 07/17/2020)

| 07/17/2020 | 3710 | RESPONSE by Ahold Delhaize USA, Inc., Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Sysco Corporationin Opposition to MOTION by Defendants Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch M 3689 (Attachments: # 1 Declaration of Joshua J. Rissman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Wexler, Kenneth) (Entered: 07/17/2020) |
| --- | --- | --- |
| 07/20/2020 | 3711 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17230338. (Bhalla, Ravi) (Entered: 07/20/2020) |
| 07/20/2020 | 3712 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 7/20/20. All parties present telephonically for today's hearing are directed to provide their appearance information to liaison counsel, who shall provide that information to the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov for inclusion in the transcript of proceedings. The parties are directed to the transcript for a complete record of the hearing. By 8/18/20, the parties shall file a joint submission with respect to amending the existing case management order. By 8/28/20, the parties shall submit a schedule of the depositions that will be taken pursuant to the Court's 6/25/20 Memorandum Opinion Order 3674 , identifying any depositions that have been completed by that date and listing depositions that are confirmed and/or proposed for future dates. The depositions to be taken pursuant to the 6/25/20 Court's Memorandum Opinion and Order 3674 shall be completed by 9/30/20. Mailed notice (ber, ) (Entered: 07/20/2020) |
| 07/20/2020 | 3713 | MINUTE entry before the Honorable Thomas M. Durkin:Motion to appear pro hac vice 3711 is granted; Attorney Ravi Bhalla for Walmart, Inc. added. Mailed notice (srn, ) (Entered: 07/20/2020) |
| 07/21/2020 | 3714 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Protective Order 3689 is set for ruling on 8/5/20 at 11:00 a.m. (Central time). Liaison counsel will receive an email of instructions to join the call via web link that will identify them as counsel of record and allow the necessary permissions to address the Court. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (877) 336-1829 and the access code is 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice (ber, ) (Entered: 07/21/2020) |
| 07/24/2020 | 3715 | MOTION by Movant Independent Purchasing Cooperative, Inc. to seal document *Motion to File First Amended Complaint Under Seal Pursuant to Local Rule 26.2* (Miller, Marvin) (Entered: 07/24/2020) |
| 07/24/2020 | 3716 | *First* AMENDED complaint by Independent Purchasing Cooperative, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, |

LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Miller, Marvin) (Entered: 07/24/2020)

| 07/24/2020 | 3717 | SEALED DOCUMENT by Movant Independent Purchasing Cooperative, Inc. *First Amended Complaint for Violations of the Federal Antitrust Laws* (Miller, Marvin) (Entered: 07/24/2020) |
|---|---|---|
| 07/24/2020 | 3718 | REPLY by Plaintiff Maplevale Farms, Inc. to motion to compel,,,,,, 3672 *Reply In Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations(Redacted Version)(Motion for Leave to File Under Seal Pending)* (Attachments: # 1 Declaration of Bobby Pouya in Support of Plaintiffs' Reply Regarding Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Redacted Version)(Motion to File Under Seal Pending), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H (Redacted Version)(Motion for Leave to File Under Seal Pending))(Pouya, Bobby) (Entered: 07/24/2020) |
| 07/24/2020 | 3719 | MOTION by Plaintiff Maplevale Farms, Inc. to seal document reply,, 3718 *DKT. ENTRY # 3718 (Reply in Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations)* (Pouya, Bobby) (Entered: 07/24/2020) |
| 07/27/2020 | 3720 | TRANSCRIPT OF PROCEEDINGS held on 7/20/2020 before the Honorable Jeffrey T. Gilbert. Order Number: 38788. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 8/17/2020. Redacted Transcript Deadline set for 8/27/2020. Release of Transcript Restriction set for 10/26/2020. (Spee, Amy) (Entered: 07/27/2020) |
| 07/27/2020 | 3721 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Reply Regarding Motion to Compel Discovery Relating to Defendants' Antitrust Violations and the Declaration of Bobby Pouya in Support Thereof 3719 is granted. Mailed notice (ber, ) (Entered: 07/27/2020) |
| 07/27/2020 | 3722 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Reply in Support of Plaintiffs' Motion to Compel Discovery Relating to Defendants' Antitrust Violations (Unredacted Version)(DKT #3718)(Filed Under Seal)* (Attachments: # 1 Declaration of Bobby Pouya in Support of Plaintiffs' Reply Regarding Motion to Compel to Discovery Relating to Defendants' Antitrust Violations(Unredacted |

| | | Version)(DKT # 3718-1)(Filed Under Seal),# 2 Exhibit 8 (Unredacted Version) (DKT # 3718-9)(Filed Under Seal))(Pouya, Bobby) (Entered: 07/27/2020) |
|---|---|---|
| 07/28/2020 | 3723 | REPLY by Defendants Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to motion for protective order,,,, 3689 (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5 (Under Seal), # 7 Exhibit 6 (Under Seal))(Mahan, Carrie) (Entered: 07/28/2020) |
| 07/28/2020 | 3724 | MOTION by Defendant Pilgrim's Pride Corporation to seal document *Exhibits 5 and 6 to Defendants' Reply In Support of their Motion for Protective Order* (Mahan, Carrie) (Entered: 07/28/2020) |
| 07/28/2020 | 3725 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Exhibits 5 and 6 to Defendants' Reply In Support of their Motion for Protective Order* (Attachments: # 1 Exhibit 5 (Filed Under Seal), # 2 Exhibit 6 (Filed Under Seal)) (Mahan, Carrie) (Entered: 07/28/2020) |
| 07/29/2020 | 3726 | STIPULATION *Agreed Stipulation Concerning Date for Stipulating Defendants to Answer Puerto Rico's Complaint* (Cottrell, Christa) (Entered: 07/29/2020) |
| 07/29/2020 | 3727 | ORDER: This matter is before the Court on All Plaintiffs' Motion to Amend the Court's August 28, 2018 Order (Doc. 1155) and Scheduling Order No. 13 (Doc. 3420) to Permit Limited Evidentiary Discovery After the Fact Discovery Deadline [ECF No. 3570]. For the reasons discussed, All Plaintiffs' Motion [ECF No. 3570] is granted in part. See attached Statement for further details. Signed by the Honorable Jeffrey T. Gilbert on 7/29/2020. Mailed notice(ber, ) (Entered: 07/29/2020) |
| 07/29/2020 | 3728 | ORDER Adopting Stipulation Concerning Date for Stipulating Defendants to Answer Complaint signed by the Honorable Thomas M. Durkin on 7/29/2020.Mailed notice(sxw, ) (Entered: 07/29/2020) |
| 07/31/2020 | 3729 | ORDER AND STIPULATION CONCERNING REMOTE DEPOSITION PROTOCOL. Signed by the Honorable Jeffrey T. Gilbert on 7/31/2020. Mailed notice(ber, ) (Entered: 07/31/2020) |
| 08/03/2020 | 3730 | ORDER: Defendants' Motion for Protective Order [ECF No. 3691] ("Defendants' Motion") is granted. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 8/3/2020. Mailed notice(ber, ) (Entered: 08/03/2020) |
| 08/05/2020 | 3731 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 8/5/20. All parties present telephonically for today's hearing who want to be reflected as attending the conference are directed to provide their appearance information to liaison counsel, who shall provide that information to the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov for inclusion in the transcript of proceedings. The parties are directed to the transcript for a complete record of the hearing. The Court's order of 8/3/20 3730 is modified so that |

Plaintiffs shall provide at least 5 business days advance notice before a Rule 30(b)(6) deposition of the topics to be covered at that deposition including without limitation notice of the specific transactions, decisions, and communications about which Plaintiffs may inquire at the deposition of a Rule 30(b)(6) corporate designee. Plaintiffs' oral motion to extend to 8/26/20 the filing of a joint submission concerning revisions to the case management schedule is granted. Plaintiffs shall tender to Defendants a proposed draft of a revised case management schedule by 8/14/20. Defendants shall respond to Plaintiffs' proposals by 8/20/20. If there are major disputes about the case management schedule that the parties anticipate may provoke voluminous submissions to the Court, then liaison counsel shall so inform the Court's courtroom deputy so that a telephone conference can be arranged for the week of 8/17/20 in an effort to prevent that exercise in connection with revising the case management schedule. Also by 8/26/20, the parties shall submit a confirmed schedule of the depositions that will be taken pursuant to the Court's 6/25/20 Memorandum Opinion and Order 3674 , identifying any depositions that have been completed by that date and listing the depositions that are confirmed for future dates. At Plaintiffs' request, the Court strikes the date for Plaintiffs to file their class certification motions and the associated dates for briefing and expert discovery on class issues. A revised schedule for briefing class certification issues will be included in the case management schedule that will be submitted on 8/26/20. If a telephone conference is necessary to address anything in the parties' proposed case management schedule as submitted on 8/26/20, then a telephone conference is set for 9/10/20 at 11:00 a.m. Central time. Liaison counsel will receive an email of instructions to join the call via web link that will identify them as counsel of record and allow the necessary permissions to address the Court. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (877) 336-1829 and the access code is 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceeding. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Mailed notice (ber, ) Modified on 8/5/2020 (ber, ). (Entered: 08/05/2020)

| 08/06/2020 | 3732 | RESPONSE by Barbeque Integrated, Inc., Boston Market Corporation, FIC Restaurants, Inc., The Johnny Rockets Group, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)by Certain Defendants to Exclude Bid-Rigging Claims from the In re Broilers Conso 3687 (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit A (Under Seal), # 3 Exhibit B (Under Seal))(Lustrin, Lori) (Entered: 08/06/2020) |
| 08/06/2020 | 3733 | MOTION by Plaintiffs Barbeque Integrated, Inc., Boston Market Corporation, FIC Restaurants, Inc., The Johnny Rockets Group, Inc.to Seal Exhibits A and B to Docket Entry No. 3732 (Lustrin, Lori) (Entered: 08/06/2020) |
| 08/06/2020 | 3734 | NOTICE of Motion by Lori P Lustrin for presentment of motion for miscellaneous relief 3733 before Honorable Thomas M. Durkin on 8/13/2020 at 09:00 AM. (Lustrin, Lori) (Entered: 08/06/2020) |
| 08/06/2020 | 3735 | TRANSCRIPT OF PROCEEDINGS held on 8/5/2020 before the Honorable Jeffrey T. Gilbert. Order Number: 38935. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be |

| | | |
|---|---|---|
| | | viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 8/27/2020. Redacted Transcript Deadline set for 9/8/2020. Release of Transcript Restriction set for 11/4/2020. (Fennell, Kathleen) (Entered: 08/06/2020) |
| 08/06/2020 | 3736 | RESPONSE by Maplevale Farms, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)by Certain Defendants to Exclude Bid-Rigging Claims from the In re Broilers Conso 3687 *Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings (Redacted Version) (Motion for Leave to File Under Seal Pending)* (Attachments: # 1 Declaration of Bobby Pouya in Support of Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings (Redacted Version) (Motion for Leave to File Under Seal Pending), # 2 Exhibit A to the Declaration of Bobby Pouya, # 3 Exhibit B to the Declaration of Bobby Pouya, # 4 Exhibit C to the Declaration of Bobby Pouya (Redacted Version) (Motion for Leave to File Under Seal Pending), # 5 Exhibit D to the Declaration of Bobby Pouya, # 6 Exhibit E to the Declaration of Bobby Pouya, # 7 Exhibit F to the Declaration of Bobby Pouya, # 8 Exhibit G to the Declaration of Bobby Pouya, # 9 Exhibit H to the Declaration of Bobby Pouya, # 10 Exhibit I to the Declaration of Bobby Pouya, # 11 Exhibit J to the Declaration of Bobby Pouya (Redacted Version) (Motion for Leave to File Under Seal Pending), # 12 Exhibit K to the Declaration of Bobby Pouya)(Pouya, Bobby) (Entered: 08/06/2020) |
| 08/06/2020 | 3737 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Plaintiffs' Motion for Leave to File Under Seal the Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings and the Declaration of Bobby Pouya in Support Thereof* (Pouya, Bobby) (Entered: 08/06/2020) |
| 08/06/2020 | 3738 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Renewed Motion for Leave to Amend Complaint* (Attachments: # 1 Exhibit A - REDACTED [Proposed] Fifth Amended Complaint, # 2 Exhibit B - REDACTED Redlined [Proposed] Fifth Amended Complaint)(Scarlett, Shana) (Entered: 08/06/2020) |
| 08/06/2020 | 3739 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for leave to file, 3738 *Renewed Motion for Leave to Amend Complaint* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit 1)(Scarlett, Shana) (Entered: 08/06/2020) |
| 08/06/2020 | 3740 | *End-User Consumer Plaintiffs' Notice of Renewed Motion for Leave to Amend Complaint* NOTICE of Motion by Shana Scarlett for presentment of (Scarlett, Shana) (Entered: 08/06/2020) |
| 08/06/2020 | 3741 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document *[Proposed] Fifth Consolidated Amended Class Action Complaint* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 08/06/2020) |

| 08/06/2020 | 3742 | *Notice of Motion for Leave to File Under Seal by End-User Consumer Plaintiffs'* NOTICE of Motion by Shana Scarlett for presentment of (Scarlett, Shana) (Entered: 08/06/2020) |
|---|---|---|
| 08/06/2020 | 3743 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs (Attachments: # 1 SEALED Redlined [Proposed] Fifth Consolidated Amended Class Action Complaint)(Scarlett, Shana) (Entered: 08/06/2020) |
| 08/06/2020 | 3744 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Co-Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 08/06/2020) |
| 08/06/2020 | 3745 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for joinder *to Certain Defendants' Motion to Exclude Bid-Rigging Claims 3687* (Laytin, Daniel) (Entered: 08/06/2020) |
| 08/07/2020 | 3746 | MINUTE entry before the Honorable Thomas M. Durkin: The new Daps' motion for leave to file under seal "exhibit a" and "exhibit b" to dkt. #3732 the new Daps' memorandum of law in opposition to certain defendants' motion to exclude bid-rigging claims from the in re broilers consolidated proceedings 3733 is granted; Plaintiffs' motion for leave to file under seal the opposition by class plaintiffs and direct action plaintiffs to certain defendants' motion to exclude bid-rigging claims from the in re broiler consolidated proceedings and the declaration of Bobby Pouya in support thereof 3737 is granted; End-user consumer plaintiffs' renewed motion for leave to amend complaint 3738 is granted; End-user consumer plaintiffs' renewed motion for leave to file under seal [proposed] fifth consolidated amended class action complaint 3741 is granted. Mailed notice (sxw, ) (Entered: 08/07/2020) |
| 08/07/2020 | 3747 | *End-User Consumer Plaintiffs' Fifth Consolidated Amended Class Action Complaint* AMENDED complaint by End-User Consumer Plaintiffs against All Defendants *(Redacted Version)* (Berman, Steve) (Entered: 08/07/2020) |
| 08/07/2020 | 3748 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Fifth Consolidated Amended Class Action Complaint* (Berman, Steve) (Entered: 08/07/2020) |
| 08/07/2020 | 3749 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings (Unredacted Version) (ECF No. 3736) (Filed Under Seal)* (Attachments: # 1 Declaration of Bobby Pouya in Support of Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings (Unredacted Version) (ECF No. 3736-1) (Filed Under Seal), # 2 Exhibit C to the Declaration of Bobby Pouya in Support of Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings (Unredacted Version) (ECF No. 3736-4) (Filed Under Seal), # 3 Exhibit J to the Declaration of Bobby Pouya in Support of Opposition by Class Plaintiffs and Direct Action Plaintiffs to Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broiler Consolidated Proceedings (Unredacted Version) (ECF No. 3736-11) (Filed Under Seal))(Pouya, Bobby) (Entered: 08/07/2020) |
| 08/07/2020 | 3750 | SEALED DOCUMENT by Plaintiffs Barbeque Integrated, Inc., Boston Market Corporation, FIC Restaurants, Inc., The Johnny Rockets Group, Inc. *Exhibits A* |

| | | |
|---|---|---|
| | | and Dishes New DAPS' Opposition to certain Defendants' Motion to Exclude Bid-Rigging Claims from the In Re Broilers Consolidated Proceedings (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal)) (Lustrin, Lori) (Entered: 08/07/2020) |
| 08/07/2020 | 3751 | MINUTE entry before the Honorable Thomas M. Durkin: Due to a clerical error, the court enters the following corrective entry in place of docket entry 3746 : The court enters the following briefing schedule on End-user consumer plaintiffs' renewed motion for leave to amend complaint 3738 : response due on or before 8/28/2020; reply due on or before 9/11/2020. End-User Consumer Plaintiffs' Fifth Consolidated Amended Class Action Complaint Amended complaint by End-User Consumer Plaintiffs against All Defendants 3747 3748 are stricken. The new Daps' motion for leave to file under seal "exhibit a" and "exhibit b" to dkt. #3732 the new Daps' memorandum of law in opposition to certain defendants' motion to exclude bid- rigging claims from the in re broilers consolidated proceedings 3733 is granted; Plaintiffs' motion for leave to file under seal the opposition by class plaintiffs and direct action plaintiffs to certain defendants' motion to exclude bid-rigging claims from the in re broiler consolidated proceedings and the declaration of Bobby Pouya in support thereof 3737 is granted; End-user consumer plaintiffs' renewed motion for leave to file under seal [proposed] fifth consolidated amended class action complaint 3741 is granted. Motion hearing set on 8/13/2020 is cancelled.Mailed notice (sxw, ) (Entered: 08/07/2020) |
| 08/07/2020 | 3752 | MINUTE entry before the Honorable Thomas M. Durkin: The following briefing schedule is set on Joinder to certain defendants' motion to exclude bid-rigging claims from the in re broilers consolidated proceedings 3745 : Responses are due by 8/20/2020. Replies are due by 9/3/2020.Mailed notice (sxw, ) (Entered: 08/07/2020) |
| 08/09/2020 | 3753 | NOTICE by Sysco Corporation, US Foods, Inc. *Notice by Co-Liaison Counsel for DAPs of List of DAPs* (Attachments: # 1 Exhibit List of DAPs)(Gant, Scott) (Entered: 08/09/2020) |
| 08/10/2020 | 3754 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file excess pages *Direct Purchaser Plaintiffs' Motion for Leave to File Excess Pages* (Hart, Steven) (Entered: 08/10/2020) |
| 08/11/2020 | 3755 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 3754 is granted. Mailed notice (ewf, ) (Entered: 08/11/2020) |
| 08/12/2020 | 3756 | STIPULATION *Concerning Date for Stipulating Defendants to Answer Puerto Rico's Complaint* (Cottrell, Christa) (Entered: 08/12/2020) |
| 08/13/2020 | 3757 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlements With Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC* (Attachments: # 1 Declaration of Bobby Pouya, # 2 Declaration of Jennifer Keough, # 3 Exhibit A to Declaration of Jennifer Keough, # 4 Exhibit B to Declaration of Jennifer Keough, # 5 Exhibit C to Declaration of Jennifer Keough, # 6 Exhibit D to Declaration of Jennifer Keough, # 7 Exhibit E1-E4 to Declaration of Jennifer Keough, # 8 Exhibit F1-F2 to Declaration of Jennifer Keough, # 9 Exhibit G to Declaration of Jennifer Keough, # 10 Exhibit H to Declaration of Jennifer Keough)(Pouya, Bobby) (Entered: 08/13/2020) |
| 08/13/2020 | 3758 | *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Final Approval of Settlements With Defendants Peco Foods, Inc., George's Inc., George's Farms,* |

| | | *Inc., and Amick Farms, LLC)* NOTICE of Motion by Bobby Pouya for presentment of motion for settlement,,, 3757 before Honorable Thomas M. Durkin on 8/27/2020 at 09:30 AM. (Pouya, Bobby) (Entered: 08/13/2020) |
|---|---|---|
| 08/18/2020 | 3759 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for leave to file *Single Reply Brief Not to Exceed 15 Pages* (Laytin, Daniel) (Entered: 08/18/2020) |
| 08/19/2020 | 3760 | MINUTE entry before the Honorable Thomas M. Durkin: Certain Defendants'1 motion for leave to file single reply brief not to exceed 15 page 3759 is granted.Mailed notice (mjc, ) (Entered: 08/19/2020) |
| 08/19/2020 | 3761 | MINUTE entry before the Honorable Thomas M. Durkin: Telephonic hearing on Direct Purchaser Plaintiffs' motion for final approval of settlements with Defendants Peco Foods, Inc., George's Inc., George's Farms, Inc., and Amick Farms set for 8/27/20 at 9:30 a.m. To join, please dial 877-402-9757, access code 4410831.Mailed notice (mjc, ) (Entered: 08/19/2020) |
| 08/19/2020 | 3762 | ORDER adopting stipulation concerning date for stipulating defendants to answer complaint. Signed by the Honorable Thomas M. Durkin on 8/19/2020.Mailed notice(mjc, ) (Entered: 08/19/2020) |
| 08/20/2020 | 3763 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit)(Laytin, Daniel) (Entered: 08/20/2020) |
| 08/20/2020 | 3764 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *Ex. A to Reply in Support of Motion to Exclude Bid-Rigging Claims* (Laytin, Daniel) (Entered: 08/20/2020) |
| 08/20/2020 | 3765 | REPLY by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)by Certain Defendants to Exclude Bid-Rigging Claims from the In re Broilers Conso 3687 , response in opposition to motion,,,,,, 3736 , response in opposition to motion,, 3732 *Reply in Support of Certain Defendants' Motion to Exclude Bid-Rigging Claims from the In re Broilers Consolidated Proceedings* (Attachments: # 1 Exhibit Filed Under Seal, # 2 Exhibit 12/21/2007 Sanderson Farms 10-K)(Laytin, Daniel) (Entered: 08/20/2020) |

| 08/20/2020 | 3766 | RESPONSE by Direct Purchaser Plaintiffs to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for joinder *to Certain Defendants' Motion to Exclude Bid-Rigging Claims 3745 (Pouya, Bobby) (Entered: 08/20/2020)* |
|---|---|---|
| 08/20/2020 | 3767 | RESPONSE by Independent Purchasing Cooperative, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for joinder *to Certain Defendants' Motion to Exclude Bid-Rigging Claims 3745 (Shapiro, Jay) (Entered: 08/20/2020)* |
| 08/24/2020 | 3768 | MOTION by Plaintiff PJ Food Service, Inc. to withdraw *appearance of Scott R. Wilson* (Iovieno, Philip) (Entered: 08/24/2020) |
| 08/24/2020 | 3769 | *Notice of Motion for Leave to Withdraw Appearance of Scott R. Wilson by PJ Food Service, Inc.* NOTICE of Motion by Philip J. Iovieno for presentment of (Iovieno, Philip) (Entered: 08/24/2020) |
| 08/24/2020 | 3770 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to withdraw appearance of Scott R. Wilson 3768 is granted. Attorney Scott R. Wilson is terminated. Mailed notice. (mgh, ) (Entered: 08/24/2020) |
| 08/24/2020 | 3771 | MOTION by Plaintiffs Sysco Corporation, US Foods, Inc. to withdraw *appearance of Kyle Smith* (Gant, Scott) (Entered: 08/24/2020) |
| 08/24/2020 | 3772 | MINUTE entry before the Honorable Elaine E. Bucklo:Motion for leave to withdraw appearance of Kyle Smith 3771 is granted. Attorney Kyle N Smith is terminated. Mailed notice. (mgh, ) (Entered: 08/24/2020) |
| 08/24/2020 | 3773 | MINUTE entry before the Honorable Thomas M. Durkin: Minute entry 3772 is amended to reflect that the order was entered by Honorable Thomas M. Durkin and not Honorable Elaine E. Bucklo. Mailed notice. (mgh, ) (Entered: 08/24/2020) |
| 08/24/2020 | 3774 | Request for Continuance of Hearing on the Motion for Final Approval of Settlement Between Direct Purchaser Plaintiffs and Defendants Peco Foods, Inc., George's, Inc. George's Farms, Inc., and Amick Farms, LLC by Direct Purchaser Plaintiffs (Pouya, Bobby) (Entered: 08/24/2020) |
| 08/25/2020 | 3775 | MINUTE entry before the Honorable Thomas M. Durkin: At the parties' request 3774 , the telephonic hearing on Direct Purchased Plaintiffs' motion for final approval of settlements with Defendants Peco Foods, George's, George's Farms, and Amick Farms set for 8/27/2020 at 9:30 A.M. is canceled and is re-set for 9/14/2020 at 10:00 A.M. To join, please dial 877-402-9757, access code 4410831. Mailed notice. (mgh, ) (Entered: 08/25/2020) |
| 08/26/2020 | 3776 | STIPULATION regarding amended complaint,,,, 3716 *Stipulation Concerning Waiver of Service and Date for Keystone Defendants to Answer* (Miller, Marvin) (Entered: 08/26/2020) |
| 08/26/2020 | 3777 | NOTICE by Direct Purchaser Plaintiffs *(Notice of Filing of Amended Proposed Order and List of Requests for Exclusion Regarding Direct Purchaser Plaintiffs' Motion for Final Approval of Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc. and Amick Farms, LLC* (Attachments: # 1 Exhibit 1- [Amended Proposed] Order Granting Final Approval with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., # 2 Exhibit 2 - [Amended Proposed] Order Granting Final Approval with Defendant Amick Farms, LLC, # |

| | | 8 Exhibit List of Entities Removed from Previous Caption 1103, # 4 Declaration of Jennifer M. Keough, # 5 Certificate of Service)(Pouya, Bobby) (Entered: 08/26/2020) |
|---|---|---|
| 08/26/2020 | 3778 | MINUTE entry before the Honorable Thomas M. Durkin: In the Joint Status Report of July 10, 2020 3700 regarding the Court's order that the Direct-Action Plaintiffs and Defendants confer regarding the preparation of consolidated pleadings 3653 , the Direct-Action Plaintiffs stated that the preparation of a consolidated complaint "may function as an amendment." Two motions are currently pending regarding whether so-called "bid-rigging" claims will be a part of this case 3687 3745 . The consolidated pleadings the Court has ordered should not be filed until the Court has ruled on these two motions. The Court will set a deadline for filing consolidated pleadings in ruling on those motions that will be set no earlier than 30 days after the ruling, or the October 9, 2020 date suggested in the status report, whichever is later. In general, the parties are prohibited from using the preparation of consolidated pleadings as a vehicle for amending their pleadings. If the Direct-Action Plaintiffs (or any other Plaintiffs, for that matter) want to amend their complaints, they must file a motion seeking leave to do so. Mailed notice. (mgh, ) (Entered: 08/26/2020) |
| 08/26/2020 | 3779 | ORDER ADOPTING STIPULATION signed by the Honorable Thomas M. Durkin on 8/26/2020. Mailed notice. (mgh, ) (Entered: 08/26/2020) |
| 08/26/2020 | 3780 | NOTICE of Voluntary Dismissal by Commonwealth of Puerto Rico (Mulder, Michael) (Entered: 08/26/2020) |
| 08/26/2020 | 3781 | NOTICE REGARDING SCHEDULING DEPOSITIONS AND FILING OF AMENDED SCHEDULING ORDER NO. 14(Redacted Version)(Motion for Leave to File Under Seal Pending) by Maplevale Farms, Inc. (Attachments: # 1 Exhibit A)(Pouya, Bobby) (Entered: 08/26/2020) |
| 08/26/2020 | 3782 | MOTION by Plaintiff Maplevale Farms, Inc. to seal document other 3781 *DKT. ENTRY # 3781 (Notice Regarding Scheduled Depositions and Filing of Amended Scheduling Order No. 14))* (Pouya, Bobby) (Entered: 08/26/2020) |
| 08/27/2020 | 3783 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal The Notice Regarding Scheduled Depositions and Filing of Amended Scheduling Order No. 14 3782 is granted. Plaintiffs shall file an unredacted version of the Notice promptly. Mailed notice (ber, ) (Entered: 08/27/2020) |
| 08/27/2020 | 3784 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Notice Regarding Scheduled Depositions and Filing of Amended Scheduling Order No. 14 (DKT. #3781)(Filed Under Seal)* (Pouya, Bobby) (Entered: 08/27/2020) |
| 08/27/2020 | 3785 | MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff, Commonwealth of Puerto Rico has filed a notice of voluntary dismissal. Commonwealth of Puerto Rico is terminated. Mailed notice. (mgh, ) (Entered: 08/27/2020) |
| 08/27/2020 | 3786 | MINUTE entry before the Honorable Thomas M. Durkin: Minute entry 3785 is amended to reflect that the order was entered by Honorable Thomas M. Durkin and not Honorable Elaine E. Bucklo. Mailed notice. (mgh, ) (Entered: 08/27/2020) |
| 08/28/2020 | 3787 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Rachel Johanna Adcox (Adcox, Rachel) (Entered: 08/28/2020) |

| | | |
|---|---|---|
| 08/28/2020 | 3788 | SCHEDULING ORDER NO. 14. Signed by the Honorable Jeffrey T. Gilbert on 8/28/2020. Mailed notice(ber, ) (Entered: 08/28/2020) |
| 08/28/2020 | 3789 | RESPONSE by Defendants Agri Stats, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Defendants' Response in Opposition to End-User Consumer Plaintiffs' Motion to Amend Complaint 3738* (Attachments: # 1 Declaration of Christopher J. Abbott, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Mahan, Carrie) (Entered: 08/28/2020) |
| 08/28/2020 | 3790 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed and approves the parties' Notice Regarding Scheduled Depositions 3781 3784 . By 9/23/20, the parties shall file a supplemental notice with confirmed dates for the depositions that still remain to be scheduled pursuant to that Notice 3781 3784 . Mailed notice (ber, ) (Entered: 08/28/2020) |
| 08/28/2020 | 3791 | MOTION by Defendant Pilgrim's Pride Corporation to seal document 3789 *Defendants' Opposition and Exhibits to Defendants' Opposition to End-User Consumer Plaintiffs' Motion to Amend Complaint 3738* (Mahan, Carrie) (Entered: 08/28/2020) |
| 08/28/2020 | 3792 | SEALED RESPONSE *Defendants' Response in Opposition to End-User Consumer Plaintiffs' Motion to Amend Complaint 3738* (Attachments: # 1 Exhibit B (Filed Under Seal))(Mahan, Carrie) (Entered: 08/28/2020) |
| 08/31/2020 | 3793 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Jordan Matthew Tank (Tank, Jordan) (Entered: 08/31/2020) |
| 08/31/2020 | 3794 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Sahrish Moyeed (Moyeed, Sahrish) (Entered: 08/31/2020) |
| 08/31/2020 | 3795 | MEMORANDUM motion for settlement,,, 3757 by Amick Farms, LLC, George's Farms, Inc., George's Inc., Peco Foods, Inc. *Memorandum Regarding the Direct Purchaser Plaintiffs' Motion for Final Approval of Settlements with Defendants* (Attachments: # 1 Exhibit 1 - Declaration of J. Nicci Warr, # 2 Exhibit 2 [Proposed] Order Granting Final Approval of Peco and George's Settlements, # 3 Exhibit 3 [Proposed] Order Granting Final Approval of Amick Settlement, # 4 Exhibit 4 Alternative [Proposed] Order Granting Final Approval of Peco and George's Settlements, # 5 Exhibit 5 Alternative [Proposed] Order Granting Final Approval of Amick Settlement)(Bershteyn, Boris) (Entered: 08/31/2020) |

| 09/02/2020 | 3796 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17387051. (Taylor, Jarod) (Entered: 09/02/2020) |
|---|---|---|
| 09/02/2020 | 3797 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17387175. (Tanski, John) (Entered: 09/02/2020) |
| 09/02/2020 | 3798 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17387203. (Gaglio, Nicholas) (Entered: 09/02/2020) |
| 09/02/2020 | 3799 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17387296. (Lee, Kenina) (Entered: 09/02/2020) |
| 09/02/2020 | 3800 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17387349. (O'Mara, Michael) (Entered: 09/02/2020) |
| 09/02/2020 | 3801 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17387406. (Oakes, Daniel) (Entered: 09/02/2020) |
| 09/02/2020 | 3802 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 3796 , 3797 , 3798 , 3799 , 3800 , 3801 are granted. Mailed notice. (ecw, ) (Entered: 09/02/2020) |
| 09/02/2020 | 3803 | MOTION by Plaintiff CBBC OPCO, LLC, d/b/a Colorado Boxed Beef to substitute party (Attachments: # 1 Text of Proposed Order [Proposed] Order) (Coffman, Richard) (Entered: 09/02/2020) |
| 09/02/2020 | 3804 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by John M. Tanski (Tanski, John) (Entered: 09/02/2020) |
| 09/02/2020 | 3805 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Jarod G. Taylor (Taylor, Jarod) (Entered: 09/02/2020) |
| 09/02/2020 | 3806 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Nicholas Gaglio (Gaglio, Nicholas) (Entered: 09/02/2020) |
| 09/02/2020 | 3807 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Kenina J Lee (Lee, Kenina) (Entered: 09/02/2020) |
| 09/02/2020 | 3808 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Michael J O'Mara (O'Mara, Michael) (Entered: 09/02/2020) |
| 09/02/2020 | 3809 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC by Daniel K. Oakes (Oakes, Daniel) (Entered: 09/02/2020) |
| 09/03/2020 | 3810 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for joinder *to Certain Defendants' Motion to Exclude Bid-Rigging Claims* 3745 *(Attachments: # 1 Exhibit Flextronics Order on MTD (NDCA-5-19-cv-00078))(Laytin, Daniel) (Entered: 09/03/2020)* |

| 09/04/2020 | 3811 | Letter by United States of America *regarding Certain Defendants motion to exclude bid-rigging claims from In re Broiler consolidated proceeding* (Torzilli, Paul) (Entered: 09/04/2020) |
|---|---|---|
| 09/04/2020 | 3812 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the Court's entry of the parties' proposed Scheduling Order No. 14 on 8/28/20 3788 , there appears to be no need for the telephone conference tentatively set for 9/10/20 3731 and that hearing, therefore, is stricken, with no appearances necessary on that date. Mailed notice (ber, ) (Entered: 09/04/2020) |
| 09/04/2020 | 3813 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., *[REDACTED] PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WITH THE AMICK, GEORGE'S, AND PECO DEFENDANTS OR IN THE ALTERNATIVE MOTION FOR LATE OPT-OUT FROM SETTLEMENTS* (Attachments: # 1 Declaration of Daniel D. Owen [REDACTED], # 2 Declaration of Bryan Wangsgaard)(Owen, Daniel) (Entered: 09/04/2020) |
| 09/04/2020 | 3814 | SEALED MOTION by Plaintiff Associated Wholesale Grocers, Inc., *PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WITH THE AMICK, GEORGE'S, AND PECO DEFENDANTS OR IN THE ALTERNATIVE MOTION FOR LATE OPT-OUT FROM SETTLEMENTS* (Owen, Daniel) (Entered: 09/04/2020) |
| 09/04/2020 | 3815 | SEALED DOCUMENT by Plaintiff Associated Wholesale Grocers, Inc., *Declaration of Daniel D. Owen* (Owen, Daniel) (Entered: 09/04/2020) |
| 09/04/2020 | 3816 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., to seal document sealed document 3815 , SEALED MOTION by Plaintiff Associated Wholesale Grocers, Inc., *PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WI 3814 Motion for Leave to File Under Seal (Owen, Daniel) (Entered: 09/04/2020)* |
| 09/04/2020 | 3817 | *Notice of Motion for Plaintiff Associated Wholesale Grocers, Inc.'s Notice of Opt-Out and Objection to List of Opt-Outs Filed By Direct Purchaser Plaintiffs With Respect to the DPPs' Settlements With the Amick, George's, and Peco Defendants or in the Alternative Motion for Late Opt-Out From Settlements, and of Plaintiff Associated Wholesale Grocers, Inc.'s Motion for Leave to File Under Seal* NOTICE of Motion by Daniel D. Owen for presentment of (Owen, Daniel) (Entered: 09/04/2020) |
| 09/08/2020 | 3818 | MOTION by Plaintiff Bob Evans Farms, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Gore, Kristin) (Entered: 09/08/2020) |
| 09/08/2020 | 3819 | MOTION by Plaintiff The Fresh Market, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Gore, Kristin) (Entered: 09/08/2020) |
| 09/08/2020 | 3820 | MOTION by Plaintiff Wawa, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Gore, Kristin) (Entered: 09/08/2020) |

| 09/08/2020 | 3821 | STIPULATION *Concerning Date for Stipulating Plaintiffs to Amend Complaints* (Zarlenga, Carmine) (Entered: 09/08/2020) |
|---|---|---|
| 09/08/2020 | 3822 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Bob Evans Farms, Inc.'s motion to reassign case based on relatedness 3818 is granted. Plaintiff The Fresh Market, Inc.'s motion to reassign case based on relatedness 3819 is granted. Plaintiff Wawa, Inc.'s motion to reassign case based on relatedness 3820 is granted. This Court will recommend to the Executive Committee that case 20 C 5253 pending before Judge Ellis, case 20 C 5257 pending before Judge Shah, and case 20 C 5259 pending before Judge Blakey, be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 09/08/2020) |
| 09/09/2020 | 3823 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17409617. (de Fouw, Dylan) (Entered: 09/09/2020) |
| 09/09/2020 | 3824 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 3823 is granted. Attorney Dylan Wilson de Fouw for Harrison Poultry, Inc. added. Mailed notice. (ecw, ) (Entered: 09/09/2020) |
| 09/11/2020 | 3825 | STIPULATION *(Stipulated Proposed Order Continuing the Hearing on the Motion for Final Approval of Settlements Between Direct Purchaser Plaintiffs and Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC* (Pouya, Bobby) (Entered: 09/11/2020) |
| 09/11/2020 | 3826 | MINUTE entry before the Honorable Thomas M. Durkin: In light of the Stipulation 3825 , the telephonic hearing on the Motion for Final Approval of Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC, Inc. set for 9/14/2020 is canceled and is re-set for 10/26/2020 at 10:00 AM. To join, please dial 877-402-9757, access code 4410831. Mailed notice. (ecw, ) (Entered: 09/11/2020) |
| 09/11/2020 | 3827 | REPLY by End-User Consumer Plaintiffs to MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file *Renewed Motion for Leave to Amend Complaint* 3738 (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit A, # 3 Exhibit B)(Scarlett, Shana) (Entered: 09/11/2020) |
| 09/14/2020 | 3828 | MOTION by Plaintiffs Sysco Corporation, US Foods, Inc. to withdraw *appearance of Erica Spevack* (Gant, Scott) (Entered: 09/14/2020) |
| 09/14/2020 | 3829 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 3828 is granted. Attorney Erica Michelle Spevack terminated. Mailed notice. (ecw, ) (Entered: 09/14/2020) |
| 09/16/2020 | 3830 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC (Tank, Jordan) (Entered: 09/16/2020) |
| 09/17/2020 | 3831 | MOTION by Plaintiff WZ Franchise Corporation to reassign case *No.1:20-cv-5204 Based on Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Klinger, Gary) (Entered: 09/17/2020) |
| 09/17/2020 | 3832 | NOTICE of Motion by Gary Michael Klinger for presentment of motion to reassign case 3831 before Honorable Thomas M. Durkin on 9/24/2020 at 09:00 AM. (Klinger, Gary) (Entered: 09/17/2020) |

| | | |
|---|---|---|
| 09/17/2020 | 3833 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to reassign case based on relatedness 3831 is granted. This Court will recommend to the Executive Committee that case 20 C 5204, WZ Franchise Corporation v. Tyson Foods Inc et al, pending before the Honorable John Z. Lee be reassigned to this Court's calendar. Mailed notice. (ecw, ) (Entered: 09/17/2020) |
| 09/22/2020 | 3834 | MINUTE entry before the Honorable Thomas M. Durkin: Briefing schedule set on motion 3814 : any response due 10/2/20; reply due 10/9/20. Mailed notice. (ecw, ) (Entered: 09/22/2020) |
| 09/22/2020 | 3835 | MEMORANDUM Opinion and Order: Defendants' motions 3687 3745 are denied in part and granted in part. Plaintiffs' motion to compel 3672 is denied. See order for further details. Signed by the Honorable Thomas M. Durkin on 9/22/2020. Mailed notice. (ecw, ) (Entered: 09/22/2020) |
| 09/22/2020 | 3836 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Action Plaintiffs' consolidated complaint is due 10/23/20. Defendants' consolidated answer to the Direct Action Plaintiffs' consolidated complaint is due 11/23/20. Any amended class complaints are due 10/23/20. Defendants' consolidated answers to any amended class complaints are due 11/23/20. Mailed notice. (ecw, ) (Entered: 09/22/2020) |
| 09/22/2020 | 3837 | MINUTE entry before the Honorable Thomas M. Durkin: The End-User Plaintiffs have moved to amend their complaint to replace the named plaintiff for New York with Stephen Holt, who is also already the named plaintiff for Washington, D.C. The Court has no reason to question End-User counsel's representation that they only realized in late 2019 the potential inadequacy of the former named plaintiff for New York due to a revised analysis of the class period. Defendants argue that the End-Users should have known the former named plaintiff was inadequate from the inception of the case because he is counsel's best friend. But that was a risk for End-Users counsel to take that is not relevant to counsel's proffered reason for seeking to replace the named plaintiff. Furthermore, Mr. Holt has already been deposed and asked about his purchases in New York. Although the deadline for depositions of named plaintiffs has passed, Defendants do not contend that they will need to re-depose Mr. Holt. The Court assumes that if such a re-deposition is necessary, it will be limited and will not disturb the briefing scheduled for class certification. Neither side has stated otherwise. Therefore, because the End-Users acted with sufficient diligence and there has not been a showing of prejudice, the motion to amend the End-Users complaint to add Stephen Holt as the named plaintiff for New York 3738 is granted. The motion is also granted to the extent the End-Users seek to remove the class claims brought under Arizona, Montana, Mississippi, and West Virginia law. Mailed notice. (ecw, ) (Entered: 09/22/2020) |
| 09/22/2020 | 3838 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to substitute party 3803 is granted. Enter Order. Mailed notice. (ecw, ) (Entered: 09/22/2020) |
| 09/22/2020 | 3839 | ORDER RE: Plaintiff CBBC OPCO, LLC d/b/a/ Colorado Boxed Beef's Unopposed Motion to Substitute Plaintiff. Signed by the Honorable Thomas M. Durkin on 9/22/2020. Mailed notice. (ecw, ) (Entered: 09/22/2020) |
| 09/23/2020 | 3840 | Supplemental Notice Regarding Scheduled Depositions by Maplevale Farms, Inc. *(Public Redacted Version) (Motion to Seal Pending)* (Pouya, Bobby) (Entered: 09/23/2020) |

| 09/23/2020 | 3841 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Plaintiffs' Motion for Leave to File Under Seal the Supplemental Notice Regarding Scheduled Depositions* (Pouya, Bobby) (Entered: 09/23/2020) |
| 09/24/2020 | 3842 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Under Seal the Supplemental Notice Regarding Scheduled Depositions 3841 is granted. Plaintiffs' Motion does not include a statement that it is unopposed. Accordingly, if any Defendant objects to this order it promptly should notify the Court's courtroom deputy. Mailed notice (ber, ) (Entered: 09/24/2020) |
| 09/24/2020 | 3843 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Supplemental Notice Regarding Scheduled Depositions by Maplevale Farms Inc. (Unredacted Version) (Dkt. #3840)* (Pouya, Bobby) (Entered: 09/24/2020) |
| 09/25/2020 | 3844 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17474243. (Kuhlmann, Nicholas) (Entered: 09/25/2020) |
| 09/25/2020 | 3845 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 3844 is granted. Attorney Nicholas Sophus Kuhlmann for Mookie's Southern Cuisine LLC added. Mailed notice. (ecw, ) (Entered: 09/25/2020) |
| 09/25/2020 | 3846 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Casey Renee McGowan (McGowan, Casey) (Entered: 09/25/2020) |
| 09/25/2020 | 3847 | MINUTE entry before the Honorable Thomas M. Durkin: Motion 3099 for oral argument and motion 3184 to amend Scheduling Order No. 12 are denied as moot. Mailed notice. (ecw, ) (Entered: 09/25/2020) |
| 09/28/2020 | 3848 | ATTORNEY Appearance for Plaintiffs Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Amy M. Bowers (Bowers, Amy) (Entered: 09/28/2020) |

| | | |
|---|---|---|
| 09/30/2020 | 3849 | MOTION by Attorney Sarah Cortvriend to withdraw as attorney for Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach. No party information provided (Gore, Kristin) (Entered: 09/30/2020) |
| 09/30/2020 | 3850 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 3849 is granted. Attorney Sarah Cortvriend terminated. Mailed notice. (ecw, ) (Entered: 09/30/2020) |
| 10/02/2020 | 3851 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to Sealed motion, 3814 *(Direct Purchaser Plaintiffs' Response to Plaintiff Associated Wholesale Grocers, Inc.'s Notice of Opt-Out and Objection to List of Opt-Outs Filed by Direct Purchaser Plaintiffs with Respcet to the DPP's Settlements with the Amick, George's, and Peco Defendants or in the Alternative Motion for Late Opt-Out from Settlements* (Attachments: # 1 Declaration of Jennifer M. Keough)(Pouya, Bobby) (Entered: 10/02/2020) |
| 10/02/2020 | 3852 | RESPONSE by Amick Farms, LLC, George's Farms, Inc., George's Inc., Peco Foods, Inc. to SEALED MOTION by Plaintiff Associated Wholesale Grocers, Inc., *PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WI 3814 (Attachments: # 1 Declaration Declaration of Howard B. Iwrey)(Iwrey, Howard) (Entered: 10/02/2020)* |
| 10/02/2020 | 3853 | SEALED RESPONSE by Amick Farms, LLC, George's Farms, Inc., George's Inc., Peco Foods, Inc. to SEALED MOTION by Plaintiff Associated Wholesale Grocers, Inc., *PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WI 3814 (Attachments: # 1 Declaration of Howard B. Iwrey) (Iwrey, Howard) (Entered: 10/02/2020)* |
| 10/02/2020 | 3854 | MOTION by Defendants Amick Farms, LLC, George's Farms, Inc., George's Inc., Peco Foods, Inc. to seal *Docket No. 3853 Settling Defendants' Response to Plaintiff Associated Wholesale Grocers, Inc.'s Notice of Opt-Outs and Objection to List of Opt-Outs Filed by Direct Purchaser Plaintiffs with Respect to the DPP's Settlements with the Amick, George's, and Peco Defendants or in the Alternative Motion for Late Opt-Out from Settlements* (Iwrey, Howard) (Entered: 10/02/2020) |
| 10/02/2020 | 3855 | NOTICE of Motion by Howard Bruce Iwrey for presentment of motion to seal, 3854 before Honorable Thomas M. Durkin on 10/7/2020 at 09:00 AM. (Iwrey, Howard) (Entered: 10/02/2020) |

| 10/02/2020 | 3856 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to seal 3854 is granted. Mailed notice. (ecw, ) (Entered: 10/02/2020) |
|---|---|---|
| 10/08/2020 | 3857 | Notice of Case Filing by United States of America *Superseding Indictment* (Attachments: # 1 Exhibit Superseding Indictment)(Torzilli, Paul) (Entered: 10/08/2020) |
| 10/09/2020 | 3858 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Christina Rae Burgart Lopez (Lopez, Christina) (Entered: 10/09/2020) |
| 10/09/2020 | 3859 | REPLY by Associated Wholesale Grocers, Inc., to sealed response, 3853 , SEALED MOTION by Plaintiff Associated Wholesale Grocers, Inc., *PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WI 3814 , MOTION by Plaintiff Associated Wholesale Grocers, Inc., [REDACTED] PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENT 3813 , Response,, 3851 , response to motion, 3852 [REDACTED] (Zorogastua, Guillermo) (Entered: 10/09/2020)* |
| 10/09/2020 | 3860 | SEALED REPLY by Associated Wholesale Grocers, Inc., to sealed response, 3853 , SEALED MOTION by Plaintiff Associated Wholesale Grocers, Inc., *PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENTS WI 3814 , MOTION by Plaintiff Associated Wholesale Grocers, Inc., [REDACTED] PLAINTIFF ASSOCIATED WHOLESALE GROCERS, INC.'S NOTICE OF OPT-OUT AND OBJECTION TO LIST OF OPT-OUTS FILED BY DIRECT PURCHASER PLAINTIFFS WITH RESPECT TO THE DPP'S SETTLEMENT 3813 , Response,, 3851 , response to motion, 3852 (Zorogastua, Guillermo) (Entered: 10/09/2020)* |
| 10/09/2020 | 3861 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., to seal document *Motion for Leave to File Under Seal* (Zorogastua, Guillermo) (Entered: 10/09/2020) |
| 10/09/2020 | 3862 | NOTICE of Motion by Guillermo Gabriel Zorogastua for presentment of (Zorogastua, Guillermo) (Entered: 10/09/2020) |
| 10/13/2020 | 3863 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 3861 is granted. Mailed notice. (ecw, ) (Entered: 10/13/2020) |
| 10/15/2020 | 3864 | MOTION by Plaintiffs Spartannash Company, Brookshire Brothers, Inc. to reassign case *Based on Relatedness Under Local Rule 40.4* (Attachments: # 1 Exhibit)(Lifvendahl, Eric) (Entered: 10/15/2020) |
| 10/15/2020 | 3865 | NOTICE of Motion by Eric Richard Lifvendahl for presentment of motion to reassign case 3864 before Honorable Thomas M. Durkin on 10/21/2020 at 09:00 AM. (Lifvendahl, Eric) (Entered: 10/15/2020) |

| 10/15/2020 | 3866 | MOTION by Plaintiff Maplevale Farms, Inc. Direct Purchaser Plaintiffs' Motion to Appoint Special Masters for Settlement (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hart, Steven) (Entered: 10/15/2020) |
|---|---|---|
| 10/15/2020 | 3867 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Brookshire Brothers, Inc. and SpartanNash Company's motion to reassign case based on relatedness 3864 is granted. This Court will recommend to the Executive Committee that case 20 C 6123 pending before Judge Norgle be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 10/15/2020) |
| 10/15/2020 | 3868 | STIPULATION *AND PROPOSED ORDER REGARDING BRIEFING FOR THE RESPECTIVE CLASSES' MOTIONS FOR CLASS CERTIFICATION* (Johnson, Brent) (Entered: 10/15/2020) |
| 10/16/2020 | 3869 | MOTION by Plaintiff Golden Corral Corporation to reassign case (Bleiman, Andrew) (Entered: 10/16/2020) |
| 10/16/2020 | 3870 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3869 before Honorable Thomas M. Durkin on 10/27/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 10/16/2020) |
| 10/16/2020 | 3871 | MOTION by Plaintiff White Castle Purchasing Co. to reassign case (Attachments: # 1 Exhibit 1 (Complaint))(Bleiman, Andrew) (Entered: 10/16/2020) |
| 10/16/2020 | 3872 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3871 before Honorable Thomas M. Durkin on 10/27/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 10/16/2020) |
| 10/16/2020 | 3873 | EXHIBIT by Plaintiff Golden Corral Corporation *[Dkt 3869]* regarding MOTION by Plaintiff Golden Corral Corporation to reassign case 3869 (Bleiman, Andrew) (Entered: 10/16/2020) |
| 10/16/2020 | 3874 | MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to compel *Sysco and US Foods to Provide Witnesses on Certain Rule 30(b)(6) Topics* (Mahan, Carrie) (Entered: 10/16/2020) |
| 10/16/2020 | 3875 | MEMORANDUM by Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson |

| | | |
|---|---|---|
| | | Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of motion to compel,,, 3874 (Attachments: # 1 Declaration of Adam C. Hemlock, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G (Redacted), # 9 Exhibit H (Redacted), # 10 Exhibit I (Under Seal), # 11 Exhibit J (Under Seal), # 12 Exhibit K (Redacted), # 13 Exhibit L (Under Seal))(Mahan, Carrie) (Entered: 10/16/2020) |
| 10/16/2020 | 3876 | MOTION by Defendant Pilgrim's Pride Corporation to seal document *Memorandum In Support of Motion to Compel Sysco and US Foods to Provide Witnesses on Certain Rule 30(b)(6) Topics and Exhibits G, H, I, J, K, L* (Mahan, Carrie) (Entered: 10/16/2020) |
| 10/16/2020 | 3877 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 G, # 2 H, # 3 I, # 4 J, # 5 K, # 6 L)(Mahan, Carrie) (Entered: 10/16/2020) |
| 10/16/2020 | 3878 | STIPULATION *and [Proposed] Order Regarding End-User Consumer Plaintiffs' Fifth Amended Complaint* (Berman, Steve) (Entered: 10/16/2020) |
| 10/19/2020 | 3879 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Plaintiff Golden Corral Corporation's motion to reassign case 3869 is granted. This Court will recommend to the Executive Committee that case 20 C 6176 pending before Judge Shah be reassigned to this Court's calendar as related to this action. Plaintiff White Castle Purchasing Co.'s motion to reassign case 3871 is granted. This Court will recommend to the Executive Committee that case 20 C 6179 pending before Judge Alonso be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 10/19/2020) |
| 10/19/2020 | 3880 | STIPULATION *Concerning Waiver of Service of Complaints filed by Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.* (Gore, Kristin) (Entered: 10/19/2020) |
| 10/19/2020 | 3881 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)Designate Liaison Counsel (Laytin, Daniel) (Entered: 10/19/2020) |
| 10/19/2020 | 3882 | *Notice of Motion re Motion to Designate Defendants' Liaison Counsel* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 10/19/2020) |
| 10/19/2020 | 3883 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to designate defendants' liaison counsel 3881 is granted. Mailed notice. (ecw, ) (Entered: 10/19/2020) |

| 10/19/2020 | 3884 | STIPULATION *CONCERNING WAIVER OF SERVICE AND DATE FOR STIPULATING DEFENDANTS TO ANSWER COMPLAINT* (Woolf, David) (Entered: 10/19/2020) |
|---|---|---|
| 10/19/2020 | 3885 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants are to respond to Direct Purchaser Plaintiffs' motion to appoint special masters for settlement 3866 by 11/2/2020. Mailed notice. (ecw, ) (Entered: 10/19/2020) |
| 10/19/2020 | 3886 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Defendants' Motion to Compel Sysco and US Foods to Provide Witnesses on Certain Rule 30(b)(6) Topics 3874 : Plaintiffs Sysco Corporation and US Foods, Inc. shall respond by 11/2/20. Defendants shall reply by 11/12/20. If the parties agree to a different schedule, counsel should communicate that change to the Court's courtroom deputy. Mailed notice (ber, ) (Entered: 10/19/2020) |
| 10/19/2020 | 3887 | MOTION by Plaintiffs Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc. to reassign case (Attachments: # 1 Exhibit 1 (Complaint)) (Bleiman, Andrew) (Entered: 10/19/2020) |
| 10/19/2020 | 3888 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3887 before Honorable Thomas M. Durkin on 10/27/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 10/19/2020) |
| 10/19/2020 | 3889 | STIPULATION and Order Regarding End-User Consumer Plaintiffs' Fifth Amended Complaint. Signed by the Honorable Thomas M. Durkin on 10/19/2020. Mailed notice. (ecw, ) (Entered: 10/19/2020) |
| 10/19/2020 | 3890 | STATUS Report *REGARDING FINAL APPROVAL AND THE STATUS OF PARTIAL ASSIGNMENTS RELATING TO THE DIRECT PURCHASER PLAINTIFFS CLASS SETTLEMENTS WITH DEFENDANTS PECO FOODS, INC., GEORGE'S, INC., GEORGE'S FARMS, INC., AND AMICK FARMS, LLC* by Direct Purchaser Plaintiffs (Pouya, Bobby) (Entered: 10/19/2020) |
| 10/20/2020 | 3891 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc.'s motion to reassign case based on relatedness 3887 is granted. This Court will recommend to the Executive Committee that case 20 C 6201 pending before Judge Seeger be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 10/20/2020) |
| 10/20/2020 | 3892 | STIPULATION *CONCERNING WAIVER OF SERVICE RE CRACKER BARREL OLD COUNTRY STORE COMPLAINT* (Laytin, Daniel) (Entered: 10/20/2020) |
| 10/20/2020 | 3893 | STIPULATION *CONCERNING WAIVER OF SERVICE RE GOLDEN CORRAL CORP. COMPLAINT* (Laytin, Daniel) (Entered: 10/20/2020) |
| 10/20/2020 | 3894 | STIPULATION *CONCERNING WAIVER OF SERVICE RE WHITE CASTLE PURCHASING CO. COMPLAINT* (Laytin, Daniel) (Entered: 10/20/2020) |
| 10/20/2020 | 3895 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *motion to amend DAPs' complaints under seal* (Porter, Julie) (Entered: 10/20/2020) |
| 10/20/2020 | 3896 | SEALED MOTION by Plaintiff Ahold Delhaize USA, Inc. *for Leave to Amend* (Porter, Julie) (Entered: 10/20/2020) |
| 10/20/2020 | 3897 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to amend/correct *Certain DAPs' Complaints* (Porter, Julie) (Entered: 10/20/2020) |

| 10/21/2020 | 3898 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17563621. (Phillips, Kacie) (Entered: 10/21/2020) |
| 10/21/2020 | 3899 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17564019. (Fleming, Lauren) (Entered: 10/21/2020) |
| 10/21/2020 | 3900 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 3898 and 3899 are granted. Attorneys Kacie Jo Phillips and Lauren T. Fleming for George's Farms, Inc. and George's Inc. added. Mailed notice. (ecw, ) (Entered: 10/21/2020) |
| 10/21/2020 | 3901 | STIPULATION Concerning Waiver of Service and Date for Stipulating Defendants to Answer Complaint. Signed by the Honorable Thomas M. Durkin on 10/21/2020. Mailed notice. (ecw, ) (Entered: 10/21/2020) |
| 10/21/2020 | 3902 | ORDER Adopting Stipulation Concerning Waiver of Service. Signed by the Honorable Thomas M. Durkin on 10/21/2020. Mailed notice. (ecw, ) (Entered: 10/21/2020) |
| 10/21/2020 | 3903 | NOTICE of Voluntary Dismissal by WZ Franchise Corporation *Without Prejudice as to The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC* (Klinger, Gary) (Entered: 10/21/2020) |
| 10/21/2020 | 3904 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 3895 is granted. Response to the Plaintiffs' motion for leave to amend their complaints 3896 3897 is due by 11/4/2020. Reply is due by 11/12/2020. Mailed notice. (ecw, ) (Entered: 10/21/2020) |
| 10/21/2020 | 3905 | STIPULATION *CONCERNING WAIVER OF SERVICE RE WZ FRANCHISE* (Laytin, Daniel) (Entered: 10/21/2020) |
| 10/21/2020 | 3906 | AMENDED complaint by Spartannash Company, Brookshire Brothers, Inc. against All Defendants (Attachments: # 1 Exhibit Redacted Amended Complaint) (Woolf, David) (Entered: 10/21/2020) |
| 10/21/2020 | 3907 | MOTION by Plaintiffs Brookshire Brothers, Inc., Spartannash Company to seal document amended complaint 3906 (Woolf, David) (Entered: 10/21/2020) |
| 10/21/2020 | 3908 | NOTICE of Motion by David Michael Woolf for presentment of motion to seal 3690 before Honorable Thomas M. Durkin on 10/29/2020 at 09:00 AM. (Woolf, David) (Entered: 10/21/2020) |
| 10/22/2020 | 3909 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 3690 , 3715 , 3724 , 3764 , 3791 , 3816 , 3876 , 3907 are granted. Mailed notice. (ecw, ) (Entered: 10/22/2020) |
| 10/22/2020 | 3910 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Fresh Market, Inc. (Gore, Kristin) (Entered: 10/22/2020) |
| 10/22/2020 | 3911 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Wawa, Inc. (Gore, Kristin) (Entered: 10/22/2020) |
| 10/22/2020 | 3912 | MOTION by Plaintiff Captain D's, LLC to reassign case (Attachments: # 1 Exhibit 1 (Complaint))(Bleiman, Andrew) (Entered: 10/22/2020) |
| 10/22/2020 | 3913 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 3912 before Honorable Thomas M. Durkin on 10/27/2020 at 09:00 AM. (Bleiman, Andrew) (Entered: 10/22/2020) |

| 10/23/2020 | 3914 | MINUTE entry before the Honorable Thomas M. Durkin: Parties report that they have resolved the issued raised in Plaintiff Associated Wholesale Grocers, Inc.'s Notice of Opt-Out and Objection to List of Opt-Outs Filed by Direct Purchaser Plaintiffs with Respect to the DPP's Settlements with the Amick, George's, and Peco Defendants or in the Alternative Motion for Late Opt-Out from Settlements 3813 , 3814 . The motions are terminated as withdrawn. Mailed notice. (ecw, ) (Entered: 10/23/2020) |
| --- | --- | --- |
| 10/23/2020 | 3915 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Captain D's, LLC's motion to reassign case based on relatedness 3912 is granted. This Court will recommend to the Executive Committee that case 20 C 6292 pending before Judge Kennelly be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 10/23/2020) |
| 10/23/2020 | 3916 | SEALED DOCUMENT by Plaintiffs Brookshire Brothers, Inc., Spartannash Company *AMENDED Complaint BBros and SpartanNash (UNREDACTED)* (Attachments: # 1 BBros Amended Complaint Redline (UNREDACTED)) (Lifvendahl, Eric) (Entered: 10/23/2020) |
| 10/23/2020 | 3917 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for leave to file excess pages (Laytin, Daniel) (Entered: 10/23/2020) |
| 10/23/2020 | 3918 | NOTICE by Peco Foods, Inc. *of Withdrawal from Motion to Compel Direct Action Plaintiff Sysco Corp. to Provide Witnesses on Certain Rule 30(b)(6) Topics [ECF 3874]* (Flath, Lara) (Entered: 10/23/2020) |
| 10/23/2020 | 3919 | AMENDED complaint by Maplevale Farms, Inc. against All Defendants *Direct Purchaser Plaintiffs' Fifth Amended and Consolidated Class Action Complaint (Public Redacted Version) (Motion to File Unredacted Version Under Seal Pending)* (Hart, Steven) (Entered: 10/23/2020) |
| 10/23/2020 | 3920 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *Consolidated Complaint under seal* (Porter, Julie) (Entered: 10/23/2020) |
| 10/23/2020 | 3921 | MOTION by Plaintiff Maplevale Farms, Inc. for leave to file *Direct Purchaser Plaintiffs' Motion for Leave to File Under Seal Their Fifth Amended and Consolidated Class Action Complaint* (Hart, Steven) (Entered: 10/23/2020) |
| 10/23/2020 | 3922 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Direct Action Plaintiffs' Consolidated Complaint and Demand for Jury Trial* (Porter, Julie) (Entered: 10/23/2020) |
| 10/23/2020 | 3923 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file 3921 before Honorable Thomas M. Durkin on 10/29/2020 at 09:00 AM. (Hart, Steven) (Entered: 10/23/2020) |
| 10/23/2020 | 3924 | Direct Action Plaintiffs' Consolidated Complaint and Demand for Jury Trial (Redacted) by Ahold Delhaize USA, Inc. (Porter, Julie) (Entered: 10/23/2020) |
| 10/23/2020 | 3925 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Action Plaintiffs' motion for leave to file consolidated complaint under seal 3920 is granted. Direct Purchaser Plaintiffs' motion for leave to file under seal their fifth amended and consolidated class action complaint 3921 is granted. Mailed notice. (ecw, ) (Entered: 10/23/2020) |

| 10/23/2020 | 3926 | STATUS Report *and Notice of Filing of Second Amended Proposed Orders and List of Requests for Exclusion Regarding Direct Purchaser Plaintiffs' Motion for Final Approval of Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC* by Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit 1-[Second Amended Proposed] Order Peco Foods, Inc., George's, Inc., and George's Farms, Inc., # 2 Exhibit 2-[Second Amended Proposed] Order Amick Farms, LLC)(Pouya, Bobby) (Entered: 10/23/2020) |
|---|---|---|
| 10/23/2020 | 3927 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to seal *Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Leave to File Seventh Amended Complaint Under Seal* (Wexler, Kenneth) (Entered: 10/23/2020) |
| 10/23/2020 | 3928 | NOTICE of Motion by Kenneth A. Wexler for presentment of motion to seal 3927 before Honorable Thomas M. Durkin on 10/29/2020 at 09:00 AM. (Wexler, Kenneth) (Entered: 10/23/2020) |
| 10/23/2020 | 3929 | AMENDED complaint by Commercial and Institutional Indirect Purchaser Plaintiffs against Commercial and Institutional Indirect Purchaser Plaintiffs *(Public Redacted Version)(Motion to File Unredacted Version Under Seal Pending)* (Attachments: # 1 Exhibit 1 - Redlined Redacted Seventh Amended Complaint)(Wexler, Kenneth) (Entered: 10/23/2020) |
| 10/26/2020 | 3930 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 3927 is granted. Mailed notice. (ecw, ) (Entered: 10/26/2020) |
| 10/26/2020 | 3931 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Commercial and Institutional Indirect Purchaser Plaintiffs' Seventh Amended Complaint Under Seal* (Attachments: # 1 Exhibit)(Wexler, Kenneth) (Entered: 10/26/2020) |
| 10/26/2020 | 3932 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 10/26/2020 regarding Direct Purchaser Plaintiffs' motion for final approval of the settlements with Defendants Peco Food, Inc., George's, Inc., George's Farms, Inc., and Amick Farms, LLC 3757 . No objections to the settlement were raised. The Court finds that the settlements meet the requirements for approval. Motion for final approval of the settlements 3757 is granted. Enter orders. Mailed notice. (ecw, ) (Entered: 10/26/2020) |
| 10/26/2020 | 3933 | ORDER Entering Final Judgment and Granting Final Approval to the Direct Purchaser Plaintiffs' Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/26/2020. Mailed notice. (ecw, ) (Entered: 10/26/2020) |
| 10/26/2020 | 3934 | ORDER Entering Final Judgment and Granting Final Approval to the Direct Purchaser Plaintiffs' Settlement with Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/26/2020. Mailed notice. (ecw, ) (Entered: 10/26/2020) |
| 10/26/2020 | 3935 | SEALED DOCUMENT by Plaintiff Maplevale Farms, Inc. *Direct Purchaser Plaintiffs' Fifth Amended and Consolidated Class Action Complaint (Unredacted Version) (ECF No. 3919) (Filed Under Seal)* (Attachments: # 1 Exhibit Redline of Direct Purchaser Plaintiffs' Fifth Amended and Consolidated Class Action Complaint (Unredacted Version) (Filed Under Seal))(Hart, Steven) (Entered: 10/26/2020) |
| 10/26/2020 | 3936 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. |

| | | |
|---|---|---|
| | | (Proposed division) to stay OBLIGATION TO ANSWER DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT (Attachments: # 1 Text of Proposed Order)(Laytin, Daniel) (Entered: 10/26/2020) |
| 10/26/2020 | 3937 | *NOTICE OF MOTION FOR PRESENTMENT OF DEFENDANTS' MOTION TO STAY OBLIGATION TO ANSWER DIRECT ACTION PLAINTIFFS' CONSOLIDATED COMPLAINT* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 10/26/2020) |
| 10/26/2020 | 3938 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by Gary Michael Klinger (Klinger, Gary) (Entered: 10/26/2020) |
| 10/26/2020 | 3939 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by Gary Edward Mason (Mason, Gary) (Entered: 10/26/2020) |
| 10/26/2020 | 3940 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by David Kevin Lietz (Lietz, David) (Entered: 10/26/2020) |
| 10/27/2020 | 3941 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion to stay obligation to answer Direct Action Plaintiffs' consolidated complaint 3936 is granted. Defendants' amended answer to DAPs' Consolidated Complaint will be due 30 daysfollowing (1) the Court's ruling on DAPs' motion to amend, and if granted, (2) the filing of an amended consolidated DAP Complaint, whichever is later. Any additional DAP complaints filed prior to the resolution of DAPs' Motion to Amend and not already included in the consolidated amended complaint filed on October 23, 2020 shall be included in any amended complaint filed. Mailed notice. (ecw, ) (Entered: 10/27/2020) |
| 10/27/2020 | 3942 | ORDER Granting Defendants' Motion to Stay Obligation to Answer Direct Action Plaintiffs' Consolidated Complaint. Signed by the Honorable Thomas M. Durkin on 10/27/2020. Mailed notice. (ecw, ) (Entered: 10/27/2020) |
| 10/27/2020 | 3943 | MINUTE entry before the Honorable Thomas M. Durkin: Orders 3933 and 3934 were entered in error without the exhibits attached, and are vacated. Amended orders to follow. Mailed notice. (ecw, ) (Entered: 10/27/2020) |
| 10/27/2020 | 3944 | AMENDED Order Entering Final Judgment and Granting Final Approval to the Direct Purchaser Plaintiffs' Settlements with Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/27/2020. Mailed notice. (ecw, ) (Entered: 10/27/2020) |
| 10/27/2020 | 3945 | AMENDED Order Entering Final Judgment and Granting Final Approval to the Direct Purchaser Plaintiffs' Settlement with Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/27/2020. Mailed notice. (ecw, ) (Entered: 10/27/2020) |
| 10/27/2020 | 3946 | ORDER Regarding Briefing for the Respective Classes' Motions for Class Certification. Signed by the Honorable Thomas M. Durkin on 10/27/2020. Mailed notice. (ecw, ) (Entered: 10/27/2020) |
| 10/27/2020 | 3947 | MOTION by Plaintiffs L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc., EMA Foods Co., LLC to reassign case (Ripp, Paul) (Entered: 10/27/2020) |
| 10/27/2020 | 3948 | NOTICE of Motion by Paul J Ripp for presentment of motion to reassign case 3947 before Honorable Thomas M. Durkin on 11/2/2020 at 09:00 AM. (Ripp, Paul) (Entered: 10/27/2020) |

| 10/28/2020 | 3949 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc., and EMA Foods Co., LLC's motion to reassign case based on relatedness 3947 is granted. This Court will recommend to the Executive Committee that case 20 C 6347 pending before Judge Wood be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 10/28/2020) |
|---|---|---|
| 10/28/2020 | 3950 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Excess Pages 3917 is granted. Defendants are given leave to file their Motion to Compel Discovery of Benchmarking Services and Protein-Related Trade Associations, not to exceed 22 pages. Mailed notice (ber, ) (Entered: 10/28/2020) |
| 10/28/2020 | 3951 | TRANSCRIPT OF PROCEEDINGS held on 10/26/2020 before the Honorable Thomas M. Durkin. Order Number: 39441. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, (312) 408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/18/2020. Redacted Transcript Deadline set for 11/30/2020. Release of Transcript Restriction set for 1/26/2021. (Carrion, Elia) (Entered: 10/28/2020) |
| 10/29/2020 | 3952 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal (Laytin, Daniel) (Entered: 10/29/2020) |
| 10/29/2020 | 3953 | *NOTICE OF MOTION FOR PRESENTMENT OF MOTION TO SEAL* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 10/29/2020) |
| 10/29/2020 | 3954 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to compel *DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOCIATIONS* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28)(Laytin, Daniel) \ (Entered: 10/29/2020) |
| 10/29/2020 | 3955 | *NOTICE OF MOTION FOR PRESENTMENT OF MOTION* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 10/29/2020) |
| 10/29/2020 | 3956 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Under Seal Defendants' Motion to Compel Discovery of Benchmarking Services and Protein-Related Trade Associations 3952 is granted. Mailed notice (ber, ) (Entered: 10/29/2020) |
| 10/29/2020 | 3957 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Defendants' Motion to Compel Discovery of |

| | | Benchmarking Services and Protein-Related Trade Association 3954 . DAPs shall respond by 11/12/20. Defendants shall reply by 11/23/20. If the parties agree to a different schedule, counsel should communicate that change to the Court's courtroom deputy. Mailed notice (ber, ) (Entered: 10/29/2020) |
|---|---|---|
| 10/30/2020 | 3958 | MOTION by Defendant Peco Foods, Inc. and Stipulation for Dismissal With Prejudice of Peco Foods, Inc. in Case No. 18-cv-700 Sysco Corp. v Tyson, et al. (Joint) (Flath, Lara) (Entered: 10/30/2020) |
| 10/30/2020 | 3959 | MINUTE entry before the Honorable Thomas M. Durkin: Motion 3958 is granted, in that Plaintiff Sysco Corporation's claims against Peco Foods, Inc. are dismissed with prejudice with respect to case 18 C 700. Mailed notice. (ecw, ) (Entered: 10/30/2020) |
| 10/30/2020 | 3960 | STIPULATION *CONCERNING WAIVER OF SERVICE FOR CAPTAIN D'S* (Laytin, Daniel) (Entered: 10/30/2020) |
| 10/30/2020 | 3961 | STIPULATION *CONCERNING WAIVER OF SERVICE FOR L. HART* (Laytin, Daniel) (Entered: 10/30/2020) |
| 10/30/2020 | 3962 | MOTION by Plaintiff Direct Purchaser Plaintiffs to certify class Responses due by 1/22/2021 (Attachments: # 1 Declaration of Bobby Pouya, # 2 Exhibit 1, # 3 Exhibit 2-3, # 4 Exhibit 4, # 5 Exhibit 5-13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16-19, # 9 Exhibit 20, # 10 Exhibit 21-26, # 11 Exhibit 27, # 12 Exhibit 28, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31-39, # 16 Exhibit 40, # 17 Exhibit 41-47, # 18 Exhibit 48, # 19 Exhibit 49-68, # 20 Exhibit 69, # 21 Exhibit 70-99, # 22 Exhibit 100, # 23 Exhibit 101, # 24 Exhibit 102-105, # 25 Exhibit 106, # 26 Exhibit 107-109, # 27 Exhibit 110, # 28 Exhibit 111-122, # 29 Exhibit 123, # 30 Exhibit 124-126, # 31 Exhibit 127, # 32 Exhibit 128, # 33 Exhibit 129, # 34 Exhibit 130, # 35 Exhibit 131, # 36 Exhibit 132-141, # 37 Declaration of W. Joseph Bruckner, # 38 Declaration of Steven A. Hart, # 39 Declaration of Chris Loomis, # 40 Declaration of Scott Wagner, # 41 Declaration of Joseph Oscar Christiana, # 42 Declaration of Dean Barcelona, # 43 Declaration of Peter G. Pahides, # 44 Exhibit Redacted Expert Report of Colin A. Carter, Ph.D.)(Pouya, Bobby) (Entered: 10/30/2020) |
| 10/30/2020 | 3963 | NOTICE of Motion by Bobby Pouya for presentment of motion to certify class,,,, 3962 before Honorable Thomas M. Durkin on 11/5/2020 at 10:00 AM. (Pouya, Bobby) (Entered: 10/30/2020) |
| 10/30/2020 | 3964 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file *Direct Purchaser Plaintiffs' Motion for Leave to File Under Seal the Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, Certain Exhibits to the Declaration of Bobby Pouya In Support of Direct Purchaser Plaintiffs' Motion for Class Certification, and the Expert Report of Colin A. Carter, Ph.D., In Support of Direct Purchaser Plaintiffs' Motion for Class Certification* (Hart, Steven) (Entered: 10/30/2020) |
| 10/30/2020 | 3965 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file,, 3964 before Honorable Thomas M. Durkin on 11/5/2020 at 09:00 AM. (Hart, Steven) (Entered: 10/30/2020) |
| 10/30/2020 | 3966 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to seal *Motion for Class Certification, Supporting Materials, and Related Expert Reports* (Zapala, Adam) (Entered: 10/30/2020) |
| 10/30/2020 | 3967 | NOTICE of Motion by Adam John Zapala for presentment of motion to seal 3966 before Honorable Thomas M. Durkin on 11/5/2020 at 10:00 AM. (Zapala, Adam) |

| 10/30/2020 | 3968 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to certify class (Attachments: # 1 Memorandum of Law, # 2 Appendix A, # 3 Appendix B, # 4 Appendix C, # 5 Proposed Damages Trial Plan, # 6 Declaration of Adam J. Zapala, # 7 Exhibits 1 to 147, # 8 Compendium of Class Representative Declarations - Part 1, # 9 Compendium of Class Representative Declarations - Part 2, # 10 Expert Report of Russell W. Mangum III, Ph.D. Regarding Class Certification)(Zapala, Adam) (Entered: 10/30/2020) |
|---|---|---|
| 10/30/2020 | 3969 | NOTICE of Motion by Adam John Zapala for presentment of motion to certify class,, 3968 before Honorable Thomas M. Durkin on 10/5/2020 at 10:00 AM. (Zapala, Adam) (Entered: 10/30/2020) |
| 10/30/2020 | 3970 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal document *Motion for Leave to File Under Seal Motion for Class Certification and Supporting Documents* (Berman, Steve) (Entered: 10/30/2020) |
| 10/30/2020 | 3971 | SEALED MOTION by Plaintiff End-User Consumer Plaintiffs *Motion for Class Certification* (Attachments: # 1 Declaration of Steve W. Berman, Exhibits 1-100, # 2 Declaration of Steve W. Berman, Exhibits 101-173, # 3 Declaration of Dr. Luis Cabral, # 4 Declaration of Dr. David Sunding)(Berman, Steve) (Entered: 10/30/2020) |
| 10/30/2020 | 3972 | DECLARATION of of Cameron R. Azari regarding Sealed motion, 3971 *in Support of End-User Consumer Plaintiffs' Motion for Class Certification* (Attachments: # 1 Declaration of Jeff Paschall)(Berman, Steve) (Entered: 10/30/2020) |
| 10/30/2020 | 3973 | NOTICE of Motion by Steve W. Berman for presentment of motion to seal document 3970 before Honorable Thomas M. Durkin on 11/5/2020 at 10:00 AM. (Berman, Steve) (Entered: 10/30/2020) |
| 10/30/2020 | 3974 | NOTICE of Motion by Steve W. Berman for presentment of Sealed motion, 3971 before Honorable Thomas M. Durkin on 11/5/2020 at 10:00 AM. (Berman, Steve) (Entered: 10/30/2020) |
| 10/30/2020 | 3975 | CERTIFICATE of Service by Steve W. Berman on behalf of End-User Consumer Plaintiffs regarding SEALED MOTION by Plaintiff End-User Consumer Plaintiffs *Motion for Class Certification* 3971 (Berman, Steve) (Entered: 10/30/2020) |
| 11/02/2020 | 3976 | MINUTE entry before the Honorable Thomas M. Durkin: The briefing schedule outlined in Magistrate Judge Gilbert's Scheduling Order No. 14 3788 stands. All motion hearings on class certification scheduled before Judge Durkin are vacated. Mailed notice. (ecw, ) (Entered: 11/02/2020) |
| 11/02/2020 | 3977 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 3964 , 3966 and 3970 are granted. Mailed notice. (ecw, ) (Entered: 11/02/2020) |
| 11/02/2020 | 3978 | MOTION by Plaintiff Campbell Soup Company, Campbell Soup Supply Company L.L.C., Pacific Foods of Oregon, LLC to reassign case (Attachments: # 1 Exhibit Ex. A to Motion for Reassignment)(Owens, Kevin) (Entered: 11/02/2020) |
| 11/02/2020 | 3979 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Plaintiff Maplevale Farms, Inc. Direct Purchaser |

| | | Plaintiffs' Motion to Appoint Special Master for Settlement 3866 (Laytin, Daniel) (Entered: 11/02/2020) |
|---|---|---|
| 11/02/2020 | 3980 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., and Pacific Foods of Oregon, LLC,'s motion to reassign case based on relatedness 3978 is granted. This Court will recommend to the Executive Committee that case 20 C 6481 pending before Judge Lefkow be reassigned to this Court's calendar as related to this action. Mailed notice (ecw, ) (Entered: 11/02/2020) |
| 11/02/2020 | 3981 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for leave to file excess pages (Laytin, Daniel) (Entered: 11/02/2020) |
| 11/02/2020 | 3982 | RESPONSE by Sysco Corporation, US Foods, Inc.in Opposition to MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., 3874 (Attachments: # 1 Declaration of Scott E. Gant, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Gant, Scott) (Entered: 11/03/2020) |
| 11/03/2020 | 3983 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 3981 is granted. Mailed notice. (ecw, ) (Entered: 11/03/2020) |
| 11/03/2020 | 3984 | MINUTE entry before the Honorable Thomas M. Durkin: The Direct Purchaser Plaintiffs' motion to appoint a special master for settlement 3866 is denied. Defendants do not agree to participate, and the Court does not see a reason to force them to do so at this time. Mailed notice. (ecw, ) (Entered: 11/03/2020) |
| 11/03/2020 | 3985 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Memorandum of Law in Support of CIIPPs' Motion for Class Certification (Unredacted Version) (Dkt. #3968) (Filed Under Seal)* (Attachments: # 1 Exhibits 1 - 28 (Unredacted Version), # 2 Exhibits 29 - 47 (Unredacted Version), # 3 Exhibits 48 - 77 (Unredacted Version), # 4 Exhibits 78 - 100 (Unredacted Version), # 5 Exhibits 101 - 131 (Unredacted Version), # 6 Exhibits 132 - 134 (Unredacted Version), # 7 Exhibits 135 - 147 (Unredacted Version), # 8 Expert Report of Russell W. Mangum (Unredacted Version)) (Zapala, Adam) (Entered: 11/03/2020) |
| 11/03/2020 | 3986 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17606822. (Glubiak, Zachary) (Entered: 11/03/2020) |
| 11/03/2020 | 3987 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 3986 is granted. Attorney Zachary R. Glubiak for Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, and Leslie Weidner added. Mailed notice. (ecw, ) (Entered: 11/03/2020) |
| 11/03/2020 | 3988 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Bob Evans Farms, Inc. (Gore, Kristin) (Entered: 11/03/2020) |
| 11/03/2020 | 3989 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., *Joint Motion and Stipulation of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendants Amick Farms, LLC, George's, Inc., George's Farms, Inc., and Peco Foods, Inc. Only* (Fitts, Amy) (Entered: 11/03/2020) |
| 11/03/2020 | 3990 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *Memorandum of Points and Authorities In Support of Direct Purchaser Plaintiffs' Motion for Class* |

*Certification (Unredacted Version) (ECF No. 3962) (Filed Under Seal)*
(Attachments: # 1 Exhibit 2 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 2 Exhibit 3 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 3 Exhibit 5 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 4 Exhibit 6 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 5 Exhibit 7 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 6 Exhibit 8 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 7 Exhibit 9 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 8 Exhibit 10 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 9 Exhibit 11 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 10 Exhibit 12 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 11 Exhibit 13 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 12 Exhibit 16 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 13 Exhibit 17 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 14 Exhibit 18 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 15 Exhibit 19 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 16 Exhibit 21 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 17 Exhibit 22 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 18 Exhibit 23 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 19 Exhibit 24 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 20 Exhibit 25 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 21 Exhibit 26 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 22 Exhibit 28 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 23 Exhibit 31 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 24 Exhibit 32 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 25 Exhibit 33 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 26 Exhibit 34 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 27 Exhibit 35 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 28 Exhibit 36 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 29 Exhibit 37 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 30 Exhibit 38 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 31 Exhibit 39 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 32 Exhibit 41 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 33 Exhibit 42 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 34 Exhibit 43 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 35 Exhibit 44 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 36 Exhibit 45 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 37 Exhibit 46 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 38 Exhibit 47 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 39 Exhibit 49 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 40 Exhibit 50 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 41 Exhibit 51 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 42 Exhibit 52 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 43 Exhibit 53 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 44 Exhibit 54 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 45 Exhibit 55 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 46 Exhibit 56 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 47 Exhibit 57 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 48 Exhibit 58 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 49 Exhibit 59 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 50 Exhibit 60 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 51 Exhibit 61 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 52 Exhibit 62 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 53 Exhibit 63 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 54 Exhibit 64

(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 55 Exhibit 65
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 56 Exhibit 66
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 57 Exhibit 67
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 58 Exhibit 68
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 59 Exhibit 70
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 60 Exhibit 71
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 61 Exhibit 72
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 62 Exhibit 73
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 63 Exhibit 74
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 64 Exhibit 75
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 65 Exhibit 76
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 66 Exhibit 77
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 67 Exhibit 78
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 68 Exhibit 79
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 69 Exhibit 80
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 70 Exhibit 81
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 71 Exhibit 82
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 72 Exhibit 83
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 73 Exhibit 84
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 74 Exhibit 85
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 75 Exhibit 86
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 76 Exhibit 87
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 77 Exhibit 88
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 78 Exhibit 89
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 79 Exhibit 90
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 80 Exhibit 91
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 81 Exhibit 92
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 82 Exhibit 93
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 83 Exhibit 94
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 84 Exhibit 95
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 85 Exhibit 96
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 86 Exhibit 97
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 87 Exhibit 98
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 88 Exhibit 99
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 89 Exhibit 102
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 90 Exhibit 103
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 91 Exhibit 104
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 92 Exhibit 105
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 93 Exhibit 107
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 94 Exhibit 108
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 95 Exhibit 109
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 96 Exhibit 111
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 97 Exhibit 112
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 98 Exhibit 113
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 99 Exhibit 114
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 100 Exhibit 115
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 101 Exhibit 116
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 102 Exhibit 117
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 103 Exhibit 118
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 104 Exhibit 119
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 105 Exhibit 120
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 106 Exhibit 121
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 107 Exhibit 122
(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 108 Exhibit 124

(Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 109 Exhibit 125 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 110 Exhibit 126 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 111 Exhibit 128 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 112 Exhibit 132 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 113 Exhibit 133 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 114 Exhibit 134 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 115 Exhibit 135 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 116 Exhibit 136 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 117 Exhibit 137 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 118 Exhibit 138 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 119 Exhibit 139 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 120 Exhibit 140 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 121 Exhibit 141 (Unredacted Version) (ECF No. 3962) (Filed Under Seal), # 122 Exhibit Expert Report of Colin A. Carter, Ph.D. (Unredacted Version) (ECF No. 3962) (Filed Under Seal))(Pouya, Bobby) (Entered: 11/03/2020)

| 11/04/2020 | 3991 | NOTICE by Peco Foods, Inc. *of Withdrawal from Motion to Compel Direct Action Plaintiff US Foods, Inc., to Provide Witnesses on Certain Rule 30(b)(6) Topics [ECF 3874]* (Flath, Lara) (Entered: 11/04/2020) |
| --- | --- | --- |
| 11/04/2020 | 3992 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANTS' RESPONSE TO CERTAIN DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINTS* (Laytin, Daniel) (Entered: 11/04/2020) |
| 11/04/2020 | 3993 | *NOTICE OF MOTION FOR PRESENTMENT OF MOTION TO SEAL* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 11/04/2020) |
| 11/04/2020 | 3994 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Plaintiff Ahold Delhaize USA, Inc. to amend/correct *Certain DAPs' Complaints* 3897 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Laytin, Daniel) (Entered: 11/04/2020) |
| 11/05/2020 | 3995 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to seal 3992 is granted. Mailed notice. (ecw, ) (Entered: 11/05/2020) |
| 11/05/2020 | 3996 | F.R.C.P. 7.1 STATEMENT by Brookshire Brothers, Inc. *Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates* (Lifvendahl, Eric) (Entered: 11/05/2020) |
| 11/05/2020 | 3997 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Corrected Expert Report of Russell W. Mangum III, Ph.D. Regarding Class Certification* (Zapala, Adam) (Entered: 11/05/2020) |
| 11/06/2020 | 3998 | MINUTE entry before the Honorable Thomas M. Durkin: Joint motion and stipulation of dismissal 3989 is granted. Plaintiff Associated Wholesale Grocers, Inc.'s claims against Defendants Amick Farms, LLC, George's, Inc., George's Farms, Inc., and Peco Foods, Inc. only are dismissed with prejudice, from related case 1:18-cv-06316. The parties shall bear their respective fees and costs. (ecw, ) (Entered: 11/06/2020) |
| 11/06/2020 | 3999 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), |

| | | Sanderson Farms, Inc. (Production Division) by Amelia R. Bailey (Bailey, Amelia) (Entered: 11/06/2020) |
|---|---|---|
| 11/06/2020 | 4000 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Anne Julie Esther Hudson (Hudson, Anne) (Entered: 11/06/2020) |
| 11/06/2020 | 4001 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Rachel B. Haig (Haig, Rachel) (Entered: 11/06/2020) |
| 11/10/2020 | 4002 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Barry Anton Frett (Frett, Barry) (Entered: 11/10/2020) |
| 11/10/2020 | 4003 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Tucker Robert Hunter (Hunter, Tucker) (Entered: 11/10/2020) |
| 11/10/2020 | 4004 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Camil Sanchez-palumbo (Sanchez-palumbo, Camil) (Entered: 11/10/2020) |
| 11/10/2020 | 4005 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Kate Guilfoyle (Guilfoyle, Kate) (Entered: 11/10/2020) |
| 11/11/2020 | 4006 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal (Laytin, Daniel) (Entered: 11/11/2020) |
| 11/11/2020 | 4007 | *NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 11/11/2020) |
| 11/11/2020 | 4008 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' CORRECTED RESPONSE TO CERTAIN DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINTS* (Attachments: # 1 Exhibit C-H)(Laytin, Daniel) (Entered: 11/11/2020) |
| 11/11/2020 | 4009 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Plaintiff Ahold Delhaize USA, Inc. to amend/correct *Certain DAPs' Complaints* 3897 *CORRECTED RESPONSE TO CERTAIN DAP's MOTION TO AMEND* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Laytin, Daniel) (Entered: 11/11/2020) |
| 11/12/2020 | 4011 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 4006 is granted. Mailed notice. (ecw, ) (Entered: 11/12/2020) |

| 11/12/2020 | 4012 | ATTORNEY Appearance for Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc. by Paul J Ripp (Ripp, Paul) (Entered: 11/12/2020) |
|---|---|---|
| 11/12/2020 | 4013 | REPLY by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to motion to compel,,, 3874 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Mahan, Carrie) (Entered: 11/12/2020) |
| 11/12/2020 | 4014 | MOTION by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, The Kroger Co. for leave to file *Under Seal Exhibits Attached to Kroger Plaintiffs' Opposition to Defendants' Motion to Compel* (Blechman, William) (Entered: 11/12/2020) |
| 11/12/2020 | 4015 | NOTICE of Motion by William J Blechman for presentment of (Blechman, William) (Entered: 11/12/2020) |
| 11/12/2020 | 4016 | REPLY by Plaintiffs Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Wakefern Food Corporation *Regarding Certain Direct Action Plaintiffs' Motion for Leave to Amend Their Complaints* (Germaine, David) (Entered: 11/12/2020) |
| 11/12/2020 | 4017 | SEALED DOCUMENT by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, The Kroger Co. (Attachments: # 1 Exhibit Exhibit C to Floch Declaration, # 2 Exhibit Exhibit D to Floch Declaration, # 3 Exhibit Exhibit E to Floch Declaration)(Blechman, William) (Entered: 11/12/2020) |
| 11/12/2020 | 4018 | RESPONSE by Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, The Kroger Co.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to compel *DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOC 3954 and Request for Protective Order (Attachments: # 1 Declaration Declaration of Brandon S. Floch, # 2 Exhibit Exhibit A to Floch Declaration, # 3 Exhibit Exhibit B to Floch Declaration, # 4 Exhibit Exhibit C to Floch Declaration, # 5 Exhibit Exhibit D to Floch Declaration, # 6 Exhibit Exhibit E to Floch Declaration, # 7 Exhibit Exhibit F to Floch Declaration) (Blechman, William) (Entered: 11/12/2020)* |
| 11/12/2020 | 4019 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *Exhibits D and F Under Seal* (Phair, Ryan) (Entered: 11/12/2020) |
| 11/12/2020 | 4020 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. |

| | | (Production Division) to seal *DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBIT STATUS* (Laytin, Daniel) (Entered: 11/12/2020) |
|---|---|---|
| 11/12/2020 | 4021 | EXHIBIT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *EXHIBIT 27* regarding MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to compel *DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOC 3954* (Laytin, Daniel) (Entered: 11/12/2020) |
| 11/12/2020 | 4022 | RESPONSE by Ahold Delhaize USA, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to compel *DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOC 3954* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L) (Phair, Ryan) (Entered: 11/12/2020) |
| 11/12/2020 | 4023 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Exhibit D to DAPs' Response in Opposition to Defendants' Motion to Compel* (Phair, Ryan) (Entered: 11/12/2020) |
| 11/12/2020 | 4024 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Exhibit F to DAPs' Response in Opposition to Defendants' Motion to Compel* (Phair, Ryan) (Entered: 11/12/2020) |
| 11/13/2020 | 4025 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 4014 , 4019 and 4020 are granted. Mailed notice. (ecw, ) (Entered: 11/13/2020) |
| 11/13/2020 | 4026 | F.R.C.P. 7.1 STATEMENT by Spartannash Company *Corporate Disclosure Statement and Local Rule 3.2 Notification as to Affiliates* (Lifvendahl, Eric) (Entered: 11/13/2020) |
| 11/14/2020 | 4028 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. for leave to file *Surreply in Opposition to Motion to Amend* (Attachments: # 1 Exhibit A - Surreply, # 2 Exhibit 1 to Surreply, # 3 Exhibit 2 to Surreply, # 4 Exhibit 3 to Surreply, # 5 Exhibit 4 to Surreply, # 6 Exhibit 5 to Surreply, # 7 Exhibit 6 to Surreply, # 8 Exhibit 7 to Surreply)(Feeney, Daniel) (Entered: 11/14/2020) |
| 11/14/2020 | 4029 | NOTICE of Motion by Daniel Martin Feeney for presentment of (Feeney, Daniel) (Entered: 11/14/2020) |
| 11/14/2020 | 4030 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to seal (Feeney, Daniel) (Entered: 11/14/2020) |
| 11/14/2020 | 4031 | NOTICE of Motion by Daniel Martin Feeney for presentment of (Feeney, Daniel) (Entered: 11/14/2020) |
| 11/15/2020 | 4032 | SEALED MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *for Leave to File Surreply* (Attachments: # 1 Exhibit A - Surreply, # 2 Exhibit 1 to Surreply, # 3 Exhibit 2 to Surreply, # 4 Exhibit 3 to Surreply, # 5 Exhibit 4 to Surreply, # 6 Exhibit 5 to Surreply, # 7 Exhibit 6 to Surreply, # 8 Exhibit 7 to Surreply)(Feeney, Daniel) (Entered: 11/15/2020) |

| | | |
|---|---|---|
| 11/16/2020 | 4033 | MINUTE entry before the Honorable Thomas M. Durkin: Case Defendants' Motion for Leave to File Surreply in Opposition to Motion to Amend 4028 , 4032 is granted. Case Defendants' Motion for Leave to File Under Seal 4030 is granted. Mailed notice. (ecw, ) (Entered: 11/16/2020) |
| 11/16/2020 | 4034 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Joseph Schroeder (Schroeder, Joseph) (Entered: 11/16/2020) |
| 11/16/2020 | 4035 | NOTICE by Judith A. Zahid of Change of Address (Zahid, Judith) (Entered: 11/16/2020) |
| 11/16/2020 | 4036 | SUR-REPLY by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to reply to response to motion 4010 , amended document 4027 *in Opposition to Motion to Amend* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Feeney, Daniel) (Entered: 11/16/2020) |
| 11/16/2020 | 4037 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to seal *for Leave to File Surreply Under Seal* (Feeney, Daniel) (Entered: 11/16/2020) |
| 11/16/2020 | 4038 | NOTICE of Motion by Daniel Martin Feeney for presentment of (Feeney, Daniel) (Entered: 11/16/2020) |
| 11/16/2020 | 4039 | SEALED RESPONSE by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to reply to response to motion 4010 , amended document 4027 *in Opposition to Motion to Amend* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Feeney, Daniel) (Entered: 11/16/2020) |
| 11/16/2020 | 4040 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for Leave to File Surreply Under Seal 4037 is granted. Mailed notice. (ecw, ) (Entered: 11/16/2020) |
| 11/16/2020 | 4041 | STIPULATION *CONCERNING WAIVER OF SERVICE RE CAMPBELL SOUP CO. ET AL.* (Laytin, Daniel) (Entered: 11/16/2020) |
| 11/17/2020 | 4042 | STIPULATION of Dismissal *Stipulation of Voluntary Dismissal of Plaintiff Barters International, LLC with Prejudice to Fed. R. Civ. P. 41(a)(1)(A)(ii)* (Clark, Brian) (Entered: 11/17/2020) |
| 11/17/2020 | 4043 | STIPULATION *Regarding Exhibits* (Clark, Brian) (Entered: 11/17/2020) |
| 11/17/2020 | 4044 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to seal document reply to response to motion 4010 , amended document 4027 *Joint Motion* (Feeney, Daniel) (Entered: 11/17/2020) |
| 11/17/2020 | 4045 | NOTICE of Motion by Daniel Martin Feeney for presentment of (Feeney, Daniel) (Entered: 11/17/2020) |
| 11/17/2020 | 4046 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for extension of time *DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE CONSOLIDATED ANSWERS* (Attachments: # 1 Text of Proposed Order)(Laytin, Daniel) (Entered: 11/17/2020) |

| 11/18/2020 | 4047 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to seal document 4044 is granted. The Clerk's Office is instructed to seal Docket Entry Nos. 4010 and 4027 . Mailed notice. (ecw, ) (Entered: 11/18/2020) |
| --- | --- | --- |
| 11/18/2020 | 4048 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time 4046 is granted. The deadline for Defendants to file consolidated answers to the DPP and CIIPP amended complaints is extended to and includes December 4, 2020. Mailed notice. (ecw, ) (Entered: 11/18/2020) |
| 11/19/2020 | 4049 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Stephen M. Rees (Rees, Stephen) (Entered: 11/19/2020) |
| 11/20/2020 | 4050 | MOTION by Defendant Peco Foods, Inc. and Stipulation for Dismissal with Prejudice of Defendant Peco Foods, Inc. in Case No. 18-cv-702 US Foods, Inc. v Tyson Foods, Inc., et al. (Joint) (Flath, Lara) (Entered: 11/20/2020) |
| 11/20/2020 | 4051 | MINUTE entry before the Honorable Thomas M. Durkin: Joint motion and stipulation for dismissal with prejudice 4050 is granted. Plaintiff US Foods' claims against Defendant Peco Foods, Inc. are dismissed with prejudice. The parties shall bear their respective fees and costs. Mailed notice. (ecw, ) (Entered: 11/20/2020) |
| 11/20/2020 | 4052 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Jenna M. Stupar (Stupar, Jenna) (Entered: 11/20/2020) |
| 11/23/2020 | 4053 | MOTION by Plaintiff ALDI Inc to reassign case (Attachments: # 1 Exhibit A) (Phair, Ryan) (Entered: 11/23/2020) |
| 11/23/2020 | 4054 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff ALDI Inc.'s motion to reassign case based on relatedness 4053 is granted. This Court will recommend to the Executive Committee that case 20 C 6904 pending before Judge Kennelly be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 11/23/2020) |
| 11/23/2020 | 4055 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to response in opposition to motion,, 4022 *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOCIATIONS* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Laytin, Daniel) (Entered: 11/23/2020) |
| 11/23/2020 | 4056 | AMENDED complaint by ALDI Inc against All Defendants (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 11/23/2020) |
| 11/23/2020 | 4057 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *MOTION TO FILE UNDER SEAL DEFENDANTS' REPLY TO KROGER PLAINTIFFS' OPPOSITION IN SUPPORT OF MOTION TO COMPEL* (Laytin, Daniel) (Entered: 11/23/2020) |
| 11/23/2020 | 4058 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *UNDER SEAL REPLY TO THE KROGER* |

| | | |
|---|---|---|
| | | *PLAINTIFFS' OPPOSITION IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOCIATIONS* (Attachments: # 1 Exhibit 5 [Unredacted], # 2 Exhibit 6, # 3 Exhibit 7)(Laytin, Daniel) (Entered: 11/23/2020) |
| 11/23/2020 | 4059 | REPLY by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to response in opposition to motion,,, 4018 *REPLY TO THE KROGER PLAINTIFFS' OPPOSITION IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOCIATIONS* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 [Redacted], # 6 Exhibit 6 [Filed Under Seal], # 7 Exhibit 7 [ Filed Under Seal])(Laytin, Daniel) (Entered: 11/23/2020) |
| 11/24/2020 | 4060 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Under Seal Reply to the Kroger Plaintiffs' Opposition In Support of Defendants' Motion to Compel Discovery of Benchmarking Services and Protein-Related Trade Associations 4057 is granted. Defendants are given leave to file under seal their Reply to the Kroger Plaintiffs' Opposition In Support of Defendants' Motion to Compel Discovery of Benchmarking Service and Protein-Related Trade Associations and corresponding Exhibits 5, 6 and 7. Mailed notice (ber, ) (Entered: 11/24/2020) |
| 11/25/2020 | 4061 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17682539. (Brewer, Christopher) (Entered: 11/25/2020) |
| 11/25/2020 | 4062 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court granted Defendants' Motion for Leave to File Under Seal Defendants' Motion to Compel Discovery of Benchmarking Services and Protein-Related Trade Associations 3952 on 10/29/20 3956 but it does not appear Defendants filed a sealed version of their Motion 3954 . The only version that appears to have been filed is the public redacted version 3954 . Accordingly, the Court requests that Defendants file a sealed version of their Motion 3954 per the order entered on 10/29/20 3956 . If Defendants already have done so and the Court is overlooking that filing on the docket, then Defendants' liaison counsel should notify the Court's courtroom deputy via email of the ECF No. for that sealed filing. Mailed notice (ber, ) (Entered: 11/25/2020) |
| 11/25/2020 | 4063 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4061 is granted. Attorney Christopher C Brewer for ALDI Inc and Ahold Delhaize USA, Inc. added. Mailed notice. (ecw, ) (Entered: 11/25/2020) |
| 11/25/2020 | 4064 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' UNDER SEAL MOTION TO COMPEL DISCOVERY OF BENCHMARKING SERVICES AND PROTEIN-RELATED TRADE ASSOCIATIONS [DKT. 3954]* (Attachments: # 1 Exhibit) (Laytin, Daniel) (Entered: 11/25/2020) |
| 11/25/2020 | 4065 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 11/25/2020. Mailed notice. (ecw, ) (Entered: 11/25/2020) |
| 11/25/2020 | 4066 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 11/25/2020. Mailed notice. (ecw, ) (Entered: 11/25/2020) |

| 11/25/2020 | 4067 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 11/25/2020. Mailed notice. (ecw, ) (Entered: 11/25/2020) |
|---|---|---|
| 11/25/2020 | 4068 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 11/25/2020. Mailed notice. (ecw, ) (Entered: 11/25/2020) |
| 11/25/2020 | 4069 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 11/25/2020. Mailed notice. (ecw, ) (Entered: 11/25/2020) |
| 12/01/2020 | 4070 | ORDER: Defendants' Motion to Compel Sysco and US Foods to Provide Witnesses on Certain Rule 30(b)(6) Topics 3874 is granted in all respects for the reasons articulated in Defendants' briefs filed in support of their Motion 3877 4013 and in the attached Order. See attached Order for details. Signed by the Honorable Jeffrey T. Gilbert on 12/1/2020. Mailed notice (ber, ) (Entered: 12/01/2020) |
| 12/02/2020 | 4071 | REPLY by Plaintiff Affiliated Foods, Inc.'s Plaintiffs *4044 Reply Brief in Support of Motion to Leave to amend their Complaints* (Attachments: # 1 Exhibit Amended Reply Brief)(Woolf, David) (Entered: 12/02/2020) |
| 12/02/2020 | 4072 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference scheduled with liaison counsel for all parties and counsel for Plaintiff US Foods for 12/4/20 at 10:30 a.m. Central time, at the request of the Commercial and Institutional Indirect Purchaser Plaintiffs (CIIPPs), to discuss an issue concerning a deposition scheduled to be taken on 12/10/20, unless the parties work out the issue before the telephone conference. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, the access code is: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 12/02/2020) |
| 12/03/2020 | 4073 | MOTION by Plaintiff WZ Franchise Corporation to substitute attorney (Lustrin, Lori) (Entered: 12/03/2020) |
| 12/03/2020 | 4074 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to substitute counsel for plaintiff WZ Franchise Corporation 4073 is granted. Attorneys Robert W. Turken, Lori P. Lustrin, Scott N Wagner and David S. Almeida are granted leave to file their appearances for WZ Franchise Corporation. Attorneys Gary Edward Mason, Gary Michael Klinger and David Kevin Lietz terminated. Mailed notice. (ecw, ) (Entered: 12/03/2020) |
| 12/03/2020 | 4075 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANTS' MOTION TO FILE UNDER SEAL* |

| | | *ANSWERS TO DP1 AND CIIP AMENDED COMPLAINTS* (Laytin, Daniel) (Entered: 12/03/2020) |
|---|---|---|
| 12/03/2020 | 4076 | *NOTICE OF MOTION TO SEAL* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 12/03/2020) |
| 12/04/2020 | 4077 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal Defendants' Consolidated Answers to Direct Purchaser Plaintiffs' Fifth Amended and Commercial and Indirect Institutional Purchaser Plaintiffs' Seventh Amended and Consolidated Class Action Complaints 4075 is granted. Mailed notice. (ecw, ) (Entered: 12/04/2020) |
| 12/04/2020 | 4078 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *(Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Peco Foods, Inc., George's, Inc., and George's Farms, Inc. and for Conditional Certification of the Proposed Settlement Classes)* (Attachments: # 1 Memorandum of Law, # 2 Declaration of Adam J. Zapala, # 3 Exhibit A, # 4 Exhibit B)(Zapala, Adam) (Entered: 12/04/2020) |
| 12/04/2020 | 4079 | ANSWER to amended complaint *DEFENDANTS' CONSOLIDATED ANSWER TO DIRECT PURCHASER PLAINTIFFS' FIFTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)(Laytin, Daniel) (Entered: 12/04/2020) |
| 12/04/2020 | 4080 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' CONSOLIDATED ANSWER TO DIRECT PURCHASER PLAINTIFFS' FIFTH AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT* (Laytin, Daniel) (Entered: 12/04/2020) |
| 12/04/2020 | 4081 | ANSWER to Complaint with Jury Demand *(REDACTED) DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Cohen, Brian) (Entered: 12/04/2020) |
| 12/04/2020 | 4082 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' SEVENTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT* (Cohen, Brian) (Entered: 12/04/2020) |
| 12/04/2020 | 4083 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephonic status hearing held on 12/4/20. The parties are directed to the transcript for a complete record of the hearing. For the reasons stated on the record, the Rule 30(b)(6) deposition of U.S. Foods noticed by Defendants shall proceed as scheduled on 12/10/20. The parties shall confer and send an email to the Court's courtroom deputy (Brenda_Rinozzi@ilnd.uscourts.gov) by 12/8/20 with a suggested date by which they will file a joint proposed agenda for a status hearing to be convened, if necessary, possibly during the first week of February 2021. Mailed notice (ber, ) (Entered: 12/07/2020) |

| 12/07/2020 | 4084 | The Amick Movants Notice of Withdawal with Prejudice of Motion for Leave to Amend with Respect to Amick Farms, LLC Only by Affiliated Foods, Inc.'s Plaintiffs (Lifvendahl, Eric) (Entered: 12/07/2020) |
|---|---|---|
| 12/07/2020 | 4085 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by Robert W Turken (Turken, Robert) (Entered: 12/07/2020) |
| 12/07/2020 | 4086 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by Lori P Lustrin (Lustrin, Lori) (Entered: 12/07/2020) |
| 12/07/2020 | 4087 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by Scott N Wagner (Wagner, Scott) (Entered: 12/07/2020) |
| 12/08/2020 | 4088 | MOTION by Plaintiff Chick-fil-A, Inc. to reassign case (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 12/08/2020) |
| 12/08/2020 | 4089 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court received the parties' suggestion sent pursuant to the Court's order of 12/4/20 4083 concerning the filing of an agenda for a potential status hearing in early February 2021. Consistent with the parties' suggestion as requested by the Court, to the extent the parties, or any of them, believe a status hearing with Judge Gilbert is necessary to address case management or other matters early next year, they will submit a proposed agenda for such a hearing by 1/28/21. The Court tentatively sets a telephone status hearing in this case for 2/4/21 at 10:00 a.m. Central time. Prior to the a telephone status hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, the access code is: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 12/08/2020) |
| 12/08/2020 | 4090 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by David S. Almeida (Almeida, David) (Entered: 12/08/2020) |
| 12/08/2020 | 4091 | ATTORNEY Appearance for Plaintiff WZ Franchise Corporation by Suzanne Marie Alton de Eraso (Alton de Eraso, Suzanne) (Entered: 12/08/2020) |
| 12/08/2020 | 4092 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Chick-fil-A, Inc.'s motion to reassign case based on relatedness 4088 is granted. This Court will recommend to the Executive Committee that case 20 C 7205 pending before Judge Gottschall be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 12/08/2020) |
| 12/08/2020 | 4093 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17719832. (Calvert, Matthew) (Entered: 12/08/2020) |
| 12/08/2020 | 4094 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4093 is granted. Attorney Matthew J. Calvert for Chick-fil-A, Inc. added. Mailed notice. (ecw, ) (Entered: 12/08/2020) |

| 12/10/2020 | 4095 | MOTION by Plaintiff Target Corporation to reassign case (Burke, Robert) (Entered: 12/10/2020) |
|---|---|---|
| 12/11/2020 | 4096 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Target Corporation's motion to reassign case based on relatedness 4095 is granted. This Court will recommend to the Executive Committee that case 20 C 7191 pending before Judge Pacold be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 12/11/2020) |
| 12/11/2020 | 4097 | STIPULATION *CONCERNING WAIVER OF SERVICE RE TARGET CORP.* (Laytin, Daniel) (Entered: 12/11/2020) |
| 12/11/2020 | 4098 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone conference as to the Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Peco Foods, Inc., George's, Inc., and George's Farms, Inc. and for Conditional Certification of the Proposed Settlement Classes 4078 is set for 12/18/2020 at 9:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Mailed notice. (ecw, ) (Entered: 12/11/2020) |
| 12/11/2020 | 4099 | MOTION by Intervenor United States of America to amend/correct protective order 202 *Unopposed motion to amend Agreed Confidentiality Order* (Torzilli, Paul) (Entered: 12/11/2020) |
| 12/14/2020 | 4100 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to amend the agreed confidentiality order 4099 is granted. Mailed notice. (ecw, ) (Entered: 12/14/2020) |
| 12/14/2020 | 4101 | AMENDMENT to the Agreed Confidentiality Order. Signed by the Honorable Thomas M. Durkin on 12/14/2020. Mailed notice. (ecw, ) (Entered: 12/14/2020) |
| 12/15/2020 | 4102 | STIPULATION *CONCERNING WAIVER OF SERVICE FOR ALDI, INC.* (Laytin, Daniel) (Entered: 12/15/2020) |
| 12/16/2020 | 4103 | MOTION by Plaintiff Carl Buddig & Co., Inc. to reassign case *pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Mandell, Floyd) (Entered: 12/16/2020) |
| 12/16/2020 | 4104 | MOTION by Plaintiff Caesars Enterprise Services, LLC to reassign case *pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Mandell, Floyd) (Entered: 12/16/2020) |
| 12/16/2020 | 4105 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Carl Buddig & Co., Inc.'s motion to reassign case based on relatedness 4103 is granted. This Court will recommend to the Executive Committee that case 20 C 7419 pending before Judge Norgle be reassigned to this Court's calendar as related to this action. Plaintiff Caesars Enterprise Services, LLC's motion to reassign case based on relatedness 4104 is granted. This Court will recommend to the Executive Committee that case 20 C 7423 pending before Judge Gettleman be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 12/16/2020) |
| 12/17/2020 | 4106 | TRANSCRIPT OF PROCEEDINGS held on December 4, 2020 before the Honorable Jeffrey T. Gilbert. Order Number: 39718. Court Reporter Contact Information: Kelly M. Fitzgerald, kmftranscripts@gmail.com, 312-818-6626.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court |

Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/7/2021. Redacted Transcript Deadline set for 1/18/2021. Release of Transcript Restriction set for 3/17/2021. (Fitzgerald, Kelly) (Entered: 12/17/2020)

| | | |
|---|---|---|
| 12/17/2020 | 4107 | STIPULATION of Dismissal *WITH PREJUDICE OF DEFENDANT AMICK FARM, LLC* (Buzbee, Anthony) (Entered: 12/17/2020) |
| 12/17/2020 | 4108 | MOTION by Defendant Harrison Poultry, Inc. to withdraw *Appearance of Clay H. Phillips* (Phillips, Clay) (Entered: 12/17/2020) |
| 12/17/2020 | 4109 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 4108 is granted. Attorney Clay H. Phillips terminated. Mailed notice. (ecw, ) (Entered: 12/17/2020) |
| 12/17/2020 | 4110 | STIPULATION *Regarding Direct Action Plaintiff Depositions* (Rissman, Joshua) (Entered: 12/17/2020) |
| 12/18/2020 | 4111 | Defendants Peco Foods, Inc., George's, Inc., George's Farms, Inc.'s Notice of Compliance with 28 U.S.C. 1715 by Peco Foods, Inc. (Flath, Lara) (Entered: 12/18/2020) |
| 12/18/2020 | 4112 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 12/18/2020 regarding Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Peco Foods, Inc., George's, Inc., and George's Farms, Inc. and for Conditional Certification of the Proposed Settlement Classes 4078 . The motion is granted for the reasons stated on the record. Mailed notice. (ecw, ) (Entered: 12/18/2020) |
| 12/18/2020 | 4113 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendants Peco Foods, Inc., George's, Inc., and George's Farms, Inc. and for Conditional Certification of the Proposed Settlement Classes. Signed by the Honorable Thomas M. Durkin on 12/18/2020. Mailed notice. (ecw, ) (Entered: 12/18/2020) |
| 12/18/2020 | 4114 | STIPULATION of Dismissal *With Prejudice of Defendant Amick Farms, LLC (by El Pollo Loco, Inc.)* (Zahid, Judith) (Entered: 12/18/2020) |
| 12/22/2020 | 4115 | STIPULATION of Dismissal *With Prejudice of Defendant Peco Foods, Inc. in Case No. 19-cv-524 Amigo Meat Distributors v Tyson, et al.* (Flath, Lara) (Entered: 12/22/2020) |
| 12/23/2020 | 4116 | MOTION by Defendant Pilgrim's Pride Corporation for leave to file *Withdraw Appearance of Clayton E. Bailey* (Bailey, Clayton) (Entered: 12/23/2020) |
| 12/23/2020 | 4117 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to withdraw 4116 is granted. Attorney Clayton E. Bailey terminated. Mailed notice. (ecw, ) (Entered: 12/23/2020) |
| 12/23/2020 | 4118 | TRANSCRIPT OF PROCEEDINGS held on 12/18/2020 before the Honorable Thomas M. Durkin. Order Number: 39800. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, (312) 408-7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court |

Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/13/2021. Redacted Transcript Deadline set for 1/25/2021. Release of Transcript Restriction set for 3/23/2021. (Carrion, Elia) (Entered: 12/23/2020)

| | | |
|---|---|---|
| 12/28/2020 | 4119 | ORDER REGARDING DIRECT ACTION PLAINTIFF DEPOSITIONS. Signed by the Honorable Jeffrey T. Gilbert on 12/28/2020. Mailed notice(ber, ) (Entered: 12/28/2020) |
| 12/28/2020 | 4120 | MOTION by Plaintiffs BOJANGLES' RESTAURANTS, INC., BOJANGLES OPCO, LLC to reassign case (Attachments: # 1 Exhibit 1 (Complaint))(Bleiman, Andrew) (Entered: 12/28/2020) |
| 12/28/2020 | 4121 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 4120 before Honorable Thomas M. Durkin on 1/11/2021 at 09:00 AM. (Bleiman, Andrew) (Entered: 12/28/2020) |
| 12/28/2020 | 4122 | ATTORNEY Appearance for Plaintiff Carl Buddig & Co., Inc. by Floyd A. Mandell (Mandell, Floyd) (Entered: 12/28/2020) |
| 12/28/2020 | 4123 | ATTORNEY Appearance for Plaintiff Caesars Enterprise Services, LLC by Floyd A. Mandell (Mandell, Floyd) (Entered: 12/28/2020) |
| 12/28/2020 | 4124 | ATTORNEY Appearance for Plaintiff Carl Buddig & Co., Inc. by Catherine Elizabeth O'brien (O'brien, Catherine) (Entered: 12/28/2020) |
| 12/28/2020 | 4125 | ATTORNEY Appearance for Plaintiff Caesars Enterprise Services, LLC by Catherine Elizabeth O'brien (O'brien, Catherine) (Entered: 12/28/2020) |
| 12/28/2020 | 4126 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Bojangles' Restaurants, Inc. and Bojangles' Opco, LLC's motion to reassign case based on relatedness 4120 is granted. This Court will recommend to the Executive Committee that case 20 C 7734 pending before Judge Lee be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 12/28/2020) |
| 12/29/2020 | 4127 | REDACTED Version of Motion for Class Certification 3971 by End-User Consumer Plaintiffs (Attachments: # 1 Declaration of Dr. David Sunding (Redacted Version), # 2 Declaration of Dr. Luis Cabral (Redacted Version)) (Berman, Steve) (Entered: 12/29/2020) |
| 12/29/2020 | 4128 | MOTION by Defendant Peco Foods, Inc. and Stipulation for Dismissal With Prejudice of Defendants Peco Foods, Inc., Georges, Inc., and Georges Farms, Inc. in Case No. 19-cv-5424 Amigos Meat Distributors v Tyson, et al. (Joint) (Flath, Lara) (Entered: 12/29/2020) |
| 12/29/2020 | 4129 | MINUTE entry before the Honorable Thomas M. Durkin: Joint Motion and Stipulation for Dismissal with Prejudice 4128 is granted. All of Plaintiffs Amigos Meat Distributors, LP, Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, and Amigos Meat Distributors West, LP's claims asserted against Peco Foods, Inc., George's, Inc. and George's Farms, Inc. are dismissed with prejudice, with each side bearing their own attorneys' fees and costs. The stipulation has no bearing on Plaintiffs' other claims against all Defendants other than Peco and George's, and relates only to Amigos Meat Distributors, LP, et al.v. Tyson |

| | | Foods, Inc., et al., Case No. 19 C 8424. Mailed notice. (cdy, ) (Entered: 12/29/2020) |
|---|---|---|
| 12/31/2020 | 4130 | MOTION by Plaintiff Pollo Operations, Inc. for Reassignment of Case (Attachments: # 1 Exhibit Short Form Complaint)(Blechman, William) (Entered: 12/31/2020) |
| 12/31/2020 | 4131 | NOTICE of Motion by William J Blechman for presentment of motion for miscellaneous relief 4130 before Honorable Thomas M. Durkin on 1/11/2021 at 09:00 AM. (Blechman, William) (Entered: 12/31/2020) |
| 12/31/2020 | 4132 | MOTION by Plaintiff Pollo Operations, Inc. to reassign case *(Corrected for Docket 4130)* (Attachments: # 1 Exhibit Short Form Complaint)(Blechman, William) (Entered: 12/31/2020) |
| 12/31/2020 | 4133 | MOTION by Plaintiff McLane Company, Inc. to reassign case (Attachments: # 1 Exhibit A)(Hachikian, Adam) (Entered: 12/31/2020) |
| 01/04/2021 | 4134 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Pollo Operations, Inc's motion to reassign case based on relatedness 4132 is granted. This Court will recommend to the Executive Committee that case 20 C 7834 pending before Judge Shah be reassigned to this Court's calendar as related to this action. Motion 4130 is stricken. Mailed notice. (ecw, ) (Entered: 01/04/2021) |
| 01/04/2021 | 4135 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff McLane Company, Inc.'s motion to reassign case based on relatedness 4133 is granted. This Court will recommend to the Executive Committee that case 20 C 7831 pending before Judge Ellis be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 01/04/2021) |
| 01/04/2021 | 4136 | STIPULATION *Concerning Deadline to File Daubert Motion Directed to Sealed Declaration of Dr. Cabral in Support of End-User Consumer Plaintiffs' Motion for Class Certification* (Tank, Jordan) (Entered: 01/04/2021) |
| 01/05/2021 | 4137 | MOTION by Plaintiffs John Soules Foods, Inc., John Soules Acquisitions LLC to reassign case *based on relatedness pursuant to LR 40.4* (Attachments: # 1 Exhibit JSF Complaint)(Kosoglad, Jared) (Entered: 01/05/2021) |
| 01/05/2021 | 4138 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs John Soules Foods, Inc. and John Soules Acquisitions LLC's motion to reassign case based on relatedness 4137 is granted. This Court will recommend to the Executive Committee that case 21 C 54 pending before Judge Ellis be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 01/05/2021) |
| 01/06/2021 | 4139 | ORDER: Motion to amend 3896 , 3897 is granted. Signed by the Honorable Thomas M. Durkin on 1/6/2021. Mailed notice. (ecw, ) (Entered: 01/06/2021) |
| 01/06/2021 | 4140 | NOTICE of Voluntary Dismissal by Commercial and Institutional Indirect Purchaser Plaintiffs (Morales, Melinda) (Entered: 01/06/2021) |
| 01/06/2021 | 4141 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Kathryn A Reilly (Reilly, Kathryn) (Entered: 01/06/2021) |
| 01/06/2021 | 4142 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Judith Pace Youngman (Youngman, Judith) (Entered: 01/06/2021) |
| 01/07/2021 | 4143 | ORDER CONCERNING DEADLINE TO FILE DAUBERT MOTION DIRECTED TO SEALED DECLARATION OF DR. LUIS CABRAL IN |

| | | SUPPORT OF END USER CONSUMER PLAINTIFFS MOTION FOR CLASS CERTIFICATION [DKT. 3971-3]. Signed by the Honorable Jeffrey T. Gilbert on 1/7/2021. Mailed notice(ber, ) (Entered: 01/07/2021) |
|---|---|---|
| 01/08/2021 | 4144 | STIPULATION *Stipulation Concerning Waiver of Service re Bojangle's Complaint* (Laytin, Daniel) (Entered: 01/08/2021) |
| 01/08/2021 | 4145 | MOTION by Attorney Brandon S. Floch to withdraw as attorney for Albertsons Companies, Inc., Hy-Vee, Inc., Save Mart Supermarkets, The Kroger Co.. No party information provided (Blechman, William) (Entered: 01/08/2021) |
| 01/11/2021 | 4146 | Direct Purchaser Plaintiffs' and Defendant Pilgrim's Pride Corporation's Joint Notice of Settlement and Stipulation for Suspension of Proceedings by Direct Purchaser Plaintiffs (Hart, Steven) (Entered: 01/11/2021) |
| 01/11/2021 | 4147 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4145 is granted. Attorney Brandon S Floch terminated. Mailed notice. (ecw, ) (Entered: 01/11/2021) |
| 01/11/2021 | 4148 | MOTION by Defendants George's Farms, Inc., George's Inc.and Stipulation of Dismissal with Prejudice of George's Defendants in Case No. 18-cv-702 US Foods, Inc. v. Tyson Foods, Inc., et al. (Greene, William) (Entered: 01/11/2021) |
| 01/11/2021 | 4149 | MINUTE entry before the Honorable Thomas M. Durkin: Joint Motion and Stipulation of Dismissal with Prejudice of George's Defendants in Case No. 18-cv-702 US Foods, Inc. v. Tyson Foods, Inc., et al. 4148 is granted. Mailed notice. (ecw, ) (Entered: 01/11/2021) |
| 01/11/2021 | 4150 | Direct Purchaser Plaintiffs' Notice of Settlement with Tyson Defendants by Direct Purchaser Plaintiffs (Hart, Steven) (Entered: 01/11/2021) |
| 01/11/2021 | 4151 | SEALED DOCUMENT by Plaintiff Sysco Corporation *Amended Complaint* (Gant, Scott) (Entered: 01/11/2021) |
| 01/11/2021 | 4152 | MOTION by Plaintiff Sysco Corporation to seal *Amended Complaint* (Gant, Scott) (Entered: 01/11/2021) |
| 01/11/2021 | 4153 | SEALED DOCUMENT by Plaintiff US Foods, Inc. *Amended Complaint* (Gant, Scott) (Entered: 01/11/2021) |
| 01/11/2021 | 4154 | MOTION by Plaintiff US Foods, Inc. to seal *Amended Complaint* (Gant, Scott) (Entered: 01/11/2021) |
| 01/11/2021 | 4155 | STIPULATION *Concerning Waiver of Service re Chik-Fil-A Complaint* (Laytin, Daniel) (Entered: 01/11/2021) |
| 01/11/2021 | 4156 | AMENDED F.R.C.P. 7.1 STATEMENT by WZ Franchise Corporation (Lustrin, Lori) (Entered: 01/11/2021) |
| 01/11/2021 | 4157 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file amended complaint under seal 4152 , 4154 are granted. Mailed notice. (ecw, ) (Entered: 01/11/2021) |
| 01/11/2021 | 4158 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, |

| | | Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for extension of time *Two-Week Extension of Deadline To File Daubert Motions Relating To Class Certification Experts* (Murray, Lynn) (Entered: 01/11/2021) |
|---|---|---|
| 01/11/2021 | 4159 | AMENDED complaint by Sysco Corporation against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC, Utrecht-America Holdings, Inc., Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Keystone Foods Corporation (Gant, Scott) (Entered: 01/11/2021) |
| 01/11/2021 | 4160 | AMENDED complaint by US Foods, Inc. against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Gant, Scott) (Entered: 01/11/2021) |
| 01/12/2021 | 4161 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion For Two-Week Extension Of Deadline To File Daubert Motions Relating To Class Certification Experts 4158 is set for a brief telephone hearing and ruling on 1/14/21 at 9:30 a.m. Central time. The Court does not want response briefs at this time. The Court's preliminary inclination is to grant Defendants' Motion 4158 . The Court understands the schedule change Defendants are requesting unhinges the filing of Defendants' responses to Plaintiffs' motions for class certification from the briefing of Daubert motions, and potentially delays by two weeks the date by which class certification briefing including the related Daubert motions |

| | | |
|---|---|---|
| | | will be concluded. But the Court does not see that as an insurmountable problem or obstacle under the circumstances. Defendants apparently offered to allow Plaintiffs a similar extension to the one Defendants have requested but Plaintiffs rejected that accommodation. If Defendants' Motion 4158 is granted, the Court would grant a like extension to Plaintiffs if they want it. The call-in number is 877-336-1829, access code 1022195, press #. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 01/12/2021) |
| 01/12/2021 | 4162 | ATTORNEY Appearance for Plaintiffs Direct Purchaser Plaintiffs, Maplevale Farms, Inc. by Steven Ellis Serdikoff (Serdikoff, Steven) (Entered: 01/12/2021) |
| 01/12/2021 | 4163 | ORDER: Defendants' Motion to Compel Discovery of Benchmarking Services and Protein-Related Trade Associations [ECF No. 4064] is granted in part and denied in part. See attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 1/12/2021. Mailed notice(ber, ) (Entered: 01/12/2021) |
| 01/12/2021 | 4164 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion For Two-Week Extension Of Deadline To File Daubert Motions Relating To Class Certification Experts 4158 is granted without opposition. Further, at the parties' agreement, the briefing schedule on Daubert motions associated with class certification set in Case Management Order No. 14 3788 is modified as follows: Defendants shall file their Daubert motions directed to the Carter, Mangum, Sunding and Azari class certification opinions by 2/5/21. Class Plaintiffs shall file their opposition briefs by 3/29/21. Defendants shall file their reply briefs by 5/6/21. The motion hearing set for 1/14/21 4161 is stricken with no appearance required. Mailed notice (ber, ) (Entered: 01/12/2021) |
| 01/13/2021 | 4165 | NOTICE by Philip J. Iovieno of Change of Address *and Law Firm* (Iovieno, Philip) (Entered: 01/13/2021) |
| 01/13/2021 | 4166 | STIPULATION *Concerning Waiver of Service re Caesars Enterprise Services* (Laytin, Daniel) (Entered: 01/13/2021) |
| 01/13/2021 | 4167 | STIPULATION *Concerning Waiver of Service re Carl Buddig & Co.* (Laytin, Daniel) (Entered: 01/13/2021) |
| 01/13/2021 | 4168 | STIPULATION *Concerning Waiver of Service re John Soules Foods, Inc. and John Soules Acquisitions LLC* (Laytin, Daniel) (Entered: 01/13/2021) |
| 01/14/2021 | 4169 | NOTICE by Nicholas A Gravante, Jr of Change of Address *and Law Firm* (Gravante, Nicholas) (Entered: 01/14/2021) |
| 01/14/2021 | 4170 | STIPULATION *Concerning Waiver of Service re McLane* (Laytin, Daniel) (Entered: 01/14/2021) |
| 01/14/2021 | 4171 | STIPULATION *Concerning Waiver of Service re Pollo Operations* (Laytin, Daniel) (Entered: 01/14/2021) |
| 01/14/2021 | 4172 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17827838. (Jethmalani, Kail) (Entered: 01/14/2021) |

| 01/14/2021 | 4173 | MOTION by Defendants George's Farms, Inc., George's Inc.and Stipulation of Dismissal with Prejudice of George's Defendants in Case No. 18-cv-700 Sysco Corporation v. Tyson et al. (Greene, William) (Entered: 01/14/2021) |
| 01/14/2021 | 4174 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4172 is granted. Attorney Kail J. Jethmalani for Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. added. Mailed notice. (ecw, ) (Entered: 01/14/2021) |
| 01/14/2021 | 4175 | MINUTE entry before the Honorable Thomas M. Durkin: Joint Motion and Stipulation of Dismissal with Prejudice of George's Defendants in Case No. 18-cv-700 Sysco Corporation v. Tyson et al. 4173 is granted. Mailed notice. (ecw, ) (Entered: 01/14/2021) |
| 01/14/2021 | 4176 | ATTORNEY Appearance for Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. by Kail J. Jethmalani (Jethmalani, Kail) (Entered: 01/14/2021) |
| 01/15/2021 | 4177 | MOTION by Attorney Jason Allen Zweig to withdraw as attorney for End-User Consumer Plaintiffs. No party information provided (Scarlett, Shana) (Entered: 01/15/2021) |
| 01/15/2021 | 4178 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4177 is granted. Attorney Jason A. Zweig terminated. Mailed notice. (ecw, ) (Entered: 01/15/2021) |
| 01/15/2021 | 4179 | MOTION by Plaintiff Red Bird Farms Distribution Company to reassign case (Attachments: # 1 Exhibit Red Bird Complaint)(Ripp, Paul) (Entered: 01/15/2021) |
| 01/15/2021 | 4180 | MOTION by Plaintiffs Restaurant Services, Inc., Restaurant Services, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint) (Esau, David) (Entered: 01/15/2021) |
| 01/18/2021 | 4181 | NOTICE of Voluntary Dismissal by Direct Purchaser Plaintiffs *NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO THE AMICK COMPANY, INC., AMICK-OSI BROILERS, LLC, AND AMICK-OSI PROCESSING, LLC* (Hart, Steven) (Entered: 01/18/2021) |
| 01/19/2021 | 4182 | End-User Consumer Plaintiffs' Notice of Settlement with Tyson Defendants by End-User Consumer Plaintiffs (Berman, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 4183 | AMENDED F.R.C.P. 7.1 STATEMENT by The Johnny Rockets Group, Inc. (Lustrin, Lori) (Entered: 01/19/2021) |
| 01/19/2021 | 4184 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Red Bird Distribution Company's motion to reassign case based on relatedness 4179 is granted, in that case 21 C 261 is already assigned to Judge Durkin. The Clerk's Office is instructed to add 21 C 261 as a related case. Mailed notice. (ecw, ) (Entered: 01/19/2021) |
| 01/19/2021 | 4185 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Restaurant Services, Inc.'s motion to reassign case based on relatedness 4180 is granted. This |

| | | Court will recommend to the Executive Committee that case 21-C-268 pending before Judge Rowland be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 01/19/2021) |
|---|---|---|
| 01/19/2021 | 4186 | Commercial and Institutional Indirect Purchaser Plaintiffs' Notice of Settlement with Tyson Defendants by Commercial and Institutional Indirect Purchaser Plaintiffs (Gustafson, Daniel) (Entered: 01/19/2021) |
| 01/19/2021 | 4187 | Notice by Services Group of America, Inc. *of Opt-Out and Objection to List of Opt-Outs with Respect to the Direct Purchaser Class Plaintiffs' Settlements with George's and Peco Defendants, or in the Alternative, Motion for Late Opt-Out from the Settlements* (Attachments: # 1 Declaration of Gregory J. Casas, # 2 Declaration of Dianne Shay)(Casas, Gregory) (Entered: 01/19/2021) |
| 01/21/2021 | 4188 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17849131. (Brandman, Lawrence) (Entered: 01/21/2021) |
| 01/21/2021 | 4189 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4188 is granted. Attorney Lawrence S. Brandman for BJ's Wholesale Club Inc., Darden Restaurants, Inc., Jetro Holdings. LLC, Maximum Quality Foods, Inc., PJ Food Service, Inc., Sherwood Food Distributors, LLC, and Winn-Dixie Stores, Inc. added. Mailed notice. (ecw, ) (Entered: 01/21/2021) |
| 01/21/2021 | 4190 | NOTICE of Voluntary Dismissal by McLane Company, Inc. *Without Prejudice as to The Amick Company, Inc., Amick-OSI Broilers, LLC, and Amick-OSI Processing, LLC* (Reilly, Kathryn) (Entered: 01/21/2021) |
| 01/21/2021 | 4191 | AMENDED complaint by Campbell Soup Company, Campbell Soup Supply Company L.L.C., Pacific Foods of Oregon, LLC against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Gant, Scott) (Entered: 01/21/2021) |
| 01/21/2021 | 4192 | AMENDED complaint by John Soules Foods, Inc., John Soules Acquisitions LLC against Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, |

| | | |
|---|---|---|
| | | Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Gant, Scott) (Entered: 01/21/2021) |
| 01/21/2021 | 4193 | AMENDED complaint by Target Corporation against Agri Stats, Inc., Amick Farms, LLC, Amick-OSI Broilers, LLC, Amick-OSI Processing, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Gant, Scott) (Entered: 01/21/2021) |
| 01/21/2021 | 4194 | AFFIDAVIT of Service filed by Plaintiff Sysco Corporation regarding Summons and Amended Complaint served on Rabo AgriFinance LLC on 01/20/2021 (Gant, Scott) (Entered: 01/21/2021) |
| 01/21/2021 | 4195 | AFFIDAVIT of Service filed by Plaintiff Sysco Corporation regarding Summons and Amended Complaint served on Rabobank USA Financial Corp. on 01/20/2021 (Gant, Scott) (Entered: 01/21/2021) |
| 01/21/2021 | 4196 | AFFIDAVIT of Service filed by Plaintiff Sysco Corporation regarding Summons and Amended Complaint served on Utrecht-America Finance Co. on 01/20/2021 (Gant, Scott) (Entered: 01/21/2021) |
| 01/21/2021 | 4197 | AFFIDAVIT of Service filed by Plaintiff Sysco Corporation regarding Summons and Amended Complaint served on Utrecht-America Holdings Inc. on 01/20/2021 (Gant, Scott) (Entered: 01/21/2021) |
| 01/22/2021 | 4198 | MOTION by Attorney Ryan T. McAllister to withdraw as attorney for BJ's Wholesale Club Inc., Darden Restaurants, Inc., Jetro Holdings. LLC, Maximum |

| | | Quality Foods, Inc., PJ Food Service, Inc., Sherwood Foods Distributors, LLC. No party information provided (McAllister, Ryan) (Entered: 01/22/2021) |
|---|---|---|
| 01/22/2021 | 4199 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4198 is granted. Attorney Ryan Thomas McAllister terminated. Mailed notice. (ecw, ) (Entered: 01/22/2021) |
| 01/22/2021 | 4200 | AFFIDAVIT of Service filed by Plaintiff US Foods, Inc. regarding Summons and Amended Complaint served on Rabo AgriFinance LLC on 01/21/2021 (Gant, Scott) (Entered: 01/22/2021) |
| 01/22/2021 | 4201 | AFFIDAVIT of Service filed by Plaintiff US Foods, Inc. regarding Summons and Amended Complaint served on Rabobank USA Financial Corp. on 01/21/2021 (Gant, Scott) (Entered: 01/22/2021) |
| 01/22/2021 | 4202 | AFFIDAVIT of Service filed by Plaintiff US Foods, Inc. regarding Summons and Amended Complaint served on Utrecht-America Finance Co. on 01/21/2021 (Gant, Scott) (Entered: 01/22/2021) |
| 01/22/2021 | 4203 | AFFIDAVIT of Service filed by Plaintiff US Foods, Inc. regarding Summons and Amended Complaint served on Utrecht-America Holdings Inc. on 01/21/2021 (Gant, Scott) (Entered: 01/22/2021) |
| 01/22/2021 | 4204 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the date set in the Court's order of 1/12/21 4163 for the DAPs and Defendants to submit either an agreed-upon proposed order or competing proposals is stricken and reset to 1/25/21. Mailed notice (ber, ) (Entered: 01/22/2021) |
| 01/22/2021 | 4205 | MINUTE entry before the Honorable Thomas M. Durkin: By agreement of the parties, the following briefing schedule is entered on Plaintiff Services Group of America, Inc.'s Motion for Late Opt-Out from the Settlements 4187 . Defendants George's and Peco's responses are due 2/5/2021 and Plaintiff's reply is due 2/15/2021. Mailed notice. (ecw, ) (Entered: 01/22/2021) |
| 01/22/2021 | 4206 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Pravin R. Patel (Patel, Pravin) (Entered: 01/22/2021) |
| 01/22/2021 | 4207 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION* (Laytin, Daniel) (Entered: 01/22/2021) |
| 01/22/2021 | 4208 | *NOTICE OF MOTION TO FILE UNDER SEAL* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 01/22/2021) |
| 01/22/2021 | 4209 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION* (Attachments: # 1 Exhibit 1, # 2 Exhibit 1 A, # 3 Exhibit 1 B, # 4 Exhibit 1 C, # 5 Exhibit 1 D, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 22, # 14 Exhibit 23, # 15 Exhibit 24, # 16 Exhibit 25, # 17 Exhibit 26, # 18 Exhibit 27, # 19 Exhibit 28, # 20 Exhibit 29, # 21 Exhibit 30, # 22 Exhibit 31, # 23 Exhibit 32, # 24 Exhibit 33, # 25 Exhibit 34, # 26 Exhibit 39, # 27 Exhibit 42, # 28 Exhibit 43, # 29 Exhibit 44, # 30 Exhibit 45, # 31 Exhibit 46, # 32 Exhibit 47, # 33 Exhibit 48, # 34 Exhibit 49, # 35 Exhibit 50, # 36 Exhibit 51, # 37 Exhibit 52, # 38 Exhibit 55, # |

| | | 39 Exhibit 62, # 40 Exhibit 63, # 41 Exhibit 64, # 42 Exhibit 65, # 43 Exhibit 66, # 44 Exhibit 67, # 45 Exhibit 68, # 46 Exhibit 69, # 47 Exhibit 70, # 48 Exhibit 71, # 49 Exhibit 72, # 50 Exhibit 73, # 51 Exhibit 74, # 52 Exhibit 75)(Laytin, Daniel) (Entered: 01/22/2021) |
|---|---|---|
| 01/22/2021 | 4210 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)in Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs to certify class 3962 *DEFENDANTS' OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION* (Attachments: # 1 Declaration of R. Haig, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72, # 74 Exhibit 73, # 75 Exhibit 74, # 76 Exhibit 75)(Laytin, Daniel) (Entered: 01/22/2021) |
| 01/22/2021 | 4211 | *Notice of Motion for Leave to File Under Seal Defendants' Opposition to End-User Consumer Plaintiffs' Motion for Class Certification* NOTICE of Motion by James Douglas Baldridge for presentment of (Baldridge, James) (Entered: 01/22/2021) |
| 01/22/2021 | 4212 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC to seal *Motion to Seal Defendants' Opposition to End-User Consumer Plaintiffs' Motion for Class Certification* (Baldridge, James) (Entered: 01/22/2021) |
| 01/22/2021 | 4213 | SEALED REPLY by Perdue Farms, Inc., Perdue Foods LLC to SEALED MOTION by Plaintiff End-User Consumer Plaintiffs *Motion for Class Certification* 3971 *Defendants' Opposition to End-User Consumer Plaintiffs' Motion for Class Cert* (Attachments: # 1 Declaration Declaration of Danielle R. Foley, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 3a, # 6 Exhibit 3b, # 7 Exhibit 3c, # 8 Exhibit 3d, # 9 Exhibit 4-16, # 10 Exhibit 23-67, # 11 Exhibit 69-87, # 12 Exhibit 89-97)(Baldridge, James) (Entered: 01/22/2021) |
| 01/22/2021 | 4214 | MEMORANDUM by Perdue Farms, Inc., Perdue Foods LLC in Opposition to Sealed motion, 3971 *PUBLIC REDACTED VERSION Defendants' Opposition to End-User Consumer Plaintiffs' Motion for Class Cert* (Attachments: # 1 Exhibit 17-22, # 2 Exhibit 68, # 3 Exhibit 88)(Baldridge, James) (Entered: 01/22/2021) |
| 01/22/2021 | 4215 | CERTIFICATE Certificate of Service *for Defendants' Opposition to End-User Consumer Plaintiffs' Motion for Class Cert* (Baldridge, James) (Entered: 01/22/2021) |
| 01/22/2021 | 4216 | RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, |

| | | |
|---|---|---|
| | | Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLCin Opposition to MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to certify class 3968 (Attachments: # 1 Appendix A, # 2 Expert Report of Dr. John Johnson, # 3 Declaration of Carrie C. Mahan, # 4 Exhibits 1-49, # 5 Exhibits 50, # 6 Exhibits 51-66, # 7 Exhibit 67, # 8 Exhibits 68-80)(Mahan, Carrie) (Entered: 01/22/2021) |
| 01/22/2021 | 4217 | MOTION by Defendant Pilgrim's Pride Corporation to seal *Defendants' Response in Opposition to Consumer and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification* (Mahan, Carrie) (Entered: 01/22/2021) |
| 01/22/2021 | 4218 | *Notice of Motion to File Under Seal* NOTICE of Motion by Carrie C. Mahan for presentment of (Mahan, Carrie) (Entered: 01/22/2021) |
| 01/26/2021 | 4219 | STIPULATION *Stipulation Concerning Waiver of Service re Red Bird Farms Distribution Company* (Laytin, Daniel) (Entered: 01/26/2021) |
| 01/26/2021 | 4220 | JOINT ORDER REGARDING DIRECT ACTION PLAINTIFF DISCOVERY OBLIGATIONS. Signed by the Honorable Jeffrey T. Gilbert on 1/26/2021. Mailed notice(ber, ) (Entered: 01/26/2021) |
| 01/27/2021 | 4221 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Garth Thomas Yearick (Yearick, Garth) (Entered: 01/27/2021) |
| 01/27/2021 | 4222 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Heather Camille Papini-chapla *and all McLane affiliates named as plaintiffs* (Papini-chapla, Heather) (Entered: 01/27/2021) |
| 01/27/2021 | 4223 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement of Class Plaintiffs, the Direct Action Plaintiffs, and Defendants, memorialized in an email to the Court's courtroom deputy dated 1/27/21, and with the Court's concurrence, the status hearing tentatively set for 2/4/21 is stricken with no appearances necessary on that date. Mailed notice (ber, ) (Entered: 01/27/2021) |
| 01/27/2021 | 4224 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 4207 , 4212 and 4217 are granted. Mailed notice. (ecw, ) (Entered: 01/27/2021) |

| 01/27/2021 | 4225 | MOTION by Plaintiff Pollo Operations, Inc. to seal document *(Amended Complaint)* (Blechman, William) (Entered: 01/27/2021) |
|---|---|---|
| 01/27/2021 | 4226 | NOTICE of Motion by William J Blechman for presentment of (Blechman, William) (Entered: 01/27/2021) |
| 01/27/2021 | 4227 | SEALED DOCUMENT by Plaintiff Pollo Operations, Inc. *(Amended Complaint)* (Blechman, William) (Entered: 01/27/2021) |
| 01/27/2021 | 4228 | *Redacted* AMENDED complaint by Pollo Operations, Inc. against Pollo Operations, Inc. (Blechman, William) (Entered: 01/27/2021) |
| 01/27/2021 | 4229 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to seal document 4225 is granted. Mailed notice. (ecw, ) (Entered: 01/27/2021) |
| 01/27/2021 | 4230 | STIPULATION *Stipulation Concerning Waiver of Service re Restaurant Service, Inc.* (Laytin, Daniel) (Entered: 01/27/2021) |
| 01/27/2021 | 4231 | MOTION by Plaintiff Zaxby's Franchising LLC to reassign case *based on Relatedness Pursuant to Local Rule 40.4* (Bleiman, Andrew) (Entered: 01/27/2021) |
| 01/27/2021 | 4232 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 4231 before Honorable Thomas M. Durkin on 2/10/2021 at 09:00 AM. (Bleiman, Andrew) (Entered: 01/27/2021) |
| 01/28/2021 | 4233 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Zaxby's Franchising LLC's motion to reassign case based on relatedness 4231 is granted. This Court will recommend to the Executive Committee that case 21 C 486 pending before Judge Blakey be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 01/28/2021) |
| 01/28/2021 | 4234 | SEALED RESPONSE by Pilgrim's Pride Corporation to MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to certify class 3968 (Attachments: # 1 Appendix A, # 2 Expert Report of Dr. John Johnson, # 3 Expert Report of Dr. John Johnson Appendix Part 1, # 4 Expert Report of Dr. John Johnson Appendix Part 2, # 5 Expert Report of Dr. John Johnson Appendix Part 3, # 6 Expert Report of Dr. John Johnson Appendix Part 4)(Mahan, Carrie) (Entered: 01/28/2021) |
| 01/28/2021 | 4235 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Declaration of Carrie C. Mahan and Under Seal Exhibits to Defendants' Opposition to Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Class Certification* (Attachments: # 1 Exhibit 1-31, # 2 Exhibit 32-44, # 3 Exhibit 45, # 4 Exhibit 46-49, # 5 Exhibit 50, # 6 Exhibit 51-62, # 7 Exhibit 63-71, # 8 Exhibit 72, # 9 Exhibit 73-80)(Mahan, Carrie) (Entered: 01/28/2021) |
| 01/28/2021 | 4236 | MOTION by Plaintiff Chick-fil-A, Inc. for leave to file *Amended Complaint Under Seal* (Phair, Ryan) (Entered: 01/28/2021) |
| 01/28/2021 | 4237 | SEALED DOCUMENT by Plaintiff Chick-fil-A, Inc. *Amended Complaint* (Attachments: # 1 Redline)(Phair, Ryan) (Entered: 01/28/2021) |
| 01/28/2021 | 4238 | AMENDED complaint by Chick-fil-A, Inc. against All Defendants (Attachments: # 1 Redline)(Phair, Ryan) (Entered: 01/28/2021) |
| 01/29/2021 | 4239 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file Amended Complaint Under Seal 4236 is granted. Mailed notice. (ecw, ) (Entered: 01/29/2021) |

| 01/29/2021 | 4240 | MOTION by Attorney Jerry R. Goldsmith to withdraw as attorney for Shamrock Foods Company, United Food Service, Inc.. No party information provided (Goldsmith, Jerry) (Entered: 01/29/2021) |
|---|---|---|
| 01/29/2021 | 4241 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4240 is granted. Attorney Jerry R Goldsmith terminated. Mailed notice. (ecw, ) (Entered: 01/29/2021) |
| 01/29/2021 | 4242 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *Amended Consolidated Complaint Under Seal* (Porter, Julie) (Entered: 01/29/2021) |
| 01/29/2021 | 4243 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial* (Attachments: # 1 Exhibit Redlined Version)(Porter, Julie) (Entered: 01/29/2021) |
| 01/29/2021 | 4244 | AMENDED *Consolidated Complaint and Demand for Jury Trial by Direct Action Plaintiffs (Redacted Public Version)* (Attachments: # 1 Exhibit Redlined Version)(Porter, Julie) (Entered: 01/29/2021) |
| 01/29/2021 | 4245 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to Exclude the Testimony of Dr. Luis Cabral (Zarlenga, Carmine) (Entered: 01/29/2021) |
| 01/29/2021 | 4246 | *(Notice of Motion for Presentment of Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral)* NOTICE of Motion by Carmine R. Zarlenga for presentment of (Zarlenga, Carmine) (Entered: 01/29/2021) |
| 01/29/2021 | 4247 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,,, 4245 *(Redacted Version of Defendants' Memorandum in Support of their Motion to Exclude the Testimony of Dr. Luis Cabral)* (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2 (Redacted), # 3 Exhibit 3 (Redacted), # 4 Exhibit 4 (Redacted), # 5 Exhibit 5 (Redacted), # 6 Exhibit 6 (Redacted), # 7 Exhibit 7 (Redacted), # 8 Exhibit 8 (Redacted), # 9 Exhibit 9 (Redacted), # 10 Exhibit 10 (Redacted), # 11 Exhibit 11 |

(Redacted), # 12 Exhibit 12 (Redacted), # 13 Exhibit 13 (Redacted), # 14 Exhibit 14 (Redacted), # 15 Exhibit 15 (Redacted), # 16 Exhibit 16 (Redacted), # 17 Exhibit 17 (Redacted), # 18 Exhibit 18 (Redacted), # 19 Exhibit 19 (Redacted), # 20 Exhibit 20 (Redacted), # 21 Exhibit 21 (Redacted), # 22 Exhibit 22 (Redacted), # 23 Exhibit 23 (Redacted), # 24 Exhibit 24 (Redacted), # 25 Exhibit 25 (Redacted), # 26 Exhibit 26 (Redacted), # 27 Exhibit 27 (Redacted), # 28 Exhibit 28 (Redacted), # 29 Exhibit 29 (Redacted), # 30 Exhibit 30 (Redacted)) (Zarlenga, Carmine) (Entered: 01/29/2021)

| | | |
|---|---|---|
| 01/29/2021 | 4248 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to seal *Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral and Supporting Documents* (Zarlenga, Carmine) (Entered: 01/29/2021) |
| 01/29/2021 | 4249 | *(Notice of Motion for Leave to File Documents Under Seal)* NOTICE of Motion by Carmine R. Zarlenga for presentment of (Zarlenga, Carmine) (Entered: 01/29/2021) |
| 01/29/2021 | 4250 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *Sealed Version of Defendants' Memorandum in Support of Their Motion to Exclude the Testimony of Dr. Luis Cabral* (Attachments: # 1 Exhibit 1 (Sealed), # 2 Exhibit 2 (Sealed), # 3 Exhibit 3 (Sealed), # 4 Exhibit 4 (Sealed), # 5 Exhibit 5 (Sealed), # 6 Exhibit 6 (Sealed), # 7 Exhibit 7 (Sealed), # 8 Exhibit 8 (Sealed), # 9 Exhibit 9 (Sealed), # 10 Exhibit 10 (Sealed), # 11 Exhibit 11 (Sealed), # 12 Exhibit 12 (Sealed), # 13 Exhibit 13 (Sealed), # 14 Exhibit 14 (Sealed), # 15 Exhibit 15 (Sealed), # 16 Exhibit 16 (Sealed), # 17 Exhibit 17 (Sealed), # 18 Exhibit 18 (Sealed), # 19 Exhibit 19 (Sealed), # 20 Exhibit 20 (Sealed), # 21 Exhibit 21 (Sealed), # 22 Exhibit 22 (Sealed), # 23 Exhibit 23 (Sealed), # 24 Exhibit 24 (Sealed), # 25 Exhibit 25 (Sealed), # 26 Exhibit 26 (Sealed), # 27 Exhibit 27 (Sealed), # 28 Exhibit 28 (Sealed), # 29 Exhibit 29 (Sealed), # 30 Exhibit 30 (Sealed))(Zarlenga, Carmine) (Entered: 01/29/2021) |

| 01/29/2021 | 4251 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Foods, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *Declaration of Stephen M. Medlock in Support of Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral* 4245 (Medlock, Stephen) (Entered: 01/29/2021) |
| 02/01/2021 | 4252 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file Amended Consolidated Complaint Under Seal 4242 is granted. Mailed notice. (ecw, ) (Entered: 02/01/2021) |
| 02/01/2021 | 4253 | MOTION by Plaintiff Cajun Operating Company d/b/a Church's Chicken to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint) (Esau, David) (Entered: 02/01/2021) |
| 02/01/2021 | 4254 | ATTORNEY Appearance for Plaintiff Ahold Delhaize USA, Inc. by Neil Keith Gilman (Gilman, Neil) (Entered: 02/01/2021) |
| 02/01/2021 | 4255 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Cajun Operating Company's motion to reassign case based on relatedness 4253 is granted. The Clerk's Office is instructed to add 21 C 573 as a related case. Mailed notice. (ecw, ) (Entered: 02/01/2021) |
| 02/02/2021 | 4256 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17890360. (Plunkett, Denise) (Entered: 02/02/2021) |
| 02/02/2021 | 4257 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4256 is granted. Attorney Denise Lynne Plunkett for Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., and Tyson Poultry, Inc. added. Mailed notice. (ecw, ) (Entered: 02/02/2021) |
| 02/02/2021 | 4258 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.* (Hart, Steven) (Entered: 02/02/2021) |
| 02/02/2021 | 4259 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 4258 *Direct Purchaser Plaintiffs' Memorandum In Support of Motion for Preliminary Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.* (Attachments: # 1 Declaration of W. Joseph Bruckner, # 2 Declaration of Jennifer Keough)(Hart, Steven) (Entered: 02/02/2021) |
| 02/03/2021 | 4260 | MOTION by Defendant Fieldale Farms Corporation, Movant Amigos Meat Distributors, LP to dismiss *Joint Motion and Stipulation to Dismiss Amigos'* |

*Claims Against Fieldale* (williams, valarie) (Entered: 02/05/2021)

| 02/04/2021 | 4261 | MINUTE entry before the Honorable Thomas M. Durkin: Joint motion and stipulation for dismissal with prejudice 4260 is granted. Mailed notice. (ecw, ) (Entered: 02/04/2021) |
|---|---|---|
| 02/05/2021 | 4262 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to Exclude the Testimony of Dr. Russell Mangum (Mahan, Carrie) (Entered: 02/05/2021) |
| 02/05/2021 | 4263 | NOTICE of Motion by Carrie C. Mahan for presentment of (Mahan, Carrie) (Entered: 02/05/2021) |
| 02/05/2021 | 4264 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,,, 4262 (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Exhibit A (Public Version), # 3 Exhibit B (Public Version), # 4 Exhibit C (Public Version), # 5 Exhibit D (Public Version), # 6 Exhibit E (Public Version), # 7 Exhibit F (Public Version), # 8 Exhibit G (Public Version), # 9 Exhibit H (Public Version))(Mahan, Carrie) (Entered: 02/05/2021) |
| 02/05/2021 | 4265 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to other, 4187 *(Direct Purchaser Plaintiffs' Response to Plaintiff Services Group of America, Inc.'s Notice of Opt-Out and Objection to List of Opt-Outs with Respect to the Direct Purchaser Plaintiffs' Settlements with George's and Peco Defendants, or in the Alternative, Motion for Late Opt-Out from Settlements)* (Attachments: # 1 Declaration of Jennifer M. Keough)(Pouya, Bobby) (Entered: 02/05/2021) |
| 02/05/2021 | 4266 | MOTION by Defendant Pilgrim's Pride Corporation to seal document memorandum in support of motion,,,,, 4264 (Mahan, Carrie) (Entered: 02/05/2021) |
| 02/05/2021 | 4267 | NOTICE of Motion by Carrie C. Mahan for presentment of (Mahan, Carrie) (Entered: 02/05/2021) |

| 02/05/2021 | 4268 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Mahan, Carrie) (Entered: 02/05/2021) |
|---|---|---|
| 02/05/2021 | 4269 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *Defendants' Motion to Exclude DPPs' Expert Dr. Carter* (Laytin, Daniel) (Entered: 02/05/2021) |
| 02/05/2021 | 4270 | *Notice of Motion to Seal Defendants' Motion to Exclude DPPs' Expert Dr. Carter* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 02/05/2021) |
| 02/05/2021 | 4271 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Defendants' Motion to Exclude DPPs' Expert Dr. Carter* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Laytin, Daniel) (Entered: 02/05/2021) |
| 02/05/2021 | 4272 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)To Exclude *DPPs' Expert Dr. Carter* (Laytin, Daniel) (Entered: 02/05/2021) |
| 02/05/2021 | 4273 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion for miscellaneous relief 4272 *Defendants' Motion to Exclude DPPs' Expert Dr. Carter* (Attachments: # 1 Declaration of R. Haig, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Laytin, Daniel) (Entered: 02/05/2021) |
| 02/05/2021 | 4274 | *Notice of Defendants' Motion to Exclude DPPs' Expert Dr. Carter* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 02/05/2021) |
| 02/05/2021 | 4275 | RESPONSE by Defendants George's Farms, Inc., George's Inc., Peco Foods, Inc. to other, 4187 *Opposition to Service Group of America, Inc.'s Late Opt Out Notice and Motion to Opt Out Late* (Attachments: # 1 Declaration of William Greene)(Greene, William) (Entered: 02/05/2021) |
| 02/05/2021 | 4276 | MOTION by Plaintiff Buffalo Wild Wings, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Esau, David) (Entered: 02/05/2021) |
| 02/05/2021 | 4277 | MOTION by Plaintiff Sonic Industries Services Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Esau, David) (Entered: 02/05/2021) |
| 02/05/2021 | 4278 | NOTICE by Perdue Farms, Inc., Perdue Foods LLC *Notice of Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding* (Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4279 | *Notice of Motion for Leave to File Under Seal Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding* NOTICE of Motion by James Douglas Baldridge for presentment of (Baldridge, James) (Entered: 02/05/2021) |

| 02/05/2021 | 4280 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC for leave to file *Motion for Leave to File Under Seal Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding* (Attachments: # 1 Text of Proposed Order) (Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4281 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *Motion to Exclude Expert Opinions of Dr. David Sunding* (Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4282 | MEMORANDUM *Memorandum in Support of Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding PUBLIC VERSION* (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4283 | SEALED MEMORANDUM by Defendants Perdue Farms, Inc., Perdue Foods LLC in Support of Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 3a, # 5 Exhibit 3b, # 6 Exhibit 3c, # 7 Exhibit 3d, # 8 Exhibit 4)(Baldridge, James) Modified on 9/29/2021 (ecw, ). (Entered: 02/05/2021) |
| 02/05/2021 | 4284 | NOTICE by Perdue Farms, Inc., Perdue Foods LLC *Notice of Defendants' Motion to Exclude the Expert Opinion of Cameron Azari* (Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4285 | NOTICE by Perdue Farms, Inc., Perdue Foods LLC *Notice of Motion for Leave to File Under Seal Defendants' Motion to Exclude the Expert Opinion of Cameron Azari* (Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4286 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *Motion for Leave to File Under Seal Defendants' Motion to Exclude the Expert Opinion of Cameron Azari* (Attachments: # 1 Text of Proposed Order)(Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4287 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *PUBLIC VERSION Motion to Exclude the Expert Opinion of Cameron Azari* (Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4288 | MEMORANDUM *PUBLIC VERSION Memorandum in Support of Motion to Exclude the Expert Opinion of Cameron Azari* (Attachments: # 1 Declaration Danielle R. Foley, # 2 Exhibit 1, # 3 Text of Proposed Order)(Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4289 | SEALED MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *Defendants' Memorandum in Support of Defendants' Motion to Exclude the Expert Opinion of Cameron Azari* (Attachments: # 1 Exhibit 2)(Baldridge, James) (Entered: 02/05/2021) |
| 02/05/2021 | 4290 | CERTIFICATE Service *Certificate of Service Perdue Defendants' for Motions to Exclude the Expert Opinions of Dr. David Sunding and Cameron Azari* (Baldridge, James) (Entered: 02/05/2021) |
| 02/08/2021 | 4291 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 4248 , 4266 , 4269 , 4280 , 4286 are granted. Mailed notice. (ecw, ) (Entered: 02/08/2021) |
| 02/08/2021 | 4292 | STIPULATION *Stipulation Concerning Waiver of Service re Zaxby's Franchising LLC* (Laytin, Daniel) (Entered: 02/08/2021) |

| | | |
|---|---|---|
| 02/08/2021 | 4293 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Buffalo Wild Wings, Inc.'s motion to reassign case based on relatedness 4276 and Plaintiff Sonic Industries Services Inc.'s motion to reassign case based on relatedness 4277 are granted. This Court will recommend to the Executive Committee that case 21 C 689 pending before Judge Alonso and case 21 C 689 pending before Judge Feinerman be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 02/08/2021) |
| 02/09/2021 | 4294 | STIPULATION of Dismissal *[and Proposed Order] With Prejudice Against Defendants George's, Inc. and George's Farms, Inc.* (Blechman, William) (Entered: 02/09/2021) |
| 02/09/2021 | 4295 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Restaurant Services, Inc. (Gore, Kristin) (Entered: 02/09/2021) |
| 02/09/2021 | 4296 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Cajun Operating Company d/b/a Church's Chicken (Gore, Kristin) (Entered: 02/09/2021) |
| 02/10/2021 | 4297 | STIPULATION and Order Dismissing Claims with Prejudice of Defendants George's, Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 2/10/2021. Mailed notice. (ecw, ) (Entered: 02/10/2021) |
| 02/11/2021 | 4298 | MOTION by Plaintiff CKE Restaurants Holdings, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Esau, David) (Entered: 02/11/2021) |
| 02/11/2021 | 4299 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Direct Purchaser Plaintiffs' motion for preliminary approval of the settlements with Defendant Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. 4258 is set for 2/23/2021 at 9:30 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 02/11/2021) |
| 02/12/2021 | 4300 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff CKE Restaurants Holdings, Inc.'s motion to reassign case based on relatedness 4298 is granted. Case 21 C 781 is to be added as related to this action. Mailed notice. (ecw, ) (Entered: 02/12/2021) |
| 02/12/2021 | 4301 | STIPULATION *and [Proposed] Order Regarding Class Certification Briefing Schedule* (Pouya, Bobby) (Entered: 02/12/2021) |
| 02/12/2021 | 4302 | STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE. Signed by the Honorable Jeffrey T. Gilbert on 2/12/2021. Mailed notice(ber, ) (Entered: 02/12/2021) |
| 02/13/2021 | 4303 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17928613. (Arikat, Carmel) (Entered: 02/13/2021) |
| 02/15/2021 | 4304 | REPLY by Services Group of America, Inc. to Response, 4265 *In Support of SGA's Notice of Opt-Out & Objection to List of Opt-Outs with Respect to the Direct Purchaser Class Pltfs' Settlements with George's & Peco Defs, or in the* |

| | | |
|---|---|---|
| | | *Alternative Motion for Late Opt-Out from the Settlement* (Casas, Gregory) (Entered: 02/15/2021) |
| 02/16/2021 | 4305 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4303 is granted. Attorney Carmel Rana Arikat for Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., and Tyson Poultry, Inc. added. Mailed notice. (ecw, ) (Entered: 02/16/2021) |
| 02/16/2021 | 4306 | STIPULATION *Regarding Amendment to Chick-fil-A, Inc.'s Amended Complaint* (Phair, Ryan) (Entered: 02/16/2021) |
| 02/16/2021 | 4307 | Notice of Compliance by Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tank, Jordan) (Entered: 02/16/2021) |
| 02/17/2021 | 4308 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Roger Steven Kobert (Kobert, Roger) (Entered: 02/17/2021) |
| 02/17/2021 | 4309 | MOTION by Plaintiff Focus Brands LLC to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Esau, David) (Entered: 02/17/2021) |
| 02/18/2021 | 4310 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Focus Brands LLC's motion to reassign case based on relatedness 4309 is granted. This Court will recommend to the Executive Committee that case 21 C 892 pending before Judge Dow be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 02/18/2021) |
| 02/18/2021 | 4311 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17941004. (Katzen, Alli) (Entered: 02/18/2021) |
| 02/18/2021 | 4312 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Buffalo Wild Wings, Inc. (Gore, Kristin) (Entered: 02/18/2021) |
| 02/18/2021 | 4313 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sonic Industries Services Inc. (Gore, Kristin) (Entered: 02/18/2021) |
| 02/18/2021 | 4314 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4311 is granted. Attorney Alli Genna Katzen for Pilgrim's Pride Corporation added. Mailed notice. (ecw, ) (Entered: 02/18/2021) |

| 02/18/2021 | 4315 | ENTERED IN ERROR. (jh, ) Modified on 2/18/2021 (jh, ). (Entered: 02/18/2021) |
|---|---|---|
| 02/18/2021 | 4316 | NOTICE of Correction regarding 4315 . (jh, ) (Entered: 02/18/2021) |
| 02/18/2021 | 4317 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17942587. (Cashman, Michael) (Entered: 02/18/2021) |
| 02/18/2021 | 4318 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4317 is granted. Attorney Michael R Cashman for Mookie's Southern Cuisine LLC added. Mailed notice. (ecw, ) (Entered: 02/18/2021) |
| 02/18/2021 | 4319 | ORDER on Joint Stipulation Regarding Amendment to Chick-Fil-A, Inc.'s Amended Complaint. Signed by the Honorable Thomas M. Durkin on 2/18/2021. Mailed notice. (ecw, ) (Entered: 02/18/2021) |
| 02/18/2021 | 4320 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17944103. (Messina, Alexander) (Entered: 02/18/2021) |
| 02/19/2021 | 4321 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4320 is granted. Attorney Alexander J Messina for Case Farms Processing, Inc., Case Farms, LLC, and Case Foods, Inc. added. Mailed notice. (ecw, ) (Entered: 02/19/2021) |
| 02/19/2021 | 4322 | MOTION by Defendants George's Farms, Inc., George's Inc., Peco Foods, Inc. for leave to file *Sur-Response to SGA's Reply in Support of Notice of Opt Out and Motion to Opt Out Late* (Attachments: # 1 Exhibit Sur-Response and Supporting Declaration)(Greene, William) (Entered: 02/19/2021) |
| 02/22/2021 | 4323 | MINUTE entry before the Honorable Thomas M. Durkin: Motin for leave to file sur-response to Plaintiff Services Group of America's reply 4322 is granted. George's and Peco are granted leave to file their proposed sur-response. Mailed notice. (ecw, ) (Entered: 02/22/2021) |
| 02/22/2021 | 4324 | SUR-REPLY by Defendants George's Farms, Inc., George's Inc., Peco Foods, Inc. to reply to response to motion, 4304 *by SGA to Opt Out Late* (Attachments: # 1 Declaration of J. Nicci Warr)(Greene, William) (Entered: 02/22/2021) |
| 02/22/2021 | 4325 | STIPULATION *Concerning Waiver of Service re Buffalo Wild Wings* (Laytin, Daniel) (Entered: 02/22/2021) |
| 02/22/2021 | 4326 | STIPULATION *Concerning Waiver of Service re Cajun Operating Company d/b/a Church's Chicken* (Laytin, Daniel) (Entered: 02/22/2021) |
| 02/22/2021 | 4327 | STIPULATION *Concerning Waiver of Service re CKE Restaurants Holdings* (Laytin, Daniel) (Entered: 02/22/2021) |
| 02/22/2021 | 4328 | STIPULATION *Concerning Waiver of Service re Focus Brands* (Laytin, Daniel) (Entered: 02/22/2021) |
| 02/22/2021 | 4329 | STIPULATION *Concerning Waiver of Service re Sonic Industries Services* (Laytin, Daniel) (Entered: 02/22/2021) |
| 02/23/2021 | 4330 | MOTION by Plaintiff Services Group of America, Inc. for leave to file *Sur-Reply in Support of its Notice to Opt-Out and Objection to List of Opt-Outs* (Attachments: # 1 Exhibit 1 Sur-Reply)(Casas, Gregory) (Entered: 02/23/2021) |
| 02/23/2021 | 4331 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 2/23/2021. For the reasons stated on the record, Direct Purchaser Plaintiffs' motion for preliminary approval of the settlements with Defendants |

| | | |
|---|---|---|
| | | Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. 4258 is granted without objection, with the modifications discussed during the hearing. Parties are to contact the courtroom deputy to schedule a fairness hearing. Mailed notice. (ecw, ) (Entered: 02/23/2021) |
| 02/24/2021 | 4332 | MINUTE entry before the Honorable Thomas M. Durkin: Service Group of America Inc.'s motion for leave to file sur-reply 4330 is granted. No further briefing will be permitted unless the Court requests it. Mailed notice. (ecw, ) (Entered: 02/24/2021) |
| 02/24/2021 | 4333 | MOTION by Plaintiff Chick-fil-A, Inc. for leave to file *Second Amended Complaint Under Seal* (Phair, Ryan) (Entered: 02/24/2021) |
| 02/24/2021 | 4334 | SEALED DOCUMENT by Plaintiff Chick-fil-A, Inc. *Second Amended Complaint* (Attachments: # 1 Redline)(Phair, Ryan) (Entered: 02/24/2021) |
| 02/24/2021 | 4335 | *Second* AMENDED complaint by Chick-fil-A, Inc. against All Defendants (Attachments: # 1 Redline)(Phair, Ryan) (Entered: 02/24/2021) |
| 02/24/2021 | 4336 | SUR-REPLY by Plaintiff Services Group of America, Inc. to sur-reply 4324 *in Support of SGA's Objection to List of Opt-Outs* (Casas, Gregory) (Entered: 02/24/2021) |
| 02/24/2021 | 4337 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file Second Amended Complaint Under Seal 4333 is granted. Mailed notice. (ecw, ) (Entered: 02/24/2021) |
| 02/24/2021 | 4338 | ATTORNEY Appearance for Plaintiff Mookie's Southern Cuisine LLC by Anne T. Regan (Regan, Anne) (Entered: 02/24/2021) |
| 02/24/2021 | 4339 | MINUTE entry before the Honorable Thomas M. Durkin: A fairness hearing on final approval of the settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. is set for 6/29/2021 at 9:00 a.m., by telephone. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 02/24/2021) |
| 02/24/2021 | 4340 | NOTICE by Direct Purchaser Plaintiffs *Notice of Filing of Amended [Proposed] Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.* (Attachments: # 1 Exhibit Amended [Proposed] Order Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.)(Hart, Steven) (Entered: 02/24/2021) |
| 02/25/2021 | 4341 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 2/25/2021. Mailed notice. (ecw, ) (Entered: 02/25/2021) |

| 02/26/2021 | 4342 | MOTION by Plaintiff Direct Purchaser Plaintiffs to withdraw *Attorney Jacob M. Saufley* (Bruckner, W.) (Entered: 02/26/2021) |
|---|---|---|
| 02/26/2021 | 4343 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 4342 is granted. Attorney Jacob Michael Saufley terminated. Mailed notice. (ecw, ) (Entered: 02/26/2021) |
| 02/26/2021 | 4344 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands, LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Scott Lee Menger (Menger, Scott) (Entered: 02/26/2021) |
| 02/26/2021 | 4345 | MOTION by Plaintiff Independent Purchasing Cooperative, Inc. Unopposed Motion to Correct by Interlineation Amended Consolidated DAP Complaint Due to Scrivener's Error (Shapiro, Jay) (Entered: 02/26/2021) |
| 02/26/2021 | 4346 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to correct by interlineation Amended Consolidated DAP Complaint due to scrivener's error 4345 is granted. Page 36 of the Amended Consolidated DAP Complaint is amended by interlineation to include Amick and Case in the list of Defendants sued by IPC. The Amended Consolidated DAP Complaint is deemed to be so revised by this order. Mailed notice. (ecw, ) (Entered: 02/26/2021) |
| 02/26/2021 | 4347 | AMENDED *Complaint by Bojangles' Restaurants, Inc. and Bojangles OPCO LLC* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4348 | AMENDED *Complaint by Boston Market Corporation* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4349 | AMENDED *Complaint by Captain D's LLC* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4350 | AMENDED *Complaint by Cracker Barrel Old Country Store, Inc. and CBOCS Distribution, Inc.* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4351 | AMENDED *Complaint by FIC Restaurants, Inc.* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4352 | AMENDED *Complaint by Golden Corral Corporation* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4353 | AMENDED *Complaint by The Johnny Rockets Group, Inc.* (Lustrin, Lori) (Entered: 02/26/2021) |

| 02/26/2021 | 4354 | AMENDED *Complaint by Barbeque Integrated, Inc.* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4355 | AMENDED *Complaint by White Castle Purchasing Co.* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4356 | AMENDED *Complaint by WZ Franchise Corporation* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/26/2021 | 4357 | AMENDED *Complaint by Zaxby's Franchising LLC* (Lustrin, Lori) (Entered: 02/26/2021) |
| 02/27/2021 | 4358 | AMENDED complaint by Focus Brands LLC against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Redline of Complaint & Amended Complaint)(Esau, David) (Entered: 02/27/2021) |
| 02/27/2021 | 4359 | AMENDED *Complaint by El Pollo Loco, Inc.* (Zahid, Judith) (Entered: 02/27/2021) |
| 03/01/2021 | 4360 | MOTION by Plaintiff Feeser's Inc. to reassign case (Attachments: # 1 Exhibit Feeser's Inc. Complaint)(Campbell, Terence) (Entered: 03/01/2021) |
| 03/01/2021 | 4361 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 4360 before Honorable Thomas M. Durkin on 3/9/2021 at 09:00 AM. (Campbell, Terence) (Entered: 03/01/2021) |
| 03/01/2021 | 4362 | MOTION by Plaintiff Thurston Foods, Inc. to reassign case (Attachments: # 1 Exhibit Thurston Foods, Inc. Complaint)(Campbell, Terence) (Entered: 03/01/2021) |
| 03/01/2021 | 4363 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 4362 before Honorable Thomas M. Durkin on 3/9/2021 at 09:00 AM. (Campbell, Terence) (Entered: 03/01/2021) |
| 03/01/2021 | 4364 | STIPULATION *Extending Deadline to Respond to Direct Action Plaintiffs' Amended Consolidated Complaint (Joint)* (Zarlenga, Carmine) (Entered: 03/01/2021) |
| 03/01/2021 | 4365 | ATTORNEY Appearance for Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. by David James Doyle (Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4366 | MOTION by Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to seal document *(MEMORANDUM OF LAW IN SUPPORT OF RABOBANK'S RULE 12(b)(6) MOTION TO DISMISS)* (Doyle, David) (Entered: 03/01/2021) |

| | | |
|---|---|---|
| 03/01/2021 | 4367 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. (Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4368 | NOTICE by Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. re MOTION by Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to seal document *(MEMORANDUM OF LAW IN SUPPORT OF RABOBANK'S RULE 12(b)(6) MOTION TO DISMISS)* 4366 (Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4369 | MOTION by Defendants Rabo AgriFinance LLC, Utrecht-America Holdings, Inc., Utrecht-America Finance Co., Rabobank USA Financial Corporation to dismiss (Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4370 | NOTICE by Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. re MOTION by Defendants Rabo AgriFinance LLC, Utrecht-America Holdings, Inc., Utrecht-America Finance Co., Rabobank USA Financial Corporation to dismiss 4369 (Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4371 | MEMORANDUM by Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. in support of motion to dismiss 4369 *(Redacted)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4372 | SEALED DOCUMENT by Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Doyle, David) (Entered: 03/01/2021) |
| 03/01/2021 | 4373 | ATTORNEY Appearance for Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. by Jill Christine Anderson (Anderson, Jill) (Entered: 03/01/2021) |
| 03/01/2021 | 4374 | ATTORNEY Appearance for Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. by Matthew Thomas Connelly (Connelly, Matthew) (Entered: 03/01/2021) |
| 03/01/2021 | 4375 | ATTORNEY Appearance for Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. by Dylan D. Smith (Smith, Dylan) (Entered: 03/01/2021) |
| 03/01/2021 | 4376 | MOTION by Plaintiff End-User Consumer Plaintiffs for settlement *Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Tyson, Fieldale, Peco Foods and George's Defendants* (Berman, Steve) (Entered: 03/01/2021) |
| 03/01/2021 | 4377 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for settlement 4376 *Memorandum of Law in Support of Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Tyson, Fieldale, Peco Foods and George's Defendants* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit A - EUCP-Fieldale Settlement |

| | | Agreement, # 4 Exhibit B - EUCP-Peco Settlement Agreement, # 4 Exhibit C - EUCP-George's Settlement Agreement, # 5 Exhibit D - EUCP-Tyson Settlement Agreement, # 6 Exhibit E - Class Rep. Declarations (re Fieldale, Peco and George's Settlement), # 7 Exhibit F - Class Rep. Declarations (re Tyson Settlement))(Berman, Steve) (Entered: 03/01/2021) |
|---|---|---|
| 03/01/2021 | 4378 | *Notice of Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Tyson, Fieldale, Peco Foods and George's Defendants* NOTICE of Motion by Steve W. Berman for presentment of (Berman, Steve) (Entered: 03/01/2021) |
| 03/02/2021 | 4379 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Feeser's Inc.'s motion to reassign case based on relatedness 4360 and Plaintiff Thurston Foods, Inc.'s motion to reassign case based on relatedness 4362 are granted. This Court will recommend to the Executive Committee that case 21 C 1008 pending before Judge Valderrama and case 21 C 1009 pending before Judge Dow be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 03/02/2021) |
| 03/02/2021 | 4380 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 4366 is granted. Mailed notice. (ecw, ) (Entered: 03/02/2021) |
| 03/02/2021 | 4381 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17979258. (Booth, Sandra) (Entered: 03/02/2021) |
| 03/02/2021 | 4382 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17979296. (Cypher, Drew) (Entered: 03/02/2021) |
| 03/02/2021 | 4383 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing as to the Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Tyson, Fieldale, Peco Foods and George's Defendants 4376 is set for 3/22/2021 at 9:30 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 03/02/2021) |
| 03/02/2021 | 4384 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 4381 and 4382 are granted. Attorneys Sandra Nicole Booth and Drew Kenneth Cypher for Pilgrim's Pride Corporation added. Mailed notice. (ecw, ) (Entered: 03/02/2021) |
| 03/02/2021 | 4385 | MOTION by Movant Supply Management Services to reassign case *as Related Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Miller, Marvin) (Entered: 03/02/2021) |
| 03/02/2021 | 4386 | ORDER Extending Deadline to Respond to Direct Action Plaintiffs' Amended Consolidated Complaint (ECF No. 4243 ). Signed by the Honorable Thomas M. Durkin on 3/2/2021. Mailed notice. (ecw, ) (Entered: 03/02/2021) |
| 03/02/2021 | 4387 | TRANSCRIPT OF PROCEEDINGS held on 02/23/2021 before the Honorable Thomas M. Durkin. Preliminary Approval of Settlements and Certification of |

Settlement Class. Order Number 40201. Court Reporter contact information:
Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or
purchased through the Court Reporter/Transcriber before the deadline for Release
of Transcript Restriction. After that date it may be obtained through the Court
Reporter/Transcriber or PACER. For further information on the redaction process,
see the Court's web site at www.ilnd.uscourts.gov under Quick Links select
Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 3/23/2021. Redacted Transcript Deadline set for 4/2/2021.
Release of Transcript Restriction set for 5/31/2021. (Carrion, Elia) (Entered:
03/02/2021)

| 03/02/2021 | 4388 | ATTORNEY Appearance for Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| --- | --- | --- |
| 03/02/2021 | 4389 | ATTORNEY Appearance for Plaintiff Boston Market Corporation by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4390 | ATTORNEY Appearance for Plaintiff Captain D's, LLC by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4391 | ATTORNEY Appearance for Plaintiffs CBOCS Distribution, Inc., Cracker Barrel Old Country Store, Inc. by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4392 | ATTORNEY Appearance for Plaintiff FIC Restaurants, Inc. by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4393 | ATTORNEY Appearance for Plaintiff Golden Corral Corporation by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4394 | ATTORNEY Appearance for Plaintiff The Johnny Rockets Group, Inc. by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4395 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Supply Management Services, Inc.'s motion to reassign case based on relatedness 4385 is granted. This Court will recommend to the Executive Committee that case 21 C 1170 pending before Judge Tharp be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 03/02/2021) |
| 03/02/2021 | 4396 | ATTORNEY Appearance for Plaintiff Barbeque Integrated, Inc. by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4397 | NOTICE of Voluntary Dismissal by McLane Company, Inc. *WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO KEYSTONE FOODS CORPORATION* (Papini-chapla, Heather) (Entered: 03/02/2021) |
| 03/02/2021 | 4398 | ATTORNEY Appearance for Plaintiff White Castle Purchasing Co. by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4399 | ATTORNEY Appearance for Plaintiff Zaxby's Franchising LLC by Lori P Lustrin (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4400 | AMENDED complaint by BOJANGLES' RESTAURANTS, INC., BOJANGLES OPCO, LLC against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, |

| | | |
|---|---|---|
| | | Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4401 | AMENDED complaint by Boston Market Corporation against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4402 | AMENDED complaint by Captain D's, LLC against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, |

Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021)

| 03/02/2021 | 4403 | AMENDED complaint by Cracker Barrel Old Country Store, Inc., CBOCS Distribution, Inc. against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
|---|---|---|
| 03/02/2021 | 4404 | AMENDED complaint by FIC Restaurants, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4405 | AMENDED complaint by Golden Corral Corporation against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Utrecht- |

America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021)

| 03/02/2021 | 4406 | AMENDED complaint by The Johnny Rockets Group, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| --- | --- | --- |
| 03/02/2021 | 4407 | AMENDED complaint by Barbeque Integrated, Inc. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4408 | AMENDED complaint by White Castle Purchasing Co. against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., |

| | | |
|---|---|---|
| | | Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4409 | AMENDED complaint by WZ Franchise Corporation against Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/02/2021 | 4410 | AMENDED complaint by Zaxby's Franchising LLC against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Wayne Farms, LLC (Lustrin, Lori) (Entered: 03/02/2021) |
| 03/03/2021 | 4411 | MINUTE entry before the Honorable Thomas M. Durkin: Liaison counsel for the Direct Action Plaintiffs should file a status report by 3/11/2021 explaining why Direct Action Plaintiffs continue to file amended complaints despite the filing of the Direct Action Plaintiffs' consolidated complaint. Mailed notice. (ecw, ) (Entered: 03/03/2021) |

| 03/03/2021 | 4412 | MOTION by Plaintiff The Cheesecake Factory Incorporated to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Esau, David) (Entered: 03/03/2021) |
|---|---|---|
| 03/03/2021 | 4413 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff The Cheesecake Factory Incorporated's motion to reassign case based on relatedness 4412 is granted. This Court will recommend to the Executive Committee that case 21 C 1207 pending before Judge Dow be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 03/03/2021) |
| 03/04/2021 | 4414 | STIPULATION *Concerning Waiver of Service re Feeser's Inc.* (Laytin, Daniel) (Entered: 03/04/2021) |
| 03/04/2021 | 4415 | STIPULATION *Concerning Waiver of Service re Thurston Foods, Inc.* (Laytin, Daniel) (Entered: 03/04/2021) |
| 03/08/2021 | 4416 | STIPULATION regarding amended document 4244 *(Joint Stipulation Regarding Answers to Direct Action Plaintiffs' Amended Consolidated Complaint)* (Zarlenga, Carmine) (Entered: 03/08/2021) |
| 03/08/2021 | 4417 | *Defendants' Consolidated* ANSWER to Complaint *by Direct Action Plaintiffs* by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC(Mahan, Carrie) (Entered: 03/08/2021) |
| 03/08/2021 | 4418 | MOTION by Defendant Pilgrim's Pride Corporation to seal *Defendants' Consolidated Answer and Defenses to Direct Action Plaintiffs' Amended and Consolidated Complaint* (Mahan, Carrie) (Entered: 03/08/2021) |
| 03/08/2021 | 4419 | NOTICE of Motion by Carrie C. Mahan for presentment of (Mahan, Carrie) (Entered: 03/08/2021) |
| 03/08/2021 | 4420 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Defendants' Consolidated Answer and Defenses to Direct Action Plaintiffs' Amended and Consolidated Complaint* (Mahan, Carrie) (Entered: 03/08/2021) |
| 03/09/2021 | 4421 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file documents under seal 4418 is granted. Mailed notice. (ecw, ) (Entered: 03/09/2021) |
| 03/09/2021 | 4422 | MINUTE entry before the Honorable Thomas M. Durkin: Upon agreement of the parties, the Court enters the following briefing schedule for Defendant Rabobank's Rule 12(b)(6) Motion to Dismiss Direct Action Plaintiffs' Amended Consolidated Complaint 4369 : Direct Action Plaintiffs shall file their response |

| | | briefs in opposition to Rabobank motion to dismiss on or before 3/29/2021. The Rabobank Defendants shall file their reply brief in support of their motion to dismiss on or before 4/12/2021. Mailed notice. (ecw, ) (Entered: 03/09/2021) |
|---|---|---|
| 03/09/2021 | 4423 | MOTION by Attorney Joseph Vanek, Michael Dickler & Martin Sinclair to withdraw as attorney for Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Bonita Plaza, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach. No party information provided (Gore, Kristin) (Entered: 03/09/2021) |
| 03/09/2021 | 4424 | STIPULATION *Concerning Waiver of Service re The Cheesecake Factory Incorporated* (Laytin, Daniel) (Entered: 03/09/2021) |
| 03/10/2021 | 4425 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4423 is granted. Joseph Vanek, Michael Dickler, and Martin Sinclair terminated as local counsel for the Carlton Fields Plaintiffs. Mailed notice. (ecw, ) (Entered: 03/10/2021) |
| 03/11/2021 | 4426 | MOTION by Defendant Peco Foods, Inc. and Stipulation for Dismissal With Prejudice of Defendant Peco Foods, Inc. in Case No. 19-cv-5100 Walmart Inc. v. Pilgrim's Pride Corp, et al. (Joint) (Flath, Lara) (Entered: 03/11/2021) |
| 03/11/2021 | 4427 | STATUS Report *re: amended complaints* by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Chick-fil-A, Inc., Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Focus Brands LLC, Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC (Gant, Scott) (Entered: 03/11/2021) |
| 03/12/2021 | 4428 | MINUTE entry before the Honorable Thomas M. Durkin: Joint motion and stipulation for dismissal with prejudice 4426 is granted. Mailed notice. (ecw, ) (Entered: 03/12/2021) |
| 03/15/2021 | 4429 | MOTION by Plaintiff El Pollo Loco, Inc to substitute attorney (Lustrin, Lori) (Entered: 03/15/2021) |
| 03/15/2021 | 4430 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 4429 is granted. Attorneys Robert W. Turken, Lori P. Lustrin, Scott N. Wagner, Andrew Peter Bleiman, and Mark Ian Fishbein for El Pollo Loco, Inc added. Attorneys Eric W. Buetzow, Judith A. Zahid, James R. Martin, Jennifer Duncan Hackett and Terence H. Campbell terminated for El Pollo Loco, Inc. Mailed notice. (ecw, ) (Entered: 03/15/2021) |

| 03/15/2021 | 4431 | Notice of Compliance with 28 U.S.C. 1715 on behalf of Fieldale Farms Corporation, George's, Inc., George's Farms, Inc., Peco Foods, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. by Peco Foods, Inc. (Attachments: # 1 Exhibit A)(Flath, Lara) (Entered: 03/15/2021) |
|---|---|---|
| 03/15/2021 | 4432 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Kevin Tottis (Tottis, Kevin) (Entered: 03/15/2021) |
| 03/15/2021 | 4433 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Keith M. Stolte (Stolte, Keith) (Entered: 03/15/2021) |
| 03/15/2021 | 4434 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant |

Services, Inc., Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Monica L. Thompson (Thompson, Monica) (Entered: 03/15/2021)

| 03/17/2021 | 4435 | STIPULATION regarding sealed document 4227 *Joint Stipulation Regarding Amendment to Pollo Operations, Inc.'s Amended Complaint* (Blechman, William) (Entered: 03/17/2021) |
| --- | --- | --- |
| 03/17/2021 | 4436 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15* (Laytin, Daniel) (Entered: 03/17/2021) |
| 03/17/2021 | 4437 | *NOTICE OF MOTION TO SEAL* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 03/17/2021) |
| 03/17/2021 | 4438 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15* (Attachments: # 1 Exhibit C, # 2 Exhibit F, # 3 Exhibit G) (Laytin, Daniel) (Entered: 03/17/2021) |
| 03/17/2021 | 4439 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to amend/correct *DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Laytin, Daniel) (Entered: 03/17/2021) |
| 03/17/2021 | 4440 | *NOTICE OF MOTION TO AMEND* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 03/17/2021) |
| 03/17/2021 | 4441 | CLASS PLAINTIFFS' JOINDER IN DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15 (ECF NO. 4439) by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs (Hart, Steven) (Entered: 03/17/2021) |
| 03/17/2021 | 4442 | ATTORNEY Appearance for Plaintiff Mission Valley Wings, LLC d/b/a Hooters of Mission Valley by Kevin Tottis (Tottis, Kevin) (Entered: 03/17/2021) |
| 03/17/2021 | 4443 | ATTORNEY Appearance for Plaintiff Mission Valley Wings, LLC d/b/a Hooters of Mission Valley by Keith M. Stolte (Stolte, Keith) (Entered: 03/17/2021) |
| 03/17/2021 | 4444 | ATTORNEY Appearance for Plaintiff Mission Valley Wings, LLC d/b/a Hooters of Mission Valley by Monica L. Thompson (Thompson, Monica) (Entered: 03/17/2021) |
| 03/17/2021 | 4445 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *Direct-Action Plaintiffs' Report and Request for Briefing Regarding Proposed Scheduling Order No. 15 and Related Issues Under Seal* (Porter, Julie) (Entered: 03/17/2021) |

| 03/17/2021 | 4446 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Direct-Action Plaintiffs' Report and Request for Briefing Regarding Proposed Scheduling Order No. 15 and Related Issues* (Porter, Julie) (Entered: 03/17/2021) |
| --- | --- | --- |
| 03/17/2021 | 4447 | Direct-Action Plaintiffs' Report and Request for Briefing Regarding Proposed Scheduling Order No. 15 and Related Issues (Public-Redacted Version) by Ahold Delhaize USA, Inc. (Porter, Julie) (Entered: 03/17/2021) |
| 03/18/2021 | 4448 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 4436 , 4445 are granted. Mailed notice. (ecw, ) (Entered: 03/18/2021) |
| 03/18/2021 | 4449 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Direct Action Plaintiffs shall respond to Defendants' Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 [4438, 4439] by 3/25/21 and Defendants shall reply by 4/1/21 unless the parties agree to a different briefing schedule. If the parties agree to a different briefing schedule, then they should email the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov. Mailed notice (ber, ) Modified on 3/18/2021 (ber, ). (Entered: 03/18/2021) |
| 03/22/2021 | 4450 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 3/22/2021. For the reasons stated on the record, the motion for preliminary approval of settlement agreement between End-User Consumer Plaintiffs and Tyson, Fieldale, Peco Foods and George's Defendants 4376 is granted without objection. Enter order. A written status report is due by 6/22/2021. Mailed notice. (ecw, ) (Entered: 03/22/2021) |
| 03/22/2021 | 4451 | ORDER Granting Preliminary Approval of Settlement Agreements between End-User Consumer Plaintiffs and Tyson, Fieldale, Peco Foods and George's Defendants. Signed by the Honorable Thomas M. Durkin on 3/22/2021. Mailed notice. (ecw, ) (Entered: 03/22/2021) |
| 03/22/2021 | 4452 | RESPONSE by End-User Consumer Plaintiffs in Opposition to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 4262 *REDACTED Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Scarlett, Shana) (Entered: 03/22/2021) |
| 03/22/2021 | 4453 | SEALED RESPONSE by End-User Consumer Plaintiffs to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 4262 *SEALED Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Scarlett, Shana) (Entered: 03/22/2021) |
| 03/22/2021 | 4454 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal *Motion For Leave to File Under Seal End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral and Supporting Documents* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 03/22/2021) |
| 03/22/2021 | 4455 | *Notice of Motion For Leave to File Under Seal End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Luis Cabral* |

| | | *and Supporting Documents* NOTICE of Motion by Shana Scarlett for presentation of (Scarlett, Shana) (Entered: 03/22/2021) |
|---|---|---|
| 03/23/2021 | 4456 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 4454 is granted. End-User Consumer Plaintiffs are granted leave to file under seal the Opposition and Exhibits A through D of the Scarlett Declaration. Mailed notice. (ecw, ) (Entered: 03/23/2021) |
| 03/24/2021 | 4457 | STIPULATION *Concerning Waiver of Service re Supply Management Services, Inc.* (Laytin, Daniel) (Entered: 03/24/2021) |
| 03/24/2021 | 4458 | ATTORNEY Appearance for Plaintiff Direct Purchaser Plaintiffs by Leona Bridget Ajavon (Ajavon, Leona) (Entered: 03/24/2021) |
| 03/25/2021 | 4459 | TRANSCRIPT OF PROCEEDINGS held on 03/22/2021 before the Honorable Thomas M. Durkin. Preliminary Approval of Settlement Agreements. Order Number: 40378. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/15/2021. Redacted Transcript Deadline set for 4/26/2021. Release of Transcript Restriction set for 6/23/2021. (Carrion, Elia) (Entered: 03/25/2021) |
| 03/25/2021 | 4460 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc.CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH A SEPARATE RESTAURANT DAP TRACK AND APPOINT CERTAIN RESTAURANT DAP LIAISON COUNSEL (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit A (Under Seal), # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Lustrin, Lori) (Entered: 03/25/2021) |
| 03/25/2021 | 4461 | MEMORANDUM by Publix Super Markets, Inc., The Kroger Co. in Opposition to motion to amend/correct, 4439 *[Redacted Version] [Motion to Seal Pending]* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Germaine, David) (Entered: 03/25/2021) |
| 03/25/2021 | 4462 | MOTION by Plaintiffs Publix Super Markets, Inc., The Kroger Co. to seal *Plaintiffs' Opposition to Defendants' Proposed Scheduling Order No. 15* (Germaine, David) (Entered: 03/25/2021) |
| 03/25/2021 | 4463 | SEALED DOCUMENT by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing |

| | | Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. *EXHIBIT A TO CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH A SEPARATE RESTAURANT DAP TRACK AND APPOINT CERTAIN RESTAURANT DAP LIAISON COUNSEL* (Lustrin, Lori) (Entered: 03/25/2021) |
|---|---|---|
| 03/25/2021 | 4464 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to seal *Exhibit A to Docket Entry No. 4460* (Lustrin, Lori) (Entered: 03/25/2021) |
| 03/25/2021 | 4465 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 4462 , 4464 are granted. Mailed notice. (ecw, ) (Entered: 03/25/2021) |
| 03/25/2021 | 4466 | NOTICE of Motion by Lori P Lustrin for presentment of motion for miscellaneous relief,,, 4460 before Honorable Thomas M. Durkin on 3/25/2021 at 09:00 AM. (Lustrin, Lori) (Entered: 03/25/2021) |
| 03/25/2021 | 4467 | MOTION by Plaintiff Ahold Delhaize USA, Inc. for leave to file *Direct-Action Plaintiffs' Response in Opposition to Defendants' Motion to Adopt Proposed Schedule No. 15 and Request for Court Conference and Its Accompanying Exhibit 1 Under Seal* (Porter, Julie) (Entered: 03/25/2021) |
| 03/25/2021 | 4468 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Direct-Action Plaintiffs' Response in Opposition to Defendants' Motion to Adopt Proposed Schedule No. 15 and Request for Court Conference* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Porter, Julie) (Entered: 03/25/2021) |
| 03/25/2021 | 4469 | RESPONSE by Ahold Delhaize USA, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to amend/correct *DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AN 4439 [[Direct-Action Plaintiffs' Redacted Public Response in Opposition to Defendants' Motion]] (Attachments: # 1 Exhibit 1 (Redacted), # 2 Exhibit 2, # 3 Exhibit 3)(Porter, Julie) (Entered: 03/25/2021)* |
| 03/25/2021 | 4470 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to seal *CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH A SEPARATE RESTAURANT DAP TRACK AND APPOINT CERTAIN RESTAURANT DAP LIAISON COUNSEL [Docket Entry No. 4460]* (Lustrin, Lori) (Entered: 03/25/2021) |
| 03/25/2021 | 4471 | NOTICE of Motion by Lori P Lustrin for presentment of motion to seal,, 4470 before Honorable Thomas M. Durkin on 4/1/2021 at 09:00 AM. (Lustrin, Lori) (Entered: 03/25/2021) |
| 03/25/2021 | 4472 | SEALED DOCUMENT by Plaintiffs Publix Super Markets, Inc., The Kroger Co. *Plaintiffs' Opposition to Defendants' Proposed Scheduling Order No. 15* |

| | | *Unredacted Version*) (Dkt.4461)(Filed Under Seal) (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4)(Germaine, David) (Entered: 03/25/2021) |
|---|---|---|
| 03/26/2021 | 4473 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal [4467](#) , [4470](#) are granted. No appearance on the motions is necessary. Mailed notice. (ecw, ) (Entered: 03/26/2021) |
| 03/26/2021 | 4474 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18061048. (JACOBS, MICHAEL) (Entered: 03/26/2021) |
| 03/26/2021 | 4475 | MINUTE entry before the Honorable Thomas M. Durkin: Upon agreement of the parties, the Court hereby modifies the briefing schedule set forth in ECF No. [4422](#) for Defendant Rabobank's Rule 12(b)(6) Motion to Dismiss Direct Action Plaintiffs' Amended Consolidated Complaint (ECF No. [4369](#) ) as follows: Direct Action Plaintiffs shall file their response briefs in opposition to Rabobank's motion to dismiss on or before 3/31/2021. The Rabobank Defendants shall file their reply brief in support of their motion to dismiss on or before 4/14/2021. Mailed notice. (ecw, ) (Entered: 03/26/2021) |
| 03/26/2021 | 4476 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice [4474](#) is granted. Attorney Michael E. Jacobs for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice. (ecw, ) (Entered: 03/26/2021) |
| 03/29/2021 | 4477 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At Defendants' request, and without opposition from Class Plaintiffs, all DAPs, and the Department of Justice, the Court modifies the briefing schedule set forth in ECF No. [4449](#) as follows: Defendants will file their Reply in Support of their Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 by 4/8/21. Defendants' reply shall not exceed 20 pages. Mailed notice (ber, ) (Entered: 03/29/2021) |
| 03/29/2021 | 4478 | MEMORANDUM by Direct Purchaser Plaintiffs in Opposition to motion for miscellaneous relief [4272](#) *DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DIRECT PURCHASER PLAINTIFFS' EXPERT DR. COLIN A. CARTER (REDACTED VERSION) (MOTION TO FILE UNREDACTED VERSION UNDER SEAL PENDING)* (Hart, Steven) (Entered: 03/29/2021) |
| 03/29/2021 | 4479 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file *Under Seal Their Memorandum of Law in Opposition to Defendants' Motion to Exclude Direct Purchaser Plaintiffs' Expert Dr. Colin A. Carter (Dkt# 4478)* (Hart, Steven) (Entered: 03/29/2021) |
| 03/29/2021 | 4480 | REPLY by Plaintiff Direct Purchaser Plaintiffs to motion to certify class,,,, [3962](#) *(Redacted Direct Purchaser Plaintiffs' Reply in Support of Their Motion for Class Certification* (Attachments: # [1](#) Declaration of Bobby Pouya, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13, # [15](#) Exhibit 14)(Pouya, Bobby) (Entered: 03/29/2021) |
| 03/29/2021 | 4481 | Expert Report of Colin A. Carter, Ph.D., in Support of Direct Purchaser Plaintiffs' Reply in Support of Their Motion for Class Certification by Direct Purchaser Plaintiffs (Pouya, Bobby) (Entered: 03/29/2021) |
| 03/29/2021 | 4482 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file *UNDER SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION FOR CLASS* |

| | | *CERTIFICATION, CERTAIN EXHIBITS TO THE DECLARATION OF BOBBY POUYA REGARDING DIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION, AND THE REPLY REPORT OF COLIN A. CARTER, PH.D. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (Dkt# 4480)* (Hart, Steven) (Entered: 03/29/2021) |
|---|---|---|
| 03/29/2021 | 4483 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal *Reply in Support of End-User Consumer Plaintiffs' Motion for Class Certification and Supporting Documents* (Attachments: # 1 Certificate of Service)(Scarlett, Shana) (Entered: 03/29/2021) |
| 03/29/2021 | 4484 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to seal *Motion for Leave to File Under Seal Commercial and Institutional Indirect Purchaser Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Testimony of Dr. Russell Mangum* (Wexler, Kenneth) (Entered: 03/29/2021) |
| 03/29/2021 | 4485 | NOTICE of Motion by Shana Scarlett for presentment of (Scarlett, Shana) (Entered: 03/29/2021) |
| 03/29/2021 | 4486 | NOTICE of Motion by Kenneth A. Wexler for presentment of (Wexler, Kenneth) (Entered: 03/29/2021) |
| 03/29/2021 | 4487 | SEALED REPLY by End-User Consumer Plaintiffs to MOTION by Plaintiff End-User Consumer Plaintiffs to seal *Reply in Support of End-User Consumer Plaintiffs' Motion for Class Certification and Supporting Documents* 4483 (Attachments: # 1 Declaration of Steve W. Berman, # 2 Exhibit Ex. 174 to 188, # 3 Declaration of David Sunding)(Scarlett, Shana) (Entered: 03/29/2021) |
| 03/29/2021 | 4488 | SEALED RESPONSE by End-User Consumer Plaintiffs to MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *Motion to Exclude Expert Opinions of Dr. David Sunding* 4281 (Scarlett, Shana) (Entered: 03/29/2021) |
| 03/29/2021 | 4489 | SEALED RESPONSE by End-User Consumer Plaintiffs to MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *PUBLIC VERSION Motion to Exclude the Expert Opinion of Cameron Azari* 4287 *End-User Consumer Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinion of Cameron Azari* (Scarlett, Shana) (Entered: 03/29/2021) |
| 03/29/2021 | 4490 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 4479 before Honorable Thomas M. Durkin on 4/1/2021 at 09:00 AM. (Hart, Steven) (Entered: 03/29/2021) |
| 03/29/2021 | 4491 | NOTICE of Motion by Steven Alan Hart for presentment of motion for leave to file, 4482 before Honorable Thomas M. Durkin on 4/1/2021 at 09:00 AM. (Hart, Steven) (Entered: 03/29/2021) |
| 03/29/2021 | 4492 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in Opposition to motion for miscellaneous relief,,,, 4262 *Commercial and Institutional Indirect Purchaser Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Russell Mangum* (Attachments: # 1 Declaration of Joshua J. Rissman, # 2 Exhibit A - Filed Under Seal, # 3 Exhibit B - Filed Under Seal, # 4 Exhibit C - Filed Unser Seal)(Wexler, Kenneth) (Entered: 03/29/2021) |
| 03/29/2021 | 4493 | SEALED REPLY by Commercial and Institutional Indirect Purchaser Plaintiffs to MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs |

| | | |
|---|---|---|
| | | to certify class, 3968 (Attachments: # 1 Reply in Support of Motion for Class Certification, # 2 Declaration of Adam J. Zapala, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11)(Zapala, Adam) (Entered: 03/29/2021) |
| 03/29/2021 | 4494 | NOTICE of Motion by Adam John Zapala for presentment of (Zapala, Adam) (Entered: 03/29/2021) |
| 03/29/2021 | 4495 | REPLY by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to notice of motion 4494 , reply,, 4493 , motion to certify class,, 3968 (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibits 1-11 Redacted)(Zapala, Adam) (Entered: 03/29/2021) |
| 03/29/2021 | 4496 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to seal *Motion for Leave to File Under Seal Commercial and Institutional Indirect Purchaser Plaintiffs' Reply in Support of Motion for Class Certification* (Zapala, Adam) (Entered: 03/29/2021) |
| 03/30/2021 | 4497 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file under seal 4479 , 4482 , 4483 , 4484 , 4496 are granted. No appearances on the motions are necessary. Mailed notice. (ecw, ) (Entered: 03/30/2021) |
| 03/30/2021 | 4498 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Responses to Certain Restaurant DAP's Motion to Establish a Separate Restaurant DAP Track and Appoint Certain Restaurant DAP Liaison Counsel 4460 shall be filed by 4/8/21 and replies shall be filed by 4/15/21 unless the affected parties agree to a different briefing schedule and communicate that schedule to the Court's courtroom deputy. Mailed notice (ber, ) (Entered: 03/30/2021) |
| 03/30/2021 | 4499 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, Class Plaintiffs shall file their reply in support of their Joinder in Defendants' Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 4441 by 4/8/21. Mailed notice (ber, ) (Entered: 03/30/2021) |
| 03/30/2021 | 4500 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *DIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DIRECT PURCHASER PLAINTIFFS' EXPERT DR. COLIN A. CARTER (UNREDACTED VERSION)(DKT # 4478) (FILED UNDER SEAL)* (Hart, Steven) (Entered: 03/30/2021) |
| 03/30/2021 | 4501 | *First* AMENDED complaint by Feeser's Inc. against All Defendants (Campbell, Terence) (Entered: 03/30/2021) |
| 03/30/2021 | 4502 | NOTICE by Feeser's Inc. re amended complaint 4501 (Campbell, Terence) (Entered: 03/30/2021) |
| 03/30/2021 | 4503 | SEALED REPLY by Commercial and Institutional Indirect Purchaser Plaintiffs to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 4262 *Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Russell Mangum* (Attachments: # 1 Declaration of Joshua J. Rissman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Wexler, Kenneth) (Entered: 03/30/2021) |
| 03/31/2021 | 4504 | SEALED REPLY by Direct Purchaser Plaintiffs to reply,, 4480 *DIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR* |

| | | |
|---|---|---|
| | | *CLASS CERTIFICATION AND CERTAIN EXHIBITS TO THE DECLARATION OF BOBBY POUYA REGARDING DIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION (UNREDACTED VERSION)(DKT#4480)(FILED UNDER SEAL)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 12)(Pouya, Bobby) (Entered: 03/31/2021) |
| 03/31/2021 | 4505 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *Expert Report of Colin A. Carter, Ph.D., in Support of Direct Purchaser Plaintiffs' Reply in Support of Their Motion for Class Certification by Direct Purchaser Plaintiffs (UNREDACTED VERSION)(DKT#4481)(FILED UNDER SEAL)* (Pouya, Bobby) (Entered: 03/31/2021) |
| 03/31/2021 | 4506 | ATTORNEY Appearance for Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., Pacific Foods of Oregon, LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. by Ryan Thomas McAllister (McAllister, Ryan) (Entered: 03/31/2021) |
| 03/31/2021 | 4507 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH A SEPARATE RESTAURANT DAP TRACK AND APPOINT CERTAIN RESTAURANT DAP LIAISON COUNSEL [REDACTED VERSION] (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit A [Under Seal], # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Lustrin, Lori) (Entered: 03/31/2021) |
| 03/31/2021 | 4508 | MOTION by Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., Pacific Foods of Oregon, LLC, EMA Foods Co., LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., L. Hart, Inc., McLane Company, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Sysco Corporation, Target Corporation, Timber Lake Foods, Inc., US Foods, Inc. for leave to file *Opposition to Rabobank's Motion to Dismiss under seal* (Gant, Scott) (Entered: 03/31/2021) |
| 03/31/2021 | 4509 | SEALED DOCUMENT by Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., Pacific Foods of Oregon, LLC, EMA Foods Co., LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., L. Hart, Inc., McLane Company, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Sysco Corporation, Target Corporation, Timber Lake Foods, Inc., US Foods, Inc. *Opposition to Rabobank's Motion to Dismiss* (Gant, Scott) (Entered: 03/31/2021) |
| 03/31/2021 | 4510 | MEMORANDUM by Campbell Soup Company, Campbell Soup Supply Company L.L.C., Pacific Foods of Oregon, LLC, EMA Foods Co., LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., L. Hart, Inc., McLane Company, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Sysco Corporation, Target Corporation, Timber Lake Foods, Inc., US Foods, Inc. in Opposition to motion to dismiss 4369 (Gant, Scott) (Entered: 03/31/2021) |

| 04/01/2021 | 4511 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 4508 is granted. Mailed notice. (ecw, ) (Entered: 04/01/2021) |
| 04/01/2021 | 4512 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Corrected Commercial and Institutional Indirect Purchaser Plaintiffs' Reply in Support of Motion for Class Certification* (Zapala, Adam) (Entered: 04/01/2021) |
| 04/01/2021 | 4513 | REPLY by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to reply, 4495 , motion to certify class,, 3968 *(Corrected Commercial and Institutional Indirect Purchaser Plaintiffs' Reply in Support of Motion for Class Certification)* (Zapala, Adam) (Entered: 04/01/2021) |
| 04/02/2021 | 4514 | Corporate Disclosure Document by Feeser's Inc. *Corporate Disclosure Statement* (Campbell, Terence) (Entered: 04/02/2021) |
| 04/02/2021 | 4515 | Corporate Disclosure Document by Thurston Foods, Inc. *Corporate Disclosure Statement* (Campbell, Terence) (Entered: 04/02/2021) |
| 04/05/2021 | 4516 | MOTION by Intervenor United States of America to stay *(limited deposition stay)* (Torzilli, Paul) (Entered: 04/05/2021) |
| 04/05/2021 | 4518 | MOTION by Intervenor United States of America to seal (Torzilli, Paul) (Entered: 04/05/2021) |
| 04/05/2021 | 4519 | SEALED DOCUMENT by Intervenor United States of America *(Redacted brief in support of United States' motion for limited deposition stay)* (Torzilli, Paul) (Entered: 04/05/2021) |
| 04/05/2021 | 4520 | Brief in support of motion for limited deposition stay by United States of America *(redacted, public version)* (Torzilli, Paul) (Entered: 04/05/2021) |
| 04/05/2021 | 4521 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 4518 is granted. Mailed notice. (ecw, ) (Entered: 04/05/2021) |
| 04/05/2021 | 4522 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CKE Restaurants Holdings, Inc. (Yearick, Garth) (Entered: 04/05/2021) |
| 04/05/2021 | 4523 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Cheesecake Factory Incorporated (Yearick, Garth) (Entered: 04/05/2021) |
| 04/06/2021 | 4524 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18093675. (Baquet, Daniel) (Entered: 04/06/2021) |
| 04/06/2021 | 4525 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4524 is granted. Attorney Daniel Alan Baquet for Pilgrim's Pride Corporation added. Mailed notice. (ecw, ) (Entered: 04/06/2021) |
| 04/06/2021 | 4526 | MINUTE entry before the Honorable Thomas M. Durkin: Ex parte telephone conference held on 4/6/2021. Transcript to remain under seal. Mailed notice. (ecw, ) (Entered: 04/06/2021) |
| 04/08/2021 | 4527 | MOTION by Attorney Deborah Bessner to withdraw as attorney for Perdue Farms, Inc., Perdue Foods LLC. No party information provided (Bessner, Deborah) (Entered: 04/08/2021) |
| 04/08/2021 | 4528 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4527 is granted. Attorney Deborah Leah Bessner terminated. Mailed notice. (ecw, ) (Entered: 04/08/2021) |

| 04/08/2021 | 4529 | REPLY by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs to other, 4441 *CLASS PLAINTIFFS' REPLY IN SUPPORT OF THEIR JOINDER IN DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hart, Steven) (Entered: 04/08/2021) |
| 04/08/2021 | 4530 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to seal *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15 AND OPPOSITION TO CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH SEPARATE DAP TRACK* (Laytin, Daniel) (Entered: 04/08/2021) |
| 04/08/2021 | 4531 | NOTICE by Richard Lyle Coffman of Change of Address (Coffman, Richard) (Entered: 04/08/2021) |
| 04/08/2021 | 4532 | *Notice of Motion to Seal* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 04/08/2021) |
| 04/08/2021 | 4533 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15 AND OPPOSITION TO CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH SEPARATE DAP TRACK* (Laytin, Daniel) (Entered: 04/08/2021) |
| 04/08/2021 | 4534 | REPLY by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to motion to amend/correct, 4439 *DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO AMEND SCHEDULING ORDER NO. 14 AND TO ADOPT PROPOSED SCHEDULING ORDER NO. 15 AND OPPOSITION TO CERTAIN RESTAURANT DAPS' MOTION TO ESTABLISH SEPARATE DAP TRACK* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Laytin, Daniel) (Entered: 04/08/2021) |
| 04/09/2021 | 4535 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Under Seal Defendants' Reply in Support of Their Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 and Opposition to Certain Restaurant DAPS' Motion to Establish Separate DAP Track 4530 is granted. Mailed notice (ber, ) (Entered: 04/09/2021) |
| 04/09/2021 | 4536 | REPLY by Defendants Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to memorandum in opposition to motion, 4510 *Reply Brief In Support Of Rabobank's Rule 12(b)(6) Motion To Dismiss* (Doyle, David) (Entered: 04/09/2021) |
| 04/12/2021 | 4537 | MOTION by Plaintiff Amory Investments LLC to reassign case *based on relatedness pursuant to LR 40.4* (Attachments: # 1 Exhibit 1) Amory Investments LLC v. Agri Stats et al. Complaint 21-cv-1907)(Kosoglad, Jared) (Entered: 04/12/2021) |
| 04/12/2021 | 4538 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Focus Brands LLC (Gore, Kristin) (Entered: 04/12/2021) |

| 04/12/2021 | 4539 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Amory Investments LLC's motion to reassign case based on relatedness 4537 is granted. This Court will recommend to the Executive Committee that case 21 C 1907 pending before Judge Chang be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 04/12/2021) |
| --- | --- | --- |
| 04/13/2021 | 4540 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages (Bruckner, W.) (Entered: 04/13/2021) |
| 04/13/2021 | 4541 | MEMORANDUM by Publix Super Markets, Inc., The Kroger Co. in Opposition to motion to stay 4516 *(Redacted Version - Motion to Seal Pending)* (Germaine, David) (Entered: 04/13/2021) |
| 04/13/2021 | 4542 | MOTION by Plaintiffs Publix Super Markets, Inc., The Kroger Co. to seal document *Dkt. #4541* (Germaine, David) (Entered: 04/13/2021) |
| 04/14/2021 | 4543 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 4540 is granted. Direct Purchaser Plaintiffs may file a Memorandum in Support of Direct Purchaser Plaintiffs' Motion for Interim Payment of Attorneys' Fees and Reimbursement of Expenses not to exceed 25 pages. Motion for leave to file document under seal 4542 is granted. Mailed notice. (ecw, ) (Entered: 04/14/2021) |
| 04/14/2021 | 4544 | SEALED REPLY by Publix Super Markets, Inc., The Kroger Co. to MOTION by Intervenor United States of America to stay *(limited deposition stay)* 4516 (Germaine, David) (Entered: 04/14/2021) |
| 04/15/2021 | 4545 | REPLY by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to motion for miscellaneous relief,,, 4460 *CERTAIN RESTAURANT DAPS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO ESTABLISH A SEPARATE RESTAURANT DAP TRACK AND APPOINT CERTAIN RESTAURANT DAP LIAISON COUNSEL* (Lustrin, Lori) (Entered: 04/15/2021) |
| 04/16/2021 | 4546 | MINUTE entry before the Honorable Thomas M. Durkin: The parties are directed to review Judge Durkin's new procedures for sealing motions, which can be found on Judge Durkin's web page in the Case Procedures section, "Sealing Motions." Although the new procedures apply to all cases, due to the high volume of under seal filings in this case, the Court asks that the parties make note of these changes. Mailed notice. (ecw, ) (Entered: 04/16/2021) |
| 04/16/2021 | 4547 | ORDER: Service Group of America's motion to permit late opt-out from the Direct Purchaser Plaintiff class settlements with defendants George's and Peco 4187 is denied. Signed by the Honorable Thomas M. Durkin on 4/16/2021. Mailed notice. (ecw, ) (Entered: 04/16/2021) |
| 04/16/2021 | 4548 | REPLY by Intervenor United States of America to motion to stay 4516 *(in further support of motion for limited stay)* (Torzilli, Paul) (Entered: 04/16/2021) |
| 04/16/2021 | 4549 | SEALED DOCUMENT by Intervenor United States of America *(SEALED version of Reply in support of motion for limited deposition stay)* (Torzilli, Paul) (Entered: 04/16/2021) |

| 04/16/2021 | 4550 | MOTION by Plaintiff Direct Purchaser Plaintiffs for attorney fees *Interim Payment of attorneys' fees, reimbursement of expenses, and class representative incentive awards* (Bruckner, W.) (Entered: 04/16/2021) |
|---|---|---|
| 04/16/2021 | 4551 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for attorney fees 4550 (Bruckner, W.) (Entered: 04/16/2021) |
| 04/16/2021 | 4552 | DECLARATION of W. Joseph Bruckner regarding motion for attorney fees 4550 (Attachments: # 1 Index to Exhibits, # 2 Exhibit 1-32)(Bruckner, W.) (Entered: 04/16/2021) |
| 04/19/2021 | 4553 | MOTION by Attorney Devon C. Holstad to withdraw as attorney for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.. No party information provided (Moore, Christopher) (Entered: 04/19/2021) |
| 04/19/2021 | 4554 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4553 is granted. Attorney Devon Charles Holstad terminated. Mailed notice. (ecw, ) (Entered: 04/19/2021) |
| 04/19/2021 | 4555 | MINUTE entry before the Honorable Thomas M. Durkin: Ex parte telephone conference held on 4/19/2021. Transcript to remain under seal. Mailed notice. (ecw, ) (Entered: 04/19/2021) |
| 04/19/2021 | 4556 | MINUTE entry before the Honorable Jeffrey T. Gilbert: There are two motions pending before the Court that directly impact the schedule set in Scheduling Order No. 14 3788 . They are Defendants' Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 [ECF No. 4439], which Class Plaintiffs have joined [ECF No. 4441], and Certain Restaurant DAPs' Motion to Establish A Separate Restaurant DAP Track and to Appoint Certain Restaurant DAP Liaison Counsel [ECF Nos. 4460, 4507]. The Department of Justice's Motion to Stay 4516 pending before the District Judge also could affect the dates set in Scheduling Order No. 14 3788 . All the referenced motions are fully-briefed. A telephonic hearing to discuss scheduling matters is set for 5/7/21 at 10:00 a.m. Central Standard Time. The subjects to be addressed at the hearing on 5/7/21 include but are not necessarily limited to the following: (1) the dates for the completion of fact and expert discovery, (2) discovery in DAP cases generally, in newer DAP cases specifically, and in DAP cases that may be filed in the future, and (3) Certain Restaurant DAPs' proposal to create a separate Restaurant DAP track and to appoint separate liaison counsel. Judge Durkin will enter a separate order on The Department of Justice's Motion to Stay 4516 . If the 5/7/21 hearing date poses irreconcilable conflicts for the parties, liaison counsel should immediately inform the Court's courtroom deputy so that a different date can be set. Prior to the hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, access code: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and |

| | | rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 04/19/2021) |
|---|---|---|
| 04/19/2021 | 4557 | SEALED ORDER. Signed by the Honorable Thomas M. Durkin on 4/19/2021. Mailed notice. (ecw, ) (Entered: 04/19/2021) |
| 04/22/2021 | 4558 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18164159. (Rabie, Serena) (Entered: 04/22/2021) |
| 04/23/2021 | 4559 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4558 is granted. Attorney Serena Georgette Rabie for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc. and Koch Meats Co., Inc. added. Mailed notice. (ecw, ) (Entered: 04/23/2021) |
| 04/23/2021 | 4560 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for extension of time *and leave to file excess pages* (Attachments: # 1 Exhibit A, Proposed Order)(Laytin, Daniel) (Entered: 04/23/2021) |
| 04/27/2021 | 4561 | STIPULATION *Concerning Waiver of Service re Amory Investments LLC* (Laytin, Daniel) (Entered: 04/27/2021) |
| 04/27/2021 | 4562 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18180221. (Block, Aaron) (Entered: 04/27/2021) |
| 04/27/2021 | 4563 | ORDER AND AGREED JOINT STIPULATION CONCERNING DEFENDANTS' DAUBERT REPLIES. Defendants' Motion for Extension of Time and Leave to File Excess Pages [Dkt. 4560] is granted. Signed by the Honorable Jeffrey T. Gilbert on 4/27/2021. Mailed notice(ber, ) (Entered: 04/27/2021) |
| 04/27/2021 | 4564 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4562 is granted. Attorney Aaron Karl Block for Fieldale Farms Corporation added. Mailed notice. (ecw, ) (Entered: 04/27/2021) |
| 04/27/2021 | 4565 | MOTION by Plaintiff Sysco Corporation to compel *Keystone Depositions* (Gant, Scott) (Entered: 04/27/2021) |
| 04/27/2021 | 4566 | MEMORANDUM *of Law in Support of Certain Direct Action Plaintiffs' Motion to Compel Keystone Depositions* (Attachments: # 1 Exhibit 1)(Gant, Scott) (Entered: 04/27/2021) |
| 04/28/2021 | 4567 | MINUTE entry before the Honorable Jeffrey T. Gilbert: A telephone hearing on Certain Direct Action Plaintiffs' Motion to Compel Keystone Depositions 4565 is set for 5/4/21 at 10:45 a.m. Any response to the Motion shall be filed by noon on 4/30/21. Prior to the hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, the access code is: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, |

recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 04/28/2021)

| 04/29/2021 | 4568 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18188978. (Spector, Jeffrey) (Entered: 04/29/2021) |
| --- | --- | --- |
| 04/29/2021 | 4569 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Jeffrey L. Spector (Spector, Jeffrey) (Entered: 04/29/2021) |
| 04/29/2021 | 4570 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18189380. (Tubach, Michael) (Entered: 04/29/2021) |
| 04/29/2021 | 4571 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 4568 , 4570 are granted. Mailed notice. (ecw, ) (Entered: 04/29/2021) |
| 04/29/2021 | 4572 | ATTORNEY Appearance for Movant Jayson Penn by Kevin Buckley Duff (Duff, Kevin) (Entered: 04/29/2021) |
| 04/29/2021 | 4573 | REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, LLC, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 4245 *to Exclude the Testimony of Dr. Luis Cabral (REDACTED)* (Attachments: # 1 Declaration of Stephen M. Medlock, # 2 Exhibit 1 to Medlock Declaration, # 3 Exhibit 2 to Medlock Declaration) (Zarlenga, Carmine) (Entered: 04/29/2021) |
| 04/29/2021 | 4574 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *Sealed Version of Defendants' Reply in Support of their Motion to Exclude the Testimony of Dr. Luis Cabral* (Attachments: # 1 Declaration of Stephen M. Medlock, # 2 Exhibit 1 to Medlock Declaration, # 3 Exhibit 2 to Medlock Declaration)(Zarlenga, Carmine) (Entered: 04/29/2021) |

| 04/29/2021 | 4575 | MOTION by Intervenor Jayson Penn to intervene *and for Entry of Protective Order* (Attachments: # 1 Memorandum of Law in Support of, # 2 Declaration of Michael F. Tubach in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Text of Proposed Order)(Tubach, Michael) (Entered: 04/29/2021) |
|---|---|---|
| 04/29/2021 | 4576 | MEMORANDUM by Jayson Penn in support of motion to intervene, 4575 *(Corrected)* (Tubach, Michael) (Entered: 04/29/2021) |
| 04/30/2021 | 4577 | MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc. to compel *Opposition to Certain Direct Action Plaintiffs' Motion to Compel "Keystone Depositions"* (Tank, Jordan) (Entered: 04/30/2021) |
| 04/30/2021 | 4578 | RESPONSE by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.in Opposition to MOTION by Plaintiff Sysco Corporation to compel *Keystone Depositions* 4565 (Tank, Jordan) (Entered: 04/30/2021) |
| 04/30/2021 | 4579 | SEALED MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *The Mar-Jac Defendants' Motion for Protective Order* (Konieczny, Edward) (Entered: 04/30/2021) |
| 04/30/2021 | 4580 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *for an Order Governing the Operation of Direct Action Plaintiffs' Amended Consolidated Complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Tank, Jordan) (Entered: 04/30/2021) |
| 05/03/2021 | 4581 | MINUTE entry before the Honorable Thomas M. Durkin: Jayson Penn's motion 4575 is granted to the extent that he is permitted to intervene to seek a protective order. Any response to his motion for a protective order should be filed by 5/5/2021. Any reply should be filed by 5/12/2021. Responses to Mar-Jac's motion for a protective order 4579 should also be filed by 5/5/2021, and replies due 5/12/2021. Mailed notice. (ecw, ) (Entered: 05/03/2021) |
| 05/03/2021 | 4582 | MINUTE entry before the Honorable Thomas M. Durkin: DAPs and Defendants have agreed to the following briefing schedule on Defendants' motion for an |

| | | Order Governing the Operation of Direct Action Plaintiffs' Amended Consolidated Complaint 4580 . DAPs' response to Defendants' motion is due 5/21/2021, and Defendants' reply is due 6/4/2021. Mailed notice. (ecw, ) (Entered: 05/03/2021) |
|---|---|---|
| 05/03/2021 | 4583 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for extension of time *to take Depositions of McLane Witnesses* (Attachments: # 1 Declaration of Jessica L. Falk, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Mahan, Carrie) (Entered: 05/03/2021) |
| 05/03/2021 | 4584 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Andrew Dylan Campbell *Andrew D. Campbell* (Campbell, Andrew) (Entered: 05/03/2021) |
| 05/03/2021 | 4585 | SEALED MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (Feeney, Daniel) (Entered: 05/03/2021) |
| 05/03/2021 | 4586 | STIPULATION *and [Proposed] Order Regarding Production of Class Contact Information* (Scarlett, Shana) (Entered: 05/03/2021) |
| 05/03/2021 | 4587 | MOTION by Plaintiff Sysco Corporation for leave to file *Reply Memorandum of Law in Support of Certain Direct Action Plaintiffs' Motion to Compel Keystone Depositions* (Attachments: # 1 Reply Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Gant, Scott) (Entered: 05/03/2021) |
| 05/04/2021 | 4588 | MINUTE entry before the Honorable Thomas M. Durkin: Any responses to the Sealed Motion by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. 4585 are due by 5/10/2021. Replies are due by 5/17/2021. Mailed notice. (ecw, ) (Entered: 05/04/2021) |
| 05/04/2021 | 4589 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18205498. (Hill, Brian) (Entered: 05/04/2021) |
| 05/04/2021 | 4590 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18205794. (Brady, Corey) (Entered: 05/04/2021) |
| 05/04/2021 | 4591 | MOTION by Attorney Kevin J. Arquit to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (Mahan, Carrie) (Entered: 05/04/2021) |
| 05/04/2021 | 4592 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 4589 4590 are granted. Attorney Brian Hill for Giant Eagle, Inc. added. |

| | | Attorney Corey K. Brady for Pilgrim's Pride Corporation added. Motion to withdraw as attorney 4591 is granted. Attorney Kevin J. Arquit terminated. Mailed notice. (ecw, ) (Entered: 05/04/2021) |
|---|---|---|
| 05/04/2021 | 4593 | ATTORNEY Appearance for Plaintiff Giant Eagle, Inc. by Brian Hill (Hill, Brian) (Entered: 05/04/2021) |
| 05/04/2021 | 4594 | MINUTE entry before the Honorable Thomas M. Durkin: On the parties' request, the briefing schedule on the Sealed Motion by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. 4585 is amended as follows. Responses are due by 5/6/2021. Replies are due by 5/12/2021. Mailed notice. (ecw, ) (Entered: 05/04/2021) |
| 05/04/2021 | 4595 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 5/4/21 on Certain Direct Action Plaintiffs' Motion to Compel Keystone Depositions 4565 . All counsel participating in today's call shall identify themselves to liaison counsel and liaison counsel shall send to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. The parties are directed to the transcript for a complete record of the hearing. Certain Direct Action Plaintiffs' Motion for Leave to File Reply to Defendant's Opposition to Motion to Compel Keystone Depositions 4587 is granted. Certain Direct Action Plaintiffs' Motion to Compel Keystone Depositions 4565 is taken under advisement for the reasons stated on the record. Mailed notice (ber, ) (Entered: 05/05/2021) |
| 05/05/2021 | 4596 | NOTICE by Rachel Johanna Adcox of Change of Address (Adcox, Rachel) (Entered: 05/05/2021) |
| 05/05/2021 | 4597 | NOTICE by Kenina J Lee of Change of Address (Lee, Kenina) (Entered: 05/05/2021) |
| 05/05/2021 | 4598 | NOTICE by Daniel K. Oakes of Change of Address (Oakes, Daniel) (Entered: 05/05/2021) |
| 05/05/2021 | 4599 | NOTICE by Michael J O'Mara of Change of Address (O'Mara, Michael) (Entered: 05/05/2021) |
| 05/05/2021 | 4600 | STIPULATION AND ORDER REGARDING PRODUCTION OF CLASS CONTACT INFORMATION. Signed by the Honorable Jeffrey T. Gilbert on 5/5/2021. Mailed notice(ber, ) (Entered: 05/05/2021) |
| 05/05/2021 | 4601 | RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Direct-Action Plaintiffsin Opposition to MOTION by Intervenor Jayson Penn to intervene *and for Entry of Protective Order* 4575 *All Plaintiffs' Opposition to Motion for Entry of Protective Order (Public Redacted Version)* (Attachments: # 1 Exhibit A (Public Redacted Version), # 2 Exhibit B (Public Redacted Version), # 3 Exhibit C (Public Redacted Version))(Hart, Steven) (Entered: 05/05/2021) |
| 05/05/2021 | 4602 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Direct-Action Plaintiffs, End-User Consumer Plaintiffs *All Plaintiffs' Opposition to Motion for Entry of Protective Order (Filed Under Seal)* (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal))(Hart, Steven) (Entered: 05/05/2021) |
| 05/05/2021 | 4603 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Direct-Action Plaintiffs, End-User Consumer Plaintiffs *All Plaintiffs' Opposition to the Mar-Jac Defendants'* |

| | | *Motion for Protective Order (Filed Under Seal)* (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Exhibit B (Filed Under Seal), # 3 Exhibit C (Filed Under Seal), # 4 Exhibit D (Filed Under Seal), # 5 Exhibit E (Filed Under Seal))(Hart, Steven) (Entered: 05/05/2021) |
|---|---|---|
| 05/06/2021 | 4604 | NOTICE by Carmel Rana Arikat of Change of Address (Arikat, Carmel) (Entered: 05/06/2021) |
| 05/06/2021 | 4605 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18217109. (Ruan, Matthew) (Entered: 05/06/2021) |
| 05/06/2021 | 4606 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4605 is granted. Attorney Matthew W. Ruan for Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, and Leslie Weidner added. Mailed notice. (ecw, ) (Entered: 05/06/2021) |
| 05/06/2021 | 4607 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation by Jeffrey Hoke Bergman (Bergman, Jeffrey) (Entered: 05/06/2021) |
| 05/06/2021 | 4608 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Direct-Action Plaintiffs, End-User Consumer Plaintiffs *All Plaintiffs' Opposition to the Case Farms Defendants' Motion for Protective Order (Filed Under Seal)* (Attachments: # 1 Exhibit A (Filed Under Seal))(Hart, Steven) (Entered: 05/06/2021) |
| 05/06/2021 | 4609 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *Defendants' Reply In Support of Motion to Exclude the Expert Opinion of Cameron Azari* (Attachments: # 1 Exhibit 1)(Baldridge, James) (Entered: 05/06/2021) |
| 05/06/2021 | 4610 | NOTICE OF WITHDRAWAL OF COUNSEL H. CAMILLE PAPINI-CHAPLA by McLane Company, Inc. *ON BEHALF OF MCLANE PLAINTIFFS* (Papini-chapla, Heather) (Entered: 05/06/2021) |
| 05/06/2021 | 4611 | SEALED MOTION by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Direct-Action Plaintiffs, End-User Consumer Plaintiffs *All Plaintiffs' Motion for Leave to File Instanter Supplemental Authority In Support of Their Oppositions to Motions for Protective Order (Filed Under Seal)* (Attachments: # 1 Exhibit A (Filed Under Seal))(Hart, Steven) (Entered: 05/06/2021) |
| 05/07/2021 | 4612 | MINUTE entry before the Honorable Thomas M. Durkin: All Plaintiffs' Motion for Leave to File Instanter Supplemental Authority In Support of Their Oppositions to Motions for Protective Order 4611 is granted. Mailed notice. (ecw, ) (Entered: 05/07/2021) |
| 05/07/2021 | 4613 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 5/7/21 on certain pending motions. Further orders to follow. All counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, by 12:00 p.m. on 5/8/21. Mailed notice (ber, ) (Entered: 05/07/2021) |
| 05/07/2021 | 4614 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Continued telephone hearing set for 5/14/21 at 4:00 p.m. Central Standard Time before Judges Durkin |

and Gilbert for the purpose of discussing certain trial and discovery scheduling and other matters. An agenda and telephone dial-in number for that hearing will be distributed in an order to be entered next week. Mailed notice (ber, ) (Entered: 05/07/2021)

| 05/07/2021 | 4615 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Defendants' Motion for Extension of Time to Take Depositions of McLane Witnesses 4583 : response is due 5/14/21, and reply is due 5/21/21. Mailed notice (ber, ) (Entered: 05/07/2021) |
|---|---|---|
| 05/07/2021 | 4616 | MINUTE entry before the Honorable Jeffrey T. Gilbert: For the reasons stated on the record during the telephone hearing held on 5/7/21, Defendants' Motion to Amend Scheduling Order No. 14 and to Adopt Proposed Scheduling Order No. 15 4438 , 4439 is granted in large part. The Court will enter a modified version of Proposed Scheduling Order No. 15 as a separate docket entry in due course consistent with its rulings on the record. The Court recognizes Class Plaintiffs' Joinder 4441 in Defendants' Motion to Amend 4438 , 4439 . Certain Direct Action Plaintiffs' ("DAPs'") objections [4461, 4468, 4469, 4472] to Defendants' Motion to Amend 4438 , 4439 are overruled for the reasons discussed on the record. Certain Restaurant DAPs' Motion to Establish a Separate Restaurant DAP Track and to Appoint Certain Restaurant DAP Liaison Counsel 4460 , 4507 is denied without prejudice for the reasons discussed on the record and in the context of the Court's rulings concerning discovery scheduling matters. Certain DAPs' Motion to Compel Keystone Depositions 4565 is granted for the reasons discussed on the record. As discussed during the hearing, any interested party may submit to the Court on or before 6/15/21 a proposed trial plan for an October 2022 trial. Any such submission should include a date by which any DAP case must be or have been consolidated with this master case to be eligible for trial in October 2022. The Court intends to begin the process of discussing a trial plan and related matters with the parties during the telephone hearing scheduled for 5/14/21 4614 . Mailed notice (ber, ) (Entered: 05/07/2021) |
| 05/08/2021 | 4617 | ATTORNEY Appearance for Intervenor Timothy Stiller by Kristen Michelle Frost (Frost, Kristen) (Entered: 05/08/2021) |
| 05/08/2021 | 4618 | ATTORNEY Appearance for Intervenor Timothy Stiller by William P. Murphy (Murphy, William) (Entered: 05/08/2021) |
| 05/08/2021 | 4619 | MOTION by Intervenor Timothy Stiller to intervene *and Request to Stay Deposition Discovery* (Frost, Kristen) (Entered: 05/08/2021) |
| 05/08/2021 | 4620 | MEMORANDUM by Timothy Stiller in support of motion to intervene 4619 (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Frost, Kristen) (Entered: 05/08/2021) |
| 05/08/2021 | 4621 | SEALED DOCUMENT by Intervenor Timothy Stiller *Memorandum in Support of Motion to Intervene* (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Frost, Kristen) (Entered: 05/08/2021) |
| 05/10/2021 | 4622 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18225875. (Katz, Louis) (Entered: 05/10/2021) |
| 05/10/2021 | 4623 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18226241. (Ridley, Patrick) (Entered: 05/10/2021) |
| 05/10/2021 | 4624 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 4622 4623 are granted. Attorney Louis Robert Katz for Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, |

| | | |
|---|---|---|
| | | David Weiner and Leslie Weidner added. Attorney Paige Ridley for Timothy Stiller added. Mailed notice. (ecw, ) (Entered: 05/10/2021) |
| 05/10/2021 | 4625 | TRANSCRIPT OF PROCEEDINGS held on May 7, 2021 before the Honorable Jeffrey T. Gilbert. Order Number: 40697. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 5/31/2021. Redacted Transcript Deadline set for 6/10/2021. Release of Transcript Restriction set for 8/9/2021. (Bistany, Nancy) (Entered: 05/10/2021) |
| 05/11/2021 | 4626 | ORDER signed by the Honorable Thomas M. Durkin and the Honorable Jeffrey T. Gilbert on 5/11/2021. Mailed notice. (ecw, ) (Entered: 05/11/2021) |
| 05/12/2021 | 4628 | Direct Purchaser Plaintiffs' Statement Regarding the Court's May 11, 2021 Order and Hearing on May 14, 2021 STATEMENT by Direct Purchaser Plaintiffs (Hart, Steven) (Entered: 05/12/2021) |
| 05/12/2021 | 4629 | SEALED REPLY by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC to SEALED MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *The Mar-Jac Defendants' Motion for Protective Order* 4579 *Mar-Jac's Reply in Support of Motion for Protective Order* (Konieczny, Edward) (Entered: 05/12/2021) |
| 05/12/2021 | 4630 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, Direct-Action Plaintiffs, End-User Consumer Plaintiffs to sealed document 4621 *All Plaintiffs' Opposition to Non-Party Timothy Stiller's Motion for the Entry of a Stay of Deposition Discovery* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Hart, Steven) (Entered: 05/12/2021) |
| 05/12/2021 | 4631 | SEALED REPLY by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to SEALED MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. 4585 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Staunton, Thomas) (Entered: 05/12/2021) |
| 05/12/2021 | 4632 | REPLY by Jayson Penn to MOTION by Intervenor Jayson Penn to intervene *and for Entry of Protective Order* 4575 (Tubach, Michael) (Entered: 05/12/2021) |
| 05/12/2021 | 4633 | SEALED DOCUMENT by Intervenor Jayson Penn */ Reply in Support of Intervenor Jayson Penn's Motion for Entry of a Protective Order* (Tubach, Michael) (Entered: 05/12/2021) |
| 05/13/2021 | 4634 | ATTORNEY Appearance for Plaintiff Plaintiffs in related action 1:17-cv-08850 by Gregory K Arenson (Arenson, Gregory) (Entered: 05/13/2021) |

| 05/13/2021 | 4635 | RESPONSE by Plaintiffs Publix Super Markets, Inc., The Kroger Co. *Plaintiffs' to Court's Questions for May 14, 2021 Hearing (Public Redacted Version)*. (Slater, Paul) (Entered: 05/13/2021) |
| --- | --- | --- |
| 05/13/2021 | 4636 | SEALED RESPONSE *of Kroger & Publix Plaintiffs' to Court's Questions for May 14, 2021 Hearing (Filed Under Seal)*. (Slater, Paul) (Entered: 05/13/2021) |
| 05/13/2021 | 4637 | MOTION by Plaintiff Sysco Corporation for order *Direct Action Plaintiffs' Motion for Entry of an Order Preventing Any Defendant From Relying on the Absence of Evidence About, or Consideration of, the Possible or Actual Effects of Alleged or Potential Bid-Rigging* (Attachments: # 1 Exhibit 1)(Gant, Scott) (Entered: 05/13/2021) |
| 05/13/2021 | 4638 | Defendants' Rule 16 Statement for May 14, 2021 Hearing STATEMENT by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 05/13/2021) |
| 05/13/2021 | 4639 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC for hearing *on class certification* (Mahan, Carrie) (Entered: 05/13/2021) |
| 05/13/2021 | 4640 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Enter Scheduling Order No. 15. The Court has modified in some respects the proposed order submitted by Defendants and joined by Class Plaintiffs [ECF No. 4439-2] and deleted language by which certain parties purported to reserve the right to seek additional time for discovery, to modify other deadlines set in this Scheduling Order, to object to any modification of the Scheduling Order, or to seek other like relief, as unnecessary in the context of this Order and inconsistent with the Order entered on 5/11/21 [ECF No. 4626] ("The Court is not willing to move the October 2022 trial date for market manipulation issues."). By removing this language from the Scheduling Order, the Court does not intend to prevent the parties from seeking any relief in the future that they believe is necessary and appropriate in this case. In the Court's view, however, it is unnecessary to include such caveated language in this Scheduling Order. Mailed notice (ber, ) (Entered: 05/13/2021) |
| 05/13/2021 | 4641 | SCHEDULING ORDER NO. 15. Signed by the Honorable Jeffrey T. Gilbert on 5/13/2021. Mailed notice(ber, ) (Entered: 05/13/2021) |
| 05/13/2021 | 4642 | RESPONSE by Unknown Affiliated Foods, Inc., Plaintiff Affiliated Foods, Inc.'s Plaintiffs *Certain DAP s' Responses to the Questions in the Court's May 11 Order* (Attachments: # 1 Exhibit Exhibit no. 1, # 2 Exhibit Exhibit no. 2 CP, # 3 Exhibit Exhibit no. 3, # 4 Exhibit Exhibit no. 4, # 5 Exhibit Exhibit no. 5)(Lifvendahl, Eric) (Entered: 05/13/2021) |

| 05/13/2021 | 4643 | SEALED DOCUMENT by Unknown Affiliated Foods, Inc., Plaintiff Affiliated Foods, Inc.'s Plaintiffs *Certain DAP s' Responses to the Questions in the Court's May 11 Order* (Attachments: # 1 Exhibit Exhibit no. 1, # 2 Exhibit Exhibit no. 2, # 3 Exhibit Exhibit no. 3, # 4 Exhibit Exhibit no. 4, # 5 Exhibit Exhibit no. 5) (Lifvendahl, Eric) (Entered: 05/13/2021) |
|---|---|---|
| 05/13/2021 | 4644 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs and non-party Timothy Stiller have agreed to the following briefing schedule as to Mr. Stiller's motion 4619 . Mr. Stiller will have until 5/17/2021 to file his reply. Mailed notice. (ecw, ) (Entered: 05/13/2021) |
| 05/13/2021 | 4645 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court will use the following call-in information for the telephone hearing set for 5/14/21 at 4:00 p.m. Central Standard Time 4614 . Prior to the hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, the access code is: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 05/13/2021) |
| 05/13/2021 | 4646 | RESPONSE by Plaintiff Walmart, Inc. to Response, 4642 *Certain Direct Action Plaintiffs' Joinder-in-Part in Other Certain Direct Action Plaintiffs' Responses to the Questions in the Court's May 11 Order* (Bhalla, Ravi) (Entered: 05/13/2021) |
| 05/13/2021 | 4647 | MOTION by Plaintiff McLane Company, Inc. to compel *Certain Defendants' Responses to McLane Plaintiffs' First Set of Requests for Production* (Attachments: # 1 Text of Proposed Order)(Youngman, Judith) (Entered: 05/13/2021) |
| 05/13/2021 | 4648 | MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc. for extension of time *Moving Direct Action Plaintiffs' Motion for an Extension of Time to Serve Initial Expert Reports* (Szot, Andrew) (Entered: 05/13/2021) |
| 05/13/2021 | 4649 | MEMORANDUM by McLane Company, Inc. in support of motion to compel 4647 *Certain Defendants' Responses to McLane Plaintiffs' First Set of Requests for Production* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Youngman, Judith) (Entered: 05/13/2021) |
| 05/13/2021 | 4650 | Statement by Certain Direct Action Plaintiffs and Rabobank Regarding the Court's May 11, 2021 Order and May 14, 2021 Hearing STATEMENT by Sysco Corporation (Gant, Scott) (Entered: 05/13/2021) |
| 05/14/2021 | 4651 | MOTION by Plaintiff Chick-fil-A, Inc.for Partial Reconsideration and Objection (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 05/14/2021) |
| 05/14/2021 | 4652 | SEALED DOCUMENT by Plaintiff Chick-fil-A, Inc. *Motion for Partial Reconsideration and Objection* (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 05/14/2021) |

| 05/14/2021 | 4653 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The telephone conference previously set for 4:00 p.m. on 5/14/21 4614 is reset to 4:15 p.m. to accommodate Judge Durkin's trial schedule today. This is a change in time only. The Court anticipates this conference will last no more than 30 to 45 minutes. Mailed notice (ber, ) (Entered: 05/14/2021) |
|---|---|---|
| 05/14/2021 | 4654 | Joinder in Plaintiff Chick-fil-A, Inc.'s Motion for Partial Reconsideration and Objection by ALDI Inc, Ahold Delhaize USA, Inc. (Phair, Ryan) (Entered: 05/14/2021) |
| 05/14/2021 | 4655 | Joinder by Conagra Brands, Inc., Kraft Heinz Foods Company, Nestle Purina Petcare Company, Nestle USA, Inc., Pinnacle Foods, Inc. *Conagra Plaintiffs' Notice of Joinder in Certain DAP Submissions to the Court on May 13-14, 2021 - ECF No. 4642 and ECF No. 4651* (Eddy, David) (Entered: 05/14/2021) |
| 05/14/2021 | 4656 | MOTION by Plaintiff McLane Company, Inc. for joinder *in Chick-Fil-A, Inc.'s Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Youngman, Judith) (Entered: 05/14/2021) |
| 05/14/2021 | 4657 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Certain DAPs' Motion for An Extension of Time to Serve Initial Expert Reports (Dkt. 4648 ): Defendants' Opposition Brief will be due 5/21/21, and DAPs' Reply Brief will be due 5/28/21. Mailed notice (ber, ) (Entered: 05/14/2021) |
| 05/14/2021 | 4658 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 5/14/21 before Judge Durkin and Judge Gilbert. All counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. The October 17, 2022 trial date 4641 is vacated for the reasons stated on the record. The parties are directed to the transcript for a complete record of the hearing. Telephone hearing set for 5/24/21 at 4:00 p.m. Central time before Judge Gilbert. The Court will discuss with the parties at that time, among other things, potential further modifications to Scheduling Order No. 15 4641 and a process for addressing those matters going forward. Prior to the hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, the access code is 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 05/14/2021) |
| 05/14/2021 | 4659 | RESPONSE by McLane Company, Inc.in Opposition to MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, |

| | | LLC's *Motion for Extension of Time to Take Depositions of McLane Plaintiffs* (Youngman, Judith) (Entered: 05/14/2021) |
|---|---|---|
| 05/17/2021 | 4660 | MOTION by Plaintiff Caesars Enterprise Services, LLC for joinder *[Direct-Action Plaintiff Caesars Enterprise Services, LLC's Joinder in Chick-Fil-A, Inc.'s Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders]* (Mandell, Floyd) (Entered: 05/17/2021) |
| 05/17/2021 | 4661 | MOTION by Plaintiff Pacific Foods of Oregon, L.L.C. to dismiss *its claims with prejudice* (Gant, Scott) (Entered: 05/17/2021) |
| 05/17/2021 | 4662 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants and Class Plaintiffs have agreed to the following briefing schedule on the Motion for an Evidentiary Hearing on Class Certification 4639 : Class Plaintiffs' response brief is due by 5/27/2021. Defendants' reply brief is due by 6/7/2021. Mailed notice. (ecw, ) (Entered: 05/17/2021) |
| 05/17/2021 | 4663 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to dismiss 4661 is granted. All claims in this action by Plaintiff Pacific Foods of Oregon, LLC only are dismissed with prejudice, with parties to bear their respective fees and costs. Pacific Foods of Oregon, L.L.C. terminated. Mailed notice. (ecw, ) (Entered: 05/17/2021) |
| 05/17/2021 | 4664 | MINUTE entry before the Honorable Thomas M. Durkin: The Direct Action Plaintiffs and Defendants have agreed on the following briefing schedule for the Motion for Entry of an Order Preventing Any Defendant From Relying on the Absence of Evidence About, or Consideration of, the Possible or Actual Effects of Alleged or Potential Big-Rigging 4637 : Defendants' opposition is due by 5/24/2021, and Direct Action Plaintiffs' reply is due by 6/4/2021. Mailed notice. (ecw, ) (Entered: 05/17/2021) |
| 05/17/2021 | 4665 | RESPONSE by Timothy Stiller in Support of MOTION by Intervenor Timothy Stiller to intervene *and Request to Stay Deposition Discovery* 4619 (Frost, Kristen) (Entered: 05/17/2021) |
| 05/17/2021 | 4666 | SEALED DOCUMENT by Intervenor Timothy Stiller *Reply in Support of Non-Party Timothy Stiller's Motion for the Entry of a Stay of Deposition Discovery* (Frost, Kristen) (Entered: 05/17/2021) |
| 05/18/2021 | 4667 | RESPONSE by Timothy Stiller in Support of MOTION by Intervenor Timothy Stiller to intervene *and Request to Stay Deposition Discovery* 4619 *AMENDED 4665* (Frost, Kristen) (Entered: 05/18/2021) |
| 05/18/2021 | 4668 | SEALED DOCUMENT by Intervenor Timothy Stiller *Reply in Support of Non-Party Timothy Stiller's Motion for the Entry of a Stay of Deposition Discovery AMENDED 4666* (Frost, Kristen) (Entered: 05/18/2021) |
| 05/18/2021 | 4669 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on the McLane Plaintiffs' Motion to Compel Certain Defendants' Responses to McLane Plaintiffs' First Set of Requests for Production (Dkt. 4647 ): Defendants' opposition is due by 5/21/21 and the McLane Plaintiffs' reply is due by 5/28/21. Mailed notice. (ber, ) (Entered: 05/18/2021) |
| 05/19/2021 | 4670 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18261944. (Asp, Emily) (Entered: 05/19/2021) |

| 05/19/2021 | 4671 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4670 is granted. Attorney Emily M. Asp for George's Farms, Inc. and George's Inc. added. Mailed notice. (ecw, ) (Entered: 05/19/2021) |
|---|---|---|
| 05/19/2021 | 4672 | STIPULATION *[JOINT] Extending Deadline to Respond to Contention Interrogatories* (Murray, Lynn) (Entered: 05/19/2021) |
| 05/20/2021 | 4673 | Joinder in Chick-Fil-A, Inc.'s Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders by Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach (Gore, Kristin) (Entered: 05/20/2021) |
| 05/20/2021 | 4674 | MOTION by Plaintiff Direct-Action Plaintiffs to reassign case (Attachments: # 1 Exhibit Exhibit A)(Lifvendahl, Eric) (Entered: 05/20/2021) |
| 05/20/2021 | 4675 | MOTION by Intervenor Jayson Penn for leave to file *instanter supplemental authority in support of motion for entry of a protective order* (Attachments: # 1 Exhibit A)(Tubach, Michael) (Entered: 05/20/2021) |
| 05/20/2021 | 4676 | NOTICE by McLane Company, Inc. re memorandum in support of motion, 4649 , MOTION by Plaintiff McLane Company, Inc. to compel *Certain Defendants' Responses to McLane Plaintiffs' First Set of Requests for Production* 4647 *Notice Of Partial Withdrawal Of McLane Plaintiffs' Opposed Motion To Compel Certain Defendants' Responses To McLane Plaintiffs' First Set Of Requests For Production* (Youngman, Judith) (Entered: 05/20/2021) |
| 05/20/2021 | 4677 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for leave to file *a Sur-Reply and Supplemental Expert Report* (Laytin, Daniel) (Entered: 05/20/2021) |
| 05/20/2021 | 4678 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion for leave to file, 4677 *a Sur-Reply and Supplemental Expert Report* (Attachments: # 1 Exhibit A and 1-8, # 2 Exhibit B) (Laytin, Daniel) (Entered: 05/20/2021) |
| 05/20/2021 | 4679 | NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 05/20/2021) |
| 05/20/2021 | 4680 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson |

| | | |
|---|---|---|
| | | Farms, Inc. (Production Division) *Motion to File a Sur-Reply and Supplemental Expert Report* (Attachments: # 1 Exhibit A and 1-8, # 2 Exhibit B)(Laytin, Daniel) (Entered: 05/20/2021) |
| 05/20/2021 | 4681 | NOTICE by United States of America *of Case Filing* (Attachments: # 1 Exhibit Exhibit A (Indictment: USA v. Claxton Poultry))(Torzilli, Paul) (Entered: 05/20/2021) |
| 05/20/2021 | 4682 | REPLY by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to motion for miscellaneous relief 4272 *Reply in Support of Defendants' Motion to Exclude Direct Action Plaintiffs' Expert Dr. Colin Carter* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Laytin, Daniel) (Entered: 05/20/2021) |
| 05/20/2021 | 4683 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Reply in Support of Defendants' Motion to Exclude Direct Purchaser Plaintiffs' Expert Dr. Colin Carter* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Laytin, Daniel) (Entered: 05/20/2021) |
| 05/20/2021 | 4684 | SEALED REPLY by Perdue Farms, Inc., Perdue Foods LLC to MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC *Motion to Exclude Expert Opinions of Dr. David Sunding* 4281 *Reply in Support of Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Baldridge, James) (Entered: 05/20/2021) |
| 05/20/2021 | 4685 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to motion for miscellaneous relief,,,, 4262 *Reply in Support of Defendants' Motion to Exclude the Testimony of Dr. Russell Mangum* (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Mahan, Carrie) (Entered: 05/20/2021) |
| 05/20/2021 | 4686 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production |

| | | Division, Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to reply,,,, 4685 (Attachments: # 1 Declaration of Carrie C. Mahan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Mahan, Carrie) (Entered: 05/20/2021) |
|---|---|---|
| 05/20/2021 | 4687 | Notice of Withdrawal of Motion by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Notice of Withdrawal of Defendants' Motion for an Extension of Time to Take Depositions of McLane Witnesses* (Mahan, Carrie) (Entered: 05/20/2021) |
| 05/21/2021 | 4688 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18272475. (Dufek, Christopher) (Entered: 05/21/2021) |
| 05/21/2021 | 4689 | ORDER AND JOINT STIPULATION EXTENDING DEADLINE TO RESPOND TO CONTENTION INTERROGATORIES. Signed by the Honorable Jeffrey T. Gilbert on 5/21/2021. Mailed notice(ber, ) (Entered: 05/21/2021) |
| 05/21/2021 | 4690 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs S&S Trading, LLC, Springfield Grocer Company, and Topco Associates, LLC's motion to reassign case based on relatedness 4674 is granted. This Court will recommend to the Executive Committee that case 21 C 2693 pending before Judge Bucklo be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 05/21/2021) |
| 05/21/2021 | 4691 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file instanter supplemental authority in support of motion for entry of a protective order 4675 is granted. Mailed notice. (ecw, ) (Entered: 05/21/2021) |
| 05/21/2021 | 4692 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4688 is granted. Attorney Christopher J Dufek for ALDI Inc, Ahold Delhaize USA, Inc., and Chick-fil-A, Inc. added. Mailed notice. (ecw, ) (Entered: 05/21/2021) |
| 05/21/2021 | 4693 | NOTICE by McLane Company, Inc. *Notice of Complete Withdrawal of McLane Plaintiffs' Opposed Motion to Compel Certain Defendants' Responses to McLane Plaintiffs' First Set of Requests for Production* (Youngman, Judith) (Entered: 05/21/2021) |
| 05/21/2021 | 4694 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file a sur-reply and supplemental expert report 4677 is granted. Mailed notice. (ecw, ) (Entered: 05/21/2021) |
| 05/21/2021 | 4695 | MEMORANDUM by Ahold Delhaize USA, Inc. in Opposition to motion for miscellaneous relief,,,,, 4580 *Direct-Action Plaintiffs' Memorandum in Opposition to Defendants' Motion for an Order Governing the Operation of* |

| | | *Direct Action Plaintiffs' Amended Consolidated Complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Porter, Julie) (Entered: 05/21/2021) |
|---|---|---|
| 05/21/2021 | 4696 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the filing of the Notice of Withdrawal of Defendants' Motion for Extension of Time to Take Depositions of McLane Witnesses 4687 , Defendants' Motion for Extension of Time to Take Depositions of McLane Witnesses 4583 is withdrawn and the briefing schedule set on 5/7/21 is stricken. Mailed notice (ber, ) (Entered: 05/21/2021) |
| 05/21/2021 | 4697 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc. for extension of time *Moving Direct Action Plaintiffs' Motion for an Extension of Time to Serve Initial Ex 4648 (Laytin, Daniel) (Entered: 05/21/2021)* |
| 05/21/2021 | 4698 | Submission by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *in Advance of May 24, 2021 Hearing on Proposed Scheduling Order 16* (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 05/21/2021) |
| 05/22/2021 | 4699 | Corrected Submission by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *in Advance of May 24, 2021 Hearing on Proposed Scheduling Order 16* (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 05/22/2021) |
| 05/22/2021 | 4700 | TRANSCRIPT OF PROCEEDINGS held on 05/14/2021 before the Honorable Thomas M. Durkin. Telephone Conference with MJ Jeffrey T. Gilbert. Order Number: 40760. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 6/14/2021. Redacted Transcript Deadline set for 6/22/2021. Release of Transcript Restriction set for 8/20/2021. (Carrion, Elia) (Entered: 05/22/2021) |
| 05/23/2021 | 4701 | Class Plaintiffs' Statement Regarding Proposed Scheduling Order No. 16 for Discussion at the May 24, 2021 Hearing STATEMENT by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs (Hart, Steven) (Entered: 05/23/2021) |
| 05/24/2021 | 4702 | Certain Direct-Action Plaintiffs' Submission in Advance of May 24, 2021 Hearing by Ahold Delhaize USA, Inc. (Phair, Ryan) (Entered: 05/24/2021) |
| 05/24/2021 | 4703 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to compel *Pilgrim's Pride Corporation's Depositions* (Phair, Ryan) (Entered: 05/24/2021) |
| 05/24/2021 | 4704 | MEMORANDUM by Ahold Delhaize USA, Inc. in support of motion to compel 4703 (Attachments: # 1 Declaration of Christopher J. Dufek, # 2 Exhibit A, # 3 |

| | | Exhibit B, # _4_ Exhibit C, # _5_ Exhibit D, # _6_ Exhibit E, # _7_ Exhibit F, # _8_ Exhibit G, # _9_ Exhibit H)(Phair, Ryan) (Entered: 05/24/2021) |
|---|---|---|
| 05/24/2021 | 4705 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Memorandum by Ahold Delhaize USA, Inc. in support of motion to compel* (Attachments: # _1_ Declaration of Christopher J. Dufek, # _2_ Exhibit A, # _3_ Exhibit B, # _4_ Exhibit C, # _5_ Exhibit D, # _6_ Exhibit E, # _7_ Exhibit F, # _8_ Exhibit G, # _9_ Exhibit H)(Phair, Ryan) (Entered: 05/24/2021) |
| 05/24/2021 | 4706 | MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc. for joinder *in Chick-Fil-A, Inc.'s Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Szot, Andrew) (Entered: 05/24/2021) |
| 05/24/2021 | 4707 | MOTION by Attorney Amy Bowers to withdraw as attorney for Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurants of America, Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Wings Over Long Beach, LLC d/b/a Hooters of Long Beach. No party information provided (Gore, Kristin) (Entered: 05/24/2021) |
| 05/24/2021 | 4708 | MINUTE entry before the Honorable Jeffrey T. Gilbert: McLane Plaintiffs' Motion to Compel Certain Defendants' Responses to McLane Plaintiffs' First Set of Requests for Production (Dkt. 4647 is withdrawn per the Notice of Complete Withdrawal 4693 and the briefing schedule set on 5/18/21 4669 is stricken. Mailed notice (ber, ) (Entered: 05/24/2021) |
| 05/24/2021 | 4709 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4707 is granted. Attorney Amy M. Bowers terminated. Mailed notice. (ecw, ) (Entered: 05/24/2021) |
| 05/24/2021 | 4710 | MEMORANDUM by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons |

Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in Opposition to motion for order, 4637 - *DEFENDANTS' OPPOSITION TO DIRECT ACTION PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER PREVENTING ANY DEFENDANT FROM RELYING ON THE ABSENCE OF EVIDENCE ABOUT, OR CONSIDERATION OF, THE POSSIBLE OR ACTUAL EFFECTS OF ALLEGED OR POTENTIAL BID-RIGGING* (Attachments: # 1 Exhibit A)(Zarlenga, Carmine) (Entered: 05/24/2021)

| 05/25/2021 | 4711 | MINUTE entry before the Honorable Thomas M. Durkin: No response should be filed to the motion for partial reconsideration and objection 4651 until the Court so orders. The Court will set a briefing schedule shortly. Mailed notice. (ecw, ) (Entered: 05/25/2021) |
|---|---|---|
| 05/25/2021 | 4712 | STIPULATION of Dismissal *With Prejudice of Defendant Amick Farms, LLC* (Phair, Ryan) (Entered: 05/25/2021) |
| 05/25/2021 | 4713 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Pilgrim's Pride Depositions 4703 : oppositions to be filed on 6/8/21 with replies on 6/18/21. Mailed notice (ber, ) (Entered: 05/25/2021) |
| 05/25/2021 | 4714 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 5/24/21 per the Court's order of 5/14/21 4651 . The parties are directed to the transcript for a complete record of the hearing. All counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. The parties will submit to Judge Gilbert's proposed order E-Filing in-box on or before 6/1/21 a proposed order that incorporates the pretrial schedule discussed on the record. For the reasons discussed on the record, the Court extends the fact discovery close date to 7/30/21. No written discovery can be served during that time without leave of court. Unless otherwise agreed by the parties in the proposed order to be submitted by 6/1/21, Plaintiffs shall identify their merits experts by topic by 8/17/21, and Plaintiffs' merits expert reports will be disclosed to Defendants by 8/31/21. All stayed depositions 4557 are to be completed at least 30 days before summary judgment practice begins. The parties will include in their proposed order dates by which Plaintiffs' merits experts will be deposed, and by which Defendants will disclose their merits experts by topic and then disclose their expert reports, consistent with the schedule submitted by Defendants with the concurrence of Class Plaintiffs on 5/22/21 ECF 4699 and the Court's guidance as to those proposed dates. If the parties still differ on the dates for these events when they submit their proposed order, then they should indicate as much in their submission and the Court will set those dates. As discussed on the record, the Court is most focused now on re-setting dates for fact and expert discovery. If the parties want to do so, however, they also can include in their proposed order a schedule for filing and briefing summary judgment motions and a tentative trial date that also is consistent with what they submitted 5/22/21 4699 . The Court extends the date for parties to file their proposed trial plans 4616 to 7/16/21 for the reasons discussed on the record. Certain DAPs' Motion for An Extension of Time to Serve Initial Expert Reports 4648 also is granted for the reasons stated on the record. Mailed notice (ber, ) (Entered: 05/25/2021) |
| 05/26/2021 | 4715 | STIPULATION *Concerning Waiver of Service re Springfield Grocer Co.* (Laytin, Daniel) (Entered: 05/26/2021) |

| 05/26/2021 | 4716 | MOTION by Plaintiffs Whatabrands LLC, Whataburger Restaurants LLC to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint) (Esau, David) (Entered: 05/26/2021) |
| --- | --- | --- |
| 05/27/2021 | 4717 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Whatabrands LLC and Whataburger Restaurants LLC's motion to reassign case based on relatedness 4716 is granted. This Court will recommend to the Executive Committee that case 21 C 2844 pending before Judge Tharp be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 05/27/2021) |
| 05/27/2021 | 4718 | ATTORNEY Appearance for Plaintiffs Whatabrands LLC, Whataburger Restaurants LLC by Kevin Tottis (Tottis, Kevin) (Entered: 05/27/2021) |
| 05/27/2021 | 4719 | ATTORNEY Appearance for Plaintiffs Whatabrands LLC, Whataburger Restaurants LLC by Keith M. Stolte (Stolte, Keith) (Entered: 05/27/2021) |
| 05/27/2021 | 4720 | ATTORNEY Appearance for Plaintiffs Whatabrands LLC, Whataburger Restaurants LLC by Monica L. Thompson (Thompson, Monica) (Entered: 05/27/2021) |
| 05/27/2021 | 4721 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the date for the parties to submit their proposed order that incorporates the pretrial schedule discussed at the 5/25/21 hearing 4714 is extended to 6/4/21. Mailed notice (ber, ) (Entered: 05/27/2021) |
| 05/27/2021 | 4722 | ORDER: Chick-fil-A should file a supplemental brief to its motion 4651 by June 18, 2021. Defendants' response should be filed by July 9, 2021. Class Plaintiffs should also file responses on July 9. Replies are due July 23, 2021. See attached order for further details. Signed by the Honorable Thomas M. Durkin on 5/27/2021. Mailed notice. (ecw, ) (Entered: 05/27/2021) |
| 05/27/2021 | 4723 | RESPONSE by End-User Consumer Plaintiffs to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 4639 *Class Plaintiffs' Response to Defendants' Motion for an Evidentiary Hearing on Class Certification* (Attachments: # 1 Exhibit A)(Berman, Steve) (Entered: 05/27/2021) |
| 05/28/2021 | 4724 | SUR-REPLY by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to Sealed motion, 3971 , motion to certify class,,,, 3962 , motion to certify class,, 3968 *Combined Sur-Reply in Opposition to Plaintiffs' Motions for Class Certification* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit B)(Laytin, Daniel) (Entered: 05/28/2021) |
| 05/28/2021 | 4725 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Combined Sur-Reply in Opposition to Plaintiffs' Motions for Class Certification* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit B)(Laytin, Daniel) (Entered: 05/28/2021) |

| 05/28/2021 | 4726 | MOTION by Plaintiff Action Meat Distributors, Inc. to reassign case *Unopposed Motion for Reassignment Based on Relatedness Under Local Rule 40.4* (Attachments: # 1 Exhibit Exhibit A)(Lifvendahl, Eric) (Entered: 05/28/2021) |
|---|---|---|
| 05/28/2021 | 4727 | STIPULATION *and Proposed Order* (Attachments: # 1 Exhibit A)(Gant, Scott) (Entered: 05/28/2021) |
| 06/01/2021 | 4728 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Columbia Meats, Inc. and Greenville Meats, Inc.'s motion to reassign case based on relatedness 4726 is granted. This Court will recommend to the Executive Committee that case 21 C 2847 pending before Judge Valderrama be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 06/01/2021) |
| 06/01/2021 | 4729 | MEMORANDUM Opinion and Order: Rabobank's motion to dismiss 4369 is granted. The claims against Rabobank are dismissed without prejudice. Signed by the Honorable Thomas M. Durkin on 6/1/2021. Mailed notice. (ecw, ) (Entered: 06/01/2021) |
| 06/04/2021 | 4730 | REPLY by Plaintiff Direct-Action Plaintiffs to motion for order, 4637 *Preventing Defendants from Relying on the Absence of Evidence about, or Consideration of, the Possible or Actual Effects of Alleged or Potential Bid-Rigging* (Porter, Julie) (Entered: 06/04/2021) |
| 06/04/2021 | 4731 | REPLY by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to motion for miscellaneous relief,,,,, 4580 *defts' Reply in support of their motion for an order governing the operation of direct action* (Tank, Jordan) (Entered: 06/04/2021) |
| 06/04/2021 | 4732 | MOTION by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., Pollo Operations, Inc., Save Mart Supermarkets, The Kroger Co.Set Schedule for Defendants to Respond to DAPs Contention Interrogatories (Attachments: # 1 Exhibit A)(Blechman, William) (Entered: 06/04/2021) |
| 06/07/2021 | 4733 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., |

| | | O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to motion for hearing,,, 4639 *in Support of Defendants' Motion for an Evidentiary Hearing on Class Certification* (Mahan, Carrie) (Entered: 06/07/2021) |
|---|---|---|
| 06/07/2021 | 4734 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Direct Action Plaintiffs' Motion to Set Schedule for Defendants' Responses to Contention Interrogatories (Dkt. 4732 ): Defendants' response due 6/18/21. DAPs' reply due 6/25/21. Mailed notice (ber, ) (Entered: 06/07/2021) |
| 06/08/2021 | 4735 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages *Direct Purchaser Plaintiffs' Motion for Leave to File Excess Pages* (Hart, Steven) (Entered: 06/08/2021) |
| 06/08/2021 | 4736 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 4735 is granted. Direct Purchaser Plaintiffs may file their 25-page Motion for Final Approval of the Settlements with Defendants Pilgrim's Pride Corp. and Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. Mailed notice. (ecw, ) (Entered: 06/08/2021) |
| 06/08/2021 | 4737 | RESPONSE by Pilgrim's Pride Corporationin Opposition to MOTION by Plaintiff Ahold Delhaize USA, Inc. to compel *Pilgrim's Pride Corporation's Depositions* 4703 (Attachments: # 1 Declaration of Christopher J. Abbott, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Mahan, Carrie) (Entered: 06/08/2021) |
| 06/11/2021 | 4738 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to compel *Mountaire Employee Bruce Mooney as a Document Custodian* (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Phair, Ryan) (Entered: 06/11/2021) |
| 06/11/2021 | 4739 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Memorandum in Support of Motion to Compel Mountaire Employee Bruce Mooney as Document Custodian* (Phair, Ryan) (Entered: 06/11/2021) |
| 06/15/2021 | 4740 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Certain DAPs' Motion to Compel Mountaire Employee Bruce Mooney as a Document Custodian 4738 : responses in opposition to be filed on 6/24/21 and replies in support to be filed on 6/29/21. Mailed notice (ber, ) (Entered: 06/15/2021) |
| 06/15/2021 | 4741 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement, at the Court's request, a brief telephone conference is set for 6/17/21 at 12:00 p.m. central to discuss entry of Scheduling Order No. 16 and to set a date for filing of a report or reports concerning the status of discovery. The call-in number for the telephone conference is 877-336-1829, access code 1022195, press #. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and |

rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 06/15/2021)

| 06/15/2021 | 4742 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18355025. (Gratz, Michael) (Entered: 06/15/2021) |
| 06/15/2021 | 4743 | STIPULATION *Defendants' Stipulation Concerning Waiver of Service re Whatabrands* (Laytin, Daniel) (Entered: 06/15/2021) |
| 06/15/2021 | 4744 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4742 is granted. Attorney Michael B Gratz, Jr for EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company and Timber Lake Foods, Inc. added. Mailed notice. (ecw, ) (Entered: 06/15/2021) |
| 06/15/2021 | 4745 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS WITH DEFENDANTS PILGRIM'S PRIDE CORP., TYSON FOODS, INC., TYSON CHICKEN, INC., TYSON BREEDERS, INC., AND TYSON POULTRY, INC.* (Pouya, Bobby) (Entered: 06/15/2021) |
| 06/15/2021 | 4746 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 4745 *DIRECT PURCHASER PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS WITH DEFENDANTS PILGRIM'S PRIDE CORP., TYSON FOODS, INC., TYSON CHICKEN, INC., TYSON BREEDERS, INC., AND TYSON POULTRY, INC.* (Attachments: # 1 Declaration of Bobby Pouya, # 2 Declaration of Jennifer Keough)(Pouya, Bobby) (Entered: 06/15/2021) |
| 06/15/2021 | 4747 | DIRECT PURCHASER PLAINTIFFS' NOTICE OF FILING AMENDED [PROPOSED] ORDER GRANTING THEIR MOTION FOR INTERIM PAYMENT OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE INCENTIVE AWARDS by Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit A)(Hart, Steven) (Entered: 06/15/2021) |
| 06/17/2021 | 4748 | SCHEDULING ORDER NO. 16. Signed by the Honorable Jeffrey T. Gilbert on 6/17/2021. Mailed notice(ber, ) (Entered: 06/17/2021) |
| 06/17/2021 | 4749 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone conference held on 6/17/21. The Court enters the parties' proposed Scheduling Order No. 16 with the modifications discussed on the record. As also discussed on the record, the parties shall file a joint discovery status report by 8/10/21 that includes at least the following information: the status of outstanding written and oral discovery; the status of any discovery dispute(s) as to which the parties are at impasse and that may require the Court's attention, and either a proposed briefing schedule for any necessary motion practice or a proposed process for resolving such dispute(s). The parties also shall identify in the status report any separately negotiated discovery schedules that have been reached for certain Direct Action Plaintiffs in cases filed on or after 2/1/21 as referenced in Scheduling Order No. 16 4748 at 2, fn. 4. Mailed notice (ber, ) (ber, ). (Entered: 06/17/2021) |
| 06/18/2021 | 4750 | MOTION by Plaintiffs Publix Super Markets, Inc., The Kroger Co. for leave to file *a Supplemental Brief in Response to May 27, 2021 Order* (Attachments: # 1 Exhibit A)(Germaine, David) (Entered: 06/18/2021) |
| 06/18/2021 | 4751 | REPLY by Plaintiff Ahold Delhaize USA, Inc. to motion to compel 4703 (Phair, Ryan) (Entered: 06/18/2021) |

| 06/18/2021 | 4752 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)in Opposition to MOTION by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., Pollo Operations, Inc., Save Mart Supermarkets, The Kroger Co.Set Schedule for Defendants to Respond to DAPs Contention Interrogatories 4732 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Laytin, Daniel) (Entered: 06/18/2021) |
| 06/18/2021 | 4753 | Supplemental Brief by Chick-fil-A, Inc. (Phair, Ryan) (Entered: 06/18/2021) |
| 06/18/2021 | 4754 | SEALED DOCUMENT by Plaintiff Chick-fil-A, Inc. *Supplemental Brief* (Phair, Ryan) (Entered: 06/18/2021) |
| 06/21/2021 | 4755 | MINUTE entry before the Honorable Thomas M. Durkin: Kroger and Publix Plaintiffs' motion for leave to file a supplemental brief in response to May 27, 2021 order 4750 is granted. Mailed notice. (ecw, ) (Entered: 06/21/2021) |
| 06/21/2021 | 4756 | MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs for reconsideration regarding other 4753 *Affilated Foods Plaintiffs' Joinder in Chick-Fil-A, Inc.'s Supplemental Brief in Support of Its Motion to Partially Reconsider The September 22, 2020 Order and Objection to Magistrate Judge May 7, and May 13, 2021 Orders* (Lifvendahl, Eric) (Entered: 06/21/2021) |
| 06/21/2021 | 4757 | SEALED DOCUMENT by Plaintiff Affiliated Foods, Inc.'s Plaintiffs *Affilated Foods Plaintiffs' Joinder in Chick-Fil-A, Inc.'s Supplemental Brief in Support of Its Motion to Partially Reconsider The September 22, 2020 Order and Objection to Magistrate Judge May 7, and May 13, 2021 Orders* (Lifvendahl, Eric) (Entered: 06/21/2021) |
| 06/21/2021 | 4758 | Joinder by McLane Company, Inc. *in Chick-fil-A Inc.'s Supplemental Brief in Support of its Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Youngman, Judith) (Entered: 06/21/2021) |
| 06/21/2021 | 4759 | MEMORANDUM by Publix Super Markets, Inc., The Kroger Co. *Responding to Court's Order of May 27, 2021* (Germaine, David) (Entered: 06/21/2021) |
| 06/21/2021 | 4760 | MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs for reconsideration regarding other 4753 *Affiliated Foods Plaintiffs' Amended (To Add Names of Plaintiffs in Signature Block) Joinder in Chick-Fil-A, Inc.'s Supplemental Brief in Support of Its Motion to Partially Reconsider The September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Lifvendahl, Eric) (Entered: 06/21/2021) |
| 06/21/2021 | 4761 | SEALED MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs for reconsideration regarding other 4753 *Affiliated Foods Plaintiffs' Amended (To Add Names of Plaintiffs in Signature Block) Joinder in Chick-Fil-A, Inc.'s Supplemental Brief in Support of Its Motion to Partially Reconsider The September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders*, MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs for reconsideration (Lifvendahl, Eric) Modified on 6/21/2021 (ecw, ). (Entered: 06/21/2021) |

| 06/21/2021 | 4762 | Joinder by Conagra Brands, Inc., Kraft Heinz Foods Company, Nestle Purina Petcare Company, Nestle USA, Inc., Pinnacle Foods, Inc. *in Chick-Fil-A Inc's Brief in Support of its Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Eddy, David) (Entered: 06/21/2021) |
|---|---|---|
| 06/22/2021 | 4763 | Direct Purchaser Plaintiffs' Notice of Filing [Proposed] Order Granting Their Motion for Final Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. by Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit [Proposed] Order Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc.)(Pouya, Bobby) (Entered: 06/22/2021) |
| 06/22/2021 | 4764 | MOTION by Plaintiff End-User Consumer Plaintiffsto Approve the Manner and Form of Class Notice *Notice of Motion and Motion to Approve the Manner and Form of Class Notice* (Scarlett, Shana) (Entered: 06/22/2021) |
| 06/22/2021 | 4765 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for miscellaneous relief 4764 *Memorandum in Support of Motion to Approve the Manner and Form of Class Notice* (Scarlett, Shana) (Entered: 06/22/2021) |
| 06/22/2021 | 4766 | DECLARATION of Eric Schachter regarding motion for miscellaneous relief 4764 *in Support of Motion to Approve the Manner and Form of Class Notice* (Scarlett, Shana) (Entered: 06/22/2021) |
| 06/23/2021 | 4767 | ATTORNEY Appearance for Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. by Paul J Ripp (Ripp, Paul) (Entered: 06/23/2021) |
| 06/23/2021 | 4768 | MOTION by Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to compel *on behalf of Certain DAPs* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ripp, Paul) (Entered: 06/23/2021) |
| 06/24/2021 | 4769 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Certain DAPs' Motion to Compel Production of Defendants' Judgment Sharing Agreement 4768 : Response by 7/8/21. Reply by 7/19/21. Mailed notice (ber, ) (Entered: 06/24/2021) |
| 06/24/2021 | 4770 | STIPULATION AND ORDER GRANTING DIRECT ACTION PLAINTIFFS TO TAKE IMMEDIATE DISCOVERY. Signed by the Honorable Jeffrey T. Gilbert on 6/24/2021. Mailed notice(ber, ) (Entered: 06/24/2021) |
| 06/24/2021 | 4771 | RESPONSE by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLCin Opposition to MOTION by Plaintiff Ahold Delhaize USA, Inc. to compel *Mountaire Employee Bruce Mooney as a Document Custodian* 4738 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Wofford, Amanda) (Entered: 06/24/2021) |
| 06/24/2021 | 4772 | MOTION by Plaintiff Services Group of America, Inc. for joinder *In (1) Chick-Fil-A, Inc.'s Supplemental Brief in Support of its Motion to Partially Reconsider Bifurcation Order [Dkt 4753]and (2) Affiliated Foods Plaintiffs' Amended Joinder [Dkt 4756]* (Casas, Gregory) (Entered: 06/24/2021) |

| 06/25/2021 | 4773 | Joinder in Chick-Fil-A, Inc.'s Supplemental Brief in Support of Its Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders by Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach (Gore, Kristin) (Entered: 06/25/2021) |
| 06/25/2021 | 4774 | MOTION by Plaintiff Direct-Action Plaintiffs to seal *Exhibit 1 to Reply in Support of Motion to Set Schedule for Defendants' Responses to Contention Interrogatories* (Blechman, William) (Entered: 06/25/2021) |
| 06/25/2021 | 4775 | REPLY by Direct-Action Plaintiffs to response in opposition to motion,, 4752 , MOTION by Plaintiffs Albertsons Companies, Inc., Hy-Vee, Inc., Pollo Operations, Inc., Save Mart Supermarkets, The Kroger Co.Set Schedule for Defendants to Respond to DAPs Contention Interrogatories 4732 (Attachments: # 1 Exhibit 1 (under seal))(Blechman, William) (Entered: 06/25/2021) |
| 06/25/2021 | 4776 | SEALED EXHIBIT by Plaintiff Direct-Action Plaintiffs *Exhibit 1 to Reply in Support of Motion to Set Schedule for Defendants' Responses to Contention Interrogatories* regarding reply to response to motion, 4775 (Blechman, William) (Entered: 06/25/2021) |
| 06/25/2021 | 4777 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to compel *Tyson Deposition* (Phair, Ryan) (Entered: 06/25/2021) |
| 06/25/2021 | 4778 | MEMORANDUM by Ahold Delhaize USA, Inc. in support of motion to compel 4777 (Attachments: # 1 Declaration of Ryan P. Phair, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Phair, Ryan) (Entered: 06/25/2021) |
| 06/25/2021 | 4779 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Memorandum in support of Motion to Compel Tyson Deposition* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit J)(Phair, Ryan) (Entered: 06/25/2021) |
| 06/28/2021 | 4780 | TRANSCRIPT OF PROCEEDINGS held on 6/17/21 before the Honorable Jeffrey T. Gilbert. Order Number: 41012. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the |

| | | Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/19/2021. Redacted Transcript Deadline set for 7/29/2021. Release of Transcript Restriction set for 9/27/2021. (Fennell, Kathleen) (Entered: 06/28/2021) |
|---|---|---|
| 06/28/2021 | 4781 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Direct-Action Plaintiff Ahold Delhaize igranted leave to file its Memorandum of Law in Support of its Motion to Compel 4778 under seal nunc pro tunc to 6/25/21. In the future, a motion seeking leave to file under seal should be filed. Given the intervening Fourth of July holiday, ongoing deposition discovery, and the 7/16/21 filing date for the parties' trial plans, the Court requests that the parties agree to a briefing schedule for Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Tyson Deposition 4777 and send it to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. Mailed notice (ber, ) (Entered: 06/28/2021) |
| 06/28/2021 | 4782 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Direct-Action Plaintiffs' Motion for Leave to File Exhibit 1 to Reply in Support of Motion to Set Schedule for Defendants' Responses to Contention Interrogatories Under Seal 4774 is granted. Mailed notice (ber, ) (Entered: 06/28/2021) |
| 06/29/2021 | 4783 | MOTION by Plaintiffs Amory Investments LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc., Campbell Soup Company, Campbell Soup Supply Company L.L.C. to amend/correct *Certain DAPs' Motion to Amend Complaint Allegations Regarding Rabobank* (Gant, Scott) (Entered: 06/29/2021) |
| 06/29/2021 | 4784 | SEALED DOCUMENT by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. *Certain DAPs' Motion to Amend Complaint Allegations Regarding Rabobank* (Gant, Scott) (Entered: 06/29/2021) |
| 06/29/2021 | 4785 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to seal *Certain DAPs' Reply in Support of Motion to Compel* (Phair, Ryan) (Entered: 06/29/2021) |
| 06/29/2021 | 4786 | REPLY by Plaintiff Ahold Delhaize USA, Inc. *In Support of Motion to Compel Mountaire Employee as Document Custodian* (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 06/29/2021) |
| 06/29/2021 | 4787 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Reply in Support of Motion to Compel Mountaire Employee as Document Custodian* (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 06/29/2021) |
| 06/29/2021 | 4788 | MINUTE entry before the Honorable Thomas M. Durkin: Fairness hearing on final approval of the settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. held on 6/29/2021 by telephone. No one appeared to object to the settlement. For the reasons stated on the record, Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. 4745 is granted. Enter order. Mailed notice. (ecw, ) (Entered: 06/29/2021) |
| 06/29/2021 | 4789 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with Defendants Pilgrim's Pride Corp., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 6/29/2021. Mailed notice. (ecw, ) (Entered: 06/29/2021) |

| 06/30/2021 | 4790 | NOTICE by Stephen J. Teti of Change of Address (Teti, Stephen) (Entered: 06/30/2021) |
|---|---|---|
| 06/30/2021 | 4791 | MINUTE entry before the Honorable Thomas M. Durkin: Certain Direct Action Plaintiffs' Motion to Amend Complaint Allegations Regarding Rabobank 4783 is granted. Defendant Rabobank is to answer or otherwise plead by 7/21/2021. Mailed notice. (ecw, ) (Entered: 06/30/2021) |
| 06/30/2021 | 4792 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18408645. (Caruso, Becky) (Entered: 06/30/2021) |
| 06/30/2021 | 4793 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Certain Direct-Action Plaintiffs' Motion for Leave to File Reply in Support of Motion to Compel Mountaire Employee Bruce Mooney as Document Custodian and its Accompanying Exhibit Under Seal 4785 is granted. Mailed notice (ber, ) (Entered: 06/30/2021) |
| 06/30/2021 | 4794 | MOTION by Plaintiff ALDI Inc to seal *Memorandum in Support of Motion to Compel Individualized Discovery* (Phair, Ryan) (Entered: 06/30/2021) |
| 06/30/2021 | 4795 | MOTION by Plaintiff ALDI Inc to compel *Individualized Discovery* (Phair, Ryan) (Entered: 06/30/2021) |
| 06/30/2021 | 4796 | MEMORANDUM by ALDI Inc in support of motion to compel 4795 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Phair, Ryan) (Entered: 06/30/2021) |
| 06/30/2021 | 4797 | SEALED DOCUMENT by Plaintiff ALDI Inc *Memorandum in support of motion to compel* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Phair, Ryan) (Entered: 06/30/2021) |
| 06/30/2021 | 4798 | SUPPLEMENT to memorandum in support of motion 4551 , motion for attorney fees 4550 *Direct Purchaser Plaintiffs' Supplement to Their Motion for Interim Payment of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Incentive Awards* (Hart, Steven) (Entered: 06/30/2021) |
| 06/30/2021 | 4799 | AMENDED complaint by Amory Investments LLC against Rabobank (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4800 | SEALED DOCUMENT by Plaintiff Amory Investments LLC *Amended Complaint* (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4801 | *Second* AMENDED complaint by Campbell Soup Supply Company L.L.C., Campbell Soup Company against Rabobank (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4802 | SEALED DOCUMENT by Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C. *Second Amended Complaint* (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4803 | *Second* AMENDED complaint by John Soules Foods, Inc., John Soules Acquisitions LLC against Rabobank (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4804 | SEALED DOCUMENT by Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. *Second Amended Complaint* (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4805 | *Second* AMENDED complaint by Target Corporation against Rabobank (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4806 | SEALED DOCUMENT by Plaintiff Target Corporation *Second Amended Complaint* (Gant, Scott) (Entered: 06/30/2021) |

| 06/30/2021 | 4807 | *Second* AMENDED complaint by Sysco Corporation against Rabobank (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4808 | SEALED DOCUMENT by Plaintiff Sysco Corporation *Second Amended Complaint* (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4809 | *Second* AMENDED complaint by US Foods, Inc. against Rabobank (Gant, Scott) (Entered: 06/30/2021) |
| 06/30/2021 | 4810 | SEALED DOCUMENT by Plaintiff US Foods, Inc. *Second Amended Complaint* (Gant, Scott) (Entered: 06/30/2021) |
| 07/01/2021 | 4811 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4792 is granted. Attorney Becky Leigh Caruso for Services Group of America, Inc. added. Mailed notice. (ecw, ) (Entered: 07/01/2021) |
| 07/01/2021 | 4812 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court enters the following briefing schedule on Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Tyson Deposition 4777 : Tyson shall file its opposition by 7/20/21 and Ahold Delhaize shall file its reply by 8/3/21. Mailed notice (ber, ) (Entered: 07/01/2021) |
| 07/01/2021 | 4813 | TRANSCRIPT OF PROCEEDINGS held on 05/04/2021 before the Honorable Jeffrey T. Gilbert. Order Number: 40673. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/22/2021. Redacted Transcript Deadline set for 8/2/2021. Release of Transcript Restriction set for 9/29/2021. (Spee, Amy) (Entered: 07/01/2021) |
| 07/01/2021 | 4814 | TRANSCRIPT OF PROCEEDINGS held on 05/24/2021 before the Honorable Jeffrey T. Gilbert. Order Number: 40827. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/22/2021. Redacted Transcript Deadline set for 8/2/2021. Release of Transcript Restriction set for 9/29/2021. (Spee, Amy) (Entered: 07/01/2021) |
| 07/02/2021 | 4815 | NOTICE by Daniel M. Percy *of Attorney Brandon M. Bohlman withdrawal; J. Barton Goplerud to remain as counsel for Plaintiff Daniel M. Percy* (Bohlman, Brandon) (Entered: 07/02/2021) |
| 07/02/2021 | 4816 | AMENDED complaint by Thurston Foods, Inc. against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., |

| | | |
|---|---|---|
| | | Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Campbell, Terence) (Entered: 07/02/2021) |
| 07/06/2021 | 4817 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Plaintiff Aldi, Inc.'s Motion to Compel Individualized Discovery From Defendants Tyson, Koch, Simmons, and Foster Farms 4795 : Defendants shall file their opposition by 7/20/21 and ALDI shall file its reply by 8/3/21. Mailed notice (ber, ) (Entered: 07/06/2021) |
| 07/06/2021 | 4818 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Nicole Jones (Jones, Nicole) (Entered: 07/06/2021) |
| 07/07/2021 | 4819 | MOTION by Attorney Zachary R. Glubiak to withdraw as attorney for Vern Peter Gardner, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, Leslie Weidner. No party information provided (Glubiak, Zachary) (Entered: 07/07/2021) |
| 07/07/2021 | 4820 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4819 is granted. Attorney Zachary R. Glubiak terminated. Mailed notice. (ecw, ) (Entered: 07/07/2021) |
| 07/08/2021 | 4821 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file (Taylor, Jarod) (Entered: 07/08/2021) |
| 07/08/2021 | 4822 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., |

| | | |
|---|---|---|
| | | O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to compel *Defendants' Motion To Compel Additional Depositions Of Sysco And Ahold And For An Award Of Certain Costs And Fees* (Taylor, Jarod) (Entered: 07/08/2021) |
| 07/08/2021 | 4823 | SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Brief in Support of Motion To Compel Additional Depositions Of Sysco And Ahold And For An Award Of Certain Costs And Fees* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Taylor, Jarod) (Entered: 07/08/2021) |
| 07/08/2021 | 4824 | MEMORANDUM *Brief in Support of Motion To Compel Additional Depositions Of Sysco And Ahold And For An Award Of Certain Costs And Fees* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Taylor, Jarod) (Entered: 07/08/2021) |
| 07/08/2021 | 4825 | Notice of Partial Withdrawal from Defendants' Motion to Compel Additional Depositions of Sysco and Ahold and for an Award of Certain Costs and Fees (ECF No. 4822) by Peco Foods, Inc. (Flath, Lara) (Entered: 07/08/2021) |
| 07/08/2021 | 4826 | AMENDED complaint by Whatabrands LLC, Whataburger Restaurants LLC against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit REDLINE WAB Amended Complaint)(Esau, David) (Entered: 07/08/2021) |

| 07/08/2021 | 4827 | NOTICE by George's Farms, Inc., George's Inc. re MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms 4822 *(NOTICE of partial withdrawal)* (Greene, William) (Entered: 07/08/2021) |
|---|---|---|
| 07/08/2021 | 4828 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for leave to file *Additional Pages* (Laytin, Daniel) (Entered: 07/08/2021) |
| 07/09/2021 | 4829 | NOTICE by Fieldale Farms Corporation re MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms 4822 *Notice of Partial Withdrawal* (williams, valarie) (Entered: 07/09/2021) |
| 07/09/2021 | 4830 | RESPONSE by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to memorandum 4759 *Defendants' Response to Kroger & Publix Plaintiffs' Supplemental Brief in Response to May 27, 2021 Order* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Zarlenga, Carmine) (Entered: 07/09/2021) |
| 07/09/2021 | 4831 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Brief in Support of Motion to Compel Additional Depositions of Sysco and Ahold and for an Award of Certain Costs and Fees Under Seal 4821 is granted. Mailed notice (ber, ) (Entered: 07/09/2021) |
| 07/09/2021 | 4832 | RESPONSE by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs to order,, set motion and R&R deadlines/hearings,, order on motion for relief, 4722 *Class Plaintiffs' Submission Pursuant to the Court's May 27, 2021 Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hart, Steven) (Entered: 07/09/2021) |
| 07/09/2021 | 4833 | SEALED RESPONSE *DEFENDANTS' RESPONSE IN OPPOSITION TO DIRECT-ACTION PLAINTIFF CHICK-FIL-A, INC.'S MOTION AND SUPPLEMENTAL BRIEF TO PARTIALLY RECONSIDER THE SEPTEMBER 22, 2020 ORDER AND OBJECTION TO MAGISTRATE JUDGE'S MAY 7 AND MAY 13, 2021 ORDERS* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Laytin, Daniel) (Entered: 07/09/2021) |
| 07/09/2021 | 4834 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)in Opposition to MOTION by Plaintiff Chick-fil-A, Inc.for Partial Reconsideration and Objection 4651 *DEFENDANTS' RESPONSE IN OPPOSITION TO DIRECT-ACTION PLAINTIFF CHICK-FIL-A, INC.'S MOTION 4651 AND SUPPLEMENTAL BRIEF 4754 TO PARTIALLY* |

| | | |
|---|---|---|
| | | *RECONSIDER THE SEPTEMBER 27, 2020 ORDER AND OBJECTION TO MAGISTRATE JUDGE'S MAY 7 AND MAY 13, 2021 ORDERS [REDACTED]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Laytin, Daniel) (Entered: 07/09/2021) |
| 07/11/2021 | 4835 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file additional pages 4828 is granted. Mailed notice. (ecw, ) (Entered: 07/11/2021) |
| 07/12/2021 | 4836 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Defendants' Motion To Compel Additional Depositions Of Sysco And Ahold And For An Award Of Certain Costs And Fees 4822 : Sysco and Ahold shall file any opposition by 7/26/21, and the moving Defendants shall file any reply by 8/5/21. Mailed notice (ber, ) (Entered: 07/12/2021) |
| 07/12/2021 | 4837 | TRANSCRIPT OF PROCEEDINGS held on 06/29/2021 before the Honorable Thomas M. Durkin. Final Approval of Settlements. Order Number: 41092. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/2/2021. Redacted Transcript Deadline set for 8/12/2021. Release of Transcript Restriction set for 10/11/2021. (Carrion, Elia) (Entered: 07/12/2021) |
| 07/12/2021 | 4838 | RESPONSE by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to Response,,,, 4830 (Tank, Jordan) (Entered: 07/12/2021) |
| 07/16/2021 | 4839 | Entered in Error. (Campbell, Terence) Modified on 7/16/2021 (rc, ). (Entered: 07/16/2021) |
| 07/16/2021 | 4840 | Entered in Error. (Campbell, Terence) Modified on 7/16/2021 (rc, ). (Entered: 07/16/2021) |
| 07/16/2021 | 4841 | Entered in Error. (Campbell, Terence) Modified on 7/16/2021 (rc, ). (Entered: 07/16/2021) |
| 07/16/2021 | 4842 | MOTION by Plaintiff Quality Supply Chain Co-Op, Inc. to reassign case *as Related* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 07/16/2021) |
| 07/16/2021 | 4843 | MOTION by Plaintiff Panda Restaurant Group, Inc. to reassign case *as Related* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 07/16/2021) |
| 07/16/2021 | 4844 | MOTION by Plaintiff Aramark Food and Support Services Group, Inc. to reassign case *as Related* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 07/16/2021) |
| 07/16/2021 | 4845 | MOTION by Plaintiff Wood-Fruitticher Grocery Company, Inc. to reassign case *as Related* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: |

| 07/16/2021 | 4846 | NOTICE of Correction regarding MOTION by Plaintiff Quality Supply Chain Co-Op, Inc. to reassign case *as Related* 4841 , MOTION by Plaintiff Aramark Food and Support Services Group, Inc. to reassign case *as Related* 4839 , MOTION by Plaintiff Panda Restaurant Group, Inc. to reassign case *as Related* 4840 . (rc, ) (Entered: 07/16/2021) |
|---|---|---|
| 07/16/2021 | 4847 | NOTICE by End-User Consumer Plaintiffs *and Defendant Pilgrim's Pride Corporation of Settlement and Stipulation for Suspension of Proceedings* (Scarlett, Shana) (Entered: 07/16/2021) |
| 07/16/2021 | 4848 | Proposed Trial Plan by Direct-Action Plaintiffs (Blechman, William) (Entered: 07/16/2021) |
| 07/16/2021 | 4849 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Defendants' Trial Proposal* (Laytin, Daniel) (Entered: 07/16/2021) |
| 07/16/2021 | 4850 | Defendants' Trial Proposal [Public, Redacted] by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 07/16/2021) |
| 07/16/2021 | 4851 | STATEMENT by Amick Farms, LLC, Fieldale Farms Corporation, George's Farms, Inc., George's Inc., Peco Foods, Inc. *in Support of Certain Defendants' Trial Proposal (ECF No. 4850)* (Fitzgerald, Patrick) (Entered: 07/16/2021) |
| 07/16/2021 | 4852 | NOTICE by Commercial and Institutional Indirect Purchaser Plaintiffs *of Filing of Trial Plan* (Zapala, Adam) (Entered: 07/16/2021) |
| 07/16/2021 | 4853 | Proposed Trial Plan by End-User Consumer Plaintiffs (Berman, Steve) (Entered: 07/16/2021) |
| 07/16/2021 | 4854 | Proposed Trial Plan by Direct Purchaser Plaintiffs (Hart, Steven) (Entered: 07/16/2021) |
| 07/16/2021 | 4855 | Proposed Trial Plan by Harrison Poultry, Inc., Perdue Farms, Inc., Perdue Foods LLC (Baldridge, James) (Entered: 07/16/2021) |
| 07/17/2021 | 4856 | NOTICE by The NPD Group, Inc *of Designations of confidentiality under the Agreed Protective Order* (Slobig, Robert) (Entered: 07/17/2021) |
| 07/20/2021 | 4857 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 4844 before Honorable Thomas M. Durkin on 7/26/2021 at 09:00 AM. (Campbell, Terence) (Entered: 07/20/2021) |
| 07/20/2021 | 4858 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 4842 before Honorable Thomas M. Durkin on 7/26/2021 at 09:00 AM. (Campbell, Terence) (Entered: 07/20/2021) |
| 07/20/2021 | 4859 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 4845 before Honorable Thomas M. Durkin on 7/26/2021 at 09:00 AM. (Campbell, Terence) (Entered: 07/20/2021) |
| 07/20/2021 | 4860 | NOTICE of Motion by Terence H. Campbell for presentment of motion to reassign case 4843 before Honorable Thomas M. Durkin on 7/26/2021 at 09:00 AM. (Campbell, Terence) (Entered: 07/20/2021) |

| 07/20/2021 | 4861 | MOTION by Attorney Jonathan S. Goldsmith, Adam C. Hemlock, Cecile L. Farmer, Eric A. Rivas, Jessica L. Falk, Lorell Guerrero, and Robert A. Dahnke to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (Mahan, Carrie) (Entered: 07/20/2021) |
|---|---|---|
| 07/20/2021 | 4862 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for leave to file *opposition to direct-action plaintiff ahold Delhaize's motion to compel Tyson deposition under seal* (Tank, Jordan) (Entered: 07/20/2021) |
| 07/20/2021 | 4863 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Opposition to Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Tyson Deposition* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Tank, Jordan) (Entered: 07/20/2021) |
| 07/20/2021 | 4864 | RESPONSE by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Opposition to Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Tyson Deposition* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Tank, Jordan) (Entered: 07/20/2021) |
| 07/20/2021 | 4865 | RESPONSE by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.in Opposition to MOTION by Plaintiff ALDI Inc to compel *Individualized Discovery* 4795 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Adcox, Rachel) (Entered: 07/20/2021) |
| 07/21/2021 | 4866 | ATTORNEY Appearance for Defendant Rabobank by David James Doyle (Doyle, David) (Entered: 07/21/2021) |
| 07/21/2021 | 4867 | ATTORNEY Appearance for Defendant Rabobank by Jill Christine Anderson (Anderson, Jill) (Entered: 07/21/2021) |
| 07/21/2021 | 4868 | ATTORNEY Appearance for Defendant Rabobank by Matthew Thomas Connelly (Connelly, Matthew) (Entered: 07/21/2021) |
| 07/21/2021 | 4869 | ATTORNEY Appearance for Defendants Rabo AgriFinance LLC, Utrecht-America Finance Co., Utrecht-America Holdings, Inc., Rabobank USA Financial Corporation, Cooperatieve Rabobank U.A., N.Y. Branch by Andrew C. Nordahl (Nordahl, Andrew) (Entered: 07/21/2021) |
| 07/21/2021 | 4870 | ATTORNEY Appearance for Defendant Cooperatieve Rabobank U.A., N.Y. Branch by David James Doyle *Corrected Appearance* (Doyle, David) (Entered: 07/21/2021) |
| 07/21/2021 | 4871 | ATTORNEY Appearance for Defendant Cooperatieve Rabobank U.A., N.Y. Branch by Jill Christine Anderson *Corrected Additional Appearance* (Anderson, Jill) (Entered: 07/21/2021) |
| 07/21/2021 | 4872 | ATTORNEY Appearance for Defendant Cooperatieve Rabobank U.A., N.Y. Branch by Matthew Thomas Connelly *Corrected Additional Appearance* (Connelly, Matthew) (Entered: 07/21/2021) |
| 07/21/2021 | 4873 | Corporate Disclosure Statement by Cooperatieve Rabobank U.A., N.Y. Branch (Doyle, David) (Entered: 07/21/2021) |
| 07/21/2021 | 4874 | MOTION by Defendants Rabo AgriFinance LLC, Utrecht-America Holdings, Inc., Cooperatieve Rabobank U.A., N.Y. Branch, Utrecht-America Finance Co., Rabobank USA Financial Corporation to dismiss *Rabobank's Rule 12(b)(6)* |

| | | *Motion To Dismiss Certain DAPs Second Amended Complaints* (Doyle, David) (Entered: 07/21/2021) |
|---|---|---|
| 07/21/2021 | 4875 | MEMORANDUM by Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. in support of motion to dismiss, 4874 *REDACTED Memorandum Of Law In Support Of Rabobank's Rule 12(b)(6) Motion To Dismiss Certain DAP's Second Amended Complaints* (Attachments: # 1 Exhibit 1-15)(Doyle, David) (Entered: 07/21/2021) |
| 07/21/2021 | 4876 | SEALED DOCUMENT by Defendants Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. *SEALED Memorandum Of Law In Support Of Rabobank's Rule 12( b)(6) Motion To Dismiss Certain DAPS' Second Amended Complaints* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Doyle, David) (Entered: 07/21/2021) |
| 07/21/2021 | 4877 | MOTION by Defendants Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to stay *Rabobank's Motion To Stay Discovery While Its Motion To Dismiss Certain DAPS' Second Amended Complaints is Pending* (Attachments: # 1 Exhibit 1)(Doyle, David) (Entered: 07/21/2021) |
| 07/21/2021 | 4878 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Tyson Defendants' Motion for Leave to File Opposition to Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Tyson Deposition Under Seal 4862 is granted. Mailed notice (ber, ) (Entered: 07/21/2021) |
| 07/21/2021 | 4879 | MINUTE entry before the Honorable Thomas M. Durkin: Upon agreement of the parties, the Court hereby enters the following order setting the briefing schedule for Defendant Rabobank's Rule 12(b)(6) Motion to Dismiss Certain DAPs' Second Amended Complaints 4874 : Certain Direct Action Plaintiffs shall file any response brief in opposition to Rabobank's motion to dismiss by 8/18/2021. The Rabobank Defendants shall file their reply brief in support of their motion to dismiss within 14 days after any opposition brief is filed by the Certain Direct Action Plaintiffs. Mailed notice. (ecw, ) (Entered: 07/21/2021) |
| 07/22/2021 | 4880 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Quality Supply Chain Co-op, Inc.'s motion to reassign case based on relatedness 4842 is granted. This Court will recommend to the Executive Committee that case 21 C 3668 pending before Judge Feinerman be reassigned to this Court's calendar as related to this action. Plaintiff Panda Restaurant Group, Inc.'s motion to reassign case based on relatedness 4843 is granted. This Court will recommend to the Executive Committee that case 21 C 3667 pending before Judge Lefkow be reassigned to this Court's calendar as related to this action. Plaintiff Aramark Food and Support Services Group, Inc.'s motion to reassign case based on relatedness 4844 is granted. This Court will recommend to the Executive Committee that case 21 C 3663 pending before Judge Alonso be reassigned to this Court's calendar as related to this action. Plaintiff Wood-Fruitticher Grocery Company, Inc.'s motion to reassign case based on relatedness 4845 is granted. This Court will recommend to the Executive Committee that case 21 C 3666 pending before Judge Kennelly be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 07/22/2021) |

| 07/22/2021 | 4881 | ORDER: Upon agreement of the parties, the Court hereby enters the following order setting the briefing schedule for Defendant Rabobank's Motion to Stay Discovery While Its Motion to Dismiss Certain DAPs' Second Amended Complaints is Pending (ECF No. 4877 ): 1. Certain Direct Action Plaintiffs shall file any response brief in opposition to Rabobank's motion to stay discovery by August 18, 2021. 2. The Rabobank Defendants shall file their reply brief in support of their motion to stay discovery within 14 days after any opposition brief is filed by the Certain Direct Action Plaintiffs. Signed by the Honorable Jeffrey T. Gilbert on 7/22/2021. Mailed notice(ber, ) (Entered: 07/22/2021) |
|---|---|---|
| 07/22/2021 | 4882 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4861 is granted. Attorneys Cecile L. Farmer, Jonathan S. Goldsmith, Lorell Guerrero, Adam C. Hemlock, Eric A. Rivas, Robert A Dahnke and Jessica L. Falk terminated. Mailed notice. (ecw, ) (Entered: 07/22/2021) |
| 07/22/2021 | 4883 | STIPULATION *Concerning Waiver of Service re Aramark Food and Support Services Group, Inc.* (Laytin, Daniel) (Entered: 07/22/2021) |
| 07/22/2021 | 4884 | STIPULATION *Concerning Waiver of Service for Quality Supply Chain Co-op, Inc.* (Laytin, Daniel) (Entered: 07/22/2021) |
| 07/22/2021 | 4885 | STIPULATION *Concerning Waiver of Service for Wood Fruitticher Grocery Company, Inc.* (Laytin, Daniel) (Entered: 07/22/2021) |
| 07/23/2021 | 4886 | RESPONSE by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. *to Statements in Defendants' Filing Concerning Bifurcation (ECF 4833 & 4834)* (Attachments: # 1 Exhibit A)(Gant, Scott) (Entered: 07/23/2021) |
| 07/23/2021 | 4887 | REPLY by Plaintiffs Publix Super Markets, Inc., The Kroger Co. *in Support of Supplemental Memorandum Responding to Court's Order of May 27, 2021 [Dkt. 4759] (Public REDACTED Version)* (Germaine, David) (Entered: 07/23/2021) |
| 07/23/2021 | 4888 | SEALED REPLY by Publix Super Markets, Inc., The Kroger Co. to memorandum 4759 (Germaine, David) (Entered: 07/23/2021) |
| 07/23/2021 | 4889 | MOTION by Attorney Peter Cheun to withdraw as attorney for Peco Foods, Inc.. No party information provided (Cheun, Peter) (Entered: 07/23/2021) |
| 07/23/2021 | 4890 | REPLY by Plaintiff Chick-fil-A, Inc. to motion for miscellaneous relief 4651 (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 07/23/2021) |
| 07/23/2021 | 4891 | SEALED DOCUMENT by Plaintiff Chick-fil-A, Inc. *Exhibit A* (Phair, Ryan) (Entered: 07/23/2021) |
| 07/23/2021 | 4892 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4889 is granted. Attorney Peter Young-hyun Cheun terminated. Mailed notice. (ecw, ) (Entered: 07/23/2021) |
| 07/26/2021 | 4893 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Michael Roger Krantz (Krantz, Michael) (Entered: 07/26/2021) |
| 07/26/2021 | 4894 | MOTION by Plaintiff Sysco Corporation to seal *Opposition to Defendants' Motion to Compel Additional Depositions* (Gant, Scott) (Entered: 07/26/2021) |
| 07/26/2021 | 4895 | RESPONSE by Ahold Delhaize USA, Inc.in Opposition to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, |

| | | Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms 4822 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Phair, Ryan) (Entered: 07/26/2021) |
|---|---|---|
| 07/26/2021 | 4896 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to seal *Opposition to Defendants' Motion to Compel Additional Depositions of Sysco and Ahold and For an Award of Certain Costs and Fees and its accompanying exhibits* (Phair, Ryan) (Entered: 07/26/2021) |
| 07/26/2021 | 4897 | SEALED DOCUMENT by Plaintiff Sysco Corporation *Opposition to Defendants' Motion to Compel Additional Depositions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Gant, Scott) (Entered: 07/26/2021) |
| 07/26/2021 | 4898 | SEALED DOCUMENT by Plaintiff Ahold Delhaize USA, Inc. *Opposition to Defendants' Motion to Compel Additional Depositions of Sysco and Ahold and For an Award of Certain Costs and Fees* (Attachments: # 1 Exhibit 1, # 2 Exhibit 4)(Phair, Ryan) (Entered: 07/26/2021) |
| 07/26/2021 | 4899 | RESPONSE by Sysco Corporationin Opposition to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms 4822 *Opposition to Defendants' Motion to Compel Additional Depositions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Gant, Scott) (Entered: 07/26/2021) |
| 07/27/2021 | 4900 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Sysco Corporation's Motion for Leave to File Opposition to Defendants' Motion to Compel Additional Depositions Under Seal 4894 is granted. Mailed notice. (pk, ) (Entered: 07/27/2021) |
| 07/27/2021 | 4901 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Ahold Delhaize USA, Inc.'s Motion for Leave to File Opposition to Defendants' Motion to Compel Additional Depositions of Sysco and Ahold and for an Award of Certain Costs and Fees and Accompanying Exhibits Under Seal 4896 is granted. Mailed notice. (pk, ) (Entered: 07/27/2021) |
| 07/28/2021 | 4902 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18504994. (Beckman, Rachel) (Entered: 07/28/2021) |
| 07/28/2021 | 4903 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4902 is granted. Attorney Rachel Anne Beckman for Giant Eagle, Inc. added. Mailed notice. (ecw, ) (Entered: 07/28/2021) |
| 07/28/2021 | 4904 | ATTORNEY Appearance for Plaintiff Giant Eagle, Inc. by Rachel Anne Beckman (Beckman, Rachel) (Entered: 07/28/2021) |
| 07/29/2021 | 4905 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18511756. (Eggers, Scott) (Entered: 07/29/2021) |
| 07/29/2021 | 4906 | NOTICE by United States of America *of Case Filing* (Attachments: # 1 Exhibit (Superseding Indictment: Koch), # 2 Exhibit (Indictment: McGuire, Stiller, Tucker, and Gay))(Torzilli, Paul) (Entered: 07/29/2021) |

| 07/29/2021 | 4907 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 4905 is granted. Attorney Scott Arthur Eggers for Wayne Farms, LLC added. Mailed notice. (ecw, ) (Entered: 07/29/2021) |
| 08/03/2021 | 4908 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages (Scarlett, Shana) (Entered: 08/03/2021) |
| 08/03/2021 | 4909 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Whatabrands LLC, Whataburger Restaurants LLC (Gore, Kristin) (Entered: 08/03/2021) |
| 08/03/2021 | 4910 | REPLY by Plaintiff Ahold Delhaize USA, Inc. *in Support of Ahold Delhaize's Motion to Compel Tyson Deposition* (Phair, Ryan) (Entered: 08/03/2021) |
| 08/03/2021 | 4911 | MOTION by Plaintiff ALDI Inc to seal *ALDI's Reply in Support of Motion to Compel Individualized Discovery for ALDI, Inc. from Defendant Tyson* (Phair, Ryan) (Entered: 08/03/2021) |
| 08/03/2021 | 4912 | REPLY by Plaintiff ALDI Inc *in Support of Motion to Compel Individualized Discovery for ALDI, Inc. From Defendant Tyson* (Attachments: # 1 Exhibit A) (Phair, Ryan) (Entered: 08/03/2021) |
| 08/03/2021 | 4913 | SEALED DOCUMENT by Plaintiff ALDI Inc *Reply in Support of Motion to Compel Individualized Discovery for ALDI, Inc. From Defendant Tyson* (Phair, Ryan) (Entered: 08/03/2021) |
| 08/03/2021 | 4914 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file excess pages 4908 is granted. Mailed notice. (ecw, ) (Entered: 08/03/2021) |
| 08/04/2021 | 4915 | MINUTE entry before the Honorable Thomas M. Durkin: Counsel for the DPP class has filed a motion for an interim fee award 4550 . At least twice, the Seventh Circuit has suggested that district courts apply a sliding scale in awarding class counsel fees. See In re Synthroid Mktg. Litig., 325 F.3d 974, 978 (7th Cir. 2003); Silverman v. Motorola Sols., Inc., 739 F.3d 956, 959 (7th Cir. 2013) (citing empirical studies, including Theodore Eisenberg & Geoffrey P. Miller, Attorney Fees in Class Action Settlements: An Empirical Study, 1 J. Empirical Legal Studies 27 (2004)). Several courts in this district have applied the scale suggested in Synthroid. See Gehrich v. Chase Bank USA, N.A., 316 F.R.D. 215, 236 (N.D. Ill. 2016) (citing cases); In re Cap. One Tel. Consumer Prot. Act Litig., 80 F. Supp. 3d 781, 805 (N.D. Ill. 2015). The Court's current intent is to apply such a scale to the fee award in this case. The DPPs should file a brief addressing: (1) whether application of a sliding scale is appropriate in this case; and (2) if the Court applies a sliding scale, what that sliding scale should be. The DPP's brief on these issues should directly engage the authorities cited above, and provide any other more recent authorities on this issue (preferably in antitrust cases). The Court is far more likely to be persuaded by authority from within this district and circuit, so counsel should not focus on cases from outside the circuit unless those authorities directly address and undermine the authority the Court has cited. The DPPs should contact the Courtroom Deputy to set a deadline for their brief. Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs Class and the End User Consumer Plaintiffs Class are also invited to submit briefs subject to the deadline that is set. Mailed notice. (ecw, ) (Entered: 08/04/2021) |
| 08/04/2021 | 4916 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement of the parties, the date for the parties to file a joint discovery status report 4749 is extended from 8/10/21 to 8/24/21. Mailed notice (ber, ) (Entered: 08/04/2021) |

| 08/04/2021 | 4917 | MOTION by Plaintiff Ahold Delhaize USA, Inc. to file instanter *Notice of Supplemental Facts in Support of Motion to Compel Pilgrim's Depositions* (Attachments: # 1 Notice of Filing Supplemental Facts in Support of Plaintiff's Motion to Compel Pilgrim's Depositions, # 2 Exhibit A)(Phair, Ryan) (Entered: 08/04/2021) |
| --- | --- | --- |
| 08/05/2021 | 4918 | MOTION by Attorney Michelle Lukic to withdraw as attorney for Commercial and Institutional Indirect Purchaser Plaintiffs, Fargo Stopping Center LLC. No party information provided (Perkovic, Michelle) (Entered: 08/05/2021) |
| 08/05/2021 | 4919 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4918 is granted. Attorney Michelle Lukic terminated. Mailed notice. (ecw, ) (Entered: 08/05/2021) |
| 08/05/2021 | 4920 | MOTION by Plaintiff End-User Consumer Plaintiffs for settlement *End-User Consumer Plaintiffs' Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class* (Berman, Steve) (Entered: 08/05/2021) |
| 08/05/2021 | 4921 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for settlement, 4920 *Memorandum of Law in Support of Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Declaration of Eric Schachter)(Berman, Steve) (Entered: 08/05/2021) |
| 08/05/2021 | 4922 | *Notice of Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class* NOTICE of Motion by Steve W. Berman for presentment of (Berman, Steve) (Entered: 08/05/2021) |
| 08/05/2021 | 4923 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file *to file reply brief in support of motion to compel additional depositions of Sysco and Ahold and for an award of certain costs and fees undersealed* (Tank, Jordan) (Entered: 08/05/2021) |
| 08/05/2021 | 4924 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., |

| | | |
|---|---|---|
| | | Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Reply Brief in Support of Motion to Compel Additional Depositions of Sysco & Ahold and for an Award of Certain Costs and Fees* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Tank, Jordan) (Entered: 08/05/2021) |
| 08/05/2021 | 4925 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to Sealed motion,,,,,,, 4823 *Reply Brief in Support of Motion to Compel Additional Depositions of Sysco & Ahold and for an Award of Certain Costs and Fees* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Tank, Jordan) (Entered: 08/05/2021) |
| 08/09/2021 | 4926 | MOTION by Attorney Suzanne M. Alton de Eraso to withdraw as attorney for WZ Franchise Corporation. No party information provided (Alton de Eraso, Suzanne) (Entered: 08/09/2021) |
| 08/09/2021 | 4927 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to End-User Consumer Plaintiffs' Motion for Preliminary Approval of Settlement Agreements Between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class 4920 is set for 8/12/2021 at 9:30 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 08/09/2021) |

| 08/09/2021 | 4928 | STIPULATION *CONCERNING WAIVER OF SERVICE re PANDA RESTAURANT GROUP, INC.* (Laytin, Daniel) (Entered: 08/09/2021) |
|---|---|---|
| 08/10/2021 | 4929 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4926 is granted. Attorney Suzanne Marie Alton de Eraso terminated. Mailed notice. (ecw, ) (Entered: 08/10/2021) |
| 08/10/2021 | 4930 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff ALDI, Inc.'s Motion for Leave to File Reply in Support of Motion to Compel Individualized Discovery for ALDI, Inc. from Defendant Tyson Under Seal 4911 is granted. Mailed notice (ber, ) (Entered: 08/10/2021) |
| 08/10/2021 | 4931 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Reply Brief in Support of Motion to Compel Additional Depositions of Sysco and Ahold and for an Award of Certain Costs and Fees Under Seal 4923 is granted. Mailed notice (ber, ) (Entered: 08/10/2021) |
| 08/10/2021 | 4932 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. to compel *Rule 30(B)(6) Deposition of Cheney* (Lustrin, Lori) (Entered: 08/10/2021) |
| 08/10/2021 | 4933 | MEMORANDUM by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. in support of motion to compel 4932 (Attachments: # 1 Exhibit A)(Lustrin, Lori) (Entered: 08/10/2021) |
| 08/11/2021 | 4934 | MOTION by Plaintiff Chick-fil-A, Inc. to stay *August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Phair, Ryan) (Entered: 08/11/2021) |
| 08/11/2021 | 4935 | MOTION by Plaintiff McLane Company, Inc. for joinder *in Chick-Fil-A, Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Youngman, Judith) (Entered: 08/11/2021) |
| 08/11/2021 | 4936 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties should agree to a briefing schedule on Direct Action Plaintiff Bojangles' Motion to Compel Rule 30(b)(6) Deposition of Cheney [Dkt. 4932 , 4933 ] and provide that schedule to the Court's courtroom deputy via email. If the parties cannot agree on a schedule, then the Court will set a schedule. Mailed notice (ber, ) (Entered: 08/11/2021) |
| 08/12/2021 | 4937 | MOTION by Plaintiff Pollo Operations, Inc. for joinder *in Chick-Fil-A's Motion to Stay 8/31/21 Expert Report Deadline* (Blechman, William) (Entered: 08/12/2021) |
| 08/12/2021 | 4938 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 8/12/2021. For the reasons stated on the record, and without objection, End-User Consumer Plaintiffs' Motion for Preliminary Approval of Settlement Agreements between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac and to Direct Notice to the Settlement Class 4920 is granted. Counsel are to contact Judge Durkin's courtroom deputy to schedule a fairness hearing, and the appropriate dates are to be inserted into the proposed order granting preliminary approval. Mailed notice. (ecw, ) (Entered: 08/12/2021) |
| 08/12/2021 | 4939 | MOTION by Plaintiffs ALDI Inc, Ahold Delhaize USA, Inc. for joinder *in Chick-fil-A, Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of* |

| | | *Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Phair, Ryan) (Entered: 08/12/2021) |
|---|---|---|
| 08/12/2021 | 4940 | JOINDER by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC *in Chick-Fil-A, Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice [Dkt. No. 4934]* (Lustrin, Lori) (Entered: 08/12/2021) |
| 08/12/2021 | 4941 | MOTION by Plaintiff Services Group of America, Inc. for joinder *in Chick-Fil-A, Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice [Dkt No. 4934]* (Casas, Gregory) (Entered: 08/12/2021) |
| 08/12/2021 | 4942 | RESPONSE by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc.in Opposition to MOTION by Defendants Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to stay *Rabobank's Motion To Stay Discovery While Its Motion 4877 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Gant, Scott) (Entered: 08/12/2021)* |
| 08/12/2021 | 4943 | MEMORANDUM by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. in Opposition to motion to dismiss, 4874 (Gant, Scott) (Entered: 08/12/2021) |
| 08/12/2021 | 4944 | SEALED DOCUMENT by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. *Rabobank DAPs' Memorandum of Law in Opposition to Rabobank's Motion to Dismiss* (Gant, Scott) (Entered: 08/12/2021) |
| 08/13/2021 | 4945 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephonic motion hearing set for 8/25/21 at 12:30 p.m. on Plaintiff Chick-fil-A's Motion to Stay August 31, 2021 Expert Deadline 4934 . The Court sets the following briefing schedule on that motion: any responses are due by 8/19/21, and replies are due by 8/23/21 by 12:00PM CST. The Court requests that any responses and replies be limited to 3 pages exclusive of the signature page(s). The Court also requests that the Joint Status Report due on 8/24/21 be filed by 12:00PM CST. Prior to the telephone hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, the access code is: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. |

| | | When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 08/13/2021) |
|---|---|---|
| 08/13/2021 | 4946 | Disclosure and Local Rule 3.2 Notification as to Affiliates STATEMENT by Giant Eagle, Inc. (Lifvendahl, Eric) (Entered: 08/13/2021) |
| 08/13/2021 | 4947 | Joinder in Chick-fil-A Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice by Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach (Gore, Kristin) (Entered: 08/13/2021) |
| 08/13/2021 | 4948 | MINUTE entry before the Honorable Thomas M. Durkin: Final Approval Hearing on the settlement agreements between End-User Consumer Plaintiffs and Defendants Pilgrim's and Mar-Jac is set for 12/20/2021 at 9:00 a.m. by telephone conference. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 08/13/2021) |
| 08/13/2021 | 4949 | MINUTE entry before the Honorable Thomas M. Durkin: The Direct Purchaser Plaintiffs are to file their brief, as described in the minute order docket entry number 4915 , by 9/15/2021. Mailed notice. (ecw, ) (Entered: 08/13/2021) |
| 08/16/2021 | 4950 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement of the parties, the Court enters the following briefing schedule on Direct Action Plaintiff Bojangles' Motion to Compel Rule 30(b)(6) Deposition of Cheney [Dkt. 4932, 4933]: Cheney will file its response in opposition by 8/27/21 and Bojangles will file their reply by 9/10/21. Mailed notice (ber, ) (Entered: 08/16/2021) |
| 08/16/2021 | 4951 | Notice of Compliance with 28 U.S.C. § 1715 by Pilgrim's Pride Corporation (Attachments: # 1 Exhibit A)(Mahan, Carrie) (Entered: 08/16/2021) |

| 08/17/2021 | 4952 | MOTION by Plaintiffs BJ's Wholesale Club Inc., Darden Restaurants, Inc., Feeser's Inc., Jetro Holdings. LLC, Maximum Quality Foods, Inc., PJ Food Service, Inc., Sherwood Food Distributors, LLC, Thurston Foods, Inc. for joinder *In Chick-Fil-A, Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline In Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Iovieno, Philip) (Entered: 08/17/2021) |
|---|---|---|
| 08/17/2021 | 4953 | Notice of Compliance with 28 U.S.C. s 1715 by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC (Attachments: # 1 Exhibit A)(Konieczny, Edward) (Entered: 08/17/2021) |
| 08/17/2021 | 4954 | MOTION by Plaintiffs Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC to reassign case *Based on Relatedness* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 08/17/2021) |
| 08/17/2021 | 4955 | SUPPLEMENT to *Supplemental Information Regarding End-User Class Notice* (Scarlett, Shana) (Entered: 08/17/2021) |
| 08/17/2021 | 4956 | MOTION by Plaintiff McDonald's Coporation to reassign case *Based on Relatedness* (Attachments: # 1 Exhibit Exhibit 1)(Campbell, Terence) (Entered: 08/17/2021) |
| 08/18/2021 | 4957 | MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc. for joinder *in Chick-Fil-A, Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Szot, Andrew) (Entered: 08/18/2021) |
| 08/18/2021 | 4958 | MOTION by Plaintiffs Domino's Pizza LLC, Domino's Pizza Distribution LLC to reassign case *based on Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit Complaint)(Bleiman, Andrew) (Entered: 08/18/2021) |
| 08/18/2021 | 4959 | NOTICE of Motion by Andrew Peter Bleiman for presentment of motion to reassign case 4958 before Honorable Thomas M. Durkin on 8/31/2021 at 09:00 AM. (Bleiman, Andrew) (Entered: 08/18/2021) |
| 08/18/2021 | 4960 | JOINDER by Conagra Brands, Inc., Kraft Heinz Foods Company, Nestle Purina Petcare Company, Nestle USA, Inc., Pinnacle Foods, Inc. *Chick-fil-A Inc.'s Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Eddy, David) (Entered: 08/18/2021) |
| 08/19/2021 | 4961 | Notice of Settlement With Mar-Jac Defendants by Direct Purchaser Plaintiffs (Pearson, Clifford) (Entered: 08/19/2021) |
| 08/19/2021 | 4962 | RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons |

| | | Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chickens, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in Opposition to MOTION by Plaintiff Chick-fil-A, Inc. to stay *August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* 4934 (Zarlenga, Carmine) (Entered: 08/19/2021) |
|---|---|---|
| 08/19/2021 | 4963 | RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs in Opposition to MOTION by Plaintiff Chick-fil-A, Inc. to stay *August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* 4934 (Pouya, Bobby) (Entered: 08/19/2021) |
| 08/20/2021 | 4964 | MOTION by Attorney Stacy Pepper to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 08/20/2021) |
| 08/20/2021 | 4965 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Motion for Withdrawal of Appearance and Request for Hearing 4964 is set for hearing on 8/25/21 at 12:30 p.m. CST by telephone conference. To join the telephone conference, dial (877) 336-1829, access code: 1022195#. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 08/20/2021) |
| 08/23/2021 | 4966 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Poultry Products' motion to reassign case based on relatedness 4954 . This Court will recommend to the Executive Committee that case 21 C 4358 pending before Judge Pacold be reassigned to this Court's calendar as related to this action. Plaintiff McDonald's Corporation's motion to reassign case based on relatedness 4956 is granted. This Court will recommend to the Executive Committee that case 21 C 4354 pending before Judge Alonso be reassigned to this Court's calendar as related to this action. Plaintiff Domino's motion to reassign case based on relatedness 4958 is granted. This Court will recommend to the Executive Committee that case 21 C 4401 pending before Judge Valderrama be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 08/23/2021) |
| 08/23/2021 | 4967 | REPLY by Plaintiff Chick-fil-A, Inc. *In Support of Motion to Stay August 31, 2021 Expert Report Deadline in Light of Significance of Pending Decision on Bifurcation and Proposed Trial Plans and Potential Prejudice* (Phair, Ryan) (Entered: 08/23/2021) |
| 08/23/2021 | 4968 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: motion to withdraw as attorney 4964 . Mailed notice. (ecw, ) (Entered: 08/23/2021) |
| 08/23/2021 | 4969 | TRIAL Brief *CORRECTED TRIAL PROPOSAL* by Harrison Poultry, Inc., Perdue Farms, Inc., Perdue Foods LLC (Attachments: # 1 Exhibit Ex. A Redline Comparision to Dkt. 4855)(Baldridge, James) (Entered: 08/23/2021) |
| 08/24/2021 | 4971 | MOTION by Plaintiffs Caesars Enterprise Services, LLC, Carl Buddig & Co., Inc. for joinder *PLAINTIFFS CARL BUDDIG & CO., INC. AND CAESARS ENTERPRISE SERVICES, LLC JOINDER IN CHICK-FIL-A, INC.'S MOTION* |

| | | |
|---|---|---|
| | | *TO STAY AUGUST 31, 2021 EXPERT REPORT DEADLINE IN LIGHT OF SIGNIFICANCE OF PENDING DECISION ON BIFURCATION AND PROPOSED TRIAL PLANS AND POTENTIAL PREJUDICE* (Mandell, Floyd) (Entered: 08/24/2021) |
| 08/25/2021 | 4972 | NOTICE by Kyle Pozan of Change of Address (Pozan, Kyle) Modified on 8/25/2021 (bg, ). (Entered: 08/25/2021) |
| 08/25/2021 | 4973 | MOTION by Plaintiffs Gordon Food Service, Inc., Glazier Foods Company to reassign case *Based on Relatedness* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 08/25/2021) |
| 08/25/2021 | 4976 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone motion hearing held on 8/25/21. The parties are directed to the transcript for a complete record of the hearing. The Motion for Withdrawal of Appearance and Request for Hearing 4964 is granted. The appearance of Attorney Stacy Pepper is withdrawn as counsel for the Sanderson Farms, Inc. Defendants. Direct Action Plaintiff Chick-fil-A's Motion to Stay August 31, 2021 Expert Deadline 4934 is granted for the reasons stated on the record. The Court temporarily defers the 8/31/21 expert disclosure deadline in Scheduling Order No. 16 4748 for Direct Action Plaintiff Chick-fil-A, Inc. and for those Direct Action Plaintiffs who joined in the Motion as of today [4935, 4937, 4939, 4940, 4941, 4947, 4952, 4957, 4960, 4971] pending a decision on Chick-fil-A's Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders (ECF No. 4651 / 4652 ). The expert disclosure and deposition schedule set in Scheduling Order No. 16 4748 remains in place for all other parties. Mailed notice (ber, ) Modified on 8/26/2021 (ber, ). (Entered: 08/26/2021) |
| 08/26/2021 | 4974 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Gordon Food Service, Inc. and Glazier Foods Company's motion to reassign case based on relatedness 4973 is granted. This Court will recommend to the Executive Committee that case 21 C 4557 pending before Judge Dow be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 08/26/2021) |
| 08/26/2021 | 4975 | MOTION by Plaintiffs Aramark Food and Support Services Group, Inc., BJ's Wholesale Club Inc., Darden Restaurants, Inc., Feeser's Inc., Glazier Foods Company, Jetro Holdings. LLC, Maximum Quality Foods, Inc., McDonald's Coporation, PJ Food Service, Inc., Panda Restaurant Group, Inc., Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC, Quality Supply Chain Co-Op, Inc., Sherwood Food Distributors, LLC, Thurston Foods, Inc., Wood-Fruitticher Grocery Company, Inc. for joinder *in Chick-fil-A Inc.'s Motion to Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders, filed on May 14, 2021 (ECF No. 4651) and Supplemental Brief in Support of Its Motion To Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Iovieno, Philip) (Entered: 08/26/2021) |
| 08/26/2021 | 4977 | REPLY by Defendants Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to motion to dismiss, 4874 *REDACTED Rabobank's Reply In Support Of Its Rule 12(b)(6) Motion To Dismiss Certain DAP's Second Amended Complaints* (Doyle, David) (Entered: 08/26/2021) |

| 08/26/2021 | 4978 | SEALED DOCUMENT by Defendants Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. *SEALED Rabobank's Reply In Support Of Its Rule 12(b)(6) Motion To Dismiss Certain DAP's Second Amended Complaints* (Doyle, David) (Entered: 08/26/2021) |
|---|---|---|
| 08/26/2021 | 4979 | REPLY by Defendants Cooperatieve Rabobank U.A., N.Y. Branch, Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., Utrecht-America Holdings, Inc. to motion to stay, 4877 *Rabobank's Reply In Support Of Its Motion To Stay Discovery Pending Resolution Of Its Motion To Dismiss Second Amended Complaints Of Certain DAPS* (Attachments: # 1 Exhibit 1)(Doyle, David) (Entered: 08/26/2021) |
| 08/26/2021 | 4980 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. for joinder *in Chick-Fil-A, Inc.'S Motion To Reconsider The September 22, 2020 Order And Objection To Magistrate Judge's May 7 And May 13, 2021 Orders And Supplemental Brief In Support Of Its Motion To Partially Reconsider The September 22, 2020 Order And Objection To Magistrate Judge's May 7 And May 13, 2021 Orders* (Lustrin, Lori) (Entered: 08/26/2021) |
| 08/27/2021 | 4981 | MOTION by Attorney Marc A. Goldich to withdraw as attorney for Cedar Farms Co., Inc.. No party information provided (Axler, Noah) (Entered: 08/27/2021) |
| 08/27/2021 | 4982 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 4981 is granted. Attorney Marc A. Goldich for Plaintiff Cedar Farms terminated. Mailed notice. (ecw, ) (Entered: 08/27/2021) |
| 08/27/2021 | 4983 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiffs Bojangles as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4984 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff Boston Market as to Defendant Amick* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4985 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff Captain D's as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4986 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff FIC as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4987 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff Golden Corral as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4988 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff Johnny Rockets as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4989 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff Barbeque Integrated as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
| 08/27/2021 | 4990 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff White Castle as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |

| 08/27/2021 | 4991 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff WZ as to Defendant Amick.* (Lustrin, Lori) (Entered: 08/27/2021) |
|---|---|---|
| 08/27/2021 | 4992 | STIPULATION of Dismissal *with Prejudice by Direct Action Plaintiff Shamrock as to Defendant Amick.* (Wagner, Scott) (Entered: 08/27/2021) |
| 08/27/2021 | 4993 | RESPONSE by Cheney Bros., Inc.in Opposition to MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. to compel *Rule 30(B)(6) Deposition of Cheney* 4932 (Attachments: # 1 Exhibit A - Subpoenas & Service Emails, # 2 Exhibit B - Cheney Responses to Subpoenas, # 3 Exhibit C - Notice of Deposition (July 14, 2021), # 4 Exhibit D - July 19, 2021 E-Mail Correspondence, # 5 Exhibit E - Exemplar RFA Responses & Objections, # 6 Exhibit F - Transcript of May 24, 2021 Proceedings, # 7 Exhibit G - Notice of Deposition (Oct 4, 2019))(Gore, Kristin) (Entered: 08/27/2021) |
| 08/27/2021 | 4994 | MOTION by Plaintiffs Associated Wholesale Grocers, Inc.,, EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to stay (Ripp, Paul) (Entered: 08/27/2021) |
| 08/27/2021 | 4995 | MOTION by Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to join *motion for partial reconsideration (ECF 4652)* (Ripp, Paul) (Entered: 08/27/2021) |
| 08/27/2021 | 4996 | MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sam's East, Inc., Sam's West, Inc., Sysco Corporation, Target Corporation, US Foods, Inc., WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc. to stay *expert report deadline* (Gant, Scott) (Entered: 08/27/2021) |
| 08/30/2021 | 4997 | MOTION by Movants Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, Amigos Meat Distributors West, LP, Amigos Meat Distributors, LP to stay *AUGUST 31, 2021 EXPERT REPORT DEADLINE* (Buzbee, Anthony) (Entered: 08/30/2021) |
| 08/30/2021 | 4998 | NOTICE by David C. Newman of Change of Address (Newman, David) (Entered: 08/30/2021) |
| 08/30/2021 | 4999 | NOTICE by Wm. Parker Sanders of Change of Address (Sanders, Wm.) (Entered: 08/30/2021) |
| 08/30/2021 | 5000 | NOTICE by Edward C. Konieczny of Change of Address (Konieczny, Edward) (Entered: 08/30/2021) |
| 08/30/2021 | 5001 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5002 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5003 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5004 | RESPONSE by Perdue Farms, Inc., Perdue Foods LLC to MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply |

| | | Company, Inc., John Soules Acquisition, LLC, John Soules Foods, Inc., Sam's East, Inc., Sam's West, Inc., Sysco Corporation, Target Corporation, US Foods 4996 , MOTION by Plaintiffs Associated Wholesale Grocers, Inc.,, EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to stay 4994 , MOTION by Movants Amigos Meat & Poultry, LLC, Amigos Meat Distributors East, LP, Amigos Meat Distributors West, LP, Amigos Meat Distributors, LP to stay *AUGUST 31, 2021 EXPERT REPORT DEADLINE* 4997 *DEFENDANTS' RESPONSE TO CERTAIN DAPs' MOTIONS FOR EXTENSION OF AUGUST 31, 2021 EXPERT DISCLOSURE DEADLINE* (Baldrige, James) (Entered: 08/30/2021) |
|---|---|---|
| 08/30/2021 | 5005 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Certain Direct Action Plaintiffs' Unopposed Motion to Stay August 31, 2021 Expert Report Deadline 4996 is granted. Mailed notice (ber, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5006 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5007 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5008 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5009 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5010 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5011 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5012 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 8/30/2021. Mailed notice. (ecw, ) (Entered: 08/30/2021) |
| 08/30/2021 | 5013 | MOTION by Plaintiff Costco Warehouse to reassign case *Based on Relatedness* (Attachments: # 1 Exhibit Ex. 1)(Campbell, Terence) (Entered: 08/30/2021) |
| 08/31/2021 | 5014 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Certain Direct Action Plaintiffs' Motion to Stay August 31, 2021 Expert Report Deadline 4994 and Certain Direct Action Plaintiffs' Unopposed Motion to Stay August 31, 2021 Expert Report Deadline 4997 are granted. Mailed notice (ber, ) (Entered: 08/31/2021) |
| 08/31/2021 | 5015 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Costco Wholesale Corporation's motion to reassign case based on relatedness 5013 is granted. This Court will recommend to the Executive Committee that case 21 C 4611 pending before Judge Norgle be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 08/31/2021) |

| 08/31/2021 | 5016 | TRANSCRIPT OF PROCEEDINGS held on August 25, 2021 before the Honorable Jeffrey T. Gilbert. Order Number: 41486. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/21/2021. Redacted Transcript Deadline set for 10/1/2021. Release of Transcript Restriction set for 11/29/2021. (Bistany, Nancy) (Entered: 08/31/2021) |
| --- | --- | --- |
| 08/31/2021 | 5017 | ATTORNEY Appearance for Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs by Timothy Jackson (Jackson, Timothy) (Entered: 08/31/2021) |
| 08/31/2021 | 5018 | MOTION by Plaintiffs Patterson TMP Operating, LLC, Golden Tree Restaurants, LLC, Biscuitville Fresh Southern, Huddle House, Inc., Perkins LLC to reassign case *based on relatedness* (Attachments: # 1 Exhibit Complaint)(Reichline, Cindy) (Entered: 08/31/2021) |
| 09/01/2021 | 5019 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Patterson TMP Operating, LLC, Golden Tree Restaurants, LLC, Biscuitville Fresh Southern, Huddle House, Inc. and Perkins LLC's motion to reassign case based on relatedness 5018 is granted. This Court will recommend to the Executive Committee that case 21 C 4658 pending before Judge Shah be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 09/01/2021) |
| 09/01/2021 | 5020 | RESPONSE by Plaintiffs Publix Super Markets, Inc., The Kroger Co. *to Certain DAP's Motions to Stay August 31, 2021 Expert Report Deadlines* (Germaine, David) (Entered: 09/01/2021) |
| 09/01/2021 | 5021 | NOTICE by David C. Newman of Change of Address (Newman, David) (Entered: 09/01/2021) |
| 09/01/2021 | 5022 | NOTICE by Wm. Parker Sanders of Change of Address (Sanders, Wm.) (Entered: 09/01/2021) |
| 09/01/2021 | 5023 | NOTICE by Edward C. Konieczny of Change of Address (Konieczny, Edward) (Entered: 09/01/2021) |
| 09/01/2021 | 5024 | MOTION by Plaintiff Costco Wholesale Corporation for joinder *in Direct Action Plaintiff Chick-fil-A Inc.'s Motion to Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders and Supplemental Brief in Support of Its Motion To Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders* (Iovieno, Philip) (Entered: 09/01/2021) |
| 09/01/2021 | 5025 | MOTION by Plaintiff Sodexo, Inc. and Sodexo Operations, LLC to reassign case (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 09/01/2021) |
| 09/02/2021 | 5026 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Sodexo, Inc. and Sodexo Operations, LLC's motion to reassign case based on relatedness 5025 |

| | | is granted. This Court will recommend to the Executive Committee that case 21 C 4674 pending before Judge Shah be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 09/02/2021) |
|---|---|---|
| 09/02/2021 | 5027 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18632552. (Fazio, Timothy) (Entered: 09/02/2021) |
| 09/02/2021 | 5028 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5027 is granted. Attorney Timothy Johnson Fazio for Sodexo, Inc. and Sodexo Operations, LLC added. Mailed notice. (ecw, ) (Entered: 09/02/2021) |
| 09/03/2021 | 5029 | STIPULATION *Concerning Waiver of Service re Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, and Poultry Products of Maine, LLC* (Laytin, Daniel) (Entered: 09/03/2021) |
| 09/09/2021 | 5030 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC.for leave to file under seal Reply in Support of Motion to Compel Rule 30(b)(6) Deposition of Cheney (Lustrin, Lori) (Entered: 09/09/2021) |
| 09/09/2021 | 5031 | SEALED REPLY by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. to MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. to compel *Rule 30(B)(6) Deposition of Cheney* 4932 (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Lustrin, Lori) (Entered: 09/09/2021) |
| 09/09/2021 | 5032 | RESPONSE by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC.in Support of MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC. to compel *Rule 30(B)(6) Deposition of Cheney* 4932 *[Public Redacted Version]* (Attachments: # 1 Exhibit A, # 2 Exhibits B-C [Filed Under Seal])(Lustrin, Lori) (Entered: 09/09/2021) |
| 09/09/2021 | 5033 | TRANSCRIPT OF PROCEEDINGS held on 08/12/2021 before the Honorable Thomas M. Durkin. Motion for Preliminary Approval of Settlements. Order Number: 41381. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.  IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.  Redaction Request due 9/30/2021. Redacted Transcript Deadline set for 10/11/2021. Release of Transcript Restriction set for 12/8/2021. (Carrion, Elia) (Entered: 09/09/2021) |
| 09/09/2021 | 5034 | NOTICE of Motion by Lori P Lustrin for presentment of motion for miscellaneous relief 5030 before Honorable Jeffrey T. Gilbert on 9/24/2021 at 09:00 AM. (Lustrin, Lori) (Entered: 09/09/2021) |

| 09/10/2021 | 5035 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Direct Action Plaintiff Bojangles' Motion for Leave to File Under Seal Portions of its Reply in Support of its Motion to Compel Rule 30(B)(6) Deposition of Cheny 5030 is granted. The motion hearing noticed for 9/24/21 is stricken. Mailed notice (ber, ) (Entered: 09/10/2021) |
| --- | --- | --- |
| 09/10/2021 | 5036 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by Margaret A. Hickey (Hickey, Margaret) (Entered: 09/10/2021) |
| 09/10/2021 | 5037 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by Lawrence Harris Heftman (Heftman, Lawrence) (Entered: 09/10/2021) |
| 09/10/2021 | 5038 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by Suzanne L Wahl (Wahl, Suzanne) (Entered: 09/10/2021) |
| 09/10/2021 | 5039 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by Kevin James Whelan (Whelan, Kevin) (Entered: 09/10/2021) |
| 09/10/2021 | 5040 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by Kylie Sue Wood (Wood, Kylie) (Entered: 09/10/2021) |
| 09/13/2021 | 5041 | ATTORNEY Appearance for Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC by Robert J Wierenga (Wierenga, Robert) (Entered: 09/13/2021) |
| 09/13/2021 | 5042 | Notice of Settlement with Defendant Harrison Poultry, Inc. by Direct Purchaser Plaintiffs (Pearson, Clifford) (Entered: 09/13/2021) |
| 09/13/2021 | 5043 | STIPULATION *Concerning Waiver of Service re Costco Wholesale Corporation* (Laytin, Daniel) (Entered: 09/13/2021) |
| 09/13/2021 | 5044 | STIPULATION *Concerning Waiver of Service re Gordon Food Service, Inc. and Glazier Foods Company* (Laytin, Daniel) (Entered: 09/13/2021) |
| 09/13/2021 | 5045 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages (Hart, Steven) (Entered: 09/13/2021) |
| 09/13/2021 | 5046 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages (Hart, Steven) (Entered: 09/13/2021) |
| 09/14/2021 | 5047 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for leave to file excess pages 5045 5046 are granted. Mailed notice. (ecw, ) (Entered: 09/14/2021) |
| 09/15/2021 | 5048 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to text entry,,,,,,, 4915 (Attachments: # 1 Declaration of Brian T. Fitzpatrick, # 2 Exhibit s 1-3 to Declaration of Brian T. Fitzpatrick, # 3 Declaration of W. Joseph Bruckner, # 4 Exhibit s 1-3 to Declaration of W. Joseph Bruckner)(Bruckner, W.) (Entered: 09/15/2021) |
| 09/15/2021 | 5049 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to text entry,,,,,,, 4915 *End-User Consumer Plaintiffs' Response Regarding Application of Sliding Scale to Attorneys' Fees* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit A to Declaration of Shana E. Scarlett)(Berman, Steve) (Entered: 09/15/2021) |

| 09/15/2021 | 5050 | RESPONSE by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to text entry,,,,,,, 4915 (Attachments: # 1 Declaration of Professor Robert Klonoff)(Zapala, Adam) (Entered: 09/15/2021) |
|---|---|---|
| 09/17/2021 | 5051 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *Direct Purcahser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc., and Harrison Poultry, Inc* (Clark, Brian) (Entered: 09/17/2021) |
| 09/17/2021 | 5052 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 5051 *Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of the Settlements with Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc., and Harrison Poultry, Inc* (Attachments: # 1 Declaration of Brian D. Clark, # 2 Declaration Eric Schachter) (Clark, Brian) (Entered: 09/17/2021) |
| 09/17/2021 | 5053 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Direct Purcahser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc., and Harrison Poultry, Inc 5051 is set for 10/1/2021 at 2:00 p.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 09/17/2021) |
| 09/17/2021 | 5054 | MOTION by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs to seal document (Attachments: # 1 Class Plaintiffs' Motion to Strike Defendants' Class Certification Sur-Reply Brief and Report, or in the Alternative for Leave to File Responsive Briefs and Reports, # 2 Exhibit A [Public], # 3 Exhibit B [Redacted], # 4 Exhibit C [Redacted], # 5 Exhibit D [Redacted], # 6 Exhibit E [Redacted], # 7 Exhibit F [Public], # 8 Exhibit G [Public], # 9 Exhibit Exhibit 1 to Exhibit G [Redacted], # 10 Exhibit Exhibit 2 to Exhibit G [Redacted])(Berman, Steve) (Entered: 09/17/2021) |
| 09/17/2021 | 5055 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs *[SEALED] Class Plaintiffs' Motion to Strike Defendants' Class Certification Sur-Reply Brief and Report, or in the Alternative for Leave to File Responsive Briefs and Reports, Exhibits B-F, Exhibits 1 and 2 to Exhibit G* (Attachments: # 1 Exhibit B [Sealed], # 2 Exhibit C [Sealed], # 3 Exhibit D [Sealed], # 4 Exhibit E [Sealed], # 5 Exhibit F [Sealed], # 6 Exhibit 1 to Exhibit G [Sealed], # 7 Exhibit 2 to Exhibit G [Sealed])(Berman, Steve) (Entered: 09/17/2021) |
| 09/17/2021 | 5056 | *Class Plaintiffs' Notice of Motion for Leave to File Under Seal Class Plaintiffs' Motion to Strike Defendants' Class Certification Sur-Reply Brief and Report, or in the Alternative for Leave to File Responsive Briefs and Reports, Exhibits B-F* |

| | | *and Exhibits 1-2 to Exhibit G* Notice of Motion by Steve W. Berman for presentment of (Berman, Steve) (Entered: 09/17/2021) |
|---|---|---|
| 09/17/2021 | 5057 | CERTIFICATE of Service by Plaintiff End-User Consumer Plaintiffs regarding sealed document,, 5055 (Berman, Steve) (Entered: 09/17/2021) |
| 09/21/2021 | 5058 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18691581. (Reichline, Cindy) (Entered: 09/21/2021) |
| 09/21/2021 | 5059 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18691655. (Butler, Keith) (Entered: 09/21/2021) |
| 09/22/2021 | 5060 | STIPULATION *Concerning Waiver of Service re Patterson TMP Operating, LLC, Golden Tree Restaurants, LLC, Biscuitville Fresh Southern, Huddle House, Inc., and Perkins LLC* (Laytin, Daniel) (Entered: 09/22/2021) |
| 09/22/2021 | 5061 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 5058 5059 are granted. Attorneys Cindy Reichline and Keith Butler for Biscuitville Fresh Southern, Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC and Perkins LLC added. Mailed notice. (ecw, ) (Entered: 09/22/2021) |
| 09/23/2021 | 5062 | STIPULATION *Concerning Waiver of Service re McDonald's Corporation* (Laytin, Daniel) (Entered: 09/23/2021) |
| 09/24/2021 | 5063 | ATTORNEY Appearance for Plaintiffs Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Aaron Asa Holman (Holman, Aaron) (Entered: 09/24/2021) |
| 09/24/2021 | 5064 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing as to Direct Purcahser Plaintiffs' Motion for Preliminary Approval of the Settlements with Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac AL/MS, Inc., Mar-Jac Poultry, LLC, Mar-Jac Holdings, Inc., and Harrison Poultry, Inc 5051 set for 10/1/2021 at 2:00 p.m. is reset for 1:00 p.m. Time change only. Mailed notice. (ecw, ) (Entered: 09/24/2021) |
| 09/24/2021 | 5065 | Defendant Harrison Poultry, Inc.'s Notice of Compliance with 28 U.S.C. § 1715 by Harrison Poultry, Inc. (Attachments: # 1 Exhibit A (Declaration of Stephanie J. Fiereck, Esq.))(Gorham, Patricia) (Entered: 09/24/2021) |
| 09/28/2021 | 5066 | STIPULATION *Concerning Waiver of Service re Sodexo, Inc. and Sodexo Operations, LLC* (Laytin, Daniel) (Entered: 09/28/2021) |

| 09/28/2021 | 5067 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 5054 is granted. Mailed notice. (ecw, ) (Entered: 09/28/2021) |
|---|---|---|
| 09/28/2021 | 5068 | Notice of Compliance with 28 U.S.C. § 1715 by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC (Attachments: # 1 Exhibit A (Declaration of Paul Ferruzzi))(Konieczny, Edward) (Entered: 09/28/2021) |
| 09/28/2021 | 5069 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Huddle House, Inc. *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Reichline, Cindy) (Entered: 09/28/2021) |
| 09/28/2021 | 5070 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Perkins LLC *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Reichline, Cindy) (Entered: 09/28/2021) |
| 09/28/2021 | 5071 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Patterson TMP Operating, LLC *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Reichline, Cindy) (Entered: 09/28/2021) |
| 09/28/2021 | 5072 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Golden Tree Restaurants, LLC *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Reichline, Cindy) (Entered: 09/28/2021) |
| 09/28/2021 | 5073 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Biscuitville Fresh Southern *and F.R.C.P. Rule 7.1 Corporate Disclosure Statement* (Reichline, Cindy) (Entered: 09/28/2021) |
| 09/29/2021 | 5074 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC to withdraw *MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ROBERT DAVIS* (Foley, Danielle) (Entered: 09/29/2021) |
| 09/29/2021 | 5075 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 5074 is granted. Attorney Robert Paul Davis terminated. Mailed notice. (ecw, ) (Entered: 09/29/2021) |
| 09/29/2021 | 5076 | RESPONSE by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to sealed document,, 5055 *Class Plaintiffs' Motion to Strike and for Leave to File Sur-Sur Reply* (Laytin, Daniel) (Entered: 09/29/2021) |
| 09/29/2021 | 5077 | SEALED RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to sealed document,, 5055 *Class Plaintiffs' Motion to Strike and for Leave to File Sur-Sur Reply* (Laytin, Daniel) (Entered: 09/29/2021) |
| 09/30/2021 | 5078 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Tyson, Pilgrim's Pride, and Mar-Jac Defendants and for Conditional Certification of the Proposed Settlement Classes* (Gustafson, Daniel) (Entered: 09/30/2021) |
| 09/30/2021 | 5079 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for settlement, 5078 *Commercial and Institutional Indirect Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Settlements with Defendants Tyson, Pilgrim's Pride, and Mar-Jac Defendants and for Conditional Certification of the Proposed Settlement Classes* |

| | | (Attachment #: 1 Declaration of Daniel R. Gustafson) (Gustafson, Daniel) (Entered: 09/30/2021) |
|---|---|---|
| 10/01/2021 | 5080 | MOTION by Plaintiff Sodexo, Inc. and Sodexo Operations, LLC for joinder (Phair, Ryan) (Entered: 10/01/2021) |
| 10/01/2021 | 5081 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 10/1/2021 regarding Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with the Mar-Jac and Harrison Poultry Defendants 5051 . No objections to the motion were stated. Motion for preliminary approval of settlement 5051 is granted. Parties are to contact Judge Durkin's courtroom deputy to schedule a hearing on final approval of the settlement. Mailed notice. (ecw, ) (Entered: 10/01/2021) |
| 10/04/2021 | 5082 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing for final approval of settlement between Direct Purchaser Plaintiffs and the Mar-Jac and Harrison Poultry Defendants is set for 1/25/2022 at 1:00 p.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 10/04/2021) |
| 10/04/2021 | 5083 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Commercial and Institutional Indirect Purchaser Plaintiffs' Notice of Motion and Uncontested Motion for Preliminary Approval of Settlements with Defendants Tyson, Pilgrim's Pride, and Mar-Jac and for Conditional Certification of the Proposed Settlement Classes 5078 is set for 10/15/2021 at 10:30 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 10/04/2021) |
| 10/04/2021 | 5084 | STIPULATION *and Proposed Order Concerning Biscuitville, Inc.* (Reichline, Cindy) (Entered: 10/04/2021) |
| 10/05/2021 | 5085 | STIPULATION and Order signed by the Honorable Thomas M. Durkin on 10/5/2021. Mailed notice. (ecw, ) (Entered: 10/05/2021) |
| 10/05/2021 | 5086 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with the Mar-Jac and Harrison Poultry Defendants signed by the Honorable Thomas M. Durkin on 10/5/2021. Mailed notice. (ecw, ) (Entered: 10/05/2021) |
| 10/06/2021 | 5087 | STIPULATION *Concerning Waiver of Service re Domino's Pizza LLC and Domino's Pizza Distribution LLC* (Laytin, Daniel) (Entered: 10/06/2021) |
| 10/07/2021 | 5088 | MOTION by Attorney Casey R. McGowan to withdraw as attorney for Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza |

| | | |
|---|---|---|
| | | Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach. No party information provided (Gore, Kristin) (Entered: 10/07/2021) |
| 10/07/2021 | 5089 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5088 is granted. Attorney Casey Renee McGowan terminated. Mailed notice. (ecw, ) (Entered: 10/07/2021) |
| 10/07/2021 | 5090 | NOTICE by End-User Consumer Plaintiffs re SEALED MOTION by Plaintiff End-User Consumer Plaintiffs *Motion for Class Certification* 3971 *End-User Consumer Plaintiffs' Notice of Filing of Errata to Dr. David Sunding Declaration and Merits Report* (Attachments: # 1 Exhibit A - Errata)(Scarlett, Shana) (Entered: 10/07/2021) |
| 10/07/2021 | 5091 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Michelle Schmit (Schmit, Michelle) (Entered: 10/07/2021) |
| 10/07/2021 | 5092 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by William Anthony Burck (Burck, William) (Entered: 10/07/2021) |
| 10/07/2021 | 5093 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Debra Dawn Bernstein (Bernstein, Debra) (Entered: 10/07/2021) |
| 10/07/2021 | 5094 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Michael Domenic Bonanno (Bonanno, Michael) (Entered: 10/07/2021) |
| 10/07/2021 | 5095 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Ethan Charles Glass (Glass, Ethan) (Entered: 10/07/2021) |
| 10/07/2021 | 5096 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Kathleen Lanigan (Lanigan, Kathleen) (Entered: 10/07/2021) |
| 10/07/2021 | 5097 | STIPULATION of Dismissal *[and Proposed Order] With Prejudice of Claims Against Peco Foods, Inc.* (Blechman, William) (Entered: 10/07/2021) |
| 10/08/2021 | 5098 | ORDER Dismissing Claims with Prejudice of Peco Foods, Inc. Signed by the Honorable Thomas M. Durkin on 10/8/2021. Mailed notice. (ecw, ) (Entered: 10/08/2021) |
| 10/08/2021 | 5099 | PRO SE Appearance for Shiyang Huang (daj, ) (Entered: 10/08/2021) |
| 10/08/2021 | 5100 | Notice of Compliance with 28 U.S.C. § 1715 by Pilgrim's Pride Corporation (Attachments: # 1 Exhibit A)(Mahan, Carrie) (Entered: 10/08/2021) |

| 10/08/2021 | 5101 | Notice of Compliance with 28 U.S.C. § 1715 by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Attachments: # 1 Exhibit A)(Adcox, Rachel) (Entered: 10/08/2021) |
| 10/11/2021 | 5102 | Notice of Compliance with 28 U.S.C. § 1715 by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC (Attachments: # 1 Exhibit A)(Konieczny, Edward) (Entered: 10/11/2021) |
| 10/13/2021 | 5103 | STIPULATION of Dismissal *with Preduice of Claims by United Supermarkets, Inc.; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5104 | STIPULATION of Dismissal *with Preduice of Claims by Checkers Drive-In Restaurants, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5105 | STIPULATION of Dismissal *with Preduice of Claims by Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd; and Hooters Management Corporation Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5106 | STIPULATION of Dismissal *with Preduice of Claims by Anaheim Wings, LLC d/b/a Hooters of Anaheim, et al. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5107 | STIPULATION of Dismissal *with Preduice of Claims by Bob Evans Farms, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5108 | STIPULATION of Dismissal *with Prejudice of Claims by The Fresh Market, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5109 | STIPULATION of Dismissal *with Prejudice of Claims by Wawa, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5110 | STIPULATION of Dismissal *with Prejudice of Claims by Restaurant Services, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5111 | STIPULATION of Dismissal *with Prejudice of Claims by Cajun Operating Company d/b/a Church's Chicken Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5112 | STIPULATION of Dismissal *with Prejudice of Claims by Sonic Industries Services Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5113 | STIPULATION of Dismissal *with Prejudice of Claims by Buffalo Wild Wings, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5114 | STIPULATION of Dismissal *with Prejudice of Claims by CKE Restaurants Holdings, Inc. Against Defendant Amick Farms, LLC* (Esau, David) (Entered: 10/13/2021) |
| 10/13/2021 | 5115 | STIPULATED ORDER of Dismissal with Prejudice of Claims by United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. Against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5116 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Checkers Drive-In Restaurants, Inc. against Defendant Amick Farms, LLC. Signed by the |

| | | |
|---|---|---|
| | | Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5117 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, LTD; and Hooters Management Corporation against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5118 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Anaheim Wings, LLC, d/b/a Hooters of Anaheim, et al against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5119 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Bob Evans Farms, Inc. against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5120 | STIPULATED ORDER of Dismissal with Prejudice of Claims by The Fresh Market, Inc. against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5121 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Wawa, Inc. against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5122 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Restaurant Sevices, Inc. against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5123 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Cajun Operation Company d/b/a Church's Chicken against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5124 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Sonic Industries Services, Inc. against Defendant AMick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5125 | STIPULATED ORDER of Dismissal with Prejudice of Claims by Buffalo Wild Wings, Inc. against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/13/2021 | 5126 | STIPULATED ORDER of Dismissal with Prejudice of Claims by CKE Restaurants Holdings, Inc. against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 10/13/2021. Mailed notice. (ecw, ) (Entered: 10/13/2021) |
| 10/15/2021 | 5127 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 10/15/2021. No one appeared on the call to raise any objections. For the reasons stated on the record, Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants Tyson, Pilgrim's Pride, and Mar-Jac Defendants and for Conditional Certification of the Proposed Settlement Classes 5078 is granted. Mailed notice. (ecw, ) (Entered: 10/15/2021) |
| 10/15/2021 | 5128 | ORDER: For the reasons stated in the attached order, the Court grants the motions to reconsider 4651 4656 4660 4756 4760 4761 4772 4975 4980 4995 |

5024 vacates and vacates its bifurcation order of September 22, 2020 3835 . Any party that wishes to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims should file a stipulation to that effect by November 12, 2021. A new scheduling order will be developed based on whether any plaintiff files such a stipulation. Signed by the Honorable Thomas M. Durkin on 10/15/2021. Mailed notice. (ecw, ) (Entered: 10/15/2021)

| 10/18/2021 | 5129 | STIPULATION of Dismissal *[and Proposed Order] Against Tyson Defendants* (Blechman, William) (Entered: 10/18/2021) |
| 10/18/2021 | 5130 | ORDER Dismissing Claims with Prejudice of Tyson Defendants. Signed by the Honorable Thomas M. Durkin on 10/18/2021. Mailed notice. (ecw, ) (Entered: 10/18/2021) |
| 10/20/2021 | 5131 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Richard George Douglass (Douglass, Richard) (Entered: 10/20/2021) |
| 10/21/2021 | 5132 | NOTICE by Alexander E. Barnett of Change of Address (Barnett, Alexander) (Entered: 10/21/2021) |
| 10/22/2021 | 5133 | MOTION by Attorney Camil Sanchez-Palumbo to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 10/22/2021) |
| 10/22/2021 | 5134 | MOTION by Attorney Barry Anton Frett to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 10/22/2021) |
| 10/22/2021 | 5135 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5133 is granted. Motion to withdraw as attorney 5134 is granted. Attorneys Barry Anton Frett and Camil Sanchez-Palumbo terminated. Mailed notice. (ecw, ) (Entered: 10/22/2021) |
| 10/22/2021 | 5136 | MOTION by Attorney Evan P. Boyle to withdraw as attorney for Alex Lee, Inc., Bashas' Inc., Big Y Foods, Inc., Schnuck Markets, Inc., Woodman's Food Market, Inc., Certco, Inc., Troyer Foods, Inc., Weinstein Wholesale Meats, Inc.. No party information provided (Boyle, Evan) (Entered: 10/22/2021) |
| 10/22/2021 | 5137 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5136 is granted. Attorney Evan Patrick Boyle terminated. Mailed notice. (ecw, ) (Entered: 10/22/2021) |
| 10/22/2021 | 5138 | STIPULATION of Dismissal *[and Proposed Order] with Prejudice of Pilgrim's Pride Corporation* (Rabin, Shawn) (Entered: 10/22/2021) |
| 10/25/2021 | 5139 | ORDER Dismissing Claims with Prejudice of Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 10/25/2021. Mailed notice. (ecw, ) (Entered: 10/25/2021) |
| 10/25/2021 | 5140 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Mar-Jac Defendants and, if necessary, the Simmons Defendants shall respond to the United States' Emergency Ex Parte Motion For A Limited Lift Of Order Sealing ECF No. 3617 by 12:30 p.m. Central time today, 10/25/21. The United States shall file the Motion via the CM/ECF system. The Court does not see the need to file the Motion or the attachments under seal but if the United States disagrees it is given leave to file the Motion provisionally under seal with an accompanying motion to |

| | | seal explaining the need to seal the Motion and/or attachments. Mailed notice (ber, ) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 5141 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court's prior order 5140 is corrected to say the Mar-Jac Defendants shall respond to the United States' Emergency Ex Parte Motion For A Limited Lift Of Order Sealing ECF No. 3617 by 12:30 p.m. Central time today, 10/25/21. The rest of the order stands as entered. Mailed notice (ber, ) (Entered: 10/25/2021) |
| 10/25/2021 | 5142 | EMERGENCY MOTION by Intervenor United States of America Exparte for a limited lift of order sealing ECF No. 3617 (Attachments: # 1 1, # 2 Text of Proposed Order)(Torzilli, Paul) Docket Text Modified by Clerk's Office on 10/26/2021 (cp, ). (Entered: 10/25/2021) |
| 10/25/2021 | 5143 | RESPONSE by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC to MOTION by Intervenor United States of America for order *for a limited lift of order sealing ECF No. 3617* 5142 (Konieczny, Edward) (Entered: 10/25/2021) |
| 10/25/2021 | 5144 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The United States' Emergency Ex Parte Motion For A Limited Lift Of Order Sealing ECF No. 3617 5142 is granted. Enter Order. Mailed notice (ber, ) (Entered: 10/25/2021) |
| 10/25/2021 | 5145 | ORDER GRANTING THE UNITED STATES' EMERGENCY EX PARTE MOTION FOR A LIMITED LIFT OF ORDER SEALING ECF NO. 3617. Signed by the Honorable Jeffrey T. Gilbert on 10/25/2021. Mailed notice(ber, ) (Entered: 10/25/2021) |
| 10/25/2021 | 5146 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages (Berman, Steve) (Entered: 10/25/2021) |
| 10/25/2021 | 5147 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 5146 is granted. Mailed notice. (ecw, ) (Entered: 10/25/2021) |
| 10/25/2021 | 5148 | STIPULATION of Dismissal *[and Proposed Order] With Prejudice Against Pilgrim's Pride Corporation* (Blechman, William) (Entered: 10/25/2021) |
| 10/25/2021 | 5149 | ORDER Dismissing Claims with Prejudice of Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 10/25/2021. Mailed notice. (ecw, ) (Entered: 10/25/2021) |
| 10/26/2021 | 5150 | STIPULATION regarding order on motion for miscellaneous relief,,, order on motion for joinder,,,,,, order on motion for reconsideration,,,,,, order on motion to seal document,,,,,,,,,,,,, order on motion to join,,,,,,,,,, 5128 *End-User Consumer Plaintiffs' Notice and Stipulation Concerning Intent to Proceed on Track One Trial* (Berman, Steve) (Entered: 10/26/2021) |
| 10/26/2021 | 5151 | STIPULATION regarding order on motion for miscellaneous relief,,, order on motion for joinder,,,,,, order on motion for reconsideration,,,,,, order on motion to seal document,,,,,,,,,,,,, order on motion to join,,,,,,,,,, 5128 *Direct Purchaser Plaintiffs' Notice and Stipulation of Intent to Proceed to Trial on Track One* (Bruckner, W.) (Entered: 10/26/2021) |
| 10/27/2021 | 5152 | MOTION by Plaintiff US Foods, Inc. Joint Motion & Stipulation of Dismissal with Prejudice of Tyson and Keystone Defendants (Gant, Scott) (Entered: 10/27/2021) |

| 10/27/2021 | 5153 | MINUTE entry before the Honorable Thomas M. Durkin: Joint motion and stipulation for dismissal with prejudice 5152 is granted. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff US Foods' claims against Defendants Tyson and Defendants Keystone are dismissed with prejudice. The parties shall bear their respective fees and costs. Mailed notice. (ecw, ) (Entered: 10/27/2021) |
|---|---|---|
| 10/27/2021 | 5154 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to amend/correct *Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16* (Laytin, Daniel) (Entered: 10/27/2021) |
| 10/27/2021 | 5155 | NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 10/27/2021) |
| 10/27/2021 | 5156 | MOTION by Attorney Whitney E. Street to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided (Clark, Brian) (Entered: 10/27/2021) |
| 10/27/2021 | 5157 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5156 is granted. Attorney Whitney Erin Street terminated. Mailed notice. (ecw, ) (Entered: 10/27/2021) |
| 10/27/2021 | 5158 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At first glance, Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 5154 appears to the Court to request a reasonable and modest 60-day extension to the expert discovery schedule embodied in Scheduling Order No. 16 that is supported by good cause for the reasons stated in the Motion particularly given the upcoming end of year holidays. A 30-day extension of existing deadlines, to which some Plaintiffs apparently have said they will agree, would require Defendants to depose certain Plaintiffs' expert witnesses by the first week of January 2022 and to disclose their affirmative and rebuttal experts by mid-January 2022. Defendants' proposed extension moves those dates to early and mid-February 2022. But the Court readily acknowledges that it may not fully appreciate any opposition one or more groups of Plaintiffs may have to Defendants' Motion, and it will of course consider any written opposition to the Motion that might be filed. In that regard, Liaison Counsel for Direct Action Plaintiffs emailed the Court's courtroom deputy asking the Court to allow the parties time to confer about a proposed briefing schedule on Defendants' Motion, and the Court will accommodate that request. The Court will, however, now grant by agreement Defendants' request to hold in abeyance and defer until a date to be set in a future order the date for a joint submission as to the authenticity and admissibility of potential exhibits. Mailed notice (ber, ) (Entered: 10/27/2021) |
| 10/27/2021 | 5159 | MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc.for leave to file excess pages (Gant, Scott) (Entered: 10/27/2021) |
| 10/27/2021 | 5160 | MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Awards* (Berman, Steve) (Entered: 10/27/2021) |
| 10/27/2021 | 5161 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for attorney fees 5160 (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Declaration of Brent W. Johnson, # 3 Declaration of J. Barton Goplerud, # 4 Declaration of Christopher J. Cormier, # 5 Declaration of Terry Rose Saunders, # 6 Declaration of Thomas H. Burt)(Berman, Steve) (Entered: 10/27/2021) |

| 10/28/2021 | 5162 | MINUTE entry before the Honorable Thomas M. Durkin: Certain Direct Action Plaintiffs' motion for leave to file excess pages 5159 is granted. Mailed notice. (ecw, ) (Entered: 10/28/2021) |
|---|---|---|
| 10/28/2021 | 🔒 5163 | MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc.to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement (Attachments: # 1 Exhibit A [Sealed])(Gant, Scott) (Entered: 10/28/2021) |
| 10/28/2021 | 5164 | SEALED DOCUMENT by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. 5163 Motion to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement (1) Exhibit A (Gant, Scott) (Entered: 10/28/2021) |
| 10/29/2021 | 5165 | ORDER Regarding December 20, 2021 Final Approval Hearing. Signed by the Honorable Thomas M. Durkin on 10/29/2021. Mailed notice. (ecw, ) (Entered: 10/29/2021) |
| 11/01/2021 | 5166 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 5154 : Plaintiffs' response shall be filed by 11/3/21. Defendants' reply shall be filed by 11/8/21. Mailed notice (ber, ) (Entered: 11/01/2021) |
| 11/02/2021 | 5167 | MEMORANDUM by Shiyang Huang in Opposition to motion for attorney fees 5160 Rule 23(e) Objection to Motion (Attachments: # 1 Exhibit A - Hagens Berman Lithium-Ion ex ante Bid, # 2 Exhibit B - Hagens Berman Optical Disk ex ante Bid, # 3 Exhibit C - Hagens Berman Decl. regarding Charles Schwab ex ante bid, # 4 Exhibit D - NERA empirical study of securities class actions, version 2020, # 5 Exhibit E - Hooper & Leary, Fed. J. Ctr. Study)(Huang, Shiyang) (Entered: 11/02/2021) |
| 11/02/2021 | 5168 | Notice of Firm Name Change by Commercial and Institutional Indirect Purchaser Plaintiffs (Wexler, Kenneth) (Entered: 11/02/2021) |
| 11/02/2021 | 5169 | Notice of Firm Name Change by Commercial and Institutional Indirect Purchaser Plaintiffs (Elgersma, Kara) (Entered: 11/02/2021) |
| 11/02/2021 | 5170 | Notice of Firm Name Change by Commercial and Institutional Indirect Purchaser Plaintiffs (Morales, Melinda) (Entered: 11/02/2021) |
| 11/03/2021 | 5171 | RESPONSE by Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation to Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 (Germaine, David) (Entered: 11/03/2021) |
| 11/03/2021 | 5172 | RESPONSE by Associated Wholesale Grocers, Inc., to Defendants' Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 5154 (Owen, Daniel) (Docket Text Modified by Clerk's Office on 11/4/2021) (jg, ) (Entered: 11/03/2021) |
| 11/03/2021 | 5173 | OPPOSITION by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffsin Opposition to |

| | | Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) Motion to *Amend Upcoming Deadlines in Scheduling Order No. 16* 5154 (Attachments: # 1 Declaration of Kyle Pozan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Bruckner, W.) (Docket Text Modified by Clerk's Office on 11/4/2021) (jg, ). (Entered: 11/03/2021) |
| 11/04/2021 | 5174 | MINUTE entry before the Honorable Thomas M. Durkin: The Movant DAPs and the JSA Defendants have agreed on the following briefing schedule, which the Court adopts, on the Motion to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement 5163 : JSA Defendants' response is due by 12/17/2021; Movant DAPs' reply brief in support of motion is due by 1/28/2022. Mailed notice. (ecw, ) (Entered: 11/04/2021) |
| 11/08/2021 | 5175 | REPLY by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to motion to amend/correct, 5154 *Upcoming Deadlines in Scheduling Order No. 16* (Laytin, Daniel) (Entered: 11/08/2021) |
| 11/09/2021 | 5176 | STIPULATION of Dismissal *With Prejudice Against Tyson* (Lustrin, Lori) (Entered: 11/09/2021) |
| 11/09/2021 | 5177 | AMENDED reply, 5175 *Defendants' Amended Reply in Support of Motion to Amend Upcoming Deadlines in Scheduling Order No. 16* (Laytin, Daniel) (Entered: 11/09/2021) |
| 11/10/2021 | 5178 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion to Amend Upcoming Deadlines in Scheduling Order No. 16 5154 is granted in part. Scheduling Order No. 16 4748 is amended as follows: Defendants' deadline to depose Plaintiffs' experts is extended from 12/7/21 to 1/21/22, and Defendants' deadline to submit their affirmative and rebuttal expert reports is extended from 12/17/21 to 1/31/22. This is a 45-day extension to these previously set deadlines. The Court agrees with Defendants that there is good cause for an extension of these deadlines given the current posture of the case, and these extensions are, in the Court's view, reasonable and necessary at this time. Among other things, stipulations by those Plaintiffs who "wish[ ] to proceed to trial on the supply reduction and Georgia Dock conspiracies without discovery into bid rigging claims" (a so-called "Track 1") are due by 11/12/21. 5128 , at 6. Some Plaintiffs already have filed such stipulations and others may yet do so. That may or may not require further modification of the case schedule, as the dates in Scheduling Order No. 16 4748 were set before Judge Durkin issued his 10/15/21 Order 5128 concerning bifurcation. Judge Durkin recognized in his Order 5128 that "[a] new scheduling order will be developed based on whether any plaintiff files... a stipulation [contemplated by that Order]." 5128 , at 6. The extent of any additional modifications to the existing schedule that will be necessary is unclear as of now, and will depend on many factors, including without limitation whether DAPs who now opt to join Track 1 will adopt the expert reports of Plaintiffs that already have made Rule 26(a)(2) disclosures or will want to make additional Rule 26(a)(2) disclosures. The Court's Order today provides time for the parties and the Court to consider scheduling issues in an orderly fashion and without unnecessary stress caused by existing deadlines set earlier in this case. For the avoidance of doubt, all other dates set in Scheduling Order No. 16 4748 remain in place as of now. The parties shall file by 11/23/21 a joint report that contains their respective positions on whether further modifications to Scheduling Order No. 16 4178 are necessary and, if so, what those modifications should be, whether there |

| | | |
|---|---|---|
| | | s agreement on a new Scheduling Order No. 075 and whether any issues need to be briefed further. Mailed notice (ber, ) (Entered: 11/10/2021) |
| 11/10/2021 | 🔓 5179 | TRANSCRIPT OF PROCEEDINGS held on 10/15/2021 before the Honorable Thomas M. Durkin. Preliminary Approval of Settlements with Tyson, Pilgrim's, and Mar-Jac. Order Number: 41869. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/1/2021. Redacted Transcript Deadline set for 12/13/2021. Release of Transcript Restriction set for 2/8/2022. (Carrion, Elia) (Entered: 11/10/2021) |
| 11/10/2021 | 5180 | ATTORNEY Appearance for Objector John M. Andren by M. Frank Bednarz (Bednarz, M.) (Entered: 11/10/2021) |
| 11/10/2021 | 5181 | Notice of Intent to Appear at Fairness Hearing by John M. Andren (Bednarz, M.) (Entered: 11/10/2021) |
| 11/10/2021 | 5182 | OBJECTIONS by John M. Andren to MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Awards* 5160 (Attachments: # 1 Declaration of John Andren, # 2 Declaration of Theodore H. Frank, # 3 Declaration of M. Frank Bednarz, # 4 Exhibit A - In Camera Submission of In re Optical Disk Drive Products Antitrust Litig., # 5 B - Application of In re Lithium Ion Batteries Antitrust Litig., # 6 C - Memo in Support of Fee Motion of In re Electronic Books Antitrust Litig., # 7 D - Memo in Support of Fee Motion of In re Stericycle, Inc., Steri-Safe Contract Litig.)(Bednarz, M.) (Entered: 11/10/2021) |
| 11/11/2021 | 5183 | NOTICE by Shiyang Huang re memorandum in opposition to motion, 5167 , memorandum in support of motion, 5161 , objections,, 5182 *Statement Regarding Objector Andren's Exhibit D* (Huang, Shiyang) (Entered: 11/11/2021) |
| 11/11/2021 | 5184 | STIPULATION of Dismissal *STIPULATION [AND PROPOSED ORDER] DISMISSING WINN-DIXIE STORES, INC.'S AND BI-LO HOLDINGS, LLC'S CLAIMS AGAINST PILGRIM'S PRIDE CORPORATION WITH PREJUDICE* (Ahern, Patrick) (Entered: 11/11/2021) |
| 11/11/2021 | 5185 | STIPULATION *and Notice to Proceed to Trial* (Owen, Daniel) (Entered: 11/11/2021) |
| 11/12/2021 | 5186 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 15(a) and 41(a) and pursuant to stipulation 5176 , Plaintiff Boston Market Corporation's claims against Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. are dismissed with prejudice. Mailed notice. (ecw, ) (Entered: 11/12/2021) |
| 11/12/2021 | 5187 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Theresa N. Horan (Horan, Theresa) (Entered: 11/12/2021) |

| 11/12/2021 | 5188 | ORDER Dismissing Winn-Dixie Stores, Inc.'s and Bi-Lo Holdings, LLC'S Claims against Pilgrim's Pride Corporation with Prejudice. Signed by the Honorable Thomas M. Durkin on 11/12/2021. Mailed notice. (ecw, ) (Entered: 11/12/2021) |
|---|---|---|
| 11/12/2021 | 5189 | STIPULATION *of Kroger & Publix Plaintiffs' of Intent to Proceed to Trial on Track 1* (Germaine, David) (Entered: 11/12/2021) |
| 11/12/2021 | 5190 | Statement and Notice to Proceed to Trial STATEMENT by Action Meat Distributors, Inc. (Lifvendahl, Eric) (Entered: 11/12/2021) |
| 11/12/2021 | 5191 | STIPULATION regarding order on motion for miscellaneous relief,,, order on motion for joinder,,,,,, order on motion for reconsideration,,,,, order on motion to seal document,,,,,,,,,,,,, order on motion to join,,,,,,,,,, 5128 *Commercial and Institutional Indirect Purchaser Plaintiffs' Notice and Stipulation of Intent to Proceed to Trial on Track One* (Gustafson, Daniel) (Entered: 11/12/2021) |
| 11/12/2021 | 5192 | STIPULATION *WINN-DIXIE PLAINTIFFS' NOTICE AND STIPULATION TO PROCEED TO TRIAL ON TRACK 1* (Ahern, Patrick) (Entered: 11/12/2021) |
| 11/15/2021 | 5193 | MINUTE entry before the Honorable Thomas M. Durkin: The Clerk's Office is directed to unseal docket entry 5163 . The attached "Exhibit A" is to remain sealed. Mailed notice. (ecw, ) (Entered: 11/15/2021) |
| 11/15/2021 | 5194 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Christopher E Thorsen (Thorsen, Christopher) (Entered: 11/15/2021) |
| 11/15/2021 | 5195 | NOTICE by Shiyang Huang re memorandum in opposition to motion, 5167 *Supplemental Statement to Huang Objection* (Huang, Shiyang) (Entered: 11/15/2021) |
| 11/15/2021 | 5196 | MOTION by Intervenor United States of America for disclosure *of highly confidential information under Agreed Confidentiality Order (Dkt. 202)* (Torzilli, Paul) (Entered: 11/15/2021) |
| 11/15/2021 | 5197 | RESPONSE by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. to MOTION by Intervenor United States of America for disclosure *of highly confidential information under Agreed Confidentiality Order (Dkt. 202)* 5196 (Attachments: # 1 Exhibit A-D)(Mayer, Michael) (Entered: 11/15/2021) |
| 11/15/2021 | 5198 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Emergency Motion of Intervenor United States for Relief From Agreed Confidentiality Order 5196 is withdrawn at the request of the United States. Mailed notice (ber, ) (Entered: 11/15/2021) |
| 11/15/2021 | 5199 | STIPULATION of Dismissal *[and Proposed Order] with Prejudice of Pilgrim's Pride Corporation* (Eddy, David) (Entered: 11/15/2021) |
| 11/15/2021 | 5200 | MOTION by Attorney Timothy E. Jackson to withdraw as attorney for Commercial and Institutional Indirect Purchaser Plaintiffs, Fargo Stopping Center LLC. No party information provided (Jackson, Timothy) (Entered: 11/15/2021) |
| 11/16/2021 | 5201 | ORDER Dismissing the Conagra DAPs' Claims with Prejudice against Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 11/16/2021. Mailed notice. (ecw, ) (Entered: 11/16/2021) |
| 11/16/2021 | 5202 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5200 is granted. Attorney Timothy Jackson terminated. Mailed notice. |

| 11/16/2021 | 5203 | STIPULATION of Dismissal *STIPULATION [AND PROPOSED ORDER] DISMISSING KRAFT HEINZ FOODS COMPANY'S CLAIMS AGAINST PILGRIM'S PRIDE CORPORATION WITH PREJUDICE* (Ahern, Patrick) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 5204 | ORDER Dismissing Kraft Heinz Foods Company's Claims against Pilgrim's Pride Corporation with Prejudice. Signed by the Honorable Thomas M. Durkin on 11/16/2021. Mailed notice. (ecw, ) (Entered: 11/16/2021) |
| 11/18/2021 | 5205 | NOTICE by Jeffrey Mark Drake of Change of Address (Drake, Jeffrey) (Entered: 11/18/2021) |
| 11/19/2021 | 5206 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) for extension of time *to file joint report regarding the schedule* (Laytin, Daniel) (Entered: 11/19/2021) |
| 11/19/2021 | 5207 | *Defendants' Notice of Motion for Extension of Time to File Joint Report* NOTICE of Motion by Daniel E. Laytin for presentment of (Laytin, Daniel) (Entered: 11/19/2021) |
| 11/22/2021 | 5208 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Extension of Time to File Joint Report 5206 is granted. The joint report shall be filed by 12/3/21. Mailed notice (ber, ) (Entered: 11/22/2021) |
| 11/23/2021 | 5209 | MOTION by Attorney Christopher S. Moore to withdraw as attorney for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.. No party information provided (Moore, Christopher) (Entered: 11/23/2021) |
| 11/23/2021 | 5210 | NOTICE of Motion by Christopher S. Moore for presentment of motion to withdraw as attorney 5209 before Honorable Thomas M. Durkin on 11/30/2021 at 09:00 AM. (Moore, Christopher) (Entered: 11/23/2021) |
| 11/23/2021 | 5211 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5209 is granted. Attorney Christopher S. Moore terminated. Mailed notice. (ecw, ) (Entered: 11/23/2021) |
| 11/24/2021 | 5212 | *NOTICE OF MOTION AND COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN FOR FIRST ROUND SETTLEMENTS* NOTICE of Motion by Adam John Zapala for presentment of (Zapala, Adam) (Entered: 11/24/2021) |
| 11/24/2021 | 5213 | MEMORANDUM of Law by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs APPROVAL OF CLASS NOTICE PLAN FOR FIRST ROUND SETTLEMENTS (Docket Text modified by Clerk's Office) (Attachments: # 1 Text of Proposed Order)(Zapala, Adam) Modified on 11/30/2021 (rc, ). (Entered: 11/24/2021) |
| 11/24/2021 | 5214 | DECLARATION of Eric Schachter regarding notice of motion 5212 , motion for miscellaneous relief 5213 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Zapala, Adam) (Entered: 11/24/2021) |
| 11/24/2021 | 5215 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Commercial and Institutional Indirect Purchaser Plaintiffs' motion for approval of class notice plan for first round settlements 5213 is set for 12/2/2021 at 9:30 |

a.m. To join the telephone conference, dial 877-402-9753. Access Code 4410831.
Members of the public and media will be able to call in to listen to this hearing.
Please be sure to keep your phone on mute when you are not speaking. Persons
granted remote access to proceedings are reminded of the general prohibition
against photographing, recording, and rebroadcasting of court proceedings.
Violation of these prohibitions may result in sanctions, including removal of court
issued media credentials, restricted entry to future hearings, denial of entry to
future hearings, or any other sanctions deemed necessary by the Court. Mailed
notice. (ecw, ) (Entered: 11/24/2021)

| | | |
|---|---|---|
| 11/29/2021 | 5216 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages (Berman, Steve) (Entered: 11/29/2021) |
| 11/29/2021 | 5217 | RESPONSE by Shiyang Huang to MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages 5216 (Attachments: # 1 Exhibit 16-page Motion for Preliminary Approval, # 2 Exhibit 29-page "Reply" as Motion for Final Approval)(Huang, Shiyang) (Entered: 11/29/2021) |
| 11/29/2021 | 5218 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' motion for leave to file excess pages 5216 is granted. Mailed notice. (ecw, ) (Entered: 11/29/2021) |
| 11/30/2021 | 5219 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18916883. (Clement, Paul) (Entered: 11/30/2021) |
| 11/30/2021 | 5220 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to amend/correct MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18916883. 5219 (Clement, Paul) (Entered: 11/30/2021) |
| 11/30/2021 | 5221 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18917287. (Murphy, Erin) (Entered: 11/30/2021) |
| 11/30/2021 | 5222 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18917318. (Rowen, Matthew) (Entered: 11/30/2021) |
| 11/30/2021 | 5223 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18917364. (Tatum, Sara) (Entered: 11/30/2021) |
| 11/30/2021 | 5224 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 5220 5221 are granted. Attorneys Paul D. Clement and Erin E. Murphy for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division) added. Motion to appear pro hac vice 5219 is moot. Mailed notice. (ecw, ) (Entered: 11/30/2021) |
| 11/30/2021 | 5225 | MEMORANDUM Opinion and Order: For the reasons stated in the attached order, Appointed Counsel's motion 4550 is granted as follows: (1) expenses are awarded in the amount of $4.5 million; (2) incentive awards in the amount of $15,000 are awarded to each of the five class representatives; and (3) fees are awarded in the amount of $55,228,866.70, which is one third of the settlement fund after deducting the expenses and incentive awards. Signed by the Honorable Thomas M. Durkin on 11/30/2021. Mailed notice. (ecw, ) (Entered: 11/30/2021) |
| 11/30/2021 | 5226 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 5222 5223 are granted. Attorneys Matthew D. Rowen and Sara Shaw Tatum for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), |

| | | Sanderson Farms, Inc. (Processing Division) and Sanderson Farms, Inc. (Production Division) added. Mailed notice. (ecw, ) (Entered: 11/30/2021) |
|---|---|---|
| 11/30/2021 | 5227 | NOTICE by John M. Andren of intent to appear in IN RE: Broiler Chicken Antitrust Litigation. (nsf, ) (Entered: 12/01/2021) |
| 12/01/2021 | 5228 | MINUTE entry before the Honorable Thomas M. Durkin: The opinion and order entered on 11/30/2021 5225 is vacated. Amended opinion and order to follow. Mailed notice. (ecw, ) (Entered: 12/01/2021) |
| 12/01/2021 | 5229 | MEMORANDUM Opinion and Order: For the reasons stated in the attached order, Appointed Counsel's motion 4550 is granted as follows: (1) expenses are awarded in the amount of $4.5 million; (2) incentive awards in the amount of $15,000 are awarded to each of the five class representatives; and (3) fees are awarded in the amount of $55,008,866.67, which is one third of the settlement fund after deducting the expenses and incentive awards. Signed by the Honorable Thomas M. Durkin on 12/1/2021, nunc pro tunc to 11/30/2021. Mailed notice. (ecw, ) (Entered: 12/01/2021) |
| 12/01/2021 | 5230 | STIPULATION of Dismissal *with Prejudice of McLane Plaintiffs' Claims Against Defendant Amick Farm, LLC* (Youngman, Judith) (Entered: 12/01/2021) |
| 12/01/2021 | 5231 | NOTICE by Jacob D Koering of Change of Address (Koering, Jacob) (Entered: 12/01/2021) |
| 12/01/2021 | 5232 | ORDER of Dismissal with Prejudice of McLane Plaintiffs' Claims against Defendant Amick Farm, LLC. Signed by the Honorable Thomas M. Durkin on 12/1/2021. Mailed notice. (ecw, ) (Entered: 12/01/2021) |
| 12/02/2021 | 5233 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing held on 12/2/2021. For the reasons stated on the record, Commercial and Institutional Indirect Purchaser Plaintiffs' motion for approval of class notice plan for first round settlements 5213 is granted. Enter order. Mailed notice. (ecw, ) (Entered: 12/02/2021) |
| 12/02/2021 | 5234 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Approval of Class Notice Plan for First Round Settlements. Signed by the Honorable Thomas M. Durkin on 12/2/2021. Mailed notice. (ecw, ) (Entered: 12/02/2021) |
| 12/02/2021 | 5235 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 12/2/2021. Mailed notice. (ecw, ) (Entered: 12/02/2021) |
| 12/02/2021 | 5236 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18929594. (Brantley, Kevin) (Entered: 12/02/2021) |
| 12/03/2021 | 5237 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5236 is granted. Attorney Kevin Christopher Brantley for Biscuitville Fresh Southern, Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC and Perkins LLC added. Mailed notice. (ecw, ) (Entered: 12/03/2021) |
| 12/03/2021 | 5238 | Affiliated Foods Plaintiffs' Statement Regarding Track 1 Schedule STATEMENT by Affiliated Foods, Inc.'s Plaintiffs (Manion, Ryan) (Entered: 12/03/2021) |
| 12/03/2021 | 5239 | STATUS Report *Defendants' Status Report* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit A, # 2 |

| | | Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Laytin, Daniel) (Entered: 12/03/2021) |
|---|---|---|
| 12/03/2021 | 5240 | MEMORANDUM order on motion for extension of time, text entry 5208 by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs - *CLASS PLAINTIFFS' POSITION ON FURTHER MODIFICATIONS TO SCHEDULING ORDER NO. 16* (Attachments: # 1 Declaration of Kyle Pozan, # 2 Exhibit A - D. Owen email, # 3 Exhibit B - Proposed Scheduling Order (ECF No 5173-5), # 4 Exhibit C - Nov. 30, 2021 Ltr. from Jenna Stupar, # 5 Exhibit D - Penn Nov. 1, 2021 Trial Transcript, # 6 Exhibit E - Penn ECF No. 621-1, # 7 Exhibit F - Penn ECF No. 448-2, # 8 Exhibit G - Penn Nov. 2, 2021 Trial Transcript)(Bruckner, W.) (Entered: 12/03/2021) |
| 12/03/2021 | 5241 | STATUS Report *Joint Status Report Regarding Discovery Schedule for Track 2* by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (Feeney, Daniel) (Entered: 12/03/2021) |
| 12/03/2021 | 5242 | Report Pursuant to ECF Nos. 5178 & 5208 by Associated Wholesale Grocers, Inc., (Owen, Daniel) (Entered: 12/03/2021) |
| 12/03/2021 | 5243 | Further Modifications to Scheduling Order No. 16 STATEMENT by Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation (Germaine, David) (Entered: 12/03/2021) |
| 12/03/2021 | 5244 | STATUS Report by Bi-Lo Holdings, LLC (Ahern, Patrick) (Entered: 12/03/2021) |
| 12/03/2021 | 5245 | MOTION by Intervenor United States of America for extension of time *for limited deposition stays (additional 30 days)* (Torzilli, Paul) (Entered: 12/03/2021) |
| 12/06/2021 | 5246 | MINUTE entry before the Honorable Thomas M. Durkin: The United States' Motion for 30-Day Extension of Limited Deposition Stay 5245 is granted. Mailed notice. (ecw, ) (Entered: 12/06/2021) |
| 12/06/2021 | 5247 | MOTION by Plaintiff End-User Consumer Plaintiffs for settlement *Notice of Motion and Motion for Final Approval of the Class Action Settlements* (Berman, Steve) (Entered: 12/06/2021) |
| 12/06/2021 | 5248 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for settlement 5247 *Memorandum in Support of Motion for Final Approval of the Class Action Settlements* (Attachments: # 1 Declaration Declaration of Eric Schachter in Support of Plaintiffs' Motion for Final Approval of Settlement, # 2 Exhibit Exhibit A - Email Notice, # 3 Exhibit Exhibit B - Banner Ads, # 4 Exhibit Exhibit C - News Release, # 5 Exhibit Exhibit D - Long Form Notice, # 6 Exhibit Exhibit E - Long Form Notice, Spanish, # 7 Exhibit Exhibit F - Exclusions, # 8 Exhibit Exhibit G - Objections)(Berman, Steve) (Entered: 12/06/2021) |
| 12/06/2021 | 5249 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to notice of filing 5183 , memorandum in opposition to motion, 5167 , objections,, 5182 *Response to Objections and in Further Support of EUCP's Motion for Final Approval* (Berman, Steve) (Entered: 12/06/2021) |
| 12/06/2021 | 5250 | DECLARATION of Steve W. Berman regarding Response, 5249 , memorandum in support of motion,, 5248 *Declaration in Support of Motion for Final Approval and in Response to Objectors* (Attachments: # 1 Exhibit Exhibit A - Tyson |

Settlement Agreement, # 2 Exhibit Exhibit B - Fieldale Settlement Agreement, # 3 Exhibit Exhibit C - George's Settlement Agreement, # 4 Exhibit Exhibit D - Peco Settlement Agreement, # 5 Exhibit Exhibit E - Mar-Jac Settlement Agreement, # 6 Exhibit Exhibit F - Pilgrim's Settlement Agreement, # 7 Exhibit Exhibit G - ODD Fee Brief, # 8 Exhibit Exhibit H - Renewed ODD Fee Brief, # 9 Exhibit Exhibit I - Getz Objection)(Berman, Steve) (Entered: 12/06/2021)

| 12/06/2021 | 5251 | NOTICE by Shiyang Huang re Response, 5249 , memorandum in opposition to motion, 5167 *Supplemental Statement* (Huang, Shiyang) (Entered: 12/06/2021) |
| 12/08/2021 | 5252 | STIPULATED Order of Dismissal with Prejudice of Claims by Kraft Heinz Foods Company against Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 12/8/2021. Mailed notice. (ecw, ) (Entered: 12/08/2021) |
| 12/09/2021 | 5253 | STIPULATION of Dismissal *Against Defendant Pilgrim's Pride Corporation* (Lifvendahl, Eric) (Entered: 12/09/2021) |
| 12/09/2021 | 5254 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and pursuant to stipulation 5253 , Affiliated Foods Plaintiffs' claims against Defendant Pilgrim's Pride Corporation are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Mailed notice. (ecw, ) (Entered: 12/09/2021) |
| 12/10/2021 | 5255 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing is set for 12/20/2021 at 10:00 a.m. to clarify what claims would be tried in Track One. Parties should be prepared to argue orally. No further briefs should be filed. The hearing will be limited to one hour. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5256 | MINUTE entry before the Honorable Jeffrey T. Gilbert: As set forth in the Court's 11/10/21 Order 5178 , the Court requested a joint report from the parties to address whether additional modifications to Scheduling Order No. 16 4178 were needed and, if so, what those modifications should be, and whether there is agreement on a new Scheduling Order No. 17. The parties were unable to agree on a joint report and, instead, filed six separate reports, which the Court has reviewed. See [5238, 5239, 5240, 5241, 5242, 5243]. In light of the representation in Direct Action Plaintiff Associated Wholesale Grocers, Inc.'s ("AWG") Report 5242 that it will serve its Rule 26(a)(2) disclosures by 12/20/21, the Court orders it to do so. With the exception of AWG's forthcoming expert report(s), Defendants have had Class Plaintiffs' and the Track One Direct Action Plaintiffs' Rule 26(a)(2) disclosures since 8/31/21. See 5240 , at 1. Defendants would like to delay expert depositions and disclosures until they have a better idea of what the Track One trials will involve. The Court is not convinced at this juncture that expert discovery needs to be delayed further pending a final determination of the trial issues Defendants raise. Further, Judge Durkin has set a hearing for 12/20/21 5255 to address those trial issues. Therefore, as of now, the 1/21/22 deadline for Defendants to depose Class Plaintiffs' and Track One Direct Action Plaintiffs' experts shall stand 5178 , including AWG's expert(s). So, too, will the 1/31/22 deadline for Defendants to submit their affirmative and rebuttal |

Rule 26(a)(2) expert reports 5178. The Court is unwilling at this time to accept Defendants' blanket proposal of a six-week extension of the dates by which they must depose all of Plaintiffs' experts and serve their own Rule 26(a)(2) disclosures. The Court in particular does not agree that Defendants need an additional six weeks to depose those of Plaintiffs' experts who were disclosed as of 8/31/21 because AWG's expert disclosure will not occur until 12/20/21. The parties shall file by 12/17/21 a schedule of confirmed dates for depositions of all Track One Plaintiffs' experts that Defendants intend to depose. If an expert deposition has not been confirmed for a date certain, then the schedule should include a proposed date for that deposition. After it reviews the schedule of depositions submitted on 12/17/21, the Court will consider whether the dates for completion of Plaintiffs' experts' depositions or for Defendants' expert disclosures need to be adjusted further. The parties may include their positions on further extensions of these dates and the rationale for or against such extensions in their filing on 12/17/21 if they want to do so. If necessary, the Court can address these issues during or after the hearing now scheduled for 12/20/21. Based on the extensions previously granted to Defendants to depose Class Plaintiffs' and certain Direct Action Plaintiffs' experts 5178 , the Court agrees with Class Plaintiffs 5240 that future dates set in Scheduling Order No. 16 4748 , beginning with the date by which Plaintiffs must complete their depositions of Defendants' experts, should be extended at least 45-days from the dates set in Scheduling Order No. 16 4748 to reasonably accommodate those previous extensions [5173-5]. The Court will memorialize those dates in a new Scheduling Order No. 17 once it is clear these dates are reasonable and achievable. The only date excluded from this 45-day extension is the stay on depositions of DOJ-requested witnesses and topics, which just was extended to 2/4/22 in a separate Court Order 5246 dated 12/6/21. Based on the Joint Status Report Regarding Discovery Schedule for Track 2 5241 , the Court will address the proposed discovery schedule and a case management order for Track Two in a separate order. Mailed notice (ber, ) (Entered: 12/10/2021)

| 12/10/2021 | 5257 | STIPULATION of Dismissal *with Prejudice of Claims by United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 5258 | STIPULATION of Dismissal *with Prejudice of Claims by Hooters of America, LLC Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5259 | STIPULATION of Dismissal *with Prejudice of Claims by Checkers Drive-In Restaurants, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5260 | STIPULATION of Dismissal *with Prejudice of Claims by Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, LTD; and Hooters Management Corporation Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5261 | STIPULATION of Dismissal *with Prejudice of Claims by Anaheim Wings, LLC d/b/a Hooters of Anaheim et al Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5262 | STIPULATION of Dismissal *with Prejudice of Claims by Bob Evans Farms, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5263 | STIPULATION of Dismissal *with Prejudice of Claims by The Fresh Market, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |

| 12/10/2021 | 5264 | STIPULATION of Dismissal *with Prejudice of Claims by Wawa, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 5265 | STIPULATION of Dismissal *with Prejudice of Claims by Restaurant Services, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5266 | STIPULATION of Dismissal *with Prejudice of Claims by Cajun Operation Company d/b/a Church's Chicken Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5267 | STIPULATION of Dismissal *with Prejudice of Claims by Buffalo Wild Wings, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5268 | STIPULATION of Dismissal *with Prejudice of Claims by Sonic Industries Services, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5269 | STIPULATION of Dismissal *with Prejudice of Claims by CKE Restaurants Holdings, Inc. Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5270 | STIPULATION of Dismissal *with Prejudice of Claims by Focus Brands LLC Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5271 | STIPULATION of Dismissal *with Prejudice of Claims by The Cheesecake Factory Incorporated Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5272 | STIPULATION of Dismissal *with Prejudice of Claims by Whatabrands LLC and Whataburger Restaurants LLC Against Pilgrim's Pride* (Esau, David) (Entered: 12/10/2021) |
| 12/10/2021 | 5273 | ORDER of Dismissal with Prejudice of Claims by United Supermarkets, LLC; Krispy Krunchy Foods, LLC; and Cheney Bros., Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5274 | ORDER of Dismissal with Prejudice of Claims by Hooters of America, LLC against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5275 | ORDER of Dismissal with Prejudice with Prejudice of Claims by Checkers Drive-In Restaurants, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5276 | ORDER of Dismissal with Prejudice of Claims by Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd; and Hooters Management Corporation against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5277 | ORDER of Dismissal with Prejudice of Claims by Anaheim Wings, LLC, d/b/a Hooters of Anaheim, et al. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5278 | ORDER of Dismissal with Prejudice of Claims by Bob Evans Farms, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |

| 12/10/2021 | 5279 | ORDER of Dismissal with Prejudice of Claims by The Fresh Market, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | 5280 | ORDER of Dismissal with Prejudice of Claims by Wawa, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5281 | ORDER of Dismissal with Prejudice of Claims by Restaurant Services, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5282 | ORDER of Dismissal with Prejudice of Claims by Cajun Operation Company d/b/a Church's Chicken against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5283 | ORDER of Dismissal with Prejudice of Claims by Buffalo Wild Wings, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5284 | ORDER of Dismissal with Prejudice of Claims by Sonic Industries Services, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5285 | ORDER of Dismissal with Prejudice of Claims by CKE Restaurants Holdings, Inc. against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5286 | ORDER of Dismissal with Prejudice of Claims by Focus Brands LLC against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5287 | ORDER of Dismissal with Prejudice of Claims by the Cheesecake Factory Incorporated against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/10/2021 | 5288 | ORDER of Dismissal with Prejudice of Claims by Whatabrands LLC and Whataburger Restaurants LLC against Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/10/2021. Mailed notice. (ecw, ) (Entered: 12/10/2021) |
| 12/15/2021 | 5289 | MINUTE entry before the Honorable Jeffrey T. Gilbert: For docket control purposes, Certain DAPs' Motion to Compel Production of Defendants Judgment Sharing Agreement 4768 is denied as moot in light of a letter to the Court dated 7/8/21 on behalf of Defendants Tyson and Pilgrim's stating that the JSA which was the subject of the Motion to Compel 4768 was produced to the moving Direct Action Plaintiffs. No responsive or reply briefs were filed on the Motion 4768 which confirms the issue is now moot. Mailed notice (ber, ) (Entered: 12/15/2021) |
| 12/16/2021 | 5290 | AMENDED complaint by Sodexo, Inc. and Sodexo Operations, LLC against All Defendants (Attachments: # 1 Exhibit A)(Phair, Ryan) (Entered: 12/16/2021) |
| 12/17/2021 | 5291 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. |

| | | (Production Division) for leave to file excess pages (Laytin, Daniel) (Entered: 12/17/2021) |
|---|---|---|
| 12/17/2021 | 5292 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 5291 is granted. Mailed notice. (ecw, ) (Entered: 12/17/2021) |
| 12/17/2021 | 🔒 5293 | ENTERED in Error (Carrion, Elia) Modified on 12/20/2021 (ecw, ). (Entered: 12/17/2021) |
| 12/17/2021 | 5294 | MOTION by Objector John M. Andren to continue *Hearing With Respect to Attorneys' Fees and to Compel Interrogatory Responses* (Attachments: # 1 Declaration of M. Frank Bednarz and Offer of Proof, # 2 Exhibit A - First set of interrogatories, # 3 Exhibit B - Email exchange concerning discovery, # 4 Exhibit C - Email concerning motion, # 5 Exhibit D - Email concerning EUCP's position on motion, # 6 Exhibit E - Second set of interrogatories, # 7 Exhibit F - Complaint in De Coster v. Amazon.com (May 26, 2021), # 8 Exhibit G - Berman declaration in Batteries (Mar. 28, 2013), # 9 Exhibit H - Transcript in Batteries (Apr. 3, 2013), # 10 Exhibit I - Fee motion in Batteries (Apr. 23, 2019), # 11 Exhibit J - Fee motion in ODD (Sep. 28, 2020), # 12 Exhibit K - Transcript in ODD (May 22, 2019), # 13 Exhibit L - Brief in Batteries (May 29, 2020), # 14 Exhibit M - Brief in Batteries appeal, # 15 Declaration of Neville Hedley, # 16 Exhibit A - USPS tracking, # 17 Exhibit B - USPS tracking, # 18 Proposed Order) (Bednarz, M.) (Entered: 12/17/2021) |
| 12/17/2021 | 5295 | RESPONSE by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division)in Opposition to MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc.to Preclude Enforcement of Certain Defend 5163 (Laytin, Daniel) (Entered: 12/17/2021) |
| 12/17/2021 | 🔓 5296 | TRANSCRIPT OF PROCEEDINGS held on 12/02/2021 before the Honorable Thomas M. Durkin. Order Number: 42153. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/7/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/17/2022. (Carrion, Elia) (Entered: 12/17/2021) |
| 12/17/2021 | 5297 | STATUS Report *Joint Status Report re Scheduled Depositions* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 12/17/2021) |
| 12/19/2021 | 5298 | RESPONSE by Shiyang Huang to MOTION by Objector John M. Andren to continue *Hearing With Respect to Attorneys' Fees and to Compel Interrogatory Responses* 5294 (Huang, Shiyang) (Entered: 12/19/2021) |
| 12/20/2021 | 5299 | NOTICE of Correction regarding transcript 5293 . (ecw, ) (Entered: 12/20/2021) |

| 12/20/2021 | 5300 | NOTICE by End-User Consumer Plaintiffs *End-User Consumer Plaintiffs' Notice of Filing of Demonstrative Exhibit for Final Approval Hearing on December 20, 2021* (Attachments: # 1 Exhibit A - Demonstrative Exhibit)(Berman, Steve) (Entered: 12/20/2021) |
|---|---|---|
| 12/20/2021 | 5301 | End User Consumer Plaintiffs' Statement of Intent to Proceed on Track One Trial STATEMENT by End-User Consumer Plaintiffs (Berman, Steve) (Entered: 12/20/2021) |
| 12/20/2021 | 5302 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 12/20/21. The parties are directed to the transcript of the hearing for a complete record of the proceedings. For the reasons discussed on the record, Defendants are granted until 2/11/22 to complete the depositions of Plaintiffs' disclosed experts set forth in the parties' joint filing of 12/17/21 5297 . This is not an invitation to reschedule all those depositions. Rather, it is at Defendants' request given the upcoming holidays, the volume of material that needs to be reviewed for those depositions, the compressed time frame within which those depositions were set in compliance with the Court's 12/10/21 order 5256 , the 1/7/22 date set today by which all Plaintiffs who wish to try their cases within the parameters set out by the Court must elect to do so, to alleviate the double tracking of the AWG Plaintiffs' experts' depositions, and to account for the volume of supporting data that Defendants have been and will be reviewing for all these depositions. These extensions of time are granted over Plaintiffs' objections. Defendants' Rule 26(a)(2) disclosures shall be made by 2/21/22 which is a three-week extension from the date last set by the Court 5256 for those disclosures commensurate with the extension of time to complete the depositions of Plaintiffs' experts. As discussed on the record, the Court also is willing to extend the subsequent expert discovery dates, as necessary, given the dates set in this order. The parties shall meet and confer about those dates and the remaining dates set in Scheduling Order No. 16 4878 and submit by 1/12/22 a proposed scheduling order no. 17 with dates through the filings of summary judgment motions and trial as currently contemplated to begin in the summer or fall of 2023. The parties shall include in their filing the then-current dates for Plaintiffs' experts' depositions. Mailed notice (ber, ) (Entered: 12/20/2021) |
| 12/20/2021 | 5303 | MINUTE entry before the Honorable Thomas M. Durkin: Final Approval Hearing on the settlement agreements between End-User Consumer Plaintiffs and various Defendants held on 12/20/2021. The Court reserves ruling on the amount of incentive awards and the attorneys' fee issue. For the reasons stated on the record, the motion for final approval of settlement 5247 is granted. Proposed order entered. Plaintiff's memo regarding the appropriateness of interrogatories relating to the fee request is due by 1/3/2022. Any responses are due by 1/10/2022. Mailed notice. (ecw, ) (Entered: 12/20/2021) |
| 12/20/2021 | 5304 | ORDER Granting End-User Consumer Plaintiffs' Motion for Final Approval of the Class Action Settlements. Signed by the Honorable Thomas M. Durkin on 12/20/2021. Mailed notice. (ecw, ) (Entered: 12/20/2021) |

| 12/20/2021 | 5305 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing regarding claims to be tried in Track One held on 12/20/2022. Bid rigging discovery is ordered stayed. All plaintiffs are to file stipulations regarding their election to proceed on Track One or Track Two by 1/7/2022. By 2/14/2022, Track Two plaintiffs are to file a consolidated amended complaint, and the parties are to submit a proposed briefing schedule on motions to dismiss those amended complaints. The parties may move to extend that filing date, which will be granted if unopposed. Mailed notice. (ecw, ) (Entered: 12/20/2021) |
|---|---|---|
| 12/20/2021 | 5306 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion for "an order governing the operation of Direct Action Plaintiffs' Amended Consolidated Complaint" 4580 is granted to the extent that the amended consolidated complaint Track Two DAPs will file by 2/14/2022 per order 5305 will be the operative complaint for Track Two DAPs. Mailed notice. (ecw, ) (Entered: 12/20/2021) |
| 12/21/2021 | 5307 | Direct Purchaser Plaintiffs' Notice and Stipulation of Intent to Proceed on Track One by Direct Purchaser Plaintiffs (Bruckner, W.) (Entered: 12/21/2021) |
| 12/23/2021 | 5308 | STATEMENT by Objector John M. Andren in Support of MOTION by Objector John M. Andren to continue *Hearing With Respect to Attorneys' Fees and to Compel Interrogatory Responses* 5294 (Bednarz, M.) (Entered: 12/23/2021) |
| 12/28/2021 | 5309 | NOTICE by Bodega Brew Pub, Inc. *of Firm Name Change* (Le, Christopher) (Entered: 12/28/2021) |
| 12/28/2021 | 5310 | NOTICE by Bodega Brew Pub, Inc. *of Firm Name Change* (Le, Christopher) (Entered: 12/28/2021) |
| 12/28/2021 | 5311 | NOTICE by Bodega Brew Pub, Inc. *of Firm Name Change* (Le, Christopher) (Entered: 12/28/2021) |
| 12/29/2021 | 5312 | MOTION by Movant Shiyang Huang for reconsideration regarding order 5304 , order on motion for settlement,,, motion hearing,, 5303 , MOTION by Movant Shiyang Huang to alter judgment , MOTION by Movant Shiyang Huang to amend/correct order 5304 , order on motion for settlement,,, motion hearing,, 5303 *Pursuant to Rule 59(e)* (Huang, Shiyang) (Entered: 12/29/2021) |
| 12/29/2021 | 5313 | *Notice of Huang's Rule 59(e) Motion,* NOTICE of Motion by Shiyang Huang for presentment of (Huang, Shiyang) (Entered: 12/29/2021) |
| 12/29/2021 | 5314 | Renewed and Restated Notice and Stipulation to Proceed to Trial by Associated Wholesale Grocers, Inc., (Owen, Daniel) (Entered: 12/29/2021) |
| 01/03/2022 | 5315 | TRANSCRIPT OF PROCEEDINGS held on 12/20/2021 before the Honorable Thomas M. Durkin. Final Approval of the Class Action Settlements. Order Number: 42282. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/24/2022. Redacted Transcript Deadline set for 2/3/2022. Release of Transcript Restriction set for 4/4/2022. (Carrion, Elia) (Entered: |

| 01/03/2022 | 5316 | MEMORANDUM by End-User Consumer Plaintiffs *Regarding Impropriety of Objector Andren's Interrogatories to the Named Plaintiffs Relating to Class Counsel's Fee Request* (Attachments: # 1 Exhibit A-B Declarations of Robert Gray and Brian Miller)(Berman, Steve) (Entered: 01/03/2022) |
|---|---|---|
| 01/04/2022 | 5317 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC for leave to file *MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ZAKARIYA K. VARSHOVI* (Foley, Danielle) (Entered: 01/04/2022) |
| 01/04/2022 | 5318 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to withdraw appearance 5317 is granted. Attorney Zakariya Koorosh Varshovi terminated. Mailed notice. (ecw, ) (Entered: 01/04/2022) |
| 01/04/2022 | 5319 | RESPONSE by Shiyang Huangin Opposition to MOTION by Objector John M. Andren to continue *Hearing With Respect to Attorneys' Fees and to Compel Interrogatory Responses* 5294 (Attachments: # 1 Exhibit ODD Order granting Huang's Opposed Motion for Objector Award)(Huang, Shiyang) (Entered: 01/04/2022) |
| 01/04/2022 | 5320 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages *for Final Approval of the Settlements with the Mar-Jac and Harrison Defendants* (Pozan, Kyle) (Entered: 01/04/2022) |
| 01/04/2022 | 5321 | MINUTE entry before the Honorable Thomas M. Durkin: Motion by Direct Purchaser Plaintiffs for leave to file excess pages for Final Approval of the Settlements with the Mar-Jac and Harrison Defendants 5320 is granted. Mailed notice. (ecw, ) (Entered: 01/04/2022) |
| 01/04/2022 | 5322 | TRANSCRIPT OF PROCEEDINGS held on 12/20/2021 before the Honorable Thomas M. Durkin. Track One Trial Hearing. Order Number: 42282. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 1/25/2022. Redacted Transcript Deadline set for 2/4/2022. Release of Transcript Restriction set for 4/4/2022. (Carrion, Elia) (Entered: 01/04/2022) |
| 01/04/2022 | 5323 | NOTICE by Direct Purchaser Plaintiffs *(Direct Purchaser Plaintiffs' Notice of Filing Preliminary List of Exclusion Requests from the Settlements with the Mar-Jac and Harrison Poultry Defendants)* (Attachments: # 1 Mar-Jac/Harrison Exclusion Report)(Pouya, Bobby) (Entered: 01/04/2022) |
| 01/04/2022 | 5324 | MOTION by Plaintiff McLane Company, Inc. to substitute attorney (Gant, Scott) (Entered: 01/04/2022) |
| 01/04/2022 | 5325 | MOTION by Intervenor United States of America to stay regarding order on motion to stay, SEALED Order 4557 *(extend limited deposition stay)* (Torzilli, Paul) (Entered: 01/04/2022) |

| 01/05/2022 | 5326 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 5324 is granted. Attorneys Michael Roger Krantz, Kathryn A Reilly, Judith Pace Youngman, Adam A Hachikian and Nicole Jones terminated. Attorneys Scott E. Gant, Jonathan M. Shaw, Colleen A. Harrison, Ryan T. McAllister, and Sarah L. Jones may file their appearances on behalf of McLane Plaintiffs. Mailed notice. (ecw, ) (Entered: 01/05/2022) |
|---|---|---|
| 01/05/2022 | 5327 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Scott Gant (Gant, Scott) (Entered: 01/05/2022) |
| 01/05/2022 | 5328 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Jonathan M. Shaw (Shaw, Jonathan) (Entered: 01/05/2022) |
| 01/05/2022 | 5329 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Colleen Ann Harrison (Harrison, Colleen) (Entered: 01/05/2022) |
| 01/05/2022 | 5330 | ATTORNEY Appearance for Plaintiff McLane Company, Inc. by Ryan Thomas McAllister (McAllister, Ryan) (Entered: 01/05/2022) |
| 01/07/2022 | 5331 | The Affiliated Foods Plaintiffs' Notice of Election to Proceed to Trial on Track One by Affiliated Foods, Inc.'s Plaintiffs (Lifvendahl, Eric) (Entered: 01/07/2022) |
| 01/07/2022 | 5332 | Kroger and Publix Plaintiff Group Notice of Election to Proceed to Trial on Track One by Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation (Germaine, David) (Entered: 01/07/2022) |
| 01/07/2022 | 5333 | Notice and Stipulation by Bi-Lo Holdings, LLC *Regarding Trial Track No. 1* (Ahern, Patrick) (Entered: 01/07/2022) |
| 01/07/2022 | 5334 | Certain Direct-Action Plaintiffs' Notice and Stipulation of Intent to Proceed to Trial on Track 2 by Direct-Action Plaintiffs (Porter, Julie) (Entered: 01/07/2022) |
| 01/07/2022 | 5335 | Response to and Clarification of United States' Motion to Extend Limited Deposition Stay by Track 1 Plaintiffs (Attachments: # 1 Exhibit A)(Germaine, David) (Entered: 01/07/2022) |
| 01/07/2022 | 5336 | Notice and Stipulation of Intent to Proceed to Trial on Track One by Commercial and Institutional Indirect Purchaser Plaintiffs (Zapala, Adam) (Entered: 01/07/2022) |
| 01/09/2022 | 5337 | MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc.Notice of Opt-Out And Objection to Preliminary Exclusion List With Respect to The Direct Purchaser Plaintiff Settlements With The Mar-Jac and Harrison Defendants, Or, In The Alternative, Motion For Late Opt-Out From Settlements (Attachments: # 1 Declaration Dennis Clabby, # 2 Declaration Anthony Schneider, # 3 Declaration Samuel O. Patmore, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26)(Shapiro, Jay) (Entered: 01/09/2022) |
| 01/10/2022 | 5338 | MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following briefing schedule on the Motion for Late Opt-Out from Settlements |

| | | |
|---|---|---|
| | 5337 | response is due by 1/17/2022, reply is due by 1/24/2022. Mailed notice. (ecw, ) (Entered: 01/10/2022) |
| 01/10/2022 | 5339 | TRANSCRIPT OF PROCEEDINGS held on 10/01/2021 before the Honorable Thomas M. Durkin. Motion for Preliminary Approval of the Settlements with Mar-Jac and Harrison Poultry. Order Number: 42381. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/31/2022. Redacted Transcript Deadline set for 2/10/2022. Release of Transcript Restriction set for 4/11/2022. (Carrion, Elia) (Entered: 01/10/2022) |
| 01/10/2022 | 5340 | MEMORANDUM by John M. Andren in support of motion to continue,,,, 5294 *and in response to End=User Consumer Plaintiffs' Memorandum 5316* (Attachments: # 1 Exhibit 1 - Order from Capital One TCPA, # 2 Exhibit 2 - Motion from Capital One TCPA)(Bednarz, M.) (Entered: 01/10/2022) |
| 01/11/2022 | 5341 | MOTION by Plaintiff Direct Purchaser Plaintiffs *Notice of Motion and Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Defendants* (Clark, Brian) (Entered: 01/11/2022) |
| 01/11/2022 | 5342 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for miscellaneous relief 5341 *Motion for Final Approval of the Settlements With the Mar-Jac and Harrison Poultry Defendants* (Attachments: # 1 Declaration of Brian D. Clark, # 2 Declaration of Eric Schachter, # 3 Exhibit A to Schachter Declaration, # 4 Exhibit B to Schachter Declaration, # 5 Exhibit C to Schachter Declaration)(Clark, Brian) (Entered: 01/11/2022) |
| 01/11/2022 | 5343 | STIPULATION of Dismissal *[and Proposed Order] Dismissing L. Hart, Inc., R&D Marketing, LLC, Timber Lake Foods, Inc. and EMA Foods Co., LLC's Claims Against Pilgrim's Pride Corporation* (Ripp, Paul) (Entered: 01/11/2022) |
| 01/11/2022 | 5344 | STIPULATION of Dismissal *[and Proposed Order] Dismissing Red Bird Farms Distribution Company's Claims Against Pilgrim's Pride Corporation* (Ripp, Paul) (Entered: 01/11/2022) |
| 01/11/2022 | 5345 | REPLY by Intervenor Jayson Penn to other 5335 (Tubach, Michael) (Entered: 01/11/2022) |
| 01/12/2022 | 5346 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2) and pursuant to stipulation 5343 , Plaintiffs L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc., and EMA Foods Co., LLC's (collectively, the "L. Hart Direct Action Plaintiffs'") claims against Defendant Pilgrim's Pride Corporation ("Pilgrim's") are dismissed with prejudice, with each side to bear its own costs, expenses, and attorneys' fees. The Stipulation of Dismissal, with prejudice, has no bearing on the L. Hart, Inc. Direct Action Plaintiffs' claims against Defendants other than Pilgrim's. Mailed notice. (ecw, ) (Entered: 01/12/2022) |

| 01/12/2022 | 5347 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2) and pursuant to stipulation 5344 , Plaintiff Red Bird Farms Distribution Company's ("Red Bird's") claims against Defendant Pilgrim's Pride Corporation ("Pilgrim's") are dismissed with prejudice, with each side to bear its own costs, expenses, and attorneys' fees. The Stipulation of Dismissal, with prejudice, has no bearing on Red Bird's claims against Defendants other than Pilgrim's. Mailed notice. (ecw, ) (Entered: 01/12/2022) |
|---|---|---|
| 01/12/2022 | 5348 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19048749. (Jones, Sarah) (Entered: 01/12/2022) |
| 01/12/2022 | 5349 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5348 is granted. Attorney Sarah Lauren Jones for McLane Company, Inc. added. Mailed notice. (ecw, ) (Entered: 01/12/2022) |
| 01/12/2022 | 5350 | Joint Letter Brief on Scheduling Order No. 17 For Track 1 Actions by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit A, Defendants' Proposed Scheduling Order No. 17, # 2 Exhibit B, Plaintiffs' Proposed Scheduling Order No. 17, # 3 Exhibit C, Chart of Parties Agreement and Disagreement, # 4 Exhibit D, May 14, 2021 Hearing Transcript Excerpt, # 5 Exhibit E, May 24, 2021 Hearing Transcript Excerpt) (Laytin, Daniel) (Entered: 01/12/2022) |
| 01/13/2022 | 5351 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19051863. (Krowitz, Zachary) (Entered: 01/13/2022) |
| 01/13/2022 | 5352 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5351 is granted. Attorney Zachary Ian Krowitz for Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner and Leslie Weidner added. Mailed notice. (ecw, ) (Entered: 01/13/2022) |
| 01/13/2022 | 5353 | MOTION by Defendant Tyson Foods, Inc. for leave to file excess pages (Adcox, Rachel) (Entered: 01/13/2022) |
| 01/13/2022 | 5354 | MOTION by Defendant Tyson Foods, Inc. to seal *Memorandum of Law in Support of its Motion* (Adcox, Rachel) (Entered: 01/13/2022) |
| 01/13/2022 | 5355 | MOTION by Defendant Tyson Foods, Inc. for preliminary injunction , MOTION by Defendant Tyson Foods, Inc. for permanent injunction (Adcox, Rachel) (Entered: 01/13/2022) |
| 01/13/2022 | 5356 | SEALED DOCUMENT by Defendant Tyson Foods, Inc. *Memorandum of Law in Support of its Motion* (Adcox, Rachel) (Entered: 01/13/2022) |
| 01/13/2022 | 5357 | SEALED EXHIBIT by Defendant Tyson Foods, Inc. *A - Demand* regarding sealed document 5356 , MOTION by Defendant Tyson Foods, Inc. for preliminary injunction MOTION by Defendant Tyson Foods, Inc. for permanent injunction 5355 (Attachments: # 1 Exhibit B - Statement of Claim, # 2 Exhibit C - Vendor Agreement, # 3 Exhibit D - 2019 Standard Terms, # 4 Exhibit E - Letter from Adcox to AAA, # 5 Exhibit F - Letter from Adcox to AAA 2021-12-27, # 6 Exhibit G - Submission to AAA 2022-01-05, # 7 Exhibit H - Letter from Adcox to AAA 2022-01-07, # 8 Exhibit I - 1994 Standard Terms, # 9 Exhibit J - EUCPs Subpoena 2017-11-20, # 10 Exhibit K - EUCPs Subpoena 2018-01-30, # 11 Exhibit L - Defendants Subpoena 2018-03-30)(Adcox, Rachel) (Entered: 01/13/2022) |

| 01/13/2022 | 5358 | *Notice of Motion for Preliminary and Permanent Injunctions* NOTICE of Motion by Rachel Johanna Adcox for presentment of of (Adcox, Rachel) (Entered: 01/13/2022) |
|---|---|---|
| 01/13/2022 | 5359 | DECLARATION of Rachel J. Adcox regarding exhibit,,, 5357 , sealed document 5356 , notice of motion 5358 , motion for preliminary injunction, motion for permanent injunction 5355 (Adcox, Rachel) (Entered: 01/13/2022) |
| 01/14/2022 | 5360 | *Amended Notice of Unopposed Motion for Reconsideration (Dkt. 5312)* NOTICE of Motion by Shiyang Huang for presentment of (Huang, Shiyang) (Entered: 01/14/2022) |
| 01/14/2022 | 5361 | MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for leave to file excess pages 5353 is granted. Uncontested motion for leave to file under seal 5354 is granted. Mailed notice. (ecw, ) (Entered: 01/14/2022) |
| 01/14/2022 | 5362 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule on Tyson's Motion for Preliminary and Permanent Injunctions 5355 : Costco's opposition is due by 1/21/2022; Tyson's reply is due by 1/26/2022. Mailed notice. (ecw, ) (Entered: 01/14/2022) |
| 01/14/2022 | 5363 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendants Tyson, Pilgrim's Pride, and Mar-Jac and for Conditional Certification of the Proposed Settlement Classes. Signed by the Honorable Thomas M. Durkin on 1/14/2022. Mailed notice. (ecw, ) (Entered: 01/14/2022) |
| 01/14/2022 | 5364 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing for final approval of Commercial and Institutional Indirect Purchaser Plaintiffs' motion for final approval of settlements with Tyson, Pilgrim's Pride, and Mar-Jac Defendants is set for 4/18/2022 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/14/2022) |
| 01/14/2022 | 5365 | MEMORANDUM by Tyson Foods, Inc. in support of motion for preliminary injunction, motion for permanent injunction 5355 *PUBLIC REDACTED Version* (Adcox, Rachel) (Entered: 01/14/2022) |
| 01/14/2022 | 5366 | EXHIBIT by Defendant Tyson Foods, Inc. *PUBLIC REDACTED Versions* regarding declaration 5359 (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K, # 11 Exhibit L)(Adcox, Rachel) (Entered: 01/14/2022) |
| 01/17/2022 | 5367 | RESPONSE by Harrison Poultry, Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLCin Opposition to MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc.Notice of Opt-Out And Objection to Preliminary Exclusion List With Respect to The Direct Purchaser Plaintiff Settle 5337 (Attachments: # 1 Declaration - David C. Newman, # 2 |

Declaration John P. Pennington # 9 Exhibit A, # 4 Exhibit B)(Konieczny, Edward) (Entered: 01/17/2022)

| 01/17/2022 | 5368 | RESPONSE by Direct Purchaser Plaintiffs to MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc.Notice of Opt-Out And Objection to Preliminary Exclusion List With Respect to The Direct Purchaser Plaintiff Settle 5337 (Attachments: # 1 Declaration of Eric Schachter In Support of Direct Purchaser Plaintiffs' Response)(Pozan, Kyle) (Entered: 01/17/2022) |
|---|---|---|
| 01/18/2022 | 5369 | MOTION by Attorney Jeffrey M. Drake to withdraw as attorney for Agri Stats, Inc.. No party information provided (Drake, Jeffrey) (Entered: 01/18/2022) |
| 01/18/2022 | 5370 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5369 is granted. Attorney Jeffrey Mark Drake terminated. Mailed notice. (ecw, ) (Entered: 01/18/2022) |
| 01/18/2022 | 5371 | ATTORNEY Appearance for Plaintiff Costco Wholesale Corporation by Philip J. Iovieno (Iovieno, Philip) (Entered: 01/18/2022) |
| 01/18/2022 | 5372 | MINUTE entry before the Honorable Thomas M. Durkin: Minute entry 5364 is amended as follows. A telephonic Final Approval Hearing is set for 4/18/2022 at 10:00 a.m. with regards to Commercial and Institutional Indirect Purchaser Plaintiffs' settlements with Tyson, Pilgrim's Pride, and Mar-Jac Defendants, with Fieldale Farms Corporation, with Amick Farms, LLC and with Defendants Peco Foods, Inc., George's, Inc., and George's Farms, Inc. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/18/2022) |
| 01/19/2022 | 5373 | MEMORANDUM Opinion and Order: For all the reasons stated in the Court's Memorandum Opinion and Order, DAPs' Motion to Set Schedule for Defendants' Responses to Contention Interrogatories [ECF No. 4732] is denied, and DAPs are not given leave to serve any new interrogatories at this time. Signed by the Honorable Jeffrey T. Gilbert on 1/19/2022. Mailed notice(ber, ) (Entered: 01/19/2022) |
| 01/19/2022 | 5374 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In the Court's discretion and for judicial economy and efficiency, Rabobank's Motion to Stay Discovery While its Motion to Dismiss Certain DAPs' Second Amended Complaints Is Pending 4877 is granted. The only plaintiffs now asserting claims against Defendant Rabobank are Direct Action Plaintiffs ("DAPs") Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company LLC, John Soules Foods, Inc., John Soules Acquisitions LLC, Target Corporation, Sysco Corporation, and US Foods, Inc. [4799-4810]. All of these DAPs have stipulated to proceed to trial on Track Two. 5334 . Given that the Court has yet to enter a case management order and discovery schedule for Track Two 5256 , staying discovery against Rabobank while its Motion to Dismiss 4877 is pending will not result in any significant prejudice to any party. Rabobank already has preserved its electronically stored information ("ESI") and devoted significant resources to doing so, but it has not yet begun the time-consuming and expensive process of |

| | | reviewing that data for responsiveness and privilege. Plaintiffs do not dispute that, if granted, Rabobank's motion to dismiss would be dispositive of the claims against it. In the Court's view, it would be unduly burdensome and expensive and is not proportional to the needs of this case to require Rabobank to begin the process of reviewing its documents at this time given that a case management order and discovery schedule has not been set for Track Two and bid-rigging discovery has yet to commence. If Rabobank remains in the case after its motion to dismiss is decided, there will be plenty of time for Rabobank to complete a review of its ESI for responsiveness and privilege and produce its responsive documents. "District courts have extremely broad discretion in controlling discovery." Bilal v. Wolf, 2007 WL 1687253, at *1 (N.D. Ill. June 6, 2007). In its discretion, the Court finds there is good cause to stay further discovery against Rabobank pending resolution of its motion to dismiss. Mailed notice (ber, ) (Entered: 01/19/2022) |
|---|---|---|
| 01/20/2022 | 5375 | MOTION by Attorney Ryan F. Manion to withdraw as attorney for Action Meat Distributors, Inc.. No party information provided (Manion, Ryan) (Entered: 01/20/2022) |
| 01/21/2022 | 5376 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5375 is granted. Attorney Ryan Manion terminated. Mailed notice. (ecw, ) (Entered: 01/21/2022) |
| 01/21/2022 | 5377 | MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc. for leave to file excess pages (Shapiro, Jay) (Entered: 01/21/2022) |
| 01/21/2022 | 5378 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 5377 is granted. Mailed notice. (ecw, ) (Entered: 01/21/2022) |
| 01/21/2022 | 5379 | NOTICE by Direct Purchaser Plaintiffs re MOTION by Plaintiff Direct Purchaser Plaintiffs *Notice of Motion and Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Defendants* 5341 *Direct Purchaser Plaintiffs' Notice Of Filing Amended Exhibits To The Declaration Of Eric Schachter In Support Of Their Motion For Final Approval Of The Settlements With The Mar-Jac And Harrison Poultry Defendants* (Attachments: # 1 Exhibit A to Eric Schachter Declaration, # 2 Exhibit B to Eric Schachter Declaration, # 3 Exhibit C to Eric Schachter Declaration)(Pearson, Michael) (Entered: 01/21/2022) |
| 01/21/2022 | 5380 | MOTION by Plaintiff Costco Wholesale Corporation to seal *Memorandum of Law in Opposition to Motion and Exhibit 1 and 2 to P. Iovieno Declaration* (Iovieno, Philip) (Entered: 01/21/2022) |
| 01/21/2022 | 5381 | SEALED DOCUMENT by Plaintiff Costco Wholesale Corporation / *Memorandum of Law in Opposition to Tyson Foods, Inc.'s Motion for Preliminary and Permanent Injunctions* (Iovieno, Philip) (Entered: 01/21/2022) |
| 01/21/2022 | 5382 | DECLARATION of Philip J. Iovieno *in Support of Costco Wholesale Corporation's Opposition to Tyson Foods, Inc.'s Motion for Preliminary and Permanent Injunctions* (Iovieno, Philip) (Entered: 01/21/2022) |
| 01/21/2022 | 5383 | SEALED DOCUMENT by Plaintiff Costco Wholesale Corporation / *Exhibit 1 in Support of Philip J. Iovieno's Declaration dated January 21, 2022* (Iovieno, Philip) (Entered: 01/21/2022) |
| 01/21/2022 | 5384 | SEALED DOCUMENT by Plaintiff Costco Wholesale Corporation / *Exhibit 2 in Support of Philip J. Iovieno's Declaration dated January 21, 2022* (Iovieno, Philip) (Entered: 01/21/2022) |

| 01/21/2022 | 5385 | EXHIBIT by Costco Wholesale Corporation *Exhibit 3 in Support of Philip J. Iovieno's Declaration dated January 21, 2022* (Iovieno, Philip) (Entered: 01/21/2022) |
| --- | --- | --- |
| 01/21/2022 | 5386 | REPLY by Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc. to MOTION by Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Supply Management Services, Inc.Notice of Opt-Out And Objection to Preliminary Exclusion List With Respect to The Direct Purchaser Plaintiff Settle 5337 (Attachments: # 1 Declaration of Samuel O. Patmore, # 2 Exhibit 1 to Patmore Declaration, # 3 Exhibit 2 to Patmore Declaration)(Shapiro, Jay) (Entered: 01/21/2022) |
| 01/24/2022 | 5387 | MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for leave to file under seal 5380 is granted. Mailed notice. (ecw, ) (Entered: 01/24/2022) |
| 01/24/2022 | 5388 | MEMORANDUM by Costco Wholesale Corporation in Opposition to motion for preliminary injunction, motion for permanent injunction 5355 *[PUBLIC REDACTED VERSION]* (Iovieno, Philip) (Entered: 01/24/2022) |
| 01/24/2022 | 5389 | EXHIBIT by Plaintiff Costco Wholesale Corporation *[PUBLIC REDACTED VERSIONS]* regarding declaration 5382 (Attachments: # 1 Exhibit 2)(Iovieno, Philip) (Entered: 01/24/2022) |
| 01/25/2022 | 5390 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 1/25/2022. For the reasons stated on the record, the Motion for Late Opt-Out from Settlements 5337 is granted. For the reasons stated on the record, and without objection, Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Poultry Defendants 5341 is granted. Counsel is to send an updated proposed order to Judge Durkin's proposed order inbox. Mailed notice. (ecw, ) (Entered: 01/25/2022) |
| 01/26/2022 | 5391 | MOTION by Defendant Tyson Foods, Inc. to seal *Reply Brief in Support of its Motion for Preliminary and Permanent Injunctions* (Adcox, Rachel) (Entered: 01/26/2022) |
| 01/26/2022 | 5392 | SEALED REPLY by Tyson Foods, Inc. to memorandum in opposition to motion 5388 - *Sealed Reply Brief in Support of Tyson's Motion for Preliminary and Permanent Injunctions* (Adcox, Rachel) (Entered: 01/26/2022) |
| 01/26/2022 | 5393 | SEALED EXHIBIT by Defendant Tyson Foods, Inc. regarding reply 5392 (Adcox, Rachel) (Entered: 01/26/2022) |
| 01/26/2022 | 5394 | DECLARATION of Rachel J. Adcox regarding exhibit 5393 , reply 5392 (Adcox, Rachel) (Entered: 01/26/2022) |
| 01/26/2022 | 5395 | MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for leave to file under seal 5391 is granted. Mailed notice. (ecw, ) (Entered: 01/26/2022) |
| 01/27/2022 | 5396 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Poultry Defendants. Signed by the Honorable Thomas M. Durkin on 1/27/2022. Mailed notice. (ecw, ) (Entered: 01/27/2022) |
| 01/27/2022 | 5397 | AMENDED ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Poultry Defendants. |

| | | Signed by the Honorable Thomas M. Durkin on 1/27/2022. Mailed notice. (ecw, ) (Entered: 01/27/2022) |
|---|---|---|
| 01/27/2022 | 5398 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for leave to file excess pages (Wexler, Kenneth) (Entered: 01/27/2022) |
| 01/27/2022 | 5399 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 5398 is granted. Mailed notice. (ecw, ) (Entered: 01/27/2022) |
| 01/28/2022 | 5400 | REPLY by Tyson Foods, Inc. to memorandum in opposition to motion 5388 *PUBLIC REDACTED Version* (Adcox, Rachel) (Entered: 01/28/2022) |
| 01/28/2022 | 5401 | TRANSCRIPT OF PROCEEDINGS held on 01/25/2022 before the Honorable Thomas M. Durkin. Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Mar-Jac and Harrison Poultry Defendants. Order Number: 42495. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 2/18/2022. Redacted Transcript Deadline set for 2/28/2022. Release of Transcript Restriction set for 4/28/2022. (Carrion, Elia) (Entered: 01/28/2022) |
| 01/28/2022 | 5402 | EXHIBIT by Defendant Tyson Foods, Inc. *PUBLIC REDACTED Version* regarding exhibit 5393 (Adcox, Rachel) (Entered: 01/28/2022) |
| 01/28/2022 | 5403 | REPLY by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., McLane Company, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. *in Support of Motion to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement* (Gant, Scott) (Entered: 01/28/2022) |
| 01/28/2022 | 5404 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for attorney fees *Payment of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards* (Hedlund, Daniel) (Entered: 01/28/2022) |
| 01/28/2022 | 5405 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for attorney fees 5404 (Hedlund, Daniel) (Entered: 01/28/2022) |
| 01/28/2022 | 5406 | DECLARATION of Daniel C. Hedlund and Adam J. Zapala regarding motion for attorney fees 5404 (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1-30) (Hedlund, Daniel) (Entered: 01/28/2022) |
| 01/31/2022 | 5407 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to the Tyson's motion for preliminary injunction, motion for permanent injunction 5355 is set for 2/3/2022 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and |

rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/31/2022)

| Date | Doc # | Description |
|------|-------|-------------|
| 02/01/2022 | 5408 | MOTION by Attorney Emily K. Bolles to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided (Phair, Ryan) (Entered: 02/01/2022) |
| 02/01/2022 | 5409 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5408 is granted. Attorney Emily K Bolles terminated. Mailed notice. (ecw, ) (Entered: 02/01/2022) |
| 02/03/2022 | 5410 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 2/3/2022. Defendant Tyson Foods, Inc.'s Motion for Preliminary and Permanent Injunctions 5355 is entered and continued. Mailed notice. (ecw, ) (Entered: 02/03/2022) |
| 02/03/2022 | 5411 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing for an oral ruling on Defendant Tyson Foods, Inc.'s Motion for Preliminary and Permanent Injunction 5355 is set for 2/8/2022 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 02/03/2022) |
| 02/04/2022 | 5412 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19123308. (Dickson, Andrew) (Entered: 02/04/2022) |
| 02/04/2022 | 5413 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5412 is granted. Attorney Andrew Blaine Dickson for Perdue Farms, Inc. and Perdue Foods LLC added. Mailed notice. (ecw, ) (Entered: 02/04/2022) |
| 02/04/2022 | 5414 | MOTION by Attorney Rucha Desai to withdraw as attorney for Wayne Farms, LLC. No party information provided (Ondeck, Christopher) (Entered: 02/04/2022) |
| 02/04/2022 | 5415 | Notice of Designation of Co-Liaison Counsel by Track 2 DAPs (Gant, Scott) (Entered: 02/04/2022) |
| 02/04/2022 | 5416 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5414 is granted. Attorney Rucha A Desai terminated. Mailed notice. (ecw, ) (Entered: 02/04/2022) |
| 02/04/2022 | 5417 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing for oral argument on the Motion to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement 5163 is set for 2/17/2022 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued |

| | | media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 02/04/2022) |
|---|---|---|
| 02/07/2022 | 5418 | WITHDRAWING *Brittany Resch* as counsel for Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs and substituting Daniel C Hedlund as counsel of record (Hedlund, Daniel) (Entered: 02/07/2022) |
| 02/07/2022 | 5419 | TRANSCRIPT OF PROCEEDINGS held on 02/03/2022 before the Honorable Thomas M. Durkin. Motion for Preliminary and Permanent Injunctions. Order Number: 42548. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 2/28/2022. Redacted Transcript Deadline set for 3/10/2022. Release of Transcript Restriction set for 5/9/2022. (Carrion, Elia) (Entered: 02/07/2022) |
| 02/07/2022 | 5420 | AMENDED complaint by Compass Group USA, Inc. against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit A - Redline)(Eddy, David) (Entered: 02/07/2022) |
| 02/08/2022 | 5421 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing held on 2/8/2022. For the reasons stated on the record, Defendant Tyson Foods, Inc.'s Motion for Preliminary and Permanent Injunctions 5355 is denied. Mailed notice. (ecw, ) (Entered: 02/08/2022) |
| 02/08/2022 | 5422 | SCHEDULING ORDER NO. 17 (FOR TRACK 1 ACTIONS): The Court enters this Scheduling Order No. 17 (For Track One Actions) based on its review and consideration of the parties' Joint Letter Brief on Scheduling Order No. 17 For Track 1 Actions 5350 and the separate submissions concerning proposed Scheduling Order No. 17 from Plaintiffs and Defendants [5350-1] [5350-2]. Signed by the Honorable Jeffrey T. Gilbert on 2/8/2022. Mailed notice(ber, ) (Entered: 02/08/2022) |
| 02/08/2022 | 5423 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the Joint Status Report Regarding Discovery Schedule for Track 2 5241 . In accordance with Track Two Plaintiffs' proposal, the Court orders the parties to meet and confer by 2/28/22 concerning (1) what, if any, discovery Track Two |

Plaintiffs want to conduct while Defendants' anticipated motions to dismiss Track Two Plaintiffs' forthcoming amended complaint (to be filed by 2/14/22 5305 ) are pending, and (2) the parties' positions on what, if any, of that discovery should proceed while the contemplated motions to dismiss are pending. The parties shall file a joint report by 3/8/22 that reflects any agreements the parties have reached based on their discussions and includes a short summary of the matters as to which the parties disagree and/or are at impasse. If the parties need additional time to file the status report, they should file a short motion to that effect. Mailed notice (ber, ) (Entered: 02/08/2022)

| 02/08/2022 | 5424 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing on various pending motions to compel [ 4703 , 4738 , 4777 , 4795 , 4822 ] set for 2/18/22 at 10:00 a.m. Prior to the hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, access code: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 02/08/2022) |
| --- | --- | --- |
| 02/09/2022 | 5425 | TRANSCRIPT OF PROCEEDINGS held on 02/08/2022 before the Honorable Thomas M. Durkin. Ruling on Motion for Preliminary and Permanent Injunctions. Order Number: 42602. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 3/2/2022. Redacted Transcript Deadline set for 3/14/2022. Release of Transcript Restriction set for 5/10/2022. (Carrion, Elia) (Entered: 02/09/2022) |
| 02/09/2022 | 5426 | STIPULATION Concerning Waiver of Service re Compass Group USA, Inc. (Laytin, Daniel) (Entered: 02/09/2022) |
| 02/10/2022 | 5427 | MINUTE entry before the Honorable Thomas M. Durkin: The Track Two DAPs and Defendants have agreed to the following adjustment to the schedule entered on 12/20/2022 5305 : the deadline to file a consolidated amended complaint and for the parties to submit a proposed motion to dismiss briefing schedule is extended to 2/28/2022. Mailed notice. (ecw, ) (Entered: 02/10/2022) |
| 02/10/2022 | 5428 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The motion hearing previously set for 2/18/22 5424 is stricken. Direct Action Plaintiffs' liaison counsel notified the Court's courtroom deputy by email that DAP counsel have a conflict on that date and also on an alternative date that the Court proposed via |

| | | email. In turn, the Court has conflicts on the alternative dates proposed by DAPs. Accordingly, the Court will work with counsel to reschedule the motion hearing. Mailed notice (ber, ) (Entered: 02/10/2022) |
|---|---|---|
| 02/11/2022 | 5429 | ORDER: Rabobank's motion to dismiss 4874 is granted, and the claims against defendants Utrecht-America Holdings, Inc., Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., and Coperatieve Rabobank, U.A., New York Branch, are dismissed with prejudice. Signed by the Honorable Thomas M. Durkin on 2/11/2022. Mailed notice. (ecw, ) (Entered: 02/11/2022) |
| 02/11/2022 | 5430 | MOTION by Plaintiff Direct Purchaser Plaintiffs for First Distribution of Net Settlement Proceeds *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for First Distribution of Net Settlement Proceeds)* (Pearson, Michael) (Entered: 02/11/2022) |
| 02/11/2022 | 5431 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for miscellaneous relief 5430 *(Direct Purchaser Plaintiffs' Memorandum in Support of Motion for First Distribution of Net Settlement Proceeds)* (Attachments: # 1 Declaration of Michael H. Pearson, # 2 Declaration of Lorri Staal, # 3 Exhibit A to Declaration of Lorri Staal)(Pearson, Michael) (Entered: 02/11/2022) |
| 02/11/2022 | 5432 | MOTION by Plaintiff Giant Eagle, Inc. to withdraw *Appearance of Rachel A. Beckman* (Cain-Mannix, Moira) (Entered: 02/11/2022) |
| 02/11/2022 | 5433 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 5432 is granted. Attorney Rachel Anne Beckman terminated. Mailed notice. (ecw, ) (Entered: 02/11/2022) |
| 02/11/2022 | 5434 | ORDER Granting Direct Purchase Plaintiffs' Motion for First Distribution of Net Settlement Proceeds 5430 . Signed by the Honorable Thomas M. Durkin on 2/11/2022. Mailed notice. (ecw, ) (Entered: 02/11/2022) |
| 02/11/2022 | 5435 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing on various pending motions to compel [ 4703 , 4738 , 4777 , [4795,] 4822 ] set for 3/4/22 at 10:00 a.m. Prior to the hearing, Please click on this hyper link: https://teleconference.uc.att.com/ecm/#bp=8773361829&mac=1022195 to take you to Judge Gilbert's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877) 336-1829, access code: 1022195#. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 02/11/2022) |
| 02/14/2022 | 5436 | NOTICE by Shiyang Huang re MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Awards* 5160 , memorandum in opposition to motion, 5167 *notice of supplemental authority* (Attachments: # 1 Exhibit A - ATRS Opinion, 2022 U.S. App. LEXIS 3556 (1st Cir. Feb. 9, 2022)) (Huang, Shiyang) (Entered: 02/14/2022) |

| 02/14/2022 | 5437 | NOTICE by Shiyang Huang re MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Awards* 5160 , memorandum in opposition to motion, 5167 *CORRECTED NOTICE OF SUPPLEMENTAL AUTHORITY* (Attachments: # 1 Exhibit A - ATRS Opinion, 2022 U.S. App. LEXIS 3556 (1st Cir. Feb. 9, 2022))(Huang, Shiyang) (Entered: 02/14/2022) |
|---|---|---|
| 02/16/2022 | 5438 | EXHIBIT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Corrected Exhibit 21 to Declaration of Daniel C. Hedlund and Adam J. Zapala regarding motion for attorney fees* regarding declaration 5406 (Morales, Melinda) (Entered: 02/16/2022) |
| 02/16/2022 | 5439 | MEMORANDUM Opinion and Order: For the reasons stated in the Court's Memorandum Opinion and Order, Bojangles' Restaurants, Inc. and Bojangles OPCO, LLC's Motion to Compel 30(b)(6) Deposition of Cheney [ECF No. 4932 ] is denied. Signed by the Honorable Jeffrey T. Gilbert on 2/16/2022. Mailed notice(ber, ) (Entered: 02/16/2022) |
| 02/17/2022 | 5440 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing for oral argument on the Motion to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement 5163 held on 2/17/2022. Mailed notice. (ecw, ) (Entered: 02/17/2022) |
| 02/17/2022 | 5441 | MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. for entry of judgment under Rule 54(b) *as to the Rabobank Defendants* (Gant, Scott) (Entered: 02/17/2022) |
| 02/17/2022 | 5442 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs Independent Purchasing Cooperative, Inc., Quirch Foods, LLC, and Supply Management Services, Inc.'s Motion for Joinder in Chick-Fil-A, Inc.'s Motion to Partially Reconsider the September 22, 2020 Order and Objection to Magistrate Judge's May 7 and May 13, 2021 Orders 4706 is moot in light of the Court's order of 10/15/2021 5128 and oral ruling of 12/20/2021 5322 5315 . Mailed notice. (ecw, ) (Entered: 02/17/2022) |
| 02/17/2022 | 5443 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' Motion to Approve the Manner and Form of Class Notice 4764 is granted in accordance with the Court's ruling approving the settlement on 12/20/2021 5303 5304 5315 . Mailed notice. (ecw, ) (Entered: 02/17/2022) |
| 02/18/2022 | 5444 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19170210. (Whittington, Rebekah) (Entered: 02/18/2022) |
| 02/18/2022 | 5445 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5444 is granted. Attorney Rebekah Lee Whittington for Harrison Poultry, Inc. added. Mailed notice. (ecw, ) (Entered: 02/18/2022) |
| 02/18/2022 | 5446 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff Aldi's Motion for Leave to File Memorandum of Law under Seal 4794 , Plaintiff Ahold's Motion to File Instanter Notice of Supplemental Facts 4917 and Defendants' Motion for Leave to File Reply Brief under Seal 4923 are granted. Mailed notice (ber, ) (Entered: 02/18/2022) |
| 02/18/2022 | 5447 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule on the motion for entry of judgment under Rule 54(b) as to the Rabobank Defendants 5441 : the Rabobank |

Defendants' response will be due on or before 3/10/2022 and the Rabobank DAPs' reply will be due on or before 3/24/2022. Mailed notice. (ecw, ) (Entered: 02/18/2022)

| | | |
|---|---|---|
| 02/22/2022 | 5448 | TRANSCRIPT OF PROCEEDINGS held on 02/17/2022 before the Honorable Thomas M. Durkin. Oral Argument. Order Number: 42665. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/15/2022. Redacted Transcript Deadline set for 3/25/2022. Release of Transcript Restriction set for 5/23/2022. (Carrion, Elia) (Entered: 02/22/2022) |
| 02/24/2022 | 5449 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Action Plaintiffs' Motion for Entry of an Order Preventing Any Defendant From Relying on the Absence of Evidence About, or Consideration of, the Possible or Actual Effects of Alleged or Potential Bid-Rigging 4637 is withdrawn without prejudice. Mailed notice. (ecw, ) (Entered: 02/24/2022) |
| 02/28/2022 | 5450 | NOTICE by Jill M. Manning of Change of Address (Manning, Jill) (Entered: 02/28/2022) |
| 02/28/2022 | 5451 | MINUTE entry before the Honorable Thomas M. Durkin: The United States' motion 5325 to extend limited deposition stays until 5/6/2022 is granted except as to the three individuals and one company noted in the sealed motion. Mailed notice. (ecw, ) (Entered: 02/28/2022) |
| 02/28/2022 | 5452 | MINUTE entry before the Honorable Thomas M. Durkin: Non-party Jason Penn's motion for a protective order 4575 is granted. No deposition of Mr. Penn will take place in this case until after May 6, 2022. Unlike other witnesses who have filed similar motions, Mr. Penn has been indicted. To allow his deposition at this time while his criminal trial is ongoing would interfere with his ability to assist counsel in his own defense and might otherwise interfere with that trial. Mailed notice. (ecw, ) (Entered: 02/28/2022) |
| 02/28/2022 | 5453 | STIPULATION of Dismissal *Against Tyson Defendants.* (Phair, Ryan) (Entered: 02/28/2022) |
| 02/28/2022 | 5454 | STIPULATION of Dismissal *Against Tyson Defendants.* (Phair, Ryan) (Entered: 02/28/2022) |
| 02/28/2022 | 5455 | SEALED DOCUMENT by Plaintiff Track 2 DAPs *Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Attachments: # 1 Exhibit Redlined Version)(Porter, Julie) (Entered: 02/28/2022) |
| 02/28/2022 | 5456 | *Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* AMENDED complaint by Track 2 DAPs against All Defendants *(Redacted Public Version)* (Porter, Julie) (Entered: 02/28/2022) |
| 03/01/2022 | 5457 | MINUTE entry before the Honorable Thomas M. Durkin: The Track Two DAPs and Defendants have agreed to the following briefing schedule for any Defendant |

motion(s) to dismiss filed in response to the Track 2 DAPs consolidated amended complaint. Defendants' motion(s) are due by 4/29/2022. Track 2 DAP response(s) are due by 6/28/2022. Defendants' reply brief(s) are due by 7/28/2022. Mailed notice. (ecw, ) (Entered: 03/01/2022)

| 03/01/2022 | 5458 | STIPULATION of Dismissal *[AND PROPOSED ORDER] With Prejudice of Defendant Pilgrim's Pride Corporation* (Shapiro, Jay) (Entered: 03/01/2022) |
| 03/01/2022 | 5459 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 15(a) and 41(a) and pursuant to stipulation 5453 , Ahold Delhaize USA, Inc.'s claims against Defendant Tyson are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Mailed notice. (ecw, ) (Entered: 03/01/2022) |
| 03/02/2022 | 5460 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 41(a) and pursuant to stipulation 5458 , Plaintiff Supply Management Services, Inc.'s claims against Defendant Pilgrim's Pride Corporation are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Mailed notice. (ecw, ) (Entered: 03/02/2022) |
| 03/02/2022 | 5461 | MINUTE entry before the Honorable Thomas M. Durkin: The Joint Motion and Stipulation for Dismissal with Prejudice at dkt. 5454 contained the incorrect case number. The stipulation applies to 21 C 4674 rather than 18 C 702. Pursuant to Federal Rules of Civil Procedure 15(a) and 41(a) and pursuant to stipulation 5454 , Plaintiff Sodexo's claims against Defendant Tyson are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Mailed notice. (ecw, ) (Entered: 03/02/2022) |
| 03/02/2022 | 5462 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the dismissal of Direct Action Plaintiff Ahold Delhaize USA, Inc.'s claims against the Tyson Defendants [5453, 5459], Plaintiff Ahold Delhaize's Motion to Compel Tyson Deposition 4777 is, at the parties' written request to the Court's courtroom deputy via email, withdrawn as moot. Mailed notice (ber, ) (Entered: 03/02/2022) |
| 03/03/2022 | 5463 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The ALDI Plaintiffs and Tyson Defendants emailed the Court's courtroom deputy to say they have resolved the only remaining dispute at issue in the ALDI Plaintiffs' Motion to Compel Individualized Discovery 4795 . Accordingly, at the parties' request, the Motion is withdrawn without prejudice. Mailed notice (ber, ) (Entered: 03/03/2022) |
| 03/03/2022 | 5464 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, Certain Direct Action Plaintiffs' Motion to Compel Mountaire Employee Bruce Mooney as a Document Custodian (ECF No. 4738 ) is denied. Signed by the Honorable Jeffrey T. Gilbert on 3/3/2022. Mailed notice (ber, ) (Entered: 03/03/2022) |
| 03/03/2022 | 5465 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' Motion for an Evidentiary Hearing on Class Certification 4639 is granted. An evidentiary hearing on the class plaintiffs' motions for class certification is set for 5/10/2022 at 9:00 a.m. and 5/11/2022 at 9:00 a.m. The courtroom location will be determined at a later date. Mailed notice. (ecw, ) (Entered: 03/03/2022) |
| 03/04/2022 | 5466 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone hearing held on 3/4/22 on Direct-Action Plaintiff Ahold Delhaize's Motion to Compel Pilgrim's Pride Depositions 4703 and Defendants' Motion To Compel Additional Depositions Of Sysco And Ahold And For An Award Of Certain Costs And Fees 4822 . For the reasons discussed on the record, Direct-Action Plaintiff Ahold |

Delhaize's Motion to Compel Plaintiffs' Price Depositions 4703 is denied without prejudice. For the reasons discussed on the record, Defendants' Motion To Compel Additional Depositions Of Sysco And Ahold And For An Award Of Certain Costs And Fees 4822 is denied without prejudice as to Defendants' request for additional Ahold and Sysco depositions and is denied as to the issues raised concerning the Sysco Rule 30(b)(6) deposition. The parties are directed to the transcript of the hearing for a complete record of the proceedings. All counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. As discussed at the end of the hearing, if the parties need additional time to file the joint report that is currently due 3/8/22 5423 , counsel will confer and send an email to the Court's courtroom deputy with an agreed date for the filing of that report. Mailed notice (ber, ) Modified on 3/4/2022 (ber, ). (Entered: 03/04/2022)

| 03/04/2022 | 5467 | JOINDER by Plaintiffs Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC, Perkins LLC in Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial - ECF No. 5455 (Reichline, Cindy) Modified on 3/7/2022 (ecw, ). (Entered: 03/04/2022) |
| --- | --- | --- |
| 03/07/2022 | 5468 | STIPULATION of Dismissal *Against Tyson Defendants* (Phair, Ryan) (Entered: 03/07/2022) |
| 03/07/2022 | 5469 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rules of Civil Procedure 15(a) and 41(a) and pursuant to stipulation 5468 , Plaintiff ALDI Inc.'s claims against Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group Georgia Division LLC (collectively referred to as "Tyson") are dismissed with prejudice, with each side bearing its own attorneys' fees and costs. Mailed notice. (ecw, ) (Entered: 03/07/2022) |
| 03/08/2022 | 5470 | MINUTE entry before the Honorable Jeffrey T. Gilbert: By agreement the Track 2 DAPs and Defendants shall file a report by 3/29/22 that addresses the matters contained in the Court's order of 2/8/22 5423 . Mailed notice (ber, ) (Entered: 03/08/2022) |
| 03/10/2022 | 5471 | RESPONSE by Rabobank to MOTION by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. for entry of judgment under Rule 54(b) < 5441 (Doyle, David) (Entered: 03/10/2022) |
| 03/14/2022 | 5472 | ORDER: For the reasons stated in the attached order, the motions to stay depositions 4585 4579 4619 4577 are denied. Signed by the Honorable Thomas M. Durkin on 3/14/2022. Mailed notice. (ecw, ) (Entered: 03/14/2022) |
| 03/14/2022 | 5473 | TRANSCRIPT OF PROCEEDINGS held on 3/4/2022 before the Honorable Jeffrey T. Gilbert. Order Number: 42779. Court Reporter Contact Information: Amy Spee, amyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, |

| | | see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
|---|---|---|
| | | Redaction Request due 4/4/2022. Redacted Transcript Deadline set for 4/14/2022. Release of Transcript Restriction set for 6/13/2022. (Spee, Amy) Modified on 3/15/2022 (cdh, ). (Entered: 03/14/2022) |
| 03/14/2022 | 5474 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to seal *its Motion to Disqualify Dr. Alan S. Frankel from Serving as an Expert* (Plunkett, Denise) (Entered: 03/14/2022) |
| 03/14/2022 | 5475 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to Disqualify Dr. Alan S. Frankel from Serving as an Expert (and Supporting Memo of Law) (Attachments: # 1 Exhibit Declaration of Michael L. Keeley (with attachments), # 2 Exhibit Declaration of Kail J. Jethmalani (with attachments))(Plunkett, Denise) (Entered: 03/14/2022) |
| 03/14/2022 | 5476 | *NOTICE of Motion to Disqualify Dr. Alan S. Frankel from Serving as an Expert* NOTICE of Motion by Denise Lynne Plunkett for presentment of (Plunkett, Denise) (Entered: 03/14/2022) |
| 03/15/2022 | 5477 | MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for leave to file under seal 5474 is granted. The parties have agreed to the following briefing schedule on Defendant Tyson's Motion to Disqualify Dr. Alan S. Frankel from Serving as an Expert 5475 : the Retaining DAPs' opposition is due on or before 4/4/2022; Tyson's reply is due on or before 4/18/2022. Oral argument on the motion will be scheduled at a later time if the Court finds it necessary. Mailed notice. (ecw, ) (Entered: 03/15/2022) |
| 03/15/2022 | 5478 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.to Disqualify Dr. Alan S. Frankel from Serving as an Expert (and Supporting Memo of Law) - PUBLIC REDACTED Version (Attachments: # 1 Exhibit A - Keeley Declaration (with attachments), # 2 Exhibit B - Jethmalani Declaration (with attachments))(Plunkett, Denise) (Entered: 03/15/2022) |
| 03/18/2022 | 5479 | MOTION by Intervenor Timothy Stiller for reconsideration regarding order on motion to compel, order on sealed motion,, order on motion to intervene, 5472 (Frost, Kristen) (Entered: 03/18/2022) |
| 03/18/2022 | 5480 | MOTION by Attorney Stephen M. Rees to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 03/18/2022) |
| 03/18/2022 | 5481 | MOTION by Attorney Tucker Robert Hunter to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 03/18/2022) |
| 03/21/2022 | 5482 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to withdraw as attorney 5480 5481 are granted. Attorneys Tucker Robert Hunter and Stephen M. Rees terminated. Mailed notice. (ecw, ) (Entered: 03/21/2022) |
| 03/21/2022 | 5483 | MINUTE entry before the Honorable Thomas M. Durkin: Timothy Stiller has moved to reconsider the Court's order denying his motion for a protective order and compelling his deposition 5472 . Stiller argues that the Court stayed Jayson Penn's deposition because he is a "criminal defendant," R. 5472 at 2, and so his |

| | | deposition should be stayed too because he has been named. The Court's language was imprecise. The Court stayed Jason Penn's deposition because he is currently on trial. Stiller is not, so his deposition must proceed for the reasons stated in the Court's order. Stiller's motion to reconsider 5479 is denied. Mailed notice. (ecw, ) (Entered: 03/21/2022) |
|---|---|---|
| 03/21/2022 | 5484 | MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to withdraw *APPEARANCE OF KEVIN J. WHELAN* (Whelan, Kevin) (Entered: 03/21/2022) |
| 03/21/2022 | 5485 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 5484 is granted. Attorney Kevin James Whelan terminated. Mailed notice. (ecw, ) (Entered: 03/21/2022) |
| 03/23/2022 | 5486 | MOTION by Attorney Ethan Charles Glass to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (Bonanno, Michael) (Entered: 03/23/2022) |
| 03/23/2022 | 5487 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5486 is granted. Attorney Ethan Charles Glass terminated. Mailed notice. (ecw, ) (Entered: 03/23/2022) |
| 03/24/2022 | 5488 | REPLY by Plaintiffs Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. *in support of motion for entry of judgment under Rule 54(b) as to the Rabobank Defendants* (Gant, Scott) (Entered: 03/24/2022) |
| 03/28/2022 | 5489 | NOTICE by Kylie Sue Wood of Change of Address *or Name* (Wood, Kylie) (Entered: 03/28/2022) |
| 03/28/2022 | 5490 | NOTICE by Lawrence Harris Heftman of Change of Address *or Name* (Heftman, Lawrence) (Entered: 03/28/2022) |
| 03/28/2022 | 5491 | NOTICE by Suzanne L Wahl of Change of Address *or Name* (Wahl, Suzanne) (Entered: 03/28/2022) |
| 03/28/2022 | 5492 | NOTICE by Robert J Wierenga of Change of Address *or Name* (Wierenga, Robert) (Entered: 03/28/2022) |
| 03/28/2022 | 5493 | NOTICE by Margaret A. Hickey of Change of Address *or Name* (Hickey, Margaret) (Entered: 03/28/2022) |
| 03/28/2022 | 5494 | STIPULATION of Dismissal *[AND PROPOSED ORDER] With Prejudice of Defendant Pilgrim's Pride Corporation* (Phair, Ryan) (Entered: 03/28/2022) |
| 03/28/2022 | 5495 | MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to join *TYSON DEFENDANTS' MOTION TO DISQUALIFY DR. ALAN S. FRANKEL FROM SERVING AS AN EXPERT* (Laytin, Daniel) (Entered: 03/28/2022) |
| 03/28/2022 | 5496 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *DEFENDANTS' MOTION TO JOIN TYSON DEFENDANTS' MOTION TO DISQUALIFY DR. ALAN S. FRANKEL FROM SERVING AS AN EXPERT* (Laytin, Daniel) (Entered: 03/28/2022) |

| 03/29/2022 | 5497 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to stipulation 5494 , Plaintiff Chick-fil-A, Inc.'s claims against Defendant Pilgrim's Pride Corporation are dismissed with prejudice, with each side bearing their own attorneys' fees, costs, and expenses. Mailed notice. (ecw, ) (Entered: 03/29/2022) |
|---|---|---|
| 03/29/2022 | 5498 | ATTORNEY Appearance for Plaintiff Carl Buddig & Co., Inc. by Mark T Ciani (Ciani, Mark) (Entered: 03/29/2022) |
| 03/29/2022 | 5499 | ATTORNEY Appearance for Plaintiff Caesars Enterprise Services, LLC by Mark T Ciani (Ciani, Mark) (Entered: 03/29/2022) |
| 03/29/2022 | 5500 | MOTION by Attorney Yonaton Rosenzweig to withdraw as attorney for Caesars Enterprise Services, LLC, Carl Buddig & Co., Inc.. No party information provided (Ciani, Mark) (Entered: 03/29/2022) |
| 03/29/2022 | 5501 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5500 is granted. Attorney Yonaton M. Rosenzweig terminated. Mailed notice. (ecw, ) (Entered: 03/29/2022) |
| 03/29/2022 | 5502 | STATUS Report *Joint Status Report re Track Two Discovery* by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Laytin, Daniel) (Entered: 03/29/2022) |
| 04/01/2022 | 5503 | MOTION by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to substitute attorney (Douglass, Richard) (Entered: 04/01/2022) |
| 04/01/2022 | 5504 | MOTION by Plaintiffs Action Meat Distributors, Inc., Alex Lee, Inc., Associated Grocers of New England, Inc., Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., KJ 2019 Holdings, LLC, Pacific Foods of Oregon, L.L.C., Piggly Wiggly Alabama Distributing Co., Inc., Schnuck Markets, Inc., Spartannash Company, Troyer Foods, Inc., Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Unknown Affiliated Foods, Inc., Movants Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation for leave to file *CERTAIN DAPs UNCONTESTED MOTION FOR LEAVE TO FILE EXCESS PAGES* (Lifvendahl, Eric) (Entered: 04/01/2022) |
| 04/01/2022 | 5505 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 5503 is granted. Attorney Richard George Douglass terminated. Attorney Christopher S. Moore is granted leave to appear for Koch Foods. Mailed notice. (ecw, ) (Entered: 04/01/2022) |
| 04/01/2022 | 5506 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file excess pages 5504 is granted. Mailed notice. (ecw, ) (Entered: 04/01/2022) |
| 04/01/2022 | 5507 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Christopher S. Moore (Moore, Christopher) (Entered: 04/01/2022) |
| 04/04/2022 | 5508 | MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs for leave to file *Under Seal Affiliated Foods and Winn Dixie Daps' Opposition to the Tyson Defendants' Motion to Disqualify Dr. Frankel* (Lifvendahl, Eric) (Entered: 04/04/2022) |

| 04/04/2022 | 5509 | SEALED Opposition to the Tyson Defendants' Motion to Disqualify Dr. Frankel 5508 by Affiliated Foods and Winn Dixie DAPs (Lifvendahl, Eric) Modified on 4/4/2022 (ecw, ). (Entered: 04/04/2022) |
| --- | --- | --- |
| 04/04/2022 | 5510 | ENTERED IN ERROR. (Lifvendahl, Eric) Modified on 4/4/2022 (gcy, ). (Entered: 04/04/2022) |
| 04/04/2022 | 5511 | DECLARATION of Gregory K. Arenson regarding motion to seal document, 5509 , motion to seal document,, 5510 , motion for leave to file 5508 *Declaration of Gregory K. Arenson* (Lifvendahl, Eric) (Entered: 04/04/2022) |
| 04/04/2022 | 5512 | SEALED DOCUMENT by Plaintiff Affiliated Foods, Inc.'s Plaintiffs *Declaration of Alan S. Frankel* (Lifvendahl, Eric) (Entered: 04/04/2022) |
| 04/04/2022 | 5513 | MOTION by Attorney John S. Martin to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided (Phair, Ryan) (Entered: 04/04/2022) |
| 04/04/2022 | 5514 | MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for leave to file under seal 5508 is granted. Mailed notice. (ecw, ) (Entered: 04/04/2022) |
| 04/04/2022 | 5515 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5513 is granted. Attorney John S Martin terminated. Mailed notice. (ecw, ) (Entered: 04/04/2022) |
| 04/04/2022 | 5516 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *(Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Final Approval of the Settlements with Defendants Amick, Fieldale, George's, Mar-Jac, Peco, Pilgrim's Pride, and Tyson)* (Zapala, Adam) (Entered: 04/04/2022) |
| 04/04/2022 | 5517 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for settlement, 5516 (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit A to Zapala Declaration, # 3 Exhibit B to Zapala Declaration, # 4 Exhibit C to Zapala Declaration, # 5 Exhibit D to Zapala Declaration, # 6 Exhibit E to Zapala Declaration, # 7 Exhibit F to Zapala Declaration, # 8 Exhibit G to Zapala Declaration, # 9 Declaration of Eric Schachter, # 10 Exhibit A to Schachter Declaration, # 11 Exhibit B to Schachter Declaration, # 12 Exhibit C to Schachter Declaration, # 13 Exhibit D to Schachter Declaration, # 14 Exhibit E to Schachter Declaration, # 15 Exhibit F to Schachter Declaration)(Zapala, Adam) (Entered: 04/04/2022) |
| 04/05/2022 | 5518 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agree to the following briefing schedule on certain non-Tyson Defendants' motion to disqualify Dr. Frankel 5495 : Response by the Kroger and Publix Plaintiffs is due by 4/22/2022; Reply by the Moving Defendants is due by 5/6/2022. Mailed notice. (ecw, ) (Entered: 04/05/2022) |
| 04/06/2022 | 5519 | DECLARATION of Alan S. Frankel *in Opposition to the Tyson Defendants' and Other Defendants' Motion to Disqualify Him* (Lifvendahl, Eric) (Entered: 04/06/2022) |
| 04/06/2022 | 5520 | RESPONSE by Affiliated Foods, Inc.'s Plaintiffs, Winn-Dixie Stores, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to join *TYSON DEFENDANTS' MOTION TO DISQUALIFY DR. ALAN S. FRANKEL FROM 5495 , MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.* |

| | | *to Disqualify Dr. Alan S. Frankel from Serving as an Expert (and Supporting Memo of Law)* 5475 *(Lifvendahl, Eric) (Entered: 04/06/2022)* |
|---|---|---|
| 04/06/2022 | 5521 | NOTICE by Mark T Ciani of Change of Address (Ciani, Mark) (Entered: 04/06/2022) |
| 04/11/2022 | 5522 | MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of Judge Durkin's Order entered on 3/14/22 5472 denying certain motions to stay depositions and his Order entered on 3/21/22 5483 denying a motion to reconsider that decision 5479 , the Court would like the parties to begin the process of scheduling the previously stayed depositions so they can be completed at least 30 days before Track One summary judgment motions are due on 9/9/22 as contemplated by Scheduling Order No. 17 5422 . Therefore, the parties shall meet and confer and file by 4/25/22 a joint status report on their progress in scheduling these depositions among themselves and with the witnesses. That report should include, if possible, confirmed and/or proposed dates for the depositions and summarize issues or disagreements, if any, that could interfere with getting these depositions taken before 8/9/22. Mailed notice (ber, ) (Entered: 04/11/2022) |
| 04/11/2022 | 5523 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the Joint Status Report Regarding Track 2 Discovery 5502 . In that Report, Track 2 Direct Action Plaintiffs ("Track 2 Plaintiffs") ask the Court to clarify their ability to participate in certain previously stayed depositions with respect to the so-called supply reduction and Georgia Dock claims and also to pursue discovery they may need in the future to prosecute their bid rigging claims. The Court reads the Joint Status Report Regarding Track 2 Discovery 5502 to reflect apparent agreement by Track 2 Plaintiffs and Defendants that Track 2 Plaintiffs can participate in the previously stayed depositions addressed in Judge Durkin's Order of 2/28/22 5451 with respect to the so-called supply reduction and Georgia Dock claims when those depositions proceed. Defendants do not address directly, however, Track 2 Plaintiffs' desire potentially to depose the same witnesses again concerning bid rigging allegations and issues if, as, and when the Court permits such bid rigging discovery to proceed. Instead, Defendants appear to want to defer discussion of that issue until after the Court decides Rule 12 motions directed at Track 2 Plaintiffs' bid rigging claims that now are due by 4/29/22 5457 . Track 2 Plaintiffs' position on potentially being allowed to take a second deposition of certain witnesses whose depositions previously were stayed, and whose depositions still cannot proceed on bid rigging claims, is consistent with the Court's understanding of the permitted scope and scheduling of those previously stayed depositions. This procedure allows the previously stayed depositions to go forward so that Track 1 claims can proceed to summary judgment or trial in accordance with Scheduling Order No. 17 5422 despite the current stay on bid rigging discovery 5128 , 5322 at 12 et seq. It also promotes to the maximum extent feasible judicial economy and efficiency in moving this case forward as expeditiously as possible. While the Court also recognizes this approach has the potential to burden witnesses who may need to be deposed twice in these cases, it is not yet clear that those witnesses, in fact, will need to be deposed more than once. The Court also agrees with Defendants, however, that it cannot finally determine the proper scope of Track 2 discovery until after the Rule 12 motions are ruled upon. If this Order does not sufficiently clarify the matter of the scope of and procedure for moving forward with the previously stayed depositions, then a party or parties can seek further clarification and the Court will respond accordingly. Mailed notice (ber, ) (Entered: 04/11/2022) |
| 04/11/2022 | 5524 | DECLARATION of Eric Schachter regarding memorandum in support of motion,,, 5517 , motion for settlement, 5516 *(Corrected Declaration of Eric* |

| | | *Schachter in support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Final Approval for First Round Settlements)* (Attachments: # 1 Corrected Exhibit F)(Zapala, Adam) (Entered: 04/11/2022) |
|---|---|---|
| 04/11/2022 | 5525 | DECLARATION of Eric Schachter regarding memorandum in support of motion,,, 5517 , declaration, 5524 , motion for settlement, 5516 *(Corrected Declaration of Eric Schachter in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Final Approval for First Round Settlements)* (Attachments: # 1 Corrected Exhibit F)(Zapala, Adam) (Entered: 04/11/2022) |
| 04/12/2022 | 5526 | Notice by Commercial and Institutional Indirect Purchaser Plaintiffs *(Class Plaintiffs' Notice of Recent Decision)* (Attachments: # 1 Exhibit A)(Zapala, Adam) (Entered: 04/12/2022) |
| 04/12/2022 | 5527 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Simmons Foods, Inc., Simmons Prepared Foods, Inc. for leave to file *Instanter Motion for Partial Summary Judgment of All Track 1 Plaintiffs' Claims Alleging a Georgia Dock Conspiracy* (Attachments: # 1 Exhibit Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a Georgia Dock Conspiracy, # 2 Exhibit Memorandum in Support of Motion for Partial Summary Judgment, # 3 Exhibit Statement of Facts in Support of Motion for Partial Summary Judgment, # 4 Exhibit Exhibit Index for Motion for Partial Summary Judgment, # 5 Exhibit Exhibits A - U, # 6 Exhibit Exhibits V - TT)(Heftman, Lawrence) (Entered: 04/12/2022) |
| 04/12/2022 | 5528 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Motion for Leave to file Instanter Motion for Partial Summary Judgment of All Track 1 Plaintiffs' Claims Alleging a Georgia Dock Conspiracy* (Attachments: # 1 Exhibit Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a Georgia Dock Conspiracy, # 2 Exhibit Memorandum in Support of Motion for Partial Summary Judgment, # 3 Exhibit Statement of Facts in Support of Motion for Partial Summary Judgment, # 4 Exhibit Exhibit Index for Motion for Partial Summary Judgment, # 5 Exhibit Exhibits A U, # 6 Exhibit Exhibits V - TT)(Heftman, Lawrence) (Entered: 04/13/2022) |
| 04/13/2022 | 5529 | Joint Proposed Hearing Structure for Class Certification Hearing by End-User Consumer Plaintiffs (Berman, Steve) (Entered: 04/13/2022) |
| 04/13/2022 | 5530 | MINUTE entry before the Honorable Thomas M. Durkin: The Court approves the joint proposed hearing structure for the Class Certification Hearing 5529 . Mailed notice. (ecw, ) (Entered: 04/13/2022) |
| 04/14/2022 | 5531 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19342183. (Justus, Bradley) (Entered: 04/14/2022) |

| 04/14/2022 | 5532 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5531 is granted. Attorney Bradley David Justus for Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc. and Tyson Poultry, Inc. added. Mailed notice. (ecw, ) (Entered: 04/14/2022) |
| --- | --- | --- |
| 04/15/2022 | 5533 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19346634. (Stewart, Dennis) (Entered: 04/15/2022) |
| 04/15/2022 | 5534 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5533 is granted. Attorney Dennis Stewart for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice. (ecw, ) (Entered: 04/15/2022) |
| 04/18/2022 | 5535 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held by telephone on 4/18/2022 as to Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Final Approval of the Settlements with Defendants Amick, Fieldale, George's, Mar-Jac, Peco, Pilgrim's Pride and Tyson 5516 . Without objection, that motion is granted. Enter order. Mailed notice. (ecw, ) (Entered: 04/18/2022) |
| 04/18/2022 | 5536 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Final Approval of the Settlements with Defendants Amick, Fieldale, George's, Mar-Jac, Peco, Pilgrim's Pride, and Tyson. Signed by the Honorable Thomas M. Durkin on 4/18/2022. Mailed notice. (ecw, ) (Entered: 04/18/2022) |
| 04/18/2022 | 5537 | MINUTE entry before the Honorable Thomas M. Durkin: CIIPPs are to file a status report on fee distribution, as discussed during the 4/18/2022 motion hearing. Mailed notice. (ecw, ) (Entered: 04/18/2022) |
| 04/18/2022 | 5538 | Status Update to Court Regarding Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards by Commercial and Institutional Indirect Purchaser Plaintiffs (Hedlund, Daniel) (Entered: 04/18/2022) |
| 04/18/2022 | 5539 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to seal *Tyson Defendants' Reply in Support of their Motion to Disqualify Dr. Alan S. Frankel from Serving as an Expert* (Justus, Bradley) (Entered: 04/18/2022) |
| 04/18/2022 | 5540 | SEALED REPLY by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to response in opposition to motion,, 5520 *In Support Of Their Motion To Disqualify Dr. Alan S. Frankel From Serving As An Expert* (Justus, Bradley) (Entered: 04/18/2022) |
| 04/19/2022 | 5541 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal Tyson Defendants' reply in support of their motion to disqualify Dr. Alan S. Frankel from serving as an expert 5539 is granted. Mailed notice. (ecw, ) (Entered: 04/19/2022) |
| 04/19/2022 | 5542 | REPLY by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to response in opposition to motion,, 5520 *PUBLIC REDACTED Version of Tyson's Reply In Support Of Its Motion To Disqualify Dr. Frankel* (Justus, Bradley) (Entered: 04/19/2022) |
| 04/19/2022 | 5543 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Expenses, and Class |

| | | Representative Service Awards <u>5498</u>. Signed by the Honorable Thomas M. Durkin on 4/19/2022. Mailed notice. (ecw, ) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | <u>5544</u> | MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following briefing schedule on the Motion for Leave to file Instanter Motion for Partial Summary Judgment of All Track 1 Plaintiffs' Claims Alleging a Georgia Dock Conspiracy <u>5527</u> <u>5528</u> : Track 1 Plaintiffs' response is due by 5/25/2022; Non-Georgia Dock Defendants' reply is due by 6/1/2022. Mailed notice. (ecw, ) (Entered: 04/19/2022) |
| 04/21/2022 | <u>5545</u> | MOTION by Plaintiff Associated Wholesale Grocers, Inc.,Regarding Evidentiary Deadlines in Scheduling Order No. 17 (ECF No. 5422) *[Joint Motion]* (Attachments: # <u>1</u> Text of Proposed Order)(Owen, Daniel) (Entered: 04/21/2022) |
| 04/22/2022 | <u>5546</u> | MINUTE entry before the Honorable Thomas M. Durkin: The evidentiary hearing on the class plaintiffs' motions for class certification set for 5/10/2022 and 5/11/2022 at 9:00 a.m. will take place in courtroom 2119. The overflow courtroom will be 1350. Mailed notice. (ecw, ) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5547</u> | MINUTE entry before the Honorable Jeffrey T. Gilbert: Joint Motion Regarding Evidentiary Hearing Deadlines in Scheduling Order No. 17 (ECF NO. 5422) <u>5545</u> is granted. Enter Order. Mailed notice (ber, ) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5548</u> | ORDER GRANTING THE PARTIES' JOINT MOTION REGARDING EVIDENTIARY DEADLINES IN SCHEDULING ORDER NO. 17 (ECF NO. 5422). Signed by the Honorable Jeffrey T. Gilbert on 4/22/2022. Mailed notice(ber, ) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5549</u> | MOTION by Attorney Alex Brown to withdraw as attorney for Fieldale Farms Corporation. No party information provided (williams, valarie) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5550</u> | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney <u>5549</u> is granted. Attorney Alex Brown terminated. Mailed notice. (ecw, ) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5551</u> | MINUTE entry before the Honorable Thomas M. Durkin: Members of the public and media will be able to call in to listen to the evidentiary hearing on the class plaintiffs' motions for class certification set for 5/10/2022 and 5/11/2022 at 9:00 a.m. The call-in number is (650) 479-3207 and the call-in ID is 180 815 7648. Counsel of record will receive an email invitation with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5552</u> | MEMORANDUM by Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation in Opposition to motion to join, <u>5495</u> (Germaine, David) (Entered: 04/22/2022) |
| 04/22/2022 | <u>5553</u> | SEALED RESPONSE by Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super |

| | | Markets, Inc., Save-Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation to MOTION by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) to join *TYSON DEFENDANTS' MOTION TO DISQUALIFY DR. ALAN S. FRANKEL FROM* 5495 *(Germaine, David) (Entered: 04/22/2022)* |
|---|---|---|
| 04/22/2022 | 5554 | MOTION by Plaintiffs Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation to seal *Docket Entry 5552* (Germaine, David) (Entered: 04/22/2022) |
| 04/25/2022 | 5555 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to seal docket entry 5552 5554 is granted. Mailed notice. (ecw, ) (Entered: 04/25/2022) |
| 04/25/2022 | 5556 | MEMORANDUM by Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation in Opposition to motion to join, 5495 (Attachments: # 1 Exhibit A)(Germaine, David) (Entered: 04/25/2022) |
| 04/25/2022 | 5557 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone status hearing regarding the Motion to Disqualify Dr. Frankel from Serving as an Expert is set for 4/26/2022 at 1:30 p.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 04/25/2022) |
| 04/25/2022 | 5558 | MOTION by Plaintiff ARCOP, Inc. to reassign case *based on relatedness* (Attachments: # 1 Exhibit 1 - Complaint)(Esau, David) (Entered: 04/25/2022) |
| 04/25/2022 | 5559 | The Parties' Joint Submission on Scheduling Previously Stayed Fact Witness Depositions by Direct Purchaser Plaintiffs *, jointly submitted* (Bruckner, W.) (Entered: 04/25/2022) |
| 04/26/2022 | 5560 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff ARCOP, Inc.'s motion to reassign case based on relatedness 5558 is granted. This Court will recommend to the Executive Committee that case 22 C 2121 pending before Judge Kennelly be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 04/26/2022) |
| 04/26/2022 | 5561 | TRANSCRIPT OF PROCEEDINGS held on 04/18/2022 before the Honorable Thomas M. Durkin. Final Approval of Settlements. Order Number: 43058. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court |

| | | Reporter Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/17/2022. Redacted Transcript Deadline set for 5/27/2022. Release of Transcript Restriction set for 7/25/2022. (Carrion, Elia) (Entered: 04/26/2022) |
|---|---|---|
| 04/26/2022 | 5562 | MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. to set a briefing schedule - *ON BEHALF OF TRACK 2 DEFENDANTS - AND FILE EXCESS PAGES* (Murray, Lynn) (Entered: 04/26/2022) |
| 04/26/2022 | 5563 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing regarding the Motion to Disqualify Dr. Frankel from Serving as an Expert held on 4/26/2022. As discussed on the record, privileged documents are to be turned over to the courtroom deputy by 5/2/2022. Mailed notice. (ecw, ) (Entered: 04/26/2022) |
| 04/27/2022 | 5564 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion regarding page limits and briefing deadlines for motions to dismiss Track Two Plaintiffs' Amended Consolidated Complaint 5562 is granted. The briefing scheduled outlined in docket entry # 5457 is amended as follows: Motions to dismiss are due by 5/6/2022; Oppositions are due by 7/12/2022; Replies are due by 8/17/2022. Defendants may file a combined brief on common issues of no more than 25 pages. Mailed notice. (ecw, ) (Entered: 04/27/2022) |
| 04/28/2022 | 5565 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Heather Ann Bartels (Bartels, Heather) (Entered: 04/28/2022) |
| 04/28/2022 | 5566 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Kathleen Murray (Murray, Kathleen) (Entered: 04/28/2022) |
| 04/29/2022 | 5567 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone conference for an oral ruling on Plaintiffs' Motion to Preclude Enforcement of Certain Defendants' Judgment Sharing Agreement 5163 is set for 5/5/2022 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 04/29/2022) |
| 04/29/2022 | 5568 | MEMORANDUM Opinion and Order: For the reasons stated in the accompanying Memorandum Opinion and Order, the motion for entry of final judgment 5441 is granted. The Court finds there is no just reason for delay and enters final judgment in favor of defendants Utrecht-America Holdings, Inc., Rabo AgriFinance LLC, Rabobank USA Financial Corporation, Utrecht-America Finance Co., and Coperatieve Rabobank, U.A., New York Branch. Signed by the Honorable Thomas M. Durkin on 4/29/2022. Mailed notice. (ecw, ) (Entered: 04/29/2022) |

| 04/29/2022 | 5569 | MEMORANDUM by End-User Consumer Plaintiffs *End-User Consumer Plaintiffs' Supplemental Memorandum Regarding Proposed Litigation Class Definition* (Berman, Steve) (Entered: 04/29/2022) |
| --- | --- | --- |
| 05/03/2022 | 5570 | MINUTE entry before the Honorable Thomas M. Durkin: The evidentiary hearing on the class plaintiffs' motions for class certification set for 5/10/2022 and 5/11/2022 at 9:00 a.m. will take place in courtroom 1441, not in courtroom 2119. The overflow courtroom will still be 1350. Mailed notice. (ecw, ) (Entered: 05/03/2022) |
| 05/03/2022 | 5571 | ENTERED IN ERROR (Carrion, Elia) Modified on 5/3/2022 (ecw, ). (Entered: 05/03/2022) |
| 05/03/2022 | 5572 | NOTICE of Correction regarding transcript 5571 . (ecw, ) (Entered: 05/03/2022) |
| 05/03/2022 | 5573 | TRANSCRIPT OF PROCEEDINGS held on 04/26/2022 before the Honorable Thomas M. Durkin. Status Hearing. Order Number: 43114. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/24/2022. Redacted Transcript Deadline set for 6/3/2022. Release of Transcript Restriction set for 8/1/2022. (Carrion, Elia) (Entered: 05/03/2022) |
| 05/04/2022 | 5574 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19426695. (Attachments: # 1 Attachment to Motion)(Funk, Katherine) (Entered: 05/04/2022) |
| 05/04/2022 | 5575 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Katherine I. Funk (Funk, Katherine) (Entered: 05/04/2022) |
| 05/04/2022 | 5576 | ATTORNEY Appearance for Plaintiffs Fargo Stopping Center LLC, Sargent's by James Gerard Beebe Dallal (Dallal, James) (Entered: 05/04/2022) |
| 05/04/2022 | 5577 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5574 is granted. Attorney Katherine I. Funk for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc. and Koch Meats Co., Inc. added. Mailed notice. (ecw, ) (Entered: 05/04/2022) |
| 05/04/2022 | 5578 | ORDER: For the reasons stated in the attached order, Plaintiffs' motion to preclude enforcement of the judgment sharing agreement 5163 is denied. Signed by the Honorable Thomas M. Durkin on 5/4/2022. Mailed notice. (ecw, ) (Entered: 05/04/2022) |
| 05/04/2022 | 5579 | MINUTE entry before the Honorable Thomas M. Durkin: The telephone conference set for 5/5/2022 at 10:00 a.m. is vacated. Mailed notice. (ecw, ) (Entered: 05/04/2022) |
| 05/05/2022 | 5580 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19430087. (Monks, Katherine) (Entered: 05/05/2022) |

| 05/05/2022 | [5581](#) | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice [5580](#) is granted. Attorney Katherine Monks for Foster Farms, LLC added. Mailed notice. (ecw, ) (Entered: 05/05/2022) |
|---|---|---|
| 05/05/2022 | [5582](#) | MINUTE entry before the Honorable Thomas M. Durkin: The Court has reviewed the in camera submission of the Tyson defendants relating to Compass Lexicon and Dr. Frankel's prior retention by Tyson. Tyson has not satisfied its substantial burden to disqualify Dr. Frankel. Even if Tyson acted reasonably in assuming that a confidential relationship existed with Dr. Frankel, there appears to be no substantial relationship between any confidential information he acquired eleven years ago (and of which he states he has no recollection) and the matters he will testify about. Indeed, his assignment, to the extent it dealt with Broilers, involved grower compensation and integrator wage rates, decidedly not issues in this litigation. In short, neither Tyson nor any other defendant is prejudiced by Dr. Frankel's involvement in this case. The motions to disqualify Dr. Frankel [5475](#) [5495](#) are denied. Mailed notice. (ecw, ) (Entered: 05/05/2022) |
| 05/05/2022 | [5583](#) | ENTERED JUDGMENT on 5/5/2022. Mailed notice. (ecw, ) (Entered: 05/05/2022) |
| 05/06/2022 | [5584](#) | AMENDED complaint by ARCOP, Inc. against Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # [1](#) Exhibit Redline Comparison)(Esau, David) (Entered: 05/06/2022) |
| 05/06/2022 | [5585](#) | STIPULATION *Concerning Waiver of Service re ARCOP, Inc.* (Laytin, Daniel) (Entered: 05/06/2022) |
| 05/06/2022 | [5586](#) | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19440275. (Auld, Sam) (Entered: 05/06/2022) |
| 05/06/2022 | [5588](#) | MOTION by Plaintiff Associated Wholesale Grocers, Inc., *Joint Motion Regarding Procedure to Address Evidentiary Issues in Track 1 Cases* (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Owen, Daniel) (Entered: 05/06/2022) |
| 05/06/2022 | [5589](#) | MOTION by Defendants Keystone Foods LLC, Equity Group Kentucky Division LLC, Equity Group Eufaula Division LLC, Equity Group-Georgia Division LLC to dismiss *Count I of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Tank, Jordan) (Entered: 05/06/2022) |
| 05/06/2022 | [5590](#) | MEMORANDUM by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods LLC in support of motion to dismiss, [5589](#) (Tank, Jordan) (Entered: 05/06/2022) |

| 05/06/2022 | 5591 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for leave to file *under seal their memorandum in support of their motion to dismiss Counts 1 & 4 of the Track 2 direct action plaintiffs' second amended consolidated complaint (Unopposed)* (Tank, Jordan) (Entered: 05/06/2022) |
| --- | --- | --- |
| 05/06/2022 | 5592 | MOTION by Defendants Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc. to dismiss *Counts 1 & 6 of the Track 2 direct action plaintiffs' second amended consolidated complaint* (Tank, Jordan) (Entered: 05/06/2022) |
| 05/06/2022 | 5593 | MEMORANDUM by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. in support of motion to dismiss 5592 (Tank, Jordan) (Entered: 05/06/2022) |
| 05/06/2022 | 5594 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Memorandum in Support of their Motion to Dismiss Counts 1 & 6 of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Tank, Jordan) (Entered: 05/06/2022) |
| 05/06/2022 | 5595 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Fieldale Farms Corporation (Grantham, Thomas) (Entered: 05/06/2022) |
| 05/06/2022 | 5596 | MEMORANDUM in support of MOTION TO DISMISS by Fieldale Farms Corporation (Grantham, Thomas) (Entered: 05/06/2022) |
| 05/06/2022 | 5597 | MOTION by Defendant Pilgrim's Pride Corporation to seal *Docket Entry 5587, Motion to Dismiss for Failure to State a Claim by Defendant Pilgrim's Pride Corporation* (Bonanno, Michael) (Entered: 05/06/2022) |
| 05/06/2022 | 5598 | MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss *Overarching Conspiracy and Bid-Rigging Claims* (Laytin, Daniel) (Entered: 05/06/2022) |
| 05/06/2022 | 5599 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Certain Defendants' Memorandum of Law in Support of Their Joint Motion to Dismiss Overarching Conspiracy and Bid-Rigging Claims* (Attachments: # 1 Appendix A, # 2 Appendix B)(Laytin, Daniel) (Entered: 05/06/2022) |
| 05/06/2022 | 5600 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion to dismiss, 5598 *Overarching Conspiracy and Bid-Rigging Claims* (Attachments: # 1 Appendix A, # 2 Appendix B)(Laytin, Daniel) (Entered: 05/06/2022) |
| 05/06/2022 | 5601 | MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss (Laytin, Daniel) (Entered: 05/06/2022) |
| 05/06/2022 | 5602 | SEALED DOCUMENT by Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) *Memorandum in Support of Their Motion to Dismiss* (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 05/06/2022) |

| 05/06/2022 | 5603 | MEMORANDUM by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) in support of motion to dismiss 5601 (Attachments: # 1 Exhibit A)(Laytin, Daniel) (Entered: 05/06/2022) |
| --- | --- | --- |
| 05/06/2022 | 5604 | MEMORANDUM by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC in support of motion to dismiss, 5598 *Non-Georgia Dock/Non-Bid Rigging Defendants' Joint Supplemental Memorandum In Support Of Certain Defendants' Joint Motion To Dismiss* (Heftman, Lawrence) (Entered: 05/06/2022) |
| 05/06/2022 | 5605 | MOTION by Defendant Harrison Poultry, Inc. to dismiss *the Track 2 Direct Action Plaintiff's Second Amended Consolidated Complaint* (Gorham, Patricia) (Entered: 05/06/2022) |
| 05/06/2022 | 5606 | MEMORANDUM by Harrison Poultry, Inc. in support of motion to dismiss 5605 *the Track 2 Direct Action Plaintiff's Second Amended Consolidated Complaint* (Gorham, Patricia) (Entered: 05/06/2022) |
| 05/06/2022 | 5607 | MOTION by Defendant Wayne Farms, LLC to dismiss *(JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* (Ondeck, Christopher) (Entered: 05/06/2022) |
| 05/06/2022 | 5608 | MEMORANDUM by Wayne Farms, LLC in support of motion to dismiss 5607 *(MEMORANDUM IN SUPPORT OF THE JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* (Ondeck, Christopher) (Entered: 05/06/2022) |
| 05/06/2022 | 5609 | SEALED DOCUMENT by Defendant Wayne Farms, LLC *(MEMORANDUM IN SUPPORT OF THE JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* (Ondeck, Christopher) (Entered: 05/06/2022) |
| 05/06/2022 | 5610 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Pilgrim's Pride Corporation *to Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Bonanno, Michael) (Entered: 05/06/2022) |
| 05/06/2022 | 5611 | REDACTED MEMORANDUM *by Pilgrim's Pride Corporation in Support of its Motion to Dismiss 5610 Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Bonanno, Michael) (Docket text modified on 5/9/2022 (nsf, ). (Entered: 05/06/2022) |
| 05/09/2022 | 5612 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5586 is granted. Attorney Sam Auld for Peco Foods, Inc. added. Mailed notice. (ecw, ) (Entered: 05/09/2022) |
| 05/09/2022 | 5613 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 5591 is granted. Motion to seal 5597 is granted. Mailed notice. (ecw, ) (Entered: 05/09/2022) |
| 05/09/2022 | 5614 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19442895. (Manfredi, Travis) (Entered: 05/09/2022) |
| 05/09/2022 | 5615 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5614 is granted. Attorney Travis Manfredi for Direct Purchaser Plaintiffs added. Mailed notice. (ecw, ) (Entered: 05/09/2022) |

| 05/09/2022 | 5616 | MINUTE entry before the Honorable Thomas M. Durkin: Counsel of record are granted leave to bring cases of bottled water into the courthouse in preparation for the evidentiary hearing scheduled for 5/10/2022-5/11/2022. Mailed notice. (ecw, ) (Entered: 05/09/2022) |
| --- | --- | --- |
| 05/10/2022 | 5617 | MINUTE entry before the Honorable Thomas M. Durkin: Evidentiary hearing on the class plaintiffs' motions for class certification held on 5/10/2022 and continued to 5/11/2022. Mailed notice. (ecw, ) (Entered: 05/10/2022) |
| 05/11/2022 | 5618 | MINUTE entry before the Honorable Thomas M. Durkin: Evidentiary hearing on the class plaintiffs' motions for class certification concluded on 5/11/2022. Mailed notice. (ecw, ) (Entered: 05/11/2022) |
| 05/12/2022 | 5619 | MOTION by Attorney Brian E. Cohen to withdraw as attorney for JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.. No party information provided (Johnston-Ahlen, Julie) (Entered: 05/12/2022) |
| 05/12/2022 | 5620 | NOTICE by Katherine Monks of Change of Address (Monks, Katherine) (Entered: 05/12/2022) |
| 05/12/2022 | 5621 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5619 is granted. Attorney Brian E. Cohen terminated. Mailed notice. (ecw, ) (Entered: 05/12/2022) |
| 05/16/2022 | 5622 | NOTICE of appeal by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. regarding orders 5429 , 5583 Filing fee $ 505, receipt number AILNDC-19469733. Receipt number: n (Gant, Scott) (Entered: 05/16/2022) |
| 05/16/2022 | 5623 | DOCKETING Statement by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. regarding notice of appeal, 5622 (Gant, Scott) (Entered: 05/16/2022) |
| 05/16/2022 | 5624 | TRANSCRIPT OF PROCEEDINGS held on 05/10/2022 before the Honorable Thomas M. Durkin. Evidentiary Hearing - Volume 1. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 6/6/2022. Redacted Transcript Deadline set for 6/16/2022. Release of Transcript Restriction set for 8/15/2022. (Carrion, Elia) (Entered: 05/16/2022) |
| 05/16/2022 | 5625 | TRANSCRIPT OF PROCEEDINGS held on 05/11/2022 before the Honorable Thomas M. Durkin. Evidentiary Hearing - Volume 2. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312-408-7782. |

| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/6/2022. Redacted Transcript Deadline set for 6/16/2022. Release of Transcript Restriction set for 8/15/2022. (Carrion, Elia) (Entered: 05/16/2022) |
|---|---|---|
| 05/16/2022 | 5626 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 5622 . (lxk, ) (Entered: 05/16/2022) |
| 05/16/2022 | 5627 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 5622 . Notified counsel. (lxk, ) (Entered: 05/16/2022) |
| 05/16/2022 | 5628 | Letter re Direct Purchaser Plaintiffs' Class Certification Hearing Slides by Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit A (Public) DPPs' Opening Slides, # 2 Exhibit B (Sealed) DPPs' Carter Direct Slides, # 3 Exhibit C (Sealed) DPPs' Carter Rebuttal Slides, # 4 Exhibit D (Sealed) DPPs' Closing Slides)(Bruckner, W.) (Entered: 05/16/2022) |
| 05/16/2022 | 5629 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit B (filed under seal) DPPs' Carter Direct Slides, # 2 Exhibit C (filed under seal) DPPs' Carter Rebuttal Slides, # 3 Exhibit D (filed under seal) DPPs' Closing Slides)(Bruckner, W.) (Entered: 05/16/2022) |
| 05/18/2022 | 5630 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 5622 ; USCA Case No. 22-1858. (lxk, ) (Entered: 05/18/2022) |
| 05/19/2022 | 5631 | MOTION by Attorney Sara S. Tatum to withdraw as attorney for Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division). No party information provided (Laytin, Daniel) (Entered: 05/19/2022) |
| 05/19/2022 | 5632 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5631 is granted. Attorney Sara Shaw Tatum terminated. Mailed notice. (ecw, ) (Entered: 05/19/2022) |
| 05/20/2022 | 5633 | Letter by Commercial and Institutional Indirect Purchaser Plaintiffs (Attachments: # 1 Exhibit A - D)(Zapala, Adam) (Entered: 05/20/2022) |
| 05/20/2022 | 5634 | Letter re End-User Consumer Plaintiffs Class Certification Hearing Slides by End-User Consumer Plaintiffs (Attachments: # 1 Exhibit 1 [Public] EUCP Opening Statement Slides, # 2 Exhibit 2 [Sealed] EUCP Opening Statement Slides, # 3 Exhibit 3 [Public] EUCP Direct Examination Slides - Dr. Sunding, # 4 Exhibit 4 [Sealed] EUCP Direct Examination Slides - Dr. Sunding, # 5 Exhibit 5 [Public] EUCP Direct Examination Slides - Dr. Cabral, # 6 Exhibit 6 [Sealed] EUCP Direct Examination Slides - Dr. Cabral, # 7 Exhibit 7 [Public] EUCP Cross-Examination Slides - Dr. Johnson, # 8 Exhibit 8 [Sealed] EUCP Cross-Examination Slides - Dr. Johnson, # 9 Exhibit 9 [Public] EUCP Rebuttal Slides - Dr. Sunding, # 10 Exhibit 10 [Sealed] EUCP Rebuttal Slides - Dr. Sunding, # 11 Exhibit 11 [Public] EUCP Closing Statement Slides, # 12 Exhibit 12 [Sealed] EUCP Closing Statement Slides)(Scarlett, Shana) (Entered: 05/20/2022) |
| 05/20/2022 | 5635 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 |

| 05/20/2022 | 5636 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs (Attachments: # 1 Exhibit 2 [Sealed] EUCP Opening Statement Slides, # 2 Exhibit 4 [Sealed] EUCP Direct Examination Slides - Dr. Sunding, # 3 Exhibit 6 [Sealed] EUCP Direct Examination Slides - Dr. Cabral, # 4 Exhibit 8 [Sealed] EUCP Cross-Examination Slides - Dr. Johnson, # 5 Exhibit 10 [Sealed] EUCP Rebuttal Slides - Dr. Sunding, # 6 Exhibit 12 [Sealed] EUCP Closing Statement Slides)(Scarlett, Shana) (Entered: 05/20/2022) |
|---|---|---|
| 05/24/2022 | 5637 | SEVENTH CIRCUIT transcript information sheet by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., Sysco Corporation, Target Corporation, US Foods, Inc. (Gant, Scott) (Entered: 05/24/2022) |
| 05/25/2022 | 5638 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19500065. (Wang, Ling) (Entered: 05/25/2022) |
| 05/25/2022 | 5639 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5638 is granted. Attorney Ling Wang for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice. (ecw, ) (Entered: 05/25/2022) |
| 05/25/2022 | 5640 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Molly Kelley (Kelley, Molly) (Entered: 05/25/2022) |
| 05/25/2022 | 5641 | Letter re Defendants' Class Certification Hearing Slides by Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) (Attachments: # 1 Exhibit A, Defendants' Opening Statement Slides, # 2 Exhibit B, Defendants' Opening Statement Slides re CIIPPs, # 3 Exhibit C, Defendants' Opening Statement Slides re EUCPs, # 4 Exhibit D, Defendants' Russell Mangum Cross Exam Slides, # 5 Exhibit E, Defendants' John Johnson Direct Exam Slides, # 6 Exhibit F, Defendants' Closing Argument Slides re DPPs, # 7 Exhibit G, Defendants' Closing Argument Slides re CIIPPs)(Laytin, Daniel) (Entered: 05/25/2022) |
| 05/25/2022 | 5642 | RESPONSE by Track 1 Plaintiffsin Opposition to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, George's Inc., House of Raeford Farms, Inc., Mountainaire Farms of Delaware, 5527 *(Opposition by Track 1 Plaintiffs to Non-Georgia Dock Defendants' Motion for Leave to File Motion for Partial Summary Judgment on all Track 1 Plaintiffs' Claims Alleging a So-Called Georgia Dock Conspiracy)* (Pouya, Bobby) (Entered: 05/25/2022) |
| 05/25/2022 | 5643 | DECLARATION regarding response in opposition to motion,, 5642 *(Declaration of Bobby Pouya in Support of Opposition by Track 1 Plaintiffs to Non-Georgia Dock Defendants' Motion for Leave to File Motion for Partial Summary Judgment on all Track 1 Plaintiffs' Claims Alleging a So-Called Georgia Dock Conspiracy)* (Pouya, Bobby) (Entered: 05/25/2022) |
| 05/27/2022 | 5644 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, Plaintiffs' motions to certify classes of direct purchasers 3962 , indirect purchasers 3968 , and end user consumers 3971 are granted, and Defendants' motions to exclude the opinions of Carter 4272 , Mangum 4262 , and Sunding 4281 are denied. Lastly, the End Users supported their motions with expert opinions from Dr. Luis Cabral and Cameron R. Azari, |

Esq. Cabral offered opinions about whether Agri Stats served to promote anticompetitive "information exchanges." Azari offered opinions about "whether it would be possible to identify end-user consumers who purchased class products in grocery stores and other retailers." While helpful, and likely relevant to summary judgment and/or trial, the Court found their opinions unnecessary to determining whether the Consumer class should be certified. Thus, Defendants' motions to exclude their testimony 4287 4245 are denied without prejudice. Signed by the Honorable Thomas M. Durkin on 5/27/2022. Mailed notice. (ecw, ) (Entered: 05/27/2022)

| 05/31/2022 | 5645 | MOTION by Attorney Christopher J. Abbott to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided (Mahan, Carrie) (Entered: 05/31/2022) |
| 06/01/2022 | 5646 | MINUTE entry before the Honorable Thomas M. Durkin: The Track 2 DAPs and Defendants have agreed to the following briefing schedule for the motions to dismiss 5598 , 5610 , 5589 , 5607 , 5605 , 5595 , 5601 , 5587 , 5592 : Responses are due by 8/11/2022; Replies are due by 10/7/2022. Mailed notice. (ecw, ) (Entered: 06/01/2022) |
| 06/01/2022 | 5647 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5645 is granted. Attorney Christopher J. Abbott terminated. Mailed notice. (ecw, ) (Entered: 06/01/2022) |
| 06/01/2022 | 5648 | REPLY by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to response in opposition to motion,, 5642 , MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., Mountainaire Farms of Delaware, 5527 *Non-Georgia Dock Defendants' Reply in Support of Motion for Leave to File Instanter Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy"* (Heftman, Lawrence) (Entered: 06/01/2022) |
| 06/02/2022 | 5649 | NOTICE by Joseph Schroeder of Change of Address (Schroeder, Joseph) (Entered: 06/02/2022) |
| 06/02/2022 | 5650 | MOTION by Plaintiff Costco Wholesale Corporation to compel (Attachments: # 1 Declaration of Philip J. Iovieno dated 6/2/2022, # 2 Exhibit 1 - 2022-05-24 Subpoena, # 3 Exhibit 2 - 2022-04-06 Arbitration Protective Order, # 4 Exhibit 3 - State of Washington v. Tyson Order on MTC, # 5 Exhibit 4 - In re Broiler Chicken Grower Order on MTC)(Iovieno, Philip) (Entered: 06/02/2022) |
| 06/03/2022 | 5651 | NOTICE of appeal by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., EMA Foods Co., LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., L. Hart, Inc., McLane Company, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Services Group of America, Inc., Sysco Corporation, Target Corporation, Timber Lake Foods, Inc., US Foods, Inc. regarding orders 5578 Filing fee $ 505, receipt number AILNDC-19530176. Receipt number: n (Gant, Scott) (Entered: 06/03/2022) |
| 06/03/2022 | 5652 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 5651 . (jh, ) (Entered: 06/03/2022) |
| 06/03/2022 | 5653 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 5651 . Notified counsel. (jh, ) (Entered: 06/03/2022) |

| 06/06/2022 | 5654 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal, 5651 ; USCA Case No. 22-1994. (lxk, ) (Entered: 06/06/2022) |
| 06/06/2022 | 5655 | WITHDRAWING *Ling Wang* as counsel for Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs and substituting Daniel C Hedlund as counsel of record (Hedlund, Daniel) (Entered: 06/06/2022) |
| 06/08/2022 | 5656 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19542938. (Pershing, Abigail) (Entered: 06/08/2022) |
| 06/08/2022 | 5657 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5656 is granted. Attorney Abigail D Pershing for End-User Consumer Plaintiffs added. Mailed notice. (ecw, ) (Entered: 06/08/2022) |
| 06/08/2022 | 5658 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Costco Wholesale Corp.'s Motion and Memorandum in Support to Permit Costco's Compliance With Document Subpoena and Request for Expedited Ruling 5650 : Defendants shall respond by 6/10/22. Coscto shall reply by 6/15/22. Mailed notice (ber, ) Modified on 6/8/2022 (ber, ). (Entered: 06/08/2022) |
| 06/10/2022 | 5659 | MOTION by Plaintiff Brinker International, Inc. to reassign case *Based on Relatedness Pursuant to Local Rule 40.4* (Attachments: # 1 Exhibit A)(Porter, Julie) (Entered: 06/10/2022) |
| 06/10/2022 | 5660 | RESPONSE by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc.in Opposition to MOTION by Plaintiff Costco Wholesale Corporation to compel 5650 *; Response by Certain Defendants* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Feeney, Daniel) (Entered: 06/10/2022) |
| 06/10/2022 | 5661 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Group Exhibit B to Certain Defendants' Response to Costco Wholesale Corporation's Motion to Permit Costco's Compliance with Document Subpoena and Rquest for Expedited Ruling* (Feeney, Daniel) (Entered: 06/10/2022) |
| 06/13/2022 | 5662 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Brinker International, Inc. and Brinker International Payroll Company, LP's motion to reassign case based on relatedness 5659 is granted. This Court will recommend to the Executive Committee that case 22 C 3046 pending before Judge Valderrama be reassigned to this Court's calendar as related to this action. Mailed notice. (ecw, ) (Entered: 06/13/2022) |
| 06/13/2022 | 5663 | SEVENTH CIRCUIT transcript information sheet by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., EMA Foods Co., LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., L. Hart, Inc., McLane Company, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Services Group of America, Inc., Sysco Corporation, Target Corporation, Timber Lake Foods, Inc., US Foods, Inc. (Gant, Scott) (Entered: 06/13/2022) |
| 06/13/2022 | 5664 | MOTION by Defendant Fieldale Farms Corporation for Leave to Allow Witness Testimony in Track 1 (Grantham, Thomas) (Entered: 06/13/2022) |
| 06/13/2022 | 5665 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Brief in Support of Motion for Leave to Allow Witness Testimony in Track 1* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Grantham, Thomas) (Entered: 06/13/2022) |

| 06/13/2022 | 5666 | MOTION by Defendant Fieldale Farms Corporation to seal document sealed document, 5665 (Grantham, Thomas) (Entered: 06/13/2022) |
| 06/14/2022 | 5667 | MOTION by Defendant Fieldale Farms Corporation for Leave to Allow Witness Testimony in Track 1 *(with corrected briefing schedule)* (Grantham, Thomas) (Entered: 06/14/2022) |
| 06/15/2022 | 5668 | REPLY by Costco Wholesale Corporation to response in opposition to motion, 5660 (Attachments: # 1 Declaration of Philip J. Iovieno dated 6/15/2022, # 2 Exhibit 1 - 5/25/2022 Email to Foster Farms, # 3 Exhibit 2 - 5/25/2022 Email to Harrison Poultry)(Iovieno, Philip) (Entered: 06/15/2022) |
| 06/17/2022 | 5669 | ATTORNEY Appearance for Defendants George's Farms, Inc., George's Inc. by Victoria Lee Smith (Smith, Victoria) (Entered: 06/17/2022) |
| 06/22/2022 | 5670 | STIPULATION *Concerning Proposed Scheduling Order No. 18 for Track 1 Actions* (Attachments: # 1 Proposed Order)(Johnson, Brent) (Entered: 06/22/2022) |
| 06/23/2022 | 5671 | STIPULATION *Concerning Waiver of Service re Brinker International, Inc. and Brinker International Payroll Company, L.P.* (Laytin, Daniel) (Entered: 06/23/2022) |
| 06/23/2022 | 5672 | MEMORANDUM Opinion and Order: For the reasons discussed in the Court's Memorandum Opinion and Order, Costco Wholesale Corporation's ("Costco") Motion and Memorandum in Support to Permit Costco's Compliance with Document Subpoena and Request for Expedited Ruling (ECF No. 5650 ) is denied. Signed by the Honorable Jeffrey T. Gilbert on 6/23/2022. Mailed notice(ber, ) (Entered: 06/23/2022) |
| 06/24/2022 | 5673 | MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to join *Fieldale Farms Corporation's Motion for Leave to Allow Witness Testimony in Track 1* (Heftman, Lawrence) (Entered: 06/24/2022) |
| 06/27/2022 | 5674 | MOTION by Plaintiff Track 2 DAPs to amend/correct *by Interlineation Direct-Action Plaintiffs' Second Amended Consolidated Complaint Due to Scrivener's Error (UNOPPOSED)* (Porter, Julie) (Entered: 06/27/2022) |
| 06/27/2022 | 5675 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to correct by interlineation Direct-Action Plaintiffs' Second Amended Consolidated complaint due to scrivener's error 5674 is granted. Direct-Action Plaintiffs' Second Amended Consolidated Complaint 5455 5456 is corrected as follows: Paragraph 574's reference to "Harrison's Sammy Franklin," is corrected to read instead, "Fieldale Farms's Sammy Franklin." Mailed notice. (ecw, ) (Entered: 06/27/2022) |
| 06/27/2022 | 5676 | MOTION by Defendants George's Farms, Inc., George's Inc. to amend/correct *Confidentiality Order* (Attachments: # 1 Text of Proposed Order)(Warr, Jaclyn) (Entered: 06/27/2022) |
| 06/27/2022 | 5677 | MEMORANDUM by George's Farms, Inc., George's Inc. in support of motion to amend/correct 5676 *Confidentiality Order* (Warr, Jaclyn) (Entered: 06/27/2022) |
| 06/28/2022 | 5678 | MOTION by Attorney Thomas J. Nolan to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided (Pearson, Clifford) (Entered: 06/28/2022) |

| 06/28/2022 | 5679 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on George's, Inc. and George's Farms, Inc.'s Motion to Amend Confidentiality Order 5676 : Response due by 7/8/22. Reply due by 7/15/22. Mailed notice (ber, ) (Entered: 06/28/2022) |
|---|---|---|
| 06/28/2022 | 5680 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5678 is granted. Attorney Thomas Jerome Nolan terminated. Mailed notice. (ecw, ) (Entered: 06/28/2022) |
| 06/29/2022 | 5681 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file under seal 5666 is granted. Defendants' motion to join Fieldale Farms Corporation's motion for leave to allow witness testimony in Track 1 5673 is granted. DAP's opposition to the Motion for Leave to Allow Witness Testimony in Track 1 5664 is due by 7/1/2022. Reply is due on or before 7/13/2022. Mailed notice. (ecw, ) (Entered: 06/29/2022) |
| 06/30/2022 | 5682 | MOTION by Attorney Theodore Bell to withdraw as attorney for Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc.. No party information provided (Bell, Theodore) (Entered: 06/30/2022) |
| 07/01/2022 | 5683 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 5682 is granted. Attorney Theodore Beloyeannis Bell terminated. Mailed notice. (ecw, ) (Entered: 07/01/2022) |
| 07/01/2022 | 5684 | Notice of Change of Firm Affiliation by Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation (Cramer, Phillip) (Entered: 07/01/2022) |
| 07/01/2022 | 5685 | SCHEDULING ORDER NO. 18 FOR TRACK 1 ACTIONS. Signed by the Honorable Jeffrey T. Gilbert on 7/1/2022. Mailed notice(ber, ) (Entered: 07/01/2022) |
| 07/01/2022 | 5686 | SEALED RESPONSE by Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Albertsons Companies, Inc., Alex Lee, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co, Compass Group USA, Inc., Conagra Brands, Inc., Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Hy-Vee, Inc., KJ 2019 Holdings, LLC, Kraft Heinz Foods Company, Latina Boulevard Foods, LLC, Meijer Distribution, Inc., Meijer, Inc., Nestle Purina Petcare Company, Nestle USA, Inc., OSI Restaurant Partners, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Pinnacle Foods, Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Schnuck Markets, Inc., Spartannash Company, Supervalu Inc., The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation, The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc. to MOTION by Defendant Fieldale Farms Corporation for Leave to Allow Witness Testimony in Track 1 5664 , order on motion to seal document,, order on motion to join,, set motion and R&R deadlines/hearings, 5681 *Certain DAPs' Opposition to Fieldale Farms Corporation's and Other Defendants' Motion for Leave to Allow Witness Testimony in Track 1* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit |

Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19) (Lifvendahl, Eric) (Entered: 07/01/2022)

| | | |
|---|---|---|
| 07/01/2022 | 5687 | SEALED DOCUMENT by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Alex Lee, Inc., Associated Grocers of New England, Inc., Associated Grocers, Inc., Bashas' Inc., Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., KJ 2019 Holdings, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Schnuck Markets, Inc., Spartannash Company, Troyer Foods, Inc., Weinstein Wholesale Meats, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation *Declaration of Mandrika Moonsammy* (Attachments: # 1 Exhibit Exhibit A) (Lifvendahl, Eric) (Entered: 07/01/2022) |
| 07/06/2022 | 5688 | MINUTE entry before the Honorable Thomas M. Durkin: Certain defendants seek leave to file a motion for partial summary judgment on the Georgia Dock claims because those defendants are not directly implicated in the alleged Georgia Dock conspiracy. As defendants point out, the Court will address a similar issue in the pending motion to dismiss filed in Track 2. The Court believes it should consider these issues together, so grants the motion for leave 5527 and sets a briefing schedule that matches that of the motion to dismiss in Track 2: Plaintiffs' response is due 8/11/2022, and replies are due 10/7/2022. While these briefing schedules are complete before Track 1 summary judgment motion is fully briefed, the parties should be aware that the Court may wait to consider the fully briefed summary judgment motion before ruling on the Track 2 motion to dismiss and the Track 1 motion to for partial summary judgment on Georgia Dock. Mailed notice. (ecw, ) (Entered: 07/06/2022) |
| 07/07/2022 | 5689 | Objection to a Magistrate's Ruling by Costco Wholesale Corporation (Attachments: # 1 Declaration of Philip J. Iovieno dated 7/7/2022)(Iovieno, Philip) (Entered: 07/07/2022) |
| 07/11/2022 | 5690 | NOTICE by Marvin Alan Miller of Change of Address (Attachments: # 1 Continued list of all active cases)(Miller, Marvin) (Entered: 07/11/2022) |
| 07/11/2022 | 5691 | NOTICE by Andrew Szot of Change of Address (Attachments: # 1 Continued list of all active cases)(Szot, Andrew) (Entered: 07/11/2022) |
| 07/11/2022 | 5692 | NOTICE by Matthew E Van Tine of Change of Address (Van Tine, Matthew) (Entered: 07/11/2022) |
| 07/12/2022 | 5693 | MINUTE entry before the Honorable Thomas M. Durkin: Costco and the Defendants have agreed to the following briefing schedule for Costco's Objection to the Magistrate's Ruling 5689 : Defendants' response/opposition is due by 8/5/2022; Costco's reply is due by 8/12/2022. Mailed notice. (ecw, ) (Entered: 07/12/2022) |
| 07/13/2022 | 5694 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Reply to Certain DAP's Response to Motion to Allow Witness Testimony in Track 1* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Grantham, Thomas) (Entered: 07/13/2022) |

| 07/13/2022 | 5695 | REPLY by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *to Certain DAPs' Response to Motion to Join Fieldale Farms Corporation's Motion for Leave to Allow Witness Testimony in Track 1* (Attachments: # 1 Exhibit 1)(Wofford, Amanda) (Entered: 07/13/2022) |
|---|---|---|
| 07/14/2022 | 5696 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19651044. (McGowan, Shannon) (Entered: 07/14/2022) |
| 07/14/2022 | 5697 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5696 is granted. Attorney Shannon D McGowan for Wayne Farms, LLC added. Mailed notice. (ecw, ) (Entered: 07/14/2022) |
| 07/15/2022 | 5698 | MINUTE entry before the Honorable Jeffrey T. Gilbert: George's, Inc. and George's Farms, Inc.'s Motion to Amend Confidentiality Order 5676 is granted without opposition. Mailed notice (ber, ) (Entered: 07/15/2022) |
| 07/15/2022 | 5699 | ORDER GRANTING DEFENDANTS GEORGE'S, INC. AND GEORGE'S FARMS, INC.'S MOTION TO AMEND CONFIDENTIALITY ORDER. Signed by the Honorable Jeffrey T. Gilbert on 7/15/2022. Mailed notice(ber, ) (Entered: 07/15/2022) |
| 07/19/2022 | 5700 | CERTIFIED copy of order dated 7/18/2022 from the 7th Circuit regarding notice of appeal 5651 ; Appellate case no. 22-8007:IT IS ORDERED that the petition for permission to take an interlocutory appeal under Fed. R. Civ. P. 23(f) is DENIED. (jn, ) (Entered: 07/20/2022) |
| 07/21/2022 | 5701 | MINUTE entry before the Honorable Thomas M. Durkin: The Restaurant Direct Action Plaintiffs and Defendants have agreed to a page extension of 45 pages for the Restaurant DAP's single opposition brief to all of the Defendants' nine motions to dismiss. The request for an extension of the page limit is granted. Mailed notice. (ecw, ) (Entered: 07/21/2022) |
| 07/22/2022 | 5702 | STIPULATION regarding order on motion for leave to file,,,, text entry,,, 5688 *Filed Jointly* (Bruckner, W.) (Entered: 07/22/2022) |
| 07/25/2022 | 5703 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the parties' stipulation 5702 , the Court enters the following amended schedule: Track 1 Plaintiffs' Opposition to Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy," and Track 2 Plaintiffs oppositions to Defendants' motions to dismiss the Second Amended Consolidated Complaint are due by 8/25/2022; Non-Georgia Dock Defendants' Reply in Support of their Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy," and Defendants' replies in support of their motions to dismiss the Second Amended Consolidated Complaint are due by 10/21/2022. Mailed notice. (ecw, ) (Entered: 07/25/2022) |
| 07/26/2022 | 5704 | NOTICE by Kevin Tottis of Change of Address (Tottis, Kevin) (Entered: 07/26/2022) |
| 07/26/2022 | 5705 | NOTICE by Monica L. Thompson of Change of Address (Thompson, Monica) (Entered: 07/26/2022) |
| 07/26/2022 | 5706 | NOTICE by Keith M. Stolte of Change of Address (Stolte, Keith) (Entered: 07/26/2022) |
| 07/28/2022 | 5707 | STIPULATION *and Proposed Order Between Commercial and Institutional Indirect Purchaser Plaintiffs and Defendants Regarding Dr. Michael Williams* |

| | | *Rebuttal Merit Expert Reports* (Attachment: #1 Text of Proposed Order) (Rissman, Joshua) (Entered: 07/28/2022) |
|---|---|---|
| 07/28/2022 | 5708 | ORDER REGARDING STIPULATION BETWEEN COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS AND DEFENDANTS REGARDING CIIPPS' REBUTTAL MERITS EXPERT REPORT OF DR. MICHAEL WILLIAMS. Signed by the Honorable Jeffrey T. Gilbert on 7/28/2022. Mailed notice (ber, ) (Entered: 07/28/2022) |
| 08/03/2022 | 5709 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to seal *Portions of Their Omnibus Opposition to Defendants' Motions to Dismiss* (Lustrin, Lori) (Entered: 08/03/2022) |
| 08/03/2022 | 5710 | SEALED RESPONSE *Certain Restaurant DAPS' Omnibus Opposition to Defendants' Motions to Dismiss* (Lustrin, Lori) (Entered: 08/03/2022) |
| 08/03/2022 | 5711 | RESPONSE by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC in Opposition to MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss 5601 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Pilgrim's Pride Corporation *to Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* 5610 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Fieldale Farms Corporation 5595 , MOTION by Defendant Wayne Farms, LLC to dismiss *(JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* 5607 , MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss *Overarching Conspiracy and Bid-Rigging Claims* 5598 , MOTION by Defendant Harrison Poultry, Inc. to dismiss *the Track 2 Direct Action Plaintiff's Second Amended Consolidated Complaint* 5605 , MOTION by Defendants Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc. to dismiss *Counts 1 & 6 of the Track 2 direct action plaintiffs' second amended consolidated complaint* 5592 *(Redacted Version)* (Lustrin, Lori) (Entered: 08/03/2022) |
| 08/03/2022 | 5712 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal 5709 is granted. Mailed notice. (ecw, ) (Entered: 08/03/2022) |
| 08/03/2022 | 5713 | MINUTE entry before the Honorable Thomas M. Durkin: As is reflected in footnote 2 of Scheduling Order 18 for Track 1 Actions 5685 , Judge Durkin's practice is to hold an off-the-record conference prior to the filing of summary judgment motions. That practice is intended to educate the Court about the facts |

| | | of the case as revealed by discovery and to determine whether the parties might agree that there are issues of fact necessitating trial such that summary judgment briefing would be unproductive. It is an understatement to say that this case is more complex than most, such that the kind of conference the Court customarily schedules is not feasible. Further, the Court is already familiar with the claims and allegations in the case and with much of the factual record. For these reasons, the Court does not plan to schedule a conference prior to the filing of summary judgment motions. Any party that believes a conference or hearing prior to summary judgment would be fruitful should file a statement of no more than five pages by 8/19/2022 explaining why. Mailed notice. (ecw, ) (Entered: 08/03/2022) |
|---|---|---|
| 08/03/2022 | 5714 | ATTORNEY Appearance for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division) by Jennifer Mae Joslin (Joslin, Jennifer) (Entered: 08/03/2022) |
| 08/03/2022 | 5715 | STIPULATION *Between Track 1 Plaintiffs and Norman W. Fries, Inc., D/B/A Claxton Poultry Farms to Extend the Deadline for Partially Stayed or Stayed Depositions* (Attachments: # 1 Text of Proposed Order)(Mayer, Michael) (Entered: 08/03/2022) |
| 08/04/2022 | 5716 | NOTICE by Dennis Stewart of Change of Address (Stewart, Dennis) (Entered: 08/04/2022) |
| 08/04/2022 | 5717 | ORDER REGARDING STIPULATION BETWEEN TRACK 1 PLAINTIFFS AND NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS TO EXTEND THE DEADLINE FOR PARTIALLY STAYED OR STAYED DEPOSITIONS. Signed by the Honorable Jeffrey T. Gilbert on 8/4/2022. Mailed notice(ber, ) (Entered: 08/04/2022) |
| 08/05/2022 | 5718 | RESPONSE by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to other 5689 *Response by Certain Defendants to Costco Wholesale Corporation's Objection to Judge Gilbert's June 23, 2022 Order* (Attachments: # 1 Exhibit Exhibit A)(Feeney, Daniel) (Entered: 08/05/2022) |
| 08/05/2022 | 5719 | MEMORANDUM Opinion and Order: Defendants' motions "to allow witness testimony in Track 1" 5664 5667 are granted in accordance with the attached order. Signed by the Honorable Thomas M. Durkin on 8/5/2022. Mailed notice. (ecw, ) (Entered: 08/05/2022) |
| 08/05/2022 | 5720 | MOTION by Plaintiff End-User Consumer Plaintiffs to clarify *Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions* (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2)(Scarlett, Shana) (Entered: 08/05/2022) |
| 08/05/2022 | 5721 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Scarlett, Shana) (Entered: 08/05/2022) |
| 08/08/2022 | 5722 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions [5720, 5721] is set for a telephonic hearing and ruling on 8/16/22 at 11:15 a.m. Central Time. Any response to that Motion shall be filed by noon Central Time on 8/12/22 and should explain, among any other matters Defendants want to address, why it is appropriate to instruct a deponent not to answer a question on relevance grounds during a deposition under the circumstances described in Class Plaintiffs' Motion [5720, 5721]. The Court will not take any calls during depositions regarding the |

| | | issued on Class Plaintiffs' Motion [5720, 5721] prior to the 8/16/22 hearing on that Motion. The call-in number for the telephonic hearing on 8/16/22 is 877-336-1829, access code 1022195, press #. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Emailed notice (yt) (Entered: 08/08/2022) |
|---|---|---|
| 08/08/2022 | 5723 | NOTICE by Timothy Johnson Fazio of Change of Address (Fazio, Timothy) (Entered: 08/08/2022) |
| 08/08/2022 | 5724 | STATEMENT by Direct-Action Plaintiffs *Joining Class Plaintiffs' Motion for Clarification on Instructions not to Answer at Depositions (submitted by Certain Track One DAPs)* (Bjork, John) (Entered: 08/08/2022) |
| 08/08/2022 | 5725 | STIPULATION *Between Track 1 Plaintiffs and Defendants to Extend the Deadline for Partially Stayed or Stayed Depositions* (Pozan, Kyle) (Entered: 08/08/2022) |
| 08/09/2022 | 5726 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Pursuant to the Stipulation Between Track 1 Plaintiffs and Defendants to Extend the Deadline for Partially Stayed or Stayed Depositions 5725 and for good cause shown, the depositions of William Lovette, Jayson Penn, and Roger Austin can be taken after the 8/9/22 deadline contained in Scheduling Order No. 18 for Track I Actions 5685 . Dates for those depositions will be set promptly after the Court rules on Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions [5720, 5721]. Emailed notice (yt) (Entered: 08/09/2022) |
| 08/11/2022 | 5727 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19735551. (Fagg, John) (Entered: 08/11/2022) |
| 08/12/2022 | 5728 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5727 is granted. Attorney John Anderson Fagg, Jr for William Wade Lovette added. Mailed notice. (ecw, ) (Entered: 08/12/2022) |
| 08/12/2022 | 5729 | ATTORNEY Appearance for deponent William Wade Lovette by Mason N. Floyd (Floyd, Mason) (Entered: 08/12/2022) |
| 08/12/2022 | 5730 | ATTORNEY Appearance for deponent William Wade Lovette by Timothy Robert Herman (Herman, Timothy) (Entered: 08/12/2022) |
| 08/12/2022 | 5731 | RESPONSE by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLCin Opposition to MOTION by Plaintiff End-User Consumer Plaintiffs to clarify *Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions* 5720 (Attachments: # 1 Exhibit Exhibits to Defendants' Response to Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions)(Heftman, Lawrence) (Entered: 08/12/2022) |
| 08/12/2022 | 5732 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Defendants' Response to Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions* (Attachments: # 1 Exhibit Exhibits to Defendants' Response to Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions) (Heftman, Lawrence) (Entered: 08/12/2022) |
| 08/12/2022 | 5733 | MOTION by Intervenor Jayson Penn, Movant Jayson Penn to intervene *Non-Parties Jayson Penn and William Lovette's Motion for Leave to Intervene* (Duff, |

| 08/12/2022 | 5734 | RESPONSE by Intervenor Jayson Penn, Movant Jayson Penn to motion to clarify 5720 *Non-Parties Jayson Penn and William Lovette's Response to Plaintiffs' Motion for Clarification* (Duff, Kevin) (Entered: 08/12/2022) |
|---|---|---|
| 08/12/2022 | 5735 | MOTION by Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C. Joint Motion & Stipulation of Dismissal with Prejudice of Tyson and Keystone Defendants (Gant, Scott) (Entered: 08/12/2022) |
| 08/12/2022 | 5736 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Non-Parties Jayson Penn and William Lovette's Motion for Leave to Intervene 5733 is granted. Mailed notice (gw, ) (Entered: 08/12/2022) |
| 08/12/2022 | 5737 | MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed 5735 . Plaintiff Campbell Soup Company and Plaintiff Campbell Soup Supply Company L.L.C. (together, "Campbell") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc. (collectively, "Tyson") and Defendants Keystone Foods LLC, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group Georgia Division LLC (collectively, "Keystone") have agreed to resolve Campbell's claims against Tyson and Keystone. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Campbell's claims against Tyson and Keystone are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Mailed notice. (ecw, ) (Entered: 08/12/2022) |
| 08/12/2022 | 5738 | Reply in Further Support of Objection to Magistrate's Ruling by Costco Wholesale Corporation (Iovieno, Philip) (Entered: 08/12/2022) |
| 08/15/2022 | 5739 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19741363. (Quinn, Brian) (Entered: 08/15/2022) |
| 08/15/2022 | 5740 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5739 is granted. Attorney Brian Patrick Quinn for Jayson Penn. Mailed notice. (ecw, ) (Entered: 08/15/2022) |
| 08/15/2022 | 5741 | REPLY by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs *and Supplement in Support of Their Motion for Clarification on Instructions Not to Answer at Deposition* (Attachments: # 1 Declaration Brian D. Clark, # 2 Exhibit A-E) (Bruckner, W.) (Entered: 08/15/2022) |
| 08/15/2022 | 5742 | SEALED REPLY by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs to reply, 5741 *in Support of Their Motion for Clarification on Instructions Not to Answer at Deposition* (Bruckner, W.) (Entered: 08/15/2022) |
| 08/16/2022 | 5743 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19745311. (Pletcher, Anna) (Entered: 08/16/2022) |
| 08/16/2022 | 5744 | STIPULATION *Regarding Briefing Schedule for Motion to Quash Deposition Subpoena* (Clark, Brian) (Entered: 08/16/2022) |
| 08/16/2022 | 5745 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 8/16/22 on Class Plaintiffs' Motion for Clarification on Instructions Not to Answer at Depositions 5720 , 5721 . For the reasons stated on the record, Plaintiffs' Motion for Clarification is granted. The Court provided some guidance concerning objections and instructions not to answer during Track I depositions in accordance with Plaintiffs' request in their Motion and in light of Defendants' |

opposition to Plaintiffs' Motion. Briefly stated, the Court is of the view that instructions not to answer questions during these depositions should be kept to a minimum if such directions are made at all. Final decisions as to the admissibility of testimony given during these depositions will be made by Judge Durkin as the trial judge in this case, and instructions not to answer questions during depositions disrupt that process and prevent it from reaching fruition. Objections to form, relevance, and scope, among other things, can and should be made for the record and preserved for trial and summary judgment proceedings, but then the witness should answer the question if the witness can do so. The parties are directed to the transcript of the hearing for a complete record of the proceeding. Any counsel who wishes to have their appearance noted of record for the hearing should send an email to liaison counsel by the close of business on 8/17/22 and then liaison counsel shall send an email to the Court's courtroom deputy with all counsel of record who wish to be noted of record. Mailed notice (ber, ) (Entered: 08/16/2022)

| | | |
|---|---|---|
| 08/17/2022 | 5746 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5743 is granted; Attorney Anna Pletcher for Jayson Penn added. Mailed notice. (ecw, ) (Entered: 08/17/2022) |
| 08/17/2022 | 5747 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19751713. (Carwile, Laura) (Entered: 08/17/2022) |
| 08/17/2022 | 5748 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Per the parties' Stipulation 5744 , the Court sets the following briefing schedule on Motion to Quash Deposition Subpoena: Non-Party Subpoena Recipient Roger Austin's Motion to Quash to be filed on 8/26/22. Plaintiff's Response to the Motion to be filed on 9/9/22. Mr. Austin's reply to be filed on 9/23/22. Mailed notice (ber, ) (Entered: 08/17/2022) |
| 08/18/2022 | 5749 | ATTORNEY Appearance for Unknown Jayson Penn, Intervenor Jayson Penn, Movant Jayson Penn by Anna Pletcher (Pletcher, Anna) (Entered: 08/18/2022) |
| 08/18/2022 | 5750 | ATTORNEY Appearance for Unknown Jayson Penn, Intervenor Jayson Penn, Movant Jayson Penn by Brian Patrick Quinn (Quinn, Brian) (Entered: 08/18/2022) |
| 08/18/2022 | 5751 | TRANSCRIPT OF PROCEEDINGS held on 8/16/22 before the Honorable Jeffrey T. Gilbert. Telephonic motion hearing. Order Numbers: 43935, 43942, 43934, 43936, 43944, 43950, 43953. Court Reporter Contact Information: Laura Renke, OfficialTranscript@gmail.com, 312.435.6053. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 9/8/2022. Redacted Transcript Deadline set for 9/19/2022. Release of Transcript Restriction set for 11/16/2022. (Renke, Laura) (Entered: 08/18/2022) |
| 08/18/2022 | 5752 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5747 is granted. Attorney Laura Elizabeth Carwile for Roger Born Austin added. Mailed notice. (ecw, ) (Entered: 08/18/2022) |

| 08/18/2022 | 5753 | ATTORNEY Appearance for Unknown Roger Born Austin by Laura Elizabeth Carwile (Carwile, Laura) (Entered: 08/18/2022) |
|---|---|---|
| 08/19/2022 | 5754 | ATTORNEY Appearance for deponent William Wade Lovette by John Anderson Fagg, Jr (Fagg, John) (Entered: 08/19/2022) |
| 08/19/2022 | 5755 | STIPULATION *and [Proposed] Order Concerning Page Limits for Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy")* (Bruckner, W.) (Entered: 08/19/2022) |
| 08/22/2022 | 5756 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Wayne Farms, LLC - *Supplemental Disclosure Statement* (Ondeck, Christopher) (Entered: 08/22/2022) |
| 08/22/2022 | 5757 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) *Supplemental Fed. R. Cir. P. 7.1 and Local Rule 3.2 Disclosure Statement* (Laytin, Daniel) (Entered: 08/22/2022) |
| 08/22/2022 | 5758 | ORDER Concerning Page Limits for Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy." Signed by the Honorable Thomas M. Durkin on 8/22/2022. Mailed notice. (ecw, ) (Entered: 08/22/2022) |
| 08/22/2022 | 5759 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. for leave to file excess pages *DEFENDANTS' MOTION TO INCREASE THE PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT SUBMISSIONS* (Staunton, Thomas) (Entered: 08/22/2022) |
| 08/22/2022 | 5760 | STIPULATION regarding motion for leave to file excess pages 5759 *AND [PROPOSED] ORDER CONCERNING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO INCREASE THE PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT SUBMISSIONS* (Staunton, Thomas) (Entered: 08/22/2022) |
| 08/23/2022 | 5761 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the parties' stipulation 5760 , Track 1 Plaintiffs may file a response to Defendants' Motion to Increase the Page and Paragraph Limits for Summary Judgment Submissions 5759 by 8/26/2022. Mailed notice. (ecw, ) (Entered: 08/23/2022) |
| 08/24/2022 | 5762 | MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. for leave to file excess pages *DEFENDANTS' CORRECTED MOTION TO INCREASE THE PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT SUBMISSIONS* (Attachments: # 1 Exhibit A)(Staunton, Thomas) (Entered: 08/24/2022) |
| 08/24/2022 | 5763 | ORDER signed by the Honorable Thomas M. Durkin on 8/24/2022. Mailed notice. (ecw, ) (Entered: 08/24/2022) |
| 08/25/2022 | 5764 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19779496. (Feldberg, Michael) (Entered: 08/25/2022) |
| 08/25/2022 | 5765 | MOTION by Plaintiffs ALDI Inc, Ahold Delhaize USA, Inc., Amory Investments LLC, Anaheim Wings, LLC d/b/a Hooters of Anaheim, Brinker International, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's |

Chicken, Campbell Soup Company, Campbell Soup Supply Company L.L.C., Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Chick-fil-A, Inc., Compass Group USA, Inc., Conagra Brands, Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Indirect Purchaser Plaintiffs, John Soules Acquisitions LLC, John Soules Foods, Inc., Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., McLane Company, Inc., Nestle Purina Petcare Company, Nestle USA, Inc., Pinnacle Foods, Inc., Pollo Operations, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Restaurant Services, Inc., Sam's East, Inc., Sam's West, Inc., Services Group of America, Inc., Sodexo, Inc. and Sodexo Operations, LLC, Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, Supply Management Services, Inc., Target Corporation, The Cheesecake Factory Incorporated, The Fresh Market, Inc., US Foods, Inc., United States of America, United Supermarkets, LLC, WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc., Whatabrands LLC, Whataburger Restaurants LLC for leave to file excess pages *(Unopposed)* (Attachments: # 1 Affidavit) (Dutton, Thomas) (Entered: 08/25/2022)

| | | |
|---|---|---|
| 08/25/2022 | 5766 | RESPONSE by Plaintiff Track 1 Plaintiffs *TRACK 1 PLAINTIFFS' RESPONSES TO THE NON-GEORGIA DOCK DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS AND STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS' CLAIMS ALLEGING A "GEORGIA DOCK CONSPIRACY"* (Attachments: # 1 Declaration of Bobby Pouya, # 2 Exhibit 1-88 (SEALED), # 3 Exhibit 89-90 (PUBLIC), # 4 Exhibit 91-96 (SEALED), # 5 Exhibit 97 (PUBLIC), # 6 Exhibit 98 (SEALED), # 7 Exhibit 99 (PUBLIC), # 8 Exhibit 100 (SEALED), # 9 Exhibit 101-103 (PUBLIC))(Pouya, Bobby) (Entered: 08/25/2022) |
| 08/25/2022 | 5767 | SEALED RESPONSE by Track 1 Plaintiffs to Response,, 5766 *Exhibits 1 - 31* (Attachments: # 1 Exhibit 32 - 58, # 2 Exhibit 59-88, # 3 Exhibit 91-96, # 4 Exhibit 98, # 5 Exhibit 100)(Pouya, Bobby) (Entered: 08/25/2022) |
| 08/25/2022 | 5768 | RESPONSE by Plaintiffs ALDI Inc, ARCOP, Inc., Ahold Delhaize USA, Inc., Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Brinker International, Inc., Buffalo Wild Wings, Inc., Cajun Operating Company d/b/a Church's Chicken, Campbell Soup Company, Campbell Soup Supply Company L.L.C., Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Chick-fil-A, Inc., Compass Group USA, Inc., Conagra Brands, Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Independent Purchasing Cooperative, Inc., John Soules Acquisitions LLC, John Soules Foods, Inc., Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., McLane Company, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Nestle Purina Petcare Company, Nestle USA, Inc., Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Pinnacle Foods, Inc., Pollo Operations, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Rancho Bernardo |

Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sam's East, Inc., Sam's West, Inc., Services Group of America, Inc., Sodexo, Inc. and Sodexo Operations, LLC, Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, Supply Management Services, Inc., Sysco Corporation, Target Corporation, The Cheesecake Factory Incorporated, The Fresh Market, Inc., US Foods, Inc., United Supermarkets, LLC, WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc., Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach to memorandum in support of motion 5611 , memorandum in support of motion, 5604 , sealed document, 5602 , sealed document, 5599 , sealed document, 5594 , sealed document 5609 , memorandum in support of motion 5590 , other 5596 (Dutton, Thomas) (Entered: 08/25/2022)

| 08/25/2022 | 5769 | SEALED DOCUMENT by Plaintiffs ALDI Inc, ARCOP, Inc., Ahold Delhaize USA, Inc., Amory Investments LLC, Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Brinker International, Inc., Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Campbell Soup Company, Campbell Soup Supply Company L.L.C., Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Chick-fil-A, Inc., Compass Group USA, Inc., Conagra Brands, Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Independent Purchasing Cooperative, Inc., John Soules Acquisitions LLC, John Soules Foods, Inc., Kraft Heinz Foods Company, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., McLane Company, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Nestle Purina Petcare Company, Nestle USA, Inc., Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Pinnacle Foods, Inc., Pollo Operations, Inc., Quirch Foods, LLC, f/k/a Quirch Foods Co., Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Sam's East, Inc., Sam's West, Inc., Services Group of America, Inc., Sodexo, Inc. and Sodexo Operations, LLC, Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, Sysco Corporation, Target Corporation, The Cheesecake Factory Incorporated, The Fresh Market, Inc., US Foods, Inc., United Supermarkets, LLC, WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc., Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC (Dutton, Thomas) (Entered: 08/25/2022) |
| 08/25/2022 | 5770 | RESPONSE by Caesars Enterprise Services, LLC, Carl Buddig & Co., Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss 5601 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Pilgrim's Pride Corporation *to Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* 5610 , MOTION by Defendants Keystone Foods LLC, Equity Group Kentucky Division LLC, Equity Group Eufaula Division LLC, Equity Group-Georgia Division LLC to dismiss *Count I of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint*5589 , *MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Fieldale Farms Corporation* 5595 , *MOTION by Defendant Wayne Farms, LLC to dismiss* |

| | | |
|---|---|---|
| | | *JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* 5607 , MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss Overarching Conspiracy and Bid-Rigging Claims 5598 , MOTION by Defendant Harrison Poultry, Inc. to dismiss the Track 2 Direct Action Plaintiff's Second Amended Consolidated Complaint 5605 , MOTION by Defendants Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc. to dismiss Counts 1 & 6 of the Track 2 direct action plaintiffs' second amended consolidated complaint 5592 *[Certain Direct Action Plaintiffs' Joinder in Opposition to Defendants' Motions to Dismiss] (Mandell, Floyd) (Entered: 08/25/2022)* |
| 08/25/2022 | 5771 | MEMORANDUM by Pollo Operations, Inc. in Opposition to motion to dismiss 5601 , Motion to Dismiss for Failure to State a Claim 5610 , Motion to Dismiss for Failure to State a Claim 5595 , motion to dismiss 5607 , motion to dismiss, 5598 , motion to dismiss 5605 , motion to dismiss 5592 (Blechman, William) (Entered: 08/25/2022) |
| 08/25/2022 | 5772 | SEALED RESPONSE *TRACK 1 PLAINTIFFS' OPPOSITION TO MOVING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALL TRACK 1 PLAINTIFFS' CLAIMS ALLEGING A SO-CALLED "GEORGIA DOCK CONSPIRACY", filed in connection ECF 5766 and 5767* (Pouya, Bobby) (Entered: 08/25/2022) |
| 08/25/2022 | 5773 | RESPONSE by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs *Certain Plaintiffs' Supplemental Brief in Support of Track 1 Plaintiffs' Opposition to Non-Georgia Dock Defendants' Motion for Partial Summary Judgment* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit 1 (SEALED), # 3 Exhibit 2 (SEALED), # 4 Exhibit 3 (SEALED), # 5 Exhibit 4 (SEALED))(Scarlett, Shana) (Entered: 08/25/2022) |
| 08/25/2022 | 5774 | SEALED RESPONSE *Certain Plaintiffs' Supplemental Brief in Support of Track 1 Plaintiffs' Opposition to Non-Georgia Dock Defendants' Motion for Partial Summary Judgment* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Errata 4)(Scarlett, Shana) (Entered: 08/25/2022) |
| 08/25/2022 | 5775 | Entered in Error per attorney. (Dutton, Thomas) Modified on 8/26/2022 (daj, ). (Entered: 08/25/2022) |
| 08/25/2022 | 5776 | MOTION by Plaintiffs Aramark Food and Support Services Group, Inc., BJ's Wholesale Club Inc., Costco Wholesale Corporation, Darden Restaurants, Inc., Feeser's Inc., Glazier Foods Company, Gordon Food Service, Inc., Jetro Holdings. LLC, Maximum Quality Foods, Inc., McDonald's Corporation, PJ Food Service, Inc., Panda Restaurant Group, Inc., Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, Poultry Products of Maine, LLC, Quality Supply Chain Co-Op, Inc., Sherwood Food Distributors, LLC, Thurston Foods, Inc., Wood-Fruitticher Grocery Company, Inc., Harvest Meat Company, Inc., Western Boxed Meat Distributors, Inc., Hamilton Meat, LLC for joinder *in CERTAIN TRACK 2 DIRECT ACTION PLAINTIFFS' OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS* (Iovieno, Philip) (Entered: 08/25/2022) |
| 08/25/2022 | 5777 | APPENDIX Response,,,,,,,,, 5768 , sealed document,,,,,,, 5769 (Dutton, Thomas) (Entered: 08/25/2022) |

| 08/25/2022 | 5778 | SEALED RESPONSE by ALDI Inc, Ahold Delhaize USA, Inc. to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Pilgrim's Pride Corporation *to Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* 5610 (Brewer, Christopher) (Entered: 08/25/2022) |
|---|---|---|
| 08/25/2022 | 5779 | RESPONSE by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Albertsons Companies, Inc., Alex Lee, Inc., Associated Grocers of Florida, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, OSI Restaurant Partners, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Piggly Wiggly Alabama Distributing Co., Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Schnuck Markets, Inc., Spartanash Company, Supervalu Inc., The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation *Track 1 Direct Action Plaintiffs' Supplemental Opposition to Non-Georgia Dock Defendants' Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Owen, Daniel) (Entered: 08/25/2022) |
| 08/25/2022 | 5780 | RESPONSE by Plaintiffs ALDI Inc, Ahold Delhaize USA, Inc. to Motion to Dismiss for Failure to State a Claim 5610 *(Redacted Version)* (Brewer, Christopher) (Entered: 08/25/2022) |
| 08/25/2022 | 5781 | SEALED DOCUMENT by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Albertsons Companies, Inc., Alex Lee, Inc., Associated Grocers of Florida, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, OSI Restaurant Partners, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Piggly Wiggly Alabama Distributing Co., Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Schnuck Markets, Inc., Spartanash Company, Supervalu Inc., The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation *SEALED Exhibits to Track 1 Direct Action Plaintiffs' Supplemental Opposition to Non-Georgia Dock Defendants' Motion for Partial Summary Judgment (ECF 5779)* (Attachments: # 1 Exhibit 2)(Owen, Daniel) (Entered: 08/25/2022) |
| 08/25/2022 | 5782 | MOTION by Plaintiffs Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC, Perkins LLC for joinder *in CERTAIN TRACK 2 DIRECT ACTION PLAINTIFFS' OMNIBUS RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS* (Reichline, Cindy) (Entered: 08/25/2022) |

| 08/25/2022 | 5783 | RESPONSE by EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc.in Opposition to MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss 5601 , MOTION by Defendants Keystone Foods LLC, Equity Group Kentucky Division LLC, Equity Group Eufaula Division LLC, Equity Group-Georgia Division LLC to dismiss *Count I of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint5589 , MOTION by Defendant Wayne Farms, LLC to dismiss (JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* 5607 , MOTION by Defendants Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) to dismiss *Overarching Conspiracy and Bid-Rigging Claims* 5598 , MOTION by Defendant Harrison Poultry, Inc. to dismiss *the Track 2 Direct Action Plaintiff's Second Amended Consolidated Complaint* 5605 , MOTION by Defendants Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc. to dismiss *Counts 1 & 6 of the Track 2 direct action plaintiffs' second amended consolidated complaint* 5592 (Ripp, Paul) (Entered: 08/25/2022) |
|---|---|---|
| 08/26/2022 | 5784 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 5764 is granted. Attorney Michael S. Feldberg for Roger Austin added. Mailed notice. (ecw, ) (Entered: 08/26/2022) |
| 08/26/2022 | 5785 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for leave to file excess pages 5765 is granted. Certain Track 2 DAPs may file their Omnibus Response in Opposition to All Defendants' Motions to Dismiss with a length of 43 pages. Mailed notice. (ecw, ) (Entered: 08/26/2022) |
| 08/26/2022 | 5786 | MINUTE entry before the Honorable Thomas M. Durkin: The motions for joinder in Certain Track 2 Direct Action Plaintiffs' Response in Opposition to all of Defendants' Motions to Dismiss (ECF No. 5768) 5776 5782 are granted. Mailed notice. (ecw, ) (Entered: 08/26/2022) |
| 08/26/2022 | 5787 | STATUS Report *(Direct Purchaser Plaintiffs' Status Report Regarding first Distribution of Net Settlement Proceeds)* by Direct Purchaser Plaintiffs (Attachments: # 1 Declaration of Lorri Staal)(Pearson, Michael) (Entered: 08/26/2022) |
| 08/26/2022 | 5788 | ATTORNEY Appearance for Unknown Roger Born Austin by Michael S Feldberg (Feldberg, Michael) (Entered: 08/26/2022) |
| 08/26/2022 | 5789 | MOTION by Unknown Roger Born Austin to quash *Subpoena* (Feldberg, Michael) (Entered: 08/26/2022) |
| 08/26/2022 | 5790 | MEMORANDUM by Roger Born Austin in support of motion to quash 5789 *Subpoena* (Attachments: # 1 Exhibit A)(Feldberg, Michael) (Entered: 08/26/2022) |
| 08/26/2022 | 5791 | ORDER Granting Direct Purchaser Plaintiffs' Request for Redistribution of Net Settlement Proceeds. Signed by the Honorable Thomas M. Durkin on 8/26/2022. Mailed notice. (ecw, ) (Entered: 08/26/2022) |
| 08/26/2022 | 5792 | RESPONSE by Track 1 Plaintiffsin Opposition to MOTION by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. for leave to file excess pages *DEFENDANTS' CORRECTED MOTION TO INCREASE THE* |

| | | *PAGE AND PARAGRAPH LIMITS FOR SUMMARY JUDGMENT SUBMISSIONS* 5762 (Bruckner, W.) (Entered: 08/26/2022) |
|---|---|---|
| 08/26/2022 | 5793 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court sets the following briefing schedule on Non-Party Roger Austin's Motion to Quash Subpoena 5789 : Response due by 9/9/22. Reply due by 9/19/22. If the parties agree to a different schedule, they should email the Court's courtroom deputy and the Court will enter an order with a modified schedule. Mailed notice (ber, ) (Entered: 08/26/2022) |
| 08/29/2022 | 5794 | MOTION by Plaintiffs McLane Company, Inc., Sysco Corporation, US Foods, Inc.to withdraw appearance of Jonathan A. Shaw (Gant, Scott) (Entered: 08/29/2022) |
| 08/29/2022 | 5795 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw appearance of Jonathan A. Shaw 5794 is granted. Attorney Jonathan M. Shaw terminated. Mailed notice. (ecw, ) (Entered: 08/29/2022) |
| 08/29/2022 | 5796 | ORDER GRANTING THE PARTIES' JOINT MOTION REGARDING PROCEDURES TO ADDRESS EVIDENTIARY ISSUES IN TRACK 1 CASES : The Parties' Joint Motion Regarding Procedures to Address Evidentiary Issues in Track 1 Cases (the "Joint Motion") 5588 is GRANTED nunc pro tunc to May 6, 2022. The Court hereby adopts Exhibit A of the Joint Motion, which also is attached to this Order for ease of reference. Signed by the Honorable Jeffrey T. Gilbert on 8/29/2022. Mailed notice(ber, ) (Entered: 08/29/2022) |
| 08/29/2022 | 5797 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court's order of 8/26/22 5793 is withdrawn. A briefing schedule on Non-Party Roger Austin's Motion to Quash Subpoena 5789 was previously set in entry 5748 . Mailed notice (ber, ) (Entered: 08/29/2022) |
| 08/30/2022 | 5798 | ORDER signed by the Honorable Thomas M. Durkin on 8/30/2022. Mailed notice. (ecw, ) (Entered: 08/30/2022) |
| 08/30/2022 | 5799 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion to increase the page and paragraph limits for summary judgment submissions 5759 5762 is granted in part and denied in part. Defendants' proposals for page and paragraph limits on the "joint briefs" is granted, with the exception that the Court permits Plaintiffs' proposal for 80 paragraphs in their statement of additional material facts. Defendants' proposal for page limits for the "individual briefs" is denied. The Court adopts Plaintiffs' proposal for page limits for the individual briefs. Defendants' proposal for 120 paragraphs in their statements of material facts on the "individual briefs" is denied. The Court adopts the standard limit imposed by Local Rule 56.1 of 80 paragraphs for Defendants' statements of material facts for the "individual briefs." The Court permits 60 paragraphs in Plaintiffs' statements of additional material facts for the "individual briefs." To be clear, this means the page and paragraph limitations for the "joint briefs" are as follows: opening and opposition briefs are limited to a total of 120 pages for each side; reply briefs are limited to a total of 60 pages; statements of material facts are limited to a total of 120 paragraphs; and statement of additional material facts is limited to 80 paragraphs. And for the "individual briefs": opening and opposition briefs are limited to 15 pages each; reply briefs are limited to 10 pages each; statements are material facts are limited to 80 paragraphs; and statements of additional facts are limited to 60 paragraphs. Mailed notice. (ecw, ) (Entered: 08/30/2022) |

| 09/01/2022 | 5800 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Foster Farms, LLC, Foster Poultry Farms *Amended Rule 3.2 Affiliates Disclosure Statement* (Medlock, Stephen) (Entered: 09/01/2022) |
|---|---|---|
| 09/06/2022 | 5801 | NOTICE by Jill M. Manning of Change of Address (Manning, Jill) (Entered: 09/06/2022) |
| 09/06/2022 | 5802 | NOTICE by Neil J Swartzberg of Change of Address (Swartzberg, Neil) (Entered: 09/06/2022) |
| 09/06/2022 | 5803 | NOTICE by Bruce L Simon of Change of Address (Simon, Bruce) (Entered: 09/06/2022) |
| 09/07/2022 | 5804 | NOTICE by Jill M. Manning of Change of Address *(Amended Notice of Change of Address (amended as to e-mail address only)* (Manning, Jill) (Entered: 09/07/2022) |
| 09/08/2022 | 5805 | STIPULATION *Regarding Briefing for Summary Judgment/Daubert Motions and Pending Reply Briefs* (Warr, Jaclyn) (Entered: 09/08/2022) |
| 09/09/2022 | 5806 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs to seal *PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO NON-PARTY ROGER AUSTIN'S MOTION TO QUASH SUBPOENA FOR DEPOSITION TESTIMONY* (Zapala, Adam) (Entered: 09/09/2022) |
| 09/09/2022 | 5807 | SEALED RESPONSE *PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO NON-PARTY ROGER AUSTIN'S MOTION TO QUASH SUBPOENA FOR DEPOSITION TESTIMONY* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Zapala, Adam) (Entered: 09/09/2022) |
| 09/09/2022 | 5808 | *NOTICE OF MOTION TO SEAL* NOTICE of Motion by Adam John Zapala for presentment of (Zapala, Adam) (Entered: 09/09/2022) |
| 09/09/2022 | 5809 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in Opposition to motion to quash 5789 , motion to seal 5806 *PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO NON-PARTY ROGER AUSTIN'S MOTION TO QUASH SUBPOENA FOR DEPOSITION TESTIMONY* (Attachments: # 1 Exhibit A, # 2 Exhibit B - Redacted, # 3 Exhibit C - Redacted, # 4 Exhibit D - Redacted, # 5 Exhibit E - Redacted, # 6 Exhibit F - Redacted, # 7 Exhibit G - Redacted, # 8 Exhibit H - Redacted)(Zapala, Adam) (Entered: 09/09/2022) |
| 09/13/2022 | 5810 | MINUTE entry before the Honorable Thomas M. Durkin: The Court adopts the stipulated revised briefing schedule 5805 . Scheduling Order No. 18 5685 is amended such that: (1) Track 1 Summary Judgement Opening Briefs are due 10/7/2022; (2) Track 1 Merits Daubert Motions are due 10/7/2022; (3) Non-Georgia Dock Defendants' Reply in Support of Their Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy" is due 11/11/2022; (4) Defendants' Replies in Support of Their Motions to Dismiss the Track 2 Plaintiffs' Second Amended Consolidated Complaint are due 11/11/2022; (5) Track 1 Summary Judgment Responses are due 1/27/2023; (6) Merits Expert Daubert Responses are due 1/27/2023; (7) Track 1 Summary Judgment Replies are due 3/17/2023; and (8) Merits Expert Daubert Replies are due 3/17/2023. No further extensions will be granted to these briefing schedules absent extraordinary circumstances. Any further requests for extensions should be filed as a motion. Stipulations among the parties are not sufficient to extend briefing schedules. The Court's consent is required and must |

| | | |
|---|---|---|
| | | be sought with a motion. Separately, the Court acknowledges that a date certain has not been set for the trial and that the Court has yet to determine the form of the trial. The Court will review the parties trial plans submitted last year (and the anticipated additional filing from Plaintiffs, noted in the Stipulation) and will issue a proposed trial plan for the parties' consideration as soon as possible. Mailed notice (mjc, ) (Entered: 09/13/2022) |
| 09/13/2022 | 5811 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion for Leave to File Documents Under Seal 5806 is granted. Plaintiffs are given leave to file the unredacted full version of the Opposition to Non-Party Roger Austin's Motion to Quash Subpoena for Deposition Testimony under seal. Mailed notice (ber, ) (Entered: 09/13/2022) |
| 09/14/2022 | 5812 | STIPULATION of Dismissal *with Prejudice (joint)* (Blechman, William) (Entered: 09/14/2022) |
| 09/14/2022 | 5813 | MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss has been filed 5812 . Pollo Operations, Inc. and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., Keystone Foods LLC, Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, Equity Group - Georgia Division LLC (together "Tyson"), have agreed to resolve Pollo Tropical's claims against Tyson. Pursuant to Federal Rules of Civil Procedure 15(a) and 4l(a), Pollo Tropical's claims against Tyson with prejudice. Mailed notice (mjc, ) (Entered: 09/14/2022) |
| 09/15/2022 | 5814 | ATTORNEY Appearance for Unknown Roger Born Austin by John Joseph Muldoon, III (Muldoon, John) (Entered: 09/15/2022) |
| 09/17/2022 | 5815 | MINUTE entry before the Honorable Thomas M. Durkin: Enter order. The order is entered in place of the minute order 5813 . Mailed notice (mjc, ) (Entered: 09/17/2022) |
| 09/17/2022 | 5816 | ORDER of DISMISSAL WITH PREJUDICE Signed by the Honorable Thomas M. Durkin on 9/15/2022. Mailed notice(mjc, ) (Entered: 09/17/2022) |
| 09/23/2022 | 5817 | MOTION by Plaintiff Track 1 Plaintiffs TRACK 1 PLAINTIFFS' MOTION TO SET FOR TRIAL (Holt, Ryan) (Entered: 09/23/2022) |
| 09/23/2022 | 5818 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to order on motion to continue, order on motion for reconsideration, order on motion to alter judgment, order on motion to amend/correct, 5798 *End-User Consumer Plaintiffs' Response to The Court's August 30, 2022, Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Scarlett, Shana) (Entered: 09/23/2022) |
| 09/23/2022 | 5819 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Exhibit A to End-User Consumer Plaintiffs' Response to the Court's August 30, 2022, Order* (Scarlett, Shana) (Entered: 09/23/2022) |
| 09/23/2022 | 5820 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Exhibit B to End-User Consumer Plaintiffs' Response to the Court's August 30, 2022, Order* (Scarlett, Shana) (Entered: 09/23/2022) |
| 09/23/2022 | 5821 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Exhibit E to End-User Consumer Plaintiffs' Response to the Court's August 30, 2022, Order* (Scarlett, Shana) (Entered: 09/23/2022) |
| 09/23/2022 | 5822 | RESPONSE by Roger Born Austinin Opposition to MOTION by Unknown Roger Born Austin to quash *Subpoena* 5789 *Reply to Plaintiff's Opposition at* |

| 09/26/2022 | 5823 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *Amended Exhibit A to End-User Consumer Plaintiffs' Response to the Court's August 30, 2022, Order* (Kurowski, Daniel) (Entered: 09/26/2022) |
|---|---|---|
| 09/29/2022 | 5824 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file excess pages *re Motion to Strike Improper Rebuttal Testimony, Or, In The Alternative, Motion For Leave To File Sur-Rebuttal Opinions* (Murray, Lynn) (Entered: 09/29/2022) |
| 09/30/2022 | 5825 | NOTICE by Daniel Martin Feeney of Change of Address (Feeney, Daniel) (Entered: 09/30/2022) |
| 09/30/2022 | 5826 | NOTICE by Thomas M. Staunton of Change of Address (Staunton, Thomas) (Entered: 09/30/2022) |
| 10/03/2022 | 5827 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Track One Defendants' Uncontested Motion for Leave to File Excess Pages 5824 is granted. Track One Defendants are given leave to file a 22 page Memorandum of Law in Support of Motion to Strike Improper Rebuttal Testimony, Or, In the Alternative, Motion For Leave to File Sur-Rebuttal Opinions. Mailed notice (ber, ) (Entered: 10/03/2022) |
| 10/03/2022 | 5828 | MINUTE entry before the Honorable Thomas M. Durkin: With regard to the End-User's motion for attorney's fees on the approved class settlements 5160 , End-User's counsel should file a report providing the following information: (1) How many named plaintiffs are there? Counsel's motion says there are 25, see R. 5160 at 2, but the Court counts 26 affidavits attached at 4921-1 and 4377-7. (2) Does class counsel have fee agreements with the named plaintiffs? If so, are the agreements described in the record, and if so, please cite the record. And if not, file either a representative example or an affidavit describing the fee provisions in the agreements, if any. The report is due 10/5/2022. Mailed notice. (ecw, ) (Entered: 10/03/2022) |
| 10/03/2022 | 5829 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, |

Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to strike *IMPROPER REBUTTAL TESTIMONY, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REBUTTAL OPINIONS* (Murray, Lynn) (Entered: 10/03/2022)

| 10/03/2022 | 5830 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of motion to strike,,,,,, 5829 (Attachments: # 1 Exhibit 1-32)(Murray, Lynn) (Entered: 10/03/2022) |
| 10/03/2022 | 5831 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson |

Farm, Inc. (Food's Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO STRIKE IMPROPER REBUTTAL TESTIMONY OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REBUTTAL OPINIONS* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Murray, Lynn) (Entered: 10/03/2022)

| | | |
|---|---|---|
| 10/03/2022 | 5832 | SEALED EXHIBIT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Exhibits 16-30 to Defendants' Memorandum in Support of Motion ot Strike Improper Rebuttal Testimony Or, In the Alternative, Motion for Leave to File Sur-Rebuttal Opinions* regarding sealed document,,,,,,,, 5831 (Murray, Lynn) (Entered: 10/03/2022) |
| 10/03/2022 | 5833 | SEALED EXHIBIT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson |

| | | |
|---|---|---|
| | | Farms, Inc. (Production Division), Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Exhibits 31-32 to Defendants' Memorandum In Support Of Motion to Strike Improper Rebuttal Testimony Or, In The Alternative, Motion For Leave To File Sur-Rebuttal Opinion* regarding exhibit,,,,,,, 5832 , sealed document,,,,,,, 5831 (Murray, Lynn) (Entered: 10/03/2022) |
| 10/03/2022 | 5834 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to seal *EXHIBITS 1-32 AND PORTIONS OF DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO STRIKE IMPROPERTY REBUTTAL TESTIMONY OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REBUTTAL OPINIONS [DKT. 5830]* (Murray, Lynn) (Entered: 10/03/2022) |
| 10/05/2022 | 5835 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to text entry,, 5828 *EUCP's Report in Response to the Court's October 3, 2022 Order* (Attachments: # 1 Declaration of Steve W. Berman, # 2 Exhibit A, # 3 Declaration of Brent W. Johnson)(Berman, Steve) (Entered: 10/05/2022) |
| 10/06/2022 | 5836 | RESPONSE by Movant Shiyang Huang to Response, 5835 , text entry,, 5828 *(leave to file requested therein)* (Huang, Shiyang) (Entered: 10/06/2022) |
| 10/06/2022 | 5837 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Motion for Leave to File Under Seal Exhibits 1-32 and Portions of Defendants' Memorandum In Support of Motion to Strike Improper Rebuttal Testimony 5834 is granted. Mailed notice (ber, ) (Entered: 10/06/2022) |
| 10/06/2022 | 5838 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties shall agree on a briefing schedule on Defendants' Motion to Strike Improper Rebuttal Testimony, or in the Alternative, Motion for Leave to File Sur-Rebuttal Opinions 5829 and communicate that briefing schedule via email to the Court's courtroom deputy at Brenda_Rinozzi@ilnd.uscourts.gov. Mailed notice (ber, ) (Entered: 10/06/2022) |

| 10/06/2022 | 5839 | MOTION by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. to seal document *Motion for Leave to FIle Under Seal Defendants' Consolidated Answer to End-User Consumer Plaintiffs' Fifth Amended Consolidated Class Action Complaint* (Sulentic, James) (Entered: 10/06/2022) |
|---|---|---|
| 10/06/2022 | 5840 | Notice by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Notice of Motion 5839* (Sulentic, James) (Entered: 10/06/2022) |
| 10/06/2022 | 5841 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Defendants' Consolidated Answer to End-User Consumer Plaintiffs' Fifth Consolidated Amended Class Action Complaint* (Sulentic, James) (Entered: 10/06/2022) |
| 10/06/2022 | 5842 | *REDACTED Defendants' Consolidated Answer to End-User Consumer Plaintiffs' Fifth Consolidated Amended Class Action Complaint* ANSWER to amended complaint by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Sulentic, James) (Entered: 10/06/2022) |
| 10/06/2022 | 5843 | MOTION by Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified Grocers, Inc., Wakefern Food Corporation for leave to file excess pages *[Track One Direct Action Plaintiffs' Uncontested]* (Germaine, David) (Entered: 10/06/2022) |
| 10/06/2022 | 5844 | Notice to strike or withdraw leave to file (R.5836) by Shiyang Huang (Huang, Shiyang) (Entered: 10/06/2022) |
| 10/07/2022 | 5845 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal Defendants' Consolidated Answer to End-User Consumer Plaintiffs' Fifth Amended Consolidated Class Action Complaint 5839 is granted. Mailed notice. (ecw, ) (Entered: 10/07/2022) |
| 10/07/2022 | 5846 | MOTION by Defendant Wayne Farms, LLC for summary judgment - *Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims* (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3)(Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5847 | MEMORANDUM by Wayne Farms, LLC in support of motion for summary judgment, 5846 - *Defendants' Memorandum of Law in Support of Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims* (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Appendix 4, # 5 Appendix 5)(Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5848 | MOTION by Defendants Fieldale Farms Corporation, Fieldale Farms Corporation for summary judgment (Attachments: # 1 Exhibit Memorandum in Support, # 2 Exhibit Statement of Facts, # 3 Exhibit Exhibits 1-11)(Grantham, Thomas) (Entered: 10/07/2022) |
| 10/07/2022 | 5849 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Fieldale's Memorandum in Support of Motion for Partial Summary Judgment* (Attachments: # 1 Exhibit Statement of Facts, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9, # 11 Exhibit Exhibit 10, # 12 Exhibit Exhibit 11)(Grantham, Thomas) (Entered: 10/07/2022) |
| 10/07/2022 | 5850 | NOTICE by Kevin S Landau of Change of Address (Landau, Kevin) (Entered: 10/07/2022) |

| 10/07/2022 | 5851 | SEALED MOTION by Defendant Wayne Farms, LLC - *Motion for Summary Judgment* (Ondeck, Christopher) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5852 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Memorandum of Law in Support of Motion for Summary Judgment* (Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5853 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Statement of Undisputed Facts* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50)(Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5854 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Additional Exhibits to Statement of Undisputed Facts* (Attachments: # 1 Exhibit 52, # 2 Exhibit 53, # 3 Exhibit 54, # 4 Exhibit 55, # 5 Exhibit 56, # 6 Exhibit 57, # 7 Exhibit 58, # 8 Exhibit 59, # 9 Exhibit 60, # 10 Exhibit 61, # 11 Exhibit 62, # 12 Exhibit 63, # 13 Exhibit 64, # 14 Exhibit 65, # 15 Exhibit 66, # 16 Exhibit 67, # 17 Exhibit 68, # 18 Exhibit 69, # 19 Exhibit 70, # 20 Exhibit 71, # 21 Exhibit 72, # 22 Exhibit 73, # 23 Exhibit 74, # 24 Exhibit 75, # 25 Exhibit 76, # 26 Exhibit 77, # 27 Exhibit 78, # 28 Exhibit 79, # 29 Exhibit 80, # 30 Exhibit 81, # 31 Exhibit 82, # 32 Exhibit 83, # 33 Exhibit 84, # 34 Exhibit 85, # 35 Exhibit 86, # 36 Exhibit 87, # 37 Exhibit 88, # 38 Exhibit 89, # 39 Exhibit 90, # 40 Exhibit 91, # 41 Exhibit 92, # 42 Exhibit 93, # 43 Exhibit 94, # 44 Exhibit 95, # 45 Exhibit 96, # 46 Exhibit 97, # 47 Exhibit 98, # 48 Exhibit 99, # 49 Exhibit 100, # 50 Exhibit 101, # 51 Exhibit 102, # 52 Exhibit 103)(Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5855 | MEMORANDUM Opinion and Order: For the reasons set forth in the attached Memorandum Opinion and Order, Appointed Counsel's motion 5160 is granted as follows: (1) expenses are awarded in the amount of $8.75 million; (2) incentive awards in the amount of $2,000 are awarded to each of the 24 class representatives, with a twenty-fifth $2,000 award being shared by class representatives David and Leslie Weidner; and (3) attorney's fees are awarded in the amount of $57,400,000.00, which is 33 percent of the settlement fund after deducting the expenses and incentive awards. Lastly, while the Court appreciates the spirit of the objections, including the most recent filing of October 6, 2022, see R. 5836 , they were not material to a case of this size, alleging antitrust violations, subject to Seventh Circuit precedent, so no objector "incentive award" is appropriate. Signed by the Honorable Thomas M. Durkin on 10/7/2022. Mailed notice. (ecw, ) (Entered: 10/07/2022) |
| 10/07/2022 | 5856 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue |

| | | |
|---|---|---|
| | | Foods, LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to Exclude the Testimony of Dr. Russell Mangum (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5857 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Declaration of Scott A. Eggers* (Eggers, Scott) (Entered: 10/07/2022) |
| 10/07/2022 | 5858 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Declaration of Aaron Leach* (Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5859 | *Notice of Motion to Exclude the Testimony of Dr. Russell Mangum* NOTICE of Motion by Carmine R. Zarlenga for presentment of (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5860 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Declaration of Lauren J. Stiroh* (Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5861 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,, 5856 *(Public Version)* (Attachments: # 1 Declaration of Katherine M. Bleicher, # 2 Exhibits 1-7)(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5862 | SEALED MOTION by Defendant Wayne Farms, LLC - *Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5863 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Memorandum of Law in Support of Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Ondeck, Christopher) (Entered: 10/07/2022) |
| 10/07/2022 | 5864 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Declaration of Scott A. Eggers in Support of Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Eggers, Scott) (Entered: 10/07/2022) |
| 10/07/2022 | 5865 | SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue |

| | | Foods, LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *to Exclude the Testimony of Dr. Russell Mangum* (Zarlenga, Carmine) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5866 | SEALED MOTION by Defendant Harrison Poultry, Inc. (Attachments: # 1 Brief in Support of MSJ, # 2 Statement of Undisputed Material Facts, # 3 Index to Statement of Facts/Exhibits, # 4 Exhibit 1-5, # 5 Exhibit 6-10, # 6 Exhibit 11-15, # 7 Exhibit 16-20, # 8 Exhibit 21-25, # 9 Exhibit 26-30, # 10 Exhibit 31-35, # 11 Exhibit 36-39)(Gorham, Patricia) (Entered: 10/07/2022) |
| 10/07/2022 | 5867 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Memorandum of Law in Support of Motion to Exclude the Testimony of Dr. Russell Mangum* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5868 | SEALED EXHIBIT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *(Sealed Exhibits 1-7)* regarding MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 5856 (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5869 | MOTION by Plaintiff Publix Super Markets, Inc. for partial summary judgment *[On behalf of all Track 1 Plaintiffs]* (Attachments: # 1 Exhibit Memorandum in Support of Motion for Partial Summary Judgment on Three Affirmative Defenses, # 2 Exhibit Statement of Material Facts in Support of Motion for Partial Summary Judgment on Three Affirmative Defenses, # 3 Exhibit Exhibits A - S)(Germaine, David) (Entered: 10/07/2022) |
| 10/07/2022 | 5870 | SEALED MOTION by Plaintiff Publix Super Markets, Inc. *[On behalf of all Track 1 Plaintiffs]* (Attachments: # 1 Exhibit Memorandum in Support of Motion |

| | | for Partial Summary Judgment on Three Affirmative Defenses, # 2 Exhibit Statement of Material Facts in Support of Motion for Partial Summary Judgment on Three Affirmative Defenses, # 3 Exhibit Exhibit Index, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P, # 20 Exhibit Q, # 21 Exhibit R, # 22 Exhibit S)(Germaine, David) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5871 | SEALED MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *The Mar-Jac Defendants' Motion for Summary Judgment* (Attachments: # 1 Memorandum in Support, # 2 Statement of Undisputed Material Facts, # 3 Declaration of Stephen A. Youngblood, Esq., and Exhibit Index, # 4 Exhibits A-I, # 5 Exhibits J-BB, # 6 Exhibits CC - ZZ)(Konieczny, Edward) (Entered: 10/07/2022) |
| 10/07/2022 | 5872 | MOTION by Defendants Foster Poultry Farms, Foster Farms, LLC for summary judgment *Dismissing Track 1 Plaintiffs' Claims* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5873 | *Notice of Motion for Foster Farms, LLC and Foster Poultry Farms LLC's Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Claims* NOTICE of Motion by Carmine R. Zarlenga for presentment of (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5874 | MEMORANDUM by Foster Farms, LLC, Foster Poultry Farms in support of motion for summary judgment 5872 (Attachments: # 1 Declaration of Katherine M. Bleicher, # 2 Exhibits 1 - 207 (Public Version))(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5875 | RULE 56 Statement by Foster Farms, LLC, Foster Poultry Farms regarding motion for summary judgment 5872 *(Redacted)* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5876 | SEALED MOTION by Defendants Foster Farms, LLC, Foster Poultry Farms *for Summary Judgment Dismissing Track 1 Plaintiffs' Claims* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5877 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms *Memorandum in Support of Motion for Summary Judgment on All Track 1 Plaintiffs' Claims* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5878 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) for summary judgment *Georgia Dock Defendants' Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs George Dock Claims* (Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5879 | MOTION by Defendants O.K. Industries, Inc., O.K. Foods, Inc., O.K. Farms, Inc. for summary judgment (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5880 | SEALED MOTION by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5881 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Memorandum in Support of Motion for Summary Judgment* |

| 10/07/2022 | 5882 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Statement of Undisputed Facts in Support of Motion for Summary Judgment* (Passarelli, John) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5883 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Memorandum of Law in Support of Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Georgia Dock Claims* (Attachments: # 1 Exhibit Statement of Undisputed Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit 1-10, # 5 Exhibit 11-20, # 6 Exhibit 21-25, # 7 Exhibit 26.1, # 8 Exhibit 26.2, # 9 Exhibit 26.3, # 10 Exhibit 27-40, # 11 Exhibit 41-50) (Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5884 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibits 51-60* (Attachments: # 1 Exhibit 61-70, # 2 Exhibit 71-80, # 3 Exhibit 81-90, # 4 Exhibit 91-100)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5885 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLCto Exclude Certain Direct Action Plaintiffs' Expert Tracy Coenen (Johnston-Ahlen, Julie) (Entered: 10/07/2022) |
| 10/07/2022 | 5886 | SEALED MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Motion for Summary Judgment* (Attachments: # 1 Memorandum in Support of Mountaire's Motion for Summary Judgment, # 2 Rule 56.1 Statement of Undisputed Material Facts, # 3 Declaration in Support of Rule 56.1 Statement, # 4 Figures 1-5, # 5 Exhibits 1-4, # 6 Exhibit 5 pt.1, # 7 Exhibit 5 pt. 2, # 8 Exhibits 6-17, # 9 Exhibits 18-35, # 10 Exhibits 36-47, # 11 Exhibits 48-52, # 12 Exhibits 53-54, # 13 Exhibit 55, # 14 Exhibits 56-65)(Heftman, Lawrence) (Entered: 10/07/2022) |
| 10/07/2022 | 5887 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC |

| | | |
|---|---|---|
| | | (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibit 101.1* (Attachments: # 1 Exhibit 101.2, # 2 Exhibit 101.3, # 3 Exhibit 101.4, # 4 Exhibit 102.1, # 5 Exhibit 102.2-107, # 6 Exhibit 108.1, # 7 Exhibit 108.2, # 8 Exhibit 108.3, # 9 Exhibit 109-110)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5888 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibits 111-120* (Attachments: # 1 Exhibit 121-130, # 2 Exhibit 131-140, # 3 Exhibit 141-151)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5889 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibit 152.1* (Attachments: # 1 Exhibit 152.2, # 2 Exhibit 152.3, # 3 Exhibit 152.4, # 4 Exhibit 152.5)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5890 | MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. for summary judgment (Murray, Lynn) (Entered: 10/07/2022) |
| 10/07/2022 | 5891 | SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountaineer Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *(Motion to Exclude Certain Direct Action Plaintiffs' Expert James T. McClave* (Attachments: # 1 Memorandum of Law in Support of Motion to Exclude Certain Direct Action Plaintiffs' Expert James T. McClave, # 2 Declaration of Lara A. Flath in Support of Defendants' Motion to Exclude Certain Direct Action Plaintiffs' Expert James T. McClave, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8)(Flath, Lara) (Entered: 10/07/2022) |
| 10/07/2022 | 5892 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a |

| | | Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.)in limine *MOTION TO EXCLUDE THE TESTIMONY OF DR. COLIN CARTER* (Laytin, Daniel) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5893 | MOTION by Defendants Pilgrim's Pride Corporation, Pilgrim's Pride Corporation for summary judgment (Bonanno, Michael) (Entered: 10/07/2022) |
| 10/07/2022 | 5894 | MEMORANDUM by Pilgrim's Pride Corporation in support of motion for summary judgment 5893 (Bonanno, Michael) (Entered: 10/07/2022) |
| 10/07/2022 | 5895 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Attachments: # 1 Exhibit 1 Part 1, # 2 Exhibit 1 Part 2, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5896 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.)in limine *Motion to Exclude the Testimony of Dr. Alan S. Frankel* (Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5897 | SEALED MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Wayne Farms, LLC *MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING* (Baldridge, James) (Entered: 10/07/2022) |
| 10/07/2022 | 5898 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Memorandum in Support of Motion to Exclude Testimony of Dr. Alan S. Frankel* (Attachments: # 1 Exhibit 1.1, # 2 Exhibit 1.2, # 3 Exhibit 1.3, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5899 | SEALED MOTION by Defendant Agri Stats, Inc. *for Summary Judgment* (Attachments: # 1 Memorandum in Support, # 2 Statement of Undisputed Facts, # |

Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12
Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12 pt. 1, # 16 Exhibit 12
pt. 2, # 17 Exhibit 13 pt. 1, # 18 Exhibit 13 pt. 2, # 19 Exhibit 14, # 20 Exhibit
15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25
Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, #
30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Text of Proposed Order, #
34 Certificate of Service)(Bernick, Justin) (Entered: 10/07/2022)

| 10/07/2022 | 5900 | MEMORANDUM in Support of Defendants' Motion to Exclude Expert Opinion of Dr. David Sunding 5897 by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Wayne Farms, LLC to seal document SEALED MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mou (Baldridge, James) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5901 | MOTION by Defendants Foster Poultry Farms, Claxton Poultry Farms, Inc., Wayne Farms, LLC, Case Foods, Inc., Harrison Poultry, Inc., Perdue Farms, Inc., O.K. Industries, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms, Inc. (Production Division), Simmons Foods, Inc., Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Koch Meats Co., Inc., Foster Farms, LLC, Mar-Jac AL/MS, Inc., Sanderson Farms, Inc., Agri Stats, Inc., George's Inc., House of Raeford Farms, Inc., Mar-Jac Holdings, LLC, Mountainaire Farms, LLC, O.K. Foods, Inc., Peco Foods, Inc., Mar-Jac Poultry AL, LLC, Mountainaire Farms, Inc., Koch Foods, Inc., Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Mar-Jac Poultry, LLC, Case Farms, LLC, Perdue Foods LLC, George's Farms, Inc., Simmons Prepared Foods, Inc., Mountainaire Farms of Delaware, Inc., O.K. Farms, Inc., Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms, Inc. (Foods Division), JCG Foods of Alabama, LLC, Case Farms Processing, Inc., JCG Foods of Georgia, LLC, Mar-Jac Holdings, Inc. for partial summary judgment *as to Overarching Conspiracy Claims* (Murray, Lynn) (Entered: 10/07/2022) |
| 10/07/2022 | 5902 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5903 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, |

Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Memorandum in Support of Motion to Exclude Certain Direct Action Plaintiffs' Expert Tracy Coenen* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N, # 15 Exhibit Exhibit O)(Johnston-Ahlen, Julie) (Entered: 10/07/2022)

| 10/07/2022 | 5904 | RULE 56 Statement by Pilgrim's Pride Corporation regarding motion for summary judgment 5893 (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5-6, # 7 Exhibit 7, # 8 Exhibit 8-9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15-16, # 15 Exhibit 17, # 16 Exhibit 18, # 17 Exhibit 19, # 18 Exhibit 20, # 19 Exhibit 21, # 20 Exhibit 22, # 21 Exhibit 23, # 22 Exhibit 24, # 23 Exhibit 25, # 24 Exhibit 26-27, # 25 Exhibit 28, # 26 Exhibit 29-32, # 27 Exhibit 33, # 28 Exhibit 34, # 29 Exhibit 35, # 30 Exhibit 36, # 31 Exhibit 37, # 32 Exhibit 38, # 33 Exhibit 39, # 34 Exhibit 40, # 35 Exhibit 41, # 36 Exhibit 42, # 37 Exhibit 43, # 38 Exhibit 44-50, # 39 Exhibit 51, # 40 Exhibit 52, # 41 Exhibit 53, # 42 Exhibit 54-58, # 43 Exhibit 59, # 44 Exhibit 60-61, # 45 Exhibit 62, # 46 Exhibit 63-74, # 47 Exhibit 75, # 48 Exhibit 76, # 49 Exhibit 77, # 50 Exhibit 78-79, # 51 Exhibit 80, # 52 Exhibit 81, # 53 Exhibit 82-101, # 54 Exhibit 102, # 55 Exhibit 103, # 56 Exhibit 104)(Bonanno, Michael) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5905 | MOTION by Plaintiff Track 1 Direct Action Plaintiffs to seal *Exhibits 1-15 to the Declaration of Gregory K. Arenson in Support of Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions and Portions of Track 1 Direct Action Plaintiffs' Memorandum of Law in Support of Motion To Exclude Portions of Certain Defendants' Economists' Opinions* (Kaplan, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 5906 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *SIMMONS' STATEMENT OF UNDISPUTED MATERIAL FACTS* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42)(Murray, Lynn) (Entered: 10/07/2022) |

| | | |
|---|---|---|
| 10/07/2022 | 5907 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 1 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5908 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for partial summary judgment,,,,, 5901 *as to Overarching Conspiracy Claims* (Murray, Lynn) (Entered: 10/07/2022) |
| 10/07/2022 | 5909 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT* (Murray, Lynn) (Entered: 10/07/2022) |
| 10/07/2022 | 5910 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to Exclude the Expert Opinions of Dr. Russell Lamb (Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 5911 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *DECLARATION OF LYNN H. MURRAY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED FACTS* (Murray, Lynn) (Entered: 10/07/2022) |

| 10/07/2022 | 5912 | SEALED MOTION by Defendant Peco Foods, Inc. *for Summary Judgment* (Fitzgerald, Patrick) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5913 | DECLARATION of Andrew T. Hernacki in Support of Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding 5897 by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Wayne Farms, LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Baldridge, James) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
| 10/07/2022 | 5914 | MOTION by Plaintiff Track 1 Direct Action Plaintiffs to strike *Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions* (Kaplan, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 5915 | SEALED MOTION by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *for Summary Judgment* (Herbison, James) (Entered: 10/07/2022) |
| 10/07/2022 | 5916 | Removed per court order dated 5/30/2023 (Warr, Jaclyn) (Main Document 5916 replaced on 5/31/2023) (jk2, ). Modified on 5/31/2023 (jk2, ). (Entered: 10/07/2022) |
| 10/07/2022 | 5917 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Memorandum In Support of Motion for Summary Judgment* (Fitzgerald, Patrick) (Entered: 10/07/2022) |
| 10/07/2022 | 5918 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms - *Declaration of Katherine M. Bleicher in Support of Foster Farms' Motion for Summary Judgment on All Track 1 Plaintiffs' Claims and Exhibits 1-86* (Attachments: # 1 Exhibits 1-10, # 2 Exhibits 11-16, # 3 Exhibit 17 (Part 1 of 3), # 4 Exhibit 17 (Part 2 of 3), # 5 Exhibit 17 (Part 3 of 3), # 6 Exhibits 18-29, # 7 Exhibits 30-40, # 8 Exhibits 41-57, # 9 Exhibits 58-60, # 10 Exhibits 61-86) (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5919 | SEALED DOCUMENT by Defendants George's Farms, Inc., George's Inc. *Memorandum in Support of Motion for Summary Judgment on Track 1 Claims* (Warr, Jaclyn) (Entered: 10/07/2022) |
| 10/07/2022 | 5920 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Memorandum of Law in Support of Its Motion for Summary Judgment* (Herbison, James) (Entered: 10/07/2022) |
| 10/07/2022 | 5921 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods |

LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL, LLC, Mar-Jac
Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac
Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire
Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC,
Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K.
Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC,
Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods,
LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms
Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson
Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)),
Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson
Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division),
Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc.,
Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson
Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Memorandum of Law in
Support of Defendants' Motion to Exclude the Expert Opinions of Dr. Russell
Lamb* (Attachments: # 1 Declaration Declaration of Michael J. O'Mara, # 2
Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3A, # 5 Exhibit 3B, # 6 Exhibit 4, # 7 Exhibit
5, # 8 Exhibit 6, # 9 Exhibit 7)(Adcox, Rachel) (Entered: 10/07/2022)

| | | |
|---|---|---|
| 10/07/2022 | 5922 | SEALED DOCUMENT by Defendants George's Farms, Inc., George's Inc. *Rule 56 Statement* (Attachments: # 1 Declaration of Gary George, # 2 Declaration of Carl George, # 3 Declaration of Monty Henderson, # 4 Declaration of Mike Donohue, # 5 Declaration of Qianyu "Mico" Mao)(Warr, Jaclyn) (Entered: 10/07/2022) |
| 10/07/2022 | 5923 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms *Exhibits 87-207 in Support of Foster Farms' Motion for Summary Judgment on All Track 1 Plaintiffs' Claims* (Attachments: # 1 Exhibit 109, # 2 Exhibits 110-132, # 3 Exhibits 133-154, # 4 Exhibits 155-165, # 5 Exhibits 166-179, # 6 Exhibit 180-200, # 7 Exhibits 201-207)(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5924 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms - *Local Rule 56.1 Statement of Material Facts in Support of Motion for Summary Judgment on All Track 1 Plaintiffs' Claims* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5925 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *RULE 56 Statement* (Attachments: # 1 Exhibit 3, # 2 Exhibit 5, # 3 Exhibit 6, # 4 Exhibit 8, # 5 Exhibit 9, # 6 Exhibit 11, # 7 Exhibit 13, # 8 Exhibit 15, # 9 Exhibit 16, # 10 Exhibit 18, # 11 Exhibit 26, # 12 Exhibit 27, # 13 Exhibit 29, # 14 Exhibit 30, # 15 Exhibit 31, # 16 Exhibit 32, # 17 Exhibit 34, # 18 Exhibit 40, # 19 Exhibit 42, # 20 Exhibit 44, # 21 Exhibit 45, # 22 Exhibit 46, # 23 Exhibit 47, # 24 Exhibit 48, # 25 Exhibit 49, # 26 Exhibit 50, # 27 Exhibit 54, # 28 Exhibit 55, # 29 Exhibit 56, # 30 Exhibit 57, # 31 Exhibit 58, # 32 Exhibit 60, # 33 Exhibit 61, # 34 Exhibit 63, # 35 Exhibit 64, # 36 Exhibit 65, # 37 Exhibit 66, # 38 Exhibit 67, # 39 Exhibit 68, # 40 Exhibit 69, # 41 Exhibit 70, # 42 Exhibit 71, # 43 Exhibit 72, # 44 Exhibit 73, # 45 Exhibit 74, # 46 Exhibit 78, # 47 Exhibit 79, # 48 Exhibit 82, # 49 Exhibit 83, # 50 Exhibit 84, # 51 Exhibit 85, # 52 Exhibit 86, # 53 Exhibit 87, # 54 Exhibit 88, # 55 Exhibit 89, # 56 Exhibit 90, # 57 Exhibit 91, # 58 Exhibit 92, # 59 Exhibit 93, # 60 Exhibit 94, # 61 Exhibit 95, # 62 Exhibit 96, # 63 Exhibit 97, # 64 Exhibit 98, # 65 Exhibit 99, # 66 Exhibit 100, # 67 Exhibit 101, # 68 Exhibit 104)(Bonanno, Michael) (Entered: 10/07/2022) |

| 10/07/2022 | 5926 | MOTION by Defendants Case Foods, Inc., Case Farms, LLC, Case Farms Processing, Inc. for summary judgment *Rule 56 Motion for Summary Judgment* (Feeney, Daniel) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5927 | SEALED DOCUMENT by Defendants George's Farms, Inc., George's Inc. *Warr Declaration in Support of Motion for Summary Judgment on Track 1 Claims* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Warr, Jaclyn) (Entered: 10/07/2022) |
| 10/07/2022 | 5928 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Memorandum in Support of Rule 56 Motion for Summary Judgment* (Feeney, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5929 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLCDefendants' Motion to Exclude the Testimony of Dr. Michael Williams (Murray, Lynn) (Entered: 10/07/2022) |
| 10/07/2022 | 5930 | MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLCto Exclude the Testimony of Dr. Luis Cabral (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5931 | *Notice of Motion for Motion to Exclude the Testimony of Dr. Luis Cabral* NOTICE of Motion by Carmine R. Zarlenga for presentment of (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5932 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *Statement of Uncontroverted Material Facts in Support of Its Motion for Summary Judgment* (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 |

| | | |
|---|---|---|
| | | Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54) (Herbison, James) (Entered: 10/07/2022) |
| 10/07/2022 | 5933 | MEMORANDUM by Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,, 5930 *(Redacted)* (Attachments: # 1 Declaration of Stephen M. Medlock, # 2 Exhibits 1-8) (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5934 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Rule 56.1 Statement of Undisputed Material Facts* (Attachments: # 1 Declaration of Lara A. Flath, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28)(Fitzgerald, Patrick) (Entered: 10/07/2022) |
| 10/07/2022 | 5935 | SEALED MOTION by Defendant House of Raeford Farms, Inc. *Motion for Summary Judgment on Claims of Track 1 Plaintiffs* (Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 5936 | SEALED DOCUMENT by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC *Keystone Defendants' MOTION for Summary Judgment on All Remaining Track 1 Direct Action Plaintiffs' Claims Against Keystone* (Attachments: # 1 Keystone Defendants' MEMORANDUM of Law in Support of Motion for Summary Judgment, # 2 Keystone Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, # 3 Declaration of George L. Scroggin III, # 4 Declaration of Kail J. Jethmalani, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5A, # 10 Exhibit 5B, # 11 Exhibit 6, # 12 Exhibit 7, # 13 Exhibit 8, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11, # 17 Exhibit 12, # 18 Exhibit 13, # 19 Exhibit 14, # 20 Exhibit 15, # 21 Exhibit 16, # 22 Exhibit 17, # 23 Exhibit 18, # 24 Exhibit 19, # 25 Exhibit 20, # 26 Exhibit 21, # 27 Exhibit 22, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, # 34 Exhibit 29, # 35 Exhibit 30, # 36 Exhibit 31, # 37 Exhibit 32, # 38 Exhibit 33, # 39 Exhibit 34, # 40 Exhibit 35, # 41 Exhibit 36, # 42 Exhibit 37, # 43 Exhibit 38, # 44 Exhibit 39, # 45 Exhibit 40, |

| | | # 46 Exhibit 41, # 47 Exhibit 42, # 48 Exhibit 43, # 49 Exhibit 44)(Adcox, Rachel) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5937 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *Memorandum in Support of Individual Motion for Summary Judgment on Claims of Track 1 Plaintiffs* (Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 5938 | SEALED MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Motion to Exclude the Testimony of Dr. Luis Cabral* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5939 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *Statement of Facts in Support of Motion for Summary Judgment on Claims of Track 1 Plaintiffs* (Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 5940 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Rule 56.1 Statement of Material Facts In Support of Case Farms' and Defendants' Motions for Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 100 Exhibit 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105)(Feeney, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5941 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch |

| | | Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division) Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *Memorandum of Law In Support of Defendants' Motion to Exclude the Testimony of Dr. Michael Williams* (Attachments: # [1](#) Exhibit 1, # [2](#) Exhibit 2, # [3](#) Exhibit 3, # [4](#) Exhibit 4, # [5](#) Exhibit 5, # [6](#) Exhibit 6, # [7](#) Exhibit 7, # [8](#) Exhibit 8)(Murray, Lynn) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | [5942](#) | SEALED DOCUMENT by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Memorandum in Support of Motion to Exclude the Testimony of Dr. Luis Cabral* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | [5943](#) | SEALED DOCUMENT by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Declaration of Stephen M. Medlock and Exhibits 1-8 in Support of Motion to Exclude the Testimony of Dr. Luis Cabral* (Attachments: # [1](#) Exhibits 1-8)(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | [5944](#) | NOTICE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue |

| | | Foods, LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *NOTICE OF FILING* (Baldridge, James) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5945 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 1-20 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5946 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 21-40 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5947 | MOTION by Defendants Foster Poultry Farms, Wayne Farms, LLC, Case Foods, Inc., Harrison Poultry, Inc., Perdue Farms, Inc., O.K. Industries, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Simmons Foods, Inc., Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Koch Meats Co., Inc., Foster Farms, LLC, Mar-Jac AL/MS, Inc., Agri Stats, Inc., George's Inc., House of Raeford Farms, Inc., Mountainaire Farms, LLC, O.K. Foods, Inc., Peco Foods, Inc., Mar-Jac Poultry AL, LLC, Mountainaire Farms, Inc., Koch Foods, Inc., Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Mar-Jac Poultry, LLC, Case Farms, LLC, Perdue Foods LLC, George's Farms, Inc., Simmons Prepared Foods, Inc., Mountainaire Farms of Delaware, Inc., O.K. Farms, Inc., Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), JCG Foods of Alabama, LLC, Case Farms Processing, Inc., JCG Foods of Georgia, LLC, Mar-Jac Holdings, Inc. for summary judgment *Dismissing Track 1 Direct Action Plaintiff and Direct Purchaser Plaintiff Claims on Statute of Limitations Grounds* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5948 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 41-60 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5949 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 61-80 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5950 | *Notice of Motion for Motion for Summary Judgment on Statute of Limitations Grounds* NOTICE of Motion by Carmine R. Zarlenga for presentment of (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5951 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 81-100 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5952 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 101-120 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5953 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., |

| | | |
|---|---|---|
| | | JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for summary judgment,,,,, 5947 (Attachments: # 1 Appendix A, # 2 Declaration of Stephen M. Medlock, # 3 Exhibits 1-149)(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5954 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 121-140 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5955 | RULE 56 Statement by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC regarding motion for summary judgment,,,,, 5947 *(Redacted)* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5956 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 2 pp 141-161 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5957 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 3 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5958 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 4 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5959 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 5 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5960 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 6 through 12 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |

| 10/07/2022 | 5961 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Exhibits 1-50)* (Attachments: # 1 Exhibit List, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50)(Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 5962 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 13 and 14 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5963 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 15 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5964 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 16 through 19 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5965 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 20 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5966 | SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *for Summary Judgment Dismissing Track 1 Direct Action Plaintiff and Direct Purchaser Plaintiff Claims on Statute of Limitations Grounds* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5967 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 21 through 23 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5968 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 24 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |

| 10/07/2022 | 5969 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 25 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5970 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Memorandum in Support of Motion for Summary Judgment on Statute of Limitations Grounds* (Attachments: # 1 Appendix A)(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5971 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 26 and 27 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5972 | SEALED DOCUMENT by Plaintiff Track 1 Direct Action Plaintiffs *Memorandum of Law in Support of Motion To Exclude Portions of Certain Defendants' Economists' Opinions* (Attachments: # 1 Exhibit 1 to the Declaration of Gregory K. Arenson, # 2 Exhibit 2 to the Declaration of Gregory K. Arenson, # 3 Exhibit 3 to the Declaration of Gregory K. Arenson, # 4 Exhibit 4 to the Declaration of Gregory K. Arenson, # 5 Exhibit 5 part 1 of 8 to the Declaration of Gregory K. Arenson, # 6 Exhibit 5 part 2 of 8 to the Declaration of Gregory K. Arenson, # 7 Exhibit 5 part 3 of 8 to the Declaration of Gregory K. Arenson, # 8 Exhibit 5 part 4 of 8 to the Declaration of Gregory K. Arenson, # 9 Exhibit 5 part 5 of 8 to the Declaration of Gregory K. Arenson, # 10 Exhibit 5 part 6 of 8 to the Declaration of Gregory K. Arenson, # 11 Exhibit 5 part 7 of 8 to the Declaration of Gregory K. Arenson, # 12 Exhibit 5 part 8 of 8 to the Declaration of Gregory K. Arenson, # 13 Exhibit 6 to the Declaration of Gregory K. Arenson, # 14 Exhibit 7 to the Declaration of Gregory K. Arenson, # 15 Exhibit 8 to the Declaration of Gregory K. Arenson, # 16 Exhibit 9 to the Declaration of Gregory K. Arenson, # 17 Exhibit 10 to the Declaration of Gregory K. Arenson, # 18 Exhibit 11 to the Declaration of Gregory K. Arenson, # 19 Exhibit 12 to the Declaration of Gregory K. Arenson, # 20 Exhibit 13 to the Declaration of Gregory K. Arenson, # 21 Exhibit 14 to the Declaration of Gregory K. Arenson, # 22 Exhibit 15 to the Declaration of Gregory K. Arenson)(Kaplan, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 5973 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 28 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |

| 10/07/2022 | 5974 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 29 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5975 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 30 and 31 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5976 | DECLARATION of Gregory K. Arenson *in Support of Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions* (Attachments: # 1 Exhibit 16 to the Declaration of Gregory K. Arenson, # 2 Exhibit 17 to the Declaration of Gregory K. Arenson, # 3 Exhibit 18 to the Declaration of Gregory K. Arenson)(Kaplan, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 5977 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 32 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5978 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 33 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5979 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 34 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5980 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 35 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5981 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 36 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
| 10/07/2022 | 5982 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Declaration of Stephen M. Medlock and Exhibits 1-149 in Support of Motion for Summary Judgment on Statute of Limitations Grounds* (Attachments: # 1 Exhibits 1-25, # 2 Exhibits 26-47, # 3 Exhibits 48-50, # 4 Exhibits 51-66, # 5 Exhibits 67-81, # 6 Exhibits 82-108, # 7 Exhibits 109-116, # 8 Exhibits 117-130, # 9 Exhibits 131-149)(Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5983 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibit 37 to Declaration of John Passarelli* (Passarelli, John) |

| 10/07/2022 | 5984 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Exhibits 38 and 39 to Declaration of John Passarelli* (Passarelli, John) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5985 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC - *Local Rule 56.1 Statement of Material Facts in Support of Motion for Summary Judgment Concerning Applicable Statutes of Limitations* (Zarlenga, Carmine) (Entered: 10/07/2022) |
| 10/07/2022 | 5986 | MEMORANDUM *REDACTED Track 1 Direct Action Plaintiffs' Memorandum of Law in Support of Motion To Exclude Portions of Certain Defendants' Economists' Opinions* (Kaplan, Robert) (Entered: 10/07/2022) |
| 10/07/2022 | 5987 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC to seal document *PERDUE'S MOTION FOR SUMMARY JUDGMENT* (Baldridge, James) (Entered: 10/07/2022) |
| 10/07/2022 | 5988 | MEMORANDUM in Support of Perdue's Motion for Summary Judgment by Defendants Perdue Farms, Inc., Perdue Foods LLC (Baldridge, James) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
| 10/07/2022 | 5989 | LOCAL RULE 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried by Defendants Perdue Farms, Inc., Perdue Foods LLC (Baldridge, James) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
| 10/07/2022 | 5990 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)) for summary judgment (Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5991 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *MOTION for Summary Judgment on All Remaining Track 1 DAPs' Claims Against Tyson* (Attachments: # 1 Tyson Defendants' MEMORANDUM of Law in Support of Motion for Summary Judgment, # 2 Tyson Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, # 3 Declaration of Lisa Johnson (with Exhibits))(Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 5992 | DECLARATION of J. Douglas Baldridge in Support of Perdue's Motion for Summary Judgment by Defendants Perdue Farms, Inc., Perdue Foods LLC |

(Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5
Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit
10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15
Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, #
20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24,
# 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit
29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34
Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, #
39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43,
# 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit
48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53
Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, #
58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60)(Baldridge, James) Modified on
11/16/2022 (ecw, ). (Entered: 10/07/2022)

| 10/07/2022 | 5993 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Memorandum of Law in Support of Motion for Summary Judgment* (Attachments: # 1 Exhibit Statement of Undisputed Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit Declaration, # 9 Exhibit 1-7, # 10 Exhibit 8) (Laytin, Daniel) (Entered: 10/07/2022) |
| --- | --- | --- |
| 10/07/2022 | 5994 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibit 9.1* (Attachments: # 1 Exhibit 9.2, # 2 Exhibit 10-11, # 3 Exhibit 12.1, # 4 Exhibit 12.2, # 5 Exhibit 12.3, # 6 Exhibit 13-23)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5995 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibit 24.1* (Attachments: # 1 Exhibit 24.2, # 2 Exhibit 24.3, # 3 Exhibit 24.4, # 4 Exhibit 25-45)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5996 | SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson |

| | | Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY* (Baldridge, James) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 5997 | MEMORANDUM in Support of Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC (Baldridge, James) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
| 10/07/2022 | 5998 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibits 46-52* (Attachments: # 1 Exhibit 53-61, # 2 Exhibit 62-72, # 3 Exhibit 73-74)(Laytin, Daniel) (Entered: 10/07/2022) |
| 10/07/2022 | 5999 | LOCAL RULE 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC (Baldridge, James) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |

| 10/07/2022 | 6000 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibit 75.1* (Attachments: # 1 Exhibit 75.2, # 2 Exhibit 75.3, # 3 Exhibit 75.4, # 4 Exhibit 75.5, # 5 Exhibit 76-87, # 6 Exhibit 88-101)(Laytin, Daniel) (Entered: 10/07/2022) |
|---|---|---|
| 10/07/2022 | 6001 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Declaration of Kail J. Jethmalani in Support of 5991 , Tyson Defendants' Motion for Summary Judgment on All Remaining Track 1 DAPs' Claims Against Tyson* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4A, # 5 Exhibit 4B, # 6 Exhibit 4C, # 7 Exhibit 4D, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10)(Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 6002 | MOTION by Defendant Fieldale Farms Corporation for joinder *Fieldale Farms Corporation's Joinder to Defendants' Joint Motions for Summary Judgment* (Grantham, Thomas) (Entered: 10/07/2022) |
| 10/07/2022 | 6003 | MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for joinder *in Motions 5996 , 5901 , 5947 , 5846* (Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 6004 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Exhibits 11-40 to Declaration 6001 of Kail J. Jethmalani in Support of 5991 , Tyson's Motion for Summary Judgment* (Attachments: # 1 Exhibit 12, # 2 Exhibit 13, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 17, # 7 Exhibit 18, # 8 Exhibit 19, # 9 Exhibit 20, # 10 Exhibit 21, # 11 Exhibit 22, # 12 Exhibit 23, # 13 Exhibit 24, # 14 Exhibit 25, # 15 Exhibit 26, # 16 Exhibit 27, # 17 Exhibit 28, # 18 Exhibit 29, # 19 Exhibit 30, # 20 Exhibit 31, # 21 Exhibit 32, # 22 Exhibit 33, # 23 Exhibit 34, # 24 Exhibit 35, # 25 Exhibit 36, # 26 Exhibit 37, # 27 Exhibit 38, # 28 Exhibit 39, # 29 Exhibit 40)(Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 6005 | MOTION by Defendant Pilgrim's Pride Corporation for joinder *in Defendants' Joint Motions for Summary Judgment* (Bonanno, Michael) (Entered: 10/07/2022) |
| 10/07/2022 | 6006 | MOTION by Defendants Koch Meats Co., Inc., Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC for summary judgment (Novack, Stephen) (Entered: 10/07/2022) |
| 10/07/2022 | 6007 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *THE KOCH DEFENDANTS' SEPARATE MEMORANDUM OF LAW IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 10/07/2022) |
| 10/07/2022 | 6008 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *THE KOCH DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 10/07/2022) |

| 10/07/2022 | 6009 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Exhibits 41-70 to Declaration 6001 of Kail J. Jethmalani in Support of 5991 , Tyson's Motion for Summary Judgment* (Attachments: # 1 Exhibit 42, # 2 Exhibit 43, # 3 Exhibit 44, # 4 Exhibit 45, # 5 Exhibit 46, # 6 Exhibit 47, # 7 Exhibit 48, # 8 Exhibit 49, # 9 Exhibit 50, # 10 Exhibit 51, # 11 Exhibit 52, # 12 Exhibit 53, # 13 Exhibit 54, # 14 Exhibit 55, # 15 Exhibit 56, # 16 Exhibit 57, # 17 Exhibit 58, # 18 Exhibit 59, # 19 Exhibit 60, # 20 Exhibit 61, # 21 Exhibit 62, # 22 Exhibit 63, # 23 Exhibit 64, # 24 Exhibit 65, # 25 Exhibit 66, # 26 Exhibit 67, # 27 Exhibit 68, # 28 Exhibit 69, # 29 Exhibit 70)(Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 6010 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Exhibits 71-90 to Declaration 6001 of Kail J. Jethmalani in Support of 5991 , Tyson's Motion for Summary Judgment* (Attachments: # 1 Exhibit 72, # 2 Exhibit 73, # 3 Exhibit 74, # 4 Exhibit 75, # 5 Exhibit 76, # 6 Exhibit 77, # 7 Exhibit 78, # 8 Exhibit 79, # 9 Exhibit 80, # 10 Exhibit 81, # 11 Exhibit 82, # 12 Exhibit 83, # 13 Exhibit 84, # 14 Exhibit 85, # 15 Exhibit 86, # 16 Exhibit 87, # 17 Exhibit 88, # 18 Exhibit 89, # 19 Exhibit 90) (Adcox, Rachel) (Entered: 10/07/2022) |
| 10/07/2022 | 6011 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Exhibits 51-100)* (Attachments: # 1 Exhibit 52, # 2 Exhibit 53, # 3 Exhibit 54, # 4 Exhibit 55, # 5 Exhibit 56-1, # 6 Exhibit 56-2, # 7 Exhibit 56-3, # 8 Exhibit 56-4, # 9 Exhibit 56-5, # 10 Exhibit 57, # 11 Exhibit 58, # 12 Exhibit 59, # 13 Exhibit 60, # 14 Exhibit 61, # 15 Exhibit 62, # 16 Exhibit 63, # 17 Exhibit 64, # 18 Exhibit 65, # 19 Exhibit 66, # 20 Exhibit 67, # 21 Exhibit 68, # 22 Exhibit 69, # 23 Exhibit 70, # 24 Exhibit 71, # 25 Exhibit 72, # 26 Exhibit 73, # 27 Exhibit 74, # 28 Exhibit 75, # 29 Exhibit 76, # 30 Exhibit 77, # 31 Exhibit 78, # 32 Exhibit 79, # 33 Exhibit 80, # 34 Exhibit 81, # 35 Exhibit 82, # 36 Exhibit 83, # 37 Exhibit 84, # 38 Exhibit 85, # 39 Exhibit 86, # 40 Exhibit 87, # 41 Exhibit 88, # 42 Exhibit 89, # 43 Exhibit 90, # 44 Exhibit 91, # 45 Exhibit 92, # 46 Exhibit 93, # 47 Exhibit 94, # 48 Exhibit 95, # 49 Exhibit 96, # 50 Exhibit 97, # 51 Exhibit 98, # 52 Exhibit 100, # 53 Exhibit 100)(Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 6012 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *DECLARATION OF MARIE V. LIM IN SUPPORT OF THE KOCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51)(Novack, Stephen) (Entered: 10/07/2022) |
| 10/07/2022 | 6013 | MEMORANDUM in Support of Defendants' Motion to Exclude Expert Opinion of Dr. David Sunding by Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., |

| | | |
|---|---|---|
| | | Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC (Foley, Danielle) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
| 10/07/2022 | 6014 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Exhibits 101-150)* (Attachments: # 1 Exhibit 102, # 2 Exhibit 103, # 3 Exhibit 104, # 4 Exhibit 105, # 5 Exhibit 106, # 6 Exhibit 107, # 7 Exhibit 108, # 8 Exhibit 109, # 9 Exhibit 110, # 10 Exhibit 111, # 11 Exhibit 112, # 12 Exhibit 113, # 13 Exhibit 114, # 14 Exhibit 115, # 15 Exhibit 116, # 16 Exhibit 117, # 17 Exhibit 118, # 18 Exhibit 119, # 19 Exhibit 120, # 20 Exhibit 121, # 21 Exhibit 122, # 22 Exhibit 123, # 23 Exhibit 124, # 24 Exhibit 125, # 25 Exhibit 126, # 26 Exhibit 127, # 27 Exhibit 128, # 28 Exhibit 129, # 29 Exhibit 130, # 30 Exhibit 131, # 31 Exhibit 132, # 32 Exhibit 133, # 33 Exhibit 134, # 34 Exhibit 135, # 35 Exhibit 136, # 36 Exhibit 137, # 37 Exhibit 138, # 38 Exhibit 139, # 39 Exhibit 140, # 40 Exhibit 141, # 41 Exhibit 142, # 42 Exhibit 143, # 43 Exhibit 144, # 44 Exhibit 145, # 45 Exhibit 146, # 46 Exhibit 147, # 47 Exhibit 148, # 48 Exhibit 149, # 49 Exhibit 150)(Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 6015 | DECLARATION of Andrew Hernacki in Support of Motion to Exclude Expert Opinions of Dr. David Sunding by Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(Foley, Danielle) Modified on 11/16/2022 (ecw, ). (Entered: 10/07/2022) |
| 10/07/2022 | 6016 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Exhibits 151-200)* (Attachments: # 1 Exhibit 152, # 2 Exhibit 153, # 3 Exhibit 154, # 4 Exhibit 155, # 5 Exhibit 156, # 6 Exhibit 157, # 7 Exhibit 158, # 8 Exhibit 159, # 9 Exhibit 160, # 10 Exhibit 161, # 11 Exhibit 162, # 12 Exhibit 163, # 13 Exhibit 164, # 14 Exhibit 165, # 15 Exhibit 166, # 16 Exhibit 167, # 17 Exhibit 168, # 18 Exhibit 169, # 19 Exhibit 170, # 20 Exhibit 171, # 21 Exhibit 172, # 22 Exhibit 173, # 23 Exhibit 174, # 24 Exhibit 175, # 25 Exhibit 176, # 26 Exhibit 177, # 27 Exhibit 178, # 28 Exhibit 179, # 29 Exhibit 180, # 30 Exhibit 181, # 31 Exhibit 182, # 32 Exhibit 183, # 33 Exhibit 184, # 34 Exhibit 185, # 35 Exhibit 186, # 36 Exhibit 187, # 37 Exhibit 188, # 38 Exhibit 189, # 39 Exhibit 190, # 40 Exhibit |

| | | |
|---|---|---|
| | | 191, # 41 Exhibit 192, # 42 Exhibit 193, # 43 Exhibit 194, # 44 Exhibit 195, # 45 Exhibit 196, # 46 Exhibit 197, # 47 Exhibit 198, # 48 Exhibit 199, # 49 Exhibit 200)(Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 6017 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Exhibits 201-250)* (Attachments: # 1 Exhibit 202, # 2 Exhibit 203, # 3 Exhibit 204, # 4 Exhibit 205, # 5 Exhibit 206, # 6 Exhibit 207, # 7 Exhibit 208, # 8 Exhibit 209, # 9 Exhibit 210, # 10 Exhibit 211, # 11 Exhibit 212, # 12 Exhibit 213, # 13 Exhibit 214, # 14 Exhibit 215, # 15 Exhibit 216, # 16 Exhibit 217, # 17 Exhibit 218, # 18 Exhibit 219, # 19 Exhibit 220, # 20 Exhibit 221, # 21 Exhibit 222, # 22 Exhibit 223, # 23 Exhibit 224, # 24 Exhibit 225, # 25 Exhibit 226, # 26 Exhibit 227, # 27 Exhibit 228, # 28 Exhibit 229, # 29 Exhibit 230, # 30 Exhibit 231, # 31 Exhibit 232, # 32 Exhibit 233, # 33 Exhibit 234, # 34 Exhibit 235, # 35 Exhibit 236, # 36 Exhibit 237, # 37 Exhibit 238, # 38 Exhibit 239, # 39 Exhibit 240, # 40 Exhibit 241, # 41 Exhibit 242, # 42 Exhibit 243, # 43 Exhibit 244, # 44 Exhibit 245, # 45 Exhibit 246, # 46 Exhibit 247, # 47 Exhibit 248, # 48 Exhibit 249, # 49 Exhibit 250)(Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 6018 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Exhibits 251-276)* (Attachments: # 1 Exhibit 252, # 2 Exhibit 253, # 3 Exhibit 254, # 4 Exhibit 255, # 5 Exhibit 256, # 6 Exhibit 257, # 7 Exhibit 258, # 8 Exhibit 259, # 9 Exhibit 260, # 10 Exhibit 261, # 11 Exhibit 262, # 12 Exhibit 263, # 13 Exhibit 264, # 14 Exhibit 265, # 15 Exhibit 266, # 16 Exhibit 267, # 17 Exhibit 268, # 18 Exhibit 269, # 19 Exhibit 270, # 20 Exhibit 271, # 21 Exhibit 272, # 22 Exhibit 273, # 23 Exhibit 274, # 24 Exhibit 274, # 25 Exhibit 276)(Wrobel, Gregory) (Entered: 10/07/2022) |
| 10/07/2022 | 6019 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *DECLARATION OF DANIEL FOLEY IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Baldridge, James) (Entered: 10/07/2022) |
| 10/08/2022 | 6020 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *SEALED EXHIBITS 11-20* (Attachments: # 1 Exhibit 12, # 2 Exhibit 13, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 17A, # 7 Exhibit 17B, # 8 Exhibit 18, # 9 Exhibit 19A, # 10 Exhibit 19B, # 11 Exhibit 19C, # 12 Exhibit 19D, # 13 Exhibit 19E, # 14 Exhibit 19F, # 15 Exhibit 20)(Baldridge, James) (Entered: 10/08/2022) |
| 10/08/2022 | 6021 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *SEALED EXHIBITS 21-35* (Attachments: # 1 Exhibit 22, # 2 Exhibit 23, # 3 Exhibit 24, # 4 Exhibit 25, # 5 Exhibit 26, # 6 Exhibit 27, # 7 Exhibit 28, # 8 Exhibit 29, # 9 Exhibit 30, # 10 Exhibit 31, # 11 Exhibit 32, # 12 Exhibit 33, # 13 Exhibit 34, # 14 Exhibit 35)(Baldridge, James) (Entered: 10/08/2022) |
| 10/08/2022 | 6022 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *SEALED EXHIBITS 36-50* (Attachments: # 1 Exhibit 37, # 2 Exhibit 38, # 3 Exhibit 39, # 4 Exhibit 40, # 5 Exhibit 41, # 6 Exhibit 42, # 7 Exhibit 43, # 8 Exhibit 44, # 9 Exhibit 45, # 10 Exhibit 46, # 11 Exhibit 47, # 12 Exhibit 48, # 13 Exhibit 49, # 14 Exhibit 50)(Baldridge, James) (Entered: 10/08/2022) |

| 10/08/2022 | 6023 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *SEALED EXHIBITS 51-65* (Attachments: # 1 Errata 52, # 2 Exhibit 53, # 3 Exhibit 54, # 4 Exhibit 55, # 5 Exhibit 56, # 6 Exhibit 57, # 7 Exhibit 58, # 8 Exhibit 59, # 9 Exhibit 60, # 10 Exhibit 61, # 11 Exhibit 62, # 12 Exhibit 63, # 13 Exhibit 64, # 14 Exhibit 65)(Baldridge, James) (Entered: 10/08/2022) |
|---|---|---|
| 10/08/2022 | 6024 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *SEALED EXHIBITS 66-77* (Attachments: # 1 Exhibit 67, # 2 Exhibit 68, # 3 Exhibit 69, # 4 Exhibit 70, # 5 Exhibit 71, # 6 Exhibit 72, # 7 Exhibit 73, # 8 Exhibit 74, # 9 Exhibit 75, # 10 Exhibit 76, # 11 Exhibit 77)(Baldridge, James) (Entered: 10/08/2022) |
| 10/11/2022 | 6025 | MINUTE entry before the Honorable Thomas M. Durkin: Defendant Fieldale Farms Corporation's motion for joinder 6002 , Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc. and Tyson Poultry, Inc.'s motion for joinder 6003 and Defendant Pilgrim's Pride Corporation's motion for joinder 6005 are granted. Mailed notice. (ecw, ) (Entered: 10/11/2022) |
| 10/12/2022 | 6026 | SEALED EXHIBIT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, LLC.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *(Amended Sealed Exhibits 1-7)* regarding MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 5856 (Attachments: # 1 Amended Exhibits 1-7)(Bleicher, Katherine) (Entered: 10/12/2022) |
| 10/13/2022 | 6027 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' agreement, the Court sets the following briefing schedule on Defendants' Motion to Strike Improper Rebuttal Testimony, or in the Alternative, Motion for Leave to File Sur-Rebuttal Opinions 5829 : Track 1 Plaintiffs' opposition due by 11/17/22. Defendants' reply due by 12/2/22. Mailed notice (ber, ) (Entered: 10/13/2022) |
| 10/13/2022 | 6028 | MEMORANDUM by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) in support of motion in limine,, 5892 *Public Memorandum in Support of Defendants' Motion to Exclude the Testimony of Expert Dr. Colin A. Carter* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Laytin, Daniel) (Entered: 10/13/2022) |
| 10/13/2022 | 6029 | MEMORANDUM by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, |

| | | |
|---|---|---|
| | | Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) in support of motion in limine, 5896 *Public Memorandum in Support of Motion to Exclude the Testimony of Dr. Alan S. Frankel* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Laytin, Daniel) (Entered: 10/13/2022) |
| 10/13/2022 | 6030 | MOTION by Attorney Lauren T. Fleming to withdraw as attorney for George's Farms, Inc., George's Inc.. No party information provided (Warr, Jaclyn) (Entered: 10/13/2022) |
| 10/13/2022 | 6031 | MINUTE entry before the Honorable Thomas M. Durkin: Track 1 Direct Action Plaintiffs' Motion for Leave to File Under Seal 5905 is granted. Motion to withdraw as attorney 6030 is granted. Attorney Lauren T. Fleming terminated. Mailed notice. (ecw, ) (Entered: 10/13/2022) |
| 10/14/2022 | 6032 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *SEALED AMENDED EXHIBITS 25, 49, 67, 70, 73 TO ECF 5996* (Attachments: # 1 Exhibit 49, # 2 Exhibit 67, # 3 Exhibit 70, # 4 Exhibit 73)(Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6033 | MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC, Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC for summary judgment *DEFENDANTS' MOTION FOR* |

| | | *SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY* (Baldridge, James) (Entered: 10/14/2022) |
|---|---|---|
| 10/14/2022 | 6034 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for summary judgment,,,,, 6033 *MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY* (Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6035 | MOTION by Defendant Harrison Poultry, Inc. for summary judgment (Attachments: # 1 Memo in Support of Motion for Summary Judgment, # 2 Statement of Undisputed Material Facts, # 3 Index to Statement of Facts/Exhibits, # 4 Exhibit (Redacted))(Gorham, Patricia) (Entered: 10/14/2022) |
| 10/14/2022 | 6036 | STATEMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLCin Support of MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC, Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Ra 6033 *DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED* (Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6037 | DECLARATION regarding motion for summary judgment,,,,, 6033 *DECLARATION OF DANIELLE R. FOLEY IN SUPPORT OF DEFENDANTS'* |

*MOTION FOR SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77)(Baldridge, James) (Entered: 10/14/2022)

| 10/14/2022 | 6038 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING* (Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6039 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson |

Farms, LLC f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc.), Simmons
Prepared Foods, Inc., Wayne Farms, LLC in support of motion for miscellaneous
relief,,,,, 6038 *MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO
EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING* (Baldridge, James)
(Docket text modified by Clerk's Office on 10/14/2022) (lxk, ). (Entered:
10/14/2022)

| 10/14/2022 | 6040 | DECLARATION of ANDREW HERNACKI regarding motion for miscellaneous relief,,,,, 6038 *DECLARATION OF ANDREW T. HERNACKI IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Baldridge, James) (Entered: 10/14/2022) |
|---|---|---|
| 10/14/2022 | 6041 | MOTION by Defendant House of Raeford Farms, Inc. for summary judgment *on Claims of Track 1 Plaintiffs (Redacted)* (Wrobel, Gregory) (Entered: 10/14/2022) |
| 10/14/2022 | 6042 | MEMORANDUM by House of Raeford Farms, Inc. in support of motion for summary judgment 6041 *(Redacted)* (Wrobel, Gregory) (Entered: 10/14/2022) |
| 10/14/2022 | 6043 | MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLCto Exclude Certain Direct Action Plaintiffs' Expert James T. McClave (Flath, Lara) (Entered: 10/14/2022) |
| 10/14/2022 | 6044 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Gerber's Poultry, Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms |

| | | Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,,,,, 6043 *(Public, Redacted)* (Attachments: # 1 Declaration of Lara A. Flath, # 2 Exhibit 1 - Sealed, # 3 Exhibit 2 - Sealed, # 4 Exhibit 3 - Sealed, # 5 Exhibit 4 - Sealed, # 6 Exhibit 5 - Sealed, # 7 Exhibit 6 - Sealed, # 8 Exhibit 7 - Sealed, # 9 Exhibit 8 - Sealed)(Flath, Lara) (Entered: 10/14/2022) |
|---|---|---|
| 10/14/2022 | 6045 | MOTION by Defendant Wayne Farms, LLC for summary judgment - *Public Version of Motion for Summary Judgment Dismissing All Claims Of The Track One Plaintiffs* (Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6046 | MEMORANDUM by Wayne Farms, LLC in support of motion for summary judgment 6045 - *Public Version* (Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6047 | MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry MS, LLC, Mar-Jac Holdings, Inc. for summary judgment *(REDACTED)* (Attachments: # 1 Memorandum in Support, # 2 Statement of Undisputed Material Facts, # 3 Declaration of Stephen A. Youngblood, Esq., and Exhibit Index, # 4 Exhibits A-I, # 5 Exhibits J-BB, # 6 Exhibits CC-ZZ)(Konieczny, Edward) (Entered: 10/14/2022) |
| 10/14/2022 | 6048 | MEMORANDUM by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) in support of motion for summary judgment, 5878 *Public Memorandum in Support of Joint Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Georgia Dock Claims* (Attachments: # 1 Exhibit Public Statement of Undisputed Facts, # 2 Exhibit Demonstrative - A, # 3 Exhibit Demonstrative - B, # 4 Exhibit 1-25, # 5 Exhibit 26-50, # 6 Exhibit 51-75, # 7 Exhibit 76-100, # 8 Exhibit 101-125, # 9 Exhibit 126-152)(Laytin, Daniel) (Entered: 10/14/2022) |
| 10/14/2022 | 6049 | MOTION by Defendants O.K. Industries, Inc., O.K. Foods, Inc., O.K. Farms, Inc. for summary judgment *on All Track 1 Plaintiffs' Claims (REDACTED)* (Attachments: # 1 Memorandum in Support, # 2 Statement of Undisputed Facts, # 3 Declaration of John Passarelli, # 4 Exhibit #16)(Passarelli, John) (Entered: 10/14/2022) |
| 10/14/2022 | 6050 | RULE 56 Statement - *Public Version* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 18, # 16 Exhibit 19, # 17 Exhibit 21, # 18 Exhibit 22, # 19 Exhibit 23, # 20 Exhibit 24, # 21 Exhibit 25)(Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6051 | Motion for Summary Judgment (PUBLIC VERSION) by Agri Stats, Inc. (Attachments: # 1 Memorandum in Support (REDACTED), # 2 Statement of Undisputed Facts (UNDER SEAL), # 3 Declaration of Justin Bernick (REDACTED), # 4 Exhibits 1-26 (UNDER SEAL), # 5 Exhibit 27, # 6 Text of |

| | | Proposed Order, #17 Certificate of Service)(Bernick, Andrew) (Entered: 10/14/2022) |
|---|---|---|
| 10/14/2022 | 6052 | MEMORANDUM by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) in support of motion for summary judgment, 5990 *Public Memorandum in Support of Motion for Summary Judgment* (Attachments: # 1 Exhibit Public Statement of Undisputed Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit 1-25, # 10 Exhibit 26-50, # 11 Exhibit 51-75, # 12 Exhibit 76-101)(Laytin, Daniel) (Entered: 10/14/2022) |
| 10/14/2022 | 6053 | EXHIBIT by Defendant Wayne Farms, LLC - *Public Version Additional Exhibits* regarding Rule 56 statement, 6050 (Attachments: # 1 Exhibit 27, # 2 Exhibit 28, # 3 Exhibit 29, # 4 Exhibit 30, # 5 Exhibit 31, # 6 Exhibit 32, # 7 Exhibit 33, # 8 Exhibit 34, # 9 Exhibit 35, # 10 Exhibit 36, # 11 Exhibit 37, # 12 Exhibit 38, # 13 Exhibit 39, # 14 Exhibit 40, # 15 Exhibit 41, # 16 Exhibit 42, # 17 Exhibit 43, # 18 Exhibit 44, # 19 Exhibit 45, # 20 Exhibit 46, # 21 Exhibit 47, # 22 Exhibit 48, # 23 Exhibit 49, # 24 Exhibit 50)(Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6054 | Mountaire's Motion for Summary Judgment (Redacted) by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC (Attachments: # 1 Memorandum in Support of Mountaire's Motion for Summary Judgment (Redacted), # 2 Rule 56.1 Statement of Undisputed Material Facts (Redacted), # 3 Declaration in Support of Rule 56.1 Statement (Redacted), # 4 Figures 1-5 & Exhibits 1-65 (Redacted))(Heftman, Lawrence) (Entered: 10/14/2022) |
| 10/14/2022 | 6055 | EXHIBIT by Defendant Wayne Farms, LLC - *Public Version Additional Exhibits* regarding Rule 56 statement, 6050 (Attachments: # 1 Exhibit 52, # 2 Exhibit 53, # 3 Exhibit 54, # 4 Exhibit 55, # 5 Exhibit 56, # 6 Exhibit 57, # 7 Exhibit 58, # 8 Exhibit 59, # 9 Exhibit 60, # 10 Exhibit 61, # 11 Exhibit 62, # 12 Exhibit 63, # 13 Exhibit 64, # 14 Exhibit 65, # 15 Exhibit 66, # 16 Exhibit 67, # 17 Exhibit 68, # 18 Exhibit 70, # 19 Exhibit 71, # 20 Exhibit 72, # 21 Exhibit 73, # 22 Exhibit 74, # 23 Exhibit 75)(Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6056 | EXHIBIT by Defendant Wayne Farms, LLC - *Public Version Additional Exhibits* regarding Rule 56 statement, 6050 (Attachments: # 1 Exhibit 77, # 2 Exhibit 78, # 3 Exhibit 79, # 4 Exhibit 81, # 5 Exhibit 82, # 6 Exhibit 83, # 7 Exhibit 84, # 8 Exhibit 85, # 9 Exhibit 86, # 10 Exhibit 87, # 11 Exhibit 88, # 12 Exhibit 89, # 13 Exhibit 90, # 14 Exhibit 91, # 15 Exhibit 92, # 16 Exhibit 93, # 17 Exhibit 94, # 18 Exhibit 95, # 19 Exhibit 96, # 20 Exhibit 97, # 21 Exhibit 98, # 22 Exhibit 99, # 23 Exhibit 100, # 24 Exhibit 101, # 25 Exhibit 102, # 26 Exhibit 103)(Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6057 | DECLARATION of Scott A. Eggers - *Public Version, in Support of Motion for Summary Judgment* (Eggers, Scott) (Entered: 10/14/2022) |
| 10/14/2022 | 6058 | DECLARATION of Aaron Leach - *Public Version, in Support of Motion for Summary Judgment* (Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6059 | DECLARATION of Dr. Lauren Stiroh - *Public Version, in Support of Motion for Summary Judgment* (Ondeck, Christopher) (Entered: 10/14/2022) |
| 10/14/2022 | 6060 | Public Version - Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge by Wayne Farms, LLC (Ondeck, Christopher) (Entered: |

| 10/14/2022 | 6061 | Public Version - Memorandum of Law in Support of Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge by Wayne Farms, LLC (Ondeck, Christopher) (Entered: 10/14/2022) |
|---|---|---|
| 10/14/2022 | 6062 | DECLARATION of Scott A. Eggers - *Public Version, Declaration of Scott A. Eggers in Support of Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Eggers, Scott) (Entered: 10/14/2022) |
| 10/14/2022 | 6063 | MEMORANDUM by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. in support of motion for summary judgment 5926 *Public Version Case Farms' Memorandum In Support Of Rule 56 Motion for Summary Judgment* (Feeney, Daniel) (Entered: 10/14/2022) |
| 10/14/2022 | 6064 | Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Motion for Summary Judgment (REDACTED) by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6065 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,,,, 5885 *(PUBLIC VERSION) Memorandum of Law in Support of Moving Defendants' Motion to Exclude Certain Direct Action Plaintiffs' Expert Tracy Coenen* (Attachments: # 1 Exhibit A-O)(Johnston-Ahlen, Julie) (Entered: 10/14/2022) |
| 10/14/2022 | 6066 | Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Memorandum of Law in Support of Its Motion for Summary Judgment (REDACTED) by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6067 | MEMORANDUM by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. in support of motion for summary judgment 6006 *(PUBLIC VERSION) THE KOCH DEFENDANTS' SEPARATE MEMORANDUM OF LAW IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 10/14/2022) |
| 10/14/2022 | 6068 | RULE 56.1 Statement by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. regarding motion for summary judgment 6006 *(PUBLIC VERSION) THE KOCH DEFENDANTS' SEPARATE* |

| | | |
|---|---|---|
| | | *LOCAL RULE 56.1 STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 10/14/2022) |
| 10/14/2022 | 6069 | DECLARATION of Marie V. Lim regarding sealed document, 6007 , motion for summary judgment 6006 *(PUBLIC VERSION) DECLARATION OF MARIE V. LIM IN SUPPORT OF KOCH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Exhibit 1-51)(Novack, Stephen) (Entered: 10/14/2022) |
| 10/14/2022 | 6070 | Public Version Local Rule 56.1 Statement of Material Facts In Support Of Case Farms' And Defendants' Motions for Summary Judgment STATEMENT by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit, # 84 Exhibit, # 85 Exhibit, # 86 Exhibit, # 87 Exhibit, # 88 Exhibit, # 89 Exhibit, # 90 Exhibit, # 91 Exhibit, # 92 Exhibit, # 93 Exhibit, # 94 Exhibit, # 95 Exhibit, # 96 Exhibit, # 97 Exhibit, # 98 Exhibit, # 99 Exhibit, # 100 Exhibit, # 101 Exhibit, # 102 Exhibit, # 103 Exhibit, # 104 Exhibit, # 105 Exhibit)(Feeney, Daniel) (Entered: 10/14/2022) |
| 10/14/2022 | 6071 | Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Statement of Uncontroverted Material Facts in Support of Its Motion for Summary Judgment (REDACTED) by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54)(Herbison, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6072 | MEMORANDUM by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC |

| | | |
|---|---|---|
| | | (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC in support of motion for miscellaneous relief,,,, 5929 *REDACTED* (Attachments: # 1 Exhibit 1-8)(Murray, Lynn) (Entered: 10/14/2022) |
| 10/14/2022 | 6073 | MEMORANDUM by Simmons Foods, Inc., Simmons Prepared Foods, Inc. in support of motion for summary judgment 5890 *REDACTED* (Murray, Lynn) (Entered: 10/14/2022) |
| 10/14/2022 | 6074 | RULE 56 Statement by Simmons Foods, Inc., Simmons Prepared Foods, Inc. regarding motion for summary judgment 5890 *REDACTED* (Attachments: # 1 Exhibit 1-29, # 2 Exhibit 30, # 3 Exhibit 31-33, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 Exhibit 37, # 8 Exhibit 38, # 9 Exhibit 39-42)(Murray, Lynn) (Entered: 10/14/2022) |
| 10/14/2022 | 6075 | Motion for Summary Judgment by Peco Foods, Inc. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment (Public, Redacted), # 2 Rule 56.1 Statement of Uncontested Material Facts (Sealed), # 3 Declaration of Lara A. Flath, # 4 Exhibit 1 - Sealed, # 5 Exhibit 2 - Sealed, # 6 Exhibit 3 - Sealed, # 7 Exhibit 4 - Sealed, # 8 Exhibit 5 - Sealed, # 9 Exhibit 6 - Sealed, # 10 Exhibit 7 - Sealed, # 11 Exhibit 8 - Sealed, # 12 Exhibit 9 - Sealed, # 13 Exhibit 10 - Sealed, # 14 Exhibit 11 - Sealed, # 15 Exhibit 12 - Sealed, # 16 Exhibit 13 - Sealed, # 17 Exhibit 14 - Sealed, # 18 Exhibit 15 - Sealed, # 19 Exhibit 16 - Sealed, # 20 Exhibit 17 - Sealed, # 21 Exhibit 18 - Sealed, # 22 Exhibit 19 - Sealed, # 23 Exhibit 20 - Sealed, # 24 Exhibit 21 - Sealed, # 25 Exhibit 22 - Sealed, # 26 Exhibit 23 - Sealed, # 27 Exhibit 24 - Sealed, # 28 Exhibit 25 - Sealed, # 29 Exhibit 26 - Sealed, # 30 Exhibit 27 - Sealed, # 31 Exhibit 28 - Sealed)(Fitzgerald, Patrick) (Entered: 10/14/2022) |
| 10/14/2022 | 6076 | DECLARATION of Lynn H. Murray regarding memorandum in support of motion 6073 , Rule 56 statement, 6074 (Murray, Lynn) (Entered: 10/14/2022) |
| 10/14/2022 | 6077 | NOTICE by Solomon B Cera of Change of Address (Cera, Solomon) (Entered: 10/14/2022) |
| 10/14/2022 | 6078 | MOTION by Perdue Farms, Inc., Perdue Foods LLC *Perdue's Motion for Summary Judgment (Redacted)* (Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6079 | MEMORANDUM by Perdue Farms, Inc., Perdue Foods LLC *Memorandum in Support of Perdue's Motion for Summary Judgment (Redacted)* (Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6080 | Rule 56.1 Statement by Perdue Farms, Inc., Perdue Foods LLC *Perdue's Local Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue To Be Tried (Redacted)* (Baldridge, James) (Entered: 10/14/2022) |
| 10/14/2022 | 6081 | Declaration by Perdue Farms, Inc., Perdue Foods LLC *Declaration of J. Douglas Baldridge in Support of Perdue's Motion for Summary Judgment* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # |

35 Exhibit 35, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60)(Baldridge, James) (Entered: 10/14/2022)

| 10/14/2022 | 6082 | Public Version of Memorandum in Support of Motion for Summary Judgment by George's Farms, Inc., George's Inc. (Warr, Jaclyn) (Entered: 10/14/2022) |
| 10/14/2022 | 6083 | Public Version of Statement of Undisputed Facts in Support of Summary Judgment by George's Farms, Inc., George's Inc. (Attachments: # 1 Declaration of Gary George, # 2 Declaration of Garl George, # 3 Declaration of Monty Henderson, # 4 Declaration of Mike Donohue, # 5 Declaration of Qianyu "Mico" Mao)(Warr, Jaclyn) (Entered: 10/14/2022) |
| 10/14/2022 | 6084 | Public Version of Warr Declaration in Support of Summary Judgment and Exhibits by George's Farms, Inc., George's Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Warr, Jaclyn) (Entered: 10/14/2022) |
| 10/17/2022 | 6085 | MEMORANDUM of Law in Support of 5910 Defendants' Motion to Exclude the Expert Opinions of Dr. Russell Lamb [PUBLIC] by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, Inc., Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *, and Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC* (Attachments: # 1 Declaration of Michael J. O'Mara in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3A, # 5 Exhibit 3B, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7)(Adcox, Rachel) (Entered: 10/17/2022) |
| 10/19/2022 | 6086 | MEMORANDUM of Law in Support of 5991 Tyson's Motion for Summary Judgment on All Remaining Track 1 DAPs' Claims [PUBLIC] by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. (Attachments: # 1 56.1 Statement of Undisputed Material Facts ISO Tyson |

| | | Motion for Summary Judgment [PUBLIC] (Adcox, Rachel) (Entered: 10/19/2022) |
|---|---|---|
| 10/19/2022 | 6087 | STIPULATION *To Modify Deadlines to Address Evidentiary Issues in Track 1 Cases (ECF No. 5796)* (Owen, Daniel) (Entered: 10/19/2022) |
| 10/19/2022 | 6088 | Declaration of Kail J. Jethmalani in Support of 5991 Tyson's Motion for Summary Judgment [PUBLIC] by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *and PUBLIC Exhibits* (Attachments: # 1 Exhibits 1-30, # 2 Exhibits 31-39, # 3 Exhibits 40-45, # 4 Exhibits 46-71, # 5 Exhibits 72-90)(Adcox, Rachel) (Entered: 10/19/2022) |
| 10/20/2022 | 6089 | DECLARATION of Ryan T. Holt regarding Sealed motion,, 5870 *TRACK ONE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THREE AFFIRMATIVE DEFENSES* (Holt, Ryan) (Entered: 10/20/2022) |
| 10/20/2022 | 6090 | STIPULATION TO MODIFY DEADLINES TO ADDRESS EVIDENTIARY ISSUES IN TRACK 1 CASES (ECF NO. 5796 ). Signed by the Honorable Jeffrey T. Gilbert on 10/20/2022. Mailed notice (ber, ) (Entered: 10/20/2022) |
| 10/20/2022 | 6091 | MEMORANDUM of Law in Support of 5936 Keystone's Motion for Summary Judgment on All Remaining Track 1 DAPs' Claims [PUBLIC] by Keystone Foods Corporation, Keystone Foods LLC *and Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC* (Attachments: # 1 Keystone Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Motion for Summary Judgment [PUBLIC], # 2 Declaration of Kail J. Jethmalani in Support (PUBLIC), # 3 Exhibits 1-44)(Adcox, Rachel) (Entered: 10/20/2022) |
| 10/20/2022 | 6092 | MOTION by Attorney Carmel R. Arikat to withdraw as attorney for Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.. No party information provided (Arikat, Carmel) (Entered: 10/20/2022) |
| 10/21/2022 | 6093 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6092 is granted. Attorney Carmel Rana Arikat terminated. Mailed notice. (ecw, ) (Entered: 10/21/2022) |
| 10/21/2022 | 6094 | NOTICE of appeal by John M. Andren regarding orders 5855 Filing fee $ 505, receipt number AILNDC-19972306. Receipt number: n (Bednarz, M.) (Entered: 10/21/2022) |
| 10/24/2022 | 6095 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 6094 (rp, ) (Entered: 10/24/2022) |
| 10/24/2022 | 6096 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 6094 . Notified counsel (rp, ) (Entered: 10/24/2022) |
| 10/25/2022 | 6097 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 6094 ; USCA Case No. 22-2889. (lxk, ) (Entered: 10/25/2022) |
| 10/28/2022 | 6098 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6099 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |

| 10/28/2022 | 6100 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
|---|---|---|
| 10/28/2022 | 6101 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6102 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6103 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6104 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6105 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6106 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6107 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6108 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Lustrin, Lori) (Entered: 10/28/2022) |
| 10/28/2022 | 6109 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6110 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6111 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6112 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6113 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6114 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6115 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6116 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |

| 10/28/2022 | 6117 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| --- | --- | --- |
| 10/28/2022 | 6118 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 10/28/2022 | 6119 | STIPULATED Order of Dismissal with Prejudice of Defendants George's Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 10/28/2022. Mailed notice. (ecw, ) (Entered: 10/28/2022) |
| 11/09/2022 | 6120 | MINUTE entry before the Honorable Thomas M. Durkin: Counsel for Defendants who filed the Omnibus Motion to Dismiss at dkt. 5599 and liaison counsel for Track 2 DAPs have agreed to a page extension of 10 additional pages (20 total) for Defendants' omnibus reply brief. Agreed request to filed excess pages is granted. Mailed notice. (ecw, ) (Entered: 11/09/2022) |
| 11/09/2022 | 6121 | STIPULATION *[AND PROPOSED ORDER] DISMISSING THE AFFILIATED FOODS PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST MAR-JAC POULTRY, INC.* (Kaplan, Robert) (Entered: 11/09/2022) |
| 11/09/2022 | 6122 | STIPULATED Order Dismissing the Affiliated Foods Plaintiffs' Claims with Prejudice against Mar-Jac Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 11/9/2022. Mailed notice. (ecw, ) (Entered: 11/09/2022) |
| 11/11/2022 | 6123 | REPLY by Defendant Wayne Farms, LLC to motion to dismiss 5607 *(REPLY MEMORANDUM IN SUPPORT OF THE JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* (Ondeck, Christopher) (Entered: 11/11/2022) |
| 11/11/2022 | 6124 | SEALED REPLY by Wayne Farms, LLC to MOTION by Defendant Wayne Farms, LLC to dismiss *(JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* 5607 *(REPLY MEMORANDUM IN SUPPORT OF THE JOINT MOTION TO DISMISS BY (1) WAYNE FARMS, LLC, (2) HOUSE OF RAEFORD FARMS, INC. AND (3) CASE FOODS, INC. AND RELATED PARTIES)* (Ondeck, Christopher) (Entered: 11/11/2022) |
| 11/11/2022 | 6125 | REPLY by Defendant Harrison Poultry, Inc. to motion to dismiss 5605 *(Reply in Support of Partial Motion to Dismiss the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint)* (Gorham, Patricia) (Entered: 11/11/2022) |
| 11/11/2022 | 6126 | REPLY by Fieldale Farms Corporation to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Fieldale Farms Corporation 5595 *(Reply brief in support of Fieldale's Motion to Dismiss Bid-Rigging Claims)* (Grantham, Thomas) (Entered: 11/11/2022) |
| 11/11/2022 | 6127 | REPLY by Pilgrim's Pride Corporation to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Pilgrim's Pride Corporation *to Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* 5610 *(Redacted Reply in Support of Pilgrim's Motion to Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint)* (Bonanno, Michael) (Entered: 11/11/2022) |
| 11/11/2022 | 6128 | SEALED REPLY by Pilgrim's Pride Corporation to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant Pilgrim's Pride Corporation *to* |

| | | *Dismiss Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* 5610 (Bonanno, Michael) (Entered: 11/11/2022) |
|---|---|---|
| 11/11/2022 | 6129 | REPLY by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC to MOTION by Defendants Keystone Foods LLC, Equity Group Kentucky Division LLC, Equity Group Eufaula Division LLC, Equity Group-Georgia Division LLC to dismiss *Count I of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint5589 , memorandum in support of motion* 5590 (Adcox, Rachel) (Entered: 11/11/2022) |
| 11/11/2022 | 6130 | SEALED REPLY by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC to MOTION by Defendants Keystone Foods LLC, Equity Group Kentucky Division LLC, Equity Group Eufaula Division LLC, Equity Group-Georgia Division LLC to dismiss *Count I of the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint5589 , memorandum in support of motion* 5590 (Adcox, Rachel) (Entered: 11/11/2022) |
| 11/11/2022 | 6131 | REPLY by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to memorandum in support of motion 5593 , MOTION by Defendants Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc. to dismiss *Counts 1 & 6 of the Track 2 direct action plaintiffs' second amended consolidated complaint* 5592 (Adcox, Rachel) (Entered: 11/11/2022) |
| 11/11/2022 | 6132 | REPLY by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to memorandum in support of motion, 5604 *Non-Georgia Dock and Non-Bid Rigging Defendants' Reply in Support of Motion to Dismiss Track 2 DAPs' Count I Overarching Conspiracy Claim* (Heftman, Lawrence) (Entered: 11/11/2022) |
| 11/11/2022 | 6133 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *[SEALED] Non-Georgia Dock and Non-Bid Rigging Defendants' Reply in Support of Motion to Dismiss Track 2 DAPs' Count I Overarching Conspiracy Claim* (Heftman, Lawrence) (Entered: 11/11/2022) |
| 11/11/2022 | 6134 | REPLY by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to sealed document,,,, 5528 *Reply in Support of the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy"* (Attachments: # 1 Response to Track 1 Plaintiffs' Additional Material Facts, # 2 Exhibit Index, # 3 Exhibits UU-EEE)(Heftman, Lawrence) (Entered: 11/11/2022) |
| 11/11/2022 | 6135 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *[SEALED] Reply in Support of the Non-Georgia Dock Defendants' Motion for Partial Summary Judgment on All Track 1 Plaintiffs' Claims Alleging a "Georgia Dock Conspiracy"* (Attachments: # 1 Response to Track 1 Plaintiffs' Additional Material Facts, # 2 Exhibit Index, # 3 Exhibits UU-EEE)(Heftman, Lawrence) (Entered: 11/11/2022) |
| 11/11/2022 | 6136 | REPLY by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson |

| | | Farms, Inc.) sealed response 5710 , sealed document,,,,,,,, 5769 *Sanderson Farms and Simmons Defendants' Reply in Support of Their Motion to Dismiss* (Laytin, Daniel) (Entered: 11/11/2022) |
|---|---|---|
| 11/11/2022 | 6137 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Sanderson Farms and Simmons Defendants' Reply in Support of Their Motion to Dismiss (Filed Under Seal)* (Laytin, Daniel) (Entered: 11/11/2022) |
| 11/11/2022 | 6138 | REPLY by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed response 5710 , sealed document,,,,,,,, 5769 *Certain Defendants' Reply in Support of Their Joint Motion to Dismiss Overarching Conspiracy and Bid-Rigging Claims* (Laytin, Daniel) (Entered: 11/11/2022) |
| 11/11/2022 | 6139 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Certain Defendants' Reply in Support of Their Joint Motion to Dismiss Overarching Conspiracy and Bid-Rigging Claims (Filed Under Seal)* (Laytin, Daniel) (Entered: 11/11/2022) |
| 11/15/2022 | 6140 | MOTION by Plaintiff Track 1 Plaintiffs for leave to file excess pages *re Opposition to Motion to Strike Improper Rebuttal Testimony or, In The Alternative, Motion For Leave To File Sur-Rebuttal Opinions* (Johnson, Brent) (Entered: 11/15/2022) |
| 11/16/2022 | 6141 | MINUTE entry before the Honorable Thomas M. Durkin: Track One Plaintiffs' uncontested motion for leave to file excess pages 6140 is granted. Mailed notice. (ecw, ) (Entered: 11/16/2022) |
| 11/16/2022 | 6142 | MOTION by Attorney Stephen M. Medlock to withdraw as attorney for Foster Farms, LLC, Foster Poultry Farms. No party information provided (Zarlenga, Carmine) (Entered: 11/16/2022) |
| 11/16/2022 | 6143 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6142 is granted. Attorney Stephen M. Medlock terminated. Mailed notice. (ecw, ) (Entered: 11/16/2022) |
| 11/16/2022 | 6144 | MOTION by Defendants Foster Farms, LLC, Foster Poultry Farms to withdraw *Motion for Leave to Withdraw Appearance of Stephen M. Medlock Under Local Rule 83.17, Which Was Filed in Error* (Zarlenga, Carmine) (Entered: 11/16/2022) |
| 11/16/2022 | 6145 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw 6144 is granted. The Motion for Leave to Withdraw Appearance of Stephen M. Medlock 6142 , which was filed in error, is withdrawn. Minute entry 6143 is vacated. Mailed notice. (ecw, ) (Entered: 11/16/2022) |
| 11/17/2022 | 6146 | STIPULATION of Dismissal *Against Tyson Defendants* (Phair, Ryan) (Entered: 11/17/2022) |

| 11/17/2022 | 6147 | SEALED RESPONSE by Track 1 Plaintiffs to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, In 5829 *in Opposition* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21)(Bruckner, W.) (Entered: 11/17/2022) |
| 11/17/2022 | 6148 | MEMORANDUM by Track 1 Plaintiffs in Opposition to motion to strike,,,,,, 5829 *PUBLIC VERSION* (Attachments: # 1 Exhibit s 1-21)(Bruckner, W.) (Entered: 11/17/2022) |
| 11/18/2022 | 6149 | STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE signed by the Honorable Thomas M. Durkin on 11/18/2022. Mailed notice. (ecw, ) (Entered: 11/18/2022) |
| 11/18/2022 | 6150 | MOTION by Attorney Anne M. Nardacci to withdraw as attorney for BJ's Wholesale Club Inc., Darden Restaurants, Inc., Hamilton Meat, LLC, Harvest Meat Company, Inc., Jetro Holdings. LLC, Maximum Quality Foods, Inc., PJ Food Service, Inc., Sherwood Food Distributors, LLC, Western Boxed Meat Distributors, Inc.. No party information provided (Nardacci, Anne) (Entered: 11/18/2022) |
| 11/18/2022 | 6151 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6150 is granted. Attorney Anne M. Nardacci terminated. Mailed notice. (ecw, ) (Entered: 11/18/2022) |
| 11/18/2022 | 6152 | NOTICE by Ronald David Balfour of Change of Address *(Change of Firm Name)* (Balfour, Ronald) (Entered: 11/18/2022) |
| 11/22/2022 | 6153 | MINUTE entry before the Honorable Thomas M. Durkin: Trial set for 9/11/2023. The Court is considering two options with respect to the trial's form: (1) a DPP-plus-DAP trial similar to what was described in Defendants' brief 4849 ; or (2) an all Classes and all DAPs trial of liability on the per se claims similar to what was described in Perdue's and Harrison's brief 4855 . Parties should file briefs of no more than ten pages stating which of these two options they prefer and why by 12/23/2022. If after review of the parties' briefs the Court determines that an Option 1 trial with the DPPs-plus-DAPs is preferable, the Court will issue an order stating that determination as soon as it is made. However, if the Court believes that an Option 2 trial with all Classes and all DAPs is preferable, a final determination of the trial's form must await the Court's resolution of the pending motions, all of which implicate the issue of an "overarching conspiracy claim," those motions being: (1) the motions to dismiss in Track Two; (2) the partial summary judgment motions on Georgia Dock; and (3) the summary judgment motions in Track One. The Court's current perspective is that if Plaintiffs have stated claims for an "overarching conspiracy" it would be improper to separate trial of the supply reduction conspiracy from trial of the Georgia Dock conspiracy. This perspective may change upon full consideration of the pending motions. The Court presumes the issue is fully addressed in the pending motions and the parties should not argue it in stating their trial preference. The Court provides this perspective only because it is relevant to how quickly the Court will provide certainty as to the trial's form. If the Option 2 trial remains a possibility, the issue of the form of trial will not be determined until late spring after the |

pending questions are resolved. Whatever is not run, the trial will begin on
9/11/2023. Mailed notice. (ecw, ) (Entered: 11/22/2022)

| 11/29/2022 | 6154 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20085806. (Youngblood, Stephen) (Entered: 11/29/2022) |
|---|---|---|
| 11/29/2022 | 6155 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20085930. (Buice, Amy) (Entered: 11/29/2022) |
| 11/29/2022 | 6156 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 6154 6155 are granted. Attorneys Stephen A. Youngblood and Amy E. Buice for Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc. and Mar-Jac Poultry, LLC added. Mailed notice. (ecw, ) (Entered: 11/29/2022) |
| 11/30/2022 | 6157 | MEMORANDUM Order: For the reasons stated in the attached Memorandum Order, Non-Party Roger Austin's Motion to Quash Subpoena [ECF No. 5789] is denied. Signed by the Honorable Jeffrey T. Gilbert on 11/30/2022. Mailed notice (ber, ) (Entered: 11/30/2022) |
| 11/30/2022 | 6158 | MINUTE entry before the Honorable Thomas M. Durkin: To clarify order 6153 , the trial set for 9/11/2023 is for Track One only and Track Two DAPs should not submit a response to order 6153 . Mailed notice. (ecw, ) (Entered: 11/30/2022) |
| 11/30/2022 | 6159 | MOTION by Attorney Thomas E. Dutton to withdraw as attorney for Services Group of America, Inc.. No party information provided (Gibbons, John) (Entered: 11/30/2022) |
| 11/30/2022 | 6160 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6159 is granted. Attorney Thomas E. Dutton terminated. Mailed notice. (ecw, ) (Entered: 11/30/2022) |
| 11/30/2022 | 6161 | ATTORNEY Appearance for Plaintiff Services Group of America, Inc. by Gabriel Aizenberg (Aizenberg, Gabriel) (Entered: 11/30/2022) |
| 12/01/2022 | 6162 | MOTION by Defendants Agri Stats, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC for leave to file excess pages *for reply in support of motion to strike improper rebuttal testimony or, in the alternative, motion for leave to file sur-rebuttal opinions* (Murray, Lynn) (Entered: 12/01/2022) |
| 12/01/2022 | 6163 | NOTICE by Debra Dawn Bernstein of Change of Address (Bernstein, Debra) (Entered: 12/01/2022) |

| 12/02/2022 | 6164 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Track One Defendants' Uncontested Motion to Increase the Page Limit for Reply in Support of Motion to Strike Improper Rebuttal Testimony or, in the Alternative, Motion for Leave to File Sur-Rebuttal Opinions 6162 is granted. Track One Defendants are granted leave to file a 20-page Reply in Support of the Motion to Strike Improper Rebuttal Testimony, Or, In The Alternative, Motion For Leave To File Sur-Rebuttal Opinions. Mailed notice (ber, ) (Entered: 12/02/2022) |
|---|---|---|
| 12/02/2022 | 6165 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to memorandum in opposition to motion 6148 , motion to strike,,,,,, 5829 *In Support of Motion to Strike Improper Rebuttal Testimony or, in the Alternative, Motion for Leave to File Sur-Rebuttal Opinions* (Attachments: # 1 Exhibit Exhibits 1-2)(Murray, Lynn) (Entered: 12/02/2022) |
| 12/02/2022 | 6166 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson |

| | | Farms, Inc. (Production Division, Sanderson Farms, Inc. f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Defendants' Reply In Support of Motion to Strike Improper Rebuttal Testimony or, in the Alternative, Motion for Leave to File Sur-Rebuttal Opinions* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Murray, Lynn) (Entered: 12/02/2022) |
|---|---|---|
| 12/07/2022 | 6167 | STIPULATION *[AND PROPOSED ORDER] DISMISSING THE AFFILIATED FOODS PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST HARRISON POULTRY, INC.* (Kaplan, Robert) (Entered: 12/07/2022) |
| 12/07/2022 | 6168 | STIPULATED Order Dismissing the Affiliated Foods Plaintiffs' Claims with Prejudice Against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 12/7/2022. Mailed notice. (ecw, ) (Entered: 12/07/2022) |
| 12/09/2022 | 6169 | MINUTE entry before the Honorable Thomas M. Durkin: The Court will consider and address Defendants' motion to strike improper rebuttal testimony 5829 in conjunction with the summary judgment motions. No sur-rebuttal reports are permitted at this time. Mailed notice. (ecw, ) (Entered: 12/09/2022) |
| 12/14/2022 | 6170 | MOTION by Plaintiff Associated Wholesale Grocers, Inc., for extension of time *Agreed Motion to Modify Deadlines to Address Evidentiary Issues in Track 1 Cases (ECF No. 5796)* (Owen, Daniel) (Entered: 12/14/2022) |
| 12/14/2022 | 6171 | MOTION by Attorney Ryan T. McAllister to withdraw as attorney for Campbell Soup Company, Campbell Soup Supply Company L.L.C., John Soules Acquisitions LLC, John Soules Foods, Inc., McLane Company, Inc., Sysco Corporation, Target Corporation, US Foods, Inc.. No party information provided (McAllister, Ryan) (Entered: 12/14/2022) |
| 12/14/2022 | 6172 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6171 is granted. Attorney Ryan Thomas McAllister terminated. Mailed notice. (ecw, ) (Entered: 12/14/2022) |
| 12/16/2022 | 6173 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Agreed Motion to Modify Deadlines to Address Evidentiary Issues in Track 1 Cases (ECF No. 5796) 6170 is granted. The Track 1 Parties will conclude their meet and confer discussions by 1/13/23. The Track 1 Parties will identify any additional discovery they intend to seek by 1/18/23. The Track 1 parties shall make a joint submission to the Court regarding limited evidentiary discovery by 2/3/23. The Track 1 Parties agree that, to the extent that any limited evidentiary discovery is permitted, no substantially time-consuming discovery will take place prior to 3/17/23. Mailed notice (ber, ) (Entered: 12/16/2022) |
| 12/21/2022 | 6174 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser PlaintiffsCommercial and Institutional Indirect Purchaser Plaintiffs' Notice of Uncontested Motion for Approval of Class Notice Plan (Hedlund, Daniel) (Entered: 12/21/2022) |
| 12/21/2022 | 6175 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for miscellaneous relief 6174 *CIIPPs' Memorandum of Law In Support of Uncontested Motion for Approval of Class Notice Plan* (Hedlund, Daniel) (Entered: 12/21/2022) |
| 12/21/2022 | 6176 | DECLARATION of Eric Schachter regarding motion for miscellaneous relief 6174 *Declaration of Eric Schachter In Support of CIIPPs' Uncontested Motion* |

| | | for Approval of Class Notice (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hedlund, Daniel) (Entered: 12/21/2022) |
|---|---|---|
| 12/21/2022 | 6177 | MOTION by Plaintiff Direct Purchaser Plaintiffs for order *Approving Notice of Contested Class Certification* (Pouya, Bobby) (Entered: 12/21/2022) |
| 12/21/2022 | 6178 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for order 6177 *Approving Notice of Class Certification* (Pouya, Bobby) (Entered: 12/21/2022) |
| 12/21/2022 | 6179 | DECLARATION of Eric Schachter regarding motion for order 6177 *(Declaration of Eric Schachter in Support of Direct Purchaser Plaintiffs' Motion for Notice of Class Certification)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Pouya, Bobby) (Entered: 12/21/2022) |
| 12/21/2022 | 6180 | MOTION by Plaintiff End-User Consumer Plaintiffs End-User Consumer Plaintiffs' Notice of Uncontested Motion and Motion to Approve the Manner and Form of Class Notice (Scarlett, Shana) (Entered: 12/21/2022) |
| 12/21/2022 | 6181 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for miscellaneous relief 6180 *Memorandum of Law in Support of End-User Consumer Plaintiffs' Uncontested Motion to Approve the Manner and Form of Class Notice* (Scarlett, Shana) (Entered: 12/21/2022) |
| 12/21/2022 | 6182 | DECLARATION of Eric Schachter regarding motion for miscellaneous relief 6180 *Declaration of Eric Schachter in Support of Plaintiffs' Motion to Approve the Manner and Form of Class Notice* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Scarlett, Shana) (Entered: 12/21/2022) |
| 12/23/2022 | 6183 | Affiliated Foods Plaintiffs Submission Regarding Track One Trial Structure STATEMENT by Affiliated Foods, Inc.'s Plaintiffs (McCahill, Matthew) (Entered: 12/23/2022) |
| 12/23/2022 | 6184 | RESPONSE by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to set/reset hearings,,,,,,, 6153 (Laytin, Daniel) (Entered: 12/23/2022) |
| 12/23/2022 | 6185 | STATEMENT by Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *in Response to the Court's November 22, 2022 Order Regarding Trial Form* 6153 (Adcox, Rachel) (Entered: 12/23/2022) |
| 12/23/2022 | 6186 | STATEMENT by Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., Perdue Farms, Inc., Perdue Foods LLC *Option 2 Defendants' Brief in Response to the Court's Order Regarding the Form of a Track 1 Trial* (Baldridge, James) (Entered: 12/23/2022) |
| 12/23/2022 | 6187 | Trial Plan Submission Pursuant to ECF No. 6153 STATEMENT by Associated Wholesale Grocers, Inc., (Owen, Daniel) (Entered: 12/23/2022) |

| 12/23/2022 | 6188 | Class Plaintiffs' Submission Regarding Form of Trial in Response to the Court's November 22, 2022 Minute Order (ECF No. 6153) STATEMENT by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs (Attachments: # 1 Declaration of Brian D. Clark in Support of Class Plaintiffs' Submission, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Pozan, Kyle) (Entered: 12/23/2022) |
| 12/23/2022 | 6189 | MEMORANDUM by Publix Super Markets, Inc. *[On behalf of the Kroger and Publix Direct Action Plaintiffs] in Support of Trial Option 1* (Germaine, David) (Entered: 12/23/2022) |
| 12/28/2022 | 6190 | MOTION by Attorney Stephen A. Cohen to withdraw as attorney for ARCOP, Inc., Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach. No party information provided (Gore, Kristin) (Entered: 12/28/2022) |
| 12/29/2022 | 6191 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/29/2022: Mailed notice. (tg, ) (Entered: 12/29/2022) |
| 01/03/2023 | 6192 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6190 is granted. Attorney Stephen Alexander Cohen terminated. Mailed notice. (ecw, ) (Entered: 01/03/2023) |
| 01/03/2023 | 6193 | Notice of Change of Firm Name and E-Mail Addresses by Direct Purchaser Plaintiffs (Warshaw, Daniel) (Entered: 01/03/2023) |
| 01/04/2023 | 6194 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Approval of Class Notice Plan 6174 . Signed by the Honorable |

| 01/04/2023 | | Thomas M. Durkin on 1/4/2023. Mailed notice. (ecw, ) (Entered: 01/04/2023) |
|---|---|---|
| 01/04/2023 | 6195 | ORDER Approving Notice of Contested Class Certification 6177 . Signed by the Honorable Thomas M. Durkin on 1/4/2023. Mailed notice. (ecw, ) (Entered: 01/04/2023) |
| 01/04/2023 | 6196 | ORDER Granting End-User Consumer Plaintiffs' Uncontested Motion to Approve the Manner and Form of Class Notice 6180 . Signed by the Honorable Thomas M. Durkin on 1/4/2023. Mailed notice. (ecw, ) (Entered: 01/04/2023) |
| 01/04/2023 | 6197 | MOTION by Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. to withdraw *Appearance of M. Keith Dollahite* (Gant, Scott) (Entered: 01/04/2023) |
| 01/04/2023 | 6198 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw appearance of M. Keith Dollahite 6197 is granted. Attorney M. Keith Dollahite terminated. Mailed notice. (ecw, ) (Entered: 01/04/2023) |
| 01/05/2023 | 6199 | STIPULATION *[and Proposed Order] Dismissing the Affiliated Foods Plaintiffs' Claims with Prejudice Against Peco Foods, Inc.* (Flath, Lara) (Entered: 01/05/2023) |
| 01/05/2023 | 6200 | STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE signed by the Honorable Thomas M. Durkin on 1/5/2023. Mailed notice. (ecw, ) (Entered: 01/05/2023) |
| 01/06/2023 | 6201 | MOTION by Attorney Christina R.B. Lopez to withdraw as attorney for Associated Grocers of the South, Inc.. No party information provided (Lopez, Christina) (Entered: 01/06/2023) |
| 01/06/2023 | 6202 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6201 is granted. Attorney Christina R. B. Lopez terminated. Mailed notice. (ecw, ) (Entered: 01/06/2023) |
| 01/06/2023 | 6203 | MINUTE entry before the Honorable Thomas M. Durkin: Upon review of the parties' recent trial plan submissions in response to the Court's order of November 22, 2022 6153 , and to the extent the Court denies summary judgment, the Court orders that the trial scheduled for 9/11/2023 will address the claims of the Direct Purchaser Class and all direct action plaintiffs in Track One against all Defendants. Whether that trial addresses Georgia Dock claims, or only supply reduction claims, will be decided on summary judgment. The Court plans to impose time limits during the trial, which will be determined during pretrial conferences scheduled after summary judgment is decided. Mailed notice. (ecw, ) (Entered: 01/06/2023) |
| 01/09/2023 | 6204 | ATTORNEY Appearance for Plaintiff Direct Purchaser Plaintiffs by Develyn Mistriotti (Mistriotti, Develyn) (Entered: 01/09/2023) |
| 01/11/2023 | 6205 | MOTION by Attorney Louis R. Katz to withdraw as attorney for Vern Peter Gardner, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner, Leslie Weidner. No party information provided (Johnson, Brent) (Entered: 01/11/2023) |
| 01/12/2023 | 6206 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6205 is granted. Attorney Louis R. Katz terminated. Mailed notice. (ecw, ) (Entered: 01/12/2023) |
| 01/12/2023 | 6207 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20231926. (Casazza, Kyle) (Entered: 01/12/2023) |

| 01/13/2023 | 6208 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 6207 is granted. Attorney Kyle A Casazza for Wayne Farms, LLC added. Mailed notice. (ecw, ) (Entered: 01/13/2023) |
|---|---|---|
| 01/13/2023 | 6209 | STIPULATION *STIPULATED ORDER DISMISSING THE AFFILIATED FOODS PLAINTIFFS' CLAIMS WITH PREJUDICE AGAINST GEORGE'S, INC. AND GEORGE'S FARMS, INC.* (Kaplan, Robert) (Entered: 01/13/2023) |
| 01/13/2023 | 6210 | STIPULATED Order Dismissing the Affiliated Foods Plaintiffs' Claims with Prejudice against George's, Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 1/13/2023. Mailed notice. (ecw, ) (Entered: 01/13/2023) |
| 01/13/2023 | 6211 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., The Amick Company, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to Designate Defendants' Co-Liaison Counsel (Baldridge, James) (Entered: 01/13/2023) |
| 01/13/2023 | 6212 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to designate Defendants' Co-Liaison Counsel 6211 is granted. Venable LLP and Shook Hardy & Bacon LLP are designated co-liaison counsel for all Defendants in this action. Mailed notice. (ecw, ) (Entered: 01/13/2023) |
| 01/17/2023 | 6213 | NOTICE by John Shannon Marrese of Change of Address (Marrese, John) (Entered: 01/17/2023) |
| 01/19/2023 | 6214 | NOTICE by Steven Alan Hart of Change of Address (Hart, Steven) (Entered: 01/19/2023) |
| 01/19/2023 | 6215 | NOTICE by Brian H Eldridge of Change of Address (Eldridge, Brian) (Entered: 01/19/2023) |
| 01/19/2023 | 6216 | NOTICE by Robert John McLaughlin of Change of Address (McLaughlin, Robert) (Entered: 01/19/2023) |
| 01/19/2023 | 6217 | MOTION by Track 1 Plaintiffs *Motion for Leave to Consolidate Summary Judgment Opposition Briefs Into a Single Omnibus Brief, and File a Separate Response to Defendants' Rule of Reason Arguments in Their Motions for Summary Judgment* (Johnson, Brent) Modified on 1/23/2023 (ecw, ). (Entered: 01/19/2023) |

| 01/20/2023 | 6218 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants are to respond to Track 1 Plaintiffs' motion 6217 by the end of the day. Mailed notice. (ecw, ) (Entered: 01/20/2023) |
|---|---|---|
| 01/20/2023 | 6219 | ATTORNEY Appearance for Plaintiff Maplevale Farms, Inc. by Stewart M. Weltman (Weltman, Stewart) (Entered: 01/20/2023) |
| 01/20/2023 | 6220 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20260656. (Glubiak, Zachary) (Entered: 01/20/2023) |
| 01/20/2023 | 6221 | RESPONSE by Defendant Track 1 Defendants to other, 6217 *Defendants' Response in Opposition to Track One Plaintiffs' Motion for Modification of Summary Judgment Briefing* (Johnston-Ahlen, Julie) (Entered: 01/20/2023) |
| 01/23/2023 | 6222 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 6220 is granted. Attorney Zachary R. Glubiak for Vern Peter Gardner, Christopher Gilbert, Tracy Newman, Alison Pauk, Marilyn Stangeland, David Weidner and Leslie Weidner added. Mailed notice. (ecw, ) (Entered: 01/23/2023) |
| 01/23/2023 | 6223 | MINUTE entry before the Honorable Thomas M. Durkin: Track 1 Plaintiffs' Motion for Leave to Consolidate Summary Judgment Opposition Briefs Into a Single Omnibus Brief, and File a Separate Response to Defendants' Rule of Reason Arguments in Their Motions for Summary Judgment 6217 is denied. Mailed notice. (ecw, ) (Entered: 01/23/2023) |
| 01/23/2023 | 6224 | MOTION by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC for leave to file excess pages *in support of their Opposition to Track 1 Direct Action Plaintiffs' Motion to Exclude Portions of Certain Defendants' Economists' Opinions* (Baldridge, James) (Entered: 01/23/2023) |
| 01/24/2023 | 6225 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' unopposed motion for leave to file excess pages 6224 is granted. Mailed notice. (ecw, ) (Entered: 01/24/2023) |
| 01/26/2023 | 6226 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, |

| | | |
|---|---|---|
| | | Inc., George Inc., Harrison Poultry, Inc., Koch Foods (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS RE DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON AGREEMENT TO RESTRICT SUPPLY, # 2 PLAINTIFFS' RESPONSE TO DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON AGREEMENT TO RESTRICT SUPPLY, # 3 Exhibits 1-5, # 4 Exhibits 6-8, # 5 Exhibit 9, # 6 Exhibit 10, # 7 Exhibits 11-15, # 8 Exhibits 16-20, # 9 Exhibits 21-25, # 10 Exhibits 26-30, # 11 Exhibits 31-35, # 12 Exhibits 36-40, # 13 Exhibits 41-42, # 14 Exhibits 43-45, # 15 Exhibits 46-50, # 16 Exhibits 51-55, # 17 Exhibits 56-66, # 18 Exhibits 67-77, # 19 Exhibits 78-88, # 20 Exhibits 89-99) (Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6227 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Sealed Exhibits 100-109* (Attachments: # 1 Exhibit 110-119, # 2 Exhibit 120-130, # 3 Exhibit 131-145, # 4 Exhibit 146-154, # 5 Exhibit 155 (part A), # 6 Exhibit 155 (part B), # 7 Exhibit 156-157, # 8 Exhibit 158-166, # 9 Exhibit 167-180, # 10 Exhibit 181-196)(Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6228 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Sealed Exhibits 197-219* (Attachments: # 1 Exhibit 220-231, # 2 Exhibit 232 (part A), # 3 Exhibit 232 (part B), # 4 Exhibit 233-240, # 5 Exhibit 241-259, # 6 Exhibit 260-268, # 7 Exhibit 269-279, # 8 Exhibit 280-288, # 9 Exhibit 289-291, # 10 Exhibit 292)(Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6229 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Sealed Exhibits 293-313* (Attachments: # 1 Exhibit 314 (part A), # 2 Exhibit 314 (part B), # 3 Exhibit 315-317, # 4 Exhibit 318, # 5 Exhibit 319-324, # 6 Exhibit 325-339, # 7 Exhibit 340-347, # 8 Exhibit 348-353, # 9 Exhibit 354-359, # 10 Exhibit 400-404, # 11 Exhibit 405-424, # 12 Exhibit 425-434, # 13 Exhibit 435, # 14 Exhibit 436-472, # 15 Exhibit 473-489) (Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6230 | MEMORANDUM by Associated Wholesale Grocers, Inc.,, Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs, COLUMBIA MEATS, INC., GREENVILLE MEATS, INC., W. Lee Flowers & Co., Inc. in Opposition to motion for summary judgment, 5846 *CIIPPs, EUCPs, AND TRACK ONE DAPS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT DISMISSING TRACK 1 PLAINTIFFS' STATE LAW CLAIMS* (Attachments: # 1 Appendix A)(Johnson, Brent) (Entered: 01/26/2023) |
| 01/26/2023 | 6231 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Track One Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment as to Overarching Conspiracy Claims* (Pouya, Bobby) (Entered: 01/26/2023) |
| 01/26/2023 | 6232 | SEALED RESPONSE by Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster |

Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., 5966 *Direct Purchaser Plaintiffs' and Direct-Action Plaintiffs' Opposition to Certain Defendants' Motion for Summary Judgment Dismissing Track 1 Direct Action Plaintiff and Direct Purchaser Plaintiff Claims On Statute of Limitations Grounds* (Attachments: # 1 Direct Purchaser Plaintiffs' and Direct-Action Plaintiffs' Statement of Additional Facts Regarding Certain Defendants' Motion for Summary Judgment Concerning Applicable Statutes of Limitations, # 2 Direct Purchaser Plaintiffs' and Direct-Action Plaintiffs' Response to Certain Defendants' Local Rule 56.1 Statement of Material Facts In Support of Their Motion for Summary Judgment Concerning Applicable Statutes of Limitations, # 3 Declaration of Brian D. Clark, # 4 Exhibits 900-950, # 5 Exhibits 951-960, # 6 Exhibits 961-980, # 7 Exhibits 981-992)(Clark, Brian) (Entered: 01/26/2023)

| | | |
|---|---|---|
| 01/26/2023 | 6233 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs in Opposition to motion for summary judgment 5890 *TRACK ONE PLAINTIFFS' OPPOSITION TO SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS INC.'S MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING SIMMONS' MOTION FOR SUMMARY JUDGMENT, # 2 PLAINTIFFS' RESPONSE TO SIMMONS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS, # 3 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS INC.'S MOTION FOR SUMMARY JUDGMENT, # 4 Exs. 2600-2616, # 5 Exs. 2617-2652, # 6 Exs. 2653-2663, # 7 Exs. 2664-2671)(Johnson, Brent) (Entered: 01/26/2023) |
| 01/26/2023 | 6234 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC to seal document *PERDUE'S MOTION FOR SUMMARY JUDGMENT* 5987 *TRACK ONE PLAINTIFFS' OPPOSITION TO PERDUE'S MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING PERDUE'S MOTION FOR SUMMARY JUDGMENT, # 2 PLAINTIFFS' RESPONSE TO PERDUE'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS, # 3 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO PERDUE'S MOTION FOR SUMMARY JUDGMENT, # 4 Exs. 1400-1408, # 5 Ex. 1409 Part A, # 6 Ex. 1409 Part B, # 7 Ex. 1409 Part C, # 8 Ex. 1409 Part D, # 9 Ex. 1409 Part E, # 10 Ex. 1409 Part F, # 11 Exs. 1410-1420, # 12 Exs. 1421-1427, # 13 Exs. 1428-1450, # 14 Exs. 1451-1457)(Johnson, Brent) (Entered: 01/26/2023) |
| 01/26/2023 | 6235 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Motion for Summary Judgment* 5886 *TRACK ONE PLAINTIFFS' OPPOSITION TO MOUNTAIRE'S MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING MOUNTAIRE'S MOTION FOR SUMMARY JUDGMENT, # 2 PLAINTIFFS' RESPONSE TO MOUNTAIRE'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS, # 3 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO |

| | | |
|---|---|---|
| | | MOULTRIE'S MOTION FOR SUMMARY JUDGMENT, # 4 Ex. 2000 Vol 1, # 5 Ex. 2000 Vol 2, # 6 Exs. 2001-2009, # 7 Ex. 2010, # 8 Exs. 2011-2045, # 9 Exs. 2046-2054, # 10 Ex. 2055, # 11 Ex. 2056, # 12 Exs. 2057-2059)(Johnson, Brent) (Entered: 01/26/2023) |
| 01/26/2023 | 6236 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant House of Raeford Farms, Inc. *Motion for Summary Judgment on Claims of Track 1 Plaintiffs* 5935 *TRACK ONE PLAINTIFFS' OPPOSITION TO HOUSE OF RAEFORD FARMS, INC. INDIVIDUAL MOTION FOR SUMMARY JUDGMENT ON CLAIMS OF TRACK 1 PLAINTIFFS* (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING HOUSE OF RAEFORD'S MOTION FOR SUMMARY JUDGMENT, # 2 PLAINTIFFS' RESPONSE TO HOUSE OF RAEFORD'S LOCAL RULE 56.1 STATEMENT OF FACTS, # 3 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO HOUSE OF RAEFORD'S MOTION FOR SUMMARY JUDGMENT, # 4 Exs. 2200-2214, # 5 Exs. 2215-2221, # 6 Exs. 2222-2248, # 7 Exs. 2249-2257, # 8 Exs. 2258-2266, # 9 Exs. 2267-2294) (Johnson, Brent) (Entered: 01/26/2023) |
| 01/26/2023 | 6237 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant Agri Stats, Inc. *for Summary Judgment* 5899 *Track One Plaintiffs' Opposition to Agri Stats, Inc.'s Motion for Summary Judgment* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding Agri Stats, Inc.'s Motion for Summary Judgment, # 2 Plaintiffs' Response to Agri Stats, Inc.'s Local Rule 56.1 Statement of Material Facts, # 3 Declaration of Shana E. Scarlett, # 4 Exhibit 1000-1043, # 5 Exhibit 1044, # 6 Exhibit 1045-1052, # 7 Exhibit 1053-1065, # 8 Exhibit 1066-1079) (Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6238 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *for Summary Judgment* 5915 *Track One Plaintiffs' Opposition to Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Motion for Summary Judgment* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding Claxton's Motion for Summary Judgment, # 2 Plaintiffs' Response to Claxton's Local Rule 56.1 Statement of Material Facts, # 3 Declaration of Shana E. Scarlett, # 4 Exhibit 2800-2818, # 5 Exhibit 2819-2842, # 6 Exhibit 2844-2846)(Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6239 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to MOTION by Defendants Foster Poultry Farms, Foster Farms, LLC for summary judgment *Dismissing Track 1 Plaintiffs' Claims* 5872 *Track One Plaintiffs' Opposition to Foster Farms, LLC and Foster Poultry Farms LLC's Motion for Summary Judgment Dismissing Track 1 Plaintiffs' Claims* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding Foster Farms' Motion for Summary Judgment, # 2 Plaintiffs' Response to Foster Farms' Local Rule 56.1 Statement of Material Facts, # 3 Declaration of Shana E. Scarlett, # 4 Exhibit 2400-2425, # 5 Exhibit 2426-2482, # 6 Exhibit 2483, # 7 Exhibit 2484-2487)(Scarlett, Shana) (Entered: 01/26/2023) |

| | | |
|---|---|---|
| 01/26/2023 | 6240 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant Harrison Poultry, Inc. 5866 *TRACK ONE PLAINTIFFS' OPPOSITION TO HARRISON POULTRY, INC.'S MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING HARRISON'S MOTION FOR SUMMARY JUDGMENT, # 2 PLAINTIFFS' RESPONSE TO HARRISON'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS, # 3 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO HARRISON POULTRY, INC.'S MOTION FOR SUMMARY JUDGMENT, # 4 Exs. 3000-3050)(Johnson, Brent) (Entered: 01/26/2023) |
| 01/26/2023 | 6241 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to MOTION by Defendants Koch Meats Co., Inc., Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC for summary judgment 6006 *Track One Plaintiffs' Opposition to the Koch Defendants' Individual Motion for Summary Judgment* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding Koch's Motion for Summary Judgment, # 2 Plaintiffs' Response to Koch's Local Rule 56.1 Statement of Material Facts, # 3 Declaration of Shana E. Scarlett, # 4 Exhibit 1600-1640, # 5 Exhibit 1641-1648, # 6 Exhibit 1649 (Part 1), # 7 Exhibit 1649 (Part 2), # 8 Exhibit 1649 (Part 3), # 9 Exhibit 1649 (Part 4), # 10 Exhibit 1649 (Part 5), # 11 Exhibit 1652)(Scarlett, Shana) (Entered: 01/26/2023) |
| 01/26/2023 | 6242 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to MOTION by Defendants O.K. Industries, Inc., O.K. Foods, Inc., O.K. Farms, Inc. for summary judgment 5879 *Track One Plaintiffs' Opposition to O.K. Foods' Motion for Summary Judgment on All Track 1 Plaintiffs' Claims* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding OK Foods' Motion for Summary Judgment, # 2 Plaintiffs' Response to OK Foods' Local Rule 56.1 Statement of Material Facts, # 3 Declaration of Shana E. Scarlett, # 4 Exhibit 3200-3216, # 5 Exhibit 3217-3236, # 6 Exhibit 3237-3261, # 7 Exhibit 3262-3284)(Scarlett, Shana) (Entered: 01/26/2023) |
| 01/27/2023 | 6243 | SEALED RESPONSE *Certain Direct Action Plaintiffs' Opposition To Defendants' Motion To Exclude Testimony of Dr. James T. McClave* (Kaplan, Robert) (Entered: 01/27/2023) |
| 01/27/2023 | 6244 | DECLARATION of Gregory K. Arenson regarding sealed response 6243 *with exhibits* (Kaplan, Robert) (Entered: 01/27/2023) |
| 01/27/2023 | 6245 | REDACTED RESPONSE Certain Direct Action Plaintiffs' Opposition To Defendants' Motion To Exclude Testimony of Dr. James T. McClave (Kaplan, Robert) (Entered: 01/27/2023) |
| 01/27/2023 | 6246 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Sam's East, Inc., Sam's West, Inc., WAL-MART STORES EAST, LP, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, WalMart, Inc. *and Corporate Disclosure Statement* (Bhalla, Ravi) (Entered: 01/27/2023) |
| 01/27/2023 | 6247 | SEALED RESPONSE *MEMORANDUM IN OPPOSITION TO FIELDALE'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES* (Attachments: |

| | | |
|---|---|---|
| | | # [1] PLAINTIFFS' RESPONSE TO FIELDALE'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES, # [2] PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FIELDALE'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES, # [3] DECLARATION OF ROBERT N. KAPLAN IN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FIELDALE'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES, # [4] Exhibit 1-10, # [5] Exhibit 11-30, # [6] Exhibit 31-46, # [7] Exhibit 47-57)(Kaplan, Robert) (Entered: 01/27/2023) |
| 01/27/2023 | 6248 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Correction of Dkt. [6226-3] - Declaration of Brian D. Clark in Support of Plaintiffs' Opposition to Defendants' Joint Motion for Summary Judgment on Agreement to Restrict Supply and Raise Prices; Exhibits 1-5 Thereto* (Scarlett, Shana) (Entered: 01/27/2023) |
| 01/27/2023 | 6249 | SEALED RESPONSE by Direct Purchaser Plaintiffs to sealed document,, 5895 *Direct Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Expert Dr. Colin A. Carter* (Attachments: # [1] Declaration of W. Joseph Bruckner in Support of Direct Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Expert Dr. Colin A. Carter, # [2] Exhibit 3600, # [3] Exhibit 3601)(Bruckner, W.) (Entered: 01/27/2023) |
| 01/27/2023 | 6250 | SEALED RESPONSE by End-User Consumer Plaintiffs to SEALED MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mou 5897 *END-USER CONSUMER PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING* (Attachments: # [1] DECLARATION OF DANIEL H. SILVERMAN IN SUPPORT OF END-USER CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING, # [2] Exs. 3900 - 3903) (Silverman, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6251 | SEALED RESPONSE *CERTAIN TRACK 1 DAPS' RESPONSE IN OPPOSITION TO THE TYSON DEFENDANTS' INDIVIDUAL MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW* (Attachments: # [1] Certain Track 1 Direct Action Plaintiffs' Local Rule 56.1(b)(2) Response to the Tyson Defendants' Local Rule 56.1(a)(2) Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment and Certain Track 1 Direct Action Plaintiffs' Local Rule 56.1(b)(3) Statement of Additional Material Facts in Support of Their Opposition to Tyson's Motion for Summary Judgment, # [2] DECLARATION OF ERIC R. LIFVENDAHL IN SUPPORT OF CERTAIN TRACK 1 DIRECT ACTION PLAINTIFFS' OPPOSITION TO THE TYSON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CERTAIN TRACK 1 DIRECT ACTION PLAINTIFFS' CLAIMS AGAINST TYSON, # [3] Exhibit 1-14, # [4] Exhibit 15 part 1 of 5, # [5] Exhibit 15 part 2 of 5, # [6] Exhibit 15 part 3 of 5, # [7] Exhibit 15 part 4 of 5, # [8] Exhibit 15 part 5 of 5, # [9] Exhibit 16- |

| | | 50, # 10 Exhibit 76-100)(Kaplan, Robert) (Entered: 01/27/2023) |
|---|---|---|
| 01/27/2023 | 6252 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *(Track One Plaintiffs' Opposition to Motion for Summary Judgment Relating to Manipulation of the Georgia Dock Pricing Index [ECF No. 5878])* (Attachments: # 1 Rule 56.1 Statement of Material Facts, # 2 Plaintiffs' Additional Statement of Material Facts, # 3 Declaration of Bobby Pouya, # 4 Exhibit 700-706)(Pouya, Bobby) (Entered: 01/27/2023) |
| 01/27/2023 | 6253 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *(Exhibits 707-723 to Declaration of Bobby Pouya in Support of Track One Plaintiffs' Opposition to Certain Defendants' Motion for Summary Judgment Relating to Manipulation of the Georgia Dock Pricing Index)* (Pouya, Bobby) (Entered: 01/27/2023) |
| 01/27/2023 | 6254 | RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffsin Opposition to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia 5865 , MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 5856 *COMMERCIAL & INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF DR. RUSSELL MANGUM* (Attachments: # 1 Declaration of Adam Zapala with Exhibits A-D - REDACTED)(Zapala, Adam) (Entered: 01/27/2023) |
| 01/27/2023 | 6255 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs, Track 1 Plaintiffs *(Exhibits 724-755 to Declaration of Bobby Pouya in Support of Track One Plaintiffs' Opposition to Certain Defendants' Motion for Summary Judgment Relating to Manipulation of the Georgia Dock Pricing Index)* (Pouya, Bobby) (Entered: 01/27/2023) |
| 01/27/2023 | 6256 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia 5865 , MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 5856 *COMMERCIAL & INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF DR. RUSSELL MANGUM* (Attachments: # 1 Declaration of Adam Zapala with Exhibits A-D - SEALED)(Zapala, Adam) (Entered: 01/27/2023) |
| 01/27/2023 | 6257 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *(Exhibits 756-762 to Declaration of Bobby Pouya in Support of Track One Plaintiffs' Opposition to Certain Defendants' Motion for* |

| | | *Summary Judgment Relating to Manipulation of the Georgia Dock Pricing Index)* (Pouya, Bobby) (Entered: 01/27/2023) |
|---|---|---|
| 01/27/2023 | 6258 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *(Exhibits 763-768 to Declaration of Bobby Pouya in Support of Track One Plaintiffs' Opposition to Certain Defendants' Motion for Summary Judgment Relating to Manipulation of the Georgia Dock Pricing Index)* (Pouya, Bobby) (Entered: 01/27/2023) |
| 01/27/2023 | 6259 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant Wayne Farms, LLC - *Motion for Summary Judgment* 5851 *TRACK ONE PLAINTIFFS' OPPOSITION TO WAYNE FARMS LLC'S MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING WAYNE FARMS' MOTION FOR SUMMARY JUDGMENT, # 2 PLAINTIFFS' RESPONSE TO WAYNE FARMS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS, # 3 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO WAYNE FARMS' MOTION FOR SUMMARY JUDGMENT, # 4 Exs. 1800-1819, # 5 Exs. 1820-1840, # 6 Exs. 1841-1855, # 7 Exs. 1856-1879, # 8 Exs. 1880-1889, # 9 Exs. 1890-1897)(Johnson, Brent) (Entered: 01/27/2023) |
| 01/27/2023 | 6260 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *CORRECTION OF DKT. [6223-3] DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF TRACK ONE PLAINTIFFS' OPPOSITION TO SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS INC.'S MOTION FOR SUMMARY JUDGMENT* (Johnson, Brent) (Entered: 01/27/2023) |
| 01/27/2023 | 6261 | SEALED RESPONSE by End-User Consumer Plaintiffs to SEALED MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farm 5938 *MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. LUIS CABRAL* (Attachments: # 1 DECLARATION OF BRENT W. JOHNSON IN SUPPORT OF END-USER CONSUMER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. LUIS CABRAL, # 2 Exs. 4000-4002)(Johnson, Brent) (Entered: 01/27/2023) |
| 01/27/2023 | 6262 | SEALED RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson |

| | | |
|---|---|---|
| | | Farms, LLC and n/k/a Sanderson Farms, Inc.), n/k/a Simmons Prepared Foods, Inc. to MOTION by Plaintiff Track 1 Direct Action Plaintiffs to strike *Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions* 5914 (Attachments: # 1 Declaration of Andrew T. Hernacki, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Baldridge, James) (Entered: 01/27/2023) |
| 01/27/2023 | 6263 | SEALED RESPONSE by Fieldale Farms Corporation to MOTION by Plaintiff Track 1 Direct Action Plaintiffs to strike *Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions* 5914 (Grantham, Thomas) (Entered: 01/27/2023) |
| 01/27/2023 | 6264 | SEALED RESPONSE by Peco Foods, Inc. to MOTION by Plaintiff Track 1 Direct Action Plaintiffs to strike *Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions* 5914 (Flath, Lara) (Entered: 01/27/2023) |
| 01/27/2023 | 6265 | SEALED RESPONSE *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Attachments: # 1 Declaration of Daniel D. Owen and Exhibit Index, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Owen, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6266 | SEALED RESPONSE *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude Certain Opinions of Dr. Russell Lamb* (Attachments: # 1 Declaration of Daniel D. Owen and Exhibit Index, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M)(Owen, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6267 | SEALED RESPONSE *Certain Track 1 Direct Action Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Alan S. Frankel* (Attachments: # 1 Declaration Declaration of David P. Germaine in Support of Certain Track 1 Direct Action Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Alan S. Frankel, # 2 Exhibit Exhibits 01-02)(Germaine, David) (Entered: 01/27/2023) |
| 01/27/2023 | 6268 | SEALED RESPONSE *Certain Track 1 Direct Action Plaintiffs' Opposition to Defendants' Motion to Exclude Testimony of Tracy Coenen* (Attachments: # 1 Declaration Declaration of Ryan T. Holt and Exhibit Index for Certain Track 1 Direct Action Plaintiffs' Opposition to Motion to Exclude Tracy Coenen, # 2 Exhibit 01-17)(Germaine, David) (Entered: 01/27/2023) |
| 01/27/2023 | 6269 | SEALED RESPONSE *Certain Track 1 Direct Action Plaintiffs' Memorandum in Opposition to the Mar-Jac Defendants' Motion for Summary Judgment* (Attachments: # 1 Declaration of Ryan T. Holt and Exhibit Index for Certain Track 1 Direct Action Plaintiffs in Opposition to the Mar-Jac Defendants' Motion for Summary Judgment, # 2 Certain Track 1 Direct Action Plaintiffs' Additional Statement of Material Facts in Opposition to the Mar-Jac Defendants' Motion for Summary Judgment, # 3 Certain Track 1 Direct Action Plaintiffs' Responses to the Mar-Jac Defendants' Statement of Undisputed Material Facts, # 4 Exhibit MJ-Ex. 01-02, # 5 Exhibit MJ-Ex. 03-04, # 6 Exhibit MJ-Ex. 05-08, # 7 Exhibit MJ-Ex. 09-31, # 8 Exhibit MJ-Ex. 32-40, # 9 Exhibit MJ-Ex. 41-57, # 10 Exhibit MJ-Ex. 58)(Germaine, David) (Entered: 01/27/2023) |

| 01/27/2023 | 6270 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms Proc 5990 *Track One Plaintiffs' Opposition to Sanderson Farms' Motion for Summary Judgment* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding Sanderson's Motion for Summary Judgment, # 2 Plaintiffs' Response to Sanderson's Local Rule 56.1 Statement of Material Facts, # 3 Declaration of Shana E. Scarlett, # 4 Exhibit 1201-1245, # 5 Exhibit 1246-1291)(Scarlett, Shana) (Entered: 01/27/2023) |
| --- | --- | --- |
| 01/27/2023 | 6271 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, 5929 (Attachments: # 1 Declaration of Joshua J. Rissman, # 2 Exhibit 3800)(Rissman, Joshua) (Entered: 01/27/2023) |
| 01/27/2023 | 6272 | RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.)in Opposition to MOTION by Plaintiff Publix Super Markets, Inc. for partial summary judgment *[On behalf of all Track 1 Plaintiffs]* 5869 *Defendants' Response in Opposition to the Track One Plaintiffs' Motion for Partial Summary Judgment on Three Affirmative Defenses* (Attachments: # 1 Defendants' Response to Track One Plaintiffs' Local Rule 56.1 Statement, # 2 Declaration, # 3 Exhibit 153 (Sealed), # 4 Exhibit 154 (Sealed), # 5 Exhibit 155 (Sealed), # 6 Exhibit 156 (Sealed), # 7 Exhibit 157 (Sealed), # 8 Exhibit 158 (Sealed), # 9 Exhibit 159 (Sealed), # 10 Defendants' Statement of Additional Undisputed Facts, # 11 Declaration, # 12 Exhibit 160, # 13 Exhibit 161, # 14 Exhibit 162, # 15 Exhibit 163, # 16 Exhibit 164 (Sealed))(Laytin, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6273 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Response in Opposition to the Track One Plaintiffs' Motion for Partial Summary Judgment on Three Affirmative Defenses* (Attachments: # 1 Defendants' Response to Track One Plaintiffs' Local Rule 56.1 Statement, # 2 Declaration, # 3 Exhibit 153, # 4 Exhibit 154 Part 1, # 5 Exhibit 154 Part 2, # 6 Exhibit 154 Part 3, # 7 Exhibit 155, # 8 Exhibit 156, # 9 Exhibit 157, # 10 Exhibit 158, # 11 Exhibit 159, # 12 Defendants' Statement of Additional Undisputed Facts, # 13 Declaration, # 14 Exhibit 160, # 15 Exhibit 161, # 16 Exhibit 162, # 17 Exhibit 163, # 18 Exhibit 164)(Laytin, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6274 | SEALED RESPONSE by Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. to other,,,, 6075 (Attachments: # 1 Declaration of Philip Iovieno in Support of Certain Track 1 Plaintiffs' Opposition to Peco Foods, Inc.'s Motion for Summary Judgment, # 2 Exhibit 1 - 29, # 3 Exhibit 30-41, # 4 Certain Track 1 Plaintiffs' Response to Peco Food Inc.'s Statement of Facts, # 5 Certain Track 1 Plaintiffs' Statement of Additional Facts)(Iovieno, Philip) (Entered: 01/27/2023) |

| 01/27/2023 | 6275 | MOTION by Defendant Fieldale Farms Corporation for joinder *to Defendants' Response in Opposition to the Track One Plaintiffs' Motion for Partial Summary Judgment on Three Affirmative Defenses* (Grantham, Thomas) (Entered: 01/27/2023) |
|---|---|---|
| 01/27/2023 | 6276 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to MOTION by Defendants Case Foods, Inc., Case Farms, LLC, Case Farms Processing, Inc. for summary judgment *Rule 56 Motion for Summary Judgment* 5926 *TRACK ONE PLAINTIFFS' OPPOSITION TO CASE FARMS' RULE 56 MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Plaintiffs' Statement of Additional Facts Regarding Case Farms' Rule 56 Motion for Summary Judgment, # 2 Plaintiffs' Response to Case Farms' Local Rule 56.1 Statement of Material Facts in Support of Case Farms' and Defendants' Motions for Summary Judgment, # 3 Declaration Declaration of James G. Dallal, # 4 Exhibit 3400-3452)(Zapala, Adam) (Entered: 01/27/2023) |
| 01/27/2023 | 6277 | MOTION by Defendant Pilgrim's Pride Corporation for joinder *in Defendants' Response in Opposition to the Track One Plaintiffs' Motion for Partial Summary Judgment on Three Affirmative Defenses* (Bonanno, Michael) (Entered: 01/27/2023) |
| 01/27/2023 | 6278 | SEALED RESPONSE *Track 1 Winn-Dixie Plaintiffs' Response in Opposition to George's Motion for Summary Judgment* (Ahern, Patrick) (Entered: 01/27/2023) |
| 01/27/2023 | 6279 | SEALED RESPONSE *to Pilgrim* (Owen, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6280 | SEALED RESPONSE *to Pilgrim's Pride Corporation's Statement Material Facts in Support of its Individual Motion for Summary Judgment* (Owen, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6281 | SEALED RESPONSE *Statement of Additional Facts in Opposition to Pilgrim's Summary Judgment Motion* (Owen, Daniel) (Entered: 01/27/2023) |
| 01/27/2023 | 6282 | SEALED RESPONSE (Attachments: # 1 Response to Keystone Defs Local Rule 56.1 Statement of Undisputed Material Facts, # 2 Statement of Additional Material Facts, # 3 Exhibit 200, # 4 Exhibit 201, # 5 Exhibit 202, # 6 Exhibit 203, # 7 Exhibit 204, # 8 Exhibit 205, # 9 Exhibit 206, # 10 Exhibit 207, # 11 Exhibit 208, # 12 Exhibit 209, # 13 Exhibit 210, # 14 Exhibit 211, # 15 Exhibit 212, # 16 Exhibit 213, # 17 Exhibit 214, # 18 Exhibit 215, # 19 Exhibit 216, # 20 Exhibit 217, # 21 Exhibit 218, # 22 Exhibit 219)(Fitts, Amy) (Entered: 01/28/2023) |
| 01/28/2023 | 6283 | SEALED RESPONSE *Declaration of Daniel D. Owen in Opposition to Pilgrim's Summary Judgment Motion* (Attachments: # 1 Index of Exhibits, # 2 Exhibit 200-209, # 3 Exhibit 210-220, # 4 Exhibit 221-229, # 5 Exhibit 230-239, # 6 Exhibit 240-259, # 7 Exhibit 260-279, # 8 Exhibit 280-299, # 9 Exhibit 300-306, # 10 Exhibit 307, # 11 Exhibit 308-319, # 12 Exhibit 320-349, # 13 Exhibit 350-379, # 14 Exhibit 380-399, # 15 Exhibit 400-449)(Owen, Daniel) (Entered: 01/28/2023) |
| 01/28/2023 | 6284 | SEALED RESPONSE *Declaration of Daniel D. Owen* (Attachments: # 1 Index of Exhibits, # 2 Exhibit 200-209, # 3 Exhibit 210-219, # 4 Exhibit 220-229, # 5 Exhibit 230-239, # 6 Exhibit 240-249, # 7 Exhibit 250-259, # 8 Exhibit 260-269, # 9 Exhibit 270-279, # 10 Exhibit 280-289, # 11 Exhibit 290-299, # 12 Exhibit 300-309)(Owen, Daniel) (Entered: 01/28/2023) |
| 01/29/2023 | 6285 | SEALED RULE 56 56.1(b)(3) Statement *Track 1 Winn-Dixie Plaintiffs' Statement of Additional Facts in Opposition to George's Motion for Summary Judgment* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 |

Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11
Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17
Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23
Exhibit, # 24 Exhibit)(Ahern, Patrick) Modified on 1/30/2023 (kl, ). (Entered:
01/29/2023)

| 01/29/2023 | 6286 | SEALED RESPONSE *Track 1 Winn-Dixie Plaintiffs' Response to George's Statement of Facts* (Ahern, Patrick) (Entered: 01/29/2023) |
| 01/31/2023 | 6287 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Amory Investments LLC (Gant, Scott) (Entered: 01/31/2023) |
| 01/31/2023 | 6288 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Correction of Dkt. 6240 TRACK ONE PLAINTIFFS' OPPOSITION TO HARRISON POULTRY, INC.'S MOTION FOR SUMMARY JUDGMENT* (Johnson, Brent) (Entered: 01/31/2023) |
| 01/31/2023 | 6289 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Correction of Dkt. [6240-1] PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING HARRISON'S MOTION FOR SUMMARY JUDGMENT* (Johnson, Brent) (Entered: 01/31/2023) |
| 01/31/2023 | 6290 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Correction of Dkt. [6240-2] PLAINTIFFS' RESPONSE TO HARRISON'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS* (Johnson, Brent) (Entered: 01/31/2023) |
| 01/31/2023 | 6291 | MINUTE entry before the Honorable Thomas M. Durkin: The Jury Trial set for 9/11/2023 is RESET to begin on 9/12/2023. Mailed notice. (ecw, ) (Entered: 01/31/2023) |
| 02/01/2023 | 6292 | NOTICE by David S. Almeida of Change of Address (Almeida, David) (Entered: 02/01/2023) |
| 02/01/2023 | 6293 | MINUTE entry before the Honorable Thomas M. Durkin: Motions for joinder 6275 6277 are granted. Mailed notice. (ecw, ) (Entered: 02/01/2023) |
| 02/01/2023 | 6294 | MOTION by Defendants George's Farms, Inc., George's Inc. to strike *Untimely Winn-Dixie DAP Response to Statements of Fact and Statement of Additional Facts* (Warr, Jaclyn) (Entered: 02/01/2023) |
| 02/01/2023 | 6295 | MEMORANDUM by George's Farms, Inc., George's Inc. in support of motion to strike 6294 *Untimely Winn-Dixie DAP Response to Statements of Fact and Statement of Additional Facts* (Attachments: # 1 Exhibit 1 (Greene Declaration)) (Warr, Jaclyn) (Entered: 02/01/2023) |
| 02/02/2023 | 6296 | MINUTE entry before the Honorable Thomas M. Durkin: The motion to strike 6294 is denied. The filings in question were two days late over a weekend. Contrary to the movant's argument, one party's tardiness does not equate to a request for an extension of the entire briefing schedule. The Court understands that the case schedule is tight, and a day or two likely has greater value in the context of the case than in the normal course. However, the motion does not allege any prejudice at all, let alone material prejudice. And it is difficult to envision what prejudice a two-day delay could create when the reply to the filing isn't due until March 17. Rather than strike a filing for what is a relatively small |

delay, the Court prefers to decide the case on the merits on a complete record. The parties are cautioned, however, that a longer delay could result in a different outcome. Mailed notice. (ecw, ) (Entered: 02/02/2023)

| | | |
|---|---|---|
| 02/03/2023 | 6297 | NOTICE by Direct-Action Plaintiffs re sealed document, 6231 *Notice of Errata* (Blechman, William) (Entered: 02/03/2023) |
| 02/03/2023 | 6298 | TRACK ONE PARTIES' JOINT SUBMISSION TO COURT REGARDING LIMITED EVIDENTIARY DISCOVERY by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Murray, Lynn) (Entered: 02/03/2023) |
| 02/08/2023 | 6299 | NOTICE by Eric Richard Lifvendahl of Change of Address *and Firm Affiliation* (Lifvendahl, Eric) (Entered: 02/08/2023) |
| 02/08/2023 | 6300 | SEALED RESPONSE *Corrected Track 1 Plaintiffs' Memorandum in Opposition to George's Motion for Summary Judgment* (Ahern, Patrick) (Entered: 02/08/2023) |
| 02/08/2023 | 6301 | NOTICE by Bi-Lo Holdings, LLC *Filing of Corrected Certain Track 1 Plaintiffs' Memorandum in Opposition to George's Motion for Summary Judgment* (Ahern, Patrick) (Entered: 02/08/2023) |
| 02/09/2023 | 6302 | MOTION by Plaintiff End-User Consumer Plaintiffs for order *Motion for Approval of Payment of Administrative Costs and Extension of Claims Filing Deadline* (Attachments: # 1 Declaration of Eric Shachter)(Scarlett, Shana) (Entered: 02/09/2023) |
| 02/10/2023 | 6303 | NOTICE by Abigail D Pershing of Change of Address (Pershing, Abigail) (Entered: 02/10/2023) |
| 02/13/2023 | 6304 | ORDER Granting Plaintiffs' Motion for Approval of Payment of Administrative Costs and Extension of Claims Filing Deadline 6302 . Signed by the Honorable Thomas M. Durkin on 2/13/2023. Mailed notice. (ecw, ) (Entered: 02/13/2023) |
| 02/13/2023 | 6305 | NOTICE by Associated Wholesale Grocers, Inc., *NOTICE OF ENTRY OF APPEARANCE, WITHDRAWAL OF APPEARANCE, AND SUBSTITUTION OF COUNSEL* (Fitts, Amy) (Entered: 02/13/2023) |
| 02/14/2023 | 6306 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Colorado Boxed Beef Co (Coffman, Richard) (Entered: 02/14/2023) |
| 02/16/2023 | 6307 | NOTICE by Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, GREENVILLE MEATS, INC., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., KJ 2019 Holdings, LLC, Latina Boulevard Foods, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Schnuck Markets, Inc., Spartannash Company, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation, Troyer Foods, Inc., W. Lee Flowers & Co., Inc., Weinstein Wholesale Meats, Inc., Woodman's Food Market, Inc. *Notice of Errata Concerning Exhibit 241 to Declaration of Daniel D. Owen in Opposition to Keystone's Motion for Summary Judgment* (Attachments: # 1 Exhibit A)(Owen, Daniel) (Entered: 02/16/2023) |
| 02/16/2023 | 6308 | SEALED DOCUMENT by Plaintiffs Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, GREENVILLE MEATS, INC., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., KJ 2019 Holdings, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Schnuck Markets, Inc., Spartannash Company, Troyer Foods, Inc., W. Lee Flowers & Co., Inc., Weinstein Wholesale Meats, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard |

| | | |
|---|---|---|
| | | Foods, USA, LLC, The Distribution Group (d/b/a Van Eerden Foodservice Company), The Golub Corporation *SEALED DOCUMENT - Exhibit A to Notice of Errata Concerning Exhibit 241 to Declaration of Daniel D. Owen in Opposition to Keystone's Motion for Summary Judgment* (Owen, Daniel) (Entered: 02/16/2023) |
| 02/22/2023 | 6309 | MEMORANDUM ORDER: The Court has reviewed the Track One Parties' Joint Submission to Court Regarding Limited Evidentiary Discovery ("Joint Submission") [ECF No. 6298 ]. A hearing to address the Joint Submission is scheduled for March 8, 2023, at 2:00 p.m. (Chicago Time). The hearing will proceed in-person in Courtroom 1386. Any counsel who cannot appear in person is welcome to appear by telephone. The Court will circulate a call-in number for the hearing. See Attached Order for further details. Signed by the Honorable Jeffrey T. Gilbert on 2/22/2023. Mailed notice. (pk, ) (Entered: 02/22/2023) |
| 02/27/2023 | 6310 | STIPULATION *[and Proposed Order] Dismissing US Foods' Claims Against Mar-Jac Poultry, Inc. with Prejudice* (Konieczny, Edward) (Entered: 02/27/2023) |
| 02/27/2023 | 6311 | STIPULATED Order Dismissing US Foods' Claims against Mar-Jac Poultry, Inc. with Prejudice. Signed by the Honorable Thomas M. Durkin on 2/27/2023. Mailed notice. (ecw, ) (Entered: 02/27/2023) |
| 02/28/2023 | 6312 | MEMORANDUM by Associated Wholesale Grocers, Inc., in Opposition to Sealed motion 5862 *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude Certain Opinions of Professor Einer R. Elhauge [PUBLICLY FILED REDACTED VERSION]* (Attachments: # 1 Exhibit A, # 2 Exhibit B - D, # 3 Exhibit E)(Owen, Daniel) (Entered: 02/28/2023) |
| 02/28/2023 | 6313 | MEMORANDUM by Associated Wholesale Grocers, Inc., in Opposition to motion for miscellaneous relief,,,,,, 5910 *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude Certain Opinions of Dr. Russell Lamb [PUBLICLY FILED REDACTED VERSION]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D - M)(Owen, Daniel) (Entered: 02/28/2023) |
| 02/28/2023 | 6314 | RESPONSE by Associated Grocers of the South, Inc.in Opposition to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Har 5885 (Attachments: # 1 Declaration of Ryan T. Holt and Exhibit Index for Certain Track 1 Direct Action Plaintiffs' Opposition to Motion to Exclude Tracy Coenen, # 2 Exhibit 01, # 3 Exhibit 02, # 4 Exhibit 03, # 5 Exhibit 04, # 6 Exhibit 05, # 7 Exhibit 06-13, # 8 Exhibit 14, # 9 Exhibit 15, # 10 Exhibit 16, # 11 Exhibit 17)(Germaine, David) (Entered: 02/28/2023) |
| 02/28/2023 | 6315 | RESPONSE by Associated Grocers of the South, Inc.in Opposition to MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production 5896 (Attachments: # 1 Declaration of David P. Germaine in Support of Certain Track 1 Direct Action Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. Alan S. Frankel, # 2 Exhibit 01-02)(Germaine, David) (Entered: 02/28/2023) |
| 02/28/2023 | 6316 | RESPONSE by Associated Grocers of the South, Inc.in Opposition to SEALED MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac |

| | | |
|---|---|---|
| | | Poultry LLC's *The Mar-Jac Defendants' Motion for Summary Judgment* 5871 (Attachments: # 1 Declaration of Ryan T. Holt and Exhibit Index for Certain Track 1 Direct Action Plaintiffs in Opposition to the Mar-Jac Defendants' Motion for Summary Judgment, # 2 Certain Track 1 Direct Action Plaintiffs' Additional Statement of Material Facts in Opposition to the Mar-Jac Defendants' Motion for Summary Judgment, # 3 Certain Track 1 Direct Action Plaintiffs' Responses to the Mar-Jac Defendants' Statement of Undisputed Material Facts, # 4 Exhibit 01-32, # 5 Exhibit 33, # 6 Exhibit 34, # 7 Exhibit 35, # 8 Exhibit 36, # 9 Exhibit 37-41, # 10 Exhibit 42, # 11 Exhibit 43, # 12 Exhibit 44-58)(Germaine, David) (Entered: 02/28/2023) |
| 02/28/2023 | 6317 | Declaration of Daniel D. Owen in Opposition to Motion to Exclude the Expert Certain Opinions of Professor Einer Elhauge. Public version of exhibits referenced therein available at ECF No. 6312 [PUBLICLY FILED] by Associated Wholesale Grocers, Inc., (Owen, Daniel) (Entered: 02/28/2023) |
| 02/28/2023 | 6318 | Declaration of Daniel D. Owen in Opposition to Motion to Exclude the Expert Opinions of Dr. Russell Lamb. Public version of exhibits referenced therein available at ECF No. 6313 [PUBLICLY FILED] by Associated Wholesale Grocers, Inc., (Owen, Daniel) (Entered: 02/28/2023) |
| 02/28/2023 | 6319 | NOTICE by Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, GREENVILLE MEATS, INC., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., KJ 2019 Holdings, LLC, Latina Boulevard Foods, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Schnuck Markets, Inc., Spartannash Company, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation, Troyer Foods, Inc., W. Lee Flowers & Co., Inc., Weinstein Wholesale Meats, Inc., Woodman's Food Market, Inc. *PUBLICLY FILED REDACTED VERSION of [ECF Nos. 6282, 6284] Certain Track 1 Direct Action Plaintiffs' Memorandum of Law in Opposition to Keystone Defendants' Motion for Summary Judgment on All Remaining Track 1 Direct Action Plaintiffs' Claims Against Keystone [ECF No. 5936]* (Attachments: # 1 Response to Keystone Defs Local Rule 56.1 Statement of Undisputed Material Facts, # 2 Statement of Additional Material Facts, # 3 Declaration of Daniel Owen, # 4 Index of Exhibits, # 5 Exhibit 200 - 208, # 6 Exhibit 209, # 7 Exhibit 210 - 219, # 8 Exhibit 220, # 9 Exhibit 221, # 10 Exhibit 222 - 309) (Owen, Daniel) (Entered: 02/28/2023) |
| 02/28/2023 | 6320 | RESPONSE by Plaintiff Associated Wholesale Grocers, Inc., to motion for summary judgment 5893 *PUBLICLY FILED REDACTED VERSION of [ECF Nos. 6279, 6280, 6281, 6283] Associated Wholesale Grocers, Inc.'s Opposition to Pilgrim's Pride Corporation's Motion for Summary Judgment* (Attachments: # 1 Local Rule 56.1 Counter Statement of Facts in Response to Pilgrim's Statement of Material Facts, # 2 Local Rule 56.1 Additional Statement of Material Facts, # 3 Declaration of Daniel Owen, # 4 Index of Exhibits, # 5 200 - 204, # 6 Exhibit 205, # 7 Exhibit 206 - 216, # 8 Exhibit 217, # 9 Exhibit 218, # 10 Exhibit 219, # 11 Exhibit 220, # 12 Exhibit 221, # 13 Exhibit 222 - 229, # 14 Exhibit 230, # 15 Exhibit 231 - 262, # 16 Exhibit 263, # 17 Exhibit 264 - 270, # 18 Exhibit 271, # 19 Exhibit 272 - 273, # 20 Exhibit 274, # 21 Exhibit 275 - 278, # 22 Exhibit 279, # 23 Exhibit 280 - 288, # 24 Exhibit 289, # 25 Exhibit 290, # 26 Exhibit 291, # 27 Exhibit 292 - 293, # 28 Exhibit 294, # 29 Exhibit 295 - 304, # 30 Exhibit 305, # 31 Exhibit 306 - 355, # 32 Exhibit 356, # 33 Exhibit 357, # 34 Exhibit 358, # 35 Exhibit 359, # 36 Exhibit 360 - 404, # 37 Exhibit 405, # 38 Exhibit 406 - 408, # 39 Exhibit 409, # 40 Exhibit 410 - 431, # 41 Exhibit 432, # 42 Exhibit 433 - 449)(Owen, Daniel) (Entered: 02/28/2023) |

| 03/01/2023 | 6321 | REDACTED CERTAIN TRACK 1 DAPS' RESPONSE IN OPPOSITION TO THE TYSON DEFENDANTS' INDIVIDUAL MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW by Direct-Action Plaintiffs (Attachments: # 1 REDACTED CERTAIN TRACK 1 DIRECT ACTION PLAINTIFFS'LOCAL RULE 56.1(b)(2) RESPONSE IN TO THE TYSON DEFENDANTS'LOCAL RULE 56.1(a)(2) STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF TYSON'S MOTION FOR SUMMARY JUDGMENT-and-CERTAIN TRACK 1 DIRECT ACTION PLAINTIFFS' LOCAL RULE56.1(b)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO TYSON'S MOTION FOR SUMMARY JUDGMENT, # 2 REDACTED Declaration of Eric R. Lifvendahl (Redacted), # 3 REDACTED Exhibits 1-100 (exhibit slip sheets only))(Kaplan, Robert) (Entered: 03/01/2023) |
| 03/01/2023 | 6322 | REDACTED MEMORANDUM IN OPPOSITION TO FIELDALE'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES by Direct-Action Plaintiffs (Attachments: # 1 REDACTED PLAINTIFFS' RESPONSE TO FIELDALE'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES, # 2 REDACTED PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FIELDALE'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO EXCLUDE PLAINTIFFS' CLAIMS REGARDING ITS ANTIBIOTIC FREE CHICKEN SALES, # 3 Declaration of Robert N. Kaplan, # 4 REDACTED Exhibits 1-57 (Exhibit exhibit slip sheets only))(Kaplan, Robert) (Entered: 03/01/2023) |
| 03/01/2023 | 6323 | MOTION by Plaintiff Independent Purchasing Cooperative, Inc. to substitute attorney (Esau, David) (Entered: 03/01/2023) |
| 03/02/2023 | 6324 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to substitute counsel for Plaintiff Independent Purchasing Cooperative, Inc. 6323 is granted. Mailed notice. (ecw, ) (Entered: 03/02/2023) |
| 03/06/2023 | 6325 | ATTORNEY Appearance for Plaintiff Direct Purchaser Plaintiffs by Mindee Reuben (Reuben, Mindee) (Entered: 03/06/2023) |
| 03/06/2023 | 6326 | MEMORANDUM by Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. in Opposition to Sealed motion 5912 (Attachments: # 1 Declaration of Philip Iovieno in Support of Certain Track 1 Plaintiffs' Opposition to Peco Foods, Inc.'s Motion for Summary Judgment, # 2 Exhibit 1-41 (Filed Under Seal), # 3 Certain Track 1 Plaintiffs' Response to Peco Food Inc.'s Statement of Facts (Filed Under Seal), # 4 Certain Track 1 Plaintiffs' Statement of Additional Facts (Filed Under Seal))(Iovieno, Philip) (Entered: 03/06/2023) |
| 03/07/2023 | 6327 | ATTORNEY Appearance for Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) by Tabitha Joy De Paulo (De Paulo, Tabitha) (Entered: 03/07/2023) |
| 03/07/2023 | 6328 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court will use the following call-in number for any counsel appearing by telephone for the hearing |

set for 3/8/22 at 2:00 p.m. Dial 877-336-1829, access code 1022195, press #. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 03/07/2023)

| 03/08/2023 | 6329 | Track 1 Plaintiffs' Letter Regarding Limited Evidentiary Discovery by Track 1 Plaintiffs (Clark, Brian) (Entered: 03/08/2023) |
|---|---|---|
| 03/08/2023 | 6330 | Letter by Track 1 Defendants *Regarding Limited Evidentiary Discovery* (Murray, Lynn) (Entered: 03/08/2023) |
| 03/08/2023 | 6331 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *Corrected Ex. 907 [ECF 6232-4]* (Attachments: # 1 Exhibit Corrected Ex. 908 [ECF 6232-4], # 2 Exhibit Corrected Ex. 909 [ECF 6232-4], # 3 Exhibit Corrected Ex. 910 [ECF 6232-4], # 4 Exhibit Corrected Ex. 911 [ECF 6232-4], # 5 Exhibit Corrected Ex. 912 [ECF 6232-4])(Clark, Brian) (Entered: 03/08/2023) |
| 03/08/2023 | 6332 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *Corrected Ex. 704 [ECF 6252-4]* (Clark, Brian) (Entered: 03/08/2023) |
| 03/08/2023 | 6333 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The hearing set for 3/8/23 at 2:00 p.m. will be held in **Courtroom 1219**. Mailed notice (ber, ) (Entered: 03/08/2023) |
| 03/08/2023 | 6334 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20421654. *(Attorney Amanda Barkin)* (Kosoglad, Jared) (Entered: 03/08/2023) |
| 03/08/2023 | 6335 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20421656. *(Attorney Nicole Hyland)* (Kosoglad, Jared) (Entered: 03/08/2023) |
| 03/08/2023 | 6336 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20421657. *(Attorney Ronald Minkoff)* (Kosoglad, Jared) (Entered: 03/08/2023) |
| 03/08/2023 | 6337 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Hearing held on 3/8/23 regarding Track One Parties' Joint Submission to Court Regarding Limited Evidentiary Discovery ("Joint Submission") (ECF No. 6298 ). Counsel participating in the hearing who wish to have their appearances recorded shall identify themselves to liaison counsel and liaison counsel shall send that information to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov. By 3/10/23, the parties shall submit an agreed order to the Court's proposed order email Proposed_Order_Gilbert@ilnd.uscourts.gov that includes the dates that the parties agreed to on the record. The parties shall file an updated joint status report by 5/4/23 concerning their progress with and discussions about evidentiary stipulations and limited evidentiary discovery. A continued hearing is set for 5/11/23 at 10:00 a.m. Please note, this is a different time than what was set on the record. The hearing will proceed in-person in Courtroom 1219. Any counsel who cannot appear in person is welcome to appear by telephone at the following number: Dial 877-336-1829, access code 1022195, press #. When you are connected to the conference system, please keep your phone on mute until your case is called. There may be other people in other cases speaking in the conference when you join the conference and before your case is called. When your case is called, please unmute your phone and remember to say your name each and every time you speak. Members of the public and media will be able to |

| | | |
|---|---|---|
| | | call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 03/09/2023) |
| 03/10/2023 | 6338 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *(Notice of Errata)* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wrobel, Gregory) (Entered: 03/10/2023) |
| 03/10/2023 | 6339 | MOTION by Plaintiff Sysco Corporation to stay *(limited partial)* (Attachments: # 1 Exhibit (A))(Kosoglad, Jared) (Entered: 03/10/2023) |
| 03/10/2023 | 6340 | SEALED DOCUMENT by Plaintiff Sysco Corporation *(Exhibit A)* (Kosoglad, Jared) (Entered: 03/10/2023) |
| 03/13/2023 | 6341 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20431586. (Stauber, Anthony) (Entered: 03/13/2023) |
| 03/14/2023 | 6342 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 6341 is granted. Attorney Anthony J. Stauber for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice. (ecw, ) (Entered: 03/14/2023) |
| 03/14/2023 | 6343 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20437126. (Barkin, Amanda) (Entered: 03/14/2023) |
| 03/14/2023 | 6344 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 6334 is terminated as a duplicate. Motions to appear pro hac vice 6335 , 6336 and 6343 are granted. Attorneys Amanda B. Barkin, Nicole Hyland, and Ronald C. Minkoff for Sysco Corporation added. Mailed notice. (ecw, ) (Entered: 03/14/2023) |
| 03/14/2023 | 6345 | AGREED ORDER REGARDING THE TRACK ONE PARTIES' JOINT SUBMISSION TO COURT REGARDING LIMITED EVIDENTIARY DISCOVERY. Signed by the Honorable Jeffrey T. Gilbert on 3/14/2023. Mailed notice(ber, ) (Entered: 03/14/2023) |
| 03/16/2023 | 6346 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff Sysco Corporation has filed a Motion for Limited Stay 6339 . Sysco seeks "an Order staying any deadlines that would otherwise apply to Sysco for up to 60 days to permit Sysco time to obtain replacement lead counsel, which Sysco is diligently pursuing (the "Limited Stay")." Sysco shall file a supplement to its Motion 6339 on or before 3/23/23 in which it identifies the deadlines that Sysco is asking the court to stay, if it still seeks that relief in light of the court's order of 3/14/23 6344 granting new counsel leave to appear pro hac vice for Sysco in this case. In addition, if Sysco has any more information about whether any party objects to its Motion 6339 , it should include that information in its supplemental filing. Mailed notice (ber, ) (Entered: 03/16/2023) |
| 03/17/2023 | 6347 | MINUTE entry before the Honorable Thomas M. Durkin: Track 1 Plaintiffs' motion to set for trial 5817 was granted by the order entered on 11/22/2022 6153 . Mailed notice. (ecw, ) (Entered: 03/17/2023) |
| 03/17/2023 | 6348 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, |

| | | Norman Williams, Inc., d/b/a Clinton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 5856 (Zarlenga, Carmine) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | 6349 | MINUTE entry before the Honorable Thomas M. Durkin: No courtesy copies of any filing in this case should be delivered to the Court, including any of the several pending dispositive motions. The Court will make specific requests for courtesy copies, if necessary. Mailed notice. (ecw, ) (Entered: 03/17/2023) |
| 03/17/2023 | 6350 | SEALED DOCUMENT by Plaintiff Direct-Action Plaintiffs *CERTAIN AFFILIATED FOODS TRACK 1 DIRECT ACTION PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE PORTIONS OF DR. FOREMAN'S OPINIONS* (Kaplan, Robert) (Entered: 03/17/2023) |
| 03/17/2023 | 6351 | DECLARATION of Gregory K. Arenson regarding sealed document 6350 *Reply Declaration of Gregory K. Arenson in Support of Certain Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Dr. Kate Foreman's Opinions* (Attachments: # 1 Exhibit 19, # 2 Exhibit 20, # 3 Exhibit 21, # 4 Exhibit 22, # 5 Exhibit 23)(Kaplan, Robert) (Entered: 03/17/2023) |
| 03/17/2023 | 6352 | SEALED DOCUMENT by Plaintiff Direct-Action Plaintiffs *Certain Track 1 Direct Action Plaintiffs' Reply in Support of Motion To Exclude Portions of the Testimony of Drs. Levinsohn and Johnson* (Kaplan, Robert) (Entered: 03/17/2023) |
| 03/17/2023 | 6353 | REDACTED Certain Affiliated Foods Track 1 Direct Action Plaintiffs' Reply in Support of Motion To Exclude Portions of Dr. Foreman's Opinions by Direct-Action Plaintiffs (Kaplan, Robert) (Entered: 03/17/2023) |
| 03/17/2023 | 6354 | REDACTED Certain Track 1 Direct Action Plaintiffs' Reply in Support of Motion To Exclude Portions of the Testimony of Drs. Levinsohn and Johnson by Direct-Action Plaintiffs (Kaplan, Robert) (Entered: 03/17/2023) |
| 03/17/2023 | 6355 | SEALED RESPONSE *to Plaintiffs' Statement of Additional Facts Regarding Harrison's Motion for Summary Judgment* (Attachments: # 1 Exhibit 40-46) (Gorham, Patricia) (Entered: 03/17/2023) |
| 03/17/2023 | 6356 | SEALED REPLY by House of Raeford Farms, Inc. to sealed response,,, 6236 (Wrobel, Gregory) (Entered: 03/17/2023) |
| 03/17/2023 | 6357 | SEALED REPLY by House of Raeford Farms, Inc. to SEALED MOTION by Defendant House of Raeford Farms, Inc. *Motion for Summary Judgment on Claims of Track 1 Plaintiffs* 5935 (Wrobel, Gregory) (Entered: 03/17/2023) |
| 03/17/2023 | 6358 | SEALED REPLY by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a |

| | | Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production <u>5892</u> *in Support of Defendants' Motion to Exclude Direct Action Purchaser Plaintiffs' Expert Dr. Colin A. Carter* (Laytin, Daniel) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | <u>6359</u> | SEALED REPLY by Harrison Poultry, Inc. to SEALED MOTION by Defendant Harrison Poultry, Inc. <u>5866</u> *Motion for Summary Judgment* (Gorham, Patricia) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6360</u> | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, <u>5929</u> *In Support of Defendants' Motion ot Exclude the Testimony of Dr. Michael Williams* (Murray, Lynn) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6361</u> | SEALED REPLY by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. to SEALED MOTION by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. <u>5880</u> (Passarelli, John) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6362</u> | SEALED RESPONSE by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. to sealed response,,, <u>6242</u> (Attachments: # <u>1</u> Declaration Passarelli, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3)(Passarelli, John) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6363</u> | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Wayne Farms LLC's Reply Memorandum Of Law In Further Support Of Its Motion For Summary Judgment Dismissing The Claims Of The Track One Plaintiffs* (Ondeck, Christopher) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6364</u> | SEALED RESPONSE *Track One Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment on Three Affirmative Defenses [ECF 5869]* (Germaine, David) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6365</u> | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Declaration of Aaron Leach* (Attachments: # <u>1</u> Exhibit 1)(Ondeck, Christopher) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6366</u> | SEALED RESPONSE *Track One Plaintiffs' Response to Defendants' Statement of Additional Undisputed Material Facts in Opposition to Track One Plaintiffs' Motion for Partial Summary Judgment on Three Affirmative Defenses [ECF 6272-10]* (Germaine, David) (Entered: 03/17/2023) |

| 03/17/2023 | 6367 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Foster Poultry Farms, Claxton Poultry Farms, Inc., Wayne Farms, LLC, Case Foods, Inc., Harrison Poultry, Inc., Perdue Farms, Inc., O.K. Industries, Inc., Sanderson Farms, Inc. (Processing Division), Sanderson Farm Foods, LLC (f/k/a 5901 *In Support of Motion for Partial Summary Judgment as to Overarching Conspiracy* (Murray, Lynn) (Entered: 03/17/2023) |
| 03/17/2023 | 6368 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Reply Declaration of Scott A. Eggers* (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12)(Eggers, Scott) (Entered: 03/17/2023) |
| 03/17/2023 | 6369 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Wayne Farms LLC's Response to Track One Plaintiffs' Statement of Additional Facts* (Ondeck, Christopher) (Entered: 03/17/2023) |
| 03/17/2023 | 6370 | SEALED REPLY by Foster Farms, LLC, Foster Poultry Farms to MOTION by Defendants Foster Poultry Farms, Foster Farms, LLC for summary judgment *Dismissing Track 1 Plaintiffs' Claims* 5872 (Zarlenga, Carmine) (Entered: 03/17/2023) |
| 03/17/2023 | 6371 | SEALED RESPONSE *to Plaintiffs' Statement of Additional Facts Regarding Foster Farms' Motion for Summary Judgment* (Zarlenga, Carmine) (Entered: 03/17/2023) |
| 03/17/2023 | 6372 | DECLARATION of Katherine M. Bleicher regarding reply 6370 (Attachments: # 1 Exhibit 209, # 2 Exhibit 210, # 3 Exhibit 211, # 4 Exhibit 212)(Bleicher, Katherine) (Entered: 03/17/2023) |
| 03/17/2023 | 6373 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms *(Sealed Exhibit 208 in Support of Foster Farms' Reply in Support of Its Motion for Summary Judgment on All Track 1 Plaintiffs' Claims)* (Bleicher, Katherine) (Entered: 03/17/2023) |
| 03/17/2023 | 6374 | REPLY by Defendant Wayne Farms, LLC to motion for summary judgment, 5846 - *Reply Memorandum of Law In Further Support of Certain Defendants' Joint Motion For Summary Judgment Dismissing Track 1 Plaintiffs' State Law Claims* (Attachments: # 1 Appendix 1, # 2 Appendix 2)(Ondeck, Christopher) (Entered: 03/17/2023) |
| 03/17/2023 | 6375 | SEALED REPLY by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson |

| | | Farm, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms Proc <u>5878</u> *Georgia Dock Defendants' Reply in Support of their Motion for Summary Judgment* (Laytin, Daniel) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | <u>6376</u> | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Reply Memorandum of Law In Further Support of Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Ondeck, Christopher) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6377</u> | SEALED REPLY by Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production <u>5896</u> *in Support of Defendants' Motion to Exclude Certain Direct Action Plaintiffs' Expert Dr. Alan S. Frankel* (Attachments: # <u>1</u> Exhibit A, White Deposition Transcript, # <u>2</u> Exhibit B, Carter Merits Report)(Laytin, Daniel) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6378</u> | SEALED RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed document,, <u>6252</u> *Georgia Dock Defendants' Response to Track One Plaintiffs' Additional Statement of Material Facts in Support of their Opposition to Certain Defendants Motion for Summary Judgment* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit 165, # <u>3</u> Exhibit 166, # <u>4</u> Exhibit 167, # <u>5</u> Exhibit 168, # <u>6</u> Exhibit 169, # <u>7</u> Exhibit 170, # <u>8</u> Exhibit 171, # <u>9</u> Exhibit 172, # <u>10</u> Exhibit 173, # <u>11</u> Exhibit 174, # <u>12</u> Exhibit 175, # <u>13</u> Exhibit 176, # <u>14</u> Exhibit 177, # <u>15</u> Exhibit 178, # <u>16</u> Exhibit 179, # <u>17</u> Exhibit 180, # <u>18</u> Exhibit 181, # <u>19</u> Exhibit 182, # <u>20</u> Exhibit 183, # <u>21</u> Exhibit 184, # <u>22</u> Exhibit 185, # <u>23</u> Exhibit 186, # <u>24</u> Exhibit 187, # <u>25</u> Exhibit 188, # <u>26</u> Exhibit 189, # <u>27</u> Exhibit 190, # <u>28</u> Exhibit 191, # <u>29</u> Exhibit 192, # <u>30</u> Errata 193, # <u>31</u> Exhibit 194, # <u>32</u> Exhibit 195, # <u>33</u> Exhibit 196, # <u>34</u> Exhibit 197, # <u>35</u> Exhibit 198) (Laytin, Daniel) (Entered: 03/17/2023) |
| 03/17/2023 | <u>6379</u> | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson |

| | | |
|---|---|---|
| | | Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Fa 5891 *(REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE CERTAIN DIRECT ACTION PLAINTIFFS' EXPERT JAMES T. MCCLAVE)* (Flath, Lara) (Entered: 03/17/2023) |
| 03/17/2023 | 6380 | SEALED REPLY by Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Del 5930 *(Certain Defendants' Reply in Support of Their Motion to Exclude the Testimony of Dr. Luis Cabral)* (Zarlenga, Carmine) (Entered: 03/17/2023) |
| 03/17/2023 | 6381 | SEALED REPLY by Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. to MOTION by Plaintiff Track 1 Direct Action Plaintiffs to strike *Track 1 Direct Action Plaintiffs' Motion To Exclude Portions of Certain Defendants' Economists' Opinions* 5914 / *Certain Track 1 Direct Action Plaintiffs' Reply in Support of Motion to Exclude Portions of the Testimony of Dr. Rucker* (Iovieno, Philip) (Entered: 03/17/2023) |
| 03/17/2023 | 6382 | SEALED REPLY by Peco Foods, Inc. to SEALED MOTION by Defendant Peco Foods, Inc. *for Summary Judgment* 5912 *(REPLY MEMORANDUM OF LAW IN SUPPORT OF PECO FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT)* (Fitzgerald, Patrick) (Entered: 03/17/2023) |
| 03/17/2023 | 6383 | SEALED REPLY by George's Farms, Inc., George's Inc. to sealed response 6300, MOTION by Defendants George's Inc., George's Farms, Inc. for summary judgment *on remaining Track 1 claims* 5916 (Greene, William) (Entered: 03/17/2023) |
| 03/17/2023 | 6384 | SEALED REPLY by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed response,,, 6270 *Sanderson Farms' Reply in Support of Its Motion for Summary Judgment* (Attachments: # 1 Appendix A)(Laytin, Daniel) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/17/2023 | 6385 | SEALED REPLY by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC to sealed response,, 6282 *and to 5936 Keystone Motion for Summary Judgment on All Remaining Track 1 Direct Action Plaintiffs' Claims Against Keystone* (Attachments: # 1 56.1(c)(2) Response to Certain DAPs' 56.1(b)(3) Statement of Add'l Material Facts, # 2 Declaration of Kail J. Jethmalani, # 3 Exhibit 45, # 4 Exhibit 46, # 5 Exhibit 47, # 6 Exhibit 48, # 7 Exhibit 49, # 8 Exhibit 50, # 9 Exhibit 51, # 10 Exhibit 52, # 11 Exhibit 53, # 12 Exhibit 54, # 13 Exhibit 55, # 14 Exhibit 56)(Adcox, Rachel) (Entered: 03/17/2023) |
| 03/17/2023 | 6386 | SEALED REPLY by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC to SEALED MOTION by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *The Mar-Jac Defendants' Motion for Summary Judgment* 5871 (Attachments: # 1 Response to Plaintiffs' Additional Statement of Material Facts, # 2 Declaration of Stephen A. Youngblood, Esq. and Exhibit Index, # 3 Reply Exhibits A-L)(Konieczny, Edward) (Entered: 03/17/2023) |
| 03/17/2023 | 6387 | SEALED RESPONSE by George's Farms, Inc., George's Inc. to Rule 56 statement,, 6285 *of Winn-Dixie and Bi-Lo DAPs* (Greene, William) (Entered: 03/17/2023) |
| 03/17/2023 | 6388 | SEALED RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed response,,, 6270 *Sanderson Farm's Response to Plaintiffs' Statement of Additional Material Facts Regarding Sanderson's Motion for Summary Judgment* (Attachments: # 1 Exhibit Jenna Stupar Declaration, # 2 Exhibit 102, # 3 Exhibit 103, # 4 Exhibit 104, # 5 Exhibit 105, # 6 Exhibit 106, # 7 Exhibit 107, # 8 Exhibit 108, # 9 Exhibit 109, # 10 Exhibit 110)(Laytin, Daniel) (Entered: 03/17/2023) |
| 03/17/2023 | 6389 | SEALED DOCUMENT by Defendants George's Farms, Inc., George's Inc. *Declaration of J. Nicci Warr in Support of George's Responses to Plaintiffs' Additional Statements of Fact* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Greene, William) (Entered: 03/17/2023) |
| 03/17/2023 | 6390 | SEALED RESPONSE by Peco Foods, Inc. to sealed response, 6274 *(PECO FOODS, INC.'S RESPONSE TO CERTAIN TRACK 1 PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING PECO FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT)* (Attachments: # 1 Declaration of Lara A. Flath, # 2 Exhibit A, # 3 Exhibit B)(Fitzgerald, Patrick) (Entered: 03/17/2023) |
| 03/17/2023 | 6391 | SEALED REPLY by Agri Stats, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC |

| | | (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mou 5897 *REPLY IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT OPINIONS OF DR. DAVID SUNDING* (Attachments: # 1 Declaration Andrew Hernacki, # 2 Exhibit 13, # 3 Exhibit 14)(Baldridge, James) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | 6392 | REQUEST FOR ORAL ARGUMENT by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *DEFENDANTS' REQUEST FOR ORAL ARGUMENT* (Baldridge, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6393 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Reply Brief in Support of Motion for Partial Summary Judgment to Exclude Plaintiffs' Claims Regarding Antibiotic Free Chicken Sales* (Attachments: # 1 Exhibit 1 (Paschall Declaration), # 2 Response to Plaintiffs' Additional Statement of Facts) (Grantham, Thomas) (Entered: 03/17/2023) |
| 03/17/2023 | 6394 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Reply In Support of Mountaire's Motion for Summary Judgment* (Attachments: # 1 Response to Track 1 Plaintiffs' Additional Material Facts, # 2 Declaration, # 3 Figures A-B, # 4 Exhibits 66-72)(Heftman, Lawrence) (Entered: 03/17/2023) |
| 03/17/2023 | 6395 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, |

| | | |
|---|---|---|
| | | Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, L 5910 *REPLY - ISO Defs' Motion to Exclude Expert Opinions of Dr. Russell LAMB* (Adcox, Rachel) (Entered: 03/17/2023) |
| 03/17/2023 | 6396 | SEALED REPLY by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. to SEALED MOTION by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *for Summary Judgment* 5915 (Herbison, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6397 | SEALED REPLY by Agri Stats, Inc. to sealed response,,, 6237 *by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant Agri Stats, Inc. for Summary Judgment* 5899 (Attachments: # 1 Responses to Plaintiffs' Rule 56.1 Statement, # 2 Declaration of Justin Bernick, # 3 Exhibit 28, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 31, # 7 Certificate of Service)(Bernick, Justin) (Entered: 03/17/2023) |
| 03/17/2023 | 6398 | SEALED REPLY by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to sealed response,,,, 6251 *and to* 5991 *Tyson Motion for Summary Judgment on All Remaining Track 1 Direct Action Plaintiffs' Claims Against Tyson* (Attachments: # 1 56.1(c)(2) Response to Certain DAPs' 56.1(b)(3) Statement of Add'l Material Facts, # 2 Declaration Declaration of Kail J. Jethmalani, # 3 Exhibit 91, # 4 Exhibit 92, # 5 Exhibit 93, # 6 Exhibit 94, # 7 Exhibit 95, # 8 Exhibit 96, # 9 Exhibit 97, # 10 Exhibit 98, # 11 Exhibit 99, # 12 Exhibit 100, # 13 Exhibit 101, # 14 Exhibit 102, # 15 Exhibit 103, # 16 Exhibit 104, # 17 Exhibit 105, # 18 Exhibit 106, # 19 Exhibit 107, # 20 Exhibit 108, # 21 Exhibit 109, # 22 Exhibit 110)(Adcox, Rachel) (Entered: 03/17/2023) |
| 03/17/2023 | 6399 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Reply Memorandum in Support of Rule 56 Motion for Summary Judgment* (Feeney, Daniel) (Entered: 03/17/2023) |
| 03/17/2023 | 6400 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Response to Plaintiffs' Statement of Additional Facts Regarding Case Farms' Rule 56 Motion for Summary Judgment* (Attachments: # 1 Exhibit 106, # 2 Exhibit 107, # 3 Exhibit 108, # 4 Exhibit 109)(Feeney, Daniel) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/17/2023 | 6401 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Exhibits 111-141 to Tyson Defendants' Reply in Support of their Motion for Summary Judgment on All Remaining T1 DAPs' Claims Against Tyson* (Attachments: # 1 Exhibit 112, # 2 Exhibit 113, # 3 Exhibit 114, # 4 Exhibit 115, # 5 Exhibit 116, # 6 Exhibit 117, # 7 Exhibit 118, # 8 Exhibit 119, # 9 Exhibit 120, # 10 Exhibit 121, # 11 Exhibit 122, # 12 Exhibit 123, # 13 Exhibit 124, # 14 Exhibit 125, # 15 Exhibit 126, # 16 Exhibit 127, # 17 Exhibit 128, # 18 Exhibit 129, # 19 Exhibit 130, # 20 Exhibit 131, # 21 Exhibit 132, # 22 Exhibit 133, # 23 Exhibit 134, # 24 Exhibit 135, # 25 Exhibit 136, # 26 Exhibit 137, # 27 Exhibit 138, # 28 Exhibit 139, # 29 Exhibit 140, # 30 Exhibit 141)(Adcox, Rachel) (Entered: 03/17/2023) |
| 03/17/2023 | 6402 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *in Response to Plaintiffs' Statement of Additional Facts Regarding Claxton's Motion for Summary Judgement* (Attachments: # 1 Index of Exhibits, # 2 Exhibit Claxton Appendix Exhibit 55, # 3 Exhibit Claxton Appendix Exhibit 56, # 4 Exhibit Claxton Appendix Exhibit 57, # 5 Exhibit Claxton Appendix Exhibit 58, # 6 Exhibit Claxton Appendix Exhibit 59)(Herbison, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6403 | REPLY by Pilgrim's Pride Corporation to MOTION by Defendants Pilgrim's Pride Corporation, Pilgrim's Pride Corporation for summary judgment 5893 , sealed response 6279 *(REDACTED)* (Bonanno, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 6404 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Reply Brief in Support of Motion for Summary Judgment* (Bonanno, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 6405 | RESPONSE by Defendant Pilgrim's Pride Corporation to sealed response 6281 *Plaintiff AWG's Additional Statement of Material Facts (REDACTED)* (Attachments: # 1 Index of Exhibits, # 2 Exhibit 105, # 3 Exhibit 106, # 4 Exhibit 107, # 5 Exhibit 108, # 6 Exhibit 109, # 7 Exhibit 110, # 8 Exhibit 111-117) (Bonanno, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 6406 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *in Response to Plaintiff AWG's Additional Statement of Material Facts* (Attachments: # 1 Exhibit 105, # 2 Exhibit 111, # 3 Exhibit 112, # 4 Exhibit 113, # 5 Exhibit 114, # 6 Exhibit 115, # 7 Exhibit 116, # 8 Exhibit 117)(Bonanno, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 6407 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Mar-Jac AL/MS, Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson |

Foods, Inc., Tyson Poultry, Inc., Wayne Farms LLC to MOTION by Defendants Agri Stats, Inc., Case Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Har 5885 *[REPLY IN SUPPORT OF MOVING DEFENDANTS' MOTION TO EXCLUDE CERTAIN DIRECT ACTION PLAINTIFFS' EXPERT TRACY COENEN]* (Johnston-Ahlen, Julie) (Entered: 03/17/2023)

| | | |
|---|---|---|
| 03/17/2023 | 6408 | SEALED REPLY by Perdue Farms, Inc., Perdue Foods LLC to MOTION by Defendants Perdue Farms, Inc., Perdue Foods LLC to seal document *PERDUE'S MOTION FOR SUMMARY JUDGMENT* 5987 *PERDUE'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT* (Baldridge, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6409 | SEALED REPLY by Perdue Farms, Inc., Perdue Foods LLC to sealed response,,,, 6234 *PERDUE'S RESPONSE TO PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING PERDUE'S MOTION FOR SUMMARY JUDGMENT* (Baldridge, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6410 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *DECLARATION OF JAMES DOUGLAS BALDRIDGE IN FURTHER SUPPORT OF PERDUE'S MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Exhibit 61, # 2 Exhibit 62, # 3 Exhibit 63, # 4 Exhibit 64, # 5 Exhibit 65, # 6 Exhibit 66)(Baldridge, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6411 | SEALED REPLY by Simmons Foods, Inc., Simmons Prepared Foods, Inc. to MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. for summary judgment 5890 (Murray, Lynn) (Entered: 03/17/2023) |
| 03/17/2023 | 6412 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Declaration of Lynn H. Murray In Support Of Motion For Summary Judgment and Statement of Undisputed Facts* (Attachments: # 1 Exhibit 43, # 2 Exhibit 44, # 3 Exhibit 45, # 4 Exhibit 46)(Murray, Lynn) (Entered: 03/17/2023) |
| 03/17/2023 | 6413 | SEALED RESPONSE by Simmons Foods, Inc., Simmons Prepared Foods, Inc. to memorandum in opposition to motion,,, 6233 *Response to Track One Plaintiffs' Statement of Additional Facts Regarding Simmons' Motion for Summary Judgment* (Murray, Lynn) (Entered: 03/17/2023) |
| 03/17/2023 | 6414 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, LLC, Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms |

| | | Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., H [5996](#) *DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY* (Baldridge, James) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | 6415 | SEALED RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to sealed response,,,, 6226 *DEFENDANTS' RESPONSES TO PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON AGREEMENT TO RESTRICT SUPPLY* (Baldridge, James) (Entered: 03/17/2023) |
| 03/17/2023 | 6416 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *DECLARATION OF DANIELLE R. FOLEY IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT CONCERNING ALLEGED AGREEMENT TO RESTRICT BROILER SUPPLY* (Attachments: # 1 Exhibit 78, # 2 Exhibit 79, # 3 Exhibit 80, # 4 Exhibit 81, # 5 Exhibit 82, # 6 Exhibit 83, # 7 Exhibit 84, # 8 Exhibit 85, # 9 Exhibit 86, # 10 Exhibit 87, # 11 Exhibit 88, # 12 Exhibit 89, # 13 Exhibit 90, # 14 Exhibit 91, # 15 Exhibit 92, # 16 Exhibit 93, # 17 Exhibit 94, # 18 Exhibit 95, # 19 Exhibit 96, # 20 Exhibit 97A, # 21 Exhibit 97B, # 22 Exhibit |

| | | 97C, Document 91D, # 24 Exhibit 97E (Baldridge, Tanes) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | 6417 | SEALED REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, Inc., Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., 5966 , MOTION by Defendants Foster Poultry Farms, Wayne Farms, LLC, Case Foods, Inc., Harrison Poultry, Inc., Perdue Farms, Inc., O.K. Industries, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Simmons Foods, Inc., Sanderson F 5947 *(Certain Defendants' Reply in Support of Their Motion For Summary Judgment on Statute of Limitations Grounds)* (Zarlenga, Carmine) (Entered: 03/17/2023) |
| 03/17/2023 | 6418 | MOTION by Defendant Pilgrim's Pride Corporation for joinder *in Defendants' Replies in Support of Their Joint Motions for Summary Judgment* (Bonanno, Michael) (Entered: 03/17/2023) |
| 03/17/2023 | 6419 | SEALED RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, Inc., Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to sealed response,,,, 6232 *(Certain Defendants' Response to Direct Purchaser Plaintiffs' and Direct-Action Plaintiffs' Statement of Additional Fact in Opposition to Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitations)* (Zarlenga, Carmine) (Entered: 03/17/2023) |
| 03/17/2023 | 6420 | MOTION by Defendant Fieldale Farms Corporation for joinder *to Defendants' Joint Replies in Support of Motions for Summary Judgment* (Grantham, Thomas) |

| 03/17/2023 | 6421 | MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for joinder *in Motions* 6414 , 6367 , 6417 , 6374 (Adcox, Rachel) (Entered: 03/17/2023) |
|---|---|---|
| 03/17/2023 | 6422 | SEALED REPLY by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC to reply,, 6385 *AMENDED SEALED REPLY by Defendants Keystone - Amending* 6385 (Adcox, Rachel) (Entered: 03/17/2023) |
| 03/17/2023 | 6423 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *(Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitations)* (Attachments: # 1 Exhibit 1 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 2 Exhibit 2 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 3 Exhibit 3 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 4 Exhibit 4 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 5 Exhibit 5 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 6 Exhibit 6 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 7 Exhibit 7 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 8 Exhibit 8 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 9 |

Exhibit 9 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 10 Exhibit 10 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 11 Exhibit 11 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 12 Exhibit 12 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 13 Exhibit 13 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 14 Exhibit 14 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 15 Exhibit 15 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 16 Exhibit 16 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 17 Exhibit 17 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation, # 18 Exhibit 18 - to Declaration of Katherine M. Bleicher in Support of Certain Defendants' Reply in Support of Certain Defendants' Motion for Summary Judgment Concerning the Applicable Statutes of Limitation)(Zarlenga, Carmine) (Entered: 03/17/2023)

| 03/17/2023 | 6424 | SEALED REPLY by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to MOTION for summary judgment by Defendants Koch Meats Co., Inc., Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC for summary judgment 6006 *THE KOCH DEFENDANTS' SEPARATE REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 03/17/2023) |
| --- | --- | --- |
| 03/17/2023 | 6425 | SEALED RESPONSE by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to sealed response,,, 6241 *THE KOCH DEFENDANTS' RESPONSES TO PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING KOCH'S MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 03/17/2023) |
| 03/17/2023 | 6426 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *DECLARATION OF MARIE V. LIM IN SUPPORT OF THE KOCH DEFENDANTS' SEPARATE REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Exhibit 52, # 2 Exhibit 53, # 3 Exhibit 54, # 4 Exhibit 55, # 5 Exhibit 56, # 6 Exhibit 57, # 7 Exhibit 58, # 8 Exhibit 59, # 9 Exhibit 60, # 10 Exhibit 61, # 11 Exhibit 62, # 12 Exhibit 63, # 13 Exhibit 64, # 14 Exhibit 65, # 15 Exhibit 66)(Novack, Stephen) (Entered: 03/17/2023) |
| 03/20/2023 | 6427 | MINUTE entry before the Honorable Thomas M. Durkin: Defendant Pilgrim's Pride Corporation's motion for joinder in Defendants' replies in support of their joint motions for summary judgment 6418 is granted. Fieldale Famrs |

| | | |
|---|---|---|
| | | Corporation's joinder to Defendants' replies in support of joint motions for summary judgment 6420 is granted. Tyson's and Keystone's joinder to Defendants' replies in support of the joint motions for summary judgment 6421 is granted. Mailed notice. (ecw, ) (Entered: 03/20/2023) |
| 03/20/2023 | 6428 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants have requested oral argument on their motions for summary judgment and related Daubert motions 6392 . While the Court generally grants such requests, in this case the Court cannot conceive how oral argument won't be unduly long or unhelpfully short. Because of the Court's trial schedule, the Court can devote no more than three days to such a proceeding, and two would be preferable. It also may not be possible to schedule the days consecutively. If Defendants, in consultation with Plaintiffs, believe that a helpful oral argument can be presented in 2-3 days, they should prepare and file a joint proposed structure of the argument for the Court to consider. Defendants should inform the Courtroom Deputy by email as to whether they plan to prepare such a proposal and if so when it will be filed. Mailed notice. (ecw, ) (Entered: 03/20/2023) |
| 03/20/2023 | 6429 | TRANSCRIPT OF PROCEEDINGS held on March 8, 2023 before the Honorable Jeffrey T. Gilbert. Order Number: 45394. Court Reporter Contact Information: Nancy_Bistany@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 4/10/2023. Redacted Transcript Deadline set for 4/20/2023. Release of Transcript Restriction set for 6/19/2023. (Bistany, Nancy) (Entered: 03/20/2023) |
| 03/21/2023 | 6430 | MOTION by Attorney Kevin C. Brantley to withdraw as attorney for Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC, Perkins LLC. No party information provided (Reichline, Cindy) (Entered: 03/21/2023) |
| 03/22/2023 | 6431 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6430 is granted. Attorney Kevin Christopher Brantley terminated. Mailed notice. (ecw, ) (Entered: 03/22/2023) |
| 03/22/2023 | 6432 | MOTION by Attorney Jared Kosoglad to withdraw as attorney for Amory Investments LLC. No party information provided (Kosoglad, Jared) (Entered: 03/22/2023) |
| 03/22/2023 | 6433 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6432 is granted. Attorney Jared Samuel Kosoglad terminated. Mailed notice. (ecw, ) (Entered: 03/22/2023) |
| 03/23/2023 | 6434 | ATTORNEY Appearance for Plaintiff Supply Management Services, Inc. by Jay Brian Shapiro (Shapiro, Jay) (Entered: 03/23/2023) |
| 03/23/2023 | 6435 | ATTORNEY Appearance for Plaintiff Supply Management Services, Inc. by Samuel Olds Patmore (Patmore, Samuel) (Entered: 03/23/2023) |

| | | |
|---|---|---|
| 03/23/2023 | 6436 | ATTORNEY Appearance for Plaintiff Supply Management Services, Inc. by Abigail Grieco Corbett (Corbett, Abigail) (Entered: 03/23/2023) |
| 03/23/2023 | 6437 | ATTORNEY Appearance for Plaintiff Supply Management Services, Inc. by Carlos Juan Canino (Canino, Carlos) (Entered: 03/23/2023) |
| 03/23/2023 | 6438 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *SEALED AMENDED EXHIBIT 93 TO ECF 6416* (Baldridge, James) (Entered: 03/23/2023) |
| 03/23/2023 | 6439 | SUPPLEMENT to sealed document 6340 , motion to stay 6339 (Kosoglad, Jared) (Entered: 03/23/2023) |
| 03/23/2023 | 6440 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20472861. (Meister, Melissa) (Entered: 03/23/2023) |
| 03/24/2023 | 6441 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 6440 is granted. Attorney Melissa A. Meister for Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC and Perkins LLC added. Mailed notice. (ecw, ) (Entered: 03/24/2023) |
| 03/24/2023 | 6442 | REPLY by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to memorandum in support of motion,, 6028 *Reply in Support of Defendants' Motion to Exclude Direct Purchaser Plaintiffs' Expert Dr. Colin A. Carter* (Laytin, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6443 | REPLY by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to memorandum in support of motion,,, 6029 *Reply in Support of Defendants' Motion to Exclude Certain Direct Action Plaintiffs' Expert Dr. Alan S. Frankel* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit (Corrected) 3, # 4 Errata (Corrected) 4)(Laytin, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6444 | REPLY by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to memorandum in support of motion,,, 6048 *Georgia Dock* |

| | | *Defendants' Reply in Support of their Motion for Summary Judgment* (Laytin, Daniel) (Entered: 03/24/2023) |
|---|---|---|
| 03/24/2023 | 6445 | RESPONSE by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed document,, 6252 *Georgia Dock Defendants' Response to Track One Plaintiffs' Additional Statement of Material Facts in Support of their Opposition to Certain Defendants' Motion for Summary Judgment* (Attachments: # 1 Exhibit A, # 2 Exhibit 165, # 3 Exhibit 166, # 4 Exhibit 167, # 5 Exhibit 168, # 6 Exhibit 169, # 7 Exhibit 179, # 8 Exhibit 171, # 9 Exhibit 172, # 10 Exhibit 173, # 11 Exhibit 174, # 12 Exhibit 175, # 13 Exhibit 176, # 14 Exhibit 177, # 15 Exhibit 178, # 16 Exhibit 179, # 17 Exhibit 180, # 18 Exhibit 181, # 19 Exhibit 182, # 20 Exhibit 183, # 21 Exhibit 184, # 22 Exhibit 185, # 23 Exhibit 186, # 24 Exhibit 187, # 25 Exhibit 188, # 26 Exhibit 189, # 27 Exhibit 190, # 28 Exhibit 191, # 29 Exhibit 192, # 30 Exhibit 193, # 31 Exhibit 194, # 32 Exhibit 195, # 33 Exhibit 196, # 34 Exhibit 197, # 35 Exhibit 198, # 36 Exhibit (Corrected) 9)(Laytin, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6446 | REPLY by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to memorandum in support of motion,, 6052 *Sanderson Farms' Reply in Support of Its Motion for Summary Judgment* (Attachments: # 1 Appendix A)(Laytin, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6447 | RESPONSE by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed response,,, 6270 *Sanderson Farms' Response to Plaintiffs' Statement of Additional Material Facts Regarding Sanderson's Motion for Summary Judgment* (Attachments: # 1 Exhibit A, # 2 Exhibit 102, # 3 Exhibit 103, # 4 Exhibit 104, # 5 Exhibit 105, # 6 Exhibit 106, # 7 Exhibit 107, # 8 Exhibit 108, # 9 Exhibit 109, # 10 Exhibit 110)(Laytin, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6448 | REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to SEALED MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, |

| | | |
|---|---|---|
| | | Inc., House of Raeford Farms, Inc. *(Public Redacted Version of Certain Defendants' Reply in Support of Their Motion for Summary Judgment on Statute of Limitations Grounds)* (Attachments: # [1](#) Declaration of Katherine M. Bleicher, # [2](#) Exhibit 1, # [3](#) Exhibit 2, # [4](#) Exhibit 3, # [5](#) Exhibit 4, # [6](#) Exhibit 5, # [7](#) Exhibit 6, # [8](#) Exhibit 7, # [9](#) Exhibit 8, # [10](#) Exhibit 9, # [11](#) Exhibit 10, # [12](#) Exhibit 11, # [13](#) Exhibit 12, # [14](#) Exhibit 13, # [15](#) Exhibit 14, # [16](#) Exhibit 15, # [17](#) Exhibit 16, # [18](#) Exhibit 17, # [19](#) Exhibit 18)(Zarlenga, Carmine) (Entered: 03/24/2023) |
| 03/24/2023 | 6449 | RESPONSE by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to sealed response,,,, [6232](#) *(Public Redacted Version of Certain Defendants' Response to Direct Purchaser Plaintiffs' and Direct-Action Plaintiffs' Statement of Additional Fact in Opposition to Defendants' Motion for Summary Judgment Concerning the Applicable Statute of Limitations)* (Zarlenga, Carmine) (Entered: 03/24/2023) |
| 03/24/2023 | 6450 | REPLY by Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Del [5930](#) *(Public Redacted Version of Certain Defendants' Reply in Support of Their Motion to Exclude the Testimony of Dr. Luis Cabral)* (Zarlenga, Carmine) (Entered: 03/24/2023) |
| 03/24/2023 | 6451 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. |

| | | Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to reply,,,,, 6367 *[PUBLIC-REDACTED VERSION]* (Murray, Lynn) (Entered: 03/24/2023) |
|---|---|---|
| 03/24/2023 | 6452 | REPLY by Foster Farms, LLC, Foster Poultry Farms to MOTION by Defendants Foster Poultry Farms, Foster Farms, LLC for summary judgment *Dismissing Track 1 Plaintiffs' Claims* 5872 *(Public Redacted Version)* (Zarlenga, Carmine) (Entered: 03/24/2023) |
| 03/24/2023 | 6453 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to reply,,,,, 6360 *[PUBLIC-REDACTED VERSION] of Certain Defendants' Motion to Exclude The Tesimony of Dr. Michael Williams* (Murray, Lynn) (Entered: 03/24/2023) |
| 03/24/2023 | 6454 | REPLY by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to MOTION by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, K 5856 *(Public Redacted Version of Certain Defendants' Reply Memorandum in Support of Their Motion to Exclude the Testimony of Dr. Russell Mangum)* (Zarlenga, Carmine) (Entered: 03/24/2023) |

| 03/24/2023 | 6455 | RESPONSE by Defendant Harrison Poultry, Inc. *to Plaintiffs' Statement of Additional Facts Regarding Harrison Poultry Inc.'s Motion for Summary Judgment* (Attachments: # 1 Exhibit 40-46 (Redacted))(Gorham, Patricia) (Entered: 03/24/2023) |
|---|---|---|
| 03/24/2023 | 6456 | REPLY by Defendant Harrison Poultry, Inc. to Sealed motion, 5866 *in Support of Motion for Summary Judgment (Public Redacted Version)* (Gorham, Patricia) (Entered: 03/24/2023) |
| 03/24/2023 | 6457 | REPLY by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. to Sealed motion 5880 *(Public Redacted Version)* (Passarelli, John) (Entered: 03/24/2023) |
| 03/24/2023 | 6458 | RESPONSE by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. to sealed response,,, 6242 *(Public Redacted Version)* (Attachments: # 1 Declaration John Passarelli)(Passarelli, John) (Entered: 03/24/2023) |
| 03/24/2023 | 6459 | REPLY by Defendant Wayne Farms, LLC to sealed document 6363 - *Redacted Version of Wayne Farms LLC's Reply Memorandum of Law In Further Support of Its Motion For Summary Judgment Dismissing The Claims of the Track One Plaintiffs* (Ondeck, Christopher) (Entered: 03/24/2023) |
| 03/24/2023 | 6460 | REPLY by Defendants Agri Stats, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to motion for miscellaneous relief,,,,, 6038 *Reply in Support of Defendants' Motion to Exclude Expert Opinions of Dr. David Sunding (Redacted)* (Attachments: # 1 Declaration Declaration of Andrew Hernacki, # 2 Exhibit Exhibit 13, # 3 Exhibit Exhibit 14) (Baldridge, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6461 | REPLY by Defendants Perdue Farms, Inc., Perdue Foods LLC to other 6078 *Perdue's Reply in Support of Motion for Summary Judgment (Redacted)* (Baldridge, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6462 | RESPONSE by Defendants Perdue Farms, Inc., Perdue Foods LLC to sealed response,,,, 6234 *Perdue's Response to Plaintiffs' Statement of Additional Facts Regarding Perdue's Motion for Summary Judgment (Redacted)* (Baldridge, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6463 | REPLY by Agri Stats, Inc. to sealed response,,, 6237 *by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant Agri Stats, Inc. for Summary Judgment 5899 (REDACTED)* (Attachments: # 1 Responses to Plaintiffs' Rule 56.1 Statement, # 2 Declaration Justin W. Bernick, # 3 Exhibit 28-31, # 4 Certificate of Service)(Bernick, Justin) (Entered: 03/24/2023) |

| 03/24/2023 | 6464 | DECLARATION of James Douglas Baldridge regarding other,,,,, 6081 *Declaration of James Douglas Baldridge in Further Support of Perdue's Motion for Summary Judgment (Redacted)* (Attachments: # 1 Exhibit Exhibit 61, # 2 Exhibit Exhibit 62, # 3 Exhibit Exhibit 63, # 4 Exhibit Exhibit 64, # 5 Exhibit Exhibit 65, # 6 Exhibit Exhibit 66)(Baldridge, James) (Entered: 03/24/2023) |
|---|---|---|
| 03/24/2023 | 6465 | Reply in Support of Its Motion for Summary Judgment (REDACTED) by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6466 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to motion for summary judgment,,,,, 6033 *Defendants' Reply in Support of Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply (Redacted)* (Baldridge, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6467 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to motion for miscellaneous relief,,,,, 5885 *[REDACTED PUBLIC VERSION] REPLY IN SUPPORT OF MOVING DEFENDANTS' MOTION TO EXCLUDE CERTAIN DIRECT ACTION PLAINTIFFS' EXPERT TRACY COENEN* (Johnston-Ahlen, Julie) (Entered: 03/24/2023) |
| 03/24/2023 | 6468 | RESPONSE by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, |

Foster Poultry Farms, George's Farms, Inc., George's, Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Foods, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC to sealed response,,,, 6226 *Defendants' Responses to Plaintiffs' Statement of Additional Facts Regarding Defendants' Joint Motion for Summary Judgment on Agreement to Restrict Supply (Redacted)* (Baldridge, James) (Entered: 03/24/2023)

| 03/24/2023 | 6469 | REPLY by Defendant House of Raeford Farms, Inc. *, In Support of Its Individual Motion for Summary Judgment on Claims of Track 1 Plaintiffs (Redacted)* (Wrobel, Gregory) (Entered: 03/24/2023) |
| 03/24/2023 | 6470 | REPLY by Fieldale Farms Corporation to MOTION by Defendants Fieldale Farms Corporation, Fieldale Farms Corporation for summary judgment 5848 *(Public Redacted Version)* (Attachments: # 1 Exhibit Reply to Plaintiffs' Statement of Additional Facts)(Grantham, Thomas) (Entered: 03/24/2023) |
| 03/24/2023 | 6471 | REPLY by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC to Sealed motion, 5871 *(Public Redacted Version)* (Attachments: # 1 Response to Plaintiffs' Additional Statement of Material Facts (Public Redacted Version), # 2 Declaration of Stephen A. Youngblood, Esq. and Exhibit Index, # 3 Reply Exhibits A-L (Public Redacted Version))(Konieczny, Edward) (Entered: 03/24/2023) |
| 03/24/2023 | 6472 | REPLY by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to motion for summary judgment 6006 *[REDACTED PUBLIC VERSION] THE KOCH DEFENDANTS' SEPARATE REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 03/24/2023) |
| 03/24/2023 | 6473 | Norman W. Fries, Inc. d/b/a Claxton Poultry Farms' Responses to Plaintiffs' Statement of Additional Facts Regarding Claxton's Motion for Summary Judgment (REDACTED) by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Claxton Appendix Exhibit 55, # 3 Exhibit Claxton Appendix Exhibit 56, # 4 Exhibit Claxton Appendix Exhibit 57, # 5 Exhibit Claxton Appendix Exhibit 58, # 6 Exhibit Claxton Appendix Exhibit 59)(Herbison, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6474 | RESPONSE by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to sealed response,,, 6241 *[REDACTED PUBLIC VERSION] THE KOCH DEFENDANTS' RESPONSES TO PLAINTIFFS' STATEMENT OF ADDITIONAL FACTS REGARDING* |

*KOCHS MOTION FOR SUMMARY JUDGMENT* (Novack, Stephen) (Entered: 03/24/2023)

| | | |
|---|---|---|
| 03/24/2023 | 6475 | DECLARATION of Danielle R. Foley regarding declaration,,,,,, 6037 *Declaration of Danielle R. Foley in Further Support of Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Broiler Supply (Redacted)* (Attachments: # 1 Exhibit Exhibit 78, # 2 Exhibit Exhibit 79, # 3 Exhibit Exhibit 80, # 4 Exhibit Exhibit 81, # 5 Exhibit Exhibit 82, # 6 Exhibit Exhibit 83, # 7 Exhibit Exhibit 84, # 8 Exhibit Exhibit 85, # 9 Exhibit Exhibit 86, # 10 Exhibit Exhibit 87, # 11 Exhibit Exhibit 88, # 12 Exhibit Exhibit 89, # 13 Exhibit Exhibit 90, # 14 Exhibit Exhibit 91, # 15 Exhibit Exhibit 92, # 16 Exhibit Exhibit 93, # 17 Exhibit Exhibit 94, # 18 Exhibit Exhibit 95, # 19 Exhibit Exhibit 96, # 20 Exhibit Exhibit 97A, # 21 Exhibit Exhibit 97B, # 22 Exhibit Exhibit 97C, # 23 Exhibit Exhibit 97D, # 24 Exhibit Exhibit 97E)(Baldridge, James) (Entered: 03/24/2023) |
| 03/24/2023 | 6476 | DECLARATION of Marie V. Lim regarding reply, 6472 , motion for summary judgment 6006 *[REDACTED PUBLIC VERSION] DECLARATION OF MARIE V. LIM IN SUPPORT OF THE KOCH DEFENDANTS' SEPARATE REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR INDIVIDUAL MOTION FOR SUMMARY JUDGMENT* (Attachments: # 1 Exhibit 52-66)(Novack, Stephen) (Entered: 03/24/2023) |
| 03/24/2023 | 6477 | NOTICE by Attorney Michael E. Jacobs of withdrawal of counsel for Plaintiffs in 1:16-cv-08637. No party information provided (Jacobs, Michael) (Docket Text modified by Clerk's Office). (Entered: 03/24/2023) |
| 03/24/2023 | 6478 | REPLY by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to sealed document, 6394 *Redacted Reply in Support of Mountaire's Motion for Summary Judgment* (Attachments: # 1 Redacted Response to Additional Material Facts, # 2 Redacted Declaration, # 3 Redacted Figures, # 4 Redacted Exhibits)(Heftman, Lawrence) (Entered: 03/24/2023) |
| 03/24/2023 | 6479 | REPLY by Defendant Peco Foods, Inc. *in Further Support of Peco Foods, Inc.'s Motion for Summary Judgment [Public Redacted Version]* (Attachments: # 1 Response to Certain Track 1 Plaintiffs' Statement of Additional Facts Regarding Peco Foods, Inc.'s Motion for Summary Judgment (Document submitted under Seal), # 2 Declaration of Lara A. Flath, # 3 Exhibit A (Document submitted under seal), # 4 Exhibit B (Document submitted under seal))(Fitzgerald, Patrick) (Entered: 03/24/2023) |
| 03/24/2023 | 6480 | REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms |

| | | |
|---|---|---|
| | | Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *in Support of Motion to Exclude Certain Direct Action Plaintiffs' Expert James T. McClave [Public Redacted Version]* (Flath, Lara) (Entered: 03/24/2023) |
| 03/24/2023 | 6481 | REPLY by George's Farms, Inc., George's Inc. to MOTION by Defendants George's Farms, Inc., George's Farms, Inc. for summary judgment *on remaining Track 1 claims* 5916 , sealed response 6278 , reply 6383 *Redacted Public Version* (Greene, William) (Entered: 03/24/2023) |
| 03/24/2023 | 6482 | REPLY by Defendant Wayne Farms, LLC to sealed document 6376 - *Redacted Version of Reply Memorandum of Law In Further Support of Defendants' Motion to Exclude Certain Opinions of Professor Einer R. Elhauge* (Ondeck, Christopher) (Entered: 03/24/2023) |
| 03/24/2023 | 6483 | RESPONSE by Defendants George's Farms, Inc., George's Inc. to Rule 56 statement,, 6285 , sealed response 6387 *of Additional Facts Redacted Public Version* (Greene, William) (Entered: 03/24/2023) |
| 03/24/2023 | 6484 | DECLARATION of J. Nicci Warr regarding sealed document, 6389 *Redacted Public Version* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Greene, William) (Entered: 03/24/2023) |
| 03/24/2023 | 6485 | REPLY by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to motion for summary judgment 5926 , sealed document 6399 *Reply Memorandum in Support of Rule 56 Motion for Summary Judgment (Redacted Public Version)* (Feeney, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6486 | RESPONSE by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. to sealed document, 6400 , motion for summary judgment 5926 *Response to Plaintiffs' Statement of Additional Facts Regarding Case Farms' Rule 56 Motion for Summary Judgment (Redacted Public Version)* (Attachments: # 1 Exhibit 106, # 2 Exhibit 107, # 3 Exhibit 108, # 4 Exhibit 109)(Feeney, Daniel) (Entered: 03/24/2023) |
| 03/24/2023 | 6487 | MOTION by Plaintiff Sysco Corporation to consolidate cases , MOTION by Plaintiff Sysco Corporation to reassign case (Kosoglad, Jared) (Entered: 03/24/2023) |
| 03/24/2023 | 6488 | REPLY by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. to reply 6411 *[PUBLIC-REDACTED VERSION] of Reply Memorandum in Support of Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.'s Motion For Summary Judgment* (Murray, Lynn) (Entered: 03/24/2023) |
| 03/24/2023 | 6489 | RESPONSE by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. to sealed response, 6413 *[PUBLIC-REDACTED VERSION] of Response to Track One Plaintiffs' Statement of Additional Facts Regarding Simmons' Motion for Summary Judgment* (Murray, Lynn) (Entered: 03/24/2023) |
| 03/24/2023 | 6490 | DECLARATION of Lynn H. Murray regarding sealed document, 6412 *[PUBLIC-REDACTED VERSION] to Declaration of Lynn H. Murray In Support Of Motion For Summary Judgment and Statement of Undisputed Facts* (Attachments: # 1 Exhibit 43-46)(Murray, Lynn) (Entered: 03/24/2023) |

| 03/24/2023 | 6491 | CERTIFICATE of Service by Jared Samuel Kosoglad on behalf of Sysco Corporation regarding MOTION by Plaintiff Sysco Corporation to consolidate cases MOTION by Plaintiff Sysco Corporation to reassign case 6487 (Kosoglad, Jared) (Entered: 03/24/2023) |
|---|---|---|
| 03/27/2023 | 6492 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6477 is granted. Attorney Michael E. Jacobs terminated. Mailed notice. (ecw, ) (Entered: 03/27/2023) |
| 03/27/2023 | 6493 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Lara A Flath *(Amended)* (Flath, Lara) (Entered: 03/27/2023) |
| 03/27/2023 | 6494 | ATTORNEY Appearance for Defendant Peco Foods, Inc. by Patrick Joseph Fitzgerald *(Amended)* (Fitzgerald, Patrick) (Entered: 03/27/2023) |
| 03/27/2023 | 6495 | MOTION by Attorney Patrick Fitzgerald to withdraw as attorney for Peco Foods, Inc.. No party information provided (Fitzgerald, Patrick) (Entered: 03/27/2023) |
| 03/27/2023 | 6496 | ATTORNEY Appearance for Movants Glaz LLC, Posen Investments LP, Kenosha Investments LP by Richard J. Prendergast (Prendergast, Richard) (Entered: 03/27/2023) |
| 03/27/2023 | 6497 | ATTORNEY Appearance for Movants Glaz LLC, Kenosha Investments LP, Posen Investments LP, Glaz LLC by Michael Thomas Layden (Layden, Michael) (Entered: 03/27/2023) |
| 03/27/2023 | 6498 | Notice of Case Filing by Glaz LLC, Kenosha Investments LP, Posen Investments LP (Prendergast, Richard) (Entered: 03/27/2023) |
| 03/28/2023 | 6499 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6495 is granted. Attorney Patrick Joseph Fitzgerald terminated. Mailed notice. (ecw, ) (Entered: 03/28/2023) |
| 03/28/2023 | 6500 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule as to Sysco Corporation's Motion for Reassignment and Consolidation 6487 : Glaz LLC, Posen Investments LP and Kenosha Investments LP's response is due by 4/3/2023; Sysco Corporation's reply is due by 4/7/2023. Mailed notice. (ecw, ) (Entered: 03/28/2023) |
| 03/29/2023 | 6501 | MINUTE entry before the Honorable Thomas M. Durkin: Respondents' "Notice of Case Filing" and its attached brief 6498 are stricken. That filing contains a motion to stay Respondents filed on docket 23-cv-1451 before Judge Pacold. By email to Judge Durkin's Deputy Clerk, Respondents communicated that the parties agreed to brief this motion before Judge Durkin in addition to and separately from Sysco's motion to consolidate. The parties' proposal would provide the Court with six briefs on the issue of whether Judge Durkin should preside over the parties' dispute. The Court rejects this proposal. Respondents may file a single brief in opposition to Sysco's motion to consolidate, which, as has already been ordered by the Court, is due 4/3/2023, with Sysco's reply brief due 4/7/2023. If Respondents believe that a stay of the motion to consolidate is appropriate, they can make that argument in their opposition. The Court will not consider six briefs on this issue when three will do. The Court will consider Sysco's brief 6487 , the Respondents' response due 4/3/2023, and Sysco's reply due 4/7/2023. The Court will not consider the brief attached to the "Notice of Case Filing" 6498 . Mailed notice. (ecw, ) (Entered: 03/29/2023) |
| 03/31/2023 | 6502 | NOTICE by Fred T Isquith of Change of Address (Isquith, Fred) (Entered: 03/31/2023) |

| 04/03/2023 | 6503 | Notice of Firm Name Change by Rabobank US Financial Corporation, Rabo Agrifinance LLC, UTRECHT-AMERICA HOLDINGS, INC, UTRECHT-AMERICA FINANCE CO. (Doyle, David) (Entered: 04/03/2023) |
|---|---|---|
| 04/03/2023 | 6504 | RESPONSE by Movant Glaz LLC to motion to consolidate cases, motion to reassign case 6487 (Attachments: # 1 Declaration)(Prendergast, Richard) (Entered: 04/03/2023) |
| 04/07/2023 | 6505 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to substitute attorney (Rosenthal, Marc) (Entered: 04/07/2023) |
| 04/07/2023 | 6506 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 6505 is granted. Attorneys Marc Eric Rosenthal, Christopher E. Ondeck, Stephen R. Chuk, Scott Arthur Eggers, and Kyle A. Casazza for Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) added. Attorneys Christa Cynthia Cottrell, Tabitha Joy De Paulo, Jessica Jean Giulitto, Kate Guilfoyle, Rachel B. Haig, Theresa N. Horan, Anne Julie Esther Hudson, Jennifer Mae Joslin, Molly Kelley, Daniel E. Laytin, Erin E. Murphy, Kathleen Murray, Martin L. Roth, Joseph Schroeder, Jenna M. Stupar, Amelia H. Bailey and Heather Ann Bartels terminated. Mailed notice. (ecw, ) (Entered: 04/07/2023) |
| 04/07/2023 | 6507 | REPLY by Sysco Corporation to MOTION by Plaintiff Sysco Corporation to consolidate cases MOTION by Plaintiff Sysco Corporation to reassign case 6487 , Response 6504 (Kosoglad, Jared) (Entered: 04/07/2023) |
| 04/13/2023 | 6508 | MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Reassign Track One Plaintiff AWG to Track Two* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bonanno, Michael) (Entered: 04/13/2023) |
| 04/13/2023 | 6509 | SEALED MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *to Reassign Track One Plaintiff AWG to Track Two* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bonanno, Michael) (Entered: 04/13/2023) |
| 04/13/2023 | 6510 | ORDER: For the reasons stated in the attached order, Sysco's motion for reassignment and consolidation 6487 is denied. Signed by the Honorable Thomas M. Durkin on 4/13/2023. Mailed notice. (ecw, ) (Entered: 04/13/2023) |
| 04/14/2023 | 6511 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule as to the Motion to Reassign Track One Plaintiff AWG to Track Two 6509 6508 : Plaintiff AWG is to file its opposition |

brief by 4/28/2023; the moving Defendants are to file their reply brief by 5/5/2023. Mailed notice. (ecw, ) (Entered: 04/14/2023)

| 04/14/2023 | 6512 | TRACK ONE PARTIES' JOINT SUBMISSION REGARDING SUMMARY JUDGMENT ORAL ARGUMENT by Perdue Farms, Inc., Perdue Foods LLC (Baldridge, James) (Entered: 04/14/2023) |
|---|---|---|
| 04/17/2023 | 6513 | MOTION by Attorney Peter M. Szeremeta to withdraw as attorney for Harrison Poultry, Inc.. No party information provided (Szeremeta, Peter) (Entered: 04/17/2023) |
| 04/17/2023 | 6514 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6513 is granted. Attorney Peter M. Szeremeta terminated. Mailed notice. (ecw, ) (Entered: 04/17/2023) |
| 04/18/2023 | 6515 | DECLARATION of Eric Schachter regarding order on motion for order, 6195 *(Declaration of Eric Schachter Regarding (A) Mailing of the Notice Packet; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion)* (Pearson, Michael) (Entered: 04/18/2023) |
| 04/19/2023 | 6516 | MINUTE entry before the Honorable Thomas M. Durkin: The Court approves the parties' suggested plan for day one of oral argument 6512 . The Court is available on the following days: May 1-5, May 26, and May 30. The parties should inform the Courtroom Deputy by 4/24/2023 as to which of those days they prefer. If the parties are not available on any of those days, then the Court will decide the summary judgment motions on the papers as is the Court's usual practice. The Court will decide whether a second day of argument is necessary after hearing the first day of argument, and if a second day of argument is scheduled, it will not be the same week as the first. Mailed notice. (ecw, ) (Entered: 04/19/2023) |
| 04/19/2023 | 6517 | MOTION by Attorney Peter J. Schwingler to withdraw as attorney for George's Farms, Inc., George's Inc.. No party information provided (Schwingler, Peter) (Entered: 04/19/2023) |
| 04/19/2023 | 6518 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6517 is granted. Attorney Peter Joseph Schwingler terminated. Mailed notice. (ecw, ) (Entered: 04/19/2023) |
| 04/19/2023 | 6519 | MOTION by Attorney John M. Tanski to withdraw as attorney for Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc.. No party information provided (Tanski, John) (Entered: 04/19/2023) |
| 04/20/2023 | 6520 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6519 is granted. Attorney John M. Tanski terminated. Mailed notice. (ecw, ) (Entered: 04/20/2023) |
| 04/20/2023 | 6521 | COPY of order dated 4/20/2023 from the 7th Circuit regarding notice of appeal, 5651 ; Appellate case no. : 22-1994. Upon consideration of the MOTION TO WITHDRAW ATTORNEY APPEARANCE, filed on April 19, 2023, by counsel for the appellees, IT IS ORDERED that the motion is GRANTED. Attorney John M. Tanski may withdraw from further representation of appellees Tyson Foods, Inc., Tyson Breeders, Inc., Tyson Chickens, Inc., and Tyson Poultry, Inc. Attorney Jordan Tank shall continue to serve as counsel of record for the Tyson appellees. (jk2, ) (Entered: 04/20/2023) |

| 04/20/2023 | 6522 | WITHDRAWING *Sarah Jane Van Culin* as counsel for Plaintiff Direct Purchaser Plaintiffs and substituting Richard Alexander Saveri as counsel of record (Saveri, Richard) (Entered: 04/20/2023) |
| 04/21/2023 | 6523 | MOTION by Plaintiff Giant Eagle, Inc. to withdraw *appearance of Erin Gibson Allen* (Attachments: # 1 Text of Proposed Order Proposed Order)(Hill, Brian) (Entered: 04/21/2023) |
| 04/21/2023 | 6524 | MINUTE entry before the Honorable Thomas M. Durkin: Motion by Plaintiff Giant Eagle, Inc. to withdraw appearance of Erin Gibson Allen 6523 is granted. Attorney Erin Gibson Allen terminated. Mailed notice. (ecw, ) (Entered: 04/21/2023) |
| 04/24/2023 | 6525 | MINUTE entry before the Honorable Thomas M. Durkin: Oral argument on the summary judgment motions described in the parties' suggested plan for day one of oral argument 6512 is set for 5/5/2023 at 9:00 a.m. in courtroom 1441, with a firm cut-off at 4:00 p.m. Mailed notice. (ecw, ) (Entered: 04/24/2023) |
| 04/25/2023 | 6526 | MINUTE entry before the Honorable Thomas M. Durkin: By 4:00 p.m. central time on 5/4/2023, the parties should email the Courtroom Deputy the names of the attorneys with speaking roles at the hearing scheduled for 5/5/2023, noting which party each attorney represents and the part of the hearing in which each attorney will participate. Mailed notice. (ecw, ) (Entered: 04/25/2023) |
| 04/26/2023 | 6527 | MINUTE entry before the Honorable Thomas M. Durkin: To join the hearing scheduled for 5/5/2023 by telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice (ecw, ) (Entered: 04/26/2023) |
| 04/27/2023 | 6528 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' joint request, the date for the parties to file their joint submission 6345 is extended to 5/8/23 at 2:00 p.m. As of now, the hearing set for 5/11/23 at 10:00 am will proceed by telephone rather than in person for the convenience of the parties and counsel who will be in Chicago for summary judgment oral arguments on 5/5/23. The call-in number is 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ber, ) (Entered: 04/27/2023) |
| 04/27/2023 | 6529 | MOTION by Plaintiff Sysco Corporation to substitute attorney (Porter, Julie) (Entered: 04/27/2023) |
| 04/27/2023 | 6530 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 6529 is granted. Attorneys Ryan P. Phair, Craig Y. Lee, Carter C. Simpson, Christopher C. Brewer, and Julie B. Porter for Sysco Corporation added. Attorneys Ronald C. Minkoff, Nicole I. Hyland, Amanda B. Barkin, Jared |

| | | S. Kosgjaal Scott B. Gant, and Colleen W. Harrison For Sysco Corporation terminated. Mailed notice. (ecw, ) (Entered: 04/27/2023) |
|---|---|---|
| 04/27/2023 | 6531 | MINUTE entry before the Honorable Jeffrey T. Gilbert: This is to advise the parties that Judge Gilbert has hired Vanessa Marti Heftman as a law clerk. Ms. Heftman's husband, Lawrence Heftman, represents Defendant Mountainaire in this litigation. From the moment Judge Gilbert began to consider hiring Ms. Heftman, she was screened from any exposure to or discussion of this litigation and that screen will continue while she is employed as one of Judge Gilbert's law clerks and this litigation remains pending. Ms. Heftman will do no work on this case nor will she be present for or privy to any discussion of this case between Judge Gilbert and his other staff members. Mailed notice (ber, ) Modified on 4/27/2023 (ber, ). (Entered: 04/27/2023) |
| 04/28/2023 | 6532 | MINUTE entry before the Honorable Thomas M. Durkin: The dial-in information for the hearing scheduled for 5/5/2023 has changed. To listen to the hearing remotely, dial 1-650-479-3207, Access Code 97835432. Mailed notice. (ecw, ) (Entered: 04/28/2023) |
| 04/28/2023 | 6533 | SEALED RESPONSE by Associated Wholesale Grocers, Inc., to SEALED MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, 6509 *Opposition to Defendants' Motion to Reassign Track One Plaintiff AWG to Track Two* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Owen, Daniel) (Entered: 04/28/2023) |
| 04/28/2023 | 6534 | RESPONSE by Associated Wholesale Grocers, Inc.,in Opposition to SEALED MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, 6509 *Opposition To Defendants' Motion to Reassign Track One Plaintiff AWG to Track Two [REDACTED PUBLIC FILING]* (Attachments: # 1 Exhibit A - F, # 2 Exhibit G, # 3 Exhibit H)(Owen, Daniel) (Entered: 04/28/2023) |
| 05/01/2023 | 6535 | MINUTE entry before the Honorable Thomas M. Durkin: The second day of oral argument will be scheduled for either 5/30/2023 or 6/2/2023. The parties should email the Courtroom Deputy the date they prefer by 5/4/2023. The second day of oral argument will address issues related to the individual defendants, including their individual motions for summary judgment. Counsel for each defendant should be prepared to argue, regardless of whether the defendant filed an individual motion or intended to rest on their papers. Mailed notice. (ecw, ) (Entered: 05/01/2023) |
| 05/01/2023 | 6536 | ATTORNEY Appearance for Plaintiff End-User Consumer Plaintiffs by Elaine Teresa Byszewski (Byszewski, Elaine) (Entered: 05/01/2023) |
| 05/01/2023 | 6537 | NOTICE by John Conroy Martin of Change of Address (Martin, John) (Entered: 05/01/2023) |
| 05/04/2023 | 6538 | MINUTE entry before the Honorable Thomas M. Durkin: The second day of oral argument on summary judgment motions is set for 6/2/2023 at 9:00 a.m. Mailed notice. (ecw, ) (Entered: 05/04/2023) |
| 05/04/2023 | 6539 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms *Sealed Amended #7 Exhibits 201-207 to ECF 5923* (Zarlenga, Carmine) (Entered: |

| 05/04/2023 | 6540 | DECLARATION of Eric Schachter regarding declaration, 6515 *(Supplemental Declaration of Eric Schachter Regarding: Report on Requests for Exclusion)* (Attachments: # 1 Exhibit A - Exclusion Report)(Pearson, Michael) (Entered: 05/04/2023) |
|---|---|---|
| 05/04/2023 | 6541 | REPLY by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to sealed response,, 6533 , SEALED MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, 6509 *(PUBLIC REDACTED)* (Bonanno, Michael) (Entered: 05/04/2023) |
| 05/04/2023 | 6542 | SEALED REPLY by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to sealed response,, 6533 , SEALED MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC, Pilgrim's Pride Corporation, Tyson Breeders, Inc., Tyson Chicken, 6509 (Bonanno, Michael) (Entered: 05/04/2023) |
| 05/04/2023 | 6543 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Supplemental Declaration of Shana E. Scarlett in Opposition to Defendants' Joint Motion for Summary Judgment on Agreement to Restrict Supply and Raise Prices* (Scarlett, Shana) (Entered: 05/04/2023) |
| 05/05/2023 | 6544 | MINUTE entry before the Honorable Thomas M. Durkin: MINUTE entry before the Honorable Thomas M. Durkin: The access code for the hearing scheduled for 5/5/2023 has changed. To listen to the hearing remotely, dial 1-650-479-3207, Access Code 180 815 7648. Mailed notice. (ecw, ) (Entered: 05/05/2023) |
| 05/08/2023 | 6545 | Joint Submission Regarding Limited Evidentiary Discovery by Direct Purchaser Plaintiffs (Clark, Brian) (Entered: 05/08/2023) |
| 05/08/2023 | 6546 | Track 1 Defendants' Supplemental Statement Regarding The Track 1 Parties' Joint Submission Regarding Limited Evidentiary Discovery by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Gerber's Poultry, Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production |

| | | |
|---|---|---|
| | | Division), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Murray, Lynn) (Entered: 05/08/2023) |
| 05/08/2023 | 6547 | SEALED EXHIBIT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Exhibit B to Track 1 Defendants' Supplemental Statement Regarding The Track 1 Parties' Joint Submission Regarding Limited Evidentiary Discovery* regarding other,,,,,, 6546 (Murray, Lynn) (Entered: 05/08/2023) |
| 05/08/2023 | 6548 | SEALED EXHIBIT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Exhibit C to Track 1 Defendants' Supplemental Statement Regarding The Track 1 Parties' Joint Submission Regarding Limited Evidentiary Discovery* regarding other,,,,,, 6546 (Murray, Lynn) (Entered: 05/08/2023) |

| 05/10/2023 | 6549 | MOTION by Attorney Carrie C. Mahan, Alli G. Katzen, Corey K. Brady, Daniel A. Baquet, Drew K. Cypher, Sandra Nicole Booth, Brian G. Liegel, Pravin R. Patel and Rachel E. Crosswell to withdraw as attorney for Pilgrim's Pride Corporation. No party information provided<br><br>Presented before Presiding Judge<br><br>(Mahan, Carrie) (Entered: 05/10/2023) |
|---|---|---|
| 05/10/2023 | 6550 | Track 1 Plaintiffs' Supplemental Statement Regarding Limited Evidentiary Discovery by Direct Purchaser Plaintiffs (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Clark, Brian) (Entered: 05/10/2023) |
| 05/10/2023 | 6551 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Due to an irreconcilable conflict that has arisen in Judge Gilbert's schedule, the telephone hearing set for 5/11/23 at 10:00 a.m. is stricken. The Court proposes to reset the hearing to 5/16/23 or 5/17/23 at 11:00 a.m. Central time by telephone. Liaison counsel for the Track One Parties shall confer and email the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, by the close of business on 5/12/23, if possible, to confirm whether either of those dates work. If neither of those dates work, then liaison counsel should propose alternative dates. The Court encourages Track One Plaintiffs to send to Track One Defendants as soon as possible (and if they have not already done so) a revised Rule 30(b)(6) notice as Track One Plaintiffs say they have been or are planning to do. The Court regrets this late notice concerning tomorrow's hearing and any inconvenience to the parties but rescheduling tomorrow's hearing is unavoidable. Mailed notice (ber, ) (Entered: 05/10/2023) |
| 05/11/2023 | 6552 | MINUTE entry before the Honorable Thomas M. Durkin: The Court intends the second day of oral argument to focus on the evidence of a supply restraint conspiracy against each individual defendant. With 22 defendants and 390 minutes, argument will be limited to 17 minutes per defendant, split between each side. This is insufficient time for a traditional oral argument format. To streamline the process, the Court has prepared a draft memorandum of non-expert evidence of "parallel conduct" and "plus conduct" by each defendant, which the Court has located in the record (with the exception of Agri Stats), which will be emailed to counsel. This memo does NOT constitute the Court's findings, and is only intended as an aide to oral argument, and may be updated before the day of argument. Plaintiffs' counsel should be prepared to answer the following questions: (1) is there any additional non-expert evidence in the record the Court should consider that is not cited in the memo; (2) what are your responses to any defendant's argument that the evidence in the memo is taken out of context; and (3) why is this evidence sufficient for the Court to find that a reasonable jury could find that the defendant in question participated in the conspiracy by a preponderance of the evidence. Defendants' counsel should be prepared to answer the following questions: (1) has any of the evidence in the memo been taken out of context; and (2) why are any alternative explanations for the evidence in the memo sufficient to demonstrate that the evidence does not meet the preponderance standard as a matter of law. The Court's current position is that the Fructose and Kleen cases provide the controlling legal standards for this motion. The parties' arguments about the weight of the evidence should be made with reference to the evidence in those cases. Considering the time constraints, any power points should be brief, and the Court will not review any power point slides that are not used during the oral arguments. No additional briefs or other written submissions should be filed on the docket. The Court intends to address |

| | | each defendant in alphabetical order, with the exception of Agri Stats being addressed last. Mailed notice. (ecw, ) (Entered: 05/11/2023) |
|---|---|---|
| 05/11/2023 | 6553 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties have confirmed availability for a telephone status hearing on 5/16/23 at 11:00 a.m. CST. The call-in number is 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ber, ) (Entered: 05/11/2023) |
| 05/11/2023 | 6554 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6549 is granted. Attorneys Corey K. Brady, Rachel E. Crosswell, Drew Kenneth Cypher, Alli Genna Katzen, Brian Liegel, Carrie C. Mahan, Pravin R. Patel, Daniel Alan Baquet and Sandra Nicole Booth terminated. Mailed notice. (ecw, ) (Entered: 05/11/2023) |
| 05/12/2023 | 6555 | Letter re Defendants' Summary Judgment Hearing Slides by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 [Redacted], # 5 Exhibit 5 [Redacted], # 6 Exhibit 6)(Baldridge, James) (Entered: 05/12/2023) |
| 05/12/2023 | 6556 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson |

| | | Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit 4 [Sealed], # 2 Exhibit 5 [Sealed]) (Baldridge, James) (Entered: 05/12/2023) |
|---|---|---|
| 05/12/2023 | 6557 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Megan Cunniff Church (Church, Megan) (Entered: 05/12/2023) |
| 05/12/2023 | 6558 | DECLARATION of Shana E. Scarlett *Regarding Submission of Corrected Version of Slide Presentation Used at May 5, 2023 Hearing on Motions for Summary Judgment* (Scarlett, Shana) (Entered: 05/12/2023) |
| 05/12/2023 | 6559 | Letter Regarding Track One Plaintiffs' Summary Judgment Oral Argument Slides by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Redacted), # 3 Exhibit 3 (Redacted)) (Scarlett, Shana) (Entered: 05/12/2023) |
| 05/12/2023 | 6560 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs (Attachments: # 1 Exhibit 2 (Sealed), # 2 Exhibit 3 (Sealed))(Scarlett, Shana) (Entered: 05/12/2023) |
| 05/15/2023 | 6561 | MOTION by Attorney G. Gabriel Zorogastua to withdraw as attorney for Associated Wholesale Grocers, Inc.,. No party information provided<br><br>Presented before Presiding Judge<br><br>(Zorogastua, Guillermo) (Entered: 05/15/2023) |
| 05/16/2023 | 6562 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 5/16/23. Any counsel participating in today's telephone hearing who want to be reflected in the transcript as participating in the hearing shall identify themselves to liaison counsel and liaison counsel shall send to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, their names and affiliations so that information can be given to the court reporter. Track 1 Plaintiffs and Defendants shall serve whatever Rule 30(b)(6) notices they intend to serve on each other for limited evidentiary discovery by 5/19/23. Third-party Rule 30(b)(6) notices and subpoenas shall be served by 6/9/23. The parties shall file an updated status report by 5/30/23 that includes proposed and/or confirmed dates for limited evidentiary depositions to be taken prior to the 6/30/23 cutoff for this phase of discovery 6345 . That report also shall include any depositions that have been taken as of that date. By 6/15/23, the parties shall file another status report with confirmed or proposed dates for depositions to be taken prior to the 6/30/23 cutoff. By 7/7/23, the parties shall file a report confirming that limited evidentiary discovery has concluded. Mailed notice (ber, ) (Entered: 05/16/2023) |
| 05/16/2023 | 6563 | Notice of Settlement by Direct Purchaser Plaintiffs *(Direct Purchaser Plaintiffs' Notice of Settlement with Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.)* (Pearson, Michael) (Entered: 05/16/2023) |
| 05/17/2023 | 6564 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 6561 is granted. Attorney G. Gabriel Zorogastua terminated. Mailed notice. (ecw, ) (Entered: 05/17/2023) |
| 05/18/2023 | 6565 | TRANSCRIPT OF TELEPHONIC PROCEEDINGS held on May 16, 2023 before the Honorable Jeffrey T. Gilbert. Order Number: 45877. Court Reporter |

Contact Information: Nancy_Bistany@ilnd.uscourts.gov

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 6/8/2023. Redacted Transcript Deadline set for 6/19/2023. Release of Transcript Restriction set for 8/16/2023. (Bistany, Nancy) (Entered: 05/18/2023)

| 05/18/2023 | 6566 | DECLARATION of Eric Nordskog regarding order on motion to certify class,,,,,,,,,, order on sealed motion,,,,, order on motion for miscellaneous relief,,,,,,,,,,,,,,,,,,,,,, memorandum opinion and order,,,, 5644 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Zapala, Adam) (Entered: 05/18/2023) |
|---|---|---|
| 05/22/2023 | 6567 | MOTION by Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *to Designate Defendants' Co-Liaison Counsel* (Baldridge, James) Modified on 5/23/2023 (jk2, ). (Entered: 05/22/2023) |
| 05/23/2023 | 6568 | STIPULATION of Dismissal (Ahern, Patrick) (Entered: 05/23/2023) |
| 05/23/2023 | 6569 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to designate Defendants' Co-Liaison Counsel 6567 is granted. Shook Hardy & Bacon LLP is withdrawn as co-liaison counsel in this action. ArentFox Schiff LLP is designated co-liaison counsel for all Defendants in this action. Mailed notice. (ecw, ) (Entered: 05/23/2023) |
| 05/23/2023 | 6570 | STIPULATED ORDER Dismissing Winn-Dixie and Bi-Lo's Claims with Prejudice Against George's, Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 5/23/2023. Mailed notice. (ecw, ) (Entered: 05/23/2023) |

| 05/23/2023 | 6571 | STIPULATION of Dismissal *with prejudice [and proposed order] of Defendants Mar-Jac Poultry, Inc.; Mar-Jac Poultry AL, LLC; Mar-Jac Poultry MS, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; and Mar-Jac Holdings, Inc.* (Youngblood, Stephen) (Entered: 05/23/2023) |
|---|---|---|
| 05/23/2023 | 6572 | Notice of Settlement by End-User Consumer Plaintiffs *End-User Consumer Plaintiffs' Notice of Settlement With Defendant Harrison Poultry, Inc.* (Scarlett, Shana) (Entered: 05/23/2023) |
| 05/23/2023 | 6573 | STIPULATION of Dismissal *with prejudice [and proposed order] of Defendant Mar-Jac Poultry, Inc.* (Youngblood, Stephen) (Entered: 05/23/2023) |
| 05/23/2023 | 6574 | STIPULATION of Dismissal *with prejudice [and proposed order] of Defendants Mar-Jac Poultry, Inc.; Mar-Jac Poultry AL, LLC; Mar-Jac Poultry MS, LLC; Mar-Jac AL/MS, Inc.; Mar-Jac Poultry, LLC; and Mar-Jac Holdings, Inc.* (Youngblood, Stephen) (Entered: 05/23/2023) |
| 05/23/2023 | 6575 | STIPULATED ORDER Dismissing AWG's Action Against Mar-Jac With Prejudice. Signed by the Honorable Thomas M. Durkin on 5/23/2023. Mailed notice. (ecw, ) (Entered: 05/23/2023) |
| 05/23/2023 | 6576 | STIPULATED ORDER Dismissing Certain Actions Against Mar-Jac Poultry, Inc. With Prejudice. Signed by the Honorable Thomas M. Durkin on 5/23/2023. Mailed notice. (ecw, ) (Entered: 05/23/2023) |
| 05/23/2023 | 6577 | STIPULATED ORDER Dismissing the Winn-Dixie Plaintiffs' Claims With Prejudice Against Mar-Jac. Signed by the Honorable Thomas M. Durkin on 5/23/2023. Mailed notice. (ecw, ) (Entered: 05/23/2023) |
| 05/24/2023 | 6578 | Notice of Withdrawal of the Mar-Jac Defendants' Motion for Summary Judgment by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC (Konieczny, Edward) (Entered: 05/24/2023) |
| 05/24/2023 | 6579 | NOTICE by George's Farms, Inc., George's Inc. *of Withdrawal of George's Individual Motion for Summary Judgment* (Warr, Jaclyn) (Entered: 05/24/2023) |
| 05/25/2023 | 6580 | MOTION by Plaintiff US Foods, Inc. to substitute attorney *for leave to substitute and withdraw counsel for plaintiff US Foods, Inc.*<br><br>Presented before Presiding Judge<br><br>(Blechman, William) (Docket Text modified by Clerk's Office). Modified on 5/26/2023 (jk2, ). (Entered: 05/25/2023) |
| 05/25/2023 | 6581 | MINUTE entry before the Honorable Thomas M. Durkin: To join the hearing scheduled for 6/2/2023 by telephone conference, dial 1-650-479-3207, Access Code 180 815 7648. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 05/25/2023) |
| 05/26/2023 | 6582 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 6580 is granted. Attorneys William J. Blechman and Douglas H. Patton |

| | | for US Foods, Inc. added. Attorneys Scott Gant and Colleen Ann Harrison for US Foods, Inc. terminated. Mailed notice. (ecw, ) (Entered: 05/26/2023) |
|---|---|---|
| 05/30/2023 | 6583 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the notices of withdrawal 6578 6579 , the Mar-Jac Defendants' Motion for Summary Judgment 5871 and Defendants George's, Inc. and George's Farms, Inc.'s Motion for Summary Judgment on Remaining Track 1 Claims 5916 are withdrawn. Mailed notice. (ecw, ) (Entered: 05/30/2023) |
| 05/30/2023 | 6584 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages

Presented before Presiding Judge

(Pearson, Michael) (Entered: 05/30/2023) |
| 05/30/2023 | 6585 | REQUEST for a Separate Jury Panel Pursuant to Local Rule 47.1(b). Signed by the Honorable Thomas M. Durkin on 5/30/2023. Mailed notice. (ecw, ) (Entered: 05/30/2023) |
| 05/30/2023 | 6586 | STATUS Report *[Jointly Submitted] Regarding Limited Evidentiary Discovery* by Direct Purchaser Plaintiffs

Presented before Magistrate Judge

(Clark, Brian) (Entered: 05/30/2023) |
| 05/30/2023 | 6587 | SEALED DOCUMENT by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLC *Supplemental Declaration of Danielle R. Foley In Further Support of Defendants' Motion for Summary Judgment Concerning Alleged Agreement to Restrict Supply* (Attachments: # 1 Exhibit 98)(Baldridge, James) (Entered: 05/30/2023) |
| 05/30/2023 | 6590 | ORDER Directing That A Separate Jury Panel Be Summoned. Signed by the Honorable Rebecca R. Pallmeyer on 5/30/2023. Mailed notice. (ecw, ) (Entered: 05/31/2023) |
| 05/31/2023 | 6588 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Plaintiffs' motion for leave to file excess pages 6584 is granted. Mailed notice. (ecw, ) (Entered: 05/31/2023) |
| 05/31/2023 | 6589 | MINUTE entry before the Honorable Thomas M. Durkin: The Court has ordered a trial addressing the claims of the Direct Purchaser Class and all direct action plaintiffs in Track One against all remaining Defendants 6203 . Those parties should submit a joint report estimating the trial length. The parties should provide two estimates: one including the Georgia Dock claims, and one excluding the Georgia Dock claims. The parties' estimates should include a plan for time limits. The parties should also state what size jury they prefer. The Court will extend |

Friday's hearing by ten minutes in order to briefly discuss these issues if necessary. The joint report is due 6/9/2023. The Court's request is not an indication of how the Court will rule on the summary judgment motions. The Court is ordering this information now because it is necessary for the Clerk's Office and Jury Department to prepare in the event a trial proceeds. Mailed notice. (ecw, ) (Entered: 05/31/2023)

| 05/31/2023 | 6591 | STIPULATION *[and Proposed Order] Dismissing the Affiliated Foods Plaintiffs' Claims with Prejudice Against Simmons Foods, Inc. and Simmons Prepared Foods, Inc.* (McCahill, Matthew) (Entered: 05/31/2023) |
|---|---|---|
| 06/01/2023 | 6592 | STIPULATED Order Dismissing the Affiliated Foods Plaintiffs' Claims with Prejudice against Simmons Foods, Inc. and Simmons Prepared Foods, Inc. Signed by the Honorable Thomas M. Durkin on 6/1/2023. Mailed notice. (ecw, ) (Entered: 06/01/2023) |
| 06/01/2023 | 6593 | ATTORNEY Appearance for Plaintiff Bi-Lo Holdings, LLC by Mark A. Singer *and on behalf of Winn-Dixie Stores, Inc.* (Singer, Mark) (Entered: 06/01/2023) |
| 06/01/2023 | 6594 | ATTORNEY Appearance for Defendant Pilgrim's Pride Corporation by Matthew Wasserman (Wasserman, Matthew) (Entered: 06/01/2023) |
| 06/01/2023 | 6595 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc.)*<br><br>Presented before Presiding Judge<br><br>(Pearson, Michael) (Entered: 06/01/2023) |
| 06/01/2023 | 6596 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 6595 *(Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc.)* (Pearson, Michael) (Entered: 06/01/2023) |
| 06/01/2023 | 6597 | DECLARATION of Michael H. Pearson regarding motion for settlement, 6595 (Attachments: # 1 Exhibit A-Settlement Agreement)(Pearson, Michael) (Entered: 06/01/2023) |
| 06/01/2023 | 6598 | DECLARATION of Eric Schachter regarding motion for settlement, 6595 (Attachments: # 1 Exhibit A-A.B. Data Profile, # 2 Exhibit B-Long-Form Notice, # 3 Exhibit C-Short-Form Notice, # 4 Exhibit D-Sample Banner Ad)(Pearson, Michael) (Entered: 06/01/2023) |
| 06/02/2023 | 6599 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. 6595 is set for 6/12/2023 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/02/2023) |

| 06/02/2023 | 6600 | STIPULATION of Dismissal *with Prejudice of Certain Actions Against The Simmons Defendants [proposed order]* (Blechman, William) (Entered: 06/02/2023) |
| 06/02/2023 | 6601 | STIPULATED ORDER of Dismissal, with Prejudice, of Certain Actions against the Simmons Defendants. Signed by the Honorable Thomas M. Durkin on 6/2/2023. Mailed notice. (ecw, ) (Entered: 06/02/2023) |
| 06/02/2023 | 6602 | MINUTE entry before the Honorable Thomas M. Durkin: Oral argument on summary judgment motions held on 6/2/2023. Mailed notice. (ecw, ) (Entered: 06/02/2023) |
| 06/05/2023 | 6603 | DECLARATION of Eric Schachter regarding declaration, 6182 , order on motion for miscellaneous relief, 6196 *Declaration of Eric Schachter Regarding Class Notice and Requests for Exclusion* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Scarlett, Shana) (Entered: 06/05/2023) |
| 06/06/2023 | 6604 | TRANSCRIPT OF PROCEEDINGS held on 05/05/2023 before the Honorable Thomas M. Durkin. Summary Judgment Oral Argument - Volume 1. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/27/2023. Redacted Transcript Deadline set for 7/7/2023. Release of Transcript Restriction set for 9/4/2023. (Carrion, Elia) (Entered: 06/06/2023) |
| 06/06/2023 | 6605 | Entered in error (Carrion, Elia) Modified on 6/7/2023 (ecw, ). (Entered: 06/06/2023) |
| 06/07/2023 | 6606 | STIPULATION of Dismissal *with Prejudice by Plaintiff AWG of Defendant Simmons Prepared Foods, Inc.* (Owen, Daniel) (Entered: 06/07/2023) |
| 06/07/2023 | 6607 | TRANSCRIPT OF PROCEEDINGS held on 06/02/2023 before the Honorable Thomas M. Durkin. Summary Judgment Oral Argument - Volume 2. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/28/2023. Redacted Transcript Deadline set for 7/10/2023. Release of Transcript Restriction set for 9/5/2023. (Carrion, Elia) (Entered: 06/07/2023) |
| 06/07/2023 | 6608 | NOTICE of Correction regarding transcript 6605 . (ecw, ) (Entered: 06/07/2023) |

| 06/07/2023 | 6609 | STIPULATION of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendant Simmons Prepared Foods, Inc. Signed by the Honorable Thomas M. Durkin on 6/7/2023. Mailed notice. (ecw, ) (Entered: 06/07/2023) |
|---|---|---|
| 06/09/2023 | 6610 | STIPULATION of Dismissal *With Prejudice by Winn-Dixie Stores, Inc. and Bi-Lo Holding LLC of Claims Against Simmons Foods, Inc. and Simmons Prepared Foods, Inc.* (Ahern, Patrick) (Entered: 06/09/2023) |
| 06/09/2023 | 6611 | STIPULATION of Dismissal with Prejudice by Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding LLC of Defendant Simmons Foods, Inc. and Simmons Prepared Foods, Inc. Signed by the Honorable Thomas M. Durkin on 6/9/2023. Mailed notice. (ecw, ) (Entered: 06/09/2023) |
| 06/09/2023 | 6612 | MOTION by Plaintiff Direct Purchaser Plaintiffs to clarify *Minute Order ECF No. 6203*<br><br>Presented before Presiding Judge<br><br>(Attachments: # 1 Declaration Brian D. Clark, # 2 Exhibit 1)(Clark, Brian) (Entered: 06/09/2023) |
| 06/09/2023 | 6613 | STATUS Report *in Response to ECF No. 6589 [Filed Jointly among September 12, 2023 Track 1 Trial Parties]* by Direct Purchaser Plaintiffs<br><br>Presented before Presiding Judge<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Clark, Brian) (Entered: 06/09/2023) |
| 06/12/2023 | 6614 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 6/12/2023 regarding Direct Purchaser Plaintiffs' Motion for Peliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. 6595 . No one was present on the call to object to the motion. For the reasons stated on the record, the motion 6595 is granted. The parties are to contact Judge Durkin's courtroom deputy to schedule a telephonic final approval hearing. Mailed notice. (ecw, ) (Entered: 06/12/2023) |
| 06/12/2023 | 6615 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. Signed by the Honorable Thomas M. Durkin on 6/12/2023. Mailed notice. (ecw, ) (Entered: 06/12/2023) |
| 06/12/2023 | 6616 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Direct Purchaser Plaintiffs' anticipated motion for final approval of the settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. is set for 12/12/2023 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/12/2023) |

| 06/12/2023 | 6617 | MINUTE entry before the Honorable Thomas M. Durkin: The Court has reviewed the parties' joint submission regarding trial length and administration 6613 and provides the following observations, which are made on the assumption that most claims and defendants go to trial (an assumption that is for planning purposes only and is not a finding on the merits, and which also puts aside for the time being Plaintiffs' motion for clarification regarding the claims to be tried). The Court's observations are the following: (1) it will not be possible to complete the trial before Thanksgiving; (2) considering the number of defendants, and the relative unity of theory of Plaintiffs' claims, the trial hours must be weighted towards Defendants; and (3) it is likely that the trial will extend past the New Year (this is especially true if the Georgia Dock claims are tried). If the trial extends past the New Year, the Court will provide the jury a two week break of Dec. 25-29 and Jan. 1-5. The parties should also understand that the week of Sept. 11-15 will likely be entirely devoted to jury selection and should not be taken into account in the hours estimate. Additionally, with holidays on Sept. 25 and Oct. 9, the Court will plan to conduct trial on Fridays those weeks. The parties should plan on a trial day that lasts between six and six-and-a-half hours, a jury of twelve, and ten preemptories per side, although the Court may revisit these numbers. Having this information, the parties are ordered to submit a revised joint status report on these same issues by 6/23/2023. The parties are reminded to keep the Court apprised of any further settlements that will impact the length of trial, and that the letter to the jury pool apprising them of the length of trial will be sent on July 10. Mailed notice. (ecw, ) (Entered: 06/12/2023) |
| --- | --- | --- |
| 06/15/2023 | 6618 | STATUS Report *[Jointly Submitted] Regarding Limited Evidentiary Discovery* by Direct Purchaser Plaintiffs<br><br>Presented before Magistrate Judge<br><br>(Clark, Brian) (Entered: 06/15/2023) |
| 06/16/2023 | 6619 | DEFENDANTS SIMMONS FOODS, INC. AND SIMMONS PREPARED FOODS, INC.'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715 by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Attachments: # 1 Exhibit A)(Murray, Lynn) (Entered: 06/16/2023) |
| 06/20/2023 | 6620 | Notice of Settlement by Commercial and Institutional Indirect Purchaser Plaintiffs *Commercial and Institutional Indirect Purchaser Plaintiffs' Notice of Settlement with Defendant Harrison Poultry, Inc.* (Hedlund, Daniel) (Entered: 06/20/2023) |
| 06/22/2023 | 6621 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20764516. *Carl Spilly*<br><br>Presented before Presiding Judge<br><br>(Spilly, Carl) (Entered: 06/22/2023) |
| 06/22/2023 | 6622 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20764540. *Isabelle Sun*<br><br>Presented before Presiding Judge<br><br>(Sun, Isabelle) (Entered: 06/22/2023) |
| 06/23/2023 | 6623 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 6621 6622 are granted. Attorneys Carl W. Spilly and Isabelle L. Sun for |

Pilgrim's Pride Corporation added. Mailed notice. (ecw, ) (Entered: 06/23/2023)

| 06/23/2023 | 6624 | STATUS Report *in Response to ECF No. 6617 [Filed Jointly among September 12, 2023 Track 1 Trial Parties]* by Direct Purchaser Plaintiffs <br><br> Presented before Presiding Judge <br><br> (Clark, Brian) (Entered: 06/23/2023) |
|---|---|---|
| 06/27/2023 | 6625 | STIPULATION *[and Proposed Order] to Modify Deadline for Completing Limited Evidentiary Depositions* (Clark, Brian) (Entered: 06/27/2023) |
| 06/28/2023 | 6626 | RESPONSE by Plaintiffs Albertsons Companies, Inc., Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Save Mart Supermarkets, Supervalu Inc., The Kroger Co., Unified Grocers, Inc., Wakefern Food Corporation to motion to clarify 6612 (Germaine, David) (Entered: 06/28/2023) |
| 06/28/2023 | 6627 | MINUTE entry before the Honorable Thomas M. Durkin: Briefing on the motion to clarify 6612 is stayed until the summary judgment motions are decided. Mailed notice. (ecw, ) (Entered: 06/28/2023) |
| 06/28/2023 | 6628 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20783342. *Arielle S. Wagner* <br><br> Presented before Presiding Judge <br><br> (Wagner, Arielle) (Entered: 06/28/2023) |
| 06/28/2023 | 6629 | STIPULATION TO MODIFY DEADLINE FOR COMPLETING LIMITED EVIDENTIARY DEPOSITIONS. Signed by the Honorable Jeffrey T. Gilbert on 6/28/2023. Mailed notice (ber, ) (Entered: 06/28/2023) |
| 06/28/2023 | 6630 | MOTION by Plaintiffs Sysco Corporation, Carina Ventures LLC to substitute party *Joint Motion for Substitution of Plaintiff* <br><br> Presented before Presiding Judge <br><br> (Gant, Scott) Modified on 6/29/2023 (jk2, ). (Entered: 06/28/2023) |
| 06/28/2023 | 6631 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20784234. <br><br> Presented before Presiding Judge <br><br> (Seeger, Christopher) (Entered: 06/28/2023) |
| 06/28/2023 | 6632 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20784325. <br><br> Presented before Presiding Judge <br><br> (Scullion, Jennifer) (Entered: 06/28/2023) |
| 06/28/2023 | 6633 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Harrison Poultry, Inc.* |

| | | Presented before Presiding Judge |
|---|---|---|
| | | (Zapala, Adam) (Entered: 06/28/2023) |
| 06/28/2023 | 6634 | MEMORANDUM motion for settlement, 6633 by Commercial and Institutional Indirect Purchaser Plaintiffs *Memorandum of Law in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Harrison Poultry, Inc.* (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit A)(Zapala, Adam) (Entered: 06/28/2023) |
| 06/29/2023 | 6635 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 6628 6631 6632 are granted. Attorneys Christopher A. Seeger and Jennifer Scullion for Carina Ventures LLC added. Attorney Arielle S. Wagner for Direct Purchaser Plaintiffs added. Mailed notice. (ecw, ) (Entered: 06/29/2023) |
| 06/29/2023 | 6636 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Harrison Poultry, Inc. 6633 is set for 7/18/2023 at 11:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/29/2023) |
| 06/29/2023 | 6637 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants are to respond as to whether or not Sysco Corporation and Carina Ventures LLC's Joint Motion for Substitution of Plaintiff 6630 is opposed by 7/5/2023. Mailed notice. (ecw, ) (Entered: 06/29/2023) |
| 06/30/2023 | 6638 | MOTION by Plaintiff Services Group of America, Inc. *notice of optout and objection to exclusion list regarding the certified Direct Purchaser Plaintiff Class, or, in the alternative, motion for extension of time to opt out and for late optout of the certified Direct Purchaser Plaintiff Class.*<br><br>Presented before Presiding Judge<br><br>(Attachments: # 1 Declaration Supporting Motion)(Casas, Gregory) Modified on 7/5/2023 (jk2, ). (Entered: 06/30/2023) |
| 06/30/2023 | 6639 | MINUTE entry before the Honorable Thomas M. Durkin: Minute entry 6637 is amended as follows. If Defendants oppose Sysco Corporation and Carina Ventures LLC's Joint Motion for Substitution of Plaintiff 6630 , they are to file a substantive response by 7/12/2023. Plaintiffs are to reply by 7/19/2023. If Defendants do not oppose the motion, they should so state before 7/12/2023. Mailed notice. (ecw, ) (Entered: 06/30/2023) |
| 06/30/2023 | 6640 | MINUTE entry before the Honorable Thomas M. Durkin: Any oppositions to Services Group of America, Inc.'s notice of opt-out and objection to exclusion list regarding the certified Direct Purchaser Plaintiff Class, or, in the alternative, motion for extension of time to opt out and for late opt-out of the certified Direct |

| | | Purchaser Plaintiff Class 6638 are due by 7/7/2023. Reply is due by 7/21/2023. Mailed notice. (ecw, ) (Entered: 06/30/2023) |
|---|---|---|
| 06/30/2023 | 6641 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, Defendants' joint motion for "summary judgment concerning alleged agreement to restrict broiler supply," 5996 6033 is denied in part and granted in part. Defendants' joint motion by certain defendants for "summary judgment on statute of limitations grounds," 5966 is denied. Defendants' joint motion for "partial summary judgment as to overarching conspiracy claims," 5901 is granted. The motion by certain defendants for "partial summary judgment on all Track 1 plaintiffs' claims alleging a 'Georgia Dock conspiracy,'" 5527 is granted. The motion by certain defendants for "summary judgment dismissing Track 1 plaintiffs' Georgia Dock claims," 5878 is granted. Plaintiffs' motion for partial summary judgment on three affirmative defenses, 5869 5870 is denied as moot. Defendants' Daubert motions 5938 5892 5885 5862 5896 5910 5865 5891 5897 5929 are denied as to the issues addressed in this order, and denied without prejudice to raising in a motion in limine with respect to all other issues. The following motions by individual defendants are denied: Harrison 5866 ; Keystone 5936 ; Koch 6006 ; Mountaire 5886 ; OK Foods 5879 5880 ; Peco 5912 ; Pilgrim's 5893 ; Raeford 5935 ; Sanderson 5990 ; Simmons 5890 ; and Tyson 5991 . The following motions by individual defendants regarding Plaintiffs' Sherman Act and RICO claims are granted: Agri Stats 5899 ; Case 5926 ; Fieldale 5848 ; Foster 5876 ; Fries-Claxton 5915 ; Perdue 5987 ; and Wayne 5851 . Defendants' joint motion for "summary judgment dismissing track 1 plaintiffs' state law claims" 5846 is granted in part and reserved in part. The DAP's motion to exclude portions of certain Defendants' economists' opinions 5914 is denied without prejudice to refiling as a motion in limine. The Court is aware that the Track Two motion to dismiss is pending. The Court will address it in due course. However, the parties should inform the Court promptly if any of the findings in this opinion and order negates the need for a decision on that motion, or otherwise alter their plans for pursuing or defending the case. Signed by the Honorable Thomas M. Durkin on 6/30/2023. Mailed notice. (ecw, ) (Entered: 06/30/2023) |
| 06/30/2023 | 6642 | MINUTE entry before the Honorable Thomas M. Durkin: In light of the Court's decision on summary judgment, by 7/7/2023 the Track One Trial Parties are ordered to submit a revision of the report they filed on 6/23/2023 6624 . The revised report should account for the parties and claims that the Court dismissed from Track One in the summary judgment decision. The parties should prepare this report with the knowledge that the Court will use their proposals to identify an estimated trial length to include in the letter to potential jurors that will be sent on July 10, 2023. Mailed notice. (ecw, ) (Entered: 06/30/2023) |
| 07/07/2023 | 6643 | STATUS Report *in Response to ECF No. 6642 [filed jointly among Track One Trial Parties]* by Direct Purchaser Plaintiffs

Presented before Presiding Judge

(Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Clark, Brian) (Entered: 07/07/2023) |
| 07/07/2023 | 6644 | STATUS Report *[Jointly Submitted] Regarding Limited Evidentiary Discovery* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC

Presented before Magistrate Judge |

| 07/10/2023 | 6645 | NOTICE by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC *of Claims Status Following the Court's Track One Summary Judgement Order* (Lustrin, Lori) (Entered: 07/10/2023) |
|---|---|---|
| 07/10/2023 | 6646 | STATUS Report *re:* 6643 *[filed jointly among Track One Trial Parties]* by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. Presented before Presiding Judge (Attachments: # 1 Exhibit 1)(Adcox, Rachel) (Entered: 07/10/2023) |
| 07/11/2023 | 6647 | MINUTE entry before the Honorable Thomas M. Durkin: In light of the disagreements as to the expected length of trial, the venire will be informed the trial could possibly run until mid-December, although it may end earlier. To the extend the joint status report suggested the current trial date may not be feasible, the trial will proceed as scheduled. A telephone status hearing regarding the trial is set for 7/18/2023 at 10:00 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 07/11/2023) |
| 07/11/2023 | 6648 | MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs to enforce *Settlement with Defendant Fieldale Farms Corporation* Presented before Presiding Judge (Attachments: # 1 Notice of Filing Notice of Motion to Enforce Settlement with Fieldale Farms Corporation, # 2 Declaration Declaration of Robert N. Kaplan) (Kaplan, Robert) (Entered: 07/11/2023) |
| 07/11/2023 | 6649 | SEALED DOCUMENT by Plaintiff Affiliated Foods, Inc.'s Plaintiffs *Motion to Enforce Settlement with Defendant Fieldale Farms Corporation* (Attachments: # 1 Declaration of Robert N. Kaplan, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Kaplan, Robert) (Entered: 07/11/2023) |
| 07/11/2023 | 6650 | MOTION by Plaintiff End-User Consumer Plaintiffs for Preliminary Approval of Settlement Agreement with Defendant Harrison Poultry, Inc. Presented before Presiding Judge (Scarlett, Shana) (Entered: 07/11/2023) |

| 07/11/2023 | 6651 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for miscellaneous relief 6650 *Memorandum of Law in Support of Motion for Preliminary Approval of Settlement Agreement with Defendant Harrison Poultry, Inc.* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Exhibit A)(Scarlett, Shana) (Entered: 07/11/2023) |
|---|---|---|
| 07/11/2023 | 6652 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to End-User Consumer Plaintiffs' motion for preliminary approval of settlement agreement with Defendant Harrison Poultry, Inc. 6650 is set for 7/18/2023 at 11:15 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 07/11/2023) |
| 07/12/2023 | 6653 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule as to Plaintiff Affiliated Foods, Inc.'s motion to enforce Settlement with Defendant Fieldale Farms Corporation 6648 : Fieldale is to file its opposition by 7/28/2023; Plaintiffs are to file a reply by 8/8/2023. Mailed notice. (ecw, ) (Entered: 07/12/2023) |
| 07/12/2023 | 6654 | RESPONSE by Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLCin Opposition to MOTION by Plaintiffs Sysco Corporation, Carina Ventures LLC to substitute party<br><br>Presented before Presiding Judge<br><br>6630 *Certain Defendants' Opposition to Motion to Substitute* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Baldridge, James) (Entered: 07/12/2023) |
| 07/12/2023 | 6655 | MOTION by Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to Approve Opt Out, or Grant Extension<br><br>Presented before Presiding Judge<br><br>(Attachments: # 1 Declaration)(Ripp, Paul) (Entered: 07/12/2023) |

| 07/13/2023 | 6656 | Notice of Correction by Pilgrim's Pride Corporation *to ECF No. 6654* (Bonanno, Michael) (Entered: 07/13/2023) |
|---|---|---|
| 07/14/2023 | 6657 | SEALED MOTION by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *for Reconsideration of June 30, 2023 Order*<br><br>Presented before Presiding Judge<br><br>(Novack, Stephen) (Entered: 07/14/2023) |
| 07/14/2023 | 6658 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to motion for miscellaneous relief, 6638 (Pearson, Michael) (Entered: 07/14/2023) |
| 07/14/2023 | 6659 | RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Wayne Farms, LLC in Opposition to MOTION by Plaintiff Services Group of America, Inc.<br><br>Presented before Presiding Judge<br><br>6638 *Certain Defendants' Opposition to Services Group of America, Inc's Motion for Late Opt-Out* (Baldridge, James) (Entered: 07/14/2023) |
| 07/14/2023 | 6660 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *'s Memorandum of Law in Support of it's Motion for Reconsideration* (Bershteyn, Boris) (Entered: 07/14/2023) |
| 07/14/2023 | 6661 | MOTION by Defendant Peco Foods, Inc. for reconsideration<br><br>Presented before Presiding Judge<br><br>(Bershteyn, Boris) (Entered: 07/14/2023) |
| 07/17/2023 | 6662 | SEALED MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC<br><br>Presented before Presiding Judge<br><br>, MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC for reconsideration regarding order on motion for summary judgment,,,,,,,,,,,,,,,,,,,, order on sealed motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion for partial summary judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion for miscellaneous relief,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion in limine,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,, order on motion to strike,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion to seal |

| | | |
|---|---|---|
| | | document,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,memorandum opinion and order,,,,,,,, 6641 |
| | | Presented before Presiding Judge |
| | | (Heftman, Lawrence) (Entered: 07/17/2023) |
| 07/17/2023 | 6663 | NOTICE by Ryan Patrick Phair of Change of Address (Phair, Ryan) (Entered: 07/17/2023) |
| 07/17/2023 | 6664 | Certain Track 2 Direct Action Plaintiffs' Statement Regarding the Status of Their Claims STATEMENT by Amory Investments LLC (Gant, Scott) (Entered: 07/17/2023) |
| 07/17/2023 | 6665 | MINUTE entry before the Honorable Thomas M. Durkin: By agreement of the parties, Carina and Sysco's reply in support of their Joint Motion for Substitution of Plaintiff 6630 is due by 7/21/2023. Mailed notice. (ecw, ) (Entered: 07/17/2023) |
| 07/17/2023 | 6666 | CERTIFIED copy of order dated 6/23/2023 from the 7th Circuit regarding notice of appeal, 5651 ; Appellate case no. : 22-1994. On consideration of the papers filed in this appeal and review of the short record, IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction. Twenty-eight plaintiffs appeal a district court order entered on May 4, 2022, "denying their motion to preclude enforcement of certain provisions in the Judgment Sharing Agreement to which fourteen groups of Defendants are parties." Plaintiffs' claims against these defendants remain pending in the district court. Plaintiffs assert appellate jurisdiction based on the collateral order doctrine, which permits an appeal of select categories of interlocutory orders. Arguments to extend collateral-order review beyond the few, well established categories of orders usually fail. Herx v. Diocese of Fort Wayne-SouthBend, Ind., 772 F.3d 1085, 1088-90 (7th Cir. 2014). Like so many other litigants who have tried to expand the small class of collaterally appealable orders, and mindful of the Supreme Court's admonition against expansion of the doctrine's selective membership, see Will v. Hallock, 546 U.S. 345, 350 (2006), the interests that appellants raise do not meet the doctrine's high bar. (jk2, ) (Entered: 07/17/2023) |
| 07/17/2023 | 6667 | MANDATE of USCA dated 7/17/2023 regarding notice of appeal, 5651 ; USCA No.22-1994 ; No record to be returned. (jk2, ) (Entered: 07/17/2023) |
| 07/17/2023 | 6668 | SEALED MOTION by Defendant House of Raeford Farms, Inc. *to Reconsider The Court's Order Denying Its Individual Motion for Summary Judgment and to Correct Factual Errors in the Order* |
| | | Presented before Presiding Judge |
| | | (Wrobel, Gregory) (Entered: 07/17/2023) |
| 07/17/2023 | 6669 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Lauren Frisch Dayton (Dayton, Lauren) (Entered: 07/17/2023) |
| 07/17/2023 | 6670 | Track 1 Trial Defendants' Proposed Agenda for July 18 Hearing by Keystone Foods LLC, Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, and Equity Group-Georgia Division LLC on behalf of all Track 1 trial Defendants* (Jethmalani, Kail) (Entered: 07/17/2023) |

| 07/17/2023 | 6671 | Re: Track 2 claims STATEMENT by L. Hart, Inc. (Ripp, Paul) (Entered: 07/17/2023) |
| 07/18/2023 | 6672 | CAFA Notice by Harrison Poultry, Inc. (Attachments: # 1 Declaration Declaration of Implementation of CAFA Notice)(Gorham, Patricia) (Entered: 07/18/2023) |
| 07/18/2023 | 6673 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 7/18/2023. Any additional motions to reconsider the Court's order on the motions for summary judgment are due by 7/20/2023. The parties are to contact Judge Durkin's courtroom deputy by 7/19/2023 with an agreed proposed briefing schedule on all motions to reconsider. By 7/19/2023 the parties are also to contact Judge Durkin's courtroom deputy with an agreed proposed briefing schedule on Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, and Timber Lake Foods, Inc. motion to approve opt out, or grant extension 6655 . By 7/21/2023 the parties are to submit a joint proposal regarding the trial proceeding in Judge Durkin's courtroom as opposed to the ceremonial courtroom. The Court will set a date for a hearing on the motions in limine after the motions are fully briefed on 8/10/2023. Judge Durkin's courtroom deputy will contact the parties to schedule a final pretrial conference during the week of 9/4/2023. Mailed notice. (ecw, ) (Entered: 07/18/2023) |
| 07/18/2023 | 6674 | MOTION by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. for reconsideration regarding order on motion for summary judgment,,,,,,,,,,,,,,,,, order on sealed motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion for partial summary judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion for miscellaneous relief,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion in limine,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,, order on motion to strike,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion to seal document,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, memorandum opinion and order,,,,,,, 6641 *(PUBLIC VERSION) Motion for Reconsideration of the Court's June 30, 2023 Order Denying Their Individual Motion for Summary Judgment and to Correct Factual Errors in the Order*<br><br>Presented before Presiding Judge<br><br>(Novack, Stephen) Modified on 7/19/2023 (jk2, ). (Entered: 07/18/2023) |
| 07/18/2023 | 6675 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 7/18/2023 as to Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Harrison Poultry, Inc. 6633 . No one was present on the call to object. For the reasons stated on the record, the motion 6633 is granted. Parties are to contact Judge Durkin's courtroom deputy to schedule a final approval hearing. CIIP's deadlines as to Harrison Poultry are stayed, pending final approval of settlement. Mailed notice. (ecw, ) (Entered: 07/18/2023) |
| 07/18/2023 | 6676 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 7/18/2023 as to End-User Consumer Plaintiffs' motion for preliminary approval of settlement agreement with Defendant Harrison Poultry, Inc. 6650 . No one was present on the call to object. For the reasons stated on the record, the motion 6650 is granted. Parties are to contact Judge Durkin's courtroom deputy to schedule a final approval hearing. On Plaintiff's request, the claim period is extended through 12/31/2023. Mailed notice. (ecw, ) (Entered: 07/18/2023) |

| 07/19/2023 | 6677 | PRE-TRIAL SCHEDULING ORDER. Signed by the Honorable Thomas M. Durkin on 7/19/2023. Mailed notice. (ecw, ) (Entered: 07/19/2023) |
|---|---|---|
| 07/19/2023 | 6678 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule on Direct Action Plaintiffs' Motion to Approve Opt Out or Grant Extension 6655 : Response is due by 7/21/2023; Reply is due by 7/27/2023. Mailed notice. (ecw, ) (Entered: 07/19/2023) |
| 07/19/2023 | 6679 | STIPULATION of Dismissal *Without Prejudice* (Phair, Ryan) (Entered: 07/19/2023) |
| 07/20/2023 | 6680 | STIPULATED Order of Dismissal Without Prejudice of Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. Signed by the Honorable Thomas M. Durkin on 7/20/2023. Mailed notice. (ecw, ) (Entered: 07/20/2023) |
| 07/20/2023 | 6681 | MINUTE entry before the Honorable Thomas M. Durkin: The motion by Defendants Pilgrims, Tyson, and Keystone to "reassign" plaintiff AWG to Track Two 6508 6509 is denied. Defendants argue that the Court should reassign AWG to Track Two because "bid rigging is plainly part of AWG's case in chief." R. 6509 at 1. But AWG concedes that it "does not have a bid rigging claim, is not going to bring a bid rigging [claim] on Track One." R. 5322 at 25:2226:1; see also R. 5314 (stipulation); R. 6533 at 2-3. With this concession, what Defendants are actually arguing is that "AWG clearly plans to try to establish liability at trial based on evidence related to bid rigging." R. 6509 at 1. But both sides - Defendants and AWG - agree that such evidentiary issues are better decided on motions in limine. See R. 6533 at 4 ("AWG does not presently request a ruling on the admissibility of bid rigging evidence, as that issue is better resolved closer to trial."); R. 6542 at 1 ("The parties agree that the admissibility of specific pieces of evidence is best left for pretrial motions."). Thus, there is no dispute here about whether AWG's claims are appropriately tried in the Track One trial with other direct purchasers. Defendants make a separate argument that AWG's inclusion in the first Track One trial will be inefficient because AWG has litigated the case independently from other Track One direct action plaintiffs, adding additional experts and claims. Perhaps there is some truth to this. But "efficiency" is not the sole or primary standard of decision. AWG is a direct purchaser. It concedes it is not bringing a bid-rigging claim. That means it falls in the category of plaintiffs participating in the first trial. The fact that AWG has chosen to pursue its claims independently from the other DAPs is not a reason to prevent it from trying its claims as soon as possible. Mailed notice. (ecw, ) (Entered: 07/20/2023) |
| 07/20/2023 | 6682 | ORDER to Set Briefing Schedule on Certain Defendants' Motions for Reconsideration. Signed by the Honorable Thomas M. Durkin on 7/20/2023. Mailed notice. (ecw, ) (Entered: 07/20/2023) |
| 07/20/2023 | 6683 | SEALED MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *For Reconsideration of The Court's Order Denying Their Individual Motion For Summary Judgment*<br><br>Presented before Presiding Judge<br><br>(Murray, Lynn) (Entered: 07/20/2023) |
| 07/20/2023 | 6684 | SEALED MOTION by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *TRACK ONE PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING PERDUE'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM* |

| | | Presented before Presiding Judge |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Johnson, Brent) (Entered: 07/20/2023) |
| 07/21/2023 | 6685 | RESPONSE by Direct Purchaser Plaintiffs to MOTION by Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to Approve Opt Out, or Grant Extension<br><br>Presented before Presiding Judge<br><br>6655 (Clark, Brian) (Entered: 07/21/2023) |
| 07/21/2023 | 6686 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule for Direct Purchaser Plaintiffs' Motion for Clarification 6612 : response from Direct Action Plaintiffs who have not responded or wish to change their position in light of the Court's Summary Judgment Order due by 7/21/2023; Defendants are to file their response by 7/28/2023; Direct Purchaser Plaintiffs and Direct Action Plaintiffs (if they choose to do so) to reply to Defendants' response by 8/1/2023. Mailed notice. (ecw, ) (Entered: 07/21/2023) |
| 07/21/2023 | 6687 | MEMORANDUM by Associated Wholesale Grocers, Inc., in Opposition to motion to clarify 6612 *Certain Direct Action Plaintiffs' Opposition to Direct Purchaser Plaintiffs' Motion for Clarification* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Owen, Daniel) (Entered: 07/21/2023) |
| 07/21/2023 | 6688 | RESPONSE by Defendant Harrison Poultry, Inc. (Gorham, Patricia) (Entered: 07/21/2023) |
| 07/21/2023 | 6689 | REPLY by Plaintiff Services Group of America, Inc. to motion for miscellaneous relief, 6638 , *Response* 6659 (Casas, Gregory) (Entered: 07/21/2023) |
| 07/21/2023 | 6690 | RESPONSE by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Wayne Farms, LLCin Opposition to MOTION by Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to Approve Opt Out, or Grant Extension<br><br>Presented before Presiding Judge<br><br>6655 *Certain Defendants Opposition to L. Hart DAPs' Motion for Late Opt-Out* (Baldridge, James) (Entered: 07/21/2023) |

| 07/21/2023 | 6691 | TRACK 1 PARTIES' JOINT SUBMISSION REGARDING COURTROOM FOR TRIAL by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC (Heftman, Lawrence) (Entered: 07/21/2023) |
|---|---|---|
| 07/21/2023 | 6692 | MEMORANDUM by Sysco Corporation in support of motion to substitute party 6630 (Porter, Julie) (Entered: 07/21/2023) |
| 07/21/2023 | 6693 | MEMORANDUM by Carina Ventures LLC in support of motion to substitute party 6630 (Gant, Scott) (Entered: 07/21/2023) |
| 07/25/2023 | 6694 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 7/25/2023. Mailed notice. (ecw, ) (Entered: 07/25/2023) |
| 07/25/2023 | 6695 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs and Defendants are each given 80 pages for their motions in limine, and 80 pages to respond. There will be no separate briefing schedule for experts. Motions relating to experts can be contained in the pages allowed. Mailed notice. (ecw, ) (Entered: 07/25/2023) |
| 07/26/2023 | 6696 | NOTICE by Craig Young Lee of Change of Address (Lee, Craig) (Entered: 07/26/2023) |
| 07/26/2023 | 6697 | MOTION by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs to unseal document *Class Plaintiffs' Motion to Unseal Summary Judgment Briefing and Exhibits*<br><br>Presented before Magistrate Judge<br><br>(Attachments: # 1 Declaration Declaration of Alison S. Deich in Support of Class Plaintiffs' Motion to Unseal Summary Judgement Briefing and Exhibits) (Johnson, Brent) (Entered: 07/26/2023) |
| 07/26/2023 | 6698 | MOTION by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs to Set Deadline to Finalize Evidentiary Stipulation with Defendant House of Raeford Farms, Inc.<br><br>Presented before Magistrate Judge<br><br>(Attachments: # 1 Exhibit 1)(Clark, Brian) (Entered: 07/26/2023) |
| 07/27/2023 | 6699 | TRANSCRIPT OF PROCEEDINGS held on 07/18/2023 before the Honorable Thomas M. Durkin. Status Hearing. Order Number: 46364. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 8/17/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/25/2023. (Carrion, Elia) (Entered: 07/27/2023) |

| 07/27/2023 | 6700 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Track 1 Plaintiffs' Motion to Set Deadline to Finalize Evidentiary Stipulation with Defendant House of Raeford Farms, Inc. 6698 is granted. The deadline for Track 1 Plaintiffs and Defendant House of Raeford Farms, Inc. ("HRF") to finalize an evidentiary stipulation acceptable to Track 1 Plaintiffs by agreement is 8/4/23. Track 1 Plaintiffs are granted leave to take an additional limited evidentiary deposition of HRF on or before 8/11/23 to address any Top 50 documents as to which HRF is no longer stipulating and to seek other relief as may be appropriate in that regard. Track 1 Plaintiffs and HRF shall file on or before 8/7/23 an updated joint status report concerning their efforts to finalize an evidentiary stipulation. If the parties have been unable to agree upon a stipulation, then the status report shall contain a confirmed date, time, and location for any deposition Track 1 Plaintiffs want to take of HRF as to these matters. Mailed notice (ber, ) (Entered: 07/27/2023) |
| --- | --- | --- |
| 07/27/2023 | 6701 | MINUTE entry before the Honorable Thomas M. Durkin: Hearing on motions is limine is set for 8/25/2023 at 10:00 a.m. Final Pretrial Conference is set for 9/7/2023 at 10:00 a.m. Mailed notice. (ecw, ) (Entered: 07/27/2023) |
| 07/27/2023 | 6702 | MINUTE entry before the Honorable Thomas M. Durkin: Hearing on motions is limine set for 8/25/2023 at 10:00 a.m. and Final Pretrial Conference set for 9/7/2023 at 10:00 a.m. will proceed in person in courtroom 1441. Counsel who plan on participating in the hearings must be present in person. Anyone who wishes to listen in remotely may use the following call-in number: (650) 479-3207 and the call-in ID is 180 815 7648. Counsel of record will receive an email invitation with instructions to join via video conference for observing the hearing only. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 07/27/2023) |
| 07/27/2023 | 6703 | MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. for reconsideration regarding Sealed motion 6683 *[PUBLIC-REDACTED VERSION] Motion For Reconsideration of the Court's Order Denying Their Individual Motion for Summary Judgment*<br><br>Presented before Presiding Judge<br><br>(Murray, Lynn) (Entered: 07/27/2023) |
| 07/27/2023 | 6704 | STIPULATION *Regarding Evidence Not to be Presented at Trial* (Adcox, Rachel) (Entered: 07/27/2023) |
| 07/27/2023 | 6705 | MOTION by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs in limine *Regarding September 12, 2023 Trial*<br><br>Presented before Presiding Judge<br><br>(Attachments: # 1 Declaration of Bobby Pouya in Support of Plaintiffs' Omnibus Motions in Limine)(Clark, Brian) (Entered: 07/27/2023) |
| 07/27/2023 | 6706 | SEALED DOCUMENT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *Omnibus Motions in Limine Regarding September 12, 2023 Trial* (Clark, Brian) (Entered: 07/27/2023) |

| 07/27/2023 | 6707 | SEALED EXHIBIT by Plaintiff Track 1 Direct Action Plaintiffs regarding MOTION by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffsin limine *Regarding September 12, 2023 Trial*<br><br>Presented before Presiding Judge<br><br>6705 (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15)(Clark, Brian) (Entered: 07/27/2023) |
| --- | --- | --- |
| 07/27/2023 | 6708 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Track One Trial Defendants' Motions in Limine* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit R, # 18 Exhibit S, # 19 Exhibit U, # 20 Exhibit V, # 21 Exhibit W, # 22 Exhibit X)(Adcox, Rachel) (Entered: 07/27/2023) |
| 07/27/2023 | 6709 | REPLY by EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to MOTION by Plaintiffs EMA Foods Co., LLC, L. Hart, Inc., R & D Marketing, LLC, Red Bird Farms Distribution Company, Timber Lake Foods, Inc. to Approve Opt Out, or Grant Extension<br><br>Presented before Presiding Judge<br><br>6655 , response in opposition to motion,,,,, 6690 (Ripp, Paul) (Entered: 07/27/2023) |
| 07/27/2023 | 6710 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Sealed Exhibit Q to Track One Defendants' Motions in Limine* (Attachments: # 1 Exhibit Q part 2, # 2 Exhibit Q part 3)(Adcox, Rachel) (Entered: 07/27/2023) |
| 07/28/2023 | 6711 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Exhibit T to Track One Defendants' Motions in Limine* (Attachments: # 1 Exhibit T part 2, # 2 Exhibit T part 3, # 3 Exhibit T part 4)(Adcox, Rachel) (Entered: 07/28/2023) |
| 07/28/2023 | 6712 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants are to respond to Class Plaintiffs' Motion to Unseal Summary Judgment Briefing and Exhibits 6697 by 8/7/2023. Mailed notice. (ecw, ) (Entered: 07/28/2023) |
| 07/28/2023 | 6713 | TRANSCRIPT OF PROCEEDINGS held on 07/18/2023 before the Honorable Thomas M. Durkin. Preliminary Approval - Docket Entry No. 6633. Order Number: 46364. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.77.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

Redaction Request due 8/18/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/26/2023. (Carrion, Elia) (Entered: 07/28/2023)

| 07/28/2023 | 🔓 6714 | TRANSCRIPT OF PROCEEDINGS held on 07/18/2023 before the Honorable Thomas M. Durkin. Preliminary Approval - Docket Entry No. 6650. Order Number: 46364. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.77. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 8/18/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/26/2023. (Carrion, Elia) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 6715 | ATTORNEY Appearance for Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. by Joshua Edward Liebman (Liebman, Joshua) (Entered: 07/28/2023) |
| 07/28/2023 | 6716 | STIPULATION of Dismissal *with Prejudice of Certain Track 2 DAPs' Claims Against George's* (Esau, David) (Entered: 07/28/2023) |
| 07/28/2023 | 6717 | MOTION by Plaintiff End-User Consumer Plaintiffs for entry of judgment under Rule 54(b) *as to Defendants Agri Stats, Foster Farms, Claxton, and Wayne Farms* Presented before Presiding Judge (Scarlett, Shana) (Entered: 07/28/2023) |
| 07/28/2023 | 6718 | STIPULATED Order Dismissing Certain Track 2 DAPs' Claims with Prejudice against George's, Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 7/28/2023. Mailed notice. (ecw, ) (Entered: 07/28/2023) |
| 07/28/2023 | 6719 | STIPULATION *[and Proposed Order] for Dismissal with Prejudice by the Affiliated Foods Plaintiffs' of Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., and Tyson Sales and Distribution, Inc.* (McCahill, Matthew) (Entered: 07/28/2023) |
| 07/28/2023 | 6720 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs and Defendants Agri Stats, Foster Farms, Claxton, and Wayne Farms have agreed to the following briefing schedule as to EUCP's Motion for Entry of Judgment under Fed. R. Civ. P 54(b) 6717 : Defendants are to file their opposition memorandum by 8/11/2023; EUCP are to file their reply by 8/18/2023. Mailed notice. (ecw, ) (Entered: 07/28/2023) |
| 07/28/2023 | 6721 | SEALED RESPONSE by Fieldale Farms Corporation to sealed document, 6649 (Attachments: # 1 Declaration of B. Parker Miller, # 2 Declaration of Clayton Franklin)(Grantham, Thomas) (Entered: 07/28/2023) |
| 07/28/2023 | 6722 | RESPONSE by Fieldale Farms Corporationin Opposition to MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs to enforce *Settlement with Defendant Fieldale Farms Corporation* |

| | | Presented before Presiding Judge |
|---|---|---|
| | | 6648 *(Public Redacted Version)* (Grantham, Thomas) (Entered: 07/28/2023) |
| 07/28/2023 | 6723 | RESPONSE by Pilgrim's Pride Corporationin Support of MOTION by Plaintiff Direct Purchaser Plaintiffs to clarify *Minute Order ECF No. 6203*<br><br>Presented before Presiding Judge<br><br>6612 *Track 1 Trial Defendants' Response in Support of DPPs' Motion to Clarify* (Attachments: # 1 Exhibit Ex. A - AWG 30(b)(6) Deposition, # 2 Exhibit Ex. B - AWG Presentation)(Bonanno, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 6724 | SEALED RESPONSE by Pilgrim's Pride Corporation to response in support of motion, 6723 , MOTION by Plaintiff Direct Purchaser Plaintiffs to clarify *Minute Order ECF No. 6203*<br><br>Presented before Presiding Judge<br><br>6612 *SEALED Track 1 Trial Defendants' Response in Support of DPPs' Motion to Clarify* (Attachments: # 1 Exhibit Ex. A - AWG 30(b)(6) Deposition, # 2 Exhibit Ex. B - AWG Presentation)(Bonanno, Michael) (Entered: 07/28/2023) |
| 07/28/2023 | 6725 | SEALED RESPONSE by Perdue Farms, Inc., Perdue Foods LLC to SEALED MOTION by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *TRACK ONE PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT⬛ 6684 (Baldridge, James) (Entered: 07/28/2023)* |
| 07/31/2023 | 6726 | STIPULATED Order for Dismissal with Prejudice by the Affiliated Foods Plaintiffs of Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc., and Tyson Sales and Distribution, Inc. Signed by the Honorable Thomas M. Durkin on 7/31/2023. Mailed notice. (ecw, ) (Entered: 07/31/2023) |
| 07/31/2023 | 6727 | STATUS Report by House of Raeford Farms, Inc.<br><br>Presented before Magistrate Judge<br><br>(Wrobel, Gregory) (Entered: 07/31/2023) |
| 07/31/2023 | 6728 | Notice of Compliance with CAFA Notice by Harrison Poultry, Inc. (Attachments: # 1 Declaration)(Gorham, Patricia) (Entered: 07/31/2023) |
| 07/31/2023 | 6729 | ORDER: For the reasons stated in the attached order, Plaintiffs' motions for late opt out from the certified Direct Purchaser Plaintiff class 6638 6655 are granted. Signed by the Honorable Thomas M. Durkin on 7/31/2023. Mailed notice. (ecw, ) (Entered: 08/01/2023) |
| 08/01/2023 | 6730 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report Pursuant to ECF. No 6700 6727 and appreciates the parties' efforts to resolve this issue. Mailed notice (ber, ) (Entered: 08/01/2023) |
| 08/01/2023 | 6731 | STIPULATION of Dismissal *With Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendant Harrison Poultry* (Owen, Daniel) (Entered: 08/01/2023) |

| 08/01/2023 | 6732 | MINUTE entry before the Honorable Thomas M. Durkin: By agreement of the parties, Direct Purchaser Plaintiff class and Certain Direct Action Plaintiffs' deadline to file replies to the DPP's Motion to Clarify 6612 is extended to 8/2/2023. Mailed notice. (ecw, ) (Entered: 08/01/2023) |
|---|---|---|
| 08/01/2023 | 6733 | STIPULATED ORDER of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendant Harrison Poultry. Signed by the Honorable Thomas M. Durkin on 8/1/2023. Mailed notice. (ecw, ) (Entered: 08/01/2023) |
| 08/01/2023 | 6734 | STIPULATION regarding order on motion for miscellaneous relief,,,,, 6729 *L. Hart et al. stipulation to DPP and Simmons Settlement* (Ripp, Paul) (Entered: 08/01/2023) |
| 08/02/2023 | 6735 | REPLY by Plaintiffs Associated Wholesale Grocers, Inc.,, COLUMBIA MEATS, INC., GREENVILLE MEATS, INC., KJ 2019 Holdings, LLC, W. Lee Flowers & Co., Inc. to response in support of motion, 6723 , sealed response, 6724 *(Reply in Further Opposition to Direct Purchaser Plaintiffs' Motion for Clarification)* (Owen, Daniel) (Entered: 08/02/2023) |
| 08/02/2023 | 6736 | STIPULATION of Dismissal *with Prejudice of Certain Actions Against Harrison Poultry, Inc. [proposed order]* (Blechman, William) (Entered: 08/02/2023) |
| 08/02/2023 | 6737 | STIPULATED Order of Dismissal, with Prejudice, of Certain Actions against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 8/2/2023. Mailed notice. (ecw, ) (Entered: 08/02/2023) |
| 08/02/2023 | 6738 | REPLY by Plaintiff Direct Purchaser Plaintiffs to motion to clarify 6612 (Clark, Brian) (Entered: 08/02/2023) |
| 08/02/2023 | 6739 | SEALED DOCUMENT by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs *Reply to 6684 TRACK ONE PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING PERDUE'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM* (Johnson, Brent) (Entered: 08/02/2023) |
| 08/02/2023 | 6740 | DECLARATION of Brent W. Johnson regarding sealed document, 6739 *TRACK ONE PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING PERDUE'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PER SE CLAIM* (Johnson, Brent) (Entered: 08/02/2023) |
| 08/03/2023 | 6741 | ORDER: For the reasons stated in the attached order, the motion to clarify 6612 is granted. Signed by the Honorable Thomas M. Durkin on 8/3/2023. Mailed notice. (ecw, ) (Entered: 08/03/2023) |
| 08/03/2023 | 6742 | SEALED RESPONSE by Bi-Lo Holdings, LLC, Winn-Dixie Stores, Inc. to MOTION by Defendant Peco Foods, Inc. for reconsideration<br><br>Presented before Presiding Judge<br><br>6661 *Certain Track 1 Plaintiffs' Memorandum in Opposition to Peco Foods, Inc.'s Motion for Reconsideration* (Iovieno, Philip) (Entered: 08/03/2023) |
| 08/03/2023 | 6743 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendants JCG Foods of |

| | | Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *for Reconsideration of June 30, 2023 Order*<br><br>Presented before Presiding Judge<br><br>6657 *Track One Plaintiffs' Memorandum in Opposition to the Koch Defendants' Motion for Reconsideration of the Court's June 30, 2023, Order Denying their Individual Motion for Summary Judgment and to Correct Errors in the Order* (Rissman, Joshua) (Entered: 08/03/2023) |
|---|---|---|
| 08/03/2023 | 6744 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs to SEALED MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *For Reconsideration of The Court's Order Denying Their Individual Motion For Summary Judgment*<br><br>Presented before Presiding Judge<br><br>6683 *Track One Plaintiffs' Memorandum in Opposition to Simmons Defendants' Motion for Reconsideration of the Court's June 30, 2023, Order Denying their Individual Motion for Summary Judgment* (Rissman, Joshua) (Entered: 08/03/2023) |
| 08/03/2023 | 6745 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, Direct Purchaser Plaintiffs, End-User Consumer Plaintiffs, Track 1 Direct Action Plaintiffs to SEALED MOTION by Defendant House of Raeford Farms, Inc. *to Reconsider The Court's Order Denying Its Individual Motion for Summary Judgment and to Correct Factual Errors in the Order*<br><br>Presented before Presiding Judge<br><br>6668 (Johnson, Brent) (Entered: 08/03/2023) |
| 08/03/2023 | 6746 | SEALED RESPONSE by Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs to SEALED MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC<br><br>Presented before Presiding Judge<br><br>MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC for reconsideration regarding order on motion for summary judgment,,,,,,,,,,,,,,,,,,, order on sealed motion,,,,,,,,,,,,,,,,,,,,,,,,,,, 6662 (Johnson, Brent) (Entered: 08/03/2023) |
| 08/04/2023 | 6747 | STIPULATION of Dismissal (Ahern, Patrick) (Entered: 08/04/2023) |
| 08/04/2023 | 6748 | STIPULATED Order of Dismissal, with Prejudice, of Certain Actions against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 8/4/2023. Mailed notice. (ecw, ) (Entered: 08/04/2023) |
| 08/04/2023 | 6749 | ORDER: For the reasons stated in the attached order, Plaintiffs' motion to reconsider 6684 is denied. Signed by the Honorable Thomas M. Durkin on 8/4/2023. Mailed notice. (ecw, ) (Entered: 08/04/2023) |
| 08/04/2023 | 6750 | STIPULATION regarding order 6677 *Track One Parties' Joint Stipulation and Request to Modify the Pre-Trial Schedule* (Clark, Brian) (Entered: 08/04/2023) |

| 08/07/2023 | 6751 | DECLARATION of Eric Schachter regarding declaration 6540 (*Second Supplemental Declaration of Eric Schachter Regarding: Report on Requests for Exclusion*) (Attachments: # 1 Exhibit A - Updated Opt Out List)(Pearson, Michael) (Entered: 08/07/2023) |
| --- | --- | --- |
| 08/07/2023 | 6752 | STIPULATION *Stipulation for Dismissal of Non-Sherman Act Claims, in Compliance with August 3, 2023 Order (ECF 6741)* (Owen, Daniel) (Entered: 08/07/2023) |
| 08/07/2023 | 6753 | STIPULATION *of Kroger & Publix Direct Action Plaintiffs' Intention to Proceed to September 2023 Trial* (Germaine, David) (Entered: 08/07/2023) |
| 08/07/2023 | 6754 | STIPULATION of Dismissal *of Non-Sherman Act Claims by KJ 2019 Holdings, LLC, Greenville Meats and Columbia Meats, Inc., in Compliance with August 3, 2023 Order* (McCahill, Matthew) (Entered: 08/07/2023) |
| 08/07/2023 | 6755 | STIPULATION - *The Affiliated Foods Plaintiffs' Stipulation of Intent to Proceed to September 2023 Trial* (McCahill, Matthew) (Entered: 08/07/2023) |
| 08/07/2023 | 6756 | STIPULATION of Dismissal *Winn-Dixie Plaintiffs' Stipulation of Dismissal of Non-Sherman Act Claims for Track 1 Trial* (Ahern, Patrick) (Entered: 08/07/2023) |
| 08/07/2023 | 6757 | MEMORANDUM by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. in Opposition to motion to unseal document, 6697 (Attachments: # 1 Exhibit A, # 2 Declaration of Michael P. Mayer In Support of Defendants' Opposition to Class Plaintiffs' Motion to Unseal Summary Judgment Briefing and Exhibits)(Mayer, Michael) (Entered: 08/07/2023) |
| 08/08/2023 | 6758 | SEALED REPLY by Affiliated Foods, Inc.'s Plaintiffs to MOTION by Plaintiff Affiliated Foods, Inc.'s Plaintiffs to enforce *Settlement with Defendant Fieldale Farms Corporation*<br><br>Presented before Presiding Judge<br><br>6648 (Kaplan, Robert) (Entered: 08/08/2023) |
| 08/08/2023 | 6759 | REPLY by Plaintiff Affiliated Foods, Inc.'s Plaintiffs to motion to enforce, 6648 *[PUBLIC REDACTED VERSION]* (Kaplan, Robert) (Entered: 08/08/2023) |
| 08/08/2023 | 6760 | NOTICE by Christopher C. Brewer of Change of Address (Brewer, Christopher) (Entered: 08/08/2023) |
| 08/08/2023 | 6761 | Notice of Schedule Regarding Supplemental Expert Discovery in the Direct Purchaser Plaintiff Action by Direct Purchaser Plaintiffs (Pouya, Bobby) (Entered: 08/08/2023) |
| 08/09/2023 | 6762 | MOTION by Attorney James Douglas Baldridge to withdraw as attorney for Perdue Farms, Inc., Perdue Foods LLC. No party information provided<br><br>Presented before District Judge<br><br>(Foley, Danielle) (Entered: 08/09/2023) |
| 08/09/2023 | 6763 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs' "motion to unseal summary judgment briefing and exhibits" 6697 is denied in part and granted in part. Defendants have no objection to de-designating and unsealing documents that are referenced in the Court's recent summary judgment order, R. 6641 , and that is all that the law requires. See City of Greenville, Ill. v. Syngenta |

| | | Crop Prod. Inc., 164 F.3d 695, 698 (7th Cir. 2014) ("The presumption of public access turns on what the judge did, not on what the parties filed"). The parties should meet and confer about a list of documents referenced in the order, R. <u>6641</u>, and present the Court with a joint proposed order unsealing those documents. Mailed notice. (kp, ) (Entered: 08/09/2023) |
|---|---|---|
| 08/10/2023 | 6764 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion to Enforce Settlement* (Attachments: # <u>1</u> Exhibit A (Proposed Sur-Reply))(Grantham, Thomas) (Entered: 08/10/2023) |
| 08/10/2023 | 📑 6765 | MOTION by Plaintiff End-User Consumer Plaintiffs for entry of judgment under Rule 54(b) *as to Defendant Perdue*<br><br>Presented before District Judge<br><br>(Johnson, Brent) (Entered: 08/10/2023) |
| 08/10/2023 | 6766 | SEALED REPLY by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC to SEALED MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC<br><br>Presented before Presiding Judge<br><br>MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC for reconsideration regarding order on motion for summary judgment,,,,,,,,,,,,,,,,,,, order on sealed motion,,,,,,,,,,,,,,,,,,,,,,,,,, <u>6662</u> (Heftman, Lawrence) (Entered: 08/10/2023) |
| 08/10/2023 | 6767 | SEALED REPLY by Peco Foods, Inc. to MOTION by Defendant Peco Foods, Inc. for reconsideration<br><br>Presented before Presiding Judge<br><br><u>6661</u> (Bershteyn, Boris) (Entered: 08/10/2023) |
| 08/10/2023 | 6768 | SEALED REPLY by House of Raeford Farms, Inc. to SEALED MOTION by Defendant House of Raeford Farms, Inc. *to Reconsider The Court's Order Denying Its Individual Motion for Summary Judgment and to Correct Factual Errors in the Order*<br><br>Presented before Presiding Judge<br><br><u>6668</u> (Wrobel, Gregory) (Entered: 08/10/2023) |
| 08/10/2023 | 6769 | SEALED REPLY by Simmons Foods, Inc., Simmons Prepared Foods, Inc. to SEALED MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *For Reconsideration of The Court's Order Denying Their Individual Motion For Summary Judgment*<br><br>Presented before Presiding Judge<br><br><u>6683</u> (Murray, Lynn) (Entered: 08/10/2023) |
| 08/10/2023 | 6770 | SEALED REPLY by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to SEALED MOTION by Defendants |

| | | JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *for Reconsideration of June 30, 2023 Order* |
|---|---|---|
| | | Presented before Presiding Judge |
| | | 6657 (Attachments: # 1 Exhibit Group Exhibit A)(Novack, Stephen) (Entered: 08/10/2023) |
| 08/10/2023 | 6771 | STIPULATION regarding sealed document 6706 , sealed document,, 6708 *Track One Parties' Additional Joint Stipulations Regarding the Parties' Motions in Limine* (Adcox, Rachel) (Entered: 08/10/2023) |
| 08/10/2023 | 6772 | RESPONSE by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs to sealed document,, 6708 *(Redacted Opposition to Track One Trial Defendants' Motions in Limine)* (Attachments: # 1 Declaration of Bobby Pouya) (Pouya, Bobby) (Entered: 08/10/2023) |
| 08/10/2023 | 6773 | SEALED RESPONSE by Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs to sealed document,, 6708 *(Opposition to Track One Trial Defendants' Motions In Limine)* (Pouya, Bobby) (Entered: 08/10/2023) |
| 08/10/2023 | 6774 | SEALED EXHIBIT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs regarding Response, 6772 (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9)(Pouya, Bobby) (Entered: 08/10/2023) |
| 08/10/2023 | 6775 | SEALED MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Track One Trial Defendants' Opposition to Plaintiffs' Omnibus Motions in Limine Regarding September 12, 2023 Trial* |
| | | Presented before District Judge |
| | | (Attachments: # 1 Declaration of Michael J. O'Mara, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Adcox, Rachel) (Entered: 08/10/2023) |
| 08/11/2023 | 6776 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20919998. |
| | | Presented before District Judge |
| | | (Cabral, Colin) (Entered: 08/11/2023) |
| 08/11/2023 | 6777 | SEALED RESPONSE by Affiliated Foods, Inc.'s Plaintiffs to sealed document 6764 *Fieldale's Motion for leave to File Sur-Reply In Opposition to Motion to Enforce Settlement* (Kaplan, Robert) (Entered: 08/11/2023) |
| 08/11/2023 | 6778 | RESPONSE by Plaintiff Affiliated Foods, Inc.'s Plaintiffs *to Fieldale's Motion for leave to File Sur-Reply In Opposition to Motion to Enforce Settlement (REDACTED PUBLIC VERSION)* (Kaplan, Robert) (Entered: 08/11/2023) |
| 08/12/2023 | 6779 | SEALED RESPONSE by Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to sealed document 6706 *Track One Trial Defendants' CORRECTED Opposition to Plaintiffs' Omnibus Motions In Limine Regarding September 12, 2023 Trial* (Attachments: # 1 Declaration of Michael J. O'Mara in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Adcox, Rachel) (Entered: 08/12/2023) |

| 08/14/2023 | 6780 | Notice of Settlement by Direct Purchaser Plaintiffs (*Direct Purchaser Plaintiffs' Notice of Settlement with the Mountaire Defendants*) (Pearson, Michael) (Entered: 08/14/2023) |
|---|---|---|
| 08/15/2023 | 6781 | MINUTE entry before the Honorable Thomas M. Durkin: The briefing schedule as to EUCP's Motion for Entry of Judgment under Fed. R. Civ. P 54(b) 6717 6720 is amended by agreement such that Defendants are to file their opposition memorandum by 8/18/2023; and the EUCP are to file their reply by 8/25/2023. Mailed notice. (kp, ) (Entered: 08/15/2023) |
| 08/15/2023 | 6782 | MEMORANDUM Opinion and Order: Therefore, Defendants' motion is granted in part, denied in part, and reserved in part. The motion for summary judgment is granted with respect to Plaintiffs' claims under the consumer protection of statutes of Minnesota, Nevada, North Carolina, Oregon, South Carolina, South Dakota, and Vermont, and the Indirects' Utah claim. The motion is reserved with respect to the unjust enrichment claims. The motion is denied in all other respects. Signed by the Honorable Thomas M. Durkin on 8/15/2023. Mailed notice. (kp, ) (Entered: 08/15/2023) |
| 08/15/2023 | 6783 | MINUTE entry before the Honorable Thomas M. Durkin: A second Track One trial in this case will be scheduled for March 4, 2024. The parties should file by September 1, 2023 a joint status report as to whether that trial should address the claims of the Indirect Purchaser Plaintiffs Class, the End Use Plaintiff Class, or both classes. Mailed notice. (kp, ) (Entered: 08/15/2023) |
| 08/15/2023 | 6784 | REPLY by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. to Sealed motion 6683 *For Reconsideration of The Court's Order Denying Their Individual Motion For Summary Judgment [PUBLIC-REDACTED]* (Murray, Lynn) (Entered: 08/15/2023) |
| 08/16/2023 | 6785 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20936751. Presented before District Judge (Ledingham, Shawn) (Entered: 08/16/2023) |
| 08/16/2023 | 6786 | MINUTE entry before the Honorable Thomas M. Durkin: Based on the chart of settlements emailed to the Court on 8/11/2023, the Court understands that Raeford, Koch, Sanderson, Tyson, and Keystone are the five remaining defendants participating in the trial set for 9/12/2023. The parties should file a status report by 8/18/2023 that includes the following information: (1) confirmation of the defendants going to trial and any new settlements; (2) the anticipated number of attorneys and support personnel for each side participating in the trial and who will be seated in the courtroom; (3) the anticipated length of trial, adjusted for the decreased number of parties going to trial; (4) whether any motions in limine or motions for reconsider have become moot for any reason; and (5) any other logistical information regarding the number of parties, number of attorneys, and number of motions the Court should know relevant to preparation for trial. In addition to the status report due 8/18/2023, the parties should file an updated report addressing these topics on the following dates: 8/24/2023; 9/1/2023; and 9/6/2023. Mailed notice. (kp, ) (Entered: 08/16/2023) |
| 08/16/2023 | 6787 | ATTORNEY Appearance for Plaintiffs Associated Grocers of Florida, Inc., Associated Grocers of the South, Inc., Meijer Distribution, Inc., Meijer, Inc., OSI Restaurant Partners, LLC, Publix Super Markets, Inc., Supervalu Inc., Unified |

| | | Grocers, Inc., Wakefern Food Corporation by Allison G Margolies (Margolies, Allison) (Entered: 08/16/2023) |
|---|---|---|
| 08/16/2023 | 6788 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 6776 , 6785 are granted. Attorneys Shawn S. Ledingham, Jr., Colin G. Cabral for Wayne Farms LLC, Sanderson Farms, LLC, Sanderson Farm Foods, LLC, Sanderson Farms Production, LLC, and Sanderson Farms Processing, LLC added. Motion to withdraw as attorney 6762 is granted. Attorney James Douglas Baldridge terminated. Mailed notice. (kp, ) (Entered: 08/16/2023) |
| 08/17/2023 | 6789 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20939271. |
| | | Presented before District Judge |
| | | (DuBosar, Jared) (Entered: 08/17/2023) |
| 08/17/2023 | 6790 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-20939315. |
| | | Presented before District Judge |
| | | (Weil, Simona) (Entered: 08/17/2023) |
| 08/17/2023 | 6791 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants are ordered to file a reply brief on their motions in limine of no more than 25 pages by 8/23/2023. Defendants may address whatever arguments they wish, but should focus on their motion in limine #1. The Courts does not require a reply from Plaintiffs on their motions in limine, but they have leave to file one if they wish, also of no more than 25 pages by 8/23/2023. Mailed notice (mjc, ) (Entered: 08/17/2023) |
| 08/18/2023 | 6792 | MINUTE entry before the Honorable Thomas M. Durkin: Attorney Jared M DuBosar's motion to appear pro hac vice 6789 on behalf of Wayne Farms LLC, Sanderson Farms, LLC, Sanderson Farms Foods LLC, Sanderson Farms Production, LLC and Sanderson Farms Processing, LLC is granted. Simona Weil's motion to appear pro hac vice 6790 on behalf of Wayne Farms LLC, Sanderson Farms, LLC, Sanderson Farms Foods LLC, Sanderson Farms Production, LLC and Sanderson Farms Processing, LLC is granted. Mailed notice (mjc, ) (Entered: 08/18/2023) |
| 08/18/2023 | 6793 | ATTORNEY Appearance for Plaintiff Amory Investments LLC by Jennifer Scullion (Scullion, Jennifer) (Entered: 08/18/2023) |
| 08/18/2023 | 6794 | ATTORNEY Appearance for Plaintiff Amory Investments LLC by Christopher A Seeger (Seeger, Christopher) (Entered: 08/18/2023) |
| 08/18/2023 | 6795 | RESPONSE by Agri Stats, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Perdue Farms, Inc., Perdue Foods LLC, Wayne Farms, LLCin Opposition to MOTION by Plaintiff End-User Consumer Plaintiffs for entry of judgment under Rule 54(b) *as to Defendant Perdue* |
| | | Presented before District Judge |
| | | 6765 , MOTION by Plaintiff End-User Consumer Plaintiffs for entry of judgment under Rule 54(b) *as to Defendants Agri Stats, Foster Farms, Claxton, and Wayne Farms* |

| | | Presented before Presiding Judge |
|---|---|---|
| | | 6717 (Attachments: # 1 Exhibit A)(Zarlenga, Carmine) (Entered: 08/18/2023) |
| 08/18/2023 | 6796 | SEALED DOCUMENT by Plaintiff Associated Grocers of the South, Inc. *[Track One Trial Parties' Joint Status Report Regarding September Trial]* (Germaine, David) (Entered: 08/18/2023) |
| 08/21/2023 | 6797 | MINUTE entry before the Honorable Thomas M. Durkin: Having considered the parties briefs and arguments, the Court denies the motions for reconsideration filed by defendants Koch 6657 and Raeford 6668 . A memorandum opinion will follow explaining the Court's reasoning. The Court issues this order, with a memorandum opinion to follow, in order to provide early notice regarding Koch's and Raeford's participation in the trial scheduled to begin 9/12/2023 in advance of the hearing on motions in limine scheduled for 8/25/2023. Mailed notice (mjc, ) (Entered: 08/21/2023) |
| 08/22/2023 | 6798 | REPLY by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to motion for reconsideration,,,, 6674 (Attachments: # 1 Exhibit Group Exhibit A)(Novack, Stephen) (Entered: 08/22/2023) |
| 08/22/2023 | 6799 | SEALED EXHIBIT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. regarding reply 6798 (Novack, Stephen) (Entered: 08/22/2023) |
| 08/22/2023 | 6800 | MANDATE of USCA dated 08/22/2023 regarding notice of appeal, 5622 ; USCA No.22-1858; No record to be returned. (rc, ) (Entered: 08/22/2023) |
| 08/22/2023 | 6801 | CERTIFIED COPY OF USCA JUDGMENT dated 07/21/2023 regarding notice of appeal, 5622 ; USCA No. 22-1858; The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date. (rc, ) (Entered: 08/22/2023) |
| 08/22/2023 | 6802 | CERTIFIED copy of order dated 08/14/2023 from the 7th Circuit regarding notice of appeal, 5622 ; Appellate case no. : 22-1858; Plaintiffs-Appellants filed a petition for rehearing and rehearing en banc on July 28, 2023. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing. The petition for rehearing is therefore DENIED. (rc, ) (Entered: 08/22/2023) |
| 08/22/2023 | 6803 | CERTIFIED COPY OF OPINION from the USCA for the 7th Circuit; Argued 01/06/2023; Decided 07/21/2023 in USCA case no. 22-1858. (rc, ) (Entered: 08/22/2023) |
| 08/23/2023 | 6804 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 08/23/2023) |
| 08/23/2023 | 6805 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) */ TRACK ONE TRIAL DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTIONS IN LIMINE [ECF NO. 6708]* |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ondeck, Christopher) (Entered: 08/23/2023) |
| 08/23/2023 | 6806 | REPLY by Direct Purchaser Plaintiffs to SEALED MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Track One Trial Defendants' Opposition to Plaintiffs' Omnibus Motions in Limine Regarding September 12, 2023 Trial*<br><br>Presen 6775 *(Reply to Track One Trial Defendants' Opposition to Plaintiffs' Omnibus Motions In Limine Regarding September 12, 2023 Trial)* (Attachments: # 1 Declaration of Bobby Pouya, # 2 Exhibit A)(Pouya, Bobby) (Entered: 08/23/2023) |
| 08/24/2023 | 6807 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Plaintiffs' motion for leave to file excess pages 6804 is granted. Mailed notice. (kp, ) (Entered: 08/24/2023) |
| 08/24/2023 | 6808 | STIPULATION of Dismissal *with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendant Pilgrim's Pride Corporation* (Owen, Daniel) (Entered: 08/24/2023) |
| 08/24/2023 | 6809 | STIPULATION regarding sealed document,, 6708 *Regarding Phone Records, Deposition of Stacy Arruda and Defendants' Motion in Limine No. 9* (Ondeck, Christopher) (Entered: 08/24/2023) |
| 08/24/2023 | 6810 | SEALED REPLY by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to sealed response 6773 *[Track One Trial Defendants' CORRECTED Reply in Support of Motions in Limine [ECF No. 6708]]* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Novack, Stephen) (Entered: 08/24/2023) |
| 08/24/2023 | 6811 | SEALED DOCUMENT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *JOINT SUBMISSION IN RESPONSE TO ECF NO. 6786* (Clark, Brian) (Entered: 08/24/2023) |
| 08/25/2023 | 6812 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of the Settlements with the Mountaire and O.K. Foods Defendants)*<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 08/25/2023) |
| 08/25/2023 | 6813 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 6812 *(Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of the Settlements with the Mountaire and O.K. Foods Defendants)* (Pearson, Michael) (Entered: 08/25/2023) |
| 08/25/2023 | 6814 | DECLARATION of Michael H. Pearson regarding motion for settlement, 6812 *(Declaration of Michael H. Pearson in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with the Mountaire and O.K. Foods Defendants)* (Attachments: # 1 Exhibit A-Mountaire Settlement Agreement, # 2 Exhibit B - O.K. Foods Settlement Agreement)(Pearson, Michael) (Entered: 08/25/2023) |
| 08/25/2023 | 6815 | DECLARATION of Eric Schachter regarding motion for settlement, 6812 *(Declaration of Eric Schachter in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with the Mountaire and O.K. Foods* |

| | | *Defendant)* (Attachments: # 1 Exhibit A-Class Data Report, # 2 Exhibit B-Long-Form Notice, # 3 Exhibit C-Short-Form Notice, # 4 Exhibit D-Banner Ad) (Pearson, Michael) (Entered: 08/25/2023) |
|---|---|---|
| 08/25/2023 | 6816 | REPLY by Plaintiff End-User Consumer Plaintiffs to motion for entry of judgment under Rule 54(b) 6717 *End-User Consumer Plaintiffs' Reply in Support of End-User Consumer Plaintiffs' Motion for Entry of Final Judgment Under Rule 54(b)* (Scarlett, Shana) (Entered: 08/25/2023) |
| 08/28/2023 | 6817 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 8/25/2023. The parties' motions on limine 6705 6708 6775 are granted in part, denied in part, and reserved in part, in accordance with the oral rulings on the record at the 8/25/2023 hearing. Mailed notice. (kp, ) (Entered: 08/28/2023) |
| 08/28/2023 | 6818 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing set for 8/31/2023 at 8:45 a.m. as to Plaintiff's motion for preliminary approval of the settlements with the Defendants Mountaire and O.K. Foods 6812 . To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice. (kp, ) (Entered: 08/28/2023) |
| 08/28/2023 | 6819 | TRANSCRIPT OF PROCEEDINGS held on 08/25/2023 before the Honorable Thomas M. Durkin. Motions in Limine. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/18/2023. Redacted Transcript Deadline set for 9/28/2023. Release of Transcript Restriction set for 11/27/2023. (Carrion, Elia) (Entered: 08/28/2023) |
| 08/29/2023 | 6820 | STIPULATION *and Joint Motion [and Proposed Order] for Dismissal with Prejudice by the Affiliated Foods Plaintiffs of Defendants Mountaire Farms Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc.* (McCahill, Matthew) (Entered: 08/29/2023) |
| 08/31/2023 | 6821 | MINUTE entry before the Honorable Thomas M. Durkin: The Court received notice of the Seventh Circuit's reversal of the Court's order of a fee award to counsel for the End User Class 5855 . The affected parties should file a joint status report regarding how they would like to proceed by 9/8/2023. Mailed notice. (kp, ) (Entered: 08/31/2023) |
| 08/31/2023 | 6829 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing held on 8/31/2023 on the motion for preliminary approval of the settlements with the Defendants Mountaire and O.K. Foods. Plaintiff Direct |

| | | Purchaser Plaintiffs' motion for settlement approval is granted. Mailed notice. (kp, ) (Entered: 09/05/2023) |
|---|---|---|
| 09/01/2023 | 6822 | SEALED MOTION by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *for Reconsideration of Rulings on Plaintiffs' Motion in Limine No. 5 and Defendants' Motion in Limine No. 11, or In the Alternative, to Allow Plaintiffs to Introduce Certain Deposition Exhibits at Trial Through Other Means* <br><br> Presented before District Judge <br><br> (Attachments: # 1 Declaration of Robert J. Wozniak, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Wozniak, Robert) (Entered: 09/01/2023) |
| 09/01/2023 | 6823 | SEALED DOCUMENT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *Exhibit 7 to Declaration in Support of Sealed Motion (ECF No. 6822)* (Wozniak, Robert) (Entered: 09/01/2023) |
| 09/01/2023 | 6824 | SEALED DOCUMENT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *Exhibit 8 to Declaration in Support of Sealed Motion (ECF No. 6822)* (Attachments: # 1 Exhibit 9, # 2 Exhibit 10)(Wozniak, Robert) (Entered: 09/01/2023) |
| 09/01/2023 | 6825 | SEALED DOCUMENT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *Exhibit 11 to Declaration in Support of Sealed Motion (ECF No. 6822)* (Attachments: # 1 Exhibit 12, # 2 Exhibit 13, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 17)(Wozniak, Robert) (Entered: 09/01/2023) |
| 09/01/2023 | 6826 | STATUS Report *in Response to ECF No. 6786 [filed jointly among Track One Trial Parties]* by Direct Purchaser Plaintiffs <br><br> Presented before District Judge <br><br> (Clark, Brian) (Entered: 09/01/2023) |
| 09/01/2023 | 6827 | STATUS Report *re 6783 JOINT SUBMISSION REGARDING MARCH 4, 2024 TRIAL PARTIES* by Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs <br><br> Presented before District Judge <br><br> (Johnson, Brent) (Entered: 09/01/2023) |
| 09/01/2023 | 6828 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *Joint Pre-Trial Memorandum Among All September 12, 2023 Track 1 Trial Parties* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Clark, Brian) (Entered: 09/01/2023) |
| 09/05/2023 | 6830 | ORDER Granting Direct Purchaser Plaintiffs' motion for preliminary approval of the settlements with the Mountaire and O.K. Foods Defendants. Signed by the Honorable Thomas M. Durkin on 9/5/2023. Mailed notice. (kp, ) (Entered: 09/05/2023) |
| 09/05/2023 | 6831 | STIPULATION of Dismissal *With Prejudice of Defendants Mountaire Farms Inc., Mountaire Farms, LLC, and Mountaire Farms of Delaware, Inc.* (Owen, Daniel) (Entered: 09/05/2023) |

| 09/06/2023 | 6832 | STIPULATION of Dismissal *With Prejudice of Defendant O.K. Foods, Inc.* (Owen, Daniel) (Entered: 09/06/2023) |
|---|---|---|
| 09/06/2023 | 6833 | ORDER: Plaintiffs' motion to enforce their settlement with Fieldale 6648 is granted. Signed by the Honorable Thomas M. Durkin on 9/6/2023. Mailed notice. (kp, ) (Entered: 09/06/2023) |
| 09/06/2023 | 6834 | MOTION by Plaintiffs Commercial and Institutional Indirect Purchaser Plaintiffs, End-User Consumer Plaintiffs to clarify *ORDER ON JOINT MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' STATE LAW CLAIMS*<br><br>Presented before District Judge<br><br>(Johnson, Brent) (Entered: 09/06/2023) |
| 09/06/2023 | 6835 | STIPULATION of Dismissal *JOINT MOTION AND STIPULATION [AND PROPOSED ORDER] FOR DISMISSAL WITH PREJUDICE BY THE AFFILIATED FOODS PLAINTIFFS OF DEFENDANTS O.K. FOODS, INC., O.K. FARMS, INC., AND O.K. INDUSTRIES, INC.* (Kaplan, Robert) (Entered: 09/06/2023) |
| 09/06/2023 | 6836 | STIPULATION of Dismissal (Ahern, Patrick) (Entered: 09/06/2023) |
| 09/06/2023 | 6837 | SEALED RESPONSE by House of Raeford Farms, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to SEALED MOTION by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *for Reconsideration of Rulings on Plaintiffs' Motion in Limine No. 5 and Defendants' Motion in Limine No. 11, or In the Alternative, to Allow Plaint* 6822 (Ondeck, Christopher) (Entered: 09/06/2023) |
| 09/06/2023 | 6838 | SEALED DOCUMENT by Plaintiffs Direct Purchaser Plaintiffs, Track 1 Direct Action Plaintiffs *JOINT SUBMISSION IN RESPONSE TO ECF NO. 6786* (Clark, Brian) (Entered: 09/06/2023) |
| 09/06/2023 | 6839 | SEALED MOTION by Defendants House of Raeford Farms, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Track One Trial Defendants' Renewed Motion to Exclude DAPs' Liability Experts*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ondeck, Christopher) (Entered: 09/06/2023) |
| 09/07/2023 | 6840 | STIPULATION of Dismissal *with Prejudice, of Certain Actions Against O.K. Foods Defendants* (Blechman, William) (Entered: 09/07/2023) |
| 09/07/2023 | 6841 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's |

| | | Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to Confirm Track Two Opt Out Status |
| | | Presented before District Judge |
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lustrin, Lori) (Entered: 09/07/2023) |
| 09/07/2023 | 6842 | STIPULATION of Dismissal *with Prejudice, of Certain Actions Against Mountaire Defendants [proposed order]* (Blechman, William) (Entered: 09/07/2023) |
| 09/07/2023 | 6843 | STIPULATION of Dismissal *with Prejudice* (Ahern, Patrick) (Entered: 09/07/2023) |
| 09/07/2023 | 6844 | MINUTE entry before the Honorable Thomas M. Durkin: Final pretrial conference held on 9/7/2023 and continued to 9/8/2023 at 1:00 p.m. in courtroom 1441. Mailed notice. (kp, ) (Entered: 09/08/2023) |
| 09/07/2023 | 6901 | STIPULATION of Dismissal, with Prejudice, of Certain Actions Against Mountaire Defendants. Signed by the Honorable Thomas M. Durkin on 9/7/2023. Mailed notice. (kp, ) (Entered: 09/26/2023) |
| 09/08/2023 | 6845 | Notice of Compliance with 28 U.S.C. § 1715 by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. (Attachments: # 1 Declaration)(Sulentic, James) (Entered: 09/08/2023) |
| 09/08/2023 | 6846 | TRANSCRIPT OF PROCEEDINGS held on 09/07/2023 before the Honorable Thomas M. Durkin. Final Pretrial Conference Volume 1. Order Number: 46811. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 9/29/2023. Redacted Transcript Deadline set for 10/9/2023. Release of Transcript Restriction set for 12/7/2023. (Carrion, Elia) (Entered: 09/08/2023) |
| 09/08/2023 | 6847 | STATUS Report *re 6821 JOINT SUBMISSION REGARDING END-USER CONSUMER PLAINTIFFS' RENEWED FEE PETITION* by End-User Consumer Plaintiffs |
| | | Presented before District Judge |
| | | (Johnson, Brent) (Entered: 09/08/2023) |
| 09/08/2023 | 6848 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule as to Certain Restaurant Daps' Motion To Confirm Track Two Opt Out Status 6841 . Oppositions are due by Tuesday, September 12, 2023 at noon; and any replies due by September 13, 2023. Mailed notice. (kp, ) (Entered: 09/08/2023) |
| 09/08/2023 | 6849 | MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following briefing schedule on the End Users' class counsel's fee petition related |

| | | |
|---|---|---|
| | | to order Renewed End-User Consumer Plaintiffs' (EUCPs) Renewed Fee Petition is due 9/29/2023; Objectors' Motions to Strike Expert Reports or Alternatively for Expert Discovery, If Any is due 10/6/2023; EUCPs' Responses to Motions to Strike Expert Reports or Alternatively for Expert Discovery, If Any is due 10/13/2023; Objectors' Responses to EUCPs' Renewed Fee Petition AND Reply in Support of Motions to Strike Expert Reports or Alternatively for Expert Discovery, If Any is due 10/20/2023; and EUCPs' Reply in Support of Their Renewed Fee Petition is due 11/3/2023. Mailed notice. (kp, ) (Entered: 09/08/2023) |
| 09/08/2023 | 6850 | RESPONSE by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Perdue Farms, Inc., Perdue Foods LLC to statement 6664 *CERTAIN DEFENDANTS' RESPONSE REGARDING THE STATUS OF TRACK 2 DIRECT ACTION PLAINTIFFS' CLAIMS* (Bernick, Justin) (Entered: 09/08/2023) |
| 09/08/2023 | 6851 | MOTION by Defendant Pilgrim's Pride Corporation to Enforce Settlement Agreement with Sysco Corporation<br><br>Presented before District Judge<br><br>(Bonanno, Michael) (Entered: 09/08/2023) |
| 09/08/2023 | 6856 | MINUTE entry before the Honorable Thomas M. Durkin: Final pretrial conference held on 9/8/2023 and continued to 9/11/2023 at 10:00 a.m. in courtroom 1441. Mailed notice. (kp, ) (Entered: 09/11/2023) |
| 09/09/2023 | 6852 | MEMORANDUM by Pilgrim's Pride Corporation in support of motion for miscellaneous relief 6851 *(Memorandum of Law in Support of Pilgrim's Pride Corporation's Motion to Enforce Settlement Agreement with Sysco Corporation)* (Attachments: # 1 Declaration of Theodore Sangalis, # 2 Declaration of Michael D. Bonanno)(Bonanno, Michael) (Entered: 09/09/2023) |
| 09/09/2023 | 6853 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *(Memorandum of Law in Support of Pilgrim's Pride Corporation's Motion to Enforce Settlement Agreement with Sysco Corporation)* (Attachments: # 1 Declaration of Theodore Sangalis, # 2 Exhibit 1 to Sangalis Declaration, # 3 Exhibit 2 to Sangalis Declaration, # 4 Exhibit 3 to Sangalis Declaration, # 5 Exhibit 4 to Sangalis Declaration, # 6 Exhibit 5 to Sangalis Declaration, # 7 Exhibit 6 to Sangalis Declaration, # 8 Exhibit 7 to Sangalis Declaration, # 9 Exhibit 8 to Sangalis Declaration, # 10 Exhibit 9 to Sangalis Declaration, # 11 Exhibit 10 to Sangalis Declaration, # 12 Exhibit 11 to Sangalis Declaration, # 13 Exhibit 12 to Sangalis Declaration, # 14 Declaration of Michael D. Bonanno, # 15 Exhibit 1 to Bonanno Declaration, # 16 Exhibit 2 to Bonanno Declaration, # 17 Exhibit 3 to Bonanno Declaration, # 18 Exhibit 4 to Bonanno Declaration, # 19 Exhibit 5 to Bonanno Declaration, # 20 Exhibit 6 to Bonanno Declaration, # 21 Exhibit 7 to Bonanno Declaration, # 22 Exhibit 8 to Bonanno Declaration) (Bonanno, Michael) (Entered: 09/09/2023) |
| 09/09/2023 | 6854 | STIPULATION of Dismissal *with Prejudice* (Ahern, Patrick) (Entered: 09/09/2023) |
| 09/10/2023 | 6855 | STIPULATION of Dismissal *with Prejudice* (Ahern, Patrick) (Entered: 09/10/2023) |

| 09/11/2023 | 6857 | TRANSCRIPT OF PROCEEDINGS held on 09/08/2023 before the Honorable Thomas M. Durkin. Final Pretrial Conference Volume 2. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/2/2023. Redacted Transcript Deadline set for 10/12/2023. Release of Transcript Restriction set for 12/11/2023. (Carrion, Elia) (Entered: 09/11/2023) |
| 09/11/2023 | 6858 | MINUTE entry before the Honorable Thomas M. Durkin: At the August 25, 2023 hearing on the motions in limine, the Court orally denied Defendants' motion in limine number one to exclude the DAP's opinion witnesses, Frankel and Elhauge. See R. 6819 at 136 (8/25/2023 hearing transcript). That ruling was made with the provision that the DAPs would (1) provide supplemental expert reports that account for the changes in the case created by the summary judgment ruling and (2) make the witnesses available for additional depositions. Defendants have filed a motion to reconsider that ruling, arguing that the supplemental reports are inadequate. R. 6839 . The Court reviewed the supplemental reports and finds that they are sufficient disclosure of the witnesses' opinions in light of the summary judgment ruling. As the Court has noted several times already in this case, Defendants' criticisms of the witnesses' reports and opinions are matters for cross-examination. Therefore, Defendants' renewed motion to bar Frankel and Elhauge 6839 is denied. Mailed notice. (kp, ) (Entered: 09/11/2023) |
| 09/11/2023 | 6859 | MINUTE entry before the Honorable Thomas M. Durkin: The parties filed cross-motions in limine (Plaintiffs' five and Defendants' eleven) on the issue of whether the jury would hear that two Pilgrim's witnesses invoked the Fifth Amendment at their depositions. At the August 25, 2023 hearing on the motions in limine, the Court found that the jury should not learn this information. R. 6819 at 64-65. Plaintiffs have filed a motion to reconsider that ruling. See R. 6822 . That motion 6822 is denied for the same reasons Plaintiffs' motion in limine was denied in the first place. Additionally, in their motion for reconsideration, Plaintiffs ask the Court for relief concerning certain documents that they had planned to admit on the basis that the Pilgrim's witnesses refused to testify about them by invoking the Fifth Amendment. Plaintiffs ask the Court to admit the documents "through other means." Plaintiffs do not need the Court's permission to admit the documents "through other means," provided they persuade the Court that the documents are properly admitted. Plaintiffs' motion for reconsideration does not make such specific arguments. At subsequent pretrial hearings, Plaintiffs have asked for permission to depose corporate witnesses who might be able to testify that the documents are business records. Further, the Court has also suggested that the documents might be admitted as a type of adverse inference or sanction for the witnesses' refusal to testify under the Fifth Amendment. Plaintiffs have not provided authority that such a sanction is appropriate. For these reasons, how or whether the documents Plaintiffs reference in their motion to reconsider can be admitted at trial remains an open issue at this time. Mailed notice. (kp, ) (Entered: 09/11/2023) |

| 09/11/2023 | 6860 | MOTION for Leave to Appear Pro Hac Vice Filing fee $150, receipt number AILNDC-21043754. |
| | | Presented before District Judge |
| | | (Ho, Derek) (Entered: 09/11/2023) |
| 09/11/2023 | 6869 | MINUTE entry before the Honorable Thomas M. Durkin: Final pretrial conference held on 9/11/2023. Mailed notice. (kp, ) (Entered: 09/14/2023) |
| 09/12/2023 | 6861 | STIPULATION of Dismissal *With Prejudice of Defendant Tyson* (Owen, Daniel) (Entered: 09/12/2023) |
| 09/12/2023 | 6862 | MOTION for Leave to Appear Pro Hac Vice Filing fee $150, receipt number AILNDC-21049508. |
| | | Presented before District Judge |
| | | (Frank, Arielle) (Entered: 09/12/2023) |
| 09/12/2023 | 6863 | RESPONSE by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc.in Opposition to MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution 6841 *Opposition to Certain Restaurant DAPs' Motion to Confirm Track Two Opt-Out Status* (Feeney, Daniel) (Entered: 09/12/2023) |
| 09/12/2023 | 6864 | RESPONSE by Direct Purchaser Plaintiffs to MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution 6841 *(Direct Purchaser Plaintiffs' Response to Certain Restaurant DAPS' Motion to Confirm Track Two Opt Out Status)* (Pouya, Bobby) (Entered: 09/12/2023) |
| 09/12/2023 | 6870 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial begun held on 9/12/2023. Voir dire held. Jury trial continued to 9/13/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/14/2023) |
| 09/13/2023 | 6865 | MOTION for Leave to Appear Pro Hac Vice Filing fee $150, receipt number AILNDC-21058426. *(Christopher G. Michel)* |
| | | Presented before District Judge |
| | | (Michel, Christopher) (Entered: 09/13/2023) |
| 09/13/2023 | 6866 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 6860 , 6862 , 6865 are granted. Attorney Derek Tam Ho for Amory Investments LLC added. Attorney Arielle Frank for Affiliated Foods, Inc.'s added. Attorney Christopher G. Michel for Pilgrim's Pride Corporation added. Mailed notice. (kp, ) (Entered: 09/13/2023) |
| 09/13/2023 | 6867 | NOTICE by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Mountaire's Notice of Compliance* (Attachments: # 1 Exhibit 1)(Wofford, Amanda) (Entered: 09/13/2023) |
| 09/13/2023 | 6868 | REPLY by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, |

| | | |
|---|---|---|
| | | CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to motion for miscellaneous relief,, [6841] *Certain Restaurant DAPS' Motion to Confirm Track Two Opt Out Status* (Lustrin, Lori) (Entered: 09/13/2023) |
| 09/13/2023 | 6871 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/13/2023 and continued to 9/8/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/14/2023) |
| 09/13/2023 | 6873 | (AMENDED) MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/13/2023 and continued to 9/18/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/15/2023) |
| 09/14/2023 | 6872 | MINUTE entry before the Honorable Thomas M. Durkin: The motion by certain restaurant DAPs to confirm that they have opted out of the Direct Purchaser Plaintiffs Class and are members of Track Two [6841] is granted in part and denied in part. As the Court stated in its order of July 31, 2023 granting a motion for late opt-out by another group of DAPs, the Court "is loath" to have "the unusual management structure of the case" prevent plaintiffs from pursuing their claims, which would be the consequence of denying the motion here. See R. [6729] at 3. Thus, the motion is granted to the extent that the movants are permitted late opt-out of the Class going forward. However, the Court denies the movants' request that they not be forced to participate in five settlements the Class has reached since the opt-out deadline with defendants Koch, Raeford, Simmons, OK Foods, and Mountaire. The movants should have met the required deadlines and followed the procedures set forth in Rule 23 and the Court's orders for opting out of the class. Failing that, they certainly should have provided notice confirming their opt-out status after the Court explained that this was required in its July 31 order. In granting the motion for late opt-out in the July 31 order, a significant factor was that the plaintiffs seeking late opt-out conceded that they should be bound by the Class settlements that had been reached since the opt-out deadline. Movants here do not make that concession, with regard to the five relevant Class settlements. But it is necessary for the Court to enforce the movants' participation in those settlement agreements, in accordance with Rule 23 and the Court's orders, because the movants missed the opt-out deadline. The movants are permitted late opt-out from the Class going forward, but they are bound by the settlements with defendants Koch, Raeford, Simmons, OK Foods, and Mountaire. Beyond the opt-out and settlement issues, the movants' dilatory conduct has interfered with the Class's expert's ability to prepare a damages opinion in time for trial, and apparently will necessitate that the expert prepare a revised report and/or damages calculations. Counsel for the movants (not the movants themselves) are ordered to pay the costs of the Class's expert's work associated with any such revisions. Lastly, any DAP that is not a party to this motion, or the opt-out motion decided on July 31, and has not already properly opted-out of the Class, is now a member of the Class. No further opt-outs will be permitted for any reason. Mailed notice. (kp, ) (Entered: 09/14/2023) |
| 09/15/2023 | 6874 | DECLARATION of Eric Schachter *(Third Supplemental Declaration of Eric Schachter Regarding: Report on Requests for Exclusion)* (Attachments: # 1 Exhibit A-Exclusion List)(Pearson, Michael) (Entered: 09/15/2023) |
| 09/15/2023 | 6875 | STIPULATION of Dismissal *With Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Koch Defendants* (Owen, Daniel) (Entered: 09/15/2023) |

| 09/16/2023 | 6876 | PROPOSED Jury Instructions by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Ondeck, Christopher) (Entered: 09/16/2023) |
|---|---|---|
| 09/17/2023 | 6877 | STIPULATION *re Anticipated Testimony of Certain DAPs* (Ondeck, Christopher) (Entered: 09/17/2023) |
| 09/17/2023 | 6878 | STIPULATION *re Anticipated Testimony of Certain DAPs* (Ondeck, Christopher) (Entered: 09/17/2023) |
| 09/17/2023 | 6879 | PROPOSED Jury Instructions by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Ondeck, Christopher) (Entered: 09/17/2023) |
| 09/18/2023 | 6880 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/18/2023 and continued to 9/19/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/19/2023) |
| 09/19/2023 | 6881 | SEALED DOCUMENT by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Albertsons Companies, Inc., Alex Lee, Inc., Associated Grocers of Florida, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Hy-Vee, Inc., KJ 2019 Holdings, LLC, Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, OSI Restaurant Partners, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Schnuck Markets, Inc., Spartannash Company, Supervalu Inc., The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., W. Lee Flowers & Co., Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation *Plaintiffs' Motion to Deem that Amick, George's, and Mar-Jac Joined the Conspiracy for Purposes of Admissibility of Evidence Against Defendant Sanderson Farms Under Fed. R. Evid. 801(d)(2)(E)* (Holt, Ryan) (Entered: 09/19/2023) |
| 09/19/2023 | 6882 | SEALED DOCUMENT by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Albertsons Companies, Inc., Alex Lee, Inc., Associated Grocers of Florida, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Certco, Inc., Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Hy-Vee, Inc., Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, OSI Restaurant Partners, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Schnuck Markets, Inc., Spartannash Company, Supervalu Inc., The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., W. Lee Flowers & Co., Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard |

| | | Foods, LLC, The Golub Corporation *Declaration of Ryan F. Holt and Exhibit Index in Support of Plaintiffs' Motion to Deem that Amick, George's, and Mar-Jac Joined the Conspiracy for Purposes of Admissibility of Evidence Against Defendant Sanderson Farms Under Fed. R. Evid. 801(d)(2)(E)* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Exhibit Exhibit 14, # 15 Exhibit Exhibit 15, # 16 Exhibit Exhibit 16, # 17 Exhibit Exhibit 17, # 18 Exhibit Exhibit 18, # 19 Exhibit Exhibit 19, # 20 Exhibit Exhibit 20, # 21 Exhibit Exhibit 21)(Holt, Ryan) (Entered: 09/19/2023) |
|---|---|---|
| 09/19/2023 | 6883 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/19/2023 and continued to 9/20/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/20/2023) |
| 09/20/2023 | 6884 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/20/2023 and continued to 9/21/2023 at 9:30 a.m. Mailed notice. (kp, ) (Entered: 09/21/2023) |
| 09/21/2023 | 6885 | MINUTE entry before the Honorable Thomas M. Durkin: The unopposed motion by the Commercial and Institutional Indirect Purchaser Plaintiffs Class and the End-User Consumer Plaintiffs Class to clarify 6834 is granted. The Court's order on Defendants' motion for summary judgment on state law claims, entered August, 15, 2023, R. 6782 , makes clear that the Court held that Defendants were entitled to summary judgment under the laws of Minnesota, Oregon, South Carolina, and Vermont based on arguments that applied only to Indirect Purchaser Plaintiffs. See R. 6782 . The Court's conclusion, however, indicated that "the motion for summary judgment is granted with respect to Plaintiffs' claims under the consumer protection of statutes of Minnesota, Nevada, North Carolina, Oregon, South Carolina, South Dakota, and Vermont." Id. at 9-10. Because the Court's analysis on Plaintiffs' state law claims under the consumer protection laws of Minnesota, Oregon, South Carolina, and Vermont applied only to Indirect Purchaser Plaintiffsand not to End User Consumer Plaintiffsthe Court's order of August 15, 2023, R. 6782 , is amened such that its decision disposed of only Indirects' claims under the laws of those states. This is especially proper with respect to claims under Minnesota law and Vermont law, as End Users do not have consumer protection claims under the laws of either state. Mailed notice. (kp, ) (Entered: 09/21/2023) |
| 09/21/2023 | 6886 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/21/2023 and continued to 9/26/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/21/2023) |
| 09/22/2023 | 6887 | SEALED RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to sealed document,,,,, 6881 *Defendant Sanderson Farms' Opposition to Plaintiffs' Motion to Conditionally Deem Amick, George's and Mar-Jac to be Members of the Alleged Conspiracy for Purposes of Fed. R. Evid. 801(d)(2)(E)* (Ondeck, Christopher) (Entered: 09/22/2023) |
| 09/22/2023 | 6888 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms |

| | | |
|---|---|---|
| | | Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Declaration of Scott A. Eggers in Support of Sanderson Farms' Opposition to Plaintiffs' Motion to Conditionally Deem Amick, George's and Mar-Jac to be Members of the Alleged Conspiracy for Purposes of Fed. R. Evid. 801(d)(2)(E)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ondeck, Christopher) (Entered: 09/22/2023) |
| 09/22/2023 | 6889 | MINUTE entry before the Honorable Thomas M. Durkin: On their motion under Fed. R. Evid. 801(d)(2)(E) 6881 , Plaintiffs should file a reply brief addressing Defendant's argument that findings on a Santiago proffer are not appropriate or necessary absent identification of certain documents as co-conspirator statements under Fed. R. Evid. 801(d)(2)(E). In filing that reply, Plaintiffs should provide a list (not necessarily comprehensive) of the documents or anticipated testimony they will seek to have admitted as co-conspirator statements. Plaintiffs' brief is due by 9:00 a.m. on 9/25/2023.Mailed notice. (kp, ) (Entered: 09/22/2023) |
| 09/22/2023 | 6890 | MANDATE of USCA dated 09/22/2023 regarding notice of appeal 6094 ; USCA No.22-2889; No record to be returned. (rc, ) (Entered: 09/22/2023) |
| 09/22/2023 | 6891 | CERTIFIED COPY OF USCA JUDGMENT dated 08/30/2023 regarding notice of appeal 6094 ; USCA No. 22-2889; We VACATE the fee award and REMAND for another evaluation of the bargain the parties would have struck ex ante; we express no preference as to the amount or structure of the award. We also remand for consideration of the request for expert discovery. The above is in accordance with the decision of this court entered on this date. Costs are to be borne by the plaintiff-appellee. (rc, ) (Entered: 09/22/2023) |
| 09/22/2023 | 6892 | CERTIFIED COPY OF OPINION from the USCA for the 7th Circuit; Argued 05/23/2023; Decided 08/30/2023 in USCA case no. 22-2889. (rc, ) (Entered: 09/22/2023) |
| 09/22/2023 | 6893 | BILL of Costs from the USCA for the 7th Circuit. (rc, ) (Entered: 09/22/2023) |
| 09/24/2023 | 6894 | SEALED DOCUMENT by Plaintiffs Action Meat Distributors, Inc., Affiliated Foods, Inc.'s Plaintiffs, Albertsons Companies, Inc., Alex Lee, Inc., Associated Grocers of Florida, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, Bashas' Inc., Bi-Lo Holdings, LLC, Big Y Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, COLUMBIA MEATS, INC., Certco, Inc., Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Hy-Vee, Inc., KJ 2019 Holdings, LLC, Meijer Distribution, Inc., Meijer, Inc., Merchants Distributors, LLC, OSI Restaurant Partners, LLC, Piggly Wiggly Alabama Distributing Co., Inc., Publix Super Markets, Inc., Save Mart Supermarkets, Schnuck Markets, Inc., Spartannash Company, Supervalu Inc., The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., W. Lee Flowers & Co., Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc., Winn-Dixie Stores, Inc., Woodman's Food Market, Inc., Movants Latina Boulevard Foods, LLC, The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation *Reply in support of Plaintiffs' Motion to Deem that Amick, George's, and Mar-Jac Joined the Conspiracy for Purposes of Admissibility of Evidence Against Defendant Sanderson Farms Under Fed. R. Evid. 801(d)(2)(E)* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Holt, Ryan) (Entered: 09/24/2023) |

| 09/25/2023 | 6895 | STIPULATION of Dismissal *JOINT MOTION AND STIPULATION [AND PROPOSED ORDER] FOR DISMISSAL WITH PREJUDICE BY THE AFFILIATED FOODS PLAINTIFFS OF DEFENDANT HOUSE OF RAEFORD FARMS, INC.* (Kaplan, Robert) (Entered: 09/25/2023) |
|---|---|---|
| 09/25/2023 | 6896 | ORDER: The End Users' motion for entry of judgment 6717 is denied. Signed by the Honorable Thomas M. Durkin on 9/25/2023. Mailed notice. (kp, ) (Entered: 09/25/2023) |
| 09/25/2023 | 6906 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/25/2023 and continued to 9/26/2023 at 9:00 a.m.Mailed notice. (kp, ) (Entered: 09/28/2023) |
| 09/26/2023 | 6897 | MINUTE entry before the Honorable Thomas M. Durkin: This order addresses for administrative purposes motions that have been substantively addressed by previous orders or rulings: the motion to seal 5806 is granted; the motion to strike improper rebuttal testimony 5829 is denied for the reasons stated in the summary judgment ruling 6641 ; the motion for excess pages 5843 is granted; the motion to exclude Mangum 5856 is denied for reasons stated in the summary judgment ruling 6641 ; Foster's motion for summary judgment 5872 is granted for reasons stated in the summary judgment ruling 6641 ; the motion to exclude Cabral 5930 is denied for reasons stated in the summary judgment ruling 6641 ; the motion for summary judgment on state of limitations 5947 is denied for reasons stated in the summary judgment ruling 6641 ; Harrison's motion for summary judgment 6035 is denied for reasons stated in the summary judgment ruling 6641 ; the motion to exclude Sunding 6038 is denied for reasons stated in the summary judgment ruling 6641 ; Raeford's motion for summary judgment 6041 is denied for reasons stated in the summary judgment ruling 6641 ; the motion to exclude McClave 6043 is denied for reasons stated in the summary judgment ruling 6641 ; Wayne's motion for summary judgment 6045 is granted for reasons stated in the summary judgment ruling 6641 ; and OK's motion for summary judgment 6049 is denied for reasons stated in the summary judgment ruling 6641 . Mailed notice. (kp, ) (Entered: 09/26/2023) |
| 09/26/2023 | 6898 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages *for End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees*<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 09/26/2023) |
| 09/26/2023 | 6899 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' motion for leave to file excess pages 6898 is granted. Mailed notice. (kp, ) (Entered: 09/26/2023) |
| 09/26/2023 | 6900 | MINUTE entry before the Honorable Thomas M. Durkin: The briefing schedule as to Defendant Pilgrim's Pride Corporation's motion to enforce settlement agreement with Sysco Corporation 6851 : Sysco Corporation's opposition will be due by 10/13/2023, with Pilgrim's Pride Corporation's reply due by 10/27/2023. Mailed notice. (kp, ) (Entered: 09/26/2023) |
| 09/26/2023 | 6902 | STIPULATION of Dismissal *JOINT MOTION AND STIPULATION [AND PROPOSED ORDER] FOR DISMISSAL WITH PREJUDICE BY THE AFFILIATED FOODS PLAINTIFFS OF DEFENDANTS KOCH FOODS, INC., JCG FOODS OF ALABAMA, LLC, JCG FOODS OF GEORGIA, LLC AND KOCH MEAT CO., INC.* (Kaplan, Robert) (Entered: 09/26/2023) |

| 09/26/2023 | 6907 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/26/2023 and continued to 9/27/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/28/2023) |
|---|---|---|
| 09/27/2023 | 6903 | STIPULATION regarding order on motion for summary judgment,,,,,,,,,,,,,,,,,,,,,,, order on sealed motion,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion for partial summary judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion for miscellaneous relief,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion in limine,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,, order on motion to strike,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, order on motion to seal document,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, memorandum opinion and order,,,,,,,, 6641 *Track One Parties' Proposed Corrections to Scrivener's Errors in the Track One Summary Judgment Opinion and Order* (Attachments: # 1 Declaration of Joshua J. Rissman, # 2 Exhibit 1)(Rissman, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | 6904 | STIPULATION of Dismissal *With Prejudice of Defendant Norman W. Fries, Inc. d/b/a Claxton Poultry Farms* (Shapiro, Jay) (Entered: 09/27/2023) |
| 09/27/2023 | 6908 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/27/2023 and continued to 9/28/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/28/2023) |
| 09/28/2023 | 6905 | ORDER. Signed by the Honorable Thomas M. Durkin on 9/28/2023. Mailed notice. (kp, ) (Entered: 09/28/2023) |
| 09/28/2023 | 6909 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 9/28/2023 and continued to 10/2/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 09/29/2023) |
| 09/29/2023 | 6910 | MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees*<br><br>Presented before District Judge<br><br>(Berman, Steve) (Entered: 09/29/2023) |
| 09/29/2023 | 6911 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for attorney fees 6910 *Memorandum of Law in Support of End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees* (Attachments: # 1 Declaration of Steve W. Berman)(Berman, Steve) (Entered: 09/29/2023) |
| 09/29/2023 | 6912 | MOTION by Plaintiff End-User Consumer Plaintiffs to seal *End-User Consumer Plaintiffs' Motion for Leave to File Under Seal (Exhibit 9 to Declaration of Steve W. Berman in Support of End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees)*<br><br>Presented before District Judge<br><br>(Berman, Steve) (Entered: 09/29/2023) |
| 09/29/2023 | 6913 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *[Sealed] Exhibit 9 to the Declaration of Steve W. Berman in Support of End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees* (Berman, Steve) (Entered: 09/29/2023) |
| 10/02/2023 | 6914 | MOTION by Plaintiff Carina Ventures LLC for leave to file *Response to Pilgrim's Pride's Motion to Enforce* |

Presented before District Judge

(Gant, Scott) (Entered: 10/02/2023)

| 10/02/2023 | 6915 | DECLARATION of Eric Schachter regarding declaration 6874 *(Amendment to the Third Supplemental Declaration of Eric Schachter Regarding: Report on Requests for Exclusion)* (Attachments: # 1 Exhibit A - Exclusion Report)(Pouya, Bobby) (Entered: 10/02/2023) |
|---|---|---|
| 10/02/2023 | 6916 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/2/2023 and continued to 10/3/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/03/2023) |
| 10/03/2023 | 6917 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants that filed a response 6654 to the motion by Sysco and Carine to substitute 6630 are ordered to file a sur-reply by 10/27/2023. Mailed notice. (kp, ) (Entered: 10/03/2023) |
| 10/03/2023 | 6918 | MINUTE entry before the Honorable Thomas M. Durkin: Any response to Carina's motion for leave 6914 should be filed by 10/4/2023. Mailed notice. (kp, ) (Entered: 10/03/2023) |
| 10/03/2023 | 6919 | RESPONSE by Pilgrim's Pride Corporationin Opposition to MOTION by Plaintiff Carina Ventures LLC for leave to file *Response to Pilgrim's Pride's Motion to Enforce*<br><br>Presented before District Judge<br><br>6914 (Bonanno, Michael) (Entered: 10/03/2023) |
| 10/03/2023 | 6920 | STIPULATION of Dismissal (Wrobel, Gregory) (Entered: 10/03/2023) |
| 10/03/2023 | 6921 | STIPULATION regarding sealed document 6706 *regarding Track One Plaintiffs' Motion in Limine No. 13* (Ondeck, Christopher) (Entered: 10/03/2023) |
| 10/03/2023 | 6936 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/3/2023 and continued to 10/4/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/10/2023) |
| 10/04/2023 | 6922 | STIPULATED ORDER of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 10/4/2023. Mailed notice. (kp, ) (Entered: 10/04/2023) |
| 10/04/2023 | 6923 | MINUTE entry before the Honorable Thomas M. Durkin: Carina's motion for leave to file a response 6914 is denied because Sysco's brief on the motion, combined with Carina's brief on the motion for substitution, are sufficient for the Court to address the two motions. Mailed notice. (kp, ) (Entered: 10/04/2023) |
| 10/04/2023 | 6937 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/4/2023 and continued to 10/5/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/10/2023) |
| 10/05/2023 | 6924 | MOTION by Plaintiff Amory Investments LLC for leave to file *One Supplemental Document in Support of Certain Track 2 DAPs' Opposition to Defendants' Motions to Dismiss*<br><br>Presented before District Judge<br><br>(Gant, Scott) (Entered: 10/05/2023) |
| 10/05/2023 | 6925 | MINUTE entry before the Honorable Thomas M. Durkin: Certain Track Two DAPs have moved for leave to file a "supplemental document in support of their |

| | | oppose. Defendants' motion to dismiss. That document is a copy of the complaint the government recently filed against defendants Agri Stats in the District of Minnesota. The moving DAPs argue that this document "supports the plausibility of the allegations in the Track 2 DAPs' Complaint." See R. 6924 at 2. But the Court will assess the plausibility of the DAPs' allegations on their own terms. The government's complaint does not add any allegations to the DAPs' complaint; the DAPs have not moved to amended their complaint. Thus, the government's complaint cannot affect the plausibility of the DAPs' allegations. For that reason, the motion to supplement 6924 is denied. Mailed notice. (kp, ) (Entered: 10/05/2023) |
|---|---|---|
| 10/05/2023 | 6938 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/5/2023 and continued to 10/10/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/10/2023) |
| 10/06/2023 | 6926 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of the Settlements with the House of Raeford and Koch Defendants)*<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 10/06/2023) |
| 10/06/2023 | 6927 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 6926 *(Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of the Settlements with the House of Raeford and Koch Defendants)* (Pearson, Michael) (Entered: 10/06/2023) |
| 10/06/2023 | 6928 | DECLARATION of Michael H. Pearson regarding motion for settlement, 6926 *(Declaration of Michael H. Pearson in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlements with the House of Raeford and Koch Defendants)* (Attachments: # 1 Exhibit A-HRF Settlement Agreement, # 2 Exhibit B-Koch Settlement Agreement)(Pearson, Michael) (Entered: 10/06/2023) |
| 10/06/2023 | 6929 | MINUTE entry before the Honorable Thomas M. Durkin: On 8/15/2023, the Court ordered a status report as to whether the 3/4/2024 trial should address the claims of the Commercial Institutional Indirect Purchaser Plaintiff Class ("CIIPs"), the End User Consumer Plaintiff Class ("End Users"), or both classes 6783 . The parties filed their status report on 9/1/2023 6827 . The CIIPS and the End Users argue that their claims are sufficiently similar such that they should be tried together for efficiency's sake. The Court, however, agrees with Defendants that the differences between the two Classes' claims would make a joint trial difficult to manage and confusing for the jury. First, the CIIPs class period begins in 2008, whereas the End Users class period begins in 2012. This will create difficult evidentiary issues, likely necessitating limiting instructions that will be difficult, bordering on impossible, for the jury to abide by in a case this complex. Second, the CIIPs define Broilers to include wings and some processed products, whereas the End Users definition excludes wings and all processed products. Third, the two Classes bring claims under different state laws, with Michigan law potentially involving a pass-through defense to the CIIPs' claims. Even if the Court were to reject the availability of a pass-through defense as the Classes argue, the fact that the Classes bring claims under different state laws increases the complexity of an already complex trial. For these reasons, the trial scheduled for 3/4/2024 will address the claims of the Commercial Institutional Indirect |

| | | Purchaser Plaintiff Class. A trial of the claims by the End User Consumer Class will follow at a later date. Mailed notice. (kp, ) (Entered: 10/06/2023) |
|---|---|---|
| 10/06/2023 | 6930 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. Certain Restaurant DAP'S Motion for Clarification of Order Regarding Opt Out Status<br><br>Presented before District Judge<br><br>(Lustrin, Lori) (Entered: 10/06/2023) |
| 10/06/2023 | 6931 | MOTION by Objector John M. Andren to strike *for the purposes of deciding EUCP's renewed fee request, the declarations of Brian Fitzpatrick [5048-1] and Robert Klonoff [5050-1]*<br><br>Presented before District Judge<br><br>(Bednarz, M.) (Entered: 10/06/2023) |
| 10/06/2023 | 6932 | MEMORANDUM by John M. Andren in support of motion to strike 6931 (Attachments: # 1 Exhibit Seventh Circuit Slip Opinion)(Bednarz, M.) (Entered: 10/06/2023) |
| 10/09/2023 | 6933 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *as Played by Plaintiffs - Designated Deposition Trial Testimony (Transcript Only). Contains Plaintiff and Defense Completeness & Counter-Designations (September 19, 2023 - September 21, 2023)* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Clark, Brian) (Entered: 10/09/2023) |
| 10/09/2023 | 6934 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *as Played by Plaintiffs - Designated Deposition Trial Testimony (Transcript Only). Contains Plaintiff and Defense Completeness & Counter-Designations (September 26, 2023 - October 2, 2023)* (Attachments: # 1 Exhibit Exhibit 10, # 2 Exhibit Exhibit 11, # 3 Exhibit Exhibit 12, # 4 Exhibit Exhibit 13, # 5 Exhibit Exhibit 14, # 6 Exhibit Exhibit 15, # 7 Exhibit Exhibit 16, # 8 Exhibit Exhibit 17, # 9 Exhibit Exhibit 18)(Clark, Brian) (Entered: 10/09/2023) |
| 10/09/2023 | 6935 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *as Played by Plaintiffs - Designated Deposition Trial Testimony (Transcript Only). Contains Plaintiff and Defense Completeness & Counter-Designations (October 2, 2023 - October 5, 2023)* (Attachments: # 1 Exhibit Exhibit 19, # 2 Exhibit Exhibit 20, # 3 Exhibit Exhibit 21, # 4 Exhibit Exhibit 22, # 5 Exhibit Exhibit 23, # 6 Exhibit Exhibit 24, # 7 Exhibit Exhibit 25, # 8 Exhibit Exhibit 26, # 9 Exhibit Exhibit 27, # 10 Exhibit Exhibit 28, # 11 Exhibit Exhibit 29, # 12 Exhibit Exhibit 30)(Clark, Brian) (Entered: 10/09/2023) |
| 10/10/2023 | 6939 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a |

| | | Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *List of Admitted Trial Exhibits Through 9/28/2023*. (Attachments: # 1 Exhibit A)(Ondeck, Christopher) (Entered: 10/10/2023) |
|---|---|---|
| 10/10/2023 | 6940 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing set for 10/13/2023 at 10:00 as to Plaintiff Direct Purchaser's motion for preliminary approval of the settlement with the House of Raeford and Koch 6926 in courtroom 1441. Mailed notice. (kp, ) (Entered: 10/10/2023) |
| 10/10/2023 | 6941 | MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule as to Certain Restaurant Daps' Motion for clarification of order regarding opt out status 6930 . Oppositions are due by Friday, October 20, 2023; and any replies due by October 20, 2023. Mailed notice. (kp, ) (Entered: 10/10/2023) |
| 10/10/2023 | 6942 | (CORRECTED) MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule as to Certain Restaurant Daps' Motion for clarification of order regarding opt out status 6930 . Oppositions are due by Friday, October 20, 2023; and any replies due by October 30, 2023. Mailed notice. (kp, ) (Entered: 10/10/2023) |
| 10/10/2023 | 6943 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Amended List of Admitted Trial Exhibits Through 9/28/2023* (Attachments: # 1 Exhibit A)(Clark, Brian) (Entered: 10/10/2023) |
| 10/10/2023 | 6945 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/10/2023 and continued to 10/11/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/11/2023) |
| 10/11/2023 | 6944 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *as Played by Plaintiffs - Designated Deposition Trial Testimony (Transcript Only). Contains Plaintiff and Defense Completeness & Counter-Designations (October 5, 2023 - October 10, 2023)* (Attachments: # 1 Exhibit Exhibit 31, # 2 Exhibit Exhibit 32, # 3 Exhibit Exhibit 33)(Clark, Brian) (Entered: 10/11/2023) |
| 10/11/2023 | 6946 | (AMENDED) MINUTE entry before the Honorable Thomas M. Durkin: A telephone motion hearing is set for 10/13/2023 at 10:00 as to Plaintiff Direct Purchaser's motion for preliminary approval of the settlement with the House of Raeford and Koch 6926 . To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, ) (Entered: 10/11/2023) |
| 10/11/2023 | 6947 | STIPULATION of Dismissal *with Prejudice by Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC of Claims Against Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC and Koch Meat Co., Inc.* (Wolicki, Elizabeth) (Entered: 10/11/2023) |

| | | |
|---|---|---|
| 10/11/2023 | 6948 | PROPOSED Jury Instructions by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Ondeck, Christopher) (Entered: 10/11/2023) |
| 10/11/2023 | 6949 | NOTICE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Sanderson's Proposed Verdict Form and Objections Thereto* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ondeck, Christopher) (Entered: 10/11/2023) |
| 10/11/2023 | 6950 | NOTICE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Plaintiffs' Verdict Form and Objections Thereto* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ondeck, Christopher) (Entered: 10/11/2023) |
| 10/11/2023 | 6951 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *As Played By Plaintiffs - Designated Deposition Trial Testimony (Transcript Only) Contains Plaintiff and Defense Completeness & Counter-Designations (October 10, 2023 October 11, 2023)* (Attachments: # 1 Exhibit Exhibit 34, # 2 Exhibit Exhibit 35, # 3 Exhibit Exhibit 36, # 4 Exhibit Exhibit 37)(Clark, Brian) (Entered: 10/11/2023) |
| 10/11/2023 | 6952 | PROPOSED Jury Instructions by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Ondeck, Christopher) (Entered: 10/11/2023) |
| 10/11/2023 | 6953 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Admitted Trial Exhibits from October 2, 2023 through October 5, 2023* (Attachments: # 1 A)(Clark, Brian) (Entered: 10/11/2023) |
| 10/11/2023 | 6954 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Admitted Trial Exhibits from October 11, 2023* (Attachments: # 1 Exhibit A)(Clark, Brian) (Entered: 10/11/2023) |
| 10/11/2023 | 6955 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Admitted Trial Exhibits From October 10, 2023* (Attachments: # 1 Exhibit A)(Clark, Brian) (Entered: 10/11/2023) |
| 10/11/2023 | 6957 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/11/2023 and continued to 10/12/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/12/2023) |
| 10/12/2023 | 6956 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *As Played By Defendants - Designated Deposition Trial Testimony (Transcript Only) Contains Plaintiff and Defense Counter-Designations September 19, 2023 October 11, 2023* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 |

Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19)(Ondeck, Christopher) (Entered: 10/12/2023)

| | | |
|---|---|---|
| 10/12/2023 | 6958 | STIPULATION of Dismissal *with Prejudice of Certain Actions Against The Koch Defendants [proposed order]* (Blechman, William) (Entered: 10/12/2023) |
| 10/12/2023 | 6959 | STIPULATION OF DISMISSAL, with Prejudice, of Certain Actions Against the Koch Defendants. Signed by the Honorable Thomas M. Durkin on 10/12/2023. Mailed notice. (kp, ) (Entered: 10/12/2023) |
| 10/12/2023 | 6960 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Second Amended List of Admitted Trial Exhibits Through 9/28/2023* (Attachments: # 1 Exhibit A)(Ondeck, Christopher) (Entered: 10/12/2023) |
| 10/12/2023 | 6961 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *As Played By Defendants - Designated Deposition Trial Testimony (Transcript Only) Contains Plaintiff and Defense Counter-Designations October 12, 2023* (Attachments: # 1 Exhibit 1)(Ondeck, Christopher) (Entered: 10/12/2023) |
| 10/12/2023 | 6962 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *As Played By Plaintiffs - Designated Deposition Trial Testimony (Transcript Only) Contains Plaintiff and Defense Completeness & Counter-Designations (October 11, 2023 - October 12, 2023)* (Attachments: # 1 Exhibit Exhibit 38, # 2 Exhibit Exhibit 39, # 3 Exhibit Exhibit 40, # 4 Exhibit Exhibit 41, # 5 Exhibit Exhibit 42, # 6 Exhibit Exhibit 43, # 7 Exhibit Exhibit 44, # 8 Exhibit Exhibit 45)(Clark, Brian) (Entered: 10/12/2023) |
| 10/12/2023 | 6963 | MOTION by Plaintiff Direct Purchaser PlaintiffsReimbursement of Litigation Expenses<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 10/12/2023) |
| 10/12/2023 | 6964 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for miscellaneous relief 6963 *(Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Reimbursement of Litigation Expenses)* (Pearson, Michael) (Entered: 10/12/2023) |
| 10/12/2023 | 6965 | DECLARATION regarding motion for miscellaneous relief 6963 *(Declaration of Michael H. Pearson in Support of Direct Purchaser Plaintiffs' Motion for Reimbursement of Litigation Expenses)* (Pearson, Michael) (Entered: 10/12/2023) |
| 10/12/2023 | 6966 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/12/2023 and continued to 10/16/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/12/2023) |

| 10/13/2023 | 6967 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to memorandum in support of motion 6932 , motion to strike 6931 *End-User Consumer Indirect Purchaser Plaintiffs' Response to Objector Andren's Motion to Strike* (Berman, Steve) (Entered: 10/13/2023) |
|---|---|---|
| 10/13/2023 | 6968 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *List of Admitted Trial Exhibits From October 12, 2023* (Attachments: # 1 Exhibit A)(Ondeck, Christopher) (Entered: 10/13/2023) |
| 10/13/2023 | 6969 | MOTION by Plaintiff Direct Purchaser Plaintiffs for reconsideration regarding sealed document 6706 *(September Track One Trial Plaintiffs' Motion for Reconsideration of the Court's Ruling Regarding Motion In Limine No. 15)*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit 1)(Pouya, Bobby) (Entered: 10/13/2023) |
| 10/13/2023 | 6970 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *(Exhibit 1)* (Pouya, Bobby) (Entered: 10/13/2023) |
| 10/13/2023 | 6971 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) for judgment *as a matter of law under Rule 50.*<br><br>Presented before District Judge<br><br>(Ondeck, Christopher) (Entered: 10/13/2023) |
| 10/13/2023 | 6972 | DECLARATION of Jared M. DuBosar regarding motion for judgment, 6971 *as a matter of law under Rule 50.* (Attachments: # 1 Exhibit PX5, # 2 Exhibit PX7, # 3 Exhibit PX9, # 4 Exhibit PX20, # 5 Exhibit PX70, # 6 Exhibit PX328, # 7 Exhibit PX544, # 8 Exhibit PX582-A, # 9 Exhibit PX650, # 10 Exhibit PX658) (DuBosar, Jared) (Entered: 10/13/2023) |
| 10/13/2023 | 6973 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) regarding MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production 6971 (Attachments: # 1 Exhibit PX706, # 2 Exhibit PX708, # 3 Exhibit PX709, # 4 Exhibit PX714, # 5 Exhibit PX720, # 6 Exhibit PX746, # 7 Exhibit PX753, # 8 Exhibit PX817, # 9 Exhibit PX820, # 10 Exhibit PX1109, # 11 Exhibit PX1608, # 12 Exhibit PX1809, # 13 Exhibit PX2160, # 14 Exhibit PX2166, # 15 Exhibit PX2207, # 16 Exhibit PX2317A, # 17 Exhibit PX2422A, # 18 Exhibit DX330-1, # 19 Exhibit DX641, # 20 Exhibit DX645)(DuBosar, Jared) (Entered: 10/13/2023) |
| 10/13/2023 | 6974 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson |

| | | |
|---|---|---|
| | | Farm, Inc. (Processing Division), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) regarding MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production 6971 (Attachments: # 1 Exhibit DX648, # 2 Exhibit DX656, # 3 Exhibit DX658, # 4 Exhibit DX659, # 5 Exhibit DX691, # 6 Exhibit DX1030, # 7 Exhibit DX1499, # 8 Exhibit DX1870, # 9 Exhibit DX1872, # 10 Exhibit DX1873, # 11 Exhibit DX1874, # 12 Exhibit DX1875, # 13 Exhibit DX1880, # 14 Exhibit DX1956, # 15 Exhibit DX1998-1, # 16 Exhibit DX2007-1, # 17 Exhibit DX2122, # 18 Exhibit DX2123, # 19 Exhibit DX2127, # 20 Exhibit DX2129)(DuBosar, Jared) (Entered: 10/13/2023) |
| 10/13/2023 | 6975 | RESPONSE by Sysco Corporationin Opposition to MOTION by Defendant Pilgrim's Pride Corporation to Enforce Settlement Agreement with Sysco Corporation<br><br>Presented before District Judge<br><br>6851 (Attachments: # 1 Declaration of Ryan P. Phair)(Phair, Ryan) (Entered: 10/13/2023) |
| 10/13/2023 | 6976 | SEALED RESPONSE *in Opposition to Pilgrim's Pride Corporation's Motion to Enforce* (Attachments: # 1 Declaration of Ryan P. Phair, # 2 Exhibit 1 to Phair Declaration, # 3 Exhibit 2 to Phair Declaration, # 4 Exhibit 3 to Phair Declaration, # 5 Exhibit 4 to Phair Declaration, # 6 Exhibit 5 to Phair Declaration, # 7 Exhibit 6 to Phair Declaration, # 8 Exhibit 7 to Phair Declaration, # 9 Exhibit 8 to Phair Declaration, # 10 Exhibit 9 to Phair Declaration, # 11 Exhibit 10 to Phair Declaration, # 12 Exhibit 11 to Phair Declaration, # 13 Exhibit 12 to Phair Declaration, # 14 Exhibit 13 to Phair Declaration, # 15 Exhibit 14 to Phair Declaration, # 16 Exhibit 15 to Phair Declaration, # 17 Exhibit 16 to Phair Declaration, # 18 Exhibit 17 to Phair Declaration, # 19 Exhibit 18 to Phair Declaration, # 20 Exhibit 19 to Phair Declaration, # 21 Exhibit 20 to Phair Declaration, # 22 Exhibit 21 to Phair Declaration, # 23 Exhibit 22 to Phair Declaration, # 24 Exhibit 23 to Phair Declaration, # 25 Exhibit 24 to Phair Declaration, # 26 Exhibit 25 to Phair Declaration, # 27 Exhibit 26 to Phair Declaration, # 28 Exhibit 27 to Phair Declaration, # 29 Exhibit 28 to Phair Declaration, # 30 Exhibit 29 to Phair Declaration, # 31 Exhibit 30 to Phair Declaration)(Phair, Ryan) (Entered: 10/13/2023) |
| 10/13/2023 | 6979 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone motion hearing held on 10/13/2023 as to Plaintiff Direct Purchaser's motion for preliminary approval of the settlement with the House of Raeford and Koch 6926 . The motion for preliminary approval of the settlements 6926 is granted. Mailed notice. (kp, ) (Entered: 10/16/2023) |
| 10/14/2023 | 6977 | RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.)in Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs for reconsideration regarding sealed document 6706 *(September Track One Trial Plaintiffs' Motion for Reconsideration of the Court's Ruling Regarding Motion In Limine No. 15)* |

| | | |
|---|---|---|
| | | Pre 6969 (Attachments: # 1 Exhibit 1)(Ondeck, Christopher) (Entered: 10/14/2023) |
| 10/16/2023 | 6978 | TRANSCRIPT OF PROCEEDINGS held on 10/13/23 before the Honorable Thomas M. Durkin. Court Reporter Contact Information: Charles R. Zandi, 312/435-5387, charles_zandi@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 11/6/2023. Redacted Transcript Deadline set for 11/16/2023. Release of Transcript Restriction set for 1/15/2024. (Zandi, Charles) (Entered: 10/16/2023) |
| 10/16/2023 | 6980 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs' motion to reconsider motion in limine 15 6969 is denied. Plaintiffs have not raised any arguments beyond what they raised in their original motion. Additionally, any concerns the Court might have had are cured by the limits on Cooper's testimony reflected in Defendant's response to the motion to reconsider. The Court will give an instruction to the jury before Cooper testifies, agreed to by the parties, about the dual sources for his opinions. Defendants will make clear during Cooper's testimony which parts of his testimony are from personal knowledge and which are from other sources. Mailed notice. (kp, ) (Entered: 10/16/2023) |
| 10/16/2023 | 6981 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Admitted Trial Exhibits from October 16, 2023* (Attachments: # 1 Exhibit A)(Ondeck, Christopher) (Entered: 10/16/2023) |
| 10/16/2023 | 6982 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/16/2023 and continued to 10/17/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/17/2023) |
| 10/17/2023 | 6983 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/17/2023 and continued to 10/18/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/18/2023) |
| 10/18/2023 | 6984 | Objection to Evidence by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Ondeck, Christopher) (Entered: 10/18/2023) |
| 10/18/2023 | 6985 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *As Played By Defendants - Designated Deposition Trial Testimony (Transcript Only) Contains Plaintiff and Defense Counter-* |

| | | |
|---|---|---|
| | | *Designations October 11, 2023 - October 18, 2023* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ondeck, Christopher) (Entered: 10/18/2023) |
| 10/18/2023 | 6986 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Admitted Trial Exhibits from October 17-18, 2023* (Attachments: # 1 Exhibit A)(Ondeck, Christopher) (Entered: 10/18/2023) |
| 10/18/2023 | 6988 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/18/2023 and continued to 10/23/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/19/2023) |
| 10/19/2023 | 6987 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *As Played By Plaintiffs - Designated Deposition Trial Testimony (Transcript Only) Contains Plaintiff and Defense Completeness & Counter-Designations (October 18, 2023)* (Attachments: # 1 Exhibit 46, # 2 Exhibit 47)(Clark, Brian) (Entered: 10/19/2023) |
| 10/20/2023 | 6989 | STIPULATION regarding text entry, 6942 *(Stipulation and Agreed Motion Continuing Deadlines)* (Pearson, Michael) (Entered: 10/20/2023) |
| 10/20/2023 | 6990 | RESPONSE by John M. Andrenin Opposition to MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees*<br><br>Presented before District Judge<br><br>6910 (Attachments: # 1 Exhibit Chicago Teachers RFP)(Bednarz, M.) (Entered: 10/20/2023) |
| 10/20/2023 | 6991 | REPLY by John M. Andren to response in opposition to motion, 6990 *and in support of his motion to strike or in the alternative for discovery* (Bednarz, M.) (Entered: 10/21/2023) |
| 10/21/2023 | 6992 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Comprehensive Admitted Trial Exhibit List From Sept. 19, 2023 - Oct. 18, 2023* (Attachments: # 1 Exhibit A)(Ondeck, Christopher) (Entered: 10/21/2023) |
| 10/21/2023 | 6993 | OBJECTIONS *(Plaintiffs' Objection to Asking the Jury to Specify the Amount of Damages Attributable to Non-Party Co-Conspirators on the Verdict Form)* (Attachments: # 1 Exhibit A-Final Verdict Form, # 2 Exhibit B-Special Verdict Form, # 3 Exhibit C-DPP Proposed Verdict Form)(Bruckner, W.) (Entered: 10/21/2023) |
| 10/21/2023 | 6994 | OBJECTIONS *(Plaintiffs' Amended Objection to Asking the Jury to Specify the Amount of Damages Attibutable to Non-Party Co-Conspirators on the Verdict Form)* (Attachments: # 1 Exhibit A-Final Verdict Form, # 2 Exhibit B-Special Verdict Form)(Bruckner, W.) (Entered: 10/21/2023) |
| 10/22/2023 | 6995 | NOTICE by Associated Grocers of Florida, Inc., Associated Grocers of New England, Inc., Associated Grocers of the South, Inc., Associated Grocers, Inc., Associated Wholesale Grocers, Inc.,, Bashas' Inc., Bi-Lo Holdings, LLC, Big Y |

| | | | |
|---|---|---|---|
| | | | Foods, Inc., Brookshire Brothers, Inc., Brookshire Grocery Company, Colorado Boxed Beef Co, Fareway Stores, Inc., Giant Eagle, Inc., Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., et al., Latina Boulevard Foods, LLC, Meijer Distribution, Inc., Meijer, Inc., Piggly Wiggly Alabama Distributing Co., Inc., Publix Super Markets, Inc., Schnuck Markets, Inc., Spartannash Company, Supervalu Inc., The Distribution Group, Inc. (d/b/a Van Eerden Foodservice Company), The Golub Corporation, The Kroger Co., Troyer Foods, Inc., Unified Grocers, Inc., W. Lee Flowers & Co., Inc., Wakefern Food Corporation, Weinstein Wholesale Meats, Inc. (Holt, Ryan) (Entered: 10/22/2023) |
| 10/23/2023 | ⊣ | 6996 | MOTION by Plaintiff Track 1 Plaintiffs for judgment *as a Matter of Law* <br><br>Presented before District Judge <br><br>(Bruckner, W.) (Entered: 10/23/2023) |
| 10/23/2023 | | 6997 | RESPONSE by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to motion for miscellaneous relief,, 6930 *[Opposition To Certain Restaurant DAPs' Motion For Clarification Of Order Regarding Opt Out Status]* (Novack, Stephen) (Entered: 10/23/2023) |
| 10/23/2023 | | 6998 | MINUTE entry before the Honorable Thomas M. Durkin: The stipulation and agreed motion continuing deadlines 6989 is granted. The parties have agreed to the following briefing schedule as to Certain Restaurant Daps' Motion for clarification of order regarding opt out status 6930 . Oppositions are due by Monday, October 23, 2023; and any replies due by November 2, 2023. Mailed notice. (kp, ) (Entered: 10/23/2023) |
| 10/23/2023 | | 6999 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to motion for miscellaneous relief,, 6930 *(Direct Purchaser Plaintiffs' Response to Certain Restaurant DAPS' Motion for Clarification of Order Regarding Opt Out Status)* (Attachments: # 1 Declaration of Michael H. Pearson, # 2 Exhibit 1, # 3 Exhibit 2)(Pearson, Michael) (Entered: 10/23/2023) |
| 10/23/2023 | | 7002 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/23/2023 and continued to 10/24/2023 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 10/24/2023) |
| 10/24/2023 | | 7000 | Final Jury Instructions by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) (Ondeck, Christopher) (Entered: 10/24/2023) |
| 10/24/2023 | | 7001 | Final Verdict Form by Direct Purchaser Plaintiffs (Manning, Jill) (Entered: 10/24/2023) |
| 10/24/2023 | | 7003 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/24/2023. Deliberations begin. Mailed notice. (kp, ) (Entered: 10/24/2023) |
| 10/25/2023 | | 7014 | MINUTE entry before the Honorable Thomas M. Durkin: Jury trial held on 10/25/2023. Jury deliberations concluded. Judgment is entered pursuant to the jury verdict for the Defendant, Sanderson Farms and against Plaintiff, with there being no need to consider damages. Jury trial ends. Mailed notice. (kp, ) (Entered: 11/01/2023) |
| 10/25/2023 | | 7015 | JURY Verdict entered in favor of Defendant and against Plaintiffs. (Mailed Notice) (RESTRICTED) (kp, ) (Entered: 11/01/2023) |

| 10/26/2023 | 7004 | EXHIBIT by Defendants Sanderson Farms Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit Exhibit List by DX and PX, # 2 Exhibit Exhibit List by Witness, # 3 Exhibit 001 DX0019, # 4 Exhibit 002 DX0020, # 5 Exhibit 003 DX0042, # 6 Exhibit 004 DX0079, # 7 Exhibit 005 DX0088, # 8 Exhibit 006 DX0088-7, # 9 Exhibit 007 DX0157, # 10 Exhibit 008 DX0192-1, # 11 Exhibit 009 DX0221, # 12 Exhibit 010 DX0330, # 13 Exhibit 011 DX0330-1, # 14 Exhibit 012 DX0339, # 15 Exhibit 013 DX0400-1, # 16 Exhibit 014 DX0580, # 17 Exhibit 015 DX0641, # 18 Exhibit 016 DX0645, # 19 Exhibit 017 DX0648, # 20 Exhibit 018 DX0656, # 21 Exhibit 019 DX0658, # 22 Exhibit 020 DX0659) (Ondeck, Christopher) (Entered: 10/26/2023) |
| 10/26/2023 | 7005 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 021 DX0690, # 2 Exhibit 022 DX0691, # 3 Exhibit 023 DX0701, # 4 Exhibit 024 DX0701-1, # 5 Exhibit 025 DX0707, # 6 Exhibit 026 DX0707-1, # 7 Exhibit 027 DX0716, # 8 Exhibit 028 DX0717, # 9 Exhibit 029 DX0844, # 10 Exhibit 030 DX0853, # 11 Exhibit 031 DX0926, # 12 Exhibit 032 DX1029, # 13 Exhibit 033 DX1030, # 14 Exhibit 034 DX1090, # 15 Exhibit 035 DX1131, # 16 Exhibit 036 DX1173, # 17 Exhibit 037 DX1174, # 18 Exhibit 038 DX1178, # 19 Exhibit 039 DX1184, # 20 Exhibit 040 DX1186)(Ondeck, Christopher) (Entered: 10/26/2023) |
| 10/26/2023 | 7006 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 041 DX1197, # 2 Exhibit 042 DX1210, # 3 Exhibit 043 DX1210-1, # 4 Exhibit 044 DX1283A, # 5 Exhibit 045 DX1499, # 6 Exhibit 046 DX1510, # 7 Exhibit 047 DX1511, # 8 Exhibit 048 DX1527, # 9 Exhibit 049 DX1528, # 10 Exhibit 050 DX1599, # 11 Exhibit 051 DX1623, # 12 Exhibit 052 DX1634, # 13 Exhibit 053 DX1638, # 14 Exhibit 054 DX1658, # 15 Exhibit 055 DX1690, # 16 Exhibit 056 DX1740, # 17 Exhibit 057 DX1783, # 18 Exhibit 058 DX1786A, # 19 Exhibit 059 DX1851, # 20 Exhibit 060 DX1867)(Ondeck, Christopher) (Entered: 10/26/2023) |
| 10/26/2023 | 7007 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 061 DX1870, # 2 Exhibit 062 DX1872, # 3 Exhibit 063 DX1872A, # 4 Exhibit 064 DX1873, # 5 Exhibit 065 DX1873A, # 6 Exhibit 066 DX1874, # 7 Exhibit 067 DX1875, # 8 Exhibit 068 DX1880, # 9 Exhibit 069 DX1899, # 10 Exhibit 070 DX1901, # 11 Exhibit 071 DX1956-A, # 12 Exhibit 072 DX1979, # 13 Exhibit 073 DX1987, # 14 Exhibit 074 DX1989, # 15 Exhibit 075 DX1996, # 16 Exhibit 076 DX1998, # 17 Exhibit 076 DX1998-1, # 18 |

| | | |
|---|---|---|
| | | Exhibit 077 DX2007, # 19 Exhibit 078 DX2007-1, # 20 Exhibit 079 DX2015, # 21 Exhibit 080 DX2015-1)(Ondeck, Christopher) (Entered: 10/26/2023) |
| 10/26/2023 | 7008 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 081 DX2016, # 2 Exhibit 082 DX2016-1, # 3 Exhibit 083 DX2019, # 4 Exhibit 084 DX2019-1, # 5 Exhibit 085 DX2028, # 6 Exhibit 086 DX2038, # 7 Exhibit 087 DX2045, # 8 Exhibit 088 DX2047, # 9 Exhibit 089 DX2048, # 10 Exhibit 090 DX2049, # 11 Exhibit 091 DX2050, # 12 Exhibit 092 DX2051, # 13 Exhibit 093 DX2053, # 14 Exhibit 094 DX2057, # 15 Exhibit 095 DX2060, # 16 Exhibit 096 DX2072, # 17 Exhibit 097 DX2090, # 18 Exhibit 098 DX2091, # 19 Exhibit 099 DX2096, # 20 Exhibit 100 DX2098)(Ondeck, Christopher) (Entered: 10/26/2023) |
| 10/26/2023 | 7009 | EXHIBIT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Defendants' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 101 DX2110, # 2 Exhibit 102 DX2122, # 3 Exhibit 103 DX2123, # 4 Exhibit 104 DX2127, # 5 Exhibit 105 DX2129, # 6 Exhibit 106 DX2148, # 7 Exhibit 107 DX2149, # 8 Exhibit 108 DX2150, # 9 Exhibit 109 DX2151, # 10 Exhibit 110 DX2152, # 11 Exhibit 111 DX2153, # 12 Exhibit 112 DX2154, # 13 Exhibit 113 DX2155, # 14 Exhibit 114 DX2156, # 15 Exhibit 115 DX2157A, # 16 Exhibit 116 DX2166, # 17 Exhibit 117 DX2167, # 18 Exhibit 118 DX2168, # 19 Exhibit 119 DX2169, # 20 Exhibit 120 DX2171)(Ondeck, Christopher) (Entered: 10/26/2023) |
| 10/27/2023 | 7010 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages *for End-User Consumer Plaintiffs' Reply in Support of Their Renewed Motion for Attorneys' Fees* <br><br> Presented before District Judge <br><br> (Deich, Alison) (Entered: 10/27/2023) |
| 10/27/2023 | 7011 | SUR-REPLY by Defendants Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac Poultry, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farm, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson |

| | | |
|---|---|---|
| | | Poultry fhe. Wayne Farms, LLC to memorandum in support of motion 6693 , memorandum in support of motion 6692 *Sur-Reply In Further Support of Certain Defendants Opposition to Sysco Corporation and Carina Ventures LLC's Joint Motion for Substitution of Plaintiff* (Foley, Danielle) (Entered: 10/27/2023) |
| 10/27/2023 | 7012 | REPLY by Pilgrim's Pride Corporation to response in opposition to motion, 6975 (Bonanno, Michael) (Entered: 10/27/2023) |
| 10/27/2023 | 7013 | SEALED REPLY by Pilgrim's Pride Corporation to response in opposition to motion, 6975 (Bonanno, Michael) (Entered: 10/27/2023) |
| 11/01/2023 | 7016 | MINUTE entry before the Honorable Thomas M. Durkin: The CIIPs trial set for 3/4/2024 is re-set for 3/12/2024. The parties to the CIIPs trial should file a joint status report on 11/17/2023 listing the plaintiffs and defendants participating in the CIIPs trial. As with the trial of the direct purchaser claims, the Court will impose time limits on the CIIPs trial. The status report should include the parties' respective positions regarding the appropriate number of hours. A proposed pre-trial scheduling order for the CIIPs trial is due 12/1/2023. The Court suggests that the CIIPs trial parties prepare the pre-trial scheduling order using the format of the direct purchaser trial, e.g. 6677 . Along with the proposed scheduling order, the parties should also file on 12/1/2023 an updated status report regarding the parties going to trial, the status of any settlement discussions, and any adjustment to the length of trial due to settled parties. An updated pre-trial scheduling order and an updated status report regarding the parties going to trial, the status of any settlement discussions, and any adjustment to the length of trial due to settled parties, are due 1/8/2024. In-person status hearing on pre-trial progress is set for 1/11/2024 at 1:30 p.m. An updated pre-trial scheduling order and an updated status report regarding the parties going to trial, the status of any settlement discussions, and any adjustment to the length of trial due to settled parties, are due 2/5/2024. In-person status hearing on pre-trial progress set for 2/8/2024 at 10:00 a.m. Motions in limine are due 2/12/2024. Responses to motions in limine are due 2/23/2024. The parties should consult Judge Durkin's website regarding the permitted length of motions of limine briefs. An updated status report regarding the parties going to trial, the status of any settlement discussions, and any adjustment to the length of trial due to settled parties, is due 2/26/2024. An in-person hearing on motions in limine is set for 2/29/2024 at 10:00 a.m. The final pretrial order is due 3/1/2024. The final pretrial conference is set for 3/7/2024 at 10:00 a.m. The parties should immediately inform the Court of any settlements or similarly significant changes in the circumstances of the trial, rather than waiting until the next scheduled status report update. Mailed notice. (kp, ) (Entered: 11/01/2023) |
| 11/01/2023 | 7017 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit List by DX and PX, # 2 Exhibit List by Witness, # 3 Exhibit 121 PX0002, # 4 Exhibit 122 PX0004, # 5 Exhibit 123 PX0005, # 6 Exhibit 124 PX0007, # 7 Exhibit 125 PX0008, # 8 Exhibit 126 PX0009, # 9 Exhibit 127 PX0012A, # 10 Exhibit 128 PX0017, # 11 Exhibit 129 PX0020, # 12 Exhibit 130 PX0029, # 13 Exhibit 131 PX0030, # 14 Exhibit 132 PX0031, # 15 Exhibit 133 PX0034, # 16 Exhibit 134 PX0041, # 17 Exhibit 135 PX0054, # 18 Exhibit 136 PX0062, # 19 Exhibit 137 PX0063, # 20 Exhibit 138 PX0070, # 21 Exhibit 139 PX0145.003, # 22 Exhibit 140 PX0238, # 23 Exhibit 141 PX0244, # 24 Exhibit 142 PX0245, # 25 Exhibit 143 PX0254, # 26 Exhibit 144 PX0255, # 27 Exhibit 145 PX0259, # 28 Exhibit 146 PX0266, # 29 Exhibit 147 PX0283-A, # 30 Exhibit 148 PX0289, # 31 Exhibit 149 PX0297, # 32 Exhibit 150 PX0303, # 33 Exhibit 151 PX0305, # 34 Exhibit 152 PX0307, # 35 Exhibit 153 PX0308, # 36 Exhibit 154 PX0309, # 37 Exhibit 155 PX0311, # 38 |

| | | |
|---|---|---|
| | | Exhibit 156 PX0317, # 39 Exhibit 157 PX0325, # 40 Exhibit 158 PX0328, # 41 Exhibit 159 PX0332, # 42 Exhibit 160 PX0333, # 43 Exhibit 161 PX0390, # 44 Exhibit 162 PX0394, # 45 Exhibit 163 PX0398, # 46 Exhibit 164 PX0409, # 47 Exhibit 165 PX0412, # 48 Exhibit 166 PX0421, # 49 Exhibit 167 PX0479, # 50 Exhibit 168 PX0481, # 51 Exhibit 169 PX0482)(Clark, Brian) (Entered: 11/01/2023) |
| 11/01/2023 | 7018 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 170 PX0489, # 2 Exhibit 171 PX0491, # 3 Exhibit 172 PX0495, # 4 Exhibit 173 PX0496, # 5 Exhibit 174 PX0502, # 6 Exhibit 175 PX0521, # 7 Exhibit 176 PX0523, # 8 Exhibit 177 PX0525, # 9 Exhibit 178 PX0526, # 10 Exhibit 179 PX0532, # 11 Exhibit 180 PX0533, # 12 Exhibit 181 PX0534, # 13 Exhibit 182 PX0540-A, # 14 Exhibit 183 PX0544, # 15 Exhibit 184 PX0549, # 16 Exhibit 185 PX0551, # 17 Exhibit 186 PX0560, # 18 Exhibit 187 PX0561, # 19 Exhibit 188 PX0563, # 20 Exhibit 189 PX0582-A, # 21 Exhibit 190 PX0583, # 22 Exhibit 191 PX0595-A, # 23 Exhibit 192 PX0625, # 24 Exhibit 193 PX0633, # 25 Exhibit 194 PX0649-A, # 26 Exhibit 195 PX0650, # 27 Exhibit 196 PX0652, # 28 Exhibit 197 PX0653, # 29 Exhibit 198 PX0655, # 30 Exhibit 199 PX0657, # 31 Exhibit 200 PX0658, # 32 Exhibit 201 PX0659, # 33 Exhibit 202 PX0664, # 34 Exhibit 203 PX0665, # 35 Exhibit 204 PX0706, # 36 Exhibit 205 PX0708, # 37 Exhibit 206 PX0709, # 38 Exhibit 207 PX0711, # 39 Exhibit 208 PX0713, # 40 Exhibit 209 PX0714, # 41 Exhibit 210 PX0715, # 42 Exhibit 211 PX0718, # 43 Exhibit 212 PX0719, # 44 Exhibit 213 PX0720, # 45 Exhibit 214 PX0722, # 46 Exhibit 215 PX0723, # 47 Exhibit 216 PX0725, # 48 Exhibit 217 PX0726, # 49 Exhibit 218 PX0730, # 50 Exhibit 219 PX0731)(Clark, Brian) (Entered: 11/01/2023) |
| 11/01/2023 | 7019 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 220 PX0733, # 2 Exhibit 221 PX0735, # 3 Exhibit 222 PX0738, # 4 Exhibit 223 PX0739, # 5 Exhibit 224 PX0739-A, # 6 Exhibit 225 PX0740, # 7 Exhibit 226 PX0741, # 8 Exhibit 227 PX0744, # 9 Exhibit 228 PX0745, # 10 Exhibit 229 PX0746, # 11 Exhibit 230 PX0747, # 12 Exhibit 231 PX0749, # 13 Exhibit 232 PX0753, # 14 Exhibit 233 PX0754, # 15 Exhibit 234 PX0770, # 16 Exhibit 235 PX0802, # 17 Exhibit 236 PX0803, # 18 Exhibit 237 PX0806, # 19 Exhibit 238 PX807, # 20 Exhibit 239 PX0810, # 21 Exhibit 240 PX0811, # 22 Exhibit 241 PX0815, # 23 Exhibit 242 PX0817, # 24 Exhibit 243 PX0819, # 25 Exhibit 244 PX0820, # 26 Exhibit 245 PX0821, # 27 Exhibit 246 PX0823, # 28 Exhibit 247 PX0825, # 29 Exhibit 248 PX0829, # 30 Exhibit 249 PX0831, # 31 Exhibit 250 PX0833, # 32 Exhibit 251 PX0835A, # 33 Exhibit 252 PX0836, # 34 Exhibit 253 PX0837, # 35 Exhibit 254 PX0849, # 36 Exhibit 255 PX0895, # 37 Exhibit 256 PX0900, # 38 Exhibit 257 PX0903)(Clark, Brian) (Entered: 11/01/2023) |
| 11/01/2023 | 7020 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 258 PX0961-A, # 2 Exhibit 259 PX0975, # 3 Exhibit 260 PX0999, # 4 Exhibit 261 PX1002, # 5 Exhibit 262 PX1004, # 6 Exhibit 263 PX1005, # 7 Exhibit 264 PX1006, # 8 Exhibit 265 PX1007, # 9 Exhibit 266 PX1008, # 10 Exhibit 267 PX1009, # 11 Exhibit 268 PX1012A, # 12 Exhibit 269 PX1025, # 13 Exhibit 270 PX1027, # 14 Exhibit 271 PX1048, # 15 Exhibit 272 PX1109, # 16 Exhibit 273 PX1168, # 17 Exhibit 274 PX1194, # 18 Exhibit 275 PX1270A, # 19 Exhibit 276 PX1272, # 20 Exhibit 277 PX1274, # 21 Exhibit 278 PX1277, # 22 Exhibit 279 PX1280, # 23 Exhibit 280 PX1284, # 24 Exhibit 281 PX1294, # 25 Exhibit 282 PX1314, # 26 Exhibit 283 PX1329, # 27 Exhibit 284 PX1334, # 28 Exhibit 285 PX1347, # 29 Exhibit 286 PX1356-A, # 30 Exhibit 287 PX1357, # 31 Exhibit 288 PX1373, # 32 Exhibit |

289 PX1379, # 33 Exhibit 290 PX1390, # 34 Exhibit 291 PX1391, # 35 Exhibit 292 PX1419, # 36 Exhibit 293 PX1458, # 37 Exhibit 294 PX1507, # 38 Exhibit 295 PX1513, # 39 Exhibit 296 PX1515, # 40 Exhibit 297 PX1525, # 41 Exhibit 298 PX1603, # 42 Exhibit 299 PX1608, # 43 Exhibit 300 PX1631)(Clark, Brian) (Entered: 11/01/2023)

| 11/01/2023 | 7021 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 301 PX1643, # 2 Exhibit 302 PX1648, # 3 Exhibit 303 PX1652, # 4 Exhibit 304 PX1659, # 5 Exhibit 305 PX1663, # 6 Exhibit 306 PX1667, # 7 Exhibit 307 PX1674, # 8 Exhibit 308 PX1675, # 9 Exhibit 309 PX1680, # 10 Exhibit 310 PX1694, # 11 Exhibit 311 PX1697, # 12 Exhibit 312 PX1706, # 13 Exhibit 313 PX1723, # 14 Exhibit 314 PX1725, # 15 Exhibit 315 PX1726, # 16 Exhibit 316 PX1728, # 17 Exhibit 317 PX1738, # 18 Exhibit 318 PX1763, # 19 Exhibit 319 PX1768, # 20 Exhibit 320 PX1771, # 21 Exhibit 321 PX1773, # 22 Exhibit 322 PX1777, # 23 Exhibit 323 PX1782, # 24 Exhibit 324 PX1787, # 25 Exhibit 325 PX1804, # 26 Exhibit 326 PX1809, # 27 Exhibit 327 PX1810, # 28 Exhibit 328 PX1815, # 29 Exhibit 329 PX1845, # 30 Exhibit 330 PX1846, # 31 Exhibit 331 PX1854, # 32 Exhibit 332 PX1886, # 33 Exhibit 333 PX1872, # 34 Exhibit 334 PX1874, # 35 Exhibit 335 PX1875, # 36 Exhibit 336 PX1877, # 37 Exhibit 337 PX1882, # 38 Exhibit 338 PX1884, # 39 Exhibit 339 PX1890, # 40 Exhibit 340 PX1896, # 41 Exhibit 341 PX1897, # 42 Exhibit 342 PX1899, # 43 Exhibit 343 PX1901, # 44 Exhibit 344 PX1902, # 45 Exhibit 345 PX1906-A, # 46 Exhibit 346 PX1916, # 47 Exhibit 347 PX1918, # 48 Exhibit 348 PX1920, # 49 Exhibit 349 PX1922, # 50 Exhibit 350 PX1923)(Clark, Brian) (Entered: 11/01/2023) |
| 11/01/2023 | 7022 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 351 PX1924, # 2 Exhibit 352 PX1925, # 3 Exhibit 353 PX1930, # 4 Exhibit 354 PX1937-A, # 5 Exhibit 355 PX1952, # 6 Exhibit 356 PX1953, # 7 Exhibit 357 PX1956, # 8 Exhibit 358 PX1957, # 9 Exhibit 359 PX1961, # 10 Exhibit 360 PX1968, # 11 Exhibit 361 PX1970, # 12 Exhibit 362 PX1972, # 13 Exhibit 363 PX1974, # 14 Exhibit 364 PX1977, # 15 Exhibit 364 PX1982, # 16 Exhibit 366 PX1984, # 17 Exhibit 367 PX1988, # 18 Exhibit 368 PX2134, # 19 Exhibit 369 PX2140, # 20 Exhibit 370 PX2141, # 21 Exhibit 371 PX2144, # 22 Exhibit 372 PX2145, # 23 Exhibit 373 PX2154, # 24 Exhibit 374 PX2157, # 25 Exhibit 375 PX2160, # 26 Exhibit 376 PX2166-A, # 27 Exhibit 377 PX2172, # 28 Exhibit 378 PX2177, # 29 Exhibit 379 PX2181, # 30 Exhibit 380 PX2192, # 31 Exhibit 381 PX2207, # 32 Exhibit 382 PX2211, # 33 Exhibit 383 PX2212, # 34 Exhibit 384 PX2215, # 35 Exhibit 385 PX2217, # 36 Exhibit 386 PX2218, # 37 Exhibit 387 PX2222, # 38 Exhibit 388 PX2232, # 39 Exhibit 389 PX2242, # 40 Exhibit 390 PX2267, # 41 Exhibit 391 PX2303, # 42 Exhibit 392 PX2307-C, # 43 Exhibit 393 PX2317A, # 44 Exhibit 394 PX2327, # 45 Exhibit 395 PX2338-A, # 46 Exhibit 396 PX2346, # 47 Exhibit 397 PX2347, # 48 Exhibit 398 PX2350-C, # 49 Exhibit 399 PX2383, # 50 Exhibit 400 PX2385)(Clark, Brian) (Entered: 11/01/2023) |
| 11/01/2023 | 7023 | EXHIBIT by Plaintiff Direct Purchaser Plaintiffs *Plaintiffs' Admitted Exhibits As Submitted To The Jury* (Attachments: # 1 Exhibit 401 PX2395, # 2 Exhibit 402 PX2415, # 3 Exhibit 403 PX2417, # 4 Exhibit 404 PX2418, # 5 Exhibit 405 PX2420-C, # 6 Exhibit 406 PX2422A, # 7 Exhibit 407 PX2424-C, # 8 Exhibit 408 PX2449, # 9 Exhibit 409 PX2455, # 10 Exhibit 410 PX2457, # 11 Exhibit 411 PX2458 (Part 1), # 12 Exhibit 411 PX2458 (Part 2), # 13 Exhibit 411 PX2458 (Part 3), # 14 Exhibit 412 PX2459, # 15 Exhibit 413 PX2460, # 16 Exhibit 414 PX2461, # 17 Exhibit 415 PX2463, # 18 Exhibit 416 PX2477, # 19 Exhibit 417 PX2482, # 20 Exhibit 418 PX2485A, # 21 Exhibit 419 PX2489, # 22 |

| | | Exhibit 420 PX2492, # 23 Exhibit 421 PX2501, # 24 Exhibit 422 PX2501-A, # 25 Exhibit 423 PX2502, # 26 Exhibit 424 PX2502-A, # 27 Exhibit 425 PX2503, # 28 Exhibit 426 PX2504, # 29 Exhibit 427 PX2505, # 30 Exhibit 428 PX2506, # 31 Exhibit 429 PX2507, # 32 Exhibit 430 PX2508, # 33 Exhibit 431 PX2509, # 34 Exhibit 432 PX2511, # 35 Exhibit 433 PX2514, # 36 Exhibit 434 PX2518, # 37 Exhibit 435 PX2521, # 38 Exhibit 436 PX2522, # 39 Exhibit 437 PX2523) (Clark, Brian) (Entered: 11/01/2023) |
|---|---|---|
| 11/01/2023 | 7024 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' motion for leave to file excess pages 7010 is granted. Mailed notice. (kp, ) (Entered: 11/01/2023) |
| 11/02/2023 | 7025 | STIPULATION of Dismissal *with Prejudice, of Certain Actions Against House of Raeford Farms, Inc. [proposed order]* (Blechman, William) (Entered: 11/02/2023) |
| 11/02/2023 | 7026 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21289612.<br><br>Presented before District Judge<br><br>(Amara, Abou) (Entered: 11/02/2023) |
| 11/02/2023 | 7027 | MINUTE entry before the Honorable Thomas M. Durkin: Attorney's motion to appear pro hac vice 7026 is granted. Attorney Abou B. Amara, Jr for Commercial and Institutional Indirect Purchaser Plaintiffs added. Mailed notice. (kp, ) (Entered: 11/02/2023) |
| 11/02/2023 | 7028 | AMENDED MEMORANDUM Opinion and Order: Amending order 6641 , amended pursuant to stipulation 6903 . Signed by the Honorable Thomas M. Durkin on 11/2/2023. Mailed notice. (kp, ) (Entered: 11/02/2023) |
| 11/02/2023 | 7029 | MINUTE entry before the Honorable Thomas M. Durkin: For the reasons the Court denied the motion for entry of judgment on the defendants that were granted summary judgment 6717 , the Court will not enter judgment on the 10/25/2023 trial verdict 7015 at this time. However, the parties should not wait until entry of judgment to file post-trial motions. The parties should meet and confer and contact the Court staff with a proposed briefing schedule by 11/17/2023. Mailed notice. (kp, ) (Entered: 11/02/2023) |
| 11/02/2023 | 7030 | REPLY by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to motion for miscellaneous relief,, 6930 *Certain Restaurant DAPS' Reply in Further Support of Motion for Clarification of Order Regarding Opt Out Status* (Lustrin, Lori) (Entered: 11/02/2023) |
| 11/03/2023 | 7031 | STIPULATION of Dismissal, with Prejudice, of Certain Actions Against House of Raeford Farms, Inc. Signed by the Honorable Thomas M. Durkin on 11/3/2023. Mailed notice. (kp, ) (Entered: 11/03/2023) |

| 11/03/2023 | 7032 | REPLY by Plaintiff End-User Consumer Plaintiffs to motion for attorney fees 6910 *Reply in Support of End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees* (Scarlett, Shana) (Entered: 11/03/2023) |
|---|---|---|
| 11/06/2023 | 7033 | Notice of Compliance with 28 U.S.C. Sec. 1715 by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Attachments: # 1 Exhibit 1)(Campbell, Andrew) (Entered: 11/06/2023) |
| 11/08/2023 | 7034 | MOTION by Attorney Melissa A. Meister to withdraw as attorney for Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC, Perkins LLC. No party information provided<br><br>Presented before District Judge<br><br>(Reichline, Cindy) (Entered: 11/08/2023) |
| 11/08/2023 | 7035 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing set for 11/9/2023 at 2:00 p.m. as to the request of defense counsel on the 3/12/2024 trial. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, ) (Entered: 11/08/2023) |
| 11/09/2023 | 7036 | MINUTE entry before the Honorable Thomas M. Durkin: Status hearing held 11/9/2023. Defendant Sanderson's oral motion to continue the 3/12/2024 trial date is denied. Mailed notice. (kp, ) (Entered: 11/09/2023) |
| 11/09/2023 | 7037 | MINUTE entry before the Honorable Thomas M. Durkin: A third Track One trial in this case, addressing the claims of the End User Class, is set for 9/3/2024 at 9:00 a.m. Mailed notice. (kp, ) (Entered: 11/09/2023) |
| 11/09/2023 | 7038 | NOTICE by House of Raeford Farms, Inc. *Compliance With 28 U.S.C 1755* (Attachments: # 1 Exhibit)(Wrobel, Gregory) (Entered: 11/09/2023) |
| 11/09/2023 | 7039 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Action Plaintiffs' motion for leave to withdraw appearance of Melissa A. Meister 7034 is granted. Attorney Melissa A. Meister terminated. Mailed notice. (kp, ) (Entered: 11/09/2023) |
| 11/10/2023 | 7040 | Certain Restaurant DAPs' Objection to DPP Class's Proposed Settlement with Defendant Simmons by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC (Lustrin, Lori) (Entered: 11/10/2023) |
| 11/16/2023 | 7041 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs' Rule 50(b) and Rule 59 motion and opening brief is due December 22, 2023. Defendants' |

| | | response is due January 26, 2024. Plaintiffs' reply is due February 16, 2024. Mailed notice. (kp, ) (Entered: 11/16/2023) |
|---|---|---|
| 11/17/2023 | 7042 | STATUS Report *(Direct Purchaser Plaintiffs' Status Report Regarding Settlements With The Simmons, Mountaire, and O.K. Foods Defendants)* by Direct Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 11/17/2023) |
| 11/17/2023 | 7043 | STATUS Report *(Status Report Regarding Direct Purchaser Plaintiffs' Motion for Reimbursement of Litigation Expenses)* by Direct Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 11/17/2023) |
| 11/17/2023 | 7044 | STATUS Report *Joint Status Report Related to March 12, 2024 Trial* by Commercial and Institutional Indirect Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Zapala, Adam) (Entered: 11/17/2023) |
| 11/20/2023 | 7045 | TRANSCRIPT OF PROCEEDINGS held on 11/09/2023 before the Honorable Thomas M. Durkin. Status. Order Number: 47331. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/11/2023. Redacted Transcript Deadline set for 12/21/2023. Release of Transcript Restriction set for 2/19/2024. (Carrion, Elia) (Entered: 11/20/2023) |
| 11/21/2023 | 7046 | MINUTE entry before the Honorable Thomas M. Durkin: In response to the motion to clarify 6930 the DPPs make the following statement in their brief 6999 on page 9: "DPPs notified the Class... that if they elected to proceed on Track 1 they would waive bid-rigging claims." This statement lacks a citation. Assuming the notification was made in a document, the DPPs should file a copy of the document on the docket by 12/1/2023. If no such document exists, the DPPs should file an explanation for the cited statement of no more than 2 pages. Mailed notice. (kp, ) (Entered: 11/21/2023) |
| 11/21/2023 | 7047 | MINUTE entry before the Honorable Thomas M. Durkin: The telephone hearing as to Direct Purchaser Plaintiffs' anticipated motion for final approval of the settlement with Simmons Foods, Inc. and Simmons Prepared Foods, Inc. set for 12/12/2023 at 10:00 a.m. still stands. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are |

| | | reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, ) (Entered: 11/21/2023) |
|---|---|---|
| 11/21/2023 | 7048 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 11/21/2023) |
| 11/22/2023 | 7049 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Direct Purchasers' motion for leave to file excess pages 7048 is granted. Mailed notice. (kp, ) (Entered: 11/22/2023) |
| 11/28/2023 | 7050 | RESPONSE by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. to other,, 7040 *IN OPPOSITION TO CERTAIN RESTAURANT DAP'S OBJECTION TO DPP CLASS'S PROPOSED SETTLEMENT WITH DEFENDANT SIMMONS* (Murray, Lynn) (Entered: 11/28/2023) |
| 11/28/2023 | 7051 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants)*<br><br>Presented before District Judge<br><br>(Pouya, Bobby) (Entered: 11/28/2023) |
| 11/28/2023 | 7052 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 7051 *(Direct Purchaser Plaintiffs' Memorandum in Support of Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants)* (Pouya, Bobby) (Entered: 11/28/2023) |
| 11/28/2023 | 7053 | DECLARATION of Bobby Pouya regarding motion for settlement, 7051 *(Declaration of Bobby Pouya in Support of Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants)* (Pouya, Bobby) (Entered: 11/28/2023) |
| 11/28/2023 | 7054 | DECLARATION of Eric Schachter regarding motion for settlement, 7051 *(Declaration of Eric Schachter in Support of Motion for Final Approval of the Settlements with the Simmons, Mountaire and O.K. Foods Defendants)* (Pouya, Bobby) (Entered: 11/28/2023) |
| 11/28/2023 | 7055 | Exhibits by Direct Purchaser Plaintiffs *(Exhbits A-C to Declaration of Eric Schachter in Support of Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants (ECF No. 7054))* (Attachments: # 1 Exhibit A-Simmons Exclusion List, # 2 Exhibit B-Mountaire Exclusion List, # 3 Exhibit C-O.K. Foods Exclusion List)(Pouya, Bobby) (Entered: 11/28/2023) |
| 11/30/2023 | 7056 | Notice of Settlement by Quirch Foods, LLC, f/k/a Quirch Foods Co. *and George's, Inc. and George's Farms, Inc.* (Shapiro, Jay) (Entered: 11/30/2023) |
| 11/30/2023 | 7057 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, |

| | | FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. for leave to file *Response to Motion for Final Approval and Request for In-Person Hearing* <br><br> Presented before District Judge <br><br> (Lustrin, Lori) (Entered: 11/30/2023) |
|---|---|---|
| 11/30/2023 | 7058 | MINUTE entry before the Honorable Thomas M. Durkin: Certain Restaurant DAPs' Motion for Leave to File Response to Motion for Final Approval and Request for In-Person Hearing 7057 is granted. The fairness hearing set for 12/12/2023 at 10:00 a.m. will proceed in person in courtroom 1441. The dial-in information provided in docket entry 6616 will still apply for anyone who chooses to participate remotely. Mailed notice. (ecw, ) (Entered: 11/30/2023) |
| 12/01/2023 | 7059 | STATEMENT by Direct Purchaser Plaintiffs *(Direct Purchaser Plaintiffs' Statement in Response to ECF No. 7046 Regarding the Certain Restaurant DAPs' Motion for Clarification of Order Regarding Opt Out Status)* (Pouya, Bobby) (Entered: 12/01/2023) |
| 12/01/2023 | 7060 | STATUS Report *Joint Status Report Related to March 12, 2024 Trial and Proposed Pretrial Scheduling Order* by Commercial and Institutional Indirect Purchaser Plaintiffs <br><br> Presented before District Judge <br><br> (Attachments: # 1 Exhibit A)(Zapala, Adam) (Entered: 12/01/2023) |
| 12/04/2023 | 7061 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' Motion for Leave to File Under Seal 6912 is granted. Mailed notice. (ecw, ) (Entered: 12/04/2023) |
| 12/04/2023 | 7062 | MINUTE entry before the Honorable Thomas M. Durkin: Regarding the parties' proposed pretrial schedule [7060-1], the Court agrees with the parties' request in footnote 2 to dispense with the obligation provided in the Court's "Pretrial Procedures in Civil Cases," section III(6), that the proponent of an exhibit identify a concise statement of admissibility. Additionally, if the parties cannot reach agreement on "whether both sides' depositions designations and counters should be played to the jury in their entirety at one time," the parties should contact the Courtroom Deputy with an agreed briefing schedule on that issue. Mailed notice. (ecw, ) (Entered: 12/04/2023) |
| 12/05/2023 | 7063 | STIPULATED Order of Dismissal With Prejudice By Plaintiff Associated Wholesale Grocers, Inc. of Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 12/5/2023. Mailed notice. (ecw, ) (Entered: 12/05/2023) |
| 12/05/2023 | 7064 | STIPULATED Order for Dismissal with Prejudice by the Affiliate Foods Plaintiffs of Defendants Mountaire Farms, Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc. Signed by the Honorable Thomas M. Durkin on 12/5/2023. Mailed notice(ecw, ) (Entered: 12/05/2023) |

| 12/05/2023 | 7065 | STIPULATED Order of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendants Mountaire Farms, Inc., Mountaire Farms, LLC and Mountaire Farms of Delaware, Inc. Signed by the Honorable Thomas M. Durkin on 12/5/2023. Mailed notice. (ecw, ) (Entered: 12/05/2023) |
|---|---|---|
| 12/05/2023 | 7066 | STIPULATED Order of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendant O.K. Foods, Inc. Signed by the Honorable Thomas M. Durkin on 12/5/2023. Mailed notice. (ecw, ) (Entered: 12/05/2023) |
| 12/05/2023 | 7067 | STIPULATED Order of Dismissal with Prejudice by the Affiliate Foods Plaintiffs of Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. Signed by the Honorable Thomas M. Durkin on 12/5/2023. Mailed notice. (ecw, ) (Entered: 12/05/2023) |
| 12/05/2023 | 7068 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 12/5/2023. Mailed notice. (ecw, ) (Entered: 12/05/2023) |
| 12/05/2023 | 7069 | RESPONSE by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLCin Opposition to MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants)* <br><br> Presented before Dist 7051 (Lustrin, Lori) (Entered: 12/05/2023) |
| 12/06/2023 | 7070 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of the Settlement with the House of Raeford and Koch Defendants. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7071 | STIPULATED Order of Dismissal, with Prejudice, of Certain Actions Against O.K. Foods Defendants. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7072 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7073 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7074 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7075 | STIPULATED Order of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Defendant Tyson. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7076 | STIPULATED Order of Dismissal with Prejudice by Plaintiff Associated Wholesale Grocers, Inc. of Koch Defendants. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7077 | STIPULATED Order for Dismissal with Prejudice by the Affiliated Foods Plaintiffs of Defendant House of Raeford Farms, Inc. Signed by the Honorable |

Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023)

| 12/06/2023 | 7078 | STIPULATED Order for Dismissal with Prejudice by the Affiliate Foods Plaintiffs of Defendants Koch Foods, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC and Koch Meat Co., Inc. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
|---|---|---|
| 12/06/2023 | 7079 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 12/6/2023. Mailed notice. (ecw, ) (Entered: 12/06/2023) |
| 12/06/2023 | 7080 | MOTION by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) for order *adopting the Court's Email Rulings*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B1 - B38 (Slipsheet), # 3 Exhibit C, # 4 Exhibit D1 - D23)(Ondeck, Christopher) (Entered: 12/06/2023) |
| 12/06/2023 | 7081 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) *Exhibits B1 Through B38 to ECF 7080* (Attachments: # 1 Exhibit B-2, # 2 Exhibit B-3, # 3 Exhibit B-4, # 4 Exhibit B-5, # 5 Exhibit B-6, # 6 Exhibit B-7, # 7 Exhibit B-8, # 8 Exhibit B-9, # 9 Exhibit B-10, # 10 Exhibit B-11, # 11 Exhibit B-12, # 12 Exhibit B-13, # 13 Exhibit B-14, # 14 Exhibit B-15, # 15 Exhibit B-16, # 16 Exhibit B-17, # 17 Exhibit B-18, # 18 Exhibit B-19, # 19 Exhibit B-20, # 20 Exhibit B-21, # 21 Exhibit B-22, # 22 Exhibit B-23, # 23 Exhibit B-24, # 24 Exhibit B-25, # 25 Exhibit B-26, # 26 Exhibit B-27, # 27 Exhibit B-28, # 28 Exhibit B-29, # 29 Exhibit B-30, # 30 Exhibit B-31, # 31 Exhibit B-32, # 32 Exhibit B-33, # 33 Exhibit B-34, # 34 Exhibit B-35, # 35 Exhibit B-36, # 36 Exhibit B-37, # 37 Exhibit B-38)(Ondeck, Christopher) (Entered: 12/06/2023) |
| 12/07/2023 | 7082 | ORDER Regarding the Court's Evidentiary Rulings Issued to the Parties by E-Mail 7080 . Signed by the Honorable Thomas M. Durkin on 12/7/2023. Mailed notice. (ecw, ) (Entered: 12/07/2023) |
| 12/11/2023 | 7083 | ORDER: For the reasons stated in the attached order, the DAPs' motion for clarification 6930 is denied in that the Court finds that the DAPs' bid-rigging claims were released by the Class settlements with Defendants Koch, Simmons, House of Raeford, Mountaire, and OK Foods. Additionally, the Court denies the DAPs' objection 7040 to the settlement with Simmons. Signed by the Honorable Thomas M. Durkin on 12/11/2023. Mailed notice. (ecw, ) (Entered: 12/11/2023) |
| 12/12/2023 | 7084 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 12/12/2023. For the reasons stated on the record, Direct Purchaser Plaintiffs' Motion for Reimbursement of Litigation Expenses 6963 is granted. For the reasons also stated on the record, Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the Simmons, Mountaire, and O.K. Foods Defendants 7051 is granted. Mailed notice. (ecw, ) (Entered: 12/12/2023) |
| 12/12/2023 | 7085 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlement with the Simmons Defendants. Signed by the Honorable Thomas M. |

Case: 1:16-cv-08637 Document #: 7831-1 Filed: 07/30/25 Page 515 of 598 PageID #:686706
Case: 25-2298 Document #: ... Filed: 07/30/2025 Pages: 1018
Durkin on 12/12/2023. Mailed notice. (ecw, ) (Entered: 12/12/2023)

| 12/12/2023 | 7086 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Reimbursement of Litigation Expenses. Signed by the Honorable Thomas M. Durkin on 12/12/2023. Mailed notice. (ecw, ) (Entered: 12/12/2023) |
|---|---|---|
| 12/12/2023 | 7087 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlement with the Mountaire Defendants. Signed by the Honorable Thomas M. Durkin on 12/12/2023. Mailed notice. (ecw, ) (Entered: 12/12/2023) |
| 12/12/2023 | 7088 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlement with the O.K. Foods Defendants. Signed by the Honorable Thomas M. Durkin on 12/12/2023. Mailed notice. (ecw, ) (Entered: 12/12/2023) |
| 12/15/2023 | 7089 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the Court's Order at dkt. 7062 , CIIPPs and Defendants have agreed to submit a single joint submission on whether both sides' deposition designations and counters should be played to the jury in their entirety at one time, with each side permitted up to 10 pages for their respective submissions, by 12/21/2023. Mailed notice. (ecw, ) (Entered: 12/15/2023) |
| 12/20/2023 | 7090 | MOTION by Plaintiff Track 1 Plaintiffs for leave to file *excess pages* <br><br> Presented before District Judge <br><br> (Attachments: # 1 Text of Proposed Order Proposed Order)(Hill, Brian) (Entered: 12/20/2023) |
| 12/20/2023 | 7091 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 7090 is granted. Track One Plaintiffs may file a brief in support of their motion not to exceed 35 pages. Sanderson Defendants may have an additional 5 pages for their response. Mailed notice. (ecw, ) (Entered: 12/20/2023) |
| 12/21/2023 | 7092 | Joint Submission Regarding Video Deposition Testimony to be Played at Trial STATEMENT by Commercial and Institutional Indirect Purchaser Plaintiffs (Zapala, Adam) (Entered: 12/21/2023) |
| 12/22/2023 | 7093 | MOTION by Plaintiff Track 1 Plaintiffs for Judgment as a Matter of Law, or in the Alternative, a New Trial <br><br> Presented before District Judge <br><br> (Hill, Brian) (Entered: 12/22/2023) |
| 12/22/2023 | 7094 | MEMORANDUM by Track 1 Plaintiffs in support of motion for miscellaneous relief 7093 (Hill, Brian) (Entered: 12/22/2023) |
| 12/22/2023 | 7095 | SEALED DOCUMENT by Plaintiff Track 1 Plaintiffs (Hill, Brian) (Entered: 12/22/2023) |
| 12/28/2023 | 7096 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to |

| | | counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/28/2023: Mailed notice. (tg, ) (Entered: 12/28/2023) |
|---|---|---|
| 12/29/2023 | 7097 | MOTION by Defendants House of Raeford Farms, Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc. for extension of time *to (1) Submit Supplemental Expert Reports, (2) Depose Expert Witnesses, and (3) File Motions In Limine Relating To Defense Experts [UNOPPOSED]*<br><br>Presented before District Judge<br><br>(Murray, Lynn) (Entered: 12/29/2023) |
| 12/29/2023 | 7098 | MOTION by Plaintiff End-User Consumer Plaintiffs for extension of time *End-User Consumer Plaintiffs' Motion for Extension of Claims Filing Deadline*<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 12/29/2023) |
| 12/29/2023 | 7099 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for Distribution of Net Settlement Proceeds *(Commercial and Institutional Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Distribution of Net Settlement Proceeds)*<br><br>Presented before District Judge<br><br>(Zapala, Adam) (Entered: 12/29/2023) |
| 12/29/2023 | 7100 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for miscellaneous relief, 7099 *(Commercial and Institutional Indirect Purchaser Plaintiffs' Memorandum in Support of Motion for Distribution of Net Settlement Proceeds)* (Attachments: # 1 Declaration of Daniel C. Hedlund, # 2 Declaration of Eric Nordskog, # 3 Exhibit A-D to Declaration of Eric Nordskog)(Zapala, Adam) (Entered: 12/29/2023) |
| 01/03/2024 | 7101 | NOTICE by Marvin Alan Miller of Change of Address (Miller, Marvin) (Entered: 01/03/2024) |
| 01/03/2024 | 7102 | NOTICE by Matthew E Van Tine of Change of Address (Van Tine, Matthew) (Entered: 01/03/2024) |
| 01/03/2024 | 7103 | NOTICE by Andrew Szot of Change of Address (Szot, Andrew) (Entered: 01/03/2024) |

| 01/03/2024 | 7104 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' Motion for Extension of Claims Filing Deadline 7098 is granted. (ecw, ) (Entered: 01/03/2024) |
|---|---|---|
| 01/03/2024 | 7105 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' Unopposed Motion for Extension of Time to (1) Submit Supplemental Expert Reports, (2) Depose Expert Witnesses, and (3) File Motions in Limine Relating to Defense Experts 7097 is granted. Defendant's supplemental expert reports are due 1/29/2024. The deadline to depose experts is 2/16/2024. Motions in limine relating to defense experts are due 2/19/2024. The responses to motions in limine relating to defense experts are due 2/26/2024. Mailed notice. (ecw, ) (Entered: 01/03/2024) |
| 01/03/2024 | 7106 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. for leave to file *Under Seal Exhibits to Notice of Filing Expert Reports of Colin A. Carter, Ph.D.*<br><br>Presented before District Judge<br><br>(Lustrin, Lori) (Entered: 01/03/2024) |
| 01/03/2024 | 7107 | NOTICE by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC *Certain Restaurant DAPs' Notice of Filing Expert Reports of Colin A. Carter, Ph.D. [PUBLIC VERSION]* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Lustrin, Lori) (Entered: 01/03/2024) |
| 01/03/2024 | 7108 | SEALED DOCUMENT by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. *Certain Restaurant DAPs' Notice of Filing Expert Reports of Colin A. Carter, Ph.D.* (Attachments: # 1 Exhibit A. Expert Report of Colin A. Carter, Ph.D., # 2 Exhibit B. Notice of Errata Regarding the Expert Report of Colin A. Carter, Ph.D., # 3 Exhibit C. Expert Reply Report of Colin A. Carter, Ph.D., # 4 Exhibit D. Merits Report of Colin A. Carter, Ph.D., # 5 Exhibit E. Merits Reply Report of Colin A. Carter, Ph.D., # 6 Exhibit F. Supplemental Merits Report of Colin A. Carter, Ph.D.)(Lustrin, Lori) (Entered: 01/03/2024) |
| 01/04/2024 | 7109 | MINUTE entry before the Honorable Thomas M. Durkin: Certain Restaurant DAPS' Motion for Leave to File Under Seal Exhibits to Notice of Filing Expert |

| | | |
|---|---|---|
| | | Report of Conn A. Carter, PHD, 7106 is granted. Minute notice. (ecw, ) (Entered: 01/04/2024) |
| 01/04/2024 | 7110 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Distribution of Net Settlement Proceeds 7099 is set for 1/10/2024 at 9:15 a.m. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/04/2024) |
| 01/04/2024 | 7111 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by L. Hart, Inc. (Ripp, Paul) (Entered: 01/04/2024) |
| 01/04/2024 | 7112 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by R & D Marketing, LLC (Ripp, Paul) (Entered: 01/04/2024) |
| 01/04/2024 | 7113 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by EMA Foods Co., LLC (Ripp, Paul) (Entered: 01/04/2024) |
| 01/04/2024 | 7114 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Timber Lake Foods, Inc. (Ripp, Paul) (Entered: 01/04/2024) |
| 01/04/2024 | 7115 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Red Bird Farms Distribution Company (Ripp, Paul) (Entered: 01/04/2024) |
| 01/04/2024 | 7116 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Campbell Soup Company, Campbell Soup Supply Company L.L.C. (Gant, Scott) (Entered: 01/04/2024) |
| 01/05/2024 | 7117 | MINUTE entry before the Honorable Thomas M. Durkin: The in-person status hearing on pre-trial progress set for 1/11/2024 at 1:30 p.m. will instead proceed by telephone. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/05/2024) |
| 01/05/2024 | 7118 | TRANSCRIPT OF PROCEEDINGS held on 12/12/2023 before the Honorable Thomas M. Durkin. Final Approval of Settlements. Order Number: 47544. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, |

see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 1/26/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/4/2024. (Carrion, Elia) (Entered: 01/05/2024)

| | | |
|---|---|---|
| 01/05/2024 | 7119 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Target Corporation (Gant, Scott) (Entered: 01/05/2024) |
| 01/05/2024 | 7120 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Thomas P. Schubert (Schubert, Thomas) (Entered: 01/05/2024) |
| 01/05/2024 | 7121 | NOTICE of appeal by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC regarding orders 7083 , 7085 Filing fee $ 605, receipt number AILNDC-21494826. Receipt number: n (Lustrin, Lori) (Entered: 01/05/2024) |
| 01/05/2024 | 7122 | DOCKETING Statement by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC regarding notice of appeal,, 7121 (Lustrin, Lori) (Entered: 01/05/2024) |
| 01/08/2024 | 7123 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7121 . (jj, ) (Entered: 01/08/2024) |
| 01/08/2024 | 7124 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7121 . Notified counsel. (jj, ) (Entered: 01/08/2024) |
| 01/08/2024 | 7125 | STATUS Report *Third Joint Status Report and Submission of Amended Proposed Pretrial Schedule* by Commercial and Institutional Indirect Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit A - Revised Full Pretrial Order Schedule)(Zapala, Adam) (Entered: 01/08/2024) |
| 01/08/2024 | 7126 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Third Joint Status Report and Submission of Amended Proposed Pretrial Schedule* (Zapala, Adam) (Entered: 01/08/2024) |
| 01/09/2024 | 7127 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 7121 ; USCA Case No. 24-1030. (jj, ) (Entered: 01/09/2024) |
| 01/09/2024 | 7128 | MOTION by Defendants Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to substitute attorney |

| | | Presented before District Judge |
|---|---|---|
| | | (Ohlms, Todd) (Entered: 01/09/2024) |
| 01/09/2024 | 7129 | MOTION by Defendants Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to clarify *regarding ECF No. 7091*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Proposed Order)(Casazza, Kyle) (Entered: 01/09/2024) |
| 01/09/2024 | 7130 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute attorney 7128 is granted. Attorney Todd J. Ohlms for Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), and Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) added. Attorney Marc Eric Rosenthal terminated. Mailed notice. (ecw, ) (Entered: 01/09/2024) |
| 01/09/2024 | 7131 | NOTICE by Robert J Gralewski, Jr of Change of Address (Gralewski, Robert) (Entered: 01/09/2024) |
| 01/10/2024 | 7132 | MINUTE entry before the Honorable Thomas M. Durkin: Sanderson Farms' Motion for Clarification Regarding ECF No. 7091 7129 is granted. Sanderson may file an opposition to the Track One Plaintiffs' brief in support of its motion for judgment as a matter of law or, alternatively, a new trial not to exceed thirty-five pages. Mailed notice. (ecw, ) (Entered: 01/10/2024) |
| 01/10/2024 | 7133 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 1/10/2024 as to Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Distribution of Net Settlement Proceeds 7099 . No one was present on the call to object to the motion. For the reasons stated on the record, the motion 7099 is granted. Enter order. Mailed notice. (ecw, ) (Entered: 01/10/2024) |
| 01/10/2024 | 7134 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Distribution of Net Settlement Proceeds. Signed by the Honorable Thomas M. Durkin on 1/10/2024. Mailed notice. (ecw, ) (Entered: 01/10/2024) |
| 01/10/2024 | 7135 | STIPULATION of Dismissal *with Prejudice by Certain Direct Action Plaintiffs of Tyson Defendants* (Esau, David) (Entered: 01/10/2024) |
| 01/10/2024 | 7136 | STIPULATED ORDER of Dismissal with Prejudice by Certain Direct Action Plaintiffs of Tyson Defendants. Signed by the Honorable Thomas M. Durkin on 1/10/2024. Mailed notice. (ecw, ) (Entered: 01/10/2024) |
| 01/10/2024 | 7137 | MOTION by Attorney Gary V. Weeks to withdraw as attorney for George's Farms, Inc., George's Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Greene, William) (Entered: 01/10/2024) |
| 01/11/2024 | 7138 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7137 is granted. Attorney Gary V. Weeks terminated. Mailed notice. (ecw, ) (Entered: 01/11/2024) |

| 01/11/2024 | 7139 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 1/11/2024. Mailed notice. (ecw, ) (Entered: 01/11/2024) |
|---|---|---|
| 01/11/2024 | 7140 | MINUTE entry before the Honorable Thomas M. Durkin: Oral argument as to the Joint Submission Regarding Video Deposition Testimony to be Played at Trial 7092 is set for 1/22/2024 at 12:30 p.m. by telephone. To join the telephone conference, dial 877-402-9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/11/2024) |
| 01/17/2024 | 7141 | REQUEST for a Separate Jury Panel Pursuant to Local Rule 47.1(b). Signed by the Honorable Thomas M. Durkin on 1/17/2024. Mailed notice. (ecw, ) (Entered: 01/17/2024) |
| 01/17/2024 | 7142 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Amick Farms, LLC (Iwrey, Howard) (Entered: 01/17/2024) |
| 01/18/2024 | 7143 | SEVENTH CIRCUIT transcript information sheet by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, FIC Restaurants, Inc., Golden Corral Corporation, Shamrock Foods Company, The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC (Lustrin, Lori) (Entered: 01/18/2024) |
| 01/22/2024 | 7144 | MOTION by Plaintiff Amory Investments LLC Motion for Status Conference<br><br>Presented before District Judge<br><br>(Gant, Scott) (Entered: 01/22/2024) |
| 01/22/2024 | 7145 | MINUTE entry before the Honorable Thomas M. Durkin: Oral argument as to the Joint Submission Regarding Video Deposition Testimony to be Played at Trial 7092 held on 1/22/2024. Mailed notice. (ecw, ) (Entered: 01/22/2024) |
| 01/23/2024 | 7146 | TRANSCRIPT OF PROCEEDINGS held on 01/10/2024 before the Honorable Thomas M. Durkin. Motions. Order Number: 47763. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/13/2024. Redacted Transcript Deadline set for 2/23/2024. Release of Transcript Restriction set for 4/22/2024. (Carrion, Elia) |

| | | | |
|---|---|---|---|
| 01/23/2024 | | 7147 | TRANSCRIPT OF PROCEEDINGS held on 01/11/2024 before the Honorable Thomas M. Durkin. Status. Order Number: 47756. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/13/2024. Redacted Transcript Deadline set for 2/23/2024. Release of Transcript Restriction set for 4/22/2024. (Carrion, Elia) (Entered: 01/23/2024) |
| 01/24/2024 | | 7148 | MINUTE entry before the Honorable Thomas M. Durkin: The motion for status conference 7144 is denied as premature. Lifting the stay on Track 2 must await decision on the pending motions to dismiss, which the Court will issue in due course. Mailed notice. (ecw, ) (Entered: 01/24/2024) |
| 01/24/2024 | | 7149 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Services Group of America, Inc. (Casas, Gregory) (Entered: 01/24/2024) |
| 01/26/2024 | | 7150 | SEALED RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to MOTION by Plaintiff Track 1 Plaintiffs for Judgment as a Matter of Law, or in the Alternative, a New Trial<br><br>Presented before District Judge<br><br>7093 (Ondeck, Christopher) (Entered: 01/26/2024) |
| 01/29/2024 | | 7151 | TRANSCRIPT OF PROCEEDINGS held on 1/22/24 before the Honorable Thomas M. Durkin. Order Number: 47811,47828. Court Reporter Contact Information: Kathleen_Fennell@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/19/2024. Redacted Transcript Deadline set for 2/29/2024. Release of Transcript Restriction set for 4/29/2024. (Fennell, Kathleen) (Entered: 01/29/2024) |
| 01/29/2024 | | 7152 | TRANSCRIPT OF PROCEEDINGS held on 01/22/2024 before the Honorable Thomas M. Durkin. Oral Argument. Order Number: 47828. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |

| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/19/2024. Redacted Transcript Deadline set for 2/29/2024. Release of Transcript Restriction set for 4/29/2024. (Carrion, Elia) (Entered: 01/29/2024) |
|---|---|---|
| 01/30/2024 | 7153 | MINUTE entry before the Honorable Thomas M. Durkin: The in-person status hearing on pre-trial progress set for 2/8/2024 at 10:00 a.m. will instead proceed by telephone. **Please note, the dial in information has changed.** To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/30/2024) |
| 01/30/2024 | 7154 | ATTORNEY Appearance for Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. by Jordan Andrew Rice (Rice, Jordan) (Entered: 01/30/2024) |
| 02/01/2024 | 7155 | RESPONSE by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) to MOTION by Plaintiff Track 1 Plaintiffs for Judgment as a Matter of Law, or in the Alternative, a New Trial<br><br>Presented before District Judge<br><br>7093 *(Public, Redacted Version)* (Ondeck, Christopher) (Entered: 02/01/2024) |
| 02/06/2024 | 7156 | STATUS Report *Fourth Joint Status Report and Submission of Amended Proposed Pretrial Schedule* by Commercial and Institutional Indirect Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit A - Revised Full Pretrial Order Schedule)(Zapala, Adam) (Entered: 02/06/2024) |
| 02/06/2024 | 7157 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Fourth Joint Status Report and Submission of Amended Proposed Pretrial Schedule* (Zapala, Adam) (Entered: 02/06/2024) |
| 02/08/2024 | 7158 | MINUTE entry before the Honorable Thomas M. Durkin: Status hearing held on 2/8/2024. The schedule in Exhibit A of the Fourth Joint Status Report 7156 is adopted. Mailed notice. (ecw, ) (Entered: 02/09/2024) |

| 02/12/2024 | ⬦ 7159 | MOTION by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.in limine *Regarding Track 1B Trial*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit 1-27 (Filed Under Seal))(Church, Megan) (Entered: 02/12/2024) |
|---|---|---|
| 02/12/2024 | 7160 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *Motions in Limine Regarding Track 1B Trial* (Attachments: # 1 Exhibit Ex. 01 - Johnson Suppl. Rep. - Excerpt, # 2 Exhibit Ex. 02 - Mangum Suppl. Rep. - Excerpt, # 3 Exhibit Ex. 03 - D. Pope Dep. - Excerpts, # 4 Exhibit Ex. 04-1 - Arruda Decl. pt. 1 (Decl. and Ex. A), # 5 Exhibit Ex. 04-2 - Arruda Decl. pt. 2 (Ex. B pt. 1), # 6 Exhibit Ex. 04-3 - Arruda Decl. pt. 3 (Ex. B pt. 2), # 7 Exhibit Ex. 04-4 - Arruda Decl. pt. 4 (Ex. C), # 8 Exhibit Ex. 04-5 - Arruda Decl. pt. 5 (Ex. D), # 9 Exhibit Ex. 04-6 - Arruda Decl. pt. 6 (Exs. E-N), # 10 Exhibit Ex. 05 - T. Gossett Dep. - Excerpt, # 11 Exhibit Ex. 06 - S. Arruda Dep. - Excerpt, # 12 Exhibit Ex. 07 - B. Faulkner Dep - Excerpts, # 13 Exhibit Ex. 08 - Mangum Rep. - Excerpt, # 14 Exhibit Ex. 09 - Williams Suppl. Rep. - Excerpt, # 15 Exhibit Ex. 10 - T. Goins Dep. - Excerpt, # 16 Exhibit Ex. 11 - AGSTAT-14595068, # 17 Exhibit Ex. 12 - P. Downes Dep. - Excerpt, # 18 Exhibit Ex. 13 - KOCH_0001123939, # 19 Exhibit Ex. 14 - J. Grendys Dep. - Excerpt, # 20 Exhibit Ex. 15 - L. Buckert Dep. - Excerpt, # 21 Exhibit Ex. 16 - R. Johnson Dep. - Excerpt, # 22 Exhibit Ex. 17 - Documents Cited in D-MIL 29, # 23 Exhibit Ex. 18 - T1A Trial Tr., Vol. 22 (2023-10-18) - Excerpt, # 24 Exhibit Ex. 19 - T1A Trial Tr., Vol. 9 (2023-09-21) - Excerpt, # 25 Exhibit Ex. 20 - T1A Trial Tr., Vol. 16 (2023-10-05) - Excerpt, # 26 Exhibit Ex. 21 - T1A Trial Tr., Vol. 17 (2023-10-10) - Excerpt, # 27 Exhibit Ex. 22 - Harrison 00179450, # 28 Exhibit Ex. 23 - M. Welch Dep. - Excerpt, # 29 Exhibit Ex. 24 - Levinsohn Rebuttal Rep. - Excerpt, # 30 Exhibit Ex. 25 - Thurman Rebuttal Rep. - Excerpt, # 31 Exhibit Ex. 26 - R. Mangum Dep. - Excerpt, # 32 Exhibit Ex. 27 - M. Williams Dep. - Excerpt) (Church, Megan) (Entered: 02/12/2024) |
| 02/12/2024 | ⬦ 7161 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffsin limine<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibits 1 to 10 (Filed Under Seal))(Zapala, Adam) (Entered: 02/12/2024) |
| 02/12/2024 | 7162 | SEALED DOCUMENT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs *Omnibus Memorandum of Law in Support of their Motions in Limine* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Zapala, Adam) (Entered: 02/12/2024) |
| 02/14/2024 | 7163 | STIPULATION *AND [PROPOSED] ORDER TO MODIFY PAGE LIMITS FOR MOTIONS IN LIMINE AND DEADLINE TO DEPOSE EXPERT WITNESSES* (Zapala, Adam) (Entered: 02/14/2024) |
| 02/16/2024 | 7164 | REPLY by Track 1 Plaintiffs to response to motion,, 7155 , MOTION by Plaintiff Track 1 Plaintiffs for Judgment as a Matter of Law, or in the Alternative, a New Trial<br><br>Presented before District Judge |

| 02/20/2024 | 7165 | MINUTE entry before the Honorable Thomas M. Durkin: The CIIPPs trial set for 3/12/2024 and all trial-related deadlines are vacated. A written status report as to the status of all class settlements in the CIIPPs cases is due by 3/21/2024. Mailed notice. (ecw, ) (Entered: 02/20/2024) |
|---|---|---|
| 02/29/2024 | 7166 | Notice by Agri Stats, Inc., Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Foster Farms, LLC, Foster Poultry Farms, Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC (Attachments: # 1 Exhibit Exhibit A)(Foley, Danielle) (Entered: 02/29/2024) |
| 02/29/2024 | 7167 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 02/29/2024) |
| 02/29/2024 | 7168 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 7167 is granted. Direct Purchaser Plaintiffs may file a Motion for Preliminary Approval of Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms and Approval of Notice Plan not to exceed 20 pages. Mailed notice. (ecw, ) (Entered: 02/29/2024) |
| 02/29/2024 | 7169 | NOTICE by Carina Ventures LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Ho, Derek) (Entered: 02/29/2024) |
| 03/01/2024 | 7170 | NOTICE by Cindy Reichline of Change of Address (Reichline, Cindy) (Entered: 03/01/2024) |
| 03/06/2024 | 7171 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Preliminary Approval of Settlements With Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms; and Approval of Notice Plan*<br><br>Presented before District Judge<br><br>(Pouya, Bobby) (Entered: 03/06/2024) |
| 03/06/2024 | 7172 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 7171 *(Direct Purchaser Plaintiffs' Memorandum of Law in Support of* |

| | | *Motion for Preliminary Approval of Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms; and Approval of Notice Plan*) (Pouya, Bobby) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 7173 | DECLARATION of Bobby Pouya *in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms; and Approval of Notice Plan* (Attachments: # 1 Exhibit 1-Foster Farms Settlement Agreement, # 2 Exhibit 2-Perdue Settlement Agreement, # 3 Exhibit 3-Case Settlement Agreement, # 4 Exhibit 4-Claxton Settlement Agreement, # 5 Exhibit 5-Wayne Farms Settlement Agreement, # 6 Exhibit 6-Agri Stats Settlement Agreement, # 7 Exhibit 7-Sanderson Farms Settlement Agreement)(Pouya, Bobby) (Entered: 03/06/2024) |
| 03/06/2024 | 7174 | DECLARATION of Eric Schachter *in Support of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms and Approval of Notice Plan* (Attachments: # 1 Exhibit A-A.B. Data Background Information, # 2 Exhibit B-Long Form Notice, # 3 Exhibit C-Short Form Notice, # 4 Exhibit D-Sample Banner Ad, # 5 Exhibit E-Claim Form, # 6 Exhibit F-Purchase Audit Request Form)(Pouya, Bobby) (Entered: 03/06/2024) |
| 03/07/2024 | 7175 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements With Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms; and Approval of Notice Plan 7171 is set for 3/14/2024 at 10:00 a.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 03/07/2024) |
| 03/11/2024 | 7176 | TRANSCRIPT OF PROCEEDINGS held on 02/08/2024 before the Honorable Thomas M. Durkin. Status Hearing. Order Number: 47991. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/1/2024. Redacted Transcript Deadline set for 4/11/2024. Release of Transcript Restriction set for 6/10/2024. (Carrion, Elia) (Entered: 03/11/2024) |
| 03/14/2024 | 7177 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/14/2024 as to Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements With Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, |

| | | Agri Stats, and Sanderson Farms. No one was present to object to the motion. For the reasons stated on the record, the motion 7171 is granted. Mailed notice. (ecw, ) (Entered: 03/14/2024) |
|---|---|---|
| 03/14/2024 | 7178 | ORDER: For the reasons stated in the attached order, Plaintiffs' motion for "judgment as a matter of law, or in the alternative, a new trial" 7093 is denied. Signed by the Honorable Thomas M. Durkin on 3/14/2024. Mailed notice. (ecw, ) (Entered: 03/14/2024) |
| 03/15/2024 | 7179 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms; and Approval of Notice Plan. Signed by the Honorable Thomas M. Durkin on 3/15/2024. Mailed notice. (ecw, ) (Entered: 03/15/2024) |
| 03/15/2024 | 7180 | MINUTE entry before the Honorable Thomas M. Durkin: Final Settlement Fairness Hearing set for 7/9/2024 at 10:00 a.m. in the Preliminary Approval Order 7179 will proceed by telephone. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 03/15/2024) |
| 03/18/2024 | 7181 | NOTICE by Phillip Frederick Cramer of Change of Address (Cramer, Phillip) (Entered: 03/18/2024) |
| 03/18/2024 | 7182 | STIPULATION *And Agreed Order Dismissing Quirch's Claims With Prejudice Against George's, Inc. and George's Farms, Inc.* (Shapiro, Jay) (Entered: 03/18/2024) |
| 03/19/2024 | 7183 | AGREED Order Dismissing Quirch's Claims With Prejudice Against George's, Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 3/19/2024. Mailed notice. (ecw, ) (Entered: 03/19/2024) |
| 03/21/2024 | 7184 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, Sysco's and Carina's motion to substitute 6630 is granted. Signed by the Honorable Thomas M. Durkin on 3/21/2024. Mailed notice. (ecw, ) (Entered: 03/21/2024) |
| 03/21/2024 | 7185 | STATUS Report *(Joint Status Report as to Status of Settlements)* by Commercial and Institutional Indirect Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Zapala, Adam) (Entered: 03/21/2024) |
| 03/22/2024 | 7186 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone conference as to End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees 6910 is set for 3/26/2024 at 10:00 a.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when |

| | | |
|---|---|---|
| | | you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 03/22/2024) |
| 03/22/2024 | 7187 | MOTION by Defendants House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Foods, Inc., Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc.for Status Hearing

Presented before District Judge

(Attachments: # 1 Exhibit A)(Church, Megan) (Entered: 03/22/2024) |
| 03/25/2024 | 7188 | MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion for a status hearing 7187 is granted. The parties should be prepared to discuss the issues raised in Defendants' motion at the telephone conference already set for 3/26/2024 at 10:00 a.m. This discussion will be in addition to the previously ordered discussion regarding issues with the End Users' motion for attorneys' fees 6910 . Mailed notice. (ecw, ) (Entered: 03/25/2024) |
| 03/25/2024 | 7189 | NOTICE by Ravi Bhalla of Change of Address (Bhalla, Ravi) (Entered: 03/25/2024) |
| 03/25/2024 | 7190 | End-User Consumer Plaintiffs' Response to 7187 Defendants' Motion for Status Conference by End-User Consumer Plaintiffs (Attachments: # 1 Attachment A) (Berman, Steve) (Entered: 03/25/2024) |
| 03/26/2024 | 7192 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 3/26/2024. Proposed pretrial schedule to be sent to the courtroom deputy by 4/02/2024. Telephone conference as to End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees 6910 held on 3/26/2024. Parties to contact the courtroom deputy in regards to the documents requested by the Court for In Camera Inspection and briefing schedule. Mailed notice (jcc,) (Entered: 03/27/2024) |
| 03/27/2024 | 7191 | TRANSCRIPT OF PROCEEDINGS held on 03/26/2024 before the Honorable Thomas M. Durkin. Status Hearing & Renewed Motion for Attorneys' Fees. Order Number: 48348. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 4/17/2024. Redacted Transcript Deadline set for 4/29/2024. Release of Transcript Restriction set for 6/25/2024. (Carrion, Elia) |

| 03/28/2024 | 7193 | MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following agreed schedule for additional briefing regarding the End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees 6910 : Plaintiffs' opening brief is due 4/9/2024; Objector Andren's response is due 4/23/2024; Plaintiffs' reply due 4/30/2024. Mailed notice. (ecw, ) (Entered: 03/28/2024) |
|---|---|---|
| 03/28/2024 | 7194 | MINUTE entry before the Honorable Thomas M. Durkin: Defendant Pilgrim's Pride Corporation has filed a motion to enforce a settlement agreement with Plaintiff Sysco Corporation 6851 . That purported agreement requires dismissal of lawsuits not pending before this Court, and the Court questions whether it has the authority to enforce such an agreement. The parties have cited the same authority that the Court has authority to enforce settlement of suits pending before it, and each side argues that this same authority supports their opposing positions. The Court requires further briefing on this issue, including both the proper interpretation of the authority already cited and the need for additional authority more directly on point. Each side should file a brief of no more than five pages by 4/26/2024, and responses of no more than two pages by 5/10/2024. Mailed notice. (ecw, ) (Entered: 03/28/2024) |
| 04/01/2024 | 7195 | TRANSCRIPT OF PROCEEDINGS held on 03/14/2024 before the Honorable Thomas M. Durkin. Preliminary Approval of Settlements. Order Number: 48268. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 4/22/2024. Redacted Transcript Deadline set for 5/2/2024. Release of Transcript Restriction set for 7/1/2024. (Carrion, Elia) (Entered: 04/01/2024) |
| 04/02/2024 | 7196 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21807162.<br><br>Presented before District Judge<br><br>(Smith, Nancy) (Entered: 04/02/2024) |
| 04/02/2024 | 7197 | Joint Submission Regarding Pretrial Schedule by End-User Consumer Plaintiffs (Attachments: # 1 Exhibit A)(Scarlett, Shana) (Entered: 04/02/2024) |
| 04/03/2024 | 7198 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7196 is granted. Attorney Nancy A. Smith for Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc. and Mountainaire Farms, LLC added. Mailed notice. (ecw, ) (Entered: 04/03/2024) |
| 04/05/2024 | 7199 | MOTION by Attorney Develyn J. Mistriotti to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided<br><br>Presented before District Judge |

| 04/08/2024 | 7200 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7199 is granted. Attorney Develyn Mistriotti terminated. Mailed notice. (ecw, ) (Entered: 04/08/2024) |
|---|---|---|
| 04/08/2024 | 7201 | MINUTE entry before the Honorable Thomas M. Durkin: This order addresses the disputes requiring Court resolution identified in the parties' joint submission filed 4/2/2024 7197 : (1) Daubert motions should be briefed as motions in limine. (2) The EUCPs may take limited additional discovery related to establishing foundation for documents. The deadline to serve notice of the 30(b)(6) depositions related to document foundation is 6/14/2024. The cut-off for limited evidentiary discovery is 7/12/2024, with a report due 7/15/2024. (3) Defendants' motion regarding state law underlying claims should be filed as a motion in limine. (4) The deadline for exchange of deposition designations is 5/31/2024. (5) The deadline for the parties to exchange objections to deposition designations and counter-designations is 6/21/2024. (6) The deadline for the parties to exchange objections to counter-designations and reply deposition designations is 7/3/2024. (7) The deadline for the parties to exchange objections to reply deposition designations is 7/17/2024. Mailed notice. (ecw, ) (Entered: 04/08/2024) |
| 04/09/2024 | 7202 | MEMORANDUM motion for attorney fees 6910 , memorandum in support of motion, 6911 by End-User Consumer Plaintiffs *Supplemental Memorandum in Support of End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees* (Attachments: # 1 Declaration of Brent W. Johnson)(Berman, Steve) (Entered: 04/09/2024) |
| 04/22/2024 | 7203 | MOTION by Plaintiff Direct Purchaser Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 04/22/2024) |
| 04/22/2024 | 7204 | MOTION by Attorney James M. Sulentic to withdraw as attorney for O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Sulentic, James) (Entered: 04/22/2024) |
| 04/22/2024 | 7205 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7204 is granted. Attorney James M. Sulentic terminated. Mailed notice. (ecw, ) (Entered: 04/22/2024) |
| 04/22/2024 | 7206 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Plaintiffs' motion for leave to file excess pages 7203 is granted. Mailed notice. (ecw, ) (Entered: 04/22/2024) |
| 04/23/2024 | 7207 | LETTER from William M. Pfitzer dated 4/16/2024. (Postmark illegible). (Received by mail in the Clerk's Office on 4/23/24). (jj, ) (Entered: 04/23/2024) |
| 04/23/2024 | 7208 | MEMORANDUM memorandum, 7202 by John M. Andren *Supplemental Objection in view of IRS Fee Agreement* (Attachments: # 1 Exhibit 1 - EUCPs' Fee Memo, # 2 Exhibit 2 - Andren Objection, # 3 Exhibit 3 - EUCPs' Reply, # 4 Exhibit 4 - Berman Decl., # 5 Exhibit 5 - Edelson Appointment Memo, # 6 Exhibit 6 - IRS Appointment Letter)(Bednarz, M.) (Entered: 04/23/2024) |

| 04/24/2024 | 7209 | MINUTE entry before the Honorable Thomas M. Durkin: Counsel is to respond to the letter from Mr. Pfitzer filed on 4/23/2024 7207 . Mailed notice. (ecw, ) (Entered: 04/24/2024) |
|---|---|---|
| 04/24/2024 | 7210 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21894167. Presented before District Judge (Graber, Dustin) (Entered: 04/24/2024) |
| 04/24/2024 | 7211 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21894306. Presented before District Judge (Edwards, Travis) (Entered: 04/24/2024) |
| 04/25/2024 | 7212 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 7210 , 7211 are granted. Attorneys Dustin G. Graber and Travis G. Edwards for Amory Investments LLC and Carina Ventures LLC added. Mailed notice. (ecw, ) (Entered: 04/25/2024) |
| 04/25/2024 | 7213 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21895162. Presented before District Judge (Carroll, Mary Charlotte) (Entered: 04/25/2024) |
| 04/25/2024 | 7214 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21895314. Presented before District Judge (Hickey, Kathleen) (Entered: 04/25/2024) |
| 04/25/2024 | 7215 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 7213 , 7214 are granted. Attorneys Mary Charlotte Carroll and Kathleen Hickey for Amory Investments LLC and for Carina Ventures LLC added. Mailed notice. (ecw, ) (Entered: 04/25/2024) |
| 04/26/2024 | 7216 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Mark C. Hansen (Hansen, Mark) (Entered: 04/26/2024) |
| 04/26/2024 | 7217 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Derek T Ho (Ho, Derek) (Entered: 04/26/2024) |
| 04/26/2024 | 7218 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Travis G Edwards (Edwards, Travis) (Entered: 04/26/2024) |
| 04/26/2024 | 7219 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Dustin G Graber (Graber, Dustin) (Entered: 04/26/2024) |
| 04/26/2024 | 7220 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Mary Charlotte Carroll (Carroll, Mary Charlotte) (Entered: 04/26/2024) |
| 04/26/2024 | 7221 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Kathleen Hickey (Hickey, Kathleen) (Entered: 04/26/2024) |

| 04/26/2024 | 7222 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to text entry 7209 *END-USER CONSUMER PLAINTIFFS' RESPONSE TO ECF NO. 7209 REGARDING MR. PFITZER LETTER.* (Johnson, Brent) (Entered: 04/26/2024) |
|---|---|---|
| 04/26/2024 | 7223 | MEMORANDUM *in Further Support of Pilgrim's Pride Corporation's Motion to Enforce Settlement Agreement with Sysco Corporation* (Bonanno, Michael) (Entered: 04/26/2024) |
| 04/26/2024 | 7224 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *: MEMORANDUM in Further Support of Pilgrim's Pride Corporation's Motion to Enforce Settlement Agreement with Sysco Corporation.* (Bonanno, Michael) (Entered: 04/26/2024) |
| 04/26/2024 | 7225 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Carina Ventures LLC (Ho, Derek) (Entered: 04/26/2024) |
| 04/26/2024 | 7226 | MEMORANDUM by Carina Ventures LLC *in Further Opposition to Pilgrim's Pride Corporation's Motion to Enforce* (Ho, Derek) (Entered: 04/26/2024) |
| 04/26/2024 | 7227 | SEALED DOCUMENT by Plaintiff Carina Ventures LLC 7226 *Carina Ventures LLC's Memorandum in Further Opposition to Pilgrim's Pride Corporation's Motion to Enforce* (Ho, Derek) (Entered: 04/26/2024) |
| 04/26/2024 | 7228 | SUPPLEMENTAL COMPLAINT by Carlton Mathews. (Envelope not postmarked). (Received by mail in the Clerk's Office on 4/26/24). (jj, ) (Entered: 04/29/2024) |
| 04/30/2024 | 7229 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs' counsel is to respond to Mr. Mathews' "Supplemental Complaint" 7228 by 5/21/2024. Mailed notice. (ecw, ) (Entered: 04/30/2024) |
| 04/30/2024 | 7230 | RESPONSE by Plaintiff End-User Consumer Plaintiffs to supplement 7228 , text entry 7229 *End-User Consumer Plaintiffs' Response to ECF No. 7229 Regarding Mr. Matthews Supplemental Complaint* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Scarlett, Shana) (Entered: 04/30/2024) |
| 04/30/2024 | 7231 | REPLY by End-User Consumer Plaintiffs to memorandum, 7202 *Reply in Support of Supplemental Memorandum in Support of End-User Consumer Plaintiffs' Renewed Motion for Attorneys' Fees* (Berman, Steve) (Entered: 04/30/2024) |
| 05/01/2024 | 7232 | MOTION by Plaintiff Direct Purchaser Plaintiffs for attorney fees *, Reimbursement of Litigation Expenses, and Class Representative Service Awards*<br><br>Presented before District Judge<br><br>(Bruckner, W.) (Entered: 05/01/2024) |
| 05/01/2024 | 7233 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for attorney fees 7232 (Bruckner, W.) (Entered: 05/01/2024) |

| 05/01/2024 | 7234 | DECLARATION of W. Joseph Bruckner regarding motion for attorney fees 7232 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28)(Bruckner, W.) (Entered: 05/01/2024) |
|---|---|---|
| 05/03/2024 | 7235 | MINUTE entry before the Honorable Thomas M. Durkin: Counsel for the Direct Purchaser Plaintiff Class is ordered to file a supplemental brief regarding their motion for fees 7232 . The brief of no more than 15 pages should address the Seventh Circuit's opinion reversing the Court's approval of the End User Plaintiff Class's fee petition in this case, 727 F.3d 796 (7th Cir. 2023), and the relevance of the fee arrangement in Interest Rate Swaps Antitrust Litig., No. 1:16-md-2704 (S.D.N.Y.). The brief should also generally address the issues that have arisen regarding the End Users' fee petition. To the extent counsel is inclined to argue that these cases and issues are somehow not relevant to the DPP's petition, counsel should understand that the Court is skeptical of that argument, and the Court expects counsel's supplemental brief to address and focus on the substance of the cases and issues raised in the End Users' petition. DPP's counsel should inform the Court's Deputy when the supplemental brief will be filed. No hearing date on the motion will be set until the Court can consider the supplemental brief. Mailed notice. (evw,) (Entered: 05/03/2024) |
| 05/07/2024 | 7236 | MOTION by Plaintiffs Glazier Foods Company, Gordon Food Service, Inc.Joint Motion and Stipulation for Dismissal with Prejudice<br><br>Presented before District Judge<br><br>(Iovieno, Philip) (Entered: 05/07/2024) |
| 05/07/2024 | 7237 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 5/7/2024. Mailed notice. (ecw, ) (Entered: 05/07/2024) |
| 05/08/2024 | 7238 | STIPULATION *(Stipulated Order of Dismissal With Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Tyson Defendants)* (Mandell, Floyd) (Entered: 05/08/2024) |
| 05/08/2024 | 7239 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Tyson Defendants. Signed by the Honorable Thomas M. Durkin on 5/8/2024. Mailed notice. (ecw, ) (Entered: 05/08/2024) |
| 05/09/2024 | 7240 | MOTION by Plaintiff FIC Restaurants, Inc. to substitute party<br><br>Presented before District Judge<br><br>(Attachments: # 1 Text of Proposed Order)(Lustrin, Lori) (Entered: 05/09/2024) |
| 05/09/2024 | 7241 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Zaxby's Franchising LLC (Lustrin, Lori) (Entered: 05/09/2024) |
| 05/09/2024 | 7242 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Barbeque Integrated, Inc. (Lustrin, Lori) (Entered: 05/09/2024) |
| 05/09/2024 | 7243 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by El Pollo Loco, Inc (Lustrin, Lori) (Entered: 05/09/2024) |

| 05/09/2024 | 7244 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by WZ Franchise Corporation (Lustrin, Lori) (Entered: 05/09/2024) |
|---|---|---|
| 05/09/2024 | 7245 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by CBOCS Distribution, Inc., Cracker Barrel Old Country Store, Inc. (Lustrin, Lori) (Entered: 05/09/2024) |
| 05/09/2024 | 7246 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Domino's Pizza Distribution LLC, Domino's Pizza LLC (Lustrin, Lori) (Entered: 05/09/2024) |
| 05/09/2024 | 7247 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The Johnny Rockets Group, Inc. (Lustrin, Lori) (Entered: 05/09/2024) |
| 05/10/2024 | 7248 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for substitution of plaintiff 7240 is granted. Sun Ice Cream Finance II, L.P. is substituted for FIC Restaurants, Inc. as the Plaintiff in this action. Mailed notice. (ecw, ) (Entered: 05/10/2024) |
| 05/10/2024 | 7249 | REPLY by Defendant Pilgrim's Pride Corporation *to Carina Ventures LLC's Supplemental Brief in Opposition to Pilgrim's Pride Corporation's Motion to Enforce* (Bonanno, Michael) (Entered: 05/10/2024) |
| 05/10/2024 | 7250 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Reply to Carina Ventures LLC's Supplemental Brief in Opposition to Pilgrim's Pride Corporation's Motion to Enforce.* (Bonanno, Michael) (Entered: 05/10/2024) |
| 05/10/2024 | 7251 | REPLY by Plaintiff Carina Ventures LLC *to Pilgrim's Pride Corporation's Supplemental Brief in Support of Pilgrim's Pride Corporation's Motion to Enforce* (Ho, Derek) (Entered: 05/10/2024) |
| 05/10/2024 | 7252 | SEALED DOCUMENT by Plaintiff Carina Ventures LLC *Reply to Pilgrim's Pride Corporation's Supplemental Brief in Support of Pilgrim's Pride Corporation's Motion to Enforce* (Ho, Derek) (Entered: 05/10/2024) |
| 05/14/2024 | 7253 | STATUS Report *(Joint)* by Track 1 Defendants<br><br>Presented before District Judge<br><br>(Heftman, Lawrence) (Entered: 05/14/2024) |
| 05/20/2024 | 7254 | STIPULATION *and Proposed Order Dismissing Certain Plaintiffs' Claims Against Fieldale with Prejudice* (McCahill, Matthew) (Entered: 05/20/2024) |
| 05/21/2024 | 7255 | ORDER Dismissing Certain Plaintiffs' Claims Against Fieldale With Prejudice. Signed by the Honorable Thomas M. Durkin on 5/21/2024. Mailed notice. (ecw, ) (Entered: 05/21/2024) |
| 05/23/2024 | 7256 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-22006912.<br><br>Presented before District Judge<br><br>(White, Collin) (Entered: 05/23/2024) |
| 05/23/2024 | 7257 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7256 is granted. Attorney Collin R. White for Amory Investments LLC and Carina Ventures LLC added. Mailed notice. (ecw, ) (Entered: 05/23/2024) |

| 05/23/2024 | 7258 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Carina Ventures LLC by Collin R. White (White, Collin) (Entered: 05/23/2024) |
|---|---|---|
| 05/24/2024 | 7259 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to text entry,,,, 7235 *(Direct Purchaser Plaintiffs' Response To The Court's Order Regarding Their Motion for Payment of Attorneys' Fees)* (Attachments: # 1 Declaration of Michael H. Pearson, # 2 Exhibit 1 to Declaration of Michael H. Pearson, # 3 Declaration of W. Joseph Bruckner, # 4 Exhibit 1 to Declaration of W. Joseph Bruckner) (Pearson, Michael) (Entered: 05/24/2024) |
| 05/31/2024 | 7260 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to seal *(1) The Restaurants' Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford, (2) The Declaration of Lori P. Lustrin, and (3) The Declaration of Laurel C. Van Allen*<br><br>Presented before District Judge<br><br>(Lustrin, Lori) (Entered: 05/31/2024) |
| 05/31/2024 | 7261 | OBJECTIONS *The Restaurants' Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford [PUBLIC VERSION]* (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit 1-2 FILED UNDER SEAL, # 3 Exhibit 3, # 4 Exhibit 4 FILED UNDER SEAL, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10-44 FILED UNDER SEAL, # 11 Exhibit 45, # 12 Exhibit 46, # 13 Declaration of Laurel C. Van Allen) (Lustrin, Lori) (Entered: 05/31/2024) |
| 05/31/2024 | 7262 | SEALED RESPONSE *The Restaurants' Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford* (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Declaration of Laurel C. Van Allen)(Lustrin, Lori) (Entered: 05/31/2024) |
| 06/05/2024 | 7263 | MINUTE entry before the Honorable Thomas M. Durkin: The Restaurants' motion for leave to file under seal (1) The Restaurants' objection to DPP Class's proposed settlements with Defendants Koch and House of Raeford, (2) the declaration of Lori P. Lustrin, and (3) the declaration of Laurel C. Van Allen 7260 is granted. Mailed notice. (ecw, ) (Entered: 06/05/2024) |
| 06/05/2024 | 7264 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing regarding The Restaurants' Objection to DPP Class's Proposed Settlements with Defendant Koch and House of Raeford 7261 is set for 6/13/2024 at 11:00 a.m. No |

| | | response to the objection should be filed before the hearing. Mailed notice. (ecw, ) (Entered: 06/05/2024) |
|---|---|---|
| 06/05/2024 | 7265 | MINUTE entry before the Honorable Thomas M. Durkin: Minute entry 7264 is amended as follows. A telephone hearing regarding The Restaurants' Objection to DPP Class's Proposed Settlements with Defendant Koch and House of Raeford 7261 is set for 6/13/2024 at 11:00 a.m. No response to the objection should be filed before the hearing. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/05/2024) |
| 06/11/2024 | 7266 | STATUS Report *(Joint)* by End-User Consumer Plaintiffs<br><br>Presented before District Judge<br><br>(Johnson, Brent) (Entered: 06/11/2024) |
| 06/11/2024 | 7267 | MOTION by Attorney Michael T. Koenig to withdraw as attorney for United States of America. No party information provided<br><br>Presented before District Judge<br><br>(Koenig, Michael) (Entered: 06/11/2024) |
| 06/11/2024 | 7268 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7267 is granted. Attorney Michael Thomas Koenig terminated. Mailed notice. (ecw, ) (Entered: 06/11/2024) |
| 06/11/2024 | 7269 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone status hearing as to the status report 7266 and the September trial date is set for 6/17/2024 at 9:30 a.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/11/2024) |
| 06/11/2024 | 7270 | LETTER from Lori P Lustrin, Bilzin Sumberg Baena Price & Axelrod dated 5/31/2024. (Envelope postmarked 5/31/24). (Received by mail in the Clerk's Office on 6/11/24). (jj, ) (Entered: 06/12/2024) |
| 06/13/2024 | 7271 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing regarding The Restaurants' Objection to DPP Class's Proposed Settlements with Defendant Koch and House of Raeford 7261 held on 6/13/2024. The Restaurants' Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford 7261 7262 is stricken. The Restaurants and DPP Class are to submit |

| | | an agreed proposed briefing schedule for an amended objection not to exceed 30 pages, and a reply not to exceed 10 pages. Mailed notice. (ecw, ) (Entered: 06/13/2024) |
|---|---|---|
| 06/14/2024 | 7272 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, Pilgrim's motion to enforce 6851 is granted. Signed by the Honorable Thomas M. Durkin on 6/14/2024. Mailed notice. (ecw, ) (Entered: 06/14/2024) |
| 06/14/2024 | 7273 | STIPULATION regarding motion hearing,, 7271 *(Stipulation Regarding the Restaurants' Objection to the Direct Purchaser Plaintiff Class Settlements with House of Raeford and Koch )* (Pouya, Bobby) (Entered: 06/14/2024) |
| 06/17/2024 | 7274 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone status hearing held on 6/17/2024. Parties are to email the courtroom deputy by 6/21/2024 with an update on the expected length of trial. Motion in limine requested by Mountaire is due by 6/27/2024 and shall not exceed 10 pages. End-User Consumer Plaintiffs' response is due by 7/10/2024. A telephone hearing for an oral ruling is set for 7/17/2024 at 2:00 p.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/17/2024) |
| 06/17/2024 | 7275 | MINUTE entry before the Honorable Thomas M. Durkin: The Court is in receipt of the stipulation 7273 and enters the following schedule regarding the Restaurants' Objection to the Direct Purchaser Plaintiff Class settlements with House of Raeford Farms and Koch. The Restaurants are to file their amended objection to the Settlements, not to exceed 30 pages, by 6/20/2024. The DPP Class is to file its response to the objection to the Settlements, not to exceed 30 pages, by 7/10/2024. HRF and Koch are to file a joint response to the objection, not to exceed 10 pages, by 7/10/2024. The Restaurants are to file a reply to the DPP Class response, not to exceed 10 pages, and a reply to the HRF and Koch response, not to exceed 5 pages, by 7/22/2024. Final approval hearing for the HRF and Koch settlements is set for 8/13/2024 at 9:30 a.m. by telephone. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 06/17/2024) |
| 06/17/2024 | 7276 | STATUS Report *Regarding No Objections to Direct Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Service Awards* by Direct Purchaser Plaintiffs |

Presented before District Judge

(Pearson, Michael) (Entered: 06/17/2024)

| 06/17/2024 | 7277 | STIPULATION *(Stipulated Order Of Dismissal With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of House Of Raeford Farms, Inc.)* (Mandell, Floyd) (Entered: 06/17/2024) |
| 06/18/2024 | 7278 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesers Enterprise Services LLC of House of Raeford Farms, Inc. Signed by the Honorable Thomas M. Durkin on 6/18/2024. Mailed notice. (evw, ) (Entered: 06/18/2024) |
| 06/20/2024 | 7279 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to seal *(1) The Restaurants' Amended Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford, (2) The Declaration of Lori P. Lustrin, and (3) The Declaration of Laurel C. Van Allen*<br><br>Presented before District Judge<br><br>(Lustrin, Lori) (Entered: 06/20/2024) |
| 06/20/2024 | 7280 | OBJECTIONS *The Restaurants' Amended Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford [PUBLIC VERSION]* (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit 1-2 FILED UNDER SEAL, # 3 Exhibit 3, # 4 Exhibit 4 FILED UNDER SEAL, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10-44 FILED UNDER SEAL, # 11 Exhibit 45, # 12 Exhibit 46, # 13 Declaration of Laurel C. Van Allen)(Lustrin, Lori) (Entered: 06/20/2024) |
| 06/20/2024 | 7281 | SEALED RESPONSE *The Restaurants' Amended Objection to DPP Class's Proposed Settlements with Defendants Koch and House of Raeford* (Attachments: # 1 Declaration of Lori P. Lustrin, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Declaration of Laurel C. Van Allen)(Lustrin, Lori) (Entered: 06/20/2024) |
| 06/20/2024 | 7282 | MOTION by Amicus Hamilton Lincoln Law Institute's Center For Class Action Fairness for leave to file *amicus brief*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Proposed Amicus Brief, # 2 Exhibit 1 - Transcript, # 3 Exhibit 2 - Oakland Retention)(Bednarz, M.) (Entered: 06/21/2024) |

| 06/21/2024 | 7283 | MINUTE entry before the Honorable Thomas M. Durkin: A hearing on the motion for DPP counsel fees 7232 will not be set for 7/9/2024 as requested in the parties' status report 7276 . A hearing will be set for a date to be determined once the Court has finished reviewing the DPPs' brief 7259 . Mailed notice. (ecw, ) (Entered: 06/21/2024) |
| --- | --- | --- |
| 06/21/2024 | 7284 | MINUTE entry before the Honorable Thomas M. Durkin: The restaurants' motion for leave to file under seal the restaurants' amended objection to DPP class's proposed settlements with defendants Koch and House Raeford, the declaration of Lori P. Lustrin, and the declaration of Laurel C. Van Allen 7279 is granted. Mailed notice. (evw, ) (Entered: 06/21/2024) |
| 06/21/2024 | 7285 | MINUTE entry before the Honorable Thomas M. Durkin: Motion by Amicus Hamilton Lincoln Law Institute's Center for Class Action Fairness for leave to file amicus brief 7282 is granted. Mailed notice. (evw, ) (Entered: 06/21/2024) |
| 06/21/2024 | 7286 | MINUTE entry before the Honorable Thomas M. Durkin: The jury trial scheduled to start on 9/3/2024 is reset to start on 9/4/2024 at 9:00 a.m. Mailed notice. (evw, ) (Entered: 06/21/2024) |
| 06/24/2024 | 7287 | NOTICE of appeal by Carina Ventures LLC regarding orders 7272 Filing fee $ 605, receipt number AILNDC-22171194. Receipt number: n (Ho, Derek) (Entered: 06/24/2024) |
| 06/24/2024 | 7288 | ATTORNEY Appearance for Amicus Hamilton Lincoln Law Institute's Center For Class Action Fairness by M. Frank Bednarz (Bednarz, M.) (Entered: 06/24/2024) |
| 06/24/2024 | 7289 | Amicus Brief concerning 7259 by Hamilton Lincoln Law Institute's Center For Class Action Fairness *leave to file granted* 7285 (Attachments: # 1 Exhibit 1 - Fairness Hearing Transcript from Credit Default Swaps, # 2 Exhibit 2 - Oakland Retention Agreement with Pearson, Simon & Warshaw, LLP)(Bednarz, M.) (Entered: 06/24/2024) |
| 06/24/2024 | 7290 | REQUEST for Clerk of Court to refund filing fee in the amount of $605.00, receipt no. AILNDC-22171166, regarding notice of appeal 7287 (Ho, Derek) (Entered: 06/24/2024) |
| 06/25/2024 | 7291 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Final Approval of the Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms)* Presented before District Judge (Pearson, Michael) (Entered: 06/25/2024) |
| 06/25/2024 | 7292 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 7291 *(Direct Purchaser Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, Agri Stats, and Sanderson Farms)* (Pearson, Michael) (Entered: 06/25/2024) |
| 06/25/2024 | 7293 | DECLARATION of Michael H. Pearson regarding motion for settlement, 7291 (Pearson, Michael) (Entered: 06/25/2024) |
| 06/25/2024 | 7294 | DECLARATION of Eric Schachter regarding motion for settlement, 7291 (Pearson, Michael) (Entered: 06/25/2024) |

| | | |
|---|---|---|
| 06/26/2024 | 7295 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Class Plaintiffs may be file a 5-page response to the Amicus brief 7289 by 7/1/2024. Mailed notice (smb, ) (Entered: 06/26/2024) |
| 06/26/2024 | 7296 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7287 . (jj, ) (Entered: 06/26/2024) |
| 06/26/2024 | 7297 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7287 . Notified counsel. (jj, ) (Entered: 06/26/2024) |
| 06/27/2024 | 7298 | NOTICE by Gail E. Lee of Change of Address (Lee, Gail) (Entered: 06/27/2024) |
| 06/27/2024 | 7299 | MOTION by Defendants House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Simmons Foods, Inc., Simmons Prepared Foods, Inc.in limine *To Preclude Plaintiffs' Evidence of Damages for the Years 2013-2019*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit 1 - Sunding Dep., # 2 Exhibit 2 - Sunding Rep., # 3 Exhibit 3 - Sunding Supp. Rep., # 4 Exhibit 4 - 2023-10-05 Track 1A Trial Tr. (Excerpts), # 5 Exhibit 5 - 2023-10-10 Track 1A Trial Tr. (Excerpts))(Church, Megan) (Entered: 06/27/2024) |
| 06/27/2024 | 7300 | SEALED DOCUMENT by Defendants House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Motion in Limine To Preclude Plaintiffs' Evidence of Damages for the Years 2013-2019* (Attachments: # 1 Exhibit 1 - Sunding Dep., # 2 Exhibit 2 - Sunding Rep. (pt. 1), # 3 Exhibit 2 - Sunding Rep. (pt. 2), # 4 Exhibit 3 - Sunding Supp. Rep., # 5 Exhibit 4 - 2023-10-05 Track 1A Trial Tr. (Excerpts), # 6 Exhibit 5 - 2023-10-10 Track 1A Trial Tr. (Excerpts))(Church, Megan) (Entered: 06/27/2024) |
| 06/27/2024 | 7301 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 7287 ; USCA Case No. 24-2100. (jj, ) (Entered: 06/28/2024) |
| 06/28/2024 | 7302 | End-User Consumer Plaintiffs' Notice of Settlement with Defendant House of Raeford Farms, Inc. by End-User Consumer Plaintiffs (Scarlett, Shana) (Entered: 06/28/2024) |
| 07/01/2024 | 7303 | SEALED MOTION by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *Motion for Leave to Supplement its Motion for Reconsideration of Summary Judgment*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit Exhibit A)(Heftman, Lawrence) (Entered: 07/01/2024) |
| 07/01/2024 | 7304 | RESPONSE by Plaintiff Direct Purchaser Plaintiffs to other, 7289 *(Direct Purchaser Plaintiffs' Response to the Amicus Brief Filed by Hamilton Lincoln Law Institute's Center for Class Action Fairness)* (Pearson, Michael) (Entered: 07/01/2024) |

| 07/02/2024 | 7305 | MINUTE entry before the Honorable Thomas M. Durkin: Mountaire's motion for leave to supplement its motion for reconsideration of summary judgment 7303 is granted. Mailed notice. (ecw, ) (Entered: 07/02/2024) |
| 07/02/2024 | 7306 | Notice of Settlement by Supply Management Services, Inc. *and George's, Inc. and George's Farms, Inc.* (Patmore, Samuel) (Entered: 07/02/2024) |
| 07/02/2024 | 7307 | ORDER dated 7/02/2024 from the 7th Circuit regarding notice of appeal 7287 ; Appellate case no. : 24-2100 : On consideration of appellant's docketing statement asserting that the appealed order is an injunction within the meaning of 28 U.S.C. § 1292(a)(1), IT IS ORDERED that appellant shall address in its jurisdictional memorandum whether the district court's order provides relief that is sufficiently definite to support appellate jurisdiction, especially given the lack of a separate document stating specifically the terms of the court's ruling. See MillerCoors LLC v. Anheuser-Busch Companies, LLC, 940 F.3d 922, 923 (7th Cir. 2019); Auto Driveaway Franchise Sys., LLC v. Auto Driveaway Richmond, LLC, 928 F.3d 670, 67678 (7th Cir. 2019). Appellant's memorandum remains due on or before July 12, 2024, unless the deadline is extended on a motion. (jj, ) (Entered: 07/02/2024) |
| 07/03/2024 | 7308 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs are to submit a five-page response to Mountaire's supplement to their motion to reconsider by 7/15/2024. Mailed notice. (ecw, ) (Entered: 07/03/2024) |
| 07/03/2024 | 7309 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, having reconsidered the prior attorneys' fee award in light of the Seventh Circuit's instructions and the additional examples of awards provided by Co-Counsel, the Court grants Co-Counsel's renewed motion for attorneys' fees 6910 but decreases the award to $51,660,000.00, which is 30% of the settlement fund after deducting the expenses and incentive awards. Andren also sought discovery from experts the Court cited in the prior order to the extent the Court continued to rely on those opinions, and in the alternative moved to strike the opinions. Because this opinion and order is not based on those expert opinions, no discovery is warranted, and the motion to strike 6931 is denied as moot. Signed by the Honorable Thomas M. Durkin on 7/3/2024. Mailed notice. (ecw, ) (Entered: 07/03/2024) |
| 07/09/2024 | 7310 | MINUTE entry before the Honorable Thomas M. Durkin: Final Settlement Fairness Hearing held on 7/9/2024. No one was present on the call to object. For the reasons stated on the record, Direct Purchaser Plaintiffs' motion for final approval of the settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, and Sanderson Farms 7291 is granted. A separate final approval hearing will be set with regards to the settlement with Agri Stats. Mailed notice. (ecw, ) (Entered: 07/09/2024) |
| 07/09/2024 | 7311 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with Defendants Foster Farms, Perdue, Case, Claxton, Wayne Farms, and Sanderson Farms. Signed by the Honorable Thomas M. Durkin on 7/9/2024. Mailed notice. (ecw, ) (Entered: 07/09/2024) |
| 07/10/2024 | 7312 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to final approval of the Direct Purchaser Plaintiffs' settlement with Agri Stats is set for 10/24/2024 at 9:00 a.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when |

you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 07/10/2024)

| 07/10/2024 | 7313 | MOTION by Plaintiff Direct Purchaser Plaintiffs for settlement *(Direct Purchaser Plaintiffs' Notice of Motion and Motion for Final Approval of the Settlements with the House of Raeford and Koch Defendants)*<br><br>Presented before District Judge<br><br>(Pouya, Bobby) (Entered: 07/10/2024) |
| --- | --- | --- |
| 07/10/2024 | 7314 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *(Direct Purchaser Plaintiffs' Memorandum in Support of Their Motion for Final Approval of the Settlements with the House of Raeford and Koch Defendants and Response to the Restaurant DAPS' Objection)* (Pouya, Bobby) (Entered: 07/10/2024) |
| 07/10/2024 | 7315 | MEMORANDUM by Direct Purchaser Plaintiffs in support of motion for settlement, 7313 *(Public Redacted Version)* (Pouya, Bobby) (Entered: 07/10/2024) |
| 07/10/2024 | 7316 | DECLARATION of Bobby Pouya regarding motion for settlement, 7313 (Attachments: # 1 Exhibit A)(Pouya, Bobby) (Entered: 07/10/2024) |
| 07/10/2024 | 7317 | DECLARATION of Eric Schachter regarding motion for settlement, 7313 (Pouya, Bobby) (Entered: 07/10/2024) |
| 07/10/2024 | 7318 | SEALED DOCUMENT by Plaintiff Direct Purchaser Plaintiffs *(Declaration of Colin A. Carter in Response to the Declaration of Laurel C. Van Allen)* (Pouya, Bobby) (Entered: 07/10/2024) |
| 07/10/2024 | 7319 | SEALED RESPONSE by House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to sealed response,,,, 7281 , objections,, 7280 *[Defendants Koch And House Of Raeford's Opposition To The Restaurants' Amended Objection To DPP Class's Proposed Settlements With Them]* (Attachments: # 1 Exhibit 1-6)(Siegel, Stephen) (Entered: 07/10/2024) |
| 07/10/2024 | 7320 | CERTIFICATE of Service by Plaintiff Direct Purchaser Plaintiffs regarding sealed document, 7314 *and* 7318 (Pouya, Bobby) (Entered: 07/10/2024) |
| 07/10/2024 | 7321 | RESPONSE by End-User Consumer Plaintiffsin Opposition to MOTION by Defendants House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, O.K. Farms, Inc., O 7299 (Johnson, Brent) (Entered: 07/10/2024) |
| 07/11/2024 | 7322 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-22231739.<br><br>Presented before District Judge<br><br>(McGuire, James) (Entered: 07/11/2024) |
| 07/11/2024 | 7323 | NOTICE of appeal by Sysco Corporation regarding orders 7272 Filing fee $ 605, receipt number AILNDC-22231782. Receipt number: n (McGuire, James) |

| 07/11/2024 | 7324 | RESPONSE by Defendants House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. to sealed response,,,, 7281 , objections,, 7280 *[PUBLIC REDACTED VERSION] Defendants Koch And House Of Raeford's Opposition To The Restaurants' Amended Objection To DPP Class's Proposed Settlements With Them* (Attachments: # 1 Exhibit 1-6)(Siegel, Stephen) (Entered: 07/11/2024) |
|---|---|---|
| 07/11/2024 | 7325 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7322 is granted. Attorney James J. McGuire for Sysco Corporation added. Mailed notice. (ecw, ) (Entered: 07/11/2024) |
| 07/12/2024 | 7326 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7323 . (jj, ) (Entered: 07/12/2024) |
| 07/12/2024 | 7327 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7323 . Notified counsel. (jj, ) (Entered: 07/12/2024) |
| 07/12/2024 | 7328 | Notice of Settlement with Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc. by End-User Consumer Plaintiffs (Scarlett, Shana) (Entered: 07/12/2024) |
| 07/12/2024 | 7329 | MINUTE entry before the Honorable Thomas M. Durkin: The telephone hearing for an oral ruling on Defendants' Motion in Limine to Preclude Plaintiffs' Evidence of Damages for the Years 2013-2019 7299 set for 7/17/2024 at 2:00 p.m. is converted to a video conference for a brief oral argument, and is reset for 1:45 p.m. Members of the public may listen via telephone conference. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 07/12/2024) |
| 07/12/2024 | 7334 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 7323 ; USCA Case No. 24-2202. (gcy, ) (Entered: 07/16/2024) |
| 07/15/2024 | 7330 | STIPULATION of Dismissal *Stipulated Order Of Dismissal With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services Llc Of Pilgrim's Pride Corporation* (Mandell, Floyd) (Entered: 07/15/2024) |
| 07/15/2024 | 7331 | STIPULATED ORDER of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 7/15/2024. Mailed notice. (ecw, ) (Entered: 07/15/2024) |
| 07/15/2024 | 7332 | RESPONSE by Plaintiff End-User Consumer Plaintiffs *in Opposition to Mountaire's Motion For Leave to Supplement Its Motion For Reconsideration of Summary Judgment* 7303 (Johnson, Brent) (Entered: 07/15/2024) |
| 07/15/2024 | 7333 | STATUS Report *Joint Submission to Court Regarding Limited Evidentiary Discovery* by End-User Consumer Plaintiffs |

| | | Presented before District Judge |
|---|---|---|
| | | (Attachments: # 1 Exhibit Joint Stipulation Concerning Trial Documents) (Berman, Steve) (Entered: 07/15/2024) |
| 07/16/2024 | 7335 | MINUTE entry before the Honorable Thomas M. Durkin: The minute order entered on 6/17/2024 7275 is amended as follows. The Restaurants may file one omnibus reply addressing both responses that will not exceed 15 pages. Mailed notice. (ecw, ) (Entered: 07/16/2024) |
| 07/17/2024 | 7336 | Notice of Settlement with Defendants O.K. Foods, Inc., O.K. Farms, Inc., and O.K. Industries, Inc. by End-User Consumer Plaintiffs (Johnson, Brent) (Entered: 07/17/2024) |
| 07/17/2024 | 7337 | MINUTE entry before the Honorable Thomas M. Durkin: Oral argument as to Defendants' motion in limine to preclude Plaintiffs' evidence of damages for the years 2013-2019 7299 held on 7/17/2024. Mailed notice. (ecw, ) (Entered: 07/17/2024) |
| 07/18/2024 | 7338 | End-User Consumer Plaintiffs' Clarification in Response to Defendants' Motion in Limine to Preclude Plaintiffs' Evidence of Damages for the Years 2013-2019 [Public Redacted Version] by End-User Consumer Plaintiffs (Attachments: # 1 Exhibit A - submitted under seal, # 2 Exhibit B, # 3 Exhibit C - submitted under seal, # 4 Exhibit D - submitted under seal)(Scarlett, Shana) (Entered: 07/18/2024) |
| 07/18/2024 | 7339 | SEALED DOCUMENT by Plaintiff End-User Consumer Plaintiffs *End-User Consumer Plaintiffs' Clarification in Response to Defendants' Motion in Limine to Preclude Plaintiffs' Evidence of Damages for the Years 2013-2019 [Sealed Version]* (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D)(Scarlett, Shana) (Entered: 07/18/2024) |
| 07/18/2024 | 7340 | STATUS Report *Joint Status Report* by End-User Consumer Plaintiffs<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 07/18/2024) |
| 07/19/2024 | 7341 | REPLY by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to sealed response,,,, 7281 *in Further Support of the Amended Objection to the DPP Class's Proposed Settlements With Defendants Koch and House of Raeford* (Lustrin, Lori) (Entered: 07/19/2024) |
| 07/23/2024 | 7342 | Notice of Settlement with Defendants Mountaire Farms Inc., Mountaire Farms, LLC, Mountaire Farms of Delaware, Inc., Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. by End-User Consumer Plaintiffs (Johnson, Brent) (Entered: 07/23/2024) |
| 07/31/2024 | 7343 | NOTICE STATEMENT by Agri Stats, Inc. *concerning notice under 28 U.S.C. § 1715* (Monts, William) (Entered: 07/31/2024) |
| 07/31/2024 | 7344 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the Notice of Settlement with Defendants Mountaire Farms Inc., Mountaire Farms, LLC, |

| | | Mountaire Farms of Delaware, Inc., Koch Foods Incorporated, JCG Foods of Alabama LLC, JCG Foods of Georgia LLC and Koch Meat Co., Inc. by End-User Consumer Plaintiffs 7342 , the jury trial scheduled to start on 9/4/2024 is vacated. Mailed notice. (ecw, ) (Entered: 07/31/2024) |
|---|---|---|
| 08/01/2024 | 7345 | STATUS Report *(Direct Purchaser Plaintiffs' Update Regarding Claims Process)* by Direct Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 08/01/2024) |
| 08/02/2024 | 7346 | NOTICE of appeal by John M. Andren regarding orders 7309 Filing fee $ 605, receipt number AILNDC-22321281. Receipt number: n (Bednarz, M.) (Entered: 08/02/2024) |
| 08/05/2024 | 7347 | NOTICE by Caesars Enterprise Services, LLC, Carl Buddig & Co., Inc. *(Notice Of Settlement Between Harrison Poultry, Inc. And Carl Buddig & Co. And Caesars Enterprise Services LLC)* (Mandell, Floyd) (Entered: 08/05/2024) |
| 08/09/2024 | 7348 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7346 . (ph, ) (Entered: 08/09/2024) |
| 08/09/2024 | 7349 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7346 . Notified counsel (ph, ) (Entered: 08/09/2024) |
| 08/12/2024 | 7350 | REFUND PROCESSED re REQUEST for Clerk of Court to refund filing fee in the amount of $605.00, receipt no. AILNDC-22171166, regarding notice of appeal 7287 (Ho, Derek) 7290 (td, ) (Entered: 08/12/2024) |
| 08/12/2024 | 7351 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 7346 ; USCA Case No. 24-2387. (smb, ) (Entered: 08/12/2024) |
| 08/12/2024 | 7352 | ORDER: For the reasons stated in the attached order, the DAPs' objection 7281 is denied. Signed by the Honorable Thomas M. Durkin on 8/12/2024. Mailed notice. (ecw, ) (Entered: 08/13/2024) |
| 08/13/2024 | 7353 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 8/13/2024. For the reasons stated on the record, Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the House of Raeford and Koch Defendants 7313 is granted. Mailed notice. (ecw, ) (Entered: 08/13/2024) |
| 08/13/2024 | 7354 | TRANSCRIPT OF PROCEEDINGS held on 07/17/2024 before the Honorable Thomas M. Durkin. Oral Argument. Order Number: 49323. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/3/2024. Redacted Transcript Deadline set for 9/13/2024. Release of Transcript Restriction set for 11/11/2024. (Carrion, Elia) (Entered: 08/13/2024) |

| 08/14/2024 | 7355 | MINUTE entry before the Honorable Thomas M. Durkin: On the request of counsel for the DPPs, the telephone hearing as to final approval of the Direct Purchaser Plaintiffs' settlement with Agri Stats set for 10/24/2024 at 9:00 a.m. is reset for 2:00 p.m. Time change only. Mailed notice. (ecw, ) (Entered: 08/14/2024) |
|---|---|---|
| 08/14/2024 | 7356 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlements with the House of Raeford and Koch Defendants. Signed by the Honorable Thomas M. Durkin on 8/14/2024. Mailed notice. (ecw, ) (Entered: 08/14/2024) |
| 08/14/2024 | 7357 | NOTICE of appeal by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Shamrock Foods Company, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC regarding orders 7352 , 7356 Filing fee $ 605, receipt number AILNDC-22363896. Receipt number: n (Lustrin, Lori) (Entered: 08/14/2024) |
| 08/14/2024 | 7358 | DOCKETING Statement by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Shamrock Foods Company, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC regarding notice of appeal,, 7357 (Lustrin, Lori) (Entered: 08/14/2024) |
| 08/14/2024 | 7359 | SEVENTH CIRCUIT transcript information sheet by John M. Andren (Bednarz, M.) (Entered: 08/14/2024) |
| 08/15/2024 | 7360 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7357 . (rc, ) (Entered: 08/15/2024) |
| 08/15/2024 | 7361 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7357 . Notified counsel. (rc, ) (Entered: 08/15/2024) |
| 08/16/2024 | 7362 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal, 7357 ; USCA Case No. 24-2422. (ph, ) (Entered: 08/16/2024) |
| 08/19/2024 | 7363 | MOTION by Defendant Harrison Poultry, Inc. to withdraw *Dylan de Fouw*<br><br>Presented before District Judge<br><br>(Gorham, Patricia) (Entered: 08/19/2024) |
| 08/19/2024 | 7364 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw appearance 7363 is granted. Attorney Dylan Wilson de Fouw terminated. Mailed notice. (ecw, ) (Entered: 08/19/2024) |
| 08/19/2024 | 7365 | MOTION by Plaintiff Carina Ventures LLC to vacate order on motion for miscellaneous relief, memorandum opinion and order 7272 *Or, In the Alternative, For Reconsideration and Stay Pending Appeal*<br><br>Presented before District Judge |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum of Law in Support, # 2 Exhibit A)(Ho, Derek) (Entered: 08/19/2024) |
| 08/19/2024 | 7366 | SEALED DOCUMENT by Plaintiff Carina Ventures LLC *Memorandum of Law in Support of Plaintiff Carina Ventures LLC's Motion to Vacate, Or, In The Alternative, For Reconsideration and Stay Pending Appeal* (Ho, Derek) (Entered: 08/19/2024) |
| 08/20/2024 | 7367 | MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following agreed briefing schedule as to Carina Ventures LLC's motion to vacate or, in the alternative, for reconsideration and stay pending appeal 7365 : Pilgrim's opposition is due by 9/16/2024; Carina's reply is due by 9/30/2024. Mailed notice. (ecw, ) (Entered: 08/20/2024) |
| 08/20/2024 | 7368 | TRANSCRIPT OF PROCEEDINGS held on 08/13/2024 before the Honorable Thomas M. Durkin. Final Approval of Settlements. Order Number: 49570. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/10/2024. Redacted Transcript Deadline set for 9/20/2024. Release of Transcript Restriction set for 11/18/2024. (Carrion, Elia) (Entered: 08/20/2024) |
| 08/28/2024 | 7369 | SEVENTH CIRCUIT transcript information sheet by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Shamrock Foods Company, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC (Lustrin, Lori) (Entered: 08/28/2024) |
| 09/05/2024 | 7370 | TRANSCRIPT OF PROCEEDINGS held on 06/13/2024 before the Honorable Thomas M. Durkin. The Restaurants' Objection to DPP Class's Proposed Settlements with Defendant Koch and House of Raeford. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |

| 09/05/2024 | 7371 | TRANSCRIPT OF PROCEEDINGS held on 09/07/2023 before the Honorable Thomas M. Durkin. Final Pretrial Conference Volume 1. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7372 | MANDATE of USCA dated 9/05/2024 regarding notice of appeal 7287 , notice of appeal 7323 ; USCA Nos.24-2100 and 24-2202; No record to be returned. (jj, ) (Entered: 09/05/2024) |
| 09/05/2024 | 7373 | CERTIFIED copy of order dated 8/14/2024 from the 7th Circuit regarding notice of appeal 7287 , notice of appeal 7323 ; Appellate case nos. : 24-2100 and 24-2202: On consideration of the papers filed in this appeal and review of the short record, IT IS ORDERED that these appeals are DISMISSED for lack of jurisdiction. (jj, ) (Entered: 09/05/2024) |
| 09/05/2024 | 7374 | Entered in error (Carrion, Elia) Modified on 2/10/2025 (ecw, ). (Entered: 09/05/2024) |
| 09/05/2024 | 7375 | TRANSCRIPT OF PROCEEDINGS held on 09/12/2023 before the Honorable Thomas M. Durkin. Trial Volume 1. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | | Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7376 | TRANSCRIPT OF PROCEEDINGS held on 09/13/2023 before the Honorable Thomas M. Durkin. Trial Volume 2. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024)

| 09/05/2024 | 🔓 7377 | TRANSCRIPT OF PROCEEDINGS held on 09/14/2023 before the Honorable Thomas M. Durkin. Trial Volume 3. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| --- | --- | --- |
| 09/05/2024 | 🔓 7378 | TRANSCRIPT OF PROCEEDINGS held on 09/15/2023 before the Honorable Thomas M. Durkin. Trial Volume 4. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 🔓 7379 | TRANSCRIPT OF PROCEEDINGS held on 09/18/2023 before the Honorable Thomas M. Durkin. Trial Volume 5. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 🔓 7380 | TRANSCRIPT OF PROCEEDINGS held on 09/19/2023 before the Honorable Thomas M. Durkin. Trial Volume 6. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court |

Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024)

| 09/05/2024 | 7381 | TRANSCRIPT OF PROCEEDINGS held on 09/20/2023 before the Honorable Thomas M. Durkin. Trial Volume 7. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| --- | --- | --- |
| 09/05/2024 | 7382 | TRANSCRIPT OF PROCEEDINGS held on 09/21/2023 before the Honorable Thomas M. Durkin. Trial Volume 8. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7383 | TRANSCRIPT OF PROCEEDINGS held on 09/26/2023 before the Honorable Thomas M. Durkin. Trial Volume 9. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7384 | TRANSCRIPT OF PROCEEDINGS held on 09/27/2023 before the Honorable Thomas M. Durkin. Trial Volume 10. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |

| | | |
|---|---|---|
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7385 | TRANSCRIPT OF PROCEEDINGS held on 09/28/2023 before the Honorable Thomas M. Durkin. Trial Volume 11. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7386 | TRANSCRIPT OF PROCEEDINGS held on 09/29/2023 before the Honorable Thomas M. Durkin. Trial Volume 12. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7387 | TRANSCRIPT OF PROCEEDINGS held on 10/02/2023 before the Honorable Thomas M. Durkin. Trial Volume 13. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |

| 09/05/2024 | 7388 | TRANSCRIPT OF PROCEEDINGS held on 10/03/2023 before the Honorable Thomas M. Durkin. Trial Volume 14. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
|---|---|---|
| 09/05/2024 | 7389 | TRANSCRIPT OF PROCEEDINGS held on 10/04/2023 before the Honorable Thomas M. Durkin. Trial Volume 15. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7390 | TRANSCRIPT OF PROCEEDINGS held on 10/05/2023 before the Honorable Thomas M. Durkin. Trial Volume 16. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7391 | TRANSCRIPT OF PROCEEDINGS held on 10/10/2023 before the Honorable Thomas M. Durkin. Trial Volume 17. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024)

| 09/05/2024 | 🔓 7392 | TRANSCRIPT OF PROCEEDINGS held on 10/11/2023 before the Honorable Thomas M. Durkin. Trial Volume 18. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
|---|---|---|
| 09/05/2024 | 🔓 7393 | TRANSCRIPT OF PROCEEDINGS held on 10/12/2023 before the Honorable Thomas M. Durkin. Trial Volume 19. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 🔓 7394 | TRANSCRIPT OF PROCEEDINGS held on 10/16/2023 before the Honorable Thomas M. Durkin. Trial Volume 20. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 🔓 7395 | TRANSCRIPT OF PROCEEDINGS held on 10/17/2023 before the Honorable Thomas M. Durkin. Trial Volume 21. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court |

Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024)

| 09/05/2024 | 7396 | TRANSCRIPT OF PROCEEDINGS held on 10/18/2023 before the Honorable Thomas M. Durkin. Trial Volume 22. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| --- | --- | --- |
| 09/05/2024 | 7397 | TRANSCRIPT OF PROCEEDINGS held on 10/19/2023 before the Honorable Thomas M. Durkin. Trial Volume 23. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7398 | TRANSCRIPT OF PROCEEDINGS held on 10/20/2023 before the Honorable Thomas M. Durkin. Trial Volume 24. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/05/2024 | 7399 | TRANSCRIPT OF PROCEEDINGS held on 10/23/2023 before the Honorable Thomas M. Durkin. Trial Volume 25. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024)

| 09/05/2024 | 7400 | TRANSCRIPT OF PROCEEDINGS held on 10/24/2023 before the Honorable Thomas M. Durkin. Trial Volume 26. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| --- | --- | --- |
| 09/05/2024 | 7401 | TRANSCRIPT OF PROCEEDINGS held on 10/25/2023 before the Honorable Thomas M. Durkin. Trial Volume 27. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 9/26/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/4/2024. (Carrion, Elia) (Entered: 09/05/2024) |
| 09/09/2024 | 7402 | MOTION by Plaintiff Direct-Action Plaintiffs to substitute party *plaintiff Howard Samuels as Trustee in Bankruptcy for Central Grocers, Inc., moves this Honorable Court for an order substituting Gregg Szilagyi, Trustee of the Estate of Central Grocers, Inc., as plaintiff due to Mr. Samuel's passing.*<br><br>Presented before District Judge<br><br>(Kaplan, Robert) (Entered: 09/09/2024) |
| 09/10/2024 | 7403 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to substitute party 7402 is granted. Pursuant to Fed. R. Civ. P. 25 (a)(1) and (2), Gregg Szilagyi, Trustee of the Estate of Central Grocers, Inc., is substituted as plaintiff in place of Howard Samuels. Mailed notice. (ecw, ) (Entered: 09/10/2024) |
| 09/11/2024 | 7404 | TRANSCRIPT OF PROCEEDINGS held on 07/09/2024 before the Honorable Thomas M. Durkin. Final Settlement Fairness Hearing. Order Number: 49688. |

| | | Court Reporter Contact Information: Elia C. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. |
| --- | --- | --- |
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.  Redaction Request due 10/2/2024. Redacted Transcript Deadline set for 10/14/2024. Release of Transcript Restriction set for 12/10/2024. (Carrion, Elia) (Entered: 09/11/2024) |
| 09/13/2024 | 7405 | STIPULATION *(Stipulated Order Of Dismissal With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Simmons Foods, Inc. And Simmons Prepared Foods, Inc.)* (Mandell, Floyd) (Entered: 09/13/2024) |
| 09/16/2024 | 7406 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Simmons Foods, Inc. and Simmons Prepared Foods, Inc. Signed by the Honorable Thomas M. Durkin on 9/16/2024. Mailed notice. (ecw, ) (Entered: 09/16/2024) |
| 09/16/2024 | 7407 | RESPONSE by Pilgrim's Pride Corporationin Opposition to MOTION by Plaintiff Carina Ventures LLC to vacate order on motion for miscellaneous relief, memorandum opinion and order 7272 *Or, In the Alternative, For Reconsideration and Stay Pending Appeal*  Presented before District Judge  7365 (Attachments: # 1 Declaration of Michael D. Bonanno, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Bonanno, Michael) (Entered: 09/16/2024) |
| 09/16/2024 | 7408 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Response in Opposition to Carina Ventures LLC's Motion to Vacate or, in the Alternative, for Reconsideration and Stay Pending Appeal* (Attachments: # 1 Declaration of Michael D. Bonanno, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Bonanno, Michael) (Entered: 09/16/2024) |
| 09/19/2024 | 7409 | NOTICE by Pilgrim's Pride Corporation re MOTION by Plaintiff Carina Ventures LLC to vacate order on motion for miscellaneous relief, memorandum opinion and order 7272 *Or, In the Alternative, For Reconsideration and Stay Pending Appeal*  Presented before District Judge  7365 *of Filing* (Attachments: # 1 JBS Motion for Summary Dismissal Memorandum of Law)(Bonanno, Michael) (Entered: 09/19/2024) |
| 09/19/2024 | 7410 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *Notice of Filing Related to Carina Ventures LLC's Motion to Vacate or in the Alternative, for Reconsideration and Stay Pending Appeal (ECF 7365)* (Attachments: # 1 JBS |

| | | Motion for Summary Dismissal Memorandum of Law (Bonanno, Michael) (Entered: 09/19/2024) |
|---|---|---|
| 09/20/2024 | 7411 | STIPULATION *between Objector Andren and EUCPs re: deadline for Objector to file motion for attorneys' fees* (Bednarz, M.) (Entered: 09/20/2024) |
| 09/26/2024 | 7412 | MOTION by Attorney Stephen M. Owen to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided Presented before District Judge (Clark, Brian) (Entered: 09/26/2024) |
| 09/26/2024 | 7413 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7412 is granted. Attorney Stephen M Owen terminated. Mailed notice. (ecw, ) (Entered: 09/26/2024) |
| 09/30/2024 | 7414 | REPLY by Plaintiff Carina Ventures LLC to motion to vacate, 7365 (Ho, Derek) (Entered: 09/30/2024) |
| 09/30/2024 | 7415 | SEALED REPLY by Carina Ventures LLC to MOTION by Plaintiff Carina Ventures LLC to vacate order on motion for miscellaneous relief, memorandum opinion and order 7272 *Or, In the Alternative, For Reconsideration and Stay Pending Appeal* Presented before District Judge 7365 (Ho, Derek) (Entered: 09/30/2024) |
| 10/01/2024 | 7416 | STATUS Report *(Direct Purchaser Plaintiffs' Update Regarding Claims Process)* by Direct Purchaser Plaintiffs Presented before District Judge (Pearson, Michael) (Entered: 10/01/2024) |
| 10/14/2024 | 7417 | STIPULATION of Dismissal *Joint Motion and Stipulation for Dismissal With Prejudice* (Shapiro, Jay) (Entered: 10/14/2024) |
| 10/15/2024 | 7418 | STIPULATED Order for Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 10/15/2024. Mailed notice. (ecw, ) (Entered: 10/15/2024) |
| 10/16/2024 | 7419 | NOTICE by Carina Ventures LLC re MOTION by Plaintiff Carina Ventures LLC to vacate order on motion for miscellaneous relief, memorandum opinion and order 7272 *Or, In the Alternative, For Reconsideration and Stay Pending Appeal* Presented before District Judge 7365 (Attachments: # 1 Exhibit A (Filed Under Seal))(Ho, Derek) (Entered: 10/16/2024) |
| 10/16/2024 | 7420 | SEALED DOCUMENT by Plaintiff Carina Ventures LLC *Sealed Exhibit A to Notice of Filing Related to Carina Ventures LLC's Motion to Vacate Or, In the Alternative, For Reconsideration and Stay Pending Appeal* (Ho, Derek) (Entered: 10/16/2024) |
| 10/17/2024 | 7421 | MINUTE entry before the Honorable Thomas M. Durkin: Carina's motion to vacate 7365 is denied. The Seventh Circuit's order did not address the substance of the Court's order, and Carina has not otherwise demonstrated any error in the |

Court's order, Pilgrim's originally made a motion to enforce its settlement with Sysco, which the Court granted. To the extent Pilgrim's continues to seek relief from the Court, Pilgrim's should file a motion. Mailed notice. (ecw, ) (Entered: 10/17/2024)

| 10/24/2024 | 7422 | MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing as to final approval of the Direct Purchaser Plaintiffs' settlement with Agri Stats held on 10/24/2024. For the reasons stated on the record, the Motion for Final Approval of Settlement with Defendant Agri Stats 7291 is granted without objection. Mailed notice. (ecw, ) (Entered: 10/24/2024) |
|---|---|---|
| 10/24/2024 | 7423 | ORDER Granting Direct Purchaser Plaintiffs' Motion for Final Approval of the Settlement with Defendant Agri Stats, Inc. Signed by the Honorable Thomas M. Durkin on 10/24/2024. Mailed notice. (ecw, ) (Entered: 10/24/2024) |
| 10/25/2024 | 7424 | MOTION by Attorney Amanda R. Jesteadt to withdraw as attorney for Independent Purchasing Cooperative, Inc., Bob Evans Farms, Inc., The Fresh Market, Inc., Wawa, Inc., Restaurant Services, Inc., Cajun Operating Company d/b/a Church's Chicken, Buffalo Wild Wings, Inc., Sonic Industries Services Inc., CKE Restaurants Holdings, Inc., Focus Brands LLC, The Cheesecake Factory Incorporated, Whatabrands LLC, Whataburger Restaurants LLC, ARCOP, Inc., United Supermarkets, LLC, Krispy Krunchy Foods, LLC, Cheney Bros., Inc., Hooters of America, LLC, Checkers Drive-In Restaurants, Inc., Restaurants of America, Inc., LTP Management Group, Inc., Gibson, Greco & Wood, Ltd., Hooters Management Corporation, Anaheim Wings, LLC d/b/a Hooters of Anaheim, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Ontario Wings, LLC d/b/a Hooters of Ontario, Hollywood Wings, LLC d/b/a Hooters of Hollywood, South Gate Wings, LLC d/b/a Hooters of South Gate, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach, Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA. No party information provided

Presented before District Judge

(Yearick, Garth) (Entered: 10/25/2024) |
| 10/25/2024 | 7425 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7424 is granted. Attorney Amanda R. Jesteadt terminated. Mailed notice (ecw, ) (Entered: 10/25/2024) |
| 11/01/2024 | 7426 | MOTION by Attorney Jill M. Manning to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided

Presented before District Judge

(Pearson, Clifford) (Entered: 11/01/2024) |
| 11/01/2024 | 7427 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7426 is granted. Attorney Jill M. Manning terminated. Mailed notice. (ecw, ) (Entered: 11/01/2024) |
| 11/04/2024 | 7428 | MOTION by Attorney Alexander E. Barnett to withdraw as attorney for Commercial and Institutional Indirect Purchaser Plaintiffs. No party information provided |

Presented before District Judge

(Zapala, Adam) (Entered: 11/04/2024)

| 11/04/2024 | 7429 | MOTION by Attorney James G. Dallal to withdraw as attorney for Commercial and Institutional Indirect Purchaser Plaintiffs. No party information provided<br><br>Presented before District Judge<br><br>(Zapala, Adam) (Entered: 11/04/2024) |
| --- | --- | --- |
| 11/04/2024 | 7430 | MOTION by Defendant Pilgrim's Pride Corporation for summary judgment *on Carina Venture LLC's Claims*<br><br>Presented before District Judge<br><br>(Attachments: # 1 Motion for Summary Judgment on Carina Venture LLC's Claims, # 2 Statement of Undisputed Material Facts, # 3 Declaration of Michael D. Bonanno, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4)(Bonanno, Michael) (Entered: 11/04/2024) |
| 11/04/2024 | 7431 | SEALED DOCUMENT by Defendant Pilgrim's Pride Corporation *on Carina Venture LLC's Claims* (Attachments: # 1 Motion for Summary Judgment on Carina Venture LLC's Claims, # 2 Statement of Undisputed Material Facts, # 3 Declaration of Michael D. Bonanno, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4)(Bonanno, Michael) (Entered: 11/04/2024) |
| 11/05/2024 | 7432 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to withdraw as attorney 7428 , 7429 are granted. Attorneys Alexander E. Barnett and James Gerard Beebe Dallal terminated. Mailed notice. (ecw, ) (Entered: 11/05/2024) |
| 11/05/2024 | 7433 | MINUTE entry before the Honorable Thomas M. Durkin: Carina Ventures LLC is to file its opposition to Pilgrim's Pride Corporation's Motion for Summary Judgment on Carina Ventures LLC's Claims 7431 by 11/19/2024. Pilgrim's is to file its reply by 11/26/2024. Mailed notice. (ecw, ) (Entered: 11/05/2024) |
| 11/12/2024 | 7434 | MOTION by Plaintiff Carina Ventures LLC to Certify the Court's June 14, 2024 Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b)<br><br>Presented before District Judge<br><br>(Ho, Derek) (Entered: 11/12/2024) |
| 11/12/2024 | 7435 | MEMORANDUM by Carina Ventures LLC in support of motion for miscellaneous relief 7434 (Ho, Derek) (Entered: 11/12/2024) |
| 11/12/2024 | 7436 | SEALED DOCUMENT by Plaintiff Carina Ventures LLC *Memorandum of Law in Support of Motion to Certify the Court's June 14, 2024 Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b)* (Ho, Derek) (Entered: 11/12/2024) |
| 11/13/2024 | 7437 | MINUTE entry before the Honorable Thomas M. Durkin: Carina's motion to certify order 7272 for interlocutory appeal 7434 is denied. By seeking certification of an interlocutory appeal, Carina argues that it challenged the Court's subject matter jurisdiction in opposing Pilgrim's motion to enforce. Pilgrim's has now filed a motion for summary judgment and a briefing schedule has been set. The Court anticipates that the result of Pilgrim's motion will be an appealable order (by either party). Should Carina appeal the anticipated order on Pilgrim's motion for summary judgment, Carina will also be able to appeal any |

| | | previous interlocutory order, including order 7272. It was the responsibility of the party filing the appeal to ensure that the order entered is appealable. This is the most efficient way for Carina's arguments to reach the Seventh Circuit, so the motion to certify order 7272 for interlocutory appeal is denied. Mailed notice. (ecw, ) (Entered: 11/13/2024) |
|---|---|---|
| 11/19/2024 | 7438 | SEALED RESPONSE by Carina Ventures LLC to MOTION by Defendant Pilgrim's Pride Corporation for summary judgment *on Carina Venture LLC's Claims*<br><br>Presented before District Judge<br><br>7430 (Attachments: # 1 Statement of Additional Undisputed Material Facts, # 2 Responses to Pilgrim Pride Corporation's Statement of Undisputed Material Facts, # 3 Declaration of Derek T. Ho, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, # 40 Exhibit 37, # 41 Exhibit 38, # 42 Exhibit 39, # 43 Exhibit 40, # 44 Exhibit 41, # 45 Exhibit 42, # 46 Exhibit 43, # 47 Exhibit 44)(Ho, Derek) (Entered: 11/19/2024) |
| 11/26/2024 | 7439 | REPLY by Defendant Pilgrim's Pride Corporation to motion for summary judgment, 7430 *on Carina Venture LLC's Claims* (Michel, Christopher) (Entered: 11/26/2024) |
| 12/03/2024 | 7440 | STIPULATION of Dismissal *With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Harrison Poultry, Inc.* (Mandell, Floyd) (Entered: 12/03/2024) |
| 12/03/2024 | 7441 | STIPULATION of Dismissal *Stipulated Order Dismissing SMS's Claims With Prejudice Against George's, Inc. and George's Farms, Inc.* (Shapiro, Jay) (Entered: 12/03/2024) |
| 12/04/2024 | 7442 | STIPULATED Order of Dismissal with Prejudice by Carl Biddig & Co., Inc. and Caesars Enterprise Services LLC of Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 12/4/2024. Mailed notice. (ecw, ) (Entered: 12/04/2024) |
| 12/04/2024 | 7443 | STIPULATED Order Dismissing SMS's Claims with Prejudice against George's, Inc. and George's Farms, Inc. Signed by the Honorable Thomas M. Durkin on 12/4/2024. Mailed notice. (ecw, ) (Entered: 12/04/2024) |
| 12/13/2024 | 7444 | STIPULATION of Dismissal *With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC of All Claims Against the Mar-Jac Poultry Defendants* (Mandell, Floyd) (Entered: 12/13/2024) |
| 12/13/2024 | 7445 | STIPULATION of Dismissal *(Stipulated Order Of Dismissal With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Koch Defendants)* (Mandell, Floyd) (Entered: 12/13/2024) |

| 12/13/2024 | 7446 | STIPULATION of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of All Claims against the Mar-Jac Poultry Defendants. Signed by the Honorable Thomas M. Durkin on 12/13/2024. Mailed notice. (ecw, ) (Entered: 12/13/2024) |
|---|---|---|
| 12/13/2024 | 7447 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Koch Defendants. Signed by the Honorable Thomas M. Durkin on 12/13/2024. Mailed notice. (ecw, ) (Entered: 12/13/2024) |
| 12/16/2024 | 7448 | STIPULATION of Dismissal (Ripp, Paul) (Entered: 12/16/2024) |
| 12/16/2024 | 7449 | STIPULATION of Dismissal (Ripp, Paul) (Entered: 12/16/2024) |
| 12/16/2024 | 7450 | STIPULATION of Dismissal *With Prejudice as to Defendant Harrison Poultry* (Casas, Gregory) (Entered: 12/16/2024) |
| 12/16/2024 | 7451 | MEMORANDUM Opinion and Order: For the reasons stated in the attached Memorandum Opinion and Order, Pilgrim's motion for summary judgment 7430 is granted. Signed by the Honorable Thomas M. Durkin on 12/16/2024. Mailed notice. (ecw, ) (Entered: 12/16/2024) |
| 12/16/2024 | 7452 | STIPULATED Order of Dismissal with Prejudice by L. Hart, Inc., R & D Marketing, LLC, Timber Lake Foods, Inc. and EMA Foods Co., LLC and Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 12/16/2024. Mailed notice. (ecw, ) (Entered: 12/16/2024) |
| 12/16/2024 | 7453 | STIPULATED Order of Dismissal with Prejudice by Red Bird Farms Distribution Company and Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 12/16/2024. Mailed notice. (ecw, ) (Entered: 12/16/2024) |
| 12/17/2024 | 7454 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 12/17/2024. Mailed notice. (ecw, ) (Entered: 12/17/2024) |
| 12/18/2024 | 7455 | STIPULATION of Dismissal *With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC of Case Defendants* (Mandell, Floyd) (Entered: 12/18/2024) |
| 12/18/2024 | 7456 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Case Defendants. Signed by the Honorable Thomas M. Durkin on 12/18/2024. Mailed notice. (ecw, ) (Entered: 12/18/2024) |
| 12/19/2024 | 7457 | STIPULATION of Dismissal (Reichline, Cindy) (Entered: 12/19/2024) |
| 12/19/2024 | 7458 | STIPULATED Order of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 12/19/2024. Mailed notice. (ecw, ) (Entered: 12/19/2024) |
| 12/20/2024 | 7459 | MOTION by Attorney Rachel J. Adcox to withdraw as attorney for Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Adcox, Rachel) (Entered: 12/20/2024) |
| 12/20/2024 | 7460 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7459 is granted. Attorney Rachel Johanna Adcox terminated. Mailed notice. (ecw, ) (Entered: 12/20/2024) |

| 12/20/2024 | 7461 | MOTION by Attorney Rachel J. Adcox to withdraw as attorney for Keystone Foods LLC, Keystone Foods Corporation. No party information provided<br><br>Presented before District Judge<br><br>(Adcox, Rachel) (Entered: 12/20/2024) |
| --- | --- | --- |
| 12/20/2024 | 7462 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7461 is granted. Mailed notice. (ecw, ) (Entered: 12/20/2024) |
| 12/20/2024 | 7463 | MOTION by Plaintiff Carina Ventures LLC for entry of judgment under Rule 54(b)<br><br>Presented before District Judge<br><br>(Ho, Derek) (Entered: 12/20/2024) |
| 12/23/2024 | 7464 | MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff Carina Ventures LLC's unopposed motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b) 7463 is granted. Mailed notice. (ecw, ) (Entered: 12/23/2024) |
| 12/23/2024 | 7465 | ENTERED JUDGMENT on 12/23/2024. Mailed notice. (ecw, ) (Entered: 12/23/2024) |
| 12/24/2024 | 7466 | MOTION by Plaintiff Carina Ventures LLC for entry of judgment under Rule 54(b) *(Renewed)*<br><br>Presented before District Judge<br><br>(Ho, Derek) (Entered: 12/24/2024) |
| 12/27/2024 | 7467 | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/27/2024: Mailed notice. (tg, ) (Entered: 12/27/2024) |
| 12/31/2024 | 7468 | ORDER Granting Plaintiff Carina Ventures LLC's Unopposed Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b). Signed by the Honorable Thomas M. Durkin on 12/31/2024. Mailed notice. (ecw, ) (Entered: 12/31/2024) |
| 12/31/2024 | 7469 | ENTERED JUDGMENT on 12/31/2024. Mailed notice. (ecw, ) (Entered: 12/31/2024) |
| 01/06/2025 | 7470 | NOTICE by Alison Deich of Change of Address (Deich, Alison) (Entered: 01/06/2025) |

| 01/06/2025 | 7471 | NOTICE by Brent W. Johnson of Change of Address (Johnson, Brent) (Entered: 01/06/2025) |
|---|---|---|
| 01/06/2025 | 7472 | NOTICE by Daniel H. Silverman of Change of Address (Silverman, Daniel) (Entered: 01/06/2025) |
| 01/06/2025 | 7473 | NOTICE by Zachary R. Glubiak of Change of Address (Glubiak, Zachary) (Entered: 01/06/2025) |
| 01/06/2025 | 7474 | TRANSCRIPT OF PROCEEDINGS held on 09/11/2023 before the Honorable Thomas M. Durkin. Pretrial Conference Volume 3. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/27/2025. Redacted Transcript Deadline set for 2/6/2025. Release of Transcript Restriction set for 4/7/2025. (Carrion, Elia) (Entered: 01/06/2025) |
| 01/08/2025 | 7475 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Walmart, Inc., WAL-MART STORES EAST, LP, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores Texas, LLC, Wal-Mart Louisiana, LLC, Sam's West, Inc., Sam's East, Inc. *Supplemental Local Rule 3.2 Notification as to Affiliates* (Rabin, Shawn) (Entered: 01/08/2025) |
| 01/08/2025 | 7476 | NOTICE by Kail J. Jethmalani of Change of Address (Jethmalani, Kail) (Entered: 01/08/2025) |
| 01/08/2025 | 7477 | NOTICE by Henry W. Jones, Junio of Change of Address (Jones, Henry) (Entered: 01/08/2025) |
| 01/08/2025 | 7478 | NOTICE by Denise Lynne Plunkett of Change of Address (Plunkett, Denise) (Entered: 01/08/2025) |
| 01/08/2025 | 7479 | NOTICE by Nicholas E. Gaglio of Change of Address (Gaglio, Nicholas) (Entered: 01/08/2025) |
| 01/09/2025 | 7480 | MOTION by Attorney Jordan A. Rice to withdraw as attorney for O.K. Foods, Inc., O.K. Farms, Inc., O.K. Industries, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Rice, Jordan) (Entered: 01/09/2025) |
| 01/13/2025 | 7481 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., Tyson Poultry, Inc. (Jethmalani, Kail) (Entered: 01/13/2025) |
| 01/22/2025 | 7482 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7480 is granted. Attorney Jordan Andrew Rice terminated. Mailed notice. (ecw, ) (Entered: 01/22/2025) |

| 01/22/2025 | 7483 | NOTICE of appeal by Carina Ventures LLC regarding orders 7469 Filing fee $ 605, receipt number AILNDC-22985536. Receipt number: n (Ho, Derek) (Entered: 01/22/2025) |
|---|---|---|
| 01/23/2025 | 7484 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7483 . (daj, ) (Entered: 01/23/2025) |
| 01/23/2025 | 7485 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7483 . Notified counsel. (Attachments: # 1 Order Appealed, # 2 Docket Sheet Part 1, # 3 Docket Sheet Part 2) (daj, ) (Entered: 01/23/2025) |
| 01/23/2025 | 7486 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 7483 ; USCA Case No. 25-1110. (daj, ) (Entered: 01/23/2025) |
| 01/24/2025 | 7487 | STATUS Report *(Direct Purchaser Plaintiffs' Status Update Regarding Claims Process)* by Direct Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Attachments: # 1 Declaration of Eric Schachter)(Pearson, Michael) (Entered: 01/24/2025) |
| 01/27/2025 | 7488 | MOTION by Plaintiff Services Group of America, Inc. for leave to file *Withdraw of Appearance of Gregory J. Casas*<br><br>Presented before District Judge<br><br>(Casas, Gregory) (Entered: 01/27/2025) |
| 01/27/2025 | 7489 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to withdraw appearance 7488 is granted. Attorney Gregory J. Casas terminated. Mailed notice. (ecw, ) (Entered: 01/27/2025) |
| 01/28/2025 | 7490 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Mountainaire Farms, Inc., Mountainaire Farms, LLC, Mountainaire Farms of Delaware, Inc. (Heftman, Lawrence) (Entered: 01/28/2025) |
| 01/28/2025 | 7491 | STIPULATION of Dismissal *With Prejudice of The Mar-Jac Defendants* (Shapiro, Jay) (Entered: 01/28/2025) |
| 01/28/2025 | 7492 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 1/28/2025. Mailed notice.(ecw, ) (Entered: 01/28/2025) |
| 01/29/2025 | 7493 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 01/29/2025) |
| 01/29/2025 | 7494 | MOTION by Plaintiff End-User Consumer Plaintiffs *Uncontested Motion for Preliminary Approval of Settlements with Claxton, Foster Farms, House of Raeford, Koch Foods, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms Defendants and Motion to Direct Notice Regarding Harrison Poultry Settlement*<br><br>Presented before District Judge |

| 01/29/2025 | 7495 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for miscellaneous relief, 7494 *Memorandum of Law in Support of End-User Consumer Plaintiffs Uncontested Motion for Preliminary Approval of Settlements with Claxton, Foster Farms, House of Raeford, Koch Foods, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms Defendants and Motion to Direct Notice Regarding Harrison Poultry Settlement* (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Declaration of Eric Schachter)(Scarlett, Shana) (Entered: 01/29/2025) |
|---|---|---|
| 01/29/2025 | 7496 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file excess pages 7493 is granted. Mailed notice. (ecw, ) (Entered: 01/29/2025) |
| 01/30/2025 | 7497 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to End-User Consumer Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Claxton, Foster Farms, House of Raeford, Koch Foods, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms Defendants and Motion to Direct Notice Regarding Harrison Poultry Settlement 7494 is set for 2/11/2025 at 10:00 a.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 01/30/2025) |
| 02/10/2025 | 7498 | MINUTE entry before the Honorable Thomas M. Durkin: Transcript filed at docket entry 7374 is stricken. Transcript was refiled at docket entry 7474 . Mailed notice. (ecw, ) (Entered: 02/10/2025) |
| 02/11/2025 | 7499 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 2/11/2025 regarding End-User Consumer Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Claxton, Foster Farms, House of Raeford, Koch Foods, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms Defendants and Motion to Direct Notice Regarding Harrison Poultry Settlement 7494 . No one was present on the call to object. For the reasons stated on the record, the motion is granted. Enter order. Final approval hearing is set for 6/30/2025 at 10:00 a.m. by telephone. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 02/11/2025) |
| 02/11/2025 | 7500 | ORDER Granting End-User Consumer Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements and to Direct Notice. Signed by the |

| | | Honorable Thomas M. Durkin on 2/11/2025. Mailed notice (ecw, ) (Entered: 02/11/2025) |
|---|---|---|
| 02/11/2025 | 7501 | MEMORANDUM Opinion and Order: For the reasons stated in the attached order, Defendants' motions 5587 5589 5592 5595 5598 5601 5605 5607 and 5610 are denied in part and granted in part as follows: Pilgrims' motion to dismiss Counts 2 and 3 is denied; the motions to dismiss Counts 1 and 6 are granted as to Agri Stats, Amick, Foster, Mountaire, OK Foods, Peco, Keystone, Harrison, and Fieldale; the motions to dismiss Counts 1 and 6 are denied as to Case, Claxton, George's, Raeford, Koch, Mar-Jac, Marshall Durbin, Perdue, Pilgrim's, Sanderson, Simmons, Tyson, and Wayne; the motions to dismiss Counts 4 and 5 are denied as to Case, Claxton, George's, Raeford, Koch, Mar-Jac, Marshall Durbin, Perdue, Pilgrim's, Sanderson, Simmons, Tyson, and Wayne; and the motions to dismiss the RICO and state law claims in Counts 9-36 are denied without prejudice. The parties should file a joint status report addressing discovery and other next steps due 3/5/2025. Lastly, Plaintiffs are ordered to file a status report by 2/19/2025 identifying the docket entries in which Marhsall Durbin was first added as a defendant, and identifying Marshall Durbin's counsel. Signed by the Honorable Thomas M. Durkin on 2/11/2025. Mailed notice. (ecw, ) (Entered: 02/11/2025) |
| 02/12/2025 | 7502 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Morales, Melinda) (Entered: 02/12/2025) |
| 02/12/2025 | 7503 | MINUTE entry before the Honorable Thomas M. Durkin: Commercial and Institutional Indirect Purchaser Plaintiffs' uncontested motion for leave to file excess pages 7502 is granted. Mailed notice. (ecw, ) (Entered: 02/12/2025) |
| 02/12/2025 | 7504 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS HOUSE OF RAEFORD, KOCH FOODS, MOUNTAIRE, O.K. FOODS, SANDERSON FARMS, SIMMONS FOODS, AGRI STATS, CASE FARMS, CLAXTON, FOSTER FARMS, PERDUE, AND WAYNE FARMS; APPROVAL OF AMENDED HARRISON POULTRY SETTLEMENT; AND APPROVAL OF CIIPPS' SETTLEMENT NOTICE PROGRAM*<br><br>Presented before District Judge<br><br>(Zapala, Adam) (Entered: 02/12/2025) |
| 02/12/2025 | 7505 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for settlement,, 7504 *COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS HOUSE OF RAEFORD, KOCH FOODS, MOUNTAIRE, O.K. FOODS, SANDERSON FARMS, SIMMONS FOODS, AGRI STATS, CASE FARMS, CLAXTON, FOSTER FARMS, PERDUE, AND WAYNE FARMS; APPROVAL OF AMENDED HARRISON POULTRY SETTLEMENT; AND APPROVAL OF CIIPPS' SETTLEMENT NOTICE PROGRAM* (Zapala, Adam) (Entered: 02/12/2025) |

| 02/12/2025 | 7506 | DECLARATION of Adam J. Zapala regarding motion for settlement,, 7504 (Attachments: # 1 Exhibit A - House of Raeford Farms Settlement Agreement, # 2 Exhibit B - Koch Foods Settlement Agreement, # 3 Exhibit C - Mountaire Settlement Agreement, # 4 Exhibit D - O.K. Foods Settlement Agreement, # 5 Exhibit E - Simmons Foods Settlement Agreement, # 6 Exhibit F - Sanderson Farms Settlement Agreement, # 7 Exhibit G - Amended Harrison Poultry Settlement Agreement, # 8 Exhibit H - Agri Stats Settlement Agreement, # 9 Exhibit I - Case Foods Settlement Agreement, # 10 Exhibit J - Claxton Poultry Farms Settlement Agreement, # 11 Exhibit K - Foster Farms Settlement Agreement, # 12 Exhibit L - Perdue Settlement Agreement, # 13 Exhibit M - Wayne Farms Settlement Agreement, # 14 Exhibit N - Proposed Plan of Allocation)(Zapala, Adam) (Entered: 02/12/2025) |
| 02/12/2025 | 7507 | DECLARATION of Eric Schachter regarding motion for settlement,, 7504 (Attachments: # 1 Exhibit A - AB Data Resume, # 2 Exhibit B - Short-Form Notice, # 3 Exhibit C - Long-Form Notice, # 4 Exhibit D - Banner Ad, # 5 Exhibit E - Purchase Audit Request Form)(Zapala, Adam) (Entered: 02/12/2025) |
| 02/13/2025 | 7508 | MINUTE entry before the Honorable Thomas M. Durkin: A telephone hearing as to Commercial and Institutional Indirect Purchaser Plaintiffs' uncontested motion for preliminary approval of settlements with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms; approval of amended Harrison Poultry settlement; and Approval of CIIPPs' settlement notice program 7504 is set for 3/5/2025 at 12:00 p.m. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 02/13/2025) |
| 02/19/2025 | 7509 | STATUS Report *regarding Defendant Marshall Durbin Companies and Marshall Durbin Food Corporation* by Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., Carina Ventures LLC, McLane Company, Inc., Target Corporation<br><br>Presented before District Judge<br><br>(Ho, Derek) (Entered: 02/19/2025) |
| 02/20/2025 | 7510 | MINUTE entry before the Honorable Thomas M. Durkin: Counsel for the Mar-Jac Defendants may file a response to the Status Report (ECF 7509 ) by 2/26/2025. Mailed notice. (ecw, ) (Entered: 02/20/2025) |
| 02/21/2025 | 7511 | Notice of Compliance With 28 U.S.C. § 1715 by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Attachments: # 1 Exhibit 1 - Declaration of Brian Devery) (Murray, Lynn) (Entered: 02/21/2025) |
| 02/24/2025 | 7512 | Notice of Compliance With 28 U.S.C. § 1715 by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. |

| | | (Attachment: # 1 Exhibit 1 - Declaration of Brian Devery)(Campbell, Andrew) (Entered: 02/24/2025) |
|---|---|---|
| 02/24/2025 | 7513 | MOTION by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. To Correct the Record<br><br>Presented before District Judge<br><br>(Murray, Lynn) (Entered: 02/24/2025) |
| 02/24/2025 | 7514 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to correct the record 7513 is granted. Page 23 of the order ruling on the Track 2 Defendants' Motion to Dismiss the Complaint 7501 is corrected to reflect that Simmons is not a "Georgia Dock Defendant." Mailed notice. (ecw, ) (Entered: 02/24/2025) |
| 02/24/2025 | 7515 | Notice of Compliance with 28 U.S.C. § 1715 by House of Raeford Farms, Inc. (Attachments: # 1 Exhibit 1)(Wrobel, Gregory) (Entered: 02/24/2025) |
| 02/24/2025 | 7516 | STIPULATION *(Joint Stipulation Regarding Deadline to Answer Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint)* (Foley, Danielle) (Entered: 02/24/2025) |
| 02/26/2025 | 7517 | STATUS Report *Responding to Track 2 DAPs' Status Report Regarding Marshall Durbin Companies and Marshall Durbin Food Corporation* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC<br><br>Presented before District Judge<br><br>(Attachments: # 1 Declaration of Amy E. Buice, # 2 Declaration of Joel L. Williams, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Konieczny, Edward) (Entered: 02/26/2025) |
| 02/27/2025 | 7518 | MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the Joint Stipulation 7516 , Defendants' answers to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint are due on or before 4/11/2025. Mailed notice. (ecw, ) (Entered: 02/27/2025) |
| 02/28/2025 | 7519 | MOTION by Attorney Colleen A. Harrison to withdraw as attorney for Amory Investments LLC, Campbell Soup Company, Campbell Soup Supply Company L.L.C., Carina Ventures LLC, McLane Company, Inc., Target Corporation. No party information provided<br><br>Presented before District Judge<br><br>(Harrison, Colleen) (Entered: 02/28/2025) |
| 02/28/2025 | 7520 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7519 is granted. Attorney Colleen Ann Harrison terminated. Mailed notice. (ecw, ) (Entered: 02/28/2025) |
| 03/05/2025 | 7521 | STIPULATION *and Agreed Order Dismissing Quirch Foods, LLC's Claims With Prejudice Against Harrison Poultry, Inc.* (Shapiro, Jay) (Entered: 03/05/2025) |
| 03/05/2025 | 7522 | Notice of Compliance with CAFA Notice by Harrison Poultry, Inc. (Attachments: # 1 Exhibit CAFA Notice Declaration)(Gorham, Patricia) (Entered: 03/05/2025) |

| 03/05/2025 | 7523 | AGREED Order Dismissing Quirch Foods, LLC's Claims with Prejudice against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 3/5/2025. Mailed notice. (ecw, ) (Entered: 03/05/2025) |
|---|---|---|
| 03/05/2025 | 7524 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 3/5/2025. Without objection, Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlements with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms 7504 is granted. Approval of Amended Harrison Poultry Settlement, and Approval of CIIPPs' Settlement Notice Program 7504 is granted. Mailed notice. (ecw, ) (Entered: 03/05/2025) |
| 03/05/2025 | 7525 | STATUS Report *Joint Status Report* by Direct-Action Plaintiffs

Presented before District Judge

(Brewer, Christopher) (Entered: 03/05/2025) |
| 03/06/2025 | 7526 | STIPULATION of Dismissal *with Prejudice of Defendant Pilgrim's Pride Corp* (Lustrin, Lori) (Entered: 03/06/2025) |
| 03/07/2025 | 7527 | MINUTE entry before the Honorable Thomas M. Durkin: The stay of Track Two discovery is lifted. Defendants' answers to Track Two DAPs' Second Amended Consolidated Complaint are due 4/11/2025. All parties should serve supplemental Rule 26(a)(1) disclosures by 4/25/2025. By 5/2/2025, all parties should serve requests for production and interrogatories, including with regard to documents previously produced to government entities by any party. The Track Two claims are referred to the Magistrate Judge for discovery supervision. Magistrate Judge Gilbert will set all further discovery dates. Trial of the Track Two claims is set for 4/5/2027. Mailed notice. (ecw, ) (Entered: 03/07/2025) |
| 03/07/2025 | 7528 | STIPULATED Order of Dismissal with Prejudice of Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 3/7/2025. Mailed notice. (ecw, ) (Entered: 03/07/2025) |
| 03/07/2025 | 7529 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report 7525 and Judge Durkin's 3/7/25 Order 7527 lifting the stay on Track Two discovery, setting some preliminary dates, and referring the Track Two claims for discovery supervision. It is not clear to this Court to what extent, if at all, the parties met, conferred, and attempted to reach compromise on an agreed proposed discovery schedule for Track Two claims. In several respects, the parties' respective proposals are two ships passing in the night. Therefore, the parties are ordered to meet and confer on a proposed discovery schedule, including with respect to (1) identification of custodians and search terms, (2) an ESI protocol and search methodology for Track Two that takes into account developments since protocols and methodologies were established for Track One and differences between the two Tracks, (3) dates for the initial production of documents and any supplemental productions and a date for substantial completion of document production, (4) a deposition protocol that makes sense for Track Two claims, and (5) any other dates or subjects on which the parties can agree. The Court encourages to the parties to reach agreement on as much as possible. The parties shall file an updated joint status report on 5/6/25 by 12:00pm reflecting any agreements they have reached, and to the extent that disputes remain, the parties should set forth their respective positions on those |

| | | dispute succinctly. This matter is set for an in-person status hearing on 5/8/25 at 1:30pm in Courtroom 1386. Mailed notice (ber, ) (Entered: 03/07/2025) |
|---|---|---|
| 03/07/2025 | 7530 | STIPULATION of Dismissal *with Prejudice by Certain Direct Action Plaintiffs of Harrison Poultry, Inc.* (Esau, David) (Entered: 03/07/2025) |
| 03/07/2025 | 7531 | STIPULATED Order of Dismissal with Prejudice by Certain Direct Action Plaintiffs of Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 3/7/2025. Mailed notice. (ecw, ) (Entered: 03/07/2025) |
| 03/07/2025 | 7532 | STIPULATION of Dismissal *with prejudice by Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Agri Stats, Inc.* (Mandell, Floyd) (Entered: 03/07/2025) |
| 03/07/2025 | 7533 | MOTION by Plaintiffs Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC, Perkins LLC for Leave to Appear Pro Hac Vice Filing fee $150, receipt number AILNDC-23180999

Presented before District Judge

(Roth, Ryan) (Entered: 03/07/2025) |
| 03/07/2025 | 7534 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Agri Stats, Inc. Signed by the Honorable Thomas M. Durkin on 3/7/2025. Mailed notice. (ecw, ) (Entered: 03/07/2025) |
| 03/07/2025 | 7535 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for Leave to Appear Pro Hac Vice 7533 is granted. Attorney Ryan Michael Louis Roth for Biscuitville Inc., Golden Tree Restaurants, LLC, Huddle House, Inc., Patterson TMP Operating, LLC and Perkins LLC added. Mailed notice. (ecw, ) (Entered: 03/07/2025) |
| 03/10/2025 | 7536 | ORDER Granting Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement with Defendants House of Raeford, Koch Foods, Mountaire, O.K. Foods, Sanderson Farms, Simmons Foods, Agri Stats, Case Farms, Claxton, Foster Farms, Perdue, and Wayne Farms; Approval of Amended Harrison Poultry Settlement; and Approval of CIIPPs' Settlement Notice Program. Signed by the Honorable Thomas M. Durkin on 3/10/2025. Mailed notice. (ecw, ) (Entered: 03/10/2025) |
| 03/10/2025 | 7537 | MINUTE entry before the Honorable Thomas M. Durkin: Final settlement fairness hearing for the settlements and hearing on Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards 7536 is set for 7/30/2025 at 9:30 a.m. by telephone. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, ) (Entered: 03/10/2025) |

| 03/12/2025 | 7538 | Defendants Simmons Foods, Inc. and Simmons Prepared Foods, Inc.s Notice of Compliance With 28 U.S.C. § 1715 by Simmons Foods, Inc., Simmons Prepared Foods, Inc. (Attachments: # 1 Exhibit 1 - Declaration of Ann Cavanaugh) (Murray, Lynn) (Entered: 03/12/2025) |
| 03/13/2025 | 7539 | Track 2 Direct Action Plaintiffs' Notice Regarding Liaison Counsel by Track 2 DAPs (Gant, Scott) (Entered: 03/13/2025) |
| 03/13/2025 | 7540 | Notice of Compliance with 28 U.S.C. § 1715 by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. (Attachments: # 1 Exhibit 1)(Campbell, Andrew) (Entered: 03/13/2025) |
| 03/14/2025 | 7541 | Notice of Compliance with 28 U.S.C. § 1715 by House of Raeford Farms, Inc. (Attachments: # 1 Exhibit 1)(Wrobel, Gregory) (Entered: 03/14/2025) |
| 03/14/2025 | 7542 | ATTORNEY Appearance for Defendants Perdue Farms, Inc., Perdue Foods LLC by James Douglas Baldridge (Baldridge, James) (Entered: 03/14/2025) |
| 03/14/2025 | 7543 | STIPULATION of Dismissal *(Stipulation and Proposed Order Dismissing Certain Direct Action Plaintiffs' Claims with Prejudice Against Harrison Poultry, Inc.)* (Eddy, David) (Entered: 03/14/2025) |
| 03/14/2025 | 7544 | STIPULATED Order Dismissing Certain Direct Action Plaintiffs' Claims with Prejudice against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 3/14/2025. Mailed notice. (ecw, ) (Entered: 03/14/2025) |
| 03/24/2025 | 7545 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-23247456. <br><br> Presented before District Judge <br><br> (Lamb, David) (Entered: 03/24/2025) |
| 03/24/2025 | 7546 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7545 is granted. Attorney David E. Lamb for George's Farms, Inc., George's Inc. added. Mailed notice. (ecw, ) (Entered: 03/24/2025) |
| 03/25/2025 | 7547 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-23253609. <br><br> (Gaynor, Martin) (Entered: 03/25/2025) |
| 03/25/2025 | 7548 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7547 is granted. Attorney Martin F. Gaynor, III for Ahold Delhaize USA, Inc. added. Mailed notice. (ecw, ) (Entered: 03/25/2025) |
| 03/27/2025 | 7549 | STIPULATION *and Agreed Order Dismissing the Campbell's Company and Campbell Soup Supply Company L.L.C.'s Claims with Prejudice Against Harrison Poultry, Inc.* (Gant, Scott) (Entered: 03/27/2025) |
| 03/27/2025 | 7550 | STIPULATION *and Agreed Order Dismissing Target Corporation's Claims with Prejudice Against Harrison Poultry, Inc.* (Gant, Scott) (Entered: 03/27/2025) |
| 03/27/2025 | 7551 | AGREED Order Dismissing The Campbell's Company and Campbell Soup Supply Company LLC's Claims with Prejudice against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 3/27/2025. Mailed notice. (ecw, ) (Entered: 03/27/2025) |

| 03/27/2025 | 7552 | AGREED Order Dismissing Target Corporation's Claims with Prejudice against Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 3/27/2025. Mailed notice. (ecw, ) (Entered: 03/27/2025) |
|---|---|---|
| 04/01/2025 | 7553 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7554 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7555 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7556 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7557 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7558 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7559 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7560 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7561 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7562 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7563 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7564 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7565 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7566 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7567 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/01/2025) |
| 04/01/2025 | 7568 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7569 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7570 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. |

| | | |
|---|---|---|
| 04/01/2025 | 7571 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7572 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7573 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7574 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7575 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7576 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7577 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7578 | STIPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/1/2025. Mailed notice. (ecw, ) (Entered: 04/01/2025) |
| 04/01/2025 | 7579 | NOTICE OF WITHDRAWAL OF COUNSEL by Fargo Stopping Center LLC *and Sargents* (Prevost, Tamarah) (Entered: 04/01/2025) |
| 04/01/2025 | 7580 | STIPULATION of Dismissal *with Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC of OK Foods Defendants* (Mandell, Floyd) (Entered: 04/01/2025) |
| 04/02/2025 | 7581 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of OK Foods Defendants. Signed by the Honorable Thomas M. Durkin on 4/2/2025. Mailed notice. (ecw, ) (Entered: 04/02/2025) |
| 04/02/2025 | 7582 | STIPULATION of Dismissal *with Prejudice of Defendant Harrison Poultry, Inc.* (Lustrin, Lori) (Entered: 04/02/2025) |
| 04/02/2025 | 7583 | STIPPULATED Order of Dismissal with Prejudice of Defendant Harrison Poultry, Inc. Signed by the Honorable Thomas M. Durkin on 4/2/2025. Mailed notice. (ecw, ) (Entered: 04/02/2025) |
| 04/04/2025 | 7584 | NOTICE by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *of Compliance with 28 U.S.C. Section 1715* (Attachments: # 1 Declaration of Ann Cavanaugh)(Heftman, Lawrence) (Entered: 04/04/2025) |
| 04/04/2025 | 7585 | NOTICE by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *of Compliance with 28 U.S.C. Section 1715* |

| | | (Attachment #: 1 Declaration of Brian Devery)(Heftman, Lawrence) (Entered: 04/04/2025) |
|---|---|---|
| 04/04/2025 | 7586 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7587 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7588 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7589 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7590 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7591 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7592 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7593 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7594 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7595 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7596 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7597 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7598 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Lustrin, Lori) (Entered: 04/04/2025) |
| 04/04/2025 | 7599 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7600 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7601 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7602 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7603 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |

| 04/04/2025 | 7604 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| --- | --- | --- |
| 04/04/2025 | 7605 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7606 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7607 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7608 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7609 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7610 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7611 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/4/2025. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/04/2025 | 7612 | MOTION by Plaintiffs Buffalo Wild Wings, Inc., Cajun Operating Company d/b/a Church's Chicken, Gibson, Greco & Wood, Ltd. to amend/correct *Scrivener's Error in Track 2 DAPs' Complaint Chart as to Fieldale*<br><br>Presented before District Judge<br><br>(Gore, Kristin) (Entered: 04/04/2025) |
| 04/04/2025 | 7613 | MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to correct scrivener's error in Track 2 DAPs' complaint chart as to Fieldale 7612 is granted. Mailed notice. (ecw, ) (Entered: 04/04/2025) |
| 04/08/2025 | 7614 | Notice of Name Change by Campbell Soup Company (Gant, Scott) (Entered: 04/08/2025) |
| 04/11/2025 | 7615 | SEALED DOCUMENT by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC *Keystone Defendants' Answer and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Jethmalani, Kail) (Entered: 04/11/2025) |
| 04/11/2025 | 7616 | SEALED DOCUMENT by Defendant Harrison Poultry, Inc. *Harrison Poultry, Inc.'s Answer and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Gorham, Patricia) (Entered: 04/11/2025) |
| 04/11/2025 | 7617 | SEALED DOCUMENT by Defendants O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc. *O.K. Foods, Inc.'s Answer to Track 2 Direct Action Plaintiffs'* |

| | | *Second Amended Consolidated Complaint* (Passarelli, John) (Entered: 04/11/2025) |
|---|---|---|
| 04/11/2025 | 7618 | SEALED DOCUMENT by Defendants Perdue Farms, Inc., Perdue Foods LLC *Perdue's Answer and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Foley, Danielle) (Entered: 04/11/2025) |
| 04/11/2025 | 7619 | SEALED DOCUMENT by Defendants Simmons Foods, Inc., Simmons Prepared Foods, Inc. *Simmons Foods, Inc. and Simmons Prepared Foods, Inc.s Answer to Track 2 Direct Action Plaintiffs Second Amended Consolidated Complaint and Demand for Jury Trial* (Murray, Lynn) (Entered: 04/11/2025) |
| 04/11/2025 | 7620 | SEALED DOCUMENT by Defendants Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC *The Mountaire Defendants' Answer and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Heftman, Lawrence) (Entered: 04/11/2025) |
| 04/11/2025 | 7621 | SEALED DOCUMENT by Defendant Peco Foods, Inc. *Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Flath, Lara) (Entered: 04/11/2025) |
| 04/11/2025 | 7622 | SEALED DOCUMENT by Defendants Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc. *Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Staunton, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 7623 | SEALED DOCUMENT by Defendant Agri Stats, Inc. *Defendant's Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* (Bernick, Justin) (Entered: 04/11/2025) |
| 04/11/2025 | 7624 | SEALED DOCUMENT by Defendant Wayne Farms, LLC - *Wayne Farms' Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Ondeck, Christopher) (Entered: 04/11/2025) |
| 04/11/2025 | 7625 | SEALED RESPONSE by House of Raeford Farms, Inc. to amended complaint 5456 (Wrobel, Gregory) (Entered: 04/11/2025) |
| 04/11/2025 | 7626 | SEALED DOCUMENT by Defendants Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.) - *Sanderson Farms' Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Ondeck, Christopher) (Entered: 04/11/2025) |
| 04/11/2025 | 7627 | SEALED DOCUMENT by Defendant Amick Farms, LLC *Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Iwrey, Howard) (Entered: 04/11/2025) |
| 04/11/2025 | 7628 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. (Herbison, James) (Entered: 04/11/2025) |
| 04/11/2025 | 7629 | SEALED DOCUMENT by Defendants George's Farms, Inc., George's Inc. *Answer to Track 2 Second Amended Complaint* (Greene, William) (Entered: 04/11/2025) |

| 04/11/2025 | 7630 | SEALED DOCUMENT by Defendants Foster Farms, LLC, Foster Poultry Farms *Answer to Track 2 Second Amended Complaint* (Zarlenga, Carmine) (Entered: 04/11/2025) |
|---|---|---|
| 04/11/2025 | 7631 | SEALED DOCUMENT by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. *Tyson Defendants' Answer and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Counterclaim / Third-Party Complaint against Carina Ventures LLC and Burford Capital LLC* (Plunkett, Denise) (Entered: 04/11/2025) |
| 04/11/2025 | 7632 | SEALED DOCUMENT by Defendant Fieldale Farms Corporation *Fieldale Farms Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Grantham, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 7633 | MOTION by Defendant Fieldale Farms Corporation to seal document sealed document 7632<br><br>Presented before District Judge<br><br>(Grantham, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 7634 | NOTICE by Fieldale Farms Corporation re MOTION by Defendant Fieldale Farms Corporation to seal document sealed document 7632<br><br>Presented before District Judge<br><br>7633 (Grantham, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 7635 | *Fieldale Farms Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial (Redacted)* ANSWER to amended complaint by Fieldale Farms Corporation(Grantham, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 7636 | SEALED DOCUMENT by Defendants Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC *Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Konieczny, Edward) (Entered: 04/11/2025) |
| 04/11/2025 | 7637 | SEALED DOCUMENT by Defendants JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc. *Koch Defendants' Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Johnston-Ahlen, Julie) (Entered: 04/11/2025) |
| 04/11/2025 | 7638 | SEALED DOCUMENT by Defendants Pilgrim's Pride Corporation, Pilgrim's Pride Corporation *Pilgrim's Pride's Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Bonanno, Michael) (Entered: 04/11/2025) |
| 04/14/2025 | 7639 | MINUTE entry before the Honorable Thomas M. Durkin: Motion for leave to file under seal Fieldale Farms Corporation's answer and defenses to Track 2 Direct Action Plaintiffs' second amended consolidated complaint 7633 is granted. Mailed notice. (ecw, ) (Entered: 04/14/2025) |
| 04/14/2025 | 7640 | *(Redacted) Tyson Defendants'* ANSWER to amended complaint 5456 , THIRD party complaint by Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., |

| | | | Tyson Poultry, Inc. against Burford Capital LLC., COUNTERCLAIM filed by Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc. against Carina Ventures LLC . by Tyson Breeders, Inc., Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Poultry, Inc.(Plunkett, Denise) (Entered: 04/14/2025) |
|---|---|---|---|
| 04/15/2025 | 🔒 | 7642 | SUMMONS Issued (Court Participant) as to Third Party Defendant Burford Capital LLC (pjj, ) (Entered: 04/15/2025) |
| 04/15/2025 | | 7643 | TRANSCRIPT OF PROCEEDINGS held on 03/05/2025 before the Honorable Thomas M. Durkin. Telephonic Motion Hearing. Order Number: 51309. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 5/6/2025. Redacted Transcript Deadline set for 5/16/2025. Release of Transcript Restriction set for 7/14/2025. (Carrion, Elia) (Entered: 04/15/2025) |
| 04/17/2025 | | 7644 | TRANSCRIPT OF PROCEEDINGS held on 06/17/2024 before the Honorable Thomas M. Durkin. Telephone Status. Order Number: 51362. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 5/8/2025. Redacted Transcript Deadline set for 5/19/2025. Release of Transcript Restriction set for 7/16/2025. (Carrion, Elia) (Entered: 04/17/2025) |
| 04/17/2025 | | 7645 | TRANSCRIPT OF PROCEEDINGS held on 02/11/2025 before the Honorable Thomas M. Durkin. Telephonic Motion. Order Number: 51364. Court Reporter Contact Information: Elia E. Carrion, EECarrionOfficialTranscript@gmail.com, 312.408.7782. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 5/8/2025. Redacted Transcript Deadline set for 5/19/2025. Release of Transcript Restriction set for 7/16/2025. (Carrion, Elia) (Entered: 04/17/2025) |

| 04/18/2025 | 7646 | SEALED DOCUMENT by Defendant House of Raeford Farms, Inc. *Corrected Answer And Defenses To Track 2 Dap Second Amended Consolidated Complaint* (Wrobel, Gregory) (Entered: 04/18/2025) |
|---|---|---|
| 04/23/2025 | 7647 | MANDATE of USCA dated 04/23/2025 regarding notice of appeal, 7121 ; USCA No. 24-1030; No record to be returned. (lm, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7648 | CERTIFIED COPY OF USCA JUDGMENT dated 04/01/2025 regarding notice of appeal 7121 ; USCA No. 24-1030: The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date. (lm, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7649 | CERTIFIED COPY OF OPINION from the USCA for the 7th Circuit; Argued 09/17/2024; Decided 04/01/2025 in USCA case no. 24-1030. (lm, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7650 | BILL of Costs from the USCA, appeal no. 24-1030. (lm, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7651 | BILL of Costs from the USCA, appeal no. 24-1030. (lm, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7652 | MOTION for Leave to Appear Pro Hac Vice on behalf of Amory Investments LLC, Burford Capital LLC, Carina Ventures LLC by Jared M Stehle; Filing fee $ 150, receipt number AILNDC-23386545.<br><br>Presented before District Judge<br><br>(Stehle, Jared) (Entered: 04/23/2025) |
| 04/23/2025 | 7653 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7652 is granted. Attorney Jared M. Stehle for Amory Investments LLC, Burford Capital LLC and Carina Ventures LLC added. Mailed notice. (ecw, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7654 | MOTION for Leave to Appear Pro Hac Vice on behalf of Amory Investments LLC, Burford Capital LLC, Carina Ventures LLC by Alejandra Avila; Filing fee $ 150, receipt number AILNDC-23387638.<br><br>Presented before District Judge<br><br>(Avila, Alejandra) (Entered: 04/23/2025) |
| 04/23/2025 | 7655 | STIPULATION of Dismissal *With Prejudice by Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Claxton* (Mandell, Floyd) (Entered: 04/23/2025) |
| 04/23/2025 | 7656 | STIPULATION of Dismissal *With Prejudice by Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Foster Farms Defendants* (Mandell, Floyd) (Entered: 04/23/2025) |
| 04/23/2025 | 7657 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7654 is granted. Attorney Alejandra Avila for Amory Investments LLC, Burford Capital LLC and Carina Ventures LLC added. Mailed notice. (ecw, ) (Entered: 04/23/2025) |
| 04/23/2025 | 7658 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Claxton. Signed by the Honorable Thomas M. Durkin on 4/23/2025. Mailed notice. (ecw, ) (Entered: 04/23/2025) |

| 04/23/2025 | 7659 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Foster Farms Defendants. Signed by the Honorable Thomas M. Durkin on 4/23/2025. Mailed notice. (ecw, ) (Entered: 04/23/2025) |
|---|---|---|
| 04/24/2025 | 7660 | STIPULATION of Dismissal *With Prejudice of Defendants Case Foods, Inc., Case Farms, LLC and Case Farms Processing, Inc.* (Shapiro, Jay) (Entered: 04/24/2025) |
| 04/24/2025 | 7661 | MOTION by Attorney Andrew B. Dickson to withdraw as attorney for Perdue Farms, Inc., Perdue Foods LLC. No party information provided<br><br>Presented before District Judge<br><br>(Dickson, Andrew) (Entered: 04/24/2025) |
| 04/24/2025 | 7662 | STIPULATED Order of Dismissal with Prejudice of Defendants Case Foods, Inc., Case Farms, LLC and Case Farms Processing, Inc. Signed by the Honorable Thomas M. Durkin on 4/24/2025. Mailed notice. (ecw, ) (Entered: 04/24/2025) |
| 04/24/2025 | 7663 | ATTORNEY Appearance for Third Party Defendant Burford Capital LLC, Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. by Derek T. Ho (Ho, Derek) (Entered: 04/24/2025) |
| 04/24/2025 | 7664 | ATTORNEY Appearance for Third Party Defendant Burford Capital LLC, Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. by Collin R. White (White, Collin) (Entered: 04/24/2025) |
| 04/24/2025 | 7665 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Amory Investments LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., Third Party Defendant Burford Capital LLC, Counter Defendant Carina Ventures LLC by Alejandra Avila (Avila, Alejandra) (Entered: 04/24/2025) |
| 04/24/2025 | 7666 | ATTORNEY Appearance for Third Party Defendant Burford Capital LLC, Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. by Mary Charlotte Y. Carroll (Carroll, Mary Charlotte) (Entered: 04/24/2025) |
| 04/24/2025 | 7667 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7661 is granted. Attorney Andrew Blaine Dickson terminated. Mailed notice. (ecw, ) (Entered: 04/24/2025) |
| 04/24/2025 | 7668 | ATTORNEY Appearance for Third Party Defendant Burford Capital LLC, Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. by Travis G. Edwards (Edwards, Travis) (Entered: 04/24/2025) |
| 04/24/2025 | 7669 | ATTORNEY Appearance for Third Party Defendant Burford Capital LLC, Plaintiffs John Soules Acquisitions LLC, John Soules Foods, Inc. by Kathleen W. Hickey (Hickey, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | 7670 | ATTORNEY Appearance for Plaintiffs Amory Investments LLC, Amory Investments LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc., Third Party Defendant Burford Capital LLC, Counter Defendant Carina Ventures LLC by Jared M Stehle (Stehle, Jared) (Entered: 04/24/2025) |
| 04/24/2025 | 7671 | MOTION by Attorney Christopher J. Dufek to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided |

| | | Presented before Magistrate Judge |
|---|---|---|
| | | (Dufek, Christopher) (Entered: 04/24/2025) |
| 04/24/2025 | 7672 | ANSWER to amended complaint *and Demand for Jury Trial (Public Redacted Version)* by Harrison Poultry, Inc.(Gorham, Patricia) (Entered: 04/24/2025) |
| 04/24/2025 | 7673 | WAIVER OF SERVICE returned executed by Tyson Poultry, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Breeders, Inc.. Burford Capital LLC waiver sent on 4/15/2025, answer due 6/16/2025. (Plunkett, Denise) (Entered: 04/24/2025) |
| 04/24/2025 | 7674 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Burford Capital LLC *and Corporate Disclosure Statement* (Ho, Derek) (Entered: 04/24/2025) |
| 04/24/2025 | 7675 | MOTION by Third Party Defendant Burford Capital LLC, Plaintiff Carina Ventures LLC, Third Party Plaintiffs Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. for extension of time *to Respond to Tyson Defendants' Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Counterclaim/Third-Party Complaint Against Carina Ventures LLC and Burford Capital LLC (JOINT)*<br><br>Presented before District Judge<br><br>, MOTION by Third Party Defendant Burford Capital LLC, Plaintiff Carina Ventures LLC, Third Party Plaintiffs Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to set a briefing schedule<br><br>Presented before District Judge<br><br>(Ho, Derek) (Entered: 04/24/2025) |
| 04/24/2025 | 7676 | ANSWER to amended complaint *and Demand for Jury Trial* by O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc.(Passarelli, John) (Entered: 04/24/2025) |
| 04/25/2025 | 7677 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7671 is granted. Attorney Christopher J. Dufek terminated. Mailed notice. (ecw, ) (Entered: 04/25/2025) |
| 04/25/2025 | 7678 | MINUTE entry before the Honorable Thomas M. Durkin: Joint motion for extension of time and for a briefing schedule 7675 is granted. Carina and Burford are to answer Tyson's Counterclaim/Third-Party Complaint, or file a motion under Federal Rule of Civil Procedure 12(b), on or before 6/16/2025. If Carina and Burford file a motion under Rule 12(b), Tyson's response is due on or before 7/31/2025. Carina and Burford's reply is due on or before 8/20/2025. Mailed notice. (ecw, ) (Entered: 04/25/2025) |
| 04/25/2025 | 7679 | ANSWER to amended complaint */ HOUSE OF RAEFORD FARMS, INC. CORRECTED ANSWER AND DEFENSES TO TRACK 2 DAP SECOND AMENDED CONSOLIDATED COMPLAINT* by House of Raeford Farms, Inc. (Wrobel, Gregory) (Entered: 04/25/2025) |
| 04/25/2025 | 7680 | ANSWER to amended complaint *Peco Foods, Inc.'s Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial (Public Redacted Version)* by Peco Foods, Inc.(Flath, Lara) (Entered: 04/25/2025) |

| 04/25/2025 | 7681 | *[PUBLIC-REDACTED]* ANSWER to amended complaint *and Demand for Jury Trial* by Simmons Foods, Inc., Simmons Prepared Foods, Inc.(Murray, Lynn) (Entered: 04/25/2025) |
|---|---|---|
| 04/25/2025 | 7682 | ANSWER to amended complaint - *Wayne Farms' Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint (Redacted)* by Wayne Farms, LLC(Ondeck, Christopher) (Entered: 04/25/2025) |
| 04/25/2025 | 7683 | ANSWER to amended complaint - *Sanderson Farms' Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint (Redacted)* by Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc. (Foods Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.)(Ondeck, Christopher) (Entered: 04/25/2025) |
| 04/25/2025 | 7684 | SEALED DOCUMENT by Defendants Pilgrim's Pride Corporation, Pilgrim's Pride Corporation *Pilgrim's Pride Corporation's Corrected Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* (Bonanno, Michael) (Entered: 04/25/2025) |
| 04/25/2025 | 7685 | *(Redacted) Keystone Defendants'* ANSWER to amended complaint *5456* by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC(Jethmalani, Kail) (Entered: 04/25/2025) |
| 04/25/2025 | 7686 | *The Mountaire Defendants' Redacted* ANSWER to amended complaint *and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* by Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC(Heftman, Lawrence) (Entered: 04/25/2025) |
| 04/25/2025 | 7687 | *PUBLIC REDACTED VERSION* ANSWER to amended complaint *Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* by Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC(Konieczny, Edward) (Entered: 04/25/2025) |
| 04/25/2025 | 7688 | *(PUBLIC-REDACTED)* ANSWER to amended complaint - *Defendant Agri Stats, Inc.'s Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* by Agri Stats, Inc.(Bernick, Justin) (Entered: 04/25/2025) |
| 04/25/2025 | 7689 | MOTION by Plaintiff End-User Consumer Plaintiffs for leave to file excess pages<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 04/25/2025) |
| 04/25/2025 | 7690 | *[Public - Redacted]* ANSWER to amended complaint *ANSWER AND AFFIRMATIVE DEFENSES TO TRACK 2 DIRECT ACTION PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT AND DEMAND FOR JURY TRIAL* by Amick Farms, LLC(Iwrey, Howard) (Entered: 04/25/2025) |
| 04/25/2025 | 7691 | STIPULATION of Dismissal *and Proposed Order of Dismissal with Prejudice of the Mar-Jac Defendants* (Esau, David) (Entered: 04/25/2025) |

| 04/25/2025 | 7692 | *[PUBLIC REDACTED]* ANSWER to amended complaint *Koch Defendants' Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* by JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Koch Foods, Inc., Koch Meats Co., Inc.(Johnston-Ahlen, Julie) (Entered: 04/25/2025) |
|---|---|---|
| 04/25/2025 | 7693 | *Public Redacted* ANSWER to amended complaint *George's Answer and Affirmative Defenses to Track 2 DAP's Second Amended Consolidated Complaint and Demand for Jury Trial* by George's Farms, Inc., George's Inc.(Greene, William) (Entered: 04/25/2025) |
| 04/25/2025 | 7694 | *Redacted* ANSWER to amended complaint *and Demand for Jury Trial* by Foster Farms, LLC, Foster Poultry Farms(Zarlenga, Carmine) (Entered: 04/25/2025) |
| 04/25/2025 | 7695 | ANSWER to amended complaint *and Affirmative Defenses to the Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial (Public Redacted Version)* by Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc.(Herbison, James) (Entered: 04/25/2025) |
| 04/25/2025 | 7696 | *PUBLIC REDACTED* ANSWER to amended complaint *Case Foods, Inc., Case Farms LLC, and Case Farms Processing, Inc.'s Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* by Case Foods, Inc.(Staunton, Thomas) (Entered: 04/25/2025) |
| 04/25/2025 | 7697 | *Public Redacted* ANSWER to amended complaint *Pilgrim's Pride Corporation's Corrected Answer and Affirmative Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint and Demand for Jury Trial* by Pilgrim's Pride Corporation, Pilgrim's Pride Corporation(Bonanno, Michael) (Entered: 04/25/2025) |
| 04/25/2025 | 7698 | *Perdue's Public Redacted* ANSWER to amended complaint *Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* by Perdue Farms, Inc., Perdue Foods LLC(Foley, Danielle) (Entered: 04/25/2025) |
| 04/28/2025 | 7699 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/28/2025. Mailed notice. (ecw, ) (Entered: 04/28/2025) |
| 04/28/2025 | 7700 | MINUTE entry before the Honorable Thomas M. Durkin: End-User Consumer Plaintiffs' motion to increase page limit 7689 is granted. Mailed notice. (ecw, ) (Entered: 04/28/2025) |
| 04/28/2025 | 7701 | MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Second Motion for Attorneys Fees, Expenses, and Class Representative Service Awards*

Presented before District Judge

(Scarlett, Shana) (Entered: 04/28/2025) |
| 04/28/2025 | 7702 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for attorney fees, 7701 (Attachments: # 1 Declaration of Shana E. Scarlett, # 2 Declaration of Brent W. Johnson)(Scarlett, Shana) (Entered: 04/28/2025) |
| 04/29/2025 | 7703 | ATTORNEY Appearance for Plaintiff Services Group of America, Inc. by Aaron Seth Klein (Klein, Aaron) (Entered: 04/29/2025) |

| 04/29/2025 | 7704 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Klein, Aaron) (Entered: 04/29/2025) |
|---|---|---|
| 04/29/2025 | 7705 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 4/29/2025. Mailed notice. (ecw, ) (Entered: 04/29/2025) |
| 04/29/2025 | 7706 | NOTICE by End-User Consumer Plaintiffs re MOTION by Plaintiff End-User Consumer Plaintiffs for attorney fees *End-User Consumer Plaintiffs' Second Motion for Attorneys Fees, Expenses, and Class Representative Service Awards*<br><br>Presented before District Judge<br><br>7701 *End-User Consumer Plaintiffs' Notice of Filing of Corrected Documents Regarding Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards* (Attachments: # 1 End-User Consumer Plaintiffs' Corrected Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, # 2 Memorandum of Law in Support of End-User Consumer Plaintiffs' Corrected Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards, # 3 Corrected Declaration of Shana E. Scarlett in Support of End-User Consumer Plaintiffs' Second Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards)(Scarlett, Shana) (Entered: 04/29/2025) |
| 04/30/2025 | 7707 | STIPULATION of Dismissal *With Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Perdue* (Mandell, Floyd) (Entered: 04/30/2025) |
| 04/30/2025 | 7708 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Counsel for some parties have asked to call in for the status hearing set in this case for 5/8/25 7529 . The Court strongly prefers that any counsel intending to speak at the hearing attend in person. Any counsel who would like to dial in and listen to the status hearing set for 5/8/25 at 1:30 p.m. 7529 are welcome to appear by telephone at the following number: Dial 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 04/30/2025) |
| 05/01/2025 | 7709 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Perdue. Signed by the Honorable Thomas M. Durkin on 5/1/2025. Mailed notice. (ecw, ) (Entered: 05/01/2025) |
| 05/01/2025 | 7710 | STIPULATION of Dismissal *(Stipulated Order Of Dismissal With Prejudice By Carl Buddig & Co., Inc. And Caesars Enterprise Services LLC Of Wayne Farms, LLC)* (Mandell, Floyd) (Entered: 05/01/2025) |
| 05/01/2025 | 7711 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Wayne Farms, LLC. Signed by the Honorable Thomas M. Durkin on 5/1/2025. Mailed notice. (ecw, ) (Entered: 05/01/2025) |
| 05/06/2025 | 7712 | MINUTE entry before the Honorable Jeffrey T. Gilbert: At the parties' request, the parties will file their joint status report 7529 by 3:00 p.m. CST on 5/6/25. Mailed notice (ber, ) (Entered: 05/06/2025) |

| 05/06/2025 | 7713 | STATUS Report *Updated Joint Status Report* by Direct-Action Plaintiffs Presented before District Judge (Attachments: # 1 Appendix A - Parties' Proposed Schedule)(Ho, Derek) (Entered: 05/06/2025) |
|---|---|---|
| 05/07/2025 | 7714 | NOTICE by Kristen Michelle Frost of Change of Address (Frost, Kristen) (Entered: 05/07/2025) |
| 05/08/2025 | 7715 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/8/25. Any counsel participating in today's hearing, other than counsel who announced their appearances on the record at the beginning of the hearing, who want to be reflected in the transcript as having attended the hearing shall identify themselves to liaison counsel and liaison counsel shall send to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, their names and affiliations so that information can be given to the court reporter. The Court reviewed the parties' Updated Joint Status Report 7713 . By 5/12/25, the parties shall submit to the Court at Proposed_Order_Gilbert@ilnd.uscourts.gov a proposed Track Two case management schedule that is consistent with the Court's rulings during the status hearing today. The parties shall file an updated joint status report on the parties' progress with discovery by 6/27/25. A status hearing is set for 7/8/25 at 10:30 a.m. CST in Courtroom 1386. The Court strongly prefers that any counsel intending to speak at that hearing appear in person. Any counsel who would like to dial in and listen to the status hearing set for 7/8/25 are welcome to appear by telephone at the following number: Dial 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 05/09/2025) |
| 05/12/2025 | 7716 | RESPONSE by Objector John M. Andren to notice of filing,,,, 7706 , motion for attorney fees, 7701 *Contingent Objections to Attorneys' Fees Request* (Attachments: # 1 Exhibit A-C; Briefing from Appeal No. 24-2387)(Bednarz, M.) (Entered: 05/12/2025) |
| 05/13/2025 | 7717 | STIPULATION of Dismissal *With Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Mountaire* (Mandell, Floyd) (Entered: 05/13/2025) |
| 05/13/2025 | 7718 | MOTION for Leave to Appear Pro Hac Vice on behalf of Fieldale Farms Corporation by Kayla Butler; Filing fee $ 150, receipt number AILNDC-23480538. Presented before Magistrate Judge (Butler, Kayla) (Entered: 05/13/2025) |
| 05/13/2025 | 7719 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court enters the parties' proposed Track Two Scheduling Order No. 1 and Case Management Order with slight clarifying modifications. Enter Order. Mailed notice (ber, ) (Entered: 05/13/2025) |
| 05/13/2025 | 7720 | TRACK TWO SCHEDULING ORDER NO. 1 AND CASE MANAGEMENT ORDER. Signed by the Honorable Jeffrey T. Gilbert on 5/13/2025. Mailed |

| 05/14/2025 | 7721 | STIPULATED Order of Dismissal with Prejudice by Carl Buddig & Co., Inc. and Caesars Enterprise Services LLC of Mountaire. Signed by the Honorable Thomas M. Durkin on 5/14/2025. Mailed notice. (ecw, ) (Entered: 05/14/2025) |
| --- | --- | --- |
| 05/14/2025 | 7722 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to appear pro hac vice 7718 is granted. Attorney Kayla Butler for Fieldale Farms Corporation added. Mailed notice. (ecw, ) (Entered: 05/14/2025) |
| 05/14/2025 | 7723 | Notice of Withdrawal of Counsel of Scott Gant by Amory Investments LLC, Carina Ventures LLC (Gant, Scott) (Entered: 05/14/2025) |
| 05/15/2025 | 7724 | MOTION by Attorney Roger S. Kobert to withdraw as attorney for ARCOP, Inc., Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Independent Purchasing Cooperative, Inc., Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach. No party information provided

Presented before District Judge

(Gore, Kristin) (Entered: 05/15/2025) |
| 05/16/2025 | 7725 | ATTORNEY Appearance for Plaintiffs ARCOP, Inc., Anaheim Wings, LLC d/b/a Hooters of Anaheim, Bob Evans Farms, Inc., Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita, Buffalo Wild Wings, Inc., CKE Restaurants Holdings, Inc., Cajun Operating Company d/b/a Church's Chicken, Checkers Drive-In Restaurants, Inc., Cheney Bros., Inc., Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa, Downtown Wings, LLC previously d/b/a Hooters of Downtown LA, Focus Brands LLC, Gaslamp Wings, LLC previously d/b/a Hooters of San Diego, Gibson, Greco & Wood, Ltd., Hollywood Wings, LLC d/b/a Hooters of Hollywood, Hooters Management Corporation, Hooters of America, LLC, Independent Purchasing Cooperative, Inc., Krispy Krunchy Foods, LLC, LTP Management Group, Inc., Mission Valley Wings, LLC d/b/a Hooters of Mission Valley, Oceanside Wings, LLC previously d/b/a Hooters of Oceanside, Ontario Wings, LLC d/b/a Hooters of Ontario, Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos, Restaurant Services, Inc., Restaurants of America, Inc., Sonic Industries Services Inc., South Gate Wings, LLC d/b/a Hooters of South Gate, The Cheesecake Factory Incorporated, The Fresh Market, Inc., United Supermarkets, LLC, Wawa, Inc., Whatabrands LLC, Whataburger Restaurants LLC, Wings Over Long Beach, LLC d/b/a Hooters of Long Beach by Michael David Sloan (Sloan, Michael) (Entered: 05/16/2025) |

| 05/16/2025 | 7726 | MOTION by Attorney Dustin G. Graber to withdraw as attorney for Amory Investments LLC, Carina Ventures LLC. No party information provided<br><br>Presented before District Judge<br><br>(Graber, Dustin) (Entered: 05/16/2025) |
|---|---|---|
| 05/19/2025 | 7727 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to withdraw as attorney 7724 , 7726 are granted. Attorneys Dustin G. Graber and Roger Steven Kobert terminated. Mailed notice. (ecw, ) (Entered: 05/19/2025) |
| 05/19/2025 | 7728 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for leave to file excess pages *Commercial and Institutional Indirect Purchaser Plaintiffs' Uncontested Motion for Leave to File Excess Pages*<br><br>Presented before District Judge<br><br>(Morales, Melinda) (Entered: 05/19/2025) |
| 05/19/2025 | 7729 | MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for leave to file excess pages 7728 is granted. Mailed notice. (ecw, ) (Entered: 05/19/2025) |
| 05/19/2025 | 7730 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for attorney fees *Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Awards*<br><br>Presented before District Judge<br><br>(Hedlund, Daniel) (Entered: 05/19/2025) |
| 05/19/2025 | 7731 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for attorney fees, 7730 (Hedlund, Daniel) (Entered: 05/19/2025) |
| 05/19/2025 | 7732 | AFFIDAVIT by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs in Support of MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for attorney fees *Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Expenses, and Class Repres* 7730 *Joint Declaration of CIIPPs' Co-Lead Counsel Daniel C. Hedlund and Adam J. Zapala In Support of CIIPPs' Motion for Payment of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Service Awards (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit 1-21)(Hedlund, Daniel) (Entered: 05/19/2025)* |
| 05/21/2025 | 7733 | STIPULATION of Dismissal *With Prejudice of Defendant Pilgrim's Pride Corporation* (Shapiro, Jay) (Entered: 05/21/2025) |
| 05/22/2025 | 7734 | STIPULATED Order of Dismissal with Prejudice of Defendant Pilgrim's Pride Corporation. Signed by the Honorable Thomas M. Durkin on 5/22/2025. Mailed notice. (ecw, ) (Entered: 05/22/2025) |
| 05/23/2025 | 7735 | Proposed Modification to the ESI Protocol by Direct-Action Plaintiffs (Attachments: # 1 Exhibit 1)(Lustrin, Lori) (Entered: 05/23/2025) |
| 05/27/2025 | 7736 | TRANSCRIPT OF PROCEEDINGS held on 05/08/2025 before the Honorable Jeffrey T. Gilbert. Order Number: 51861. Court Reporter Contact Information: |

Noreen Resendez, noreen_resendez@ilnd.uscourts.gov. 312-582-8267.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 6/17/2025. Redacted Transcript Deadline set for 6/27/2025. Release of Transcript Restriction set for 8/25/2025. (Resendez, Noreen) (Entered: 05/27/2025)

| | | |
|---|---|---|
| 05/27/2025 | 7737 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court directs the parties to address Direct Action Plaintiffs' Proposed Modification to the ESI Protocol 7735 with Special Master Grossman in the first instance. Mailed notice (ber, ) (Entered: 05/27/2025) |
| 05/30/2025 | 7738 | MOTION by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC to amend/correct answer to amended complaint, 7685 , sealed document, 7615 *Scrivener's Error in Keystone's Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint* <br><br> Presented before District Judge <br><br> (Attachments: # 1 Exhibit A)(Jethmalani, Kail) (Entered: 05/30/2025) |
| 05/30/2025 | 7739 | RESPONSE by Defendants Agri Stats, Inc., Amick Farms, LLC, Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Fieldale Farms Corporation, Foster Farms, LLC, Foster Poultry Farms, George's Farms, Inc., George's Inc., Harrison Poultry, Inc., House of Raeford Farms, Inc., JCG Foods of Alabama, LLC, JCG Foods of Georgia, LLC, Keystone Foods Corporation, Keystone Foods LLC, Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Holdings, LLC, Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., O.K. Farms, Inc., O.K. Foods, Inc., O.K. Industries, Inc., Peco Foods, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC to other 7735 *to DAPs' Proposed Modification to the ESI Protocol* (Foley, Danielle) (Entered: 05/30/2025) |
| 06/02/2025 | 7740 | MINUTE entry before the Honorable Thomas M. Durkin: Keystone's Unopposed Motion to Correct Scrivener's Error in Keystone's Answer to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint 7738 is granted. Mailed notice. (ecw, ) (Entered: 06/02/2025) |

| 06/02/2025 | 7741 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Konieczny, Edward) (Entered: 06/02/2025) |
| 06/02/2025 | 7742 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Konieczny, Edward) (Entered: 06/02/2025) |
| 06/02/2025 | 7743 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 6/2/2025. Mailed notice. (ecw, ) (Entered: 06/02/2025) |
| 06/02/2025 | 7744 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 6/2/2025. Mailed notice. (ecw, ) (Entered: 06/02/2025) |
| 06/03/2025 | 7745 | SEALED DOCUMENT by Defendants Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC *Keystone Defendants' Corrected Answer and Defenses to Track 2 Direct Action Plaintiffs' Second Amended Consolidated Complaint (Pursuant to 7740 )* (Jethmalani, Kail) (Entered: 06/03/2025) |
| 06/03/2025 | 7746 | *(Redacted) Keystone Defendants' Corrected* ANSWER to Complaint 5456 *[Pursuant to 7740]* by Equity Group Eufaula Division LLC, Equity Group Kentucky Division LLC, Equity Group-Georgia Division LLC, Keystone Foods Corporation, Keystone Foods LLC(Jethmalani, Kail) (Entered: 06/03/2025) |
| 06/09/2025 | 7747 | MOTION by Third Party Plaintiffs Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. For Entry of Case Schedule Governing Tyson's Counterclaim<br><br>Presented before District Judge<br><br>(Attachments: # 1 Exhibit A)(Plunkett, Denise) (Entered: 06/09/2025) |
| 06/09/2025 | 7748 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Konieczny, Edward) (Entered: 06/09/2025) |
| 06/09/2025 | 7749 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Konieczny, Edward) (Entered: 06/09/2025) |
| 06/10/2025 | 7750 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 6/10/2025. Mailed notice. (ecw, ) (Entered: 06/10/2025) |
| 06/10/2025 | 7751 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 6/10/2025. Mailed notice. (ecw, ) (Entered: 06/10/2025) |
| 06/10/2025 | 7752 | MINUTE entry before the Honorable Thomas M. Durkin: Burford's response to the motion for entry of case schedule governing Tyson's counterclaim 7747 is due by 6/16/2025. Tyson's reply is due by 6/20/2025. Mailed notice. (ecw, ) (Entered: 06/10/2025) |
| 06/11/2025 | 7753 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Konieczny, Edward) (Entered: 06/11/2025) |
| 06/11/2025 | 7754 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 6/11/2025. Mailed notice. (ecw, ) (Entered: 06/11/2025) |

| 06/13/2025 | 7755 | STIPULATION of Dismissal *With Prejudice of Amick Farms, LLC* (Shapiro, Jay) (Entered: 06/13/2025) |
|---|---|---|
| 06/13/2025 | 7756 | STIPULATED Order of Dismissal with Prejudice of Defendant Amick Farms, LLC. Signed by the Honorable Thomas M. Durkin on 6/13/2025. Mailed notice. (ecw, ) (Entered: 06/13/2025) |
| 06/13/2025 | 7757 | MOTION by Attorney Eric J. Mont to withdraw as attorney for Direct Purchaser Plaintiffs. No party information provided<br><br>Presented before District Judge<br><br>(Warshaw, Daniel) (Entered: 06/13/2025) |
| 06/16/2025 | 7758 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7757 is granted. Attorney Eric Jeffrey Mont terminated. Mailed notice. (ecw, ) (Entered: 06/16/2025) |
| 06/16/2025 | 7759 | SEALED DOCUMENT by Defendant Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc. *(Corrected)* (Herbison, James) (Entered: 06/16/2025) |
| 06/16/2025 | 7760 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Third Party Defendant Burford Capital LLC, Counter Defendant Carina Ventures LLC<br><br>Presented before District Judge<br><br>(Ho, Derek) (Entered: 06/16/2025) |
| 06/16/2025 | 7761 | MEMORANDUM by Burford Capital LLC, Carina Ventures LLC in support of Motion to Dismiss for Failure to State a Claim 7760 (Ho, Derek) (Entered: 06/16/2025) |
| 06/16/2025 | 7762 | RESPONSE by Third Party Defendant Burford Capital LLC, Counter Defendant Carina Ventures LLC to motion for miscellaneous relief, 7747 (Attachments: # 1 Attachment)(Ho, Derek) (Entered: 06/16/2025) |
| 06/16/2025 | 7763 | MOTION by Plaintiff End-User Consumer Plaintiffs for settlement *Motion for Final Approval of Class Action Settlements with Defendants Claxton, Foster Farms, Harrison, House of Raeford, Koch, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms*<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 06/16/2025) |
| 06/16/2025 | 7764 | MEMORANDUM by End-User Consumer Plaintiffs in support of motion for settlement, 7763 *Memorandum of Law in Support of End-User Consumer Plaintiffs Motion for Final Approval of Class Action Settlements with Defendants Claxton, Foster Farms, Harrison, House of Raeford, Koch, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms* (Scarlett, Shana) (Entered: 06/16/2025) |
| 06/16/2025 | 7765 | DECLARATION regarding memorandum in support of motion, 7764 *Declaration of Shana E. Scarlett in Support of End-User Consumer Plaintiffs' Motion for Final Approval of Class Action Settlements* (Attachments: # 1 Exhibit A (Claxton Settlement Agreement), # 2 Exhibit B (Foster Settlement Agreement), # 3 Exhibit C (Harrison Poultry Settlement Agreement), # 4 Exhibit D (House of Raeford Settlement Agreement), # 5 Exhibit E (Koch Settlement Agreement), # 6 |

| | | |
|---|---|---|
| | | Exhibit F (Mountaire Settlement Agreement), # 7 Exhibit G (O.K. Foods Settlement Agreement), # 8 Exhibit H (Perdue Settlement Agreement), # 9 Exhibit I (Sanderson Settlement Agreement), # 10 Exhibit J (Simmons Settlement Agreement), # 11 Exhibit K (Wayne Settlement Agreement))(Scarlett, Shana) (Entered: 06/16/2025) |
| 06/16/2025 | 7766 | DECLARATION regarding memorandum in support of motion, 7764 *Declaration of Brian Devery in Support of End-User Consumer Plaintiffs Motion for Final Approval of Settlements* (Attachments: # 1 Exhibit A (Email Notice), # 2 Exhibit B (Digital Banner and Newsfeed Ads), # 3 Exhibit C (News Release), # 4 Exhibit D (Long-Form in English), # 5 Exhibit E (Long-Form in Spanish), # 6 Exhibit F (Requests for Exclusion))(Scarlett, Shana) (Entered: 06/16/2025) |
| 06/20/2025 | 7767 | MOTION by Attorney Gail E. Lee to withdraw as attorney for Peco Foods, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Lee, Gail) (Entered: 06/20/2025) |
| 06/20/2025 | 7768 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7767 is granted. Attorney Gail E. Lee terminated. Mailed notice. (ecw, ) (Entered: 06/20/2025) |
| 06/20/2025 | 7769 | ATTORNEY Appearance for Plaintiffs Brinker International, Inc., Chick-fil-A, Inc., Sodexo, Inc. and Sodexo Operations, LLC by Christopher C. Brewer (Brewer, Christopher) (Entered: 06/20/2025) |
| 06/20/2025 | 7770 | ATTORNEY Appearance for Plaintiffs ALDI Inc, Brinker International, Inc., Chick-fil-A, Inc., Sodexo, Inc. and Sodexo Operations, LLC by Craig Young Lee (Lee, Craig) (Entered: 06/20/2025) |
| 06/20/2025 | 7771 | ATTORNEY Appearance for Plaintiff Brinker International, Inc. by Ryan Patrick Phair (Phair, Ryan) (Entered: 06/20/2025) |
| 06/20/2025 | 7772 | MOTION for Leave to Appear Pro Hac Vice on behalf of ALDI Inc, Brinker International, Inc., Chick-fil-A, Inc., Sodexo, Inc. and Sodexo Operations, LLC by Emma Jane Hutchison; Filing fee $ 150, receipt number AILNDC-23648578.<br><br>Presented before District Judge<br><br>(Hutchison, Emma) (Entered: 06/20/2025) |
| 06/20/2025 | 7773 | MOTION for Leave to Appear Pro Hac Vice on behalf of ALDI Inc, Brinker International, Inc., Chick-fil-A, Inc., Sodexo, Inc. and Sodexo Operations, LLC by Samuel J Thomas; Filing fee $ 150, receipt number AILNDC-23648648.<br><br>Presented before District Judge<br><br>(Thomas, Samuel) (Entered: 06/20/2025) |
| 06/20/2025 | 7774 | MOTION for Leave to Appear Pro Hac Vice on behalf of ALDI Inc, Brinker International, Inc., Chick-fil-A, Inc., Sodexo, Inc. and Sodexo Operations, LLC by Isabel Tuz; Filing fee $ 150, receipt number AILNDC-23648707.<br><br>Presented before District Judge<br><br>(Tuz, Isabel) (Entered: 06/20/2025) |

| 06/20/2025 | 7775 | MOTION by Attorney Christopher C. Brewer to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Brewer, Christopher) (Entered: 06/20/2025) |
| --- | --- | --- |
| 06/20/2025 | 7776 | MOTION by Attorney Christopher C. Brewer to withdraw as attorney for Sysco Corporation. No party information provided<br><br>Presented before District Judge<br><br>(Brewer, Christopher) (Entered: 06/20/2025) |
| 06/20/2025 | 7777 | MOTION by Attorney Crag Y. Lee to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Lee, Craig) (Entered: 06/20/2025) |
| 06/20/2025 | 7778 | MOTION by Attorney Craig Y. Lee to withdraw as attorney for Sysco Corporation. No party information provided<br><br>Presented before District Judge<br><br>(Lee, Craig) (Entered: 06/20/2025) |
| 06/20/2025 | 7779 | MOTION by Attorney Ryan P. Phair to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Phair, Ryan) (Entered: 06/20/2025) |
| 06/20/2025 | 7780 | MOTION by Attorney Ryan P. Phair to withdraw as attorney for Sysco Corporation. No party information provided<br><br>Presented before District Judge<br><br>(Phair, Ryan) (Entered: 06/20/2025) |
| 06/20/2025 | 7781 | MOTION by Attorney Carter C. Simpson to withdraw as attorney for Ahold Delhaize USA, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Simpson, Carter) (Entered: 06/20/2025) |
| 06/20/2025 | 7782 | MOTION by Attorney Carter C. Simpson to withdraw as attorney for Sysco Corporation. No party information provided<br><br>Presented before District Judge<br><br>(Simpson, Carter) (Entered: 06/20/2025) |
| 06/20/2025 | 7783 | MOTION by Attorney John W. Treece to withdraw as attorney for Mountainaire Farms of Delaware, Inc., Mountainaire Farms, Inc., Mountainaire Farms, LLC. No party information provided |

| | | Presented before District Judge |
|---|---|---|
| | | (Heftman, Lawrence) (Entered: 06/20/2025) |
| 06/20/2025 | 7784 | REPLY by Third Party Plaintiffs Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to motion for miscellaneous relief, 7747 *in Support of Its Motion for Entry of Case Schedule Governing Tyson's Counterclaim* (Attachments: # 1 Exhibit 1)(Plunkett, Denise) (Entered: 06/20/2025) |
| 06/23/2025 | 7785 | MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice 7772 , 7773 , 7774 are granted. Attorneys Emma J. Hutchison, Samuel J. Thomas and Isabel Tuz for ALDI Inc., Brinker International, Inc., Chick-fil-A, Inc., Sodexo, Inc. and Sodexo Operations, LLC added. Motions to withdraw as attorney 7775 , 7776 , 7777 , 7778 , 7779 , 7780 , 7781 , 7782 , 7783 are granted. Attorneys Ryan P. Phair, Carter C. Simpson, John W. Treece, Christopher C. Brewer and Craig Y. Lee terminated. Mailed notice. (ecw, ) (Entered: 06/23/2025) |
| 06/27/2025 | 7786 | MOTION by Attorney K.C. Dupps Tucker and Kristy E. Boehler to withdraw as attorney for George's Farms, Inc., George's Inc.. No party information provided

Presented before District Judge

(Greene, William) (Entered: 06/27/2025) |
| 06/27/2025 | 7787 | STATUS Report *Updated Joint Status Report* by Perdue Farms, Inc., Perdue Foods LLC

Presented before District Judge

(Foley, Danielle) (Entered: 06/27/2025) |
| 06/30/2025 | 7788 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7786 is granted. Attorneys Kristy Elizabeth Boehler and K.C. Dupps Tucker terminated. Mailed notice. (ecw, ) (Entered: 06/30/2025) |
| 06/30/2025 | 7789 | MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 6/30/2025. No one appeared on the call to object. For the reasons stated on the record, End-User Consumer Plaintiffs' motion for final approval of class action settlements with Defendants Claxton, Foster Farms, Harrison, House of Raeford, Koch, Mountaire, O.K. Foods, Perdue, Sanderson, Simmons, and Wayne Farms 7763 is granted. The court reserves ruling on the issue of attorneys' fees. Mailed notice. (ecw, ) (Entered: 06/30/2025) |
| 06/30/2025 | 7790 | ORDER Granting End-User Consumer Plaintiffs' Motion for Final Approval of Class Action Settlements. Signed by the Honorable Thomas M. Durkin on 6/30/2025. Mailed notice. (ecw, ) (Entered: 06/30/2025) |
| 06/30/2025 | 7791 | MINUTE entry before the Honorable Thomas M. Durkin: Tyson's motion for entry of a case schedule 7747 is denied. Tyson's tortious interference claim is sufficiently different from the Sherman Act claims in this case such that they would not be tried together, and they do not need to proceed on the same discovery schedule. Instead, substantial completion of document productions on Tyson's tortious interference claim will be due 120 days after the Court rules on Burford's pending motion to dismiss. With that date in mind, and the knowledge that the tortious interference claim will not be tried with the Sherman Act Claims, the parties should meet and confer about a case management schedule to propose |

| | | to the Court and joint status report due by 08/04/2025. Mailed notice. (ecw, ) (Entered: 06/30/2025) |
|---|---|---|
| 06/30/2025 | 7792 | MOTION by Attorney Kathleen W. Hickey to withdraw as attorney for Amory Investments LLC, Burford Capital LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc.. No party information provided<br><br>Presented before District Judge<br><br>(Hickey, Kathleen) (Entered: 06/30/2025) |
| 07/01/2025 | 7793 | MINUTE entry before the Honorable Thomas M. Durkin: Motion to withdraw as attorney 7792 is granted. Attorney Kathleen W. Hickey terminated. Mailed notice. (ecw, ) (Entered: 07/01/2025) |
| 07/02/2025 | 7794 | MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court read the parties' Updated Joint Status Report 7787 . The hearing set for 7/8/25 at 10:30 a.m. is converted from an in-person to a telephone hearing. In the Court's view, there is no reason to have dozens of lawyers travel to Chicago for this hearing. The call in number is 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 07/02/2025) |
| 07/03/2025 | 7795 | MINUTE entry before the Honorable Thomas M. Durkin: With the Seventh Circuit having issued a decision in John Andren v. End User Consumer Plaintiff Class, 24-2387, 2025 WL 1823171, class counsel on the following pending fee petitions 7232 7701 7730 should each file a status report by 7/11/2025 stating whether they intend to amend their brief in support of their petition in light of the Seventh Circuit's decision. Mailed notice. (ecw, ) (Entered: 07/03/2025) |
| 07/07/2025 | 7796 | ENTERED JUDGMENT on 7/7/2025. Mailed notice. (ecw, ) (Entered: 07/07/2025) |
| 07/08/2025 | 7797 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 7/8/25. Any counsel participating in today's hearing, other than counsel who announced their appearances on the record at the beginning of the hearing, who want to be reflected in the transcript as having attended the hearing shall identify themselves to liaison counsel and liaison counsel shall send to the Court's courtroom deputy, Brenda_Rinozzi@ilnd.uscourts.gov, their names and affiliations so that information can be given to the court reporter. The Court reviewed the parties' Updated Joint Status Report 7787 . The parties are directed to the transcript of today's hearing for a complete record of the proceeding. The parties shall file an updated joint status report by 9/15/25. A status hearing is set for 9/30/25 at 10:00 a.m. CST in Courtroom 1386. The Court strongly prefers that any counsel intending to speak at that hearing appear in person. Any counsel who would like to dial in and listen to the status hearing are welcome to appear by telephone at the following number: Dial 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (ber, ) (Entered: 07/08/2025) |

| 07/09/2025 | 7798 | STIPULATION of Dismissal *with Prejudice of Defendants George's Inc. and George's Farms, Inc.* (Eddy, David) (Entered: 07/09/2025) |
| --- | --- | --- |
| 07/09/2025 | 7799 | ORDER Granting Stipulation of Dismissal with Prejudice. Signed by the Honorable Thomas M. Durkin on 7/9/2025. Mailed notice. (ecw, ) (Entered: 07/09/2025) |
| 07/10/2025 | 🔒 7800 | TRANSCRIPT OF PROCEEDINGS held on 7-8-25 before the Honorable Jeffrey T. Gilbert. Order Number: 52386,52401,52393,52391. Court Reporter Contact Information: Hannah Jagler - Hannah_Jagler@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/31/2025. Redacted Transcript Deadline set for 8/11/2025. Release of Transcript Restriction set for 10/8/2025. (Jagler, Hannah) (Entered: 07/10/2025) |
| 07/11/2025 | 7801 | STATUS Report *Regarding Direct Purchaser Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Service Awards* by Direct Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Pearson, Michael) (Entered: 07/11/2025) |
| 07/11/2025 | 7802 | STATUS Report *Joint Status Report* by End-User Consumer Plaintiffs<br><br>Presented before District Judge<br><br>(Scarlett, Shana) (Entered: 07/11/2025) |
| 07/11/2025 | 7803 | STATUS Report *Regarding Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Attorneys' Fees ECF No. 7730* by Commercial and Institutional Indirect Purchaser Plaintiffs<br><br>Presented before District Judge<br><br>(Hedlund, Daniel) (Entered: 07/11/2025) |
| 07/11/2025 | 7804 | STIPULATION of Dismissal *with Prejudice of the Mar-Jac Defendants* (Konieczny, Edward) (Entered: 07/11/2025) |
| 07/14/2025 | 7805 | STIPULATED Order of Dismissal with Prejudice of the Mar-Jac Defendants. Signed by the Honorable Thomas M. Durkin on 7/14/2025. Mailed notice. (ecw, ) (Entered: 07/14/2025) |
| 07/16/2025 | 7806 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for leave to file excess pages *COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR LEAVE TO FILE EXCESS PAGES*<br><br>Presented before District Judge |

| 07/16/2025 | 7807 | MINUTE entry before the Honorable Thomas M. Durkin: Commercial and Institutional Indirect Purchase Plaintiffs' uncontested motion for leave to file excess pages 7806 is granted. Mailed notice. (ecw, ) (Entered: 07/16/2025) |
|---|---|---|
| 07/16/2025 | ⊐ 7808 | MOTION by Plaintiff Commercial and Institutional Indirect Purchaser Plaintiffs for settlement *COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF THE SETTLEMENTS WITH DEFENDANTS HOUSE OF RAEFORD, KOCH FOODS, MOUNTAIRE, O.K. FOODS, SANDERSON FARMS, SIMMONS FOODS, AGRI STATS, CASE FARMS, CLAXTON, FOSTER FARMS, PERDUE, WAYNE FARMS, AND HARRISON POULTRY* <br><br> Presented before District Judge <br><br> (Zapala, Adam) (Entered: 07/16/2025) |
| 07/16/2025 | 7809 | MEMORANDUM by Commercial and Institutional Indirect Purchaser Plaintiffs in support of motion for settlement, 7808 *MEMORANDUM OF LAW IN SUPPORT OF COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFFS' UNCONTESTED MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH DEFENDANTS HOUSE OF RAEFORD, KOCH FOODS, MOUNTAIRE, O.K. FOODS, SANDERSON FARMS, SIMMONS FOODS, AGRI STATS, CASE FARMS, CLAXTON, FOSTER FARMS, PERDUE, WAYNE FARMS, AND HARRISON POULTRY* (Attachments: # 1 Declaration of Adam J Zapala, # 2 Exhibit A-M to the Declaration of Adam J Zapala, # 3 Declaration of Eric Nordskog, # 4 Exhibit A-E to the Declaration of Eric Nordskog)(Zapala, Adam) (Entered: 07/16/2025) |
| 07/18/2025 | ⊐ 7810 | MOTION by Defendants Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc. to compel *Letter Motion to Special Master Grossman to Compel Amigos DAPs* <br><br> Presented before Magistrate Judge <br><br> (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jethmalani, Kail) (Entered: 07/18/2025) |
| 07/18/2025 | ⊐ 7811 | MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., WZ Franchise Corporation, Zaxby's Franchising LLC, Movants Shamrock Foods Company, United Food Service, Inc. to compel *Pilgrim's Pride to Amend its Responses to Certain DAPS' First Set of Interrogatories* <br><br> Presented before Magistrate Judge <br><br> (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Lustrin, Lori) (Entered: 07/18/2025) |
| 07/18/2025 | 7812 | NOTICE by Case Farms Processing, Inc., Case Farms, LLC, Case Foods, Inc., Claxton Poultry Farms, Inc., George's Farms, Inc., George's Inc., House of Raeford Farms, Inc., Koch Foods, Inc., Koch Meats Co., Inc., Mar-Jac AL/MS, Inc., Mar-Jac Holdings, Inc., Mar-Jac Poultry AL, LLC, Mar-Jac Poultry MS, |

LLC, Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Norman W. Fries, Inc., d/b/a Claxton Poultry Farms, Inc., Perdue Farms, Inc., Perdue Foods LLC, Pilgrim's Pride Corporation, Sanderson Farm Foods, LLC (f/k/a Sanderson Farms, Inc. (Foods Division)), Sanderson Farms Processing, LLC (f/k/a Sanderson Farms, Inc. (Processing Division)), Sanderson Farms Production, LLC (f/k/a Sanderson Farms, Inc. (Production Division)), Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Production Division), Sanderson Farms, LLC (f/k/a Sanderson Farms, Inc.), Simmons Foods, Inc., Simmons Prepared Foods, Inc., Tyson Breeders, Inc., Tyson Chicken, Inc., Tyson Foods, Inc., Tyson Poultry, Inc., Wayne Farms, LLC *Notice of Submission to Special Master* (Foley, Danielle) (Entered: 07/18/2025)

| 07/18/2025 | 7813 | MOTION by Plaintiffs Amory Investments LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc. to seal Presented before Magistrate Judge (Ho, Derek) (Entered: 07/18/2025) |
| 07/18/2025 | 7814 | MOTION by Plaintiffs Amory Investments LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc. to compel Presented before Magistrate Judge (Ho, Derek) (Entered: 07/18/2025) |
| 07/18/2025 | 7815 | DECLARATION of Derek T. Ho regarding motion to compel 7814 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ho, Derek) (Entered: 07/18/2025) |
| 07/18/2025 | 7816 | SEALED DOCUMENT by Plaintiffs Amory Investments LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc. *7814 Certain Direct Action Plaintiffs' Motion to Compel Defendant Agri Stats, Inc., to Produce Certain Materials from U.S. v. Agri Stats* (Ho, Derek) (Entered: 07/18/2025) |
| 07/18/2025 | 7817 | SEALED EXHIBIT by Plaintiffs Amory Investments LLC, Carina Ventures LLC, John Soules Acquisitions LLC, John Soules Foods, Inc. *Exhibit B* regarding declaration 7815 (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E)(Ho, Derek) (Entered: 07/18/2025) |
| 07/21/2025 | 7818 | MINUTE entry before the Honorable Jeffrey T. Gilbert: Certain Direct Action Plaintiffs' Motion for Leave to File Under Seal Their Motion to Compel Defendant Agri Stats, Inc., to Produce Certain Materials from U.S. v Agri Stats and Accompanying Exhibits Thereto 7813 is granted. Mailed notice (ber, ) (Entered: 07/21/2025) |
| 07/21/2025 | 7819 | NOTICE by BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., Boston Market Corporation, CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza LLC, El Pollo Loco, Inc, Golden Corral Corporation, Shamrock Foods Company, Sun Ice Cream Finance II, L.P., The Johnny Rockets Group, Inc., United Food Service, Inc., WZ Franchise Corporation, White Castle Purchasing Co., Zaxby's Franchising LLC *OF NON-JOINDER OF ECF NO. 7813* (Lustrin, Lori) (Entered: 07/21/2025) |
| 07/22/2025 | 7820 | MINUTE entry before the Honorable Thomas M. Durkin: Direct Purchaser Plaintiffs and Commercial and Institutional Indirect Purchaser Plaintiff Class are |

| | | to file supplemental briefs to their motions 7925 7730 by 07/25/2025. End-User Consumer Plaintiffs' Amended Motion for Attorneys' Fees, Expenses, and Service Awards is due by 8/1/2025. Objector John Andren's Response is due by 9/1/2025. EUCPs' Reply is due 9/22/2025. Andren's Motion for Attorneys' Fees is due 8/1/2025. EUCPs' Response is due 9/1/2025. Andren's Reply is due 9/22/2025. Mailed notice. (ecw, ) (Entered: 07/22/2025) |
|---|---|---|
| 07/23/2025 | 7821 | RESPONSE by Plaintiffs Campbell Soup Company, Campbell Soup Supply Company L.L.C., Target Corporation to notice of filing,,,, 7812 *Certain Defendants' July 18, 2025 Submission to Special Master Grossman* (Gant, Scott) (Entered: 07/23/2025) |
| 07/24/2025 | 7822 | MANDATE of USCA dated 7/24/2025 regarding notice of appeal 7346 ; USCA No.24-2387; No record to be returned. (bi, ) (Entered: 07/24/2025) |
| 07/24/2025 | 7823 | CERTIFIED COPY OF USCA JUDGMENT dated 7/24/2025 regarding notice of appeal 7346 ; USCA No. 24-2387; The district court's fee award is AFFIRMED AS MODIFIED and the case is REMANDED for further proceedings, in accordance with the decision of this court entered on this date. Each side shall bear their own costs. (bi, ) (Entered: 07/24/2025) |
| 07/24/2025 | 7824 | CERTIFIED COPY OF OPINION from the USCA for the 7th Circuit; Argued 5/14/2025; Decided 7/2/2025 in USCA case no. 24-2387. (bi, ) (Entered: 07/24/2025) |
| 07/25/2025 | 7825 | STATEMENT by Plaintiff Direct Purchaser Plaintiffsin Support of MOTION by Plaintiff Direct Purchaser Plaintiffs for attorney fees *, Reimbursement of Litigation Expenses, and Class Representative Service Awards*<br><br>Presented before District Judge<br><br>7232 (Pearson, Michael) (Entered: 07/25/2025) |
| 07/25/2025 | 7826 | MEMORANDUM motion for attorney fees, 7730 by Commercial and Institutional Indirect Purchaser Plaintiffs *Supplemental Memorandum in Support of Commercial and Institutional Indirect Purchaser Plaintiffs' Motion for Attorneys' Fees, Expenses, and Class Representative Service Awards* (Hedlund, Daniel) (Entered: 07/25/2025) |
| 07/28/2025 | 7827 | RESPONSE by Pilgrim's Pride Corporationin Opposition to MOTION by Plaintiffs BOJANGLES OPCO, LLC, BOJANGLES' RESTAURANTS, INC., Barbeque Integrated, Inc., CBOCS Distribution, Inc., Captain D's, LLC, Cracker Barrel Old Country Store, Inc., Domino's Pizza Distribution LLC, Domino's Pizza L 7811 *(Motion to Compel Pilgrim's to Amend Responses to Interrogatories).* (Bonanno, Michael) (Entered: 07/28/2025) |
| 07/29/2025 | 7828 | NOTICE of appeal by End-User Consumer Plaintiffs regarding orders 7796 , 7790 Filing fee $ 605, receipt number AILNDC-23809001. Receipt number: n (Scarlett, Shana) (Entered: 07/29/2025) |
| 07/30/2025 | 7829 | ATTORNEY Appearance for Defendant Harrison Poultry, Inc. by Christopher E Ondeck (Ondeck, Christopher) (Entered: 07/30/2025) |
| 07/30/2025 | 7830 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 7828 (bi, ) (Entered: 07/30/2025) |