No. 25-2298

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

IN RE: BROILER CHICKEN ANTITRUST LITIGATION

END USER CONSUMER PLAINTIFF CLASS,
*Plaintiff-Appellant*

v.

NORMAN W. FRIES, INC., DOING BUSINESS AS CLAXTON POULTRY
FARMS, INC., et al.,
*Defendant-Appellees*

U.S. District Court for the Northern District of Illinois, Eastern Division
The Honorable Thomas M. Durkin / No. 1:16-cv-08637

## DOCKETING STATEMENT OF PLAINTIFF-APPELLANT END-USER CONSUMER PLAINTIFF CLASS

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Brent W. Johnson
COHEN MILSTEIN SELLERS &
TOLL, PLLC
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com

*Counsel for Plaintiff-Appellant End-User Consumer Plaintiff Class*
[Additional counsel on signature block]

# I.  JURISDICTION OF THE DISTRICT COURT

In the underlying district court litigation, the End-User Consumer Plaintiffs ("EUCPs") asserted class action claims against multiple defendants arising out of alleged price fixing in the market for broiler chicken. Pursuant to 28 U.S.C. § 1331 and § 1337, the district court had subject matter jurisdiction over federal antitrust causes of action asserted by EUCPs under the Sherman Act, 15 U.S.C. § 1, and the Clayton Act, 15 U.S.C. §§ 15(a) & 26. *See* ECF No. 3747 at ¶15 (EUCPs' operative complaint).

Pursuant to 28 U.S.C. §§ 1332(d) and 1367, the district court also had subject matter jurisdiction over EUCPs' causes of action arising under various state laws because the amount in controversy exceeded $5,000,000, excluding interest and costs, and because many class members are citizens of a state different from some defendants, and no exception to the Class Action Fairness Act applies. *Id.* at ¶16.

Plaintiffs-Appellants End-User Consumer Plaintiffs are the following, with their state of citizenship specified:

- Ian Adams (Hawaii)
- Angela Ashby (Nebraska)
- Linda Cheslow (California)

- Kenneth Cote (Rhode Island)

- Kristin Davis (Florida)

- Abraham Drucker (California)

- James Flasch (Wisconsin)

- Christina Hall (South Carolina)

- Matthew Hayward (Massachusetts)

- Richard Heftel (Utah)

- Stephen Holt (New York)

- Joshua Madsen (Minnesota)

- William Marino (North Carolina)

- Dorothy Monahan (Michigan)

- Dina Morris (Maine)

- Alison Pauk (New Mexico)

- Daniel Pearcy (Iowa)

- Michael Perry (Nevada)

- Catherine Senkle (South Dakota)

- Diane Spell (Missouri)

- Margo Stack (Tennessee)

- Marilyn Stangeland (Illinois)

- Eric Thomas (Oregon)

- Leslie and David Weidner (Kansas)

- Natalie Wilbur (New Hampshire)

*Id.* at ¶¶20-44.

Defendant-Appellee Agri Stats, Inc. ("Agri Stats") is an Indiana corporation with its principal place of business in Fort Wayne, Indiana. *Id.* at ¶97.

## II.   JURISDICTION OF THE COURT OF APPEALS

The district court granted summary judgment in favor of Agri Stats on June 30, 2023. *See* ECF No. 6641 at 87. At the time, EUCPs' claims against other remaining defendants continued past summary judgment. The district court denied EUCPs' motion under Fed. R. Civ. P. 54(b) to take an immediate appeal. *See* ECF No. 6896 at 4. EUCPs then reached settlements with all remaining defendants, except Agri Stats, before trial and the district court issued final approval of those settlements on June 30, 2025. *See* ECF No. 7790. As Agri Stats was the only remaining defendant against whom EUCPs still asserted causes of action, the district court issued final judgment in favor of Agri Stats on July 7, 2025. *See* ECF No. 7796. The EUCPs appeal the order of final judgment against Agri Stats. *See* ECF No. 7828.

Accordingly, although this appeal is currently captioned *End User Consumer Plaintiff Class v. Norman W. Fries, Inc. doing business as Claxton Poultry Farms, Inc.*, the only Appellee, in substance, is Agri Stats. This Court appears to have recognized as much in a recent text entry.[1]

Pursuant to Fed. R. App. Proc. 4(a)(1)(A), EUCPs timely filed their notice of appeal on July 29, 2025. *See* ECF No. 7828. This Court has appellate jurisdiction under 28 U.S.C. § 1291, which enables review of all "final decisions" of district courts.

### III.   PRIOR APPELLATE PROCEEDINGS

There have been four prior appellate proceedings arising out of the underlying district court litigation in these consolidated actions, but none of these appeals relate to the final judgment appealed by EUCPs.

Two of the appeals adjudicated by this Court were appeals by certain private, non-class plaintiffs concerning their claims against non-settling defendants:

- *Matter of Broiler Chicken Antitrust Litig.*, No. 24-1030, 133 F.4th 761 (7th Cir. 2025)

- *Amory Invs. LLC v. Utrecht-Am. Holdings, Inc.*, No. 22-1858, 74 F.4th 525 (7th Cir. 2023)

---

[1] *See* Dkt. No. 2 (identifying defendants "not reflected on the Appellate docket/caption for administrative purposes") (7th Cir. July 30, 2025). To distinguish, documents and filings in the underlying district court litigation are cited by their ECF number.

The remaining two appeals adjudicated by this Court were brought by a class member objecting to orders awarding attorney's fees to EUCP Class Counsel for the underlying EUCP settlements with certain defendants:

- *In re Broiler Chicken Antitrust Litig.*, No. 24-2387, 142 F.4th 568 (7th Cir. 2025)

- *In re Broiler Chicken Antitrust Litig.*, No. 22-2889, 80 F.4th 797 (7th Cir. 2023)

DATED: August 5, 2025          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
       STEVE W. BERMAN

Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Kevin K. Green
HAGENS BERMAN SOBOL SHAPIRO LLP
533 F Street, Suite 207

San Diego, CA  92101
Telephone: (619) 929-3340
keving@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Counsel for Plaintiff-Appellant End-User
Consumer Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Steve W. Berman*
STEVE W. BERMAN