| | |
|---|---|
| END USER CONSUMER PLAINTIFF CLASS, | Appeal No. 25-2298 |
| Plaintiff-Appellant, | Appeal from the Northern District of Illinois, No. 1:16-cv-08637 |
| v. | |
| AGRI STATS, INC., | The Hon. Thomas M. Durkin, District Judge |
| Defendant-Appellee. | |

## JOINT MOTION FOR LIMITED REMAND AND NOTICE OF SETTLEMENT

Plaintiff-Appellant End User Consumer Plaintiff Class and

Defendant-Appellee Agri Stats, Inc. (together, the "parties") jointly notify

the Court that they have reached a settlement. By this motion, the parties

jointly seek limited remand to the district court for review and anticipated

approval under Fed. R. Civ. P. 23, after which this appeal will be dismissed

as moot. Given the settlement, the parties respectfully ask that oral

argument, currently scheduled for April 15, 2026, be cancelled or otherwise

deferred to allow the district court consider their settlement.

Rules of court provide for limited remand after an "indicative ruling"

by the district court advising, if it had jurisdiction, that the proposed

motion (here, for settlement approval) would be granted.[1] In light of the

procedural history, however, the parties believe an indicative ruling is

unnecessary. Since the underling litigation began in 2016, the district court

has reviewed and approved seventeen class action settlements, involving

various parties, under Rule 23 and rejected none.[2]

Limited remand is within this Court's authority to facilitate district

court review and approval, where required as here, of settlement

agreements. As a motions judge stated when granting a limited remand,

"[the parties'] position seems eminently reasonable, I cannot see any

objection to proceeding as they wish, and I believe that the court has the

power to do so."[3] In particular, this Court has granted a limited remand for

---

[1] Fed. R. App. P. 12.1; Fed. R. Civ. P. 62.1.

[2] Dkt. 5304 (Fieldale Farms, George's, Mar-Jac, Peco Foods, Pilgrim's Pride and Tyson defendants; Dkt. 7790 (Claxton, Foster Farms, Harrison Poultry, House of Raeford, Koch Foods, Mountaire Farms, O.K. Foods, Perdue Farms, Simmons Foods, Sanderson Farms and Wayne Farms defendants).

[3] *Caterpillar, Inc. v. N.L.R.B.*, 138 F.3d 1105, 1108 (7th Cir. 1998) (Posner, J., in chambers) (allowing NLRB to consider settlement).

Rule 23 review of a class action settlement.[4] And the Court has done the same in other cases.[5]

Accordingly, and for the additional reasons elaborated in the accompanying Declaration of Shana E. Scarlett, the parties jointly ask the Court to grant a limited remand to the district court to consider their settlement under Rule 23. The parties propose to provide joint status updates every 60 days or as otherwise instructed by this Court.

DATED: March 13, 2026        Respectfully submitted,

By: /s/ Shana E. Scarlett
          SHANA E. SCARLETT

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com

Steve W. Berman
Breanna Van Engelen
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

---

[4] *Kaufman v. Am. Express Travel Related Servs. Co., Inc.*, 877 F.3d 276, 280 (7th Cir. 2017) (noting prior grant of limited remand "for the purpose of presenting [the] settlement to the district court for approval").

[5] *See also Noer Fares v. H, B, & H, LLC*, No. 23-2413, 2024 WL 5326465, at *1 (7th Cir. Dec. 20, 2024) ("this court granted the parties' joint motion for a limited remand to obtain the district court's approval of their settlement agreement").

Kevin K. Green
HAGENS BERMAN SOBOL SHAPIRO LLP
533 F Street, Suite 207
San Diego, CA 92101
Telephone: (619) 929-3340
keving@hbsslaw.com

Brent W. Johnson
Benjamin D. Brown
Daniel H. Silverman
Alison Deich
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue NW
Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com

*Counsel for Plaintiff-Appellant End-User
Consumer Plaintiff Class*

By: */s/ Justin W. Bernick* _____
        JUSTIN W. BERNICK

William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

*Counsel for Defendant-Appellee Agri Stats, Inc.*

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 448 words according to Microsoft's Word Count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

DATED: March 13, 2026 *\_/s/ Shana E. Scarlett\_*
SHANA E. SCARLETT

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on March 13, 2026, a true and correct copy of the foregoing was filed electronically by the Court's CM/ECF system, which caused notice and a copy of this filing to be sent to all counsel of record.

DATED: March 13, 2026 *\_/s/ Shana E. Scarlett\_*
SHANA E. SCARLETT